AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

Claudia Sarahi Rueda Vidal

*Plaintiff(s)*

v.

DHS; USCIS; ICE; CBP; Border Patrol; Lee Francis Cissna, in official capacity; Kathy A. Baran, in official and individual capacities; Andrew K. Bolton, Daniel Brightman, and Does 1-10, in individual capacties

*Defendant(s)*

Civil Action No. 2:18-cv-9276

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See attached addendum.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Arnold & Porter Kaye Scholer LLP
John C. Ulin (SBN 165524)
john.ulin@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeels, CA 90017
T: (213) 243-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:18-cv-9276

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Summons – Addendum
*Rueda Vidal v. DHS et al.*
2:18-cv-9276

**Defendants' names and addresses**

U.S. DEPARTMENT OF HOMELAND SECURITY
Office of General Counsel
U.S. Department of Homeland Security
Mail Stop 0485
245 Murray Lane SW
Washington, DC 20528-0485

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
Office of Chief Counsel
U.S. Citizenship and Immigration Services
20 Massachusetts Avenue NW
Washington, DC 20529

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
Office of Chief Counsel
U.S. Immigration and Customs Enforcement
Mail Stop 5902
500 12th Street SW
Washington, DC 20536-5902

U.S. CUSTOMS AND BORDER PROTECTION
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania NW
Washington, DC 20229

U.S. BORDER PATROL
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania NW
Washington, DC 20229

LEE FRANCIS CISSNA, Director of USCIS
Office of Chief Counsel
U.S. Citizenship and Immigration Services
20 Massachusetts Avenue NW
Washington, DC 20529

KATHY A. BARAN, Director of USCIS California Service Center
Office of Chief Counsel
U.S. Citizenship and Immigration Services
20 Massachusetts Avenue NW
Washington, DC 20529

ANDREW K. BOLTON
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania NW
Washington, DC 20229

DANIEL BRIGHTMAN
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania NW
Washington, DC 20229