ARNOLD & PORTER KAYE SCHOLER LLP
JOHN C. ULIN (SBN 165524)
john.ulin@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
T: (213) 243-4000
F: (213) 243-4199

JABA TSITSUASHVILI (SBN 309012)
jaba.tsitsuashvili@arnoldporter.com
601 Massachusetts Avenue NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAUDIA SARAHI RUEDA VIDAL,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; U.S. BORDER PATROL; LEE FRANCIS CISSNA, Director of USCIS, in his official capacity; KATHY A. BARAN, Director of USCIS California Service Center, in her official and individual capacities; ANDREW K. BOLTON, DANIEL BRIGHTMAN, and DOES 1 through 10, USCIS agents and U.S. Border Patrol officers, in their individual capacities,<br><br>Defendants. | No. 2:18-cv-09276-DMG (PLAx)<br><br>**NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Plaintiff Claudia Sarahi Rueda Vidal, certifies that the following listed party may have a pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal.

**Interested parties**

- Claudia Sarahi Rueda Vidal (Plaintiff, seeking damages)

Dated: November 1, 2018          Respectfully submitted,

/s/ John C. Ulin
ARNOLD & PORTER KAYE SCHOLER LLP
JOHN C. ULIN (SBN 165524)
john.ulin@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
T: (213) 243-4000
F: (213) 243-4199

JABA TSITSUASHVILI (SBN 309012)
jaba.tsitsuashvili@arnoldporter.com
601 Massachusetts Avenue NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999

Attorneys for Plaintiff
CLAUDIA SARAHI RUEDA VIDAL