ARNOLD & PORTER KAYE SCHOLER LLP
JOHN C. ULIN (SBN 165524)
john.ulin@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
T: (213) 243-4000
F: (213) 243-4199

JABA TSITSUASHVILI (SBN 309012)
jaba.tsitsuashvili@arnoldporter.com
601 Massachusetts Avenue NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SARAHI RUEDA VIDAL,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; U.S. BORDER PATROL; LEE FRANCIS CISSNA, Director of USCIS, in his official capacity; KATHY A. BARAN, Director of USCIS California Service Center, in her official and individual capacities; ANDREW K. BOLTON, DANIEL BRIGHTMAN, and DOES 1 through 10, USCIS agents and U.S. Border Patrol officers, in their individual capacities,<br><br>Defendants. | No. 2:18-cv-09276-DMG (PLAx)<br><br>**PROOF OF SERVICE** |

I, Jiselle Seegars, declare:

1. I am a citizen of the United States and am over the age of eighteen. I am not a party to the above-captioned action. The following facts are within my knowledge and, if called to testify as a witness, I would testify competently thereto.

2. On November 9, 2018, I served true and correct copies of the Summons, Civil Case Cover Sheet, Complaint, Notice of Interested Parties, Notice of Assignment to Judge, and Initial Standing Order in the above-captioned action, via the United States Postal Service, Certified Mail, to the following:

> Office of the Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue NW
> Washington, DC 20530-0001

> Civil Process Clerk
> United States Attorney's Office
> Central District of California
> 300 North Los Angeles Street Suite 7516
> Los Angeles, CA 90012

> U.S. DEPARTMENT OF HOMELAND SECURITY
> Office of General Counsel, U.S. Department of Homeland Security
> Mail Stop 0485
> 245 Murray Lane SW
> Washington, DC 20528-0485

> U.S. CITIZENSHIP AND IMMIGRATION SERVICES
> Office of Chief Counsel, U.S. Citizenship and Immigration Services
> 20 Massachusetts Avenue NW
> Washington, DC 20529

> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
> Office of Chief Counsel, U.S. Immigration and Customs Enforcement
> Mail Stop 5902
> 500 12th Street SW
> Washington, DC 20536-5902

> U.S. CUSTOMS AND BORDER PROTECTION
> Office of Chief Counsel, U.S. Customs and Border Protection
> 1300 Pennsylvania NW
> Washington, DC 20229

> U.S. BORDER PATROL
> Office of Chief Counsel, U.S. Customs and Border Protection
> 1300 Pennsylvania NW
> Washington, DC 20229

LEE FRANCIS CISSNA, Director of USCIS
Office of Chief Counsel, U.S. Citizenship and Immigration Services
20 Massachusetts Avenue NW
Washington, DC 20529

KATHY A. BARAN, Director of USCIS California Service Center
Office of Chief Counsel, U.S. Citizenship and Immigration Services
20 Massachusetts Avenue NW
Washington, DC 20529

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of November, 2018, in Washington, D.C.

Jiselle Seegars
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001