# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SARAHI RUEDA VIDAL<br><br>PLAINTIFF(S)<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:18−cv−09276−DMG−PLA<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

   11/14/2018          14 and 15          Request for Summons

Date Filed       Doc. No.     Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

The phrase "et. al," should not be used on the Summons form. As a summons was previously issued, please place the word, "ALIAS," beside the words, "SUMMONS IN A CIVIL ACTION."

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

                                                      Clerk, U.S. District Court

Date: November 16, 2018             By: */s/ Grace Kami  grace_kami@cacd.uscourts.gov*
                                                              Deputy Clerk