JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
JEFFREY S. ROBINS
Assistant Director
JAMES WALKER
Trial Attorney
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4468
james.walker3@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SARAHI RUEDA VIDAL, | Case No. 2:18-cv-9276- DMG-PLA |
| Plaintiff, | **NOTICE OF APPEARANCE AS COUNSEL OF RECORD FOR DEFENDANTS** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | **Judge:** Hon. Dolly M. Gee<br>**Courtroom**: 8C |
| Defendants. | |

2:18-cv-9276- DMG-PLA

PLEASE TAKE NOTICE that James J. Walker, Trial Attorney, United States Department of Justice, Office of Immigration Litigation, will enter his appearance as counsel of record for the Defendants.

Respectfully submitted,

DATED: November 20, 2018,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

JEFFREY S. ROBINS
Assistant Director

*/s/ James J. Walker*
JAMES J. WALKER
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4468
james.walker3@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, November 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

                                         */s/ James J. Walker*
                                         JAMES J. WALKER
                                         Trial Attorney
                                         United States Department of Justice
                                         Civil Division