UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-9276 DMG (PLAx) | Date | March 25, 2019 |
| Title | *Claudia Sarahi Rueda Vidal v. U.S. Department of Homeland Security, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO DISMISS [30]**

On October 30, 2018, Plaintiff Claudia Sarahi Rueda Vidal filed a Complaint for Declaratory Relief, Injunctive Relief, and Damages. [Doc. # 1.] On March 1, 2019, Defendants U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, U.S. Immigration and Customs Enforcement, U.S. Customs and Border Protection, U.S. Border Patrol, Lee Francis Cissna, and Kathy Baran filed a Motion to Dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). [Doc. # 30.] On March 22, 2019, Plaintiff filed a First Amended Complaint as a matter of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). [Doc. # 35.] Accordingly, the Court **DENIES** Defendants' pending Motion to Dismiss **without prejudice**. *See In re WellPoint, Inc. Out-of-Network UCR Rates Litig.*, 903 F. Supp. 2d 880, 893–94 (C.D. Cal. 2012) ("[A]n amended complaint supersedes the original, the latter being treated thereafter as nonexistent. * * * [A]n amended pleading is a new round of pleadings . . . [and] is subject to the same challenges as the original (*i.e.*, motion to dismiss, to strike, for more definite statement)." (internal quotation marks omitted)).

All Defendants who have appeared shall file and serve their respective responses to the First Amended Complaint **within twenty-one (21) days** of service thereof. All other Defendants shall file and serve their responses to the amended pleading **in accordance with Federal Rule of Civil Procedure 15(a)(3)**. *See* Fed. R. Civ. P. 15(a)(3) ("Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later."). **Plaintiff shall serve a copy of this Order an all Defendants that have not yet appeared and file proofs of service to that effect.**

**IT IS SO ORDERED**.