ARNOLD & PORTER KAYE SCHOLER LLP
John C. Ulin (SBN 165524)
john.ulin@arnoldporter.com
Oscar Ramallo (SBN 241487)
oscar.ramallo@arnoldporter.com
Vanessa Adriance (SBN 247464)
vanessa.adriance@arnoldporter.com

777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
T: (213) 243-4000
F: (213) 243-4199

*Attorneys for Plaintiff*
Claudia Sarahi Rueda Vidal

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAUDIA SARAHI RUEDA VIDAL,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>Defendants. | No. 2:18-cv-09276-DMG (PLAx)<br><br>**PLAINTIFF CLAUDIA RUEDA'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C<br>Hearing: June 12, 2020<br>Time: 9:30 a.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on June 12, 2020 at 9:30 a.m., or as soon thereafter as the matter can be heard, in the courtroom of the Honorable Dolly M. Gee of the United States District Court for the Central District of California, located at 350 W. First Street, Los Angeles, California, Courtroom 8C, plaintiff Claudia Rueda will move, and hereby does move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, this Court for summary judgment against Defendants U.S. Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS"), U.S. Immigration and Customs Enforcement ("ICE"); U.S. Customs and Border Protection ("CBP"); and U.S. Border Patrol ("USBP") (collectively, "Defendants") on Count Two of her First Amended Complaint.

This motion is made on the grounds that there is no genuine dispute of material fact and Plaintiffs are entitled to judgment as a matter of law on the grounds that the denial of Rueda's application for Deferred Action for Childhood Arrivals ("DACA") was denied in violation of Equal Protection, freedom of association, substantive due process, and the First Amendment.

This motion was made following the conference of counsel pursuant to Local Rule 7-3 which took place on March 12, 2020.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities; the Declaration of Claudia Rueda, the Request for Judicial Notice, the Certified Administrative Record, the Statement of Uncontroverted Facts and Conclusions of Law, the Proposed Judgment, all records and files in this action, and upon such other or further matters as may properly be presented to the Court prior to or at the hearing of the Motion.

1  Dated:  April 27, 2020         Respectfully submitted,

2                                  ARNOLD & PORTER KAYE SCHOLER LLP

3

4                                  /s/ John C. Ulin
5                                  John C. Ulin
                                   Oscar Ramallo
6                                  Vanessa Adriance

7`
                                   *Attorneys for Plaintiff*
8                                  Claudia Sarahi Rueda Vidal