1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ARNOLD & PORTER KAYE SCHOLER LLP
John C. Ulin (SBN 165524)
john.ulin@arnoldporter.com
Oscar Ramallo (SBN 241487)
oscar.ramallo@arnoldporter.com
Vanessa Adriance (SBN 247464)
vanessa.adriance@arnoldporter.com

777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
T: (213) 243-4000
F: (213) 243-4199

*Attorneys for Plaintiff*
Claudia Sarahi Rueda Vidal

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SARAHI RUEDA VIDAL,<br><br>            Plaintiff,<br><br>     vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>            Defendants. | No. 2:18-cv-09276-DMG (PLAx)<br><br>**PLAINTIFF CLAUDIA RUEDA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:  Hon. Dolly M. Gee<br>Courtroom:  8C<br>Hearing:  June 12, 2020<br>Time:  9:30 a.m. |

## **REQUEST FOR JUDICIAL NOTICE**

Defendant Claudia Rueda ("Rueda") hereby requests that the Court take judicial notice of the following documents:

**Official DHS Documents:**

### **June 12, 2012 Memorandum from Secretary of Homeland Security**

Rueda requests judicial notice of the June 15, 2012 memorandum from the Secretary of Homeland Security regarding Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States As Children (the "DACA Memo"), available at https://www.dhs.gov/xlibrary/assets/s1-exercising-prosecutorial-discretion-individuals-who-came-to-us-as-children.pdf and attached hereto as **Exhibit 1.**

The existence of DACA Memo may be accurately and readily determined from sources whose accuracy cannot be reasonably questioned. Fed. R. Evid. 201(b)(2).

### **DACA National Standard Operating Procedure**

Rueda requests that the Court take judicial notice of the April 4, 2013 version of the DACA National Standard Operating Procedures ("DACA SOP"), available at https://drive.google.com/file/d/0B_6gbFPjVDoxNE0yV0pRV0JRazA/edit.   A true and correct copy of the DACA SOP is attached hereto as **Exhibit 2**.

The DACA SOP's existence may be accurately and readily determined from sources whose accuracy cannot be reasonably questioned. Fed. R. Evid. 201(b)(2).

### **September 5, 2017 Memorandum from DHS Secretary Elaine Duke**

Rueda requests that the Court take judicial notice of the September 5, 2017 Memorandum from DHS Secretary Elaine Duke, available at https://www.dhs.gov/news/2017/09/05/memorandum-rescission-daca.  A true and correct copy of the DACA SOP is attached hereto as **Exhibit 3**.

This memorandum's existence may be accurately and readily determined from sources whose accuracy cannot be reasonably questioned. Fed. R. Evid. 201(b)(2).

RUEDA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
US 167699668v1
US 167699668v2
US 167699668v3

**DACA statistics**

Rueda requests that the Court take judicial notice of the Government's statistics, as of September 30, 2019 regarding DACA recipients and the number of DACA applications approved and denied.  These statistics are available at https://www.uscis.gov/sites/default/files/USCIS/Resources/Reports and Studies/Immigration Forms Data/All Form Types/DACA/DACA_FY19_Q4_SEP_FINAL.pdf   A true and correct copy of these are attached hereto as **Exhibit 4**.

These statistics may be accurately and readily determined from sources whose accuracy cannot be reasonably questioned. Fed. R. Evid. 201(b)(2).

**Internet Sources & Publications**

The existence and publication of the following documents and facts may be accurately and readily determined from sources whose accuracy cannot be reasonably questioned. Fed. R. Evid. 201(b)(2).

**April 25, 2017 McClatchy-Tribune Article**

Rueda requests that the Court take judicial notice of an untitled article published in the McClatchy-Tribune on April 25, 2017.   A true and correct copy of this story is attached hereto as **Exhibit 5.**

**April 26, 2017 El Paso Times Article**

Rueda requests that the Court take judicial notice of an untitled article published in the El Paso Times on April 26, 2017.   A true and correct copy of this story is attached hereto as **Exhibit 6.**

**April 26, 2017 La Opinion Article**

Rueda requests that the Court take judicial notice of an article published in the La Opinion on April 26, 2017 titled "Durante operativo antidrogas en Boyle Heights; inmigrante Mexicana fue detendida por ICE; Pero Teresa Vidal-Jaime no tenia nada que ver con la venta ilicita de narcoticos que se llevaba a cabo en su vecindario."   A

RUEDA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT/

US 167699668v3

true and correct copy of this story and machine translation is attached hereto as **Exhibit 7.**

### April 26, 2017 City News Service Article

Rueda requests that the Court take judicial notice of an untitled article published in the City News Service on April 26, 2017.   A true and correct copy of this story is attached hereto as **Exhibit 8.**

### April 28, 2017 Los Angeles Times Article

Rueda requests that the Court take judicial notice of an article published in the Los Angeles Times on April 28, 2017 titled "Drug bust could result in deportations; Two men suspected of smuggling cocaine before arrest in Boyle Heights are in U.S. illegally, officials say."   A true and correct copy of this story is attached hereto as **Exhibit 9.**

### May 8, 2017 University Times-Cal State Los Angeles Article

Rueda requests that the Court take judicial notice of an article published in the University Times-Cal State University Los Angeles on May 8, 2017 titled "May Day March."   A true and correct copy of this story is attached hereto as **Exhibit 10.**

### May 8, 2017 University Times-Cal State Los Angeles Article

Rueda requests that the Court take judicial notice of an article published in the University Times-Cal State University Los Angeles on May 8, 2017 titled "CSULA Student's Parent Detained by Ice."   A true and correct copy of this story is attached hereto as **Exhibit 11.**

### May 18, 2017 LA Times Article

Rueda requests that the Court take judicial notice an article published in the Los Angeles Times on May 18, 2017 titled "Border Patrol detains 22-year-old Cal State L.A. student activist; her lawyer says it is retaliation," available at https://www.latimes.com/local/lanow/la-me-ln-immigration-activist-20170518-story.html.  A true and correct copy of this story is attached hereto as **Exhibit 12.**

### May 18, 2017 La Opinion Article

Rueda requests that the Court take judicial notice of an article published in the La Opinion on May 18, 2017 titled "Estudiante Angelino estraladada a prison de ICE en San Diego; Su madre apenas habia sido dejada en libertad el fin de semana tras tambien en haber sido arrestada por Ice."   A true and correct copy of this story and machine translation is attached hereto as **Exhibit 13.**

### May 18, 2017 La Opinion Article

Rueda requests that the Court take judicial notice of an article published in the La Opinion on May 18, 2017 titled "Patrulla Fronteriza detiene a estudiante de Cal State Los Angeles; Su madre apenas habia sido dejada en libertad el fin de semana tras una semana de arresto."   A true and correct copy of this story and machine translation is attached hereto as **Exhibit 14.**

### May 19, 2017 Targeted News Service Article

Rueda requests that the Court take judicial notice of an article published in the Targeted News Service on May 19, 2017 titled "California Faculty Association Comments on Detention of Cal State LA Student Activist."   A true and correct copy of this story is attached hereto as **Exhibit 15.**

### May 19, 2017 LAist Article

Rueda requests that the Court take judicial notice of an article published in the LAist on May 19, 2017 titled "Community Protests The Detainment of Young Boyle Heights Immigration Rights Organizer."   A true and correct copy of this story is attached hereto as **Exhibit 16.**

### May 19, 2017 Latino Rebels Article

Rueda requests that the Court take judicial notice of an article published in the Latino Rebels on May 19, 2017 titled "Immigrant Youth Activist Detained After Leading Campaign to Stop Mother's Deportation."   A true and correct copy of this story is attached hereto as **Exhibit 17.**

### May 20, 2017 Los Angeles Times Article

RUEDA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT/
US 167699668v3

Rueda requests that the Court take judicial notice of an article published in the Los Angeles Times on May 20, 2017 titled "'Retribution' is claimed in activist's arrest, Supporters of college student detained by Border Patrol say she was targeted because of protests she led."   A true and correct copy of this story is attached hereto as **Exhibit 18.**

**May 20, 2017 LA Times Article**

Rueda requests that the Court take judicial notice of an article published in the Los Angeles Times on May 20, 2017 titled "Supporters of Cal State L.A. student activist detained by Border Patrol hold silent rally on commencement day," available at https://www.latimes.com/local/lanow/la-me-immigration-activist-05-21-story.html. A true and correct copy of this story is attached hereto as **Exhibit 19.**

**May 21, 2017 LA Times Article**

Rueda requests that the Court take judicial notice of an article published in the Los Angeles Times on May 21, 2017 titled "CITY & STATE; Their silence speaks volumes; As Cal State L.A. celebrates, a group rallies support for a student held on immigration charges.  A true and correct copy of this story is attached hereto as **Exhibit 20.**

**May 21, 2017 La Opinion Article**

Rueda requests that the Court take judicial notice of an article published in La Opinion on May 21, 2017 titled "Supervisoria Solis expresa a preocupacion por detencion de joven activista; Claudia Rueda fue detendida por agentes de la Patrulla Fronteriza en Boy Heights."  A true and correct copy of this story and machine translation is attached hereto as **Exhibit 21.**

**May 25, 2017 El Chicano Weekly Article**

Rueda requests that the Court take judicial notice of an article published in the El Chicano Weekly on  May 25, 2017 titled "CSUSB students empowering dreamers through art and journalism."  A true and correct copy of this story is attached hereto as **Exhibit 22.**

RUEDA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT/
US 167699668v3

### May 25, 2017 La Opinion Article

Rueda requests that the Court take judicial notice of an article published in La Opinion on  May 25, 2017 titled "Un milagro: donante anomino paga fianza para que inmigrante recupere su libertad; Era imposible para su familia pagar 25,000 dolares que les exigia el juez para su liberacion.."  A true and correct copy of this story and machine translation is attached hereto as **Exhibit 23.**

### June 1,  2017 El Paso Times Article

Rueda requests that the Court take judicial notice of an article published in the El Paso Times on  June 1, 2017 titled "Activist's Arrest"  A true and correct copy of this story is attached hereto as **Exhibit 24.**

### June 1, 2017 La Opinion Article

Rueda requests that the Court take judicial notice of an article published in the La Opinion on June 1, 2017 titled "Aumenta presion comunitaria por la liberacion de estudiante de Cal State LA; Hay ira y enojo pero tambien mucha miedo entre estudiantes y familias ya que varios inmigrantes han sido detenidos en Boyle Heights."  A true and correct copy of this story and machine translation is attached hereto as **Exhibit 25.**

### June 1, 2017 City News Service Article

Rueda requests that the Court take judicial notice of an untitled article published in the City News Service on  June 1, 2017.  A true and correct copy of this story is attached hereto as **Exhibit 26.**

### June 2, 2017 La Opinion Article

Rueda requests that the Court take judicial notice of an article published in La Opinion on June 2, 2017 titled "Buenas Dias LA: Hijos de inmigrantes rinden tributo a sus padres con birretes de graduacion."  A true and correct copy of this story and machine translation is attached hereto as **Exhibit 27.**

### June 5,  2017 La Opinion Article

RUEDA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT/

US 167699668v3

Rueda requests that the Court take judicial notice of an article published in La Opinion on June 5, 2017 titled "Buenas Dias LA: Las Torres de Watts, gema del Sur de Los Angeles; Para los residents de la zona, las torres son un motive de orgullo."  A true and correct copy of this story and machine translation is attached hereto as **Exhibit 28.**

### June 8, 2017 Targeted News Service Article

Rueda requests that the Court take judicial notice of an article published in the Targeted News Service on June 8, 2017 titled "CTA President Denounces ICE Detention of CSULA Student Claudia Rueda."  A true and correct copy of this story is attached hereto as **Exhibit 29.**

### June 8, 2017 Targeted News Service Article

Rueda requests that the Court take judicial notice of an article published in the Targeted News Service on June 8, 2017 titled "'Education Not Deportation' Rally & News Conference."  A true and correct copy of this story is attached hereto as **Exhibit 30.**

### June 8, 2017 LA Times Article

Rueda requests that the Court take judicial notice of an article published in the Los Angeles Times on June 8, 2017 titled "They took our student; The arrest of Claudia Rueda by immigration agents shows the cruelty of Trump's policies."  A true and correct copy of this story is attached hereto as **Exhibit 31.**

### June 9, 2017 La Opinion Article

Rueda requests that the Court take judicial notice of an article published in La Opinion on June 9, 2017 titled "Activista proinmigrante de Los Angeles queda en libertad; Claudia Rueda estuvo recluida en un centro de detencion en San Diego, tras ser arrestada por ICE."  A true and correct copy of this story and machine translation is attached hereto as **Exhibit 32.**

### June 9, 2017 LAist Article

RUEDA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT/
US 167699668v3

Rueda requests that the Court take judicial notice of an article published in LAist on June 9, 2017 titled "Boyle Heights Immigrant Rights Activist Released on Bond."  A true and correct copy of this story is attached hereto as **Exhibit 33.**

### June 9, 2017 LA Times Article

Rueda requests that the Court take judicial notice an article published in the Los Angeles Times on June 9, 2017 titled "Cal State L.A. student activist detained by Border Patrol is released," available at https://www.latimes.com/local/lanow/la-me-ln-immigration-activist-arrest-20170609-story.html.  A true and correct copy of this story is attached hereto as **Exhibit 34.**

### June 9, 2017 El Paso Times Article

Rueda requests that the Court take judicial notice of an article published in the El Paso Times on June 9, 2017 titled "Heads."  A true and correct copy of this story is attached hereto as **Exhibit 35.**

### June 9, 2017 El Paso Times Article

Rueda requests that the Court take judicial notice of an article published in the El Paso Times on June 9, 2017 titled "Immigrant Activist."  A true and correct copy of this story is attached hereto as **Exhibit 36.**

### June 9, 2017 El Paso Times Article

Rueda requests that the Court take judicial notice of an article published in the El Paso Times on June 9, 2017 titled "Immigrant Activist, 1st Ld."  A true and correct copy of this story is attached hereto as **Exhibit 37.**

### June 9, 2017 Notimex Article

Rueda requests that the Court take judicial notice of an article published in Notimex on June 9, 2017 titled "Liberan a inmigrante Mexicana arrestada en Los Angeles."  A true and correct copy of this story and machine translation is attached hereto as **Exhibit 38.**

### June 9, 2017 City News Service Article

Rueda requests that the Court take judicial notice of an untitled article published in the City News Service on June 9, 2017.  A true and correct copy of this story is attached hereto as **Exhibit 39.**

### June 9, 2017 City News Service Article

Rueda requests that the Court take judicial notice of an untitled article published in the City News Service on June 9, 2017.  A true and correct copy of this story is attached hereto as **Exhibit 40.**

### June 9, 2017 El Paso Times Article

Rueda requests that the Court take judicial notice of an article published in the El Paso Times on June 9, 2017 titled "Roundup".  A true and correct copy of this story is attached hereto as **Exhibit 41.**

### June 10, 2017 The Today File Article

Rueda requests that the Court take judicial notice of an article published in The Today File on June 10, 2017 titled "Immigration judge frees Mexican activist US trying to deport."  A true and correct copy of this story is attached hereto as **Exhibit 42.**

### June 10, 2017 Associated Press Article

Rueda requests that the Court take judicial notice of an article published in the Associated Press on June 10, 2017 titled "Immigration judge frees Mexican activist US trying to deport."  A true and correct copy of this story is attached hereto as **Exhibit 43.**

### June 10, 2017 LA Times Article

Rueda requests that the Court take judicial notice of an article published in the Los Angeles Times on June 10, 2017 titled "Student Activist released by judge; Immigrant-rights advocate held since May had protested her mother's arrest."  A true and correct copy of this story is attached hereto as **Exhibit 44.**

### June 16, 2017 La Prensa San Diego Article

9

Rueda requests that the Court take judicial notice of an article published in La Prensa San Diego on June 10, 2017 titled "Activist Leader Freed."  A true and correct copy of this story is attached hereto as **Exhibit 45.**

### June 19, 2017 La Opinion Article

Rueda requests that the Court take judicial notice of an article published in La Opinion on June 19, 2017 titled "Activista proinmigrante liberada por ICE solicita DACA y discrecion fiscal; Pero confiesa que aun siente miedo de que la pueda deportar; Los Angeles ha sido su hogar desde los seis anos."  A true and correct copy of this story and machine translation is attached hereto as **Exhibit 46.**

### June 19, 2017 La Opinion Article

Rueda requests that the Court take judicial notice of an article published in La Opinion on June 19, 2017 titled "Activista proinmigrante liberada por ICE solicita DACA y discrecion fiscal; Pero confiesa que aun siente miedo de que la pueda deportar; Los Angeles ha sido su hogar desde los seis anos."  A true and correct copy of this story and machine translation is attached hereto as **Exhibit 47.**

### June 19, 2017 El Paso Times Article

Rueda requests that the Court take judicial notice of an article published in the El Paso Times on June 19, 2017 titled "Heads."  A true and correct copy of this story is attached hereto as **Exhibit 48.**

### June 19, 2017 McClatchy-Tribune Article

Rueda requests that the Court take judicial notice of an untitled article published in the McClatchy-Tribune on June 19, 2017.  A true and correct copy of this story is attached hereto as **Exhibit 49.**

### June 19, 2017 McClatchy-Tribune Article

Rueda requests that the Court take judicial notice of an untitled article published in the McClatchy-Tribune on June 19, 2017.  A true and correct copy of this story is attached hereto as **Exhibit 50.**

### June 19, 2017 City News Service Article

10

Rueda requests that the Court take judicial notice of an untitled article published in the City News Service on June 19, 2017.  A true and correct copy of this story is attached hereto as **Exhibit 51.**

### June 20, 2017 LA Times Article

Rueda requests that the Court take judicial notice of an article published in the Los Angeles Times on June 20, 2017 titled "CITY & STATE; Immigrant rights activist seeking 'Dreamer' status; Cal State L.A. student who was arrested in a drug probe will apply for DACA protection."  A true and correct copy of this story is attached hereto as **Exhibit 52.**

### July 1, 2017 Caribbean Today Article

Rueda requests that the Court take judicial notice of an article published in Caribbean Today on July 1, 2017 entitled "ROUNDUP: Beware the immigration ICE man cometh!"  A true and correct copy of this story is attached hereto as **Exhibit 53.**

### July 11, 2017 Latino Rebels Article

Rueda requests that the Court take judicial notice of an article published in Latino Rebels on July 11, 2017 titled "Claudia Rueda and Barrio Defense Networks Against Silent ICE Raids."  A true and correct copy of this story is attached hereto as **Exhibit 54.**

### July 26, 2017 La Opinion Article

Rueda requests that the Court take judicial notice of an article published in La Opinion on July 26, 2017 titled "Activistas denuncian redadas de la Patrulla Fronteriza en Boyle Heights; Piden libertad para dos indocumentados detenidos desde mayo."  A true and correct copy of this story and machine translation is attached hereto as **Exhibit 55.**

### July 26, 2017 La Opinion Article

Rueda requests that the Court take judicial notice of an article published in La Opinion on July 26, 2017 titled "Activistas denuncian redadas de la Patrulla Fronteriza en Boyle Heights; Piden libertad para dos indocumentados detenidos desde

11

mayo." A true and correct copy of this story and machine translation is attached hereto as **Exhibit 56.**

**July 26, 2017 La Opinion Article**

Rueda requests that the Court take judicial notice of an article published in La Opinion on July 26, 2017 titled "Buenas Dias LA: 'Nadie puede amar la que no conoce;' En Honor del Mes de la Herencia Oaxaquena compartimos tres historias oriundas del estado sureno." A true and correct copy of this story and machine translation is attached hereto as **Exhibit 57.**

**Sampling of #FreeClaudia Tweets**

Rueda requests that the Court take judicial notice of a sampling of tweets using the #FreeClaudia hashtag and referring to Rueda. A true and correct copy of these tweets is attached hereto as **Exhibit 58.**

**March 1, 2017 NBC News Article**

Rueda requests the Court take judicial notice of the article written by P. Helsel and titled "Dreamer applicant arrested after calling for immigrant protection," dated March 1, 2017 and published by NBC News, available at https://www.nbcnews.com/news/us-news/dreamer-applicant-arrested-after-calling-immigrant-protections-n727961. A true and correct copy of this story is attached hereto as **Exhibit 59.**

**March 3, 2017 Article From The Huffington Post**

Rueda requests that the Court take judicial notice an article published in the Huffington Post on March 3, 2017 titled "ICE Intimidates Latino Community With Arrest of DACA Recipient Practicing Free Speech," available at https://www.huffpost.com/entry/ice-intimidates-latino-community-with-arrest-of-daca_b_58b9dd6de4b02b8b584dfb6d. A true and correct copy of this story is attached hereto as **Exhibit 60.**

**March 23, 2017 article published in the National Economic And Social Rights Initiative**

12

Rueda requests that the Court take judicial notice of the article written by E. Schwartz and titled "Ellen Schwartz on the arrest of human rights defenders Jose Enrique Balcazar Sanchez and Zully Victoria Palacios Rodriguez," dated March 23 2017 and published in the National Economic and Social Rights Initiative, available at https://dignityandrights.org/2017/03/ellen-schwartz-on-the-arrest-of-human-rights-defenders-jose-enrique-balcazar-sanchez-and-zully-victoria-palacios/. A true and correct copy of this story is attached hereto as **Exhibit 61.**

### June 19, 2017 article published in the Burlington Free Press

Rueda requests that the Court take judicial notice of the article written by E. Murray and titled "Protesters decry farmworkers' arrest after Ben & Jerry's march," dated June 19, 2017 and published in the Burlington Free Press, available at https://www.burlingtonfreepress.com/story/news/local/vermont/2017/06/19/border-patrol-arrests-2-immigrants-east-franklin/408333001/. A true and correct copy of this story is attached hereto as **Exhibit 62.**

### December 3, 2017 article published in the Seattle Times

Rueda requests that the Court take judicial notice of the article written by N. Shapiro titled "ICE tracks down immigrant who spoke to media in SW Washington: 'you are the one from the newspaper,'" dated December 3, 2017 and published in the Seattle Times, available at https://www.seattletimes.com/seattle-news/ice-tracks-down-immigrant-who-spoke-to-media-in-sw-washington-you-are-the-one-from-the-newspaper/. A true and correct copy of this story is attached hereto as **Exhibit 63.**

### January 11, 2018 article published in the Denver Post

Rueda requests that the Court take judicial notice of the article written by J. Bear & J. Fields titled "Husband of Peruvian woman taking sanctuary at Boulder church detained by ICE," dated January 11 2018 and published in the Denver Post, available at https://www.denverpost.com/2018/01/11/ingrid-encalada-latorre-husband-detained-immigration-boulder-sanctuary/. A true and correct copy of this story is attached hereto as **Exhibit 64.**

### January 19, 2018 article published in the Washington Post

Rueda requests that the Court take judicial notice of the article written by M. Sacchetti & D. Weigel titled "ICE has detained or deported prominent immigration activists," dated January 19, 2018 and published in the Washington Post, available at https://www.washingtonpost.com/powerpost/ice-has-detained-or-deported-foreigners-who-are-also-immigration-activists/2018/01/19/377af23a-fc95-11e7-a46b-a3614530bd87_story.html. A true and correct copy of this story is attached hereto as **Exhibit 65.**

### January 30, 2018 article published on Cleveland.com

Rueda requests that the Court take judicial notice of the article published on Cleveland.com titled "Youngstown Businessman Amer Othman Adi deported to Jordan," dated January 30, 2018 and available at https://www.cleveland.com/metro/2018/01/youngstown_businessman_amer_ot.html. A true and correct copy of this story is attached hereto as **Exhibit 66.**

### March 6, 2019 Article From The Nation

Rueda requests that the Court take judicial notice an article published in the Nation on March 6, 2019 titled "Exclusive: ICE has kept tabs on 'Anti-Trump' protesters in New York City," available at https://www.thenation.com/article/archive/ice-immigration-protest-spreadsheet-tracking/.  A true and correct copy of this story is attached hereto as **Exhibit 67.**

### Amended Complaint in *Ravidath Lawrence Ragbir et al. v. Ronald D. Vitiello et al.*, S.D.N.Y 1:18-cv-01159-PKC

Rueda requests that this Court take judicial notice of the Amended Complaint filed on or about July 19, 2018 in the case *Ragbir v. Vitiello*, S.D.N.Y 1:18-cv-01159-PKC (the "Ragbir Complaint").  A true and correct copy of this Complaint is attached hereto as **Exhibit 68.**

RUEDA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT/

US 167699668v3

1
2
3
4
5
6
7`
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The filing of the Ragbir Complaint may be accurately and readily ascertained from sources whose accuracy cannot be reasonably questioned.  Fed. R. Evid. 201(b)(2).

Dated:  April 27, 2020

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP


/s/ John C. Ulin
John C. Ulin
Oscar Ramallo
Vanessa Adriance

*Attorneys for Plaintiff*
Claudia Sarahi Rueda Vidal

RUEDA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT/

US 167699668v3

# EXHIBIT 1

*Secretary*



**U.S. Department of Homeland Security**
Washington, DC 20528

June 15, 2012

MEMORANDUM FOR:     David V. Aguilar
                    Acting Commissioner, U.S. Customs and Border Protection

                    Alejandro Mayorkas
                    Director, U.S. Citizenship and Immigration Services

                    John Morton
                    Director, U.S. Immigration and Customs Enforcement

FROM:               Janet Napolitano
                    Secretary of Homeland Security

SUBJECT:            Exercising Prosecutorial Discretion with Respect to Individuals
                    Who Came to the United States as Children

By this memorandum, I am setting forth how, in the exercise of our prosecutorial discretion, the Department of Homeland Security (DHS) should enforce the Nation's immigration laws against certain young people who were brought to this country as children and know only this country as home. As a general matter, these individuals lacked the intent to violate the law and our ongoing review of pending removal cases is already offering administrative closure to many of them. However, additional measures are necessary to ensure that our enforcement resources are not expended on these low priority cases but are instead appropriately focused on people who meet our enforcement priorities.

The following criteria should be satisfied before an individual is considered for an exercise of prosecutorial discretion pursuant to this memorandum:

- came to the United States under the age of sixteen;
- has continuously resided in the United States for a least five years preceding the date of this memorandum and is present in the United States on the date of this memorandum;
- is currently in school, has graduated from high school, has obtained a general education development certificate, or is an honorably discharged veteran of the Coast Guard or Armed Forces of the United States;
- has not been convicted of a felony offense, a significant misdemeanor offense, multiple misdemeanor offenses, or otherwise poses a threat to national security or public safety; and
- is not above the age of thirty.

**Exhibit 1, Page 017**

Our Nation's immigration laws must be enforced in a strong and sensible manner. They are not designed to be blindly enforced without consideration given to the individual circumstances of each case. Nor are they designed to remove productive young people to countries where they may not have lived or even speak the language. Indeed, many of these young people have already contributed to our country in significant ways. Prosecutorial discretion, which is used in so many other areas, is especially justified here.

As part of this exercise of prosecutorial discretion, the above criteria are to be considered whether or not an individual is already in removal proceedings or subject to a final order of removal. No individual should receive deferred action under this memorandum unless they first pass a background check and requests for relief pursuant to this memorandum are to be decided on a case by case basis. DHS cannot provide any assurance that relief will be granted in all cases.

1. With respect to individuals who are encountered by U.S. Immigration and Customs Enforcement (ICE), U.S. Customs and Border Protection (CBP), or U.S. Citizenship and Immigration Services (USCIS):

- With respect to individuals who meet the above criteria, ICE and CBP should immediately exercise their discretion, on an individual basis, in order to prevent low priority individuals from being placed into removal proceedings or removed from the United States.
- USCIS is instructed to implement this memorandum consistent with its existing guidance regarding the issuance of notices to appear.

2. With respect to individuals who are **in** removal proceedings but not yet subject to a final order of removal, and who meet the above criteria:

- ICE should exercise prosecutorial discretion, on an individual basis, for individuals who meet the above criteria by deferring action for a period of two years, subject to renewal, in order to prevent low priority individuals from being removed from the United States.
- ICE is instructed to use its Office of the Public Advocate to permit individuals who believe they meet the above criteria to identify themselves through a clear and efficient process.
- ICE is directed to begin implementing this process within 60 days of the date of this memorandum.
- ICE is also instructed to immediately begin the process of deferring action against individuals who meet the above criteria whose cases have already been identified through the ongoing review of pending cases before the Executive Office for Immigration Review.

3. With respect to the individuals who are **not** currently in removal proceedings and meet the above criteria, and pass a background check:

- USCIS should establish a clear and efficient process for exercising prosecutorial discretion, on an individual basis, by deferring action against individuals who meet the

2

**Exhibit 1, Page 018**

above criteria and are at least 15 years old, for a period of two years, subject to renewal, in order to prevent low priority individuals from being placed into removal proceedings or removed from the United States.

- The USCIS process shall also be available to individuals subject to a final order of removal regardless of their age.
- USCIS is directed to begin implementing this process within 60 days of the date of this memorandum.

For individuals who are granted deferred action by either ICE or USCIS, USCIS shall accept applications to determine whether these individuals qualify for work authorization during this period of deferred action.

This memorandum confers no substantive right, immigration status or pathway to citizenship. Only the Congress, acting through its legislative authority, can confer these rights. It remains for the executive branch, however, to set forth policy for the exercise of discretion within the framework of the existing law. I have done so here.

Janet Napolitano

3

**Exhibit 1, Page 019**

# EXHIBIT 2

Exhibit 2, Page 021



**National Standard Operating Procedures (SOP)**


# Deferred Action for Childhood Arrivals (DACA)
## (Form I-821D and Form I-765)


Prepared by:  Service Center Operations Directorate



**April 4, 2013**
**Version 2.0**



Exhibit 2, Page 021

Exhibit 2, Page 022

## 1.0   REVISION HISTORY

| Revision History | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Version | V02 | | Date Released | 4/4/2013 | Changes Made By | SCOPS |
| Reason for SOP Update | | | | | | | |

| | Reason | Chapter/Section | Page No(s). |
|---|---|---|---|
| 1 | New Guidance | Chapter 2, ROIQ | 14 |
| 2 | New Guidance | Chapter 2, Childhood Arrivals | 18 |
| 3 | New Guidance | Chapter 2, DACA Requestors in Immigration Detention | 19 |
| 4 | New Guidance | Chapter 5, Homebound Biometrics Capturing | 27 |
| 5 | New Guidance | Chapter 7, Commonwealth of the Mariana Islands Note Eligible | 42 |
| 6 | New Guidance | Chapter 7, Initial DACA Package | 43 |
| 7 | New Guidance | Chapter 7, DACA Guidelines | 44 |
| 8 | New Guidance | Chapter 8, Unobtainable A-Files | 45 |
| 9 | New Guidance | Chapter 8, A-File Requests from USCIS Field/Asylum Offices | 46 |
| 10 | New Guidance | Chapter 8, Unlawful Immigration Status on June 15, 2012 | 52 |
| 11 | New Guidance | Chapter 8, Continuous Residence | 55 |
| 12 | New Guidance | Chapter 8, Education | 58 |
| 13 | New Guidance | Chapter 8, Public or Private, Elementary… | 60 |
| 14 | New Guidance | Chapter 8, Graduated From School | 67-68 |
| 15 | New Guidance | Chapter 8, Misdemeanors | 83 |
| 16 | New Guidance | Chapter 8, Requesting Certified Court Disposition | 84 |
| 17 | New Guidance | Chapter 8, Expunged or Vacated Convictions | 86 |
| 18 | New Guidance | Chapter 8, Juvenile Delinquency | 87 |
| 19 | New Guidance | Chapter 8, DACA Requestors in Immigration Detention | 88-89 |
| 20 | New Guidance | Chapter 8, Non-EPS Cases | 91 |
| 21 | New Guidance | Chapter 8, Notice of Intent to Deny | 102 |
| 22 | New Guidance | Chapter 8, Denials – After RFE or NOID | 105 |
| 23 | New Guidance | Chapter 8, Denials – Supervisory Review | 106 |
| 24 | Correction | Chapter 12, Application Annotations | 115 |
| 25 | New Guidance | Chapter 12, Denials | 119 |
| 26 | New Guidance | Chapter 15, Prescribed Conditions for Advance Parole | 135 |
| 27 | New Guidance | Chapter 15, Advance Parole Requested for Humanitarian Purposes | 136 |
| 28 | New Guidance | Chapter 15, Advance Parole Requested for Educational Purposes | 137 |
| 29 | New Guidance | Chapter 15, Advance Parole Requested for Employment Purposes | 137 |

Note:  SOP revisions listed are reflected in blue font.

FOR OFFICIAL USE ONLY (FOUO) - LAW ENFORCEMENT SENSITIVE (LES)
This document is FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. § 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information, and is not to be released to the public or other personnel who do not have a valid "need-to-know" basis without prior approval from the originator

Exhibit 2, Page 022

# Table of Contents

| Chapter | Page # |
|---|---|
| 1: Definitions and Applicability to DACA | 6-15 |
| 2: Introduction | 16-20 |
| 3: Summary of the Overall Process Flow for DACA Filings | 20-22 |
| 4: Lockbox Intake | 23-24 |
| 5: Service Center Intake | 25-32 |
| 6: Background and Security Checks | 33-41 |
| 7: DACA Overview | 42-44 |
| 8: Adjudication of the DACA Request | |
|     A.  Procedural Overview | 45-46 |
|     B.  System Searches | 47 |
|     C.  Determining if Guidelines are Met | 48-69 |
|     D.  Economic Necessity | 70 |
|     E.  Removal Proceedings | 71-76 |
|     F.  Fingerprints and RAP Sheets | 77-79 |
|     G.  Evaluating Issues of Criminality, Public Safety, and National Security | 80-93 |
|         •  Court Dispositions | 84-86 |
|         •  Arrests and Convictions | 87 |
|         •  Public Safety Concerns | 88 |
|         •  National Security Concerns | 88 |
|         •  Immigration Detention | 88-89 |
|         •  Handling Procedures | 90-93 |
|     H.  Adjudicating Form I-821D, Part 3, Criminal, National Security and Public Safety Information | 94-96 |
|     I.   Fraud Review and Fraud Referrals | 97-100 |
| 9: Decisions | |
|     A.  Request for Evidence | 101 |
|     B.  Notice of Intent to Deny | 102 |
|     C.  Approvals | 103-104 |
|     D.  Denials | 105-109 |
|         •  Supervisory Review | 106 |
| 10: Post Denial Process | 110 |
| 11: Returned Mail | 111 |

*Continued on next page*

FOR OFFICIAL USE ONLY (FOUO) - LAW ENFORCEMENT SENSITIVE (LES)
This document is FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. § 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information, and is not to be released to the public or other personnel who do not have a valid "need-to-know" basis without prior approval from the originator

**Exhibit 2, Page 023**

**Version April 4, 2013**                    3

Exhibit 2, Page 024

# Table of Contents

| Chapter | Page # |
|---|---|
| 12: Employment Authorization | |
|     A.  General Information | 112-113 |
|     B.  Adjudication | 114-119 |
|     C.   Replacement Cards | 120 |
| 13: Customer Service - Use of Service Request Management Tool (SRMT) to Respond to Requests to Review Certain Denials | 121-131 |
| 14: DACA Termination | 132-134 |
| 15: Processing Form I-131, Application for Travel Document, for Individuals With Approved Form I-821D, Consideration of Deferred Action for Childhood Arrivals (DACA) | 135-136 |

FOR OFFICIAL USE ONLY (FOUO) - LAW ENFORCEMENT SENSITIVE (LES)
This document is FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. § 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information, and is not to be released to the public or other personnel who do not have a valid "need-to-know" basis without prior approval from the originator

Exhibit 2, Page 024

Exhibit 2, Page 025

# Appendices

**Appendix A:** June 15, 2012, Secretary of Homeland Security memorandum entitled, Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children.

**Appendix B**: November 7, 2011, memorandum entitled, Revised Guidance for the Referral of Cases and Issuance of Notices to Appear (NTAs) in Cases Involving Inadmissible and Removable Aliens.

**Appendix C**: Overview of the Background Check Process

**Appendix D**: DACA RFE Call Ups

**Appendix E**: Notice of Intent to Deny Call-Ups

**Appendix F**: DACA Denial Template

**Appendix G**: SRMT Responses

**Appendix H**: SRMT Denial Template

**Appendix I**: Notice of Intent to Terminate Deferred Action for Childhood Arrivals and Termination Notice

**Appendix J**: Notice of Intent to Deny Review Policy

**Appendix K**: DACA Denial Call-Ups

FOR OFFICIAL USE ONLY (FOUO) - LAW ENFORCEMENT SENSITIVE (LES)
This document is FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. § 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information, and is not to be released to the public or other personnel who do not have a valid "need-to-know" basis without prior approval from the originator

Exhibit 2, Page 026

# D. Denials –

| | |
|---|---|
| **Denials –**<br>**After RFE or**<br>**NOID** | In general, the officer shall issue a denial whenever the requestor's response to a Request for Evidence (RFE) or Notice of Intent to Deny (NOID) is insufficient to establish eligibility.  There may be exceptions when a NOID or second RFE is appropriate after an initial RFE. |

FOR OFFICIAL USE ONLY (FOUO) - LAW ENFORCEMENT SENSITIVE (LES)
This document is FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. § 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information, and is not to be released to the public or other personnel who do not have a valid "need-to-know" basis without prior approval from the originator

**Exhibit 2, Page 026**          **Version April 4, 2013**          105

**Exhibit 2, Page 027**

| | |
|---|---|
| **Denials – Supervisory Review** | When the denial involves one of the grounds listed below, obtain supervisory review before issuing the denial when the requestor: |

- Has a conviction for any crime committed before reaching age 18, and was tried as an adult; or
- Has been convicted of a "significant misdemeanor;" or
- Has no criminal convictions and outwardly appears to meet the guidelines in the Secretary's June 15, 2012 memorandum; however, based on other derogatory information obtained through routine systems and background/security checks, there are credible reasons to believe that the requestor poses a threat to national security or public safety.  If the requestor poses a threat to national security, the officer should refer the proposed denial for supervisory review <u>after</u> the case has been processed through the CARRP process;  or
- Has one or more departures which he/she claims were "brief, casual, and innocent" and therefore are not disruptive of the continuous residence requirement; or
- Has not met the educational guideline; or
- Is in immigration detention at the time of filing Form I-821D and remains in immigration detention; or
- Cannot receive prosecutorial discretion because it is not consistent with the Department of Homeland Security's enforcement priorities.

If the convictions and/or arrests occurred before the requestor filed the Form I-821D and the requestor did not disclose this derogatory information, include the withholding of the material fact(s) as one of the reasons for not exercising prosecutorial discretion in the case.

When a DACA request is denied, the denial shall be issued using the Appendix F.  In instances where an individual is unable to establish he or she warrants a favorable exercise of prosecutorial discretion under this process, and no other checkbox applies except "You have not established that you warrant a favorable exercise of prosecutorial discretion," supervisors must refer the case to HQSCOPS through the normal chain of command.

Before routing the A-file to a supervisor, the officer should place a supervisory hold on the case in C3. After the supervisor concurs with the issuance of a denial, the officer shall check the appropriate box on the denial template and process the cases in the system for denial.  <u>See</u> Appendix F for the DACA Denial Template. If the supervisor determines that the case should be approved, process for approval and document the file as appropriate.

In novel, complex, or sensitive cases, or cases that require a paragraph denial, supervisors will refer the case to HQSCOPS, through the normal chain of command.

*Continued on next page*

FOR OFFICIAL USE ONLY (FOUO) - LAW ENFORCEMENT SENSITIVE (LES)
This document is FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. § 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information, and is not to be released to the public or other personnel who do not have a valid "need-to-know" basis without prior approval from the originator

Exhibit 2, Page 028

## D. Denials, Continued

**Denial**
(continued)

When the denial falls under one of the categories that requires supervisory review, ensure that concurrence has been obtained before processing the DACA request for denial.

| Step | Action |
|------|--------|
| 1 |  |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Prepare and send the denial. |
| 9 | Put in ROP order and place a pink coversheet on the left-hand side of the file over the denial letter. |
| 10 | Process Form I-765 for denial.  See Chapter 12. |

*Continued on next page*

**FOR OFFICIAL USE ONLY (FOUO) - LAW ENFORCEMENT SENSITIVE (LES)**
This document is FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. § 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information, and is not to be released to the public or other personnel who do not have a valid "need-to-know" basis without prior approval from the originator

**Exhibit 2, Page 028**

**Version April 4, 2013**   107

Exhibit 2, Page 029

## D.  Denials, Continued

| | |
|---|---|
| **Abandonment Denial Letters** | Abandonment denials do not require supervisory review.  Abandonment denials are initiated on Form I-821D in the following: |

- The requestor fails to respond to an RFE or NOID;
- The requestor fails to appear at an ASC for biometrics collection within the specified time frame, after failure to respond to an RFE,   Refer to Chapter 5 of this SOP.

| | |
|---|---|
| **Abandonment Denials** | After **ALL** A-files have been retrieved when processing an I-821D (unless adjudicating in a T-file if unable to obtain the A-file), follow the steps below to process an abandonment denial. |

| Step | Action |
|---|---|
| 1 | Ensure that no other addresses exist:<br>1.  Review the file for any correspondence received;<br>2.  Review the returned envelope for any changes from the post office;<br>3.  Check C3, National Claims, and AR11 for an alternate address or an address change;<br>4.  Check the systems to see if a more recent DACA request was submitted with updated address; and<br>5.  Check Forms I-821D and I-765 to ensure that there is no different address provided between the two forms. |
| 2 | (b) (7)(E) |
| 3 | |
| 4 | |
| 5 | |

*Continued on next page*

FOR OFFICIAL USE ONLY (FOUO) - LAW ENFORCEMENT SENSITIVE (LES)
This document is FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. § 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information, and is not to be released to the public or other personnel who do not have a valid "need-to-know" basis without prior approval from the originator

# D. Denials, Continued

**Abandonment Denials**
(continued)

| Step | Action |
|------|--------|
| 6 | (b) (7)(E) |
| 7 | |
| 8 | |
| 9 | Prepare and send the denial. |
| 10 | Put in ROP order and place a pink coversheet on the left-hand side of the file over the denial letter. |
| 11 | Process the Form I-765 for denial.  See Chapter 12. |

**NOTE:**  If the RFE/NOID was not stamped as a "No Response," the officer should write it on the document.  A "No Response" will **ALWAYS** remain on top of the application for proper ROP and the officer will place the denial/withdrawal letter on top of the "No Response."

**Denial for NSF**

When Form I-765 has been "rejected" for NSF, for the $380 I-765 fee and/or the $85 biometrics fee, Form I-821D shall be denied as the DACA filing did not include a concurrently filed I-765 and I-821D. The officer shall select the appropriate denial box on the denial template and update C3 to reflect the denial.  After processing the case for denial and updating the system, hold the A-file for 45 days and then forward to the NRC, if a request to review is not received through SRMT.

FOR OFFICIAL USE ONLY (FOUO) - LAW ENFORCEMENT SENSITIVE (LES)
This document is FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. § 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information, and is not to be released to the public or other personnel who do not have a valid "need-to-know" basis without prior approval from the originator

Exhibit 2, Page 030                    Version April 4, 2013          109

**Exhibit 2, Page 031**

## Appendix F

### NOTICE OF DENIAL OF CONSIDERATION OF DEFERRED ACTION FOR CHILDHOOD ARRIVALS, FORM I-821D

USCIS has evaluated your Form I-821D, Consideration of Deferred Action for Childhood Arrivals.  For the reason(s) indicated below, USCIS has, in its unreviewable discretion, determined that it will not defer action in your matter.  Accordingly, your Form I-765, Application for Employment Authorization, has also been denied. Deferred action is a discretionary determination to defer removal action of an individual as an act of prosecutorial discretion. You may not file an appeal or motion to reopen/reconsider this decision.

☐ At the time of filing, you were under the age of fifteen (15) and were not in removal proceedings, did not have a final removal order, or did not have a voluntary departure order.

☐ You have not established that you came to the United States under the age of sixteen (16).

☐ You have not established that you were under age 31 on June 15, 2012.

☐ You have not established that you have continuously resided in the United States since June 15, 2007, until the date of filing your request.

☐ During your period of residence in the United States, you had one or more absences that did not qualify as "brief, casual, and innocent."

☐ You have not established that you were present in the United States on June 15, 2012.

☐ You have not established that you were in an unlawful immigration status in the United States on June 15, 2012.

☐ You have not established that you are currently in school at the time of filing your request, have graduated or obtained a certificate of completion from a U.S. high school, or have obtained a general educational development (GED) certificate or other equivalent State-authorized exam in the United States, or that you are an honorably discharged veteran of the Coast Guard or Armed Forces of the United States.

☐ You have been convicted of a felony or a significant misdemeanor, or you have been convicted of three or more misdemeanors, or you do not warrant a favorable exercise of prosecutorial discretion because of public safety concerns, or exercising prosecutorial discretion in your case would not be consistent with the Department of Homeland Security's enforcement priorities.

☐ You have not established that you warrant a favorable exercise of prosecutorial discretion.

☐ You have not paid the fee for your concurrently filed Application for Employment Authorization, Form I-765, and/or your biometrics fee, because your payment has been rejected for insufficient funds and you have failed to correct the fee deficiency within the allotted time.

☐ USCIS was unable to conduct a background check on you because you did not appear for your scheduled appointment at an Application Support Center for the collection of biometrics, or your fingerprints were rejected as unclassifiable and you did not submit a local police clearance certificate for each jurisdiction in which you have lived for six months or more within the past five years.

☐ You did not respond to a Request for Evidence or Notice of Intent to Deny within the time prescribed.

☐ You have abandoned your Form I-821D, Consideration of Deferred Action for Childhood Arrivals because you departed the United States while the form was pending.

☐ USCIS lacks the authority to consider your request because you were in immigration detention at the time you filed your Form I-821D and you remain in immigration detention as of the date of this notice.

**Exhibit 2, Page 031**

**Exhibit 2, Page 032**

<u>Appendix F</u>

## NOTICE OF DENIAL OF CONSIDERATION OF DEFERRED ACTION FOR CHILDHOOD ARRIVALS, FORM I-821D

USCIS has evaluated your Form I-821D, Consideration of Deferred Action for Childhood Arrivals.  For the reason(s) indicated below, USCIS has, in its unreviewable discretion, determined that it will not defer action in your matter.  Accordingly, your Form I-765, Application for Employment Authorization, has also been denied. Deferred action is a discretionary determination to defer removal action of an individual as an act of prosecutorial discretion. You may not file an appeal or motion to reopen/reconsider this decision.

☐   You are under the age of fifteen (15) and are not in removal proceedings, do not have a final removal order, or do not have a voluntary departure order.

☐   You have not established that you came to the United States under the age of sixteen (16).

☐   You have not established that you were under age 31 on June 15, 2012.

☐   You have not established that you have continuously resided in the United States since June 15, 2007, until the date of filing your request.

☐   During your period of residence in the United States, you had one or more absences that did not qualify as "brief, casual, and innocent."

☐   You have not established that you were present in the United States on June 15, 2012.

☐   You have not established that you were in an unlawful immigration status in the United States on June 15, 2012.

☐   You have not established that you are currently in school at the time of filing your request, have graduated or obtained a certificate of completion from a U.S. high school, or have obtained a general educational development (GED) certificate or other equivalent State-authorized exam in the United States, or that you are an honorably discharged veteran of the Coast Guard or Armed Forces of the United States.

☐   You have been convicted of a felony or a significant misdemeanor, or you have been convicted of three or more misdemeanors, or you do not warrant a favorable exercise of prosecutorial discretion because of public safety concerns, or exercising prosecutorial discretion in your case would not be consistent with the Department of Homeland Security's enforcement priorities.

☐   You have not established that you warrant a favorable exercise of prosecutorial discretion.

☐   You have not paid the fee for your concurrently filed Application for Employment Authorization, Form I-765, and/or your biometrics fee, because your payment has been rejected for insufficient funds and you have failed to correct the fee deficiency within the allotted time.

☐   USCIS was unable to conduct a background check on you because you failed to appear for your scheduled appointment at an Application Support Center for the collection of biometrics, or your fingerprints were rejected as unclassifiable and you did not submit a local police clearance certificate for each jurisdiction in which you have lived for six months or more within the past five years.

☐   You did not respond to a Request for Evidence or Notice of Intent to Deny within the time prescribed.

☐   You have abandoned your Form I-821D, Consideration of Deferred Action for Childhood Arrivals because you departed the United States while the form was pending.

☐   USCIS lacks the authority to consider your request because you were in immigration detention at the time you filed your Form I-821D and you remain in immigration detention as of the date of this notice.

**Exhibit 2, Page 032**

Exhibit 2, Page 033

# __Appendix F__

### NOTICE OF DENIAL OF CONSIDERATION OF DEFERRED ACTION FOR CHILDHOOD ARRIVALS, FORM I-821D

USCIS has evaluated your Form I-821D, Consideration of Deferred Action for Childhood Arrivals.  For the reason(s) indicated below, USCIS has, in its unreviewable discretion, determined that that it will not defer action in your matter.  Accordingly, your Form I-765, Application for Employment Authorization, has also been denied.  Deferred action is a discretionary determination to defer removal action of an individual as an act of prosecutorial discretion. You may not file an appeal or motion to reopen/reconsider this decision.

☐   You are under the age of fifteen (15) and are not in removal proceedings, do not have a final removal order, or do not have a voluntary departure order.

☐   You have failed to establish that you came to the United States under the age of sixteen (16).

☐   You have failed to establish that you were under age 31 on June 15, 2012.

☐   You have failed to establish that you have continuously resided in the United States since June 15, 2007, until the date of filing your request.

☐   During your period of residence in the United States, you had one or more absences that did not qualify as 'brief, casual, and innocent."

☐   You have failed to establish that you were present in the United States on June 15, 2012 and that you were unlawfully present in the United States on that date.

☐   You have failed to establish that you are currently in school, have graduated or obtained a certificate of completion from high school, have obtained a general education development (GED) certificate, or that you are an honorably discharged veteran of the Coast Guard or Armed Forces of the United States.

☐   You have been convicted of a felony or a significant misdemeanor, or you have been convicted of three or more misdemeanors, or you do not warrant a favorable exercise of prosecutorial discretion because of public safety concerns.

☐   You do not warrant a favorable exercise of prosecutorial discretion because of other concerns.

☐   You have failed to pay the fee for your concurrently filed Application for Employment Authorization, Form I-765, and/or your biometrics fee, because your payment has been rejected for insufficient funds and you have failed to correct the fee deficiency within the allotted time.

☐   You failed to appear for the collection of biometrics at an Application Support Center.

☐   You failed to respond to a Request for Evidence or Notice of Intent to Deny within the time prescribed.

☐   You have abandoned your Form I-821D, Consideration of Deferred Action for Childhood Arrivals because you departed the United States while the form was pending.

**Exhibit 2, Page 033**

# EXHIBIT 3

 Official website of the Department of Homeland Security

 U.S. Department of
Homeland Security

## Archived Content

In an effort to keep DHS.gov current, the archive contains outdated information that may not reflect current policy or programs.

# Memorandum on Rescission Of Deferred Action For Childhood Arrivals (DACA)

**Release Date:**  September 5, 2017

**MEMORANDUM FOR:**

James W. McCament
Acting Director
U.S. Citizenship and Immigration Services

Thomas D. Homan
Acting Director
U.S. Immigration and Customs Enforcement

Kevin K. McAleenan
Acting Commissioner
U.S. Customs and Border Protection

Joseph B. Maher
Acting General Counsel

**Exhibit 3, Page 035**

Memorandum on Rescission Of DACA | Homeland Security                    Page 2 of 7
Case 2:18-cv-09276-DMG-PLA   Document 67-4   Filed 04/27/20   Page 37 of 412   Page ID
#:732

Ambassador James D. Nealon
Assistant Secretary, International Engagement

Julie M. Kirchner
Citizenship and Immigration Services Ombudsman

**FROM:**

Elaine C. Duke
Acting Secretary

**SUBJECT:**

**Rescission of the June 15, 2012 Memorandum Entitled "Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children"**

This memorandum rescinds the June 15, 2012 memorandum entitled "Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children," which established the program known as Deferred Action for Childhood Arrivals ("DACA"). For the reasons and in the manner outlined below, Department of Homeland Security personnel shall take all appropriate actions to execute a wind-down of the program, consistent with the parameters established in this memorandum.

## Background

The Department of Homeland Security established DACA through the issuance of a memorandum on June 15, 2012. The program purported to use deferred action—an act of prosecutorial discretion meant to be applied only on an individualized case-by-case basis—to confer certain benefits to illegal aliens that Congress had not otherwise acted to provide by law.[1] (#_ftn1) Specifically, DACA provided certain illegal aliens who entered the United States before the age of sixteen a period of deferred action and eligibility to request employment authorization.

On November 20, 2014, the Department issued a new memorandum, expanding the parameters of DACA and creating a new policy called Deferred Action for Parents of Americans and Lawful Permanent Residents ("DAPA"). Among other things—such as

**Exhibit 3, Page 036**

the expansion of the coverage criteria under the 2012 DACA policy to encompass aliens with a wider range of ages and arrival dates, and lengthening the period of deferred action and work authorization from two years to three—the November 20, 2014 memorandum directed USCIS "to establish a process, similar to DACA, for exercising prosecutorial discretion through the use of deferred action, on a case-by-case basis," to certain aliens who have "a son or daughter who is a U.S. citizen or lawful permanent resident."

Prior to the implementation of DAPA, twenty-six states—led by Texas—challenged the policies announced in the November 20, 2014 memorandum in the U.S. District Court for the Southern District of Texas. In an order issued on February 16, 2015, the district court preliminarily enjoined the policies nationwide.[2] (#_ftn2) The district court held that the plaintiff states were likely to succeed on their claim that the DAPA program did not comply with relevant authorities.

The United States Court of Appeals for the Fifth Circuit affirmed, holding that Texas and the other states had demonstrated a substantial likelihood of success on the merits and satisfied the other requirements for a preliminary injunction.[3] (#_ftn3) The Fifth Circuit concluded that the Department's DAPA policy conflicted with the discretion authorized by Congress. In considering the DAPA program, the court noted that the Immigration and Nationality Act "flatly does not permit the reclassification of millions of illegal aliens as lawfully present and thereby make them newly eligible for a host of federal and state benefits, including work authorization." According to the court, "DAPA is foreclosed by Congress's careful plan; the program is 'manifestly contrary to the statute' and therefore was properly enjoined."

Although the original DACA policy was not challenged in the lawsuit, both the district and appellate court decisions relied on factual findings about the implementation of the 2012 DACA memorandum. The Fifth Circuit agreed with the lower court that DACA decisions were not truly discretionary,[4] (#_ftn4) and that DAPA and expanded DACA would be substantially similar in execution. Both the district court and the Fifth Circuit concluded that implementation of the program did not comply with the Administrative Procedure Act because the Department did not implement it through notice-and-comment rulemaking.

**Exhibit 3, Page 037**

Memorandum on Rescission Of DACA | Homeland Security          Page 4 of 7
Case 2:18-cv-09276-DMG-PLA   Document 67-4   Filed 04/27/20   Page 39 of 412   Page ID
#:734

The Supreme Court affirmed the Fifth Circuit's ruling by equally divided vote (4-4).[5] (#_ftn5) The evenly divided ruling resulted in the Fifth Circuit order being affirmed. The preliminary injunction therefore remains in place today. In October 2016, the Supreme Court denied a request from DHS to rehear the case upon the appointment of a new Justice. After the 2016 election, both parties agreed to a stay in litigation to allow the new administration to review these issues.

On January 25, 2017, President Trump issued Executive Order No. 13,768, "Enhancing Public Safety in the Interior of the United States." In that Order, the President directed federal agencies to "[e]nsure the faithful execution of the immigration laws . . . against all removable aliens," and established new immigration enforcement priorities. On February 20, 2017, then Secretary of Homeland Security John F. Kelly issued an implementing memorandum, stating "the Department no longer will exempt classes or categories of removable aliens from potential enforcement," except as provided in the Department's June 15, 2012 memorandum establishing DACA,[6] (#_ftn6) and the November 20, 2014 memorandum establishing DAPA and expanding DACA.[7] (#_ftn7)

On June 15, 2017, after consulting with the Attorney General, and considering the likelihood of success on the merits of the ongoing litigation, then Secretary John F. Kelly issued a memorandum rescinding DAPA and the expansion of DACA—but temporarily left in place the June 15, 2012 memorandum that initially created the DACA program.

Then, on June 29, 2017, Texas, along with several other states, sent a letter to Attorney General Sessions asserting that the original 2012 DACA memorandum is unlawful for the same reasons stated in the Fifth Circuit and district court opinions regarding DAPA and expanded DACA. The letter notes that if DHS does not rescind the DACA memo by September 5, 2017, the States will seek to amend the DAPA lawsuit to include a challenge to DACA.

The Attorney General sent a letter to the Department on September 4, 2017, articulating his legal determination that DACA "was effectuated by the previous administration through executive action, without proper statutory authority and with no established end-date, after Congress' repeated rejection of proposed legislation that would have accomplished a similar result. Such an open-ended circumvention of

**Exhibit 3, Page 038**

immigration laws was an unconstitutional exercise of authority by the Executive Branch." The letter further stated that because DACA "has the same legal and constitutional defects that the courts recognized as to DAPA, it is likely that potentially imminent litigation would yield similar results with respect to DACA." Nevertheless, in light of the administrative complexities associated with ending the program, he recommended that the Department wind it down in an efficient and orderly fashion, and his office has reviewed the terms on which our Department will do so.

## Rescission of the June 15, 2012 DACA Memorandum

Taking into consideration the Supreme Court's and the Fifth Circuit's rulings in the ongoing litigation, and the September 4, 2017 letter from the Attorney General, it is clear that the June 15, 2012 DACA program should be terminated. In the exercise of my authority in establishing national immigration policies and priorities, except for the purposes explicitly identified below, I hereby rescind the June 15, 2012 memorandum.

Recognizing the complexities associated with winding down the program, the Department will provide a limited window in which it will adjudicate certain requests for DACA and associated applications meeting certain parameters specified below. Accordingly, effective immediately, the Department:

- Will adjudicate—on an individual, case-by-case basis—properly filed pending DACA initial requests and associated applications for Employment Authorization Documents that have been accepted by the Department as of the date of this memorandum.

- Will reject all DACA initial requests and associated applications for Employment Authorization Documents filed after the date of this memorandum.

- Will adjudicate—on an individual, case by case basis—properly filed pending DACA renewal requests and associated applications for Employment Authorization Documents from current beneficiaries that have been accepted by the Department as of the date of this memorandum, and from current beneficiaries whose benefits will expire between the date of this

**Exhibit 3, Page 039**

Memorandum on Rescission Of DACA | Homeland Security     Page 6 of 7
Case 2:18-cv-09276-DMG-PLA   Document 67-4   Filed 04/27/20   Page 41 of 412   Page ID
#:736

memorandum and March 5, 2018 that have been accepted by the Department as of October 5, 2017.

- Will reject all DACA renewal requests and associated applications for Employment Authorization Documents filed outside of the parameters specified above.

- Will not terminate the grants of previously issued deferred action or revoke Employment Authorization Documents solely based on the directives in this memorandum for the remaining duration of their validity periods.

- Will not approve any new Form I-131 applications for advance parole under standards associated with the DACA program, although it will generally honor the stated validity period for previously approved applications for advance parole. Notwithstanding the continued validity of advance parole approvals previously granted, CBP will—of course—retain the authority it has always had and exercised in determining the admissibility of any person presenting at the border and the eligibility of such persons for parole. Further, USCIS will—of course—retain the authority to revoke or terminate an advance parole document at any time.

- Will administratively close all pending Form I-131 applications for advance parole filed under standards associated with the DACA program, and will refund all associated fees.

- Will continue to exercise its discretionary authority to terminate or deny deferred action at any time when immigration officials determine termination or denial of deferred action is appropriate.

This document is not intended to, does not, and may not be relied upon to create any right or benefit, substantive or procedural, enforceable at law by any party in any administrative, civil, or criminal matter. Likewise, no limitations are placed by this guidance on the otherwise lawful enforcement or litigation prerogatives of DHS.

---

[1] (#_ftnref1) Significantly, while the DACA denial notice indicates the decision to deny is made in the unreviewable discretion of USCIS, USCIS has not been able to identify specific denial cases where an applicant appeared to satisfy the programmatic categorical criteria as outlined in the June 15, 2012 memorandum, but still had his or her application denied based solely upon discretion.

**Exhibit 3, Page 040**

[2] (#_ftnref2) *Texas v. United States*, 86 F. Supp. 3d 591 (S.D. Tex. 2015).

[3] (#_ftnref3) *Texas v. United States*, 809 F.3d 134 (5th Cir. 2015).

[4] (#_ftnref4) *Id.*

[5] (#_ftnref5) *United States v. Texas*, 136 S. Ct. 2271 (2016) (per curiam).

[6] (#_ftnref6) Memorandum from Janet Napolitano, Secretary, DHS to David Aguilar, Acting Comm'r, CBP, et al., "Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children" (June 15, 2012).

[7] (#_ftnref7) Memorandum from Jeh Johnson, Secretary, DHS, to Leon Rodriguez, Dir., USCIS, et al., "Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children and with Respect to Certain Individuals Whose Parents are U.S. Citizens or Permanent Residents" (Nov. 20, 2014).

Topics:  Border Security (/topics/border-security)

Keywords:  Deferred Action for Childhood Arrivals (DACA) (/keywords/daca)

Last Published Date: September 5, 2017

**Exhibit 3, Page 041**

# EXHIBIT 4



**U.S. Citizenship and Immigration Services**

Number of Form I-821D, Consideration of Deferred Action for Childhood Arrivals,
by Fiscal Year, Quarter, Intake and Case Status
Fiscal Year 2012-2019 (September 30, 2019)

| Period | Requests by Intake and Case Status | | | | | | |
|---|---|---|---|---|---|---|---|
| | Intake[1] | | | | Case Review[6] | | |
| | Requests Accepted[2] | Requests Rejected[3] | Total Requests Received[4] | Average Accepted/Day[5] | Approved[7] | Denied[8] | Pending[9] |
| *Fiscal Year - Total* | | | | | | | |
| 2012 | 152,430 | 5,396 | 157,826 | 3,629 | 1,684 | - | 150,746 |
| 2013 | 427,612 | 16,355 | 443,967 | 1,696 | 470,603 | 11,023 | 96,719 |
| 2014 | 238,897 | 24,890 | 263,787 | 951 | 158,417 | 21,103 | 156,034 |
| 2014 Initial | 122,473 | 19,065 | 141,538 | 487 | 136,182 | 21,100 | 61,850 |
| 2014 Renewal | 116,424 | 5,825 | 122,249 | 463 | 22,235 | D | 94,184 |
| 2015 | 448,843 | 35,504 | 484,347 | 1,781 | 510,342 | 21,551 | 72,886 |
| 2015 Initial | 85,301 | 7,170 | 92,471 | 338 | 90,832 | 19,185 | 37,062 |
| 2015 Renewal | 363,542 | 28,334 | 391,876 | 1,442 | 419,510 | 2,366 | 35,824 |
| 2016 | 260,701 | 12,317 | 273,018 | 1,034 | 198,558 | 14,487 | 119,666 |
| 2016 Initial | 73,347 | 1,151 | 74,498 | 291 | 52,738 | 11,436 | 45,386 |
| 2016 Renewal | 187,354 | 11,166 | 198,520 | 743 | 145,820 | 3,051 | 74,280 |
| 2017 | 472,850 | 43,455 | 516,305 | 1,883 | 461,914 | 13,196 | 117,317 |
| 2017 Initial | 45,593 | 44 | 45,637 | 181 | 47,136 | 9,165 | 34,624 |
| 2017 Renewal | 427,257 | 43,411 | 470,668 | 1,702 | 414,778 | 4,031 | 82,693 |
| 2018 | 260,120 | 29,651 | 289,771 | 1,036 | 319,598 | 12,542 | 45,262 |
| 2018 Initial | 2,060 | 2 | 2,062 | D | 24,476 | 8,250 | 3,946 |
| 2018 Renewal | 258,060 | 29,649 | 287,709 | 1,028 | 295,122 | 4,292 | 41,316 |
| 2019 | 386,172 | 21,990 | 408,162 | 1,532 | 387,842 | 4,966 | 38,595 |
| 2019 Initial | 1,566 | D | 1,570 | D | 1,788 | 1,609 | 2,109 |
| 2019 Renewal | 384,606 | 21,986 | 406,592 | 1,526 | 386,054 | 3,357 | 36,486 |
| Total Cumulative | 2,647,625 | 189,558 | 2,837,183 | 1,468 | 2,508,958 | 98,868 | 38,595 |
| Total Cumulative Initial | 910,382 | 49,187 | 959,569 | 504 | 825,439 | 81,768 | 2,109 |
| Total Cumulative Renewal | 1,737,243 | 140,371 | 1,877,614 | 963 | 1,683,519 | 17,100 | 36,486 |

**Exhibit 4, Page 043**

| Period | Requests by Intake and Case Status | | | | | | |
|---|---|---|---|---|---|---|---|
| | Intake[1] | | | | Case Review[6] | | |
| | Requests Accepted[2] | Requests Rejected[3] | Total Requests Received[4] | Average Accepted/Day[5] | Approved[7] | Denied[8] | Pending[9] |
| *Fiscal Year 2019 by Quarter* | | | | | | | |
| Q1. October – December | 92,473 | 5,027 | 97,500 | 1,467 | 89,444 | 1,418 | 46,866 |
| Q1. October – December Initial | 308 | D | 309 | D | 736 | 675 | 2,840 |
| Q1. October – December Renewal | 92,165 | 5,026 | 97,191 | 1,462 | 88,708 | 743 | 44,026 |
| Q2. January – March | 102,990 | 5,515 | 108,505 | 1,688 | 97,253 | 1,223 | 51,370 |
| Q2. January – March Initial | 288 | D | 289 | D | 545 | 485 | 2,098 |
| Q2. January – March Renewal | 102,702 | 5,514 | 108,216 | 1,683 | 96,708 | 738 | 49,272 |
| Q3. April – June | 98,105 | 5,089 | 103,194 | 1,532 | 100,241 | 1,136 | 48,092 |
| Q3. April – June Initial | 313 | D | 314 | D | 264 | 242 | 1,905 |
| Q3. April – June Renewal | 97,792 | 5,088 | 102,880 | 1,528 | 99,977 | 894 | 46,187 |
| Q4. July – September | 92,604 | 6,359 | 98,963 | 1,446 | 100,904 | 1,189 | 38,595 |
| Q4. July – September Initial | 657 | D | 658 | 10 | 243 | 207 | 2,109 |
| Q4. July – September Renewal | 91,947 | 6,358 | 98,305 | 1,436 | 100,661 | 982 | 36,486 |

**Exhibit 4, Page 044**

*D - Data withheld to protect requestors' privacy.*

*- Represents zero.*

[1] *Refers to a request for USCIS to consider deferred removal action for an individual based on guidelines described in the Secretary of Homeland Security's memorandum issued June 15, 2012.*

   *Each request is considered on a case-by-case basis.*

   *See http://www.uscis.gov/childhoodarrivals.*

[2] *The number of new requests accepted at a Lockbox during the reporting period.*

[3] *The number of requests rejected at a Lockbox during the reporting period.*

[4] *The number of requests that were received at a Lockbox during the reporting period.*

[5] *The number of requests accepted per day at a Lockbox as of the end of the reporting period. Also note the average accepted per day for initial plus renewal will not equal the total average.*

[6] *The number of new requests received and entered into a case-tracking system during the reporting period.*

[7] *The number of requests approved during the reporting period.*

[8] *The number of requests that were denied, terminated, or withdrawn during the reporting period.*

[9] *The number of requests awaiting a decision as of the end of the reporting period.*

*NOTE: 1. Some requests approved or denied may have been received in previous reporting periods.*

   *2. The report reflects the most up-to-date estimate available at the time the report is generated.*

   *3. USCIS previously discovered that the query code used to generate this report had some flaws affecting the data in the "Pending" fields, such that the data in this field was over inclusive because it included cases that were not pending (e.g., cases that had been administratively closed or withdrawn). USCIS believes that it has corrected this issue in the query code and that this report provides a more accurate reflection of pending cases.  Note that if this report is compared to versions prior to the March 31, 2018 version that USCIS has published on its website, the prior versions reflect over inclusive data in the "Pending" fields.*

   *4. The Quarterly Report totals may not match the totals provided within the Demographics Reports due to differences in how the data is generated.*

   *5. USCIS previously discovered that the query code used to generate this report had some flaws affecting the data in the "Approved" and "Denied" fields, such that the data in this field was under reported because it did not include certain history action codes that are counted as approvals or denials. USCIS believes that it has corrected this issue in the query code and that this report provides a more accurate reflection of approved and denied cases.  Note that if this report is compared to versions prior to the March 31, 2019 version that USCIS has published on its website, the prior versions reflect under reported data in the "Approved" and "Denied" fields.  The increase in the "Approved" and "Denied" counts has decreased the "Pending" counts.*

*Source:  Department of Homeland Security, U.S. Citizenship and Immigration Services, Enterprise Citizenship and Immigration Services Centralized Operation Repository (eCISCOR), September 2019*

**Exhibit 4, Page 045**

| Top Countries of Origin | Accepted to Date[1] | | | Approved to Date[2] | | |
|---|---|---|---|---|---|---|
| | Initials | Renewals | Total | Initials | Renewals | Total |
| Grand Total | 910,382 | 1,737,243 | 2,647,625 | 825,439 | 1,683,519 | 2,508,958 |
| Mexico | 708,506 | 1,373,046 | 2,081,552 | 649,759 | 1,331,185 | 1,980,944 |
| El Salvador | 34,538 | 66,321 | 100,859 | 29,751 | 64,111 | 93,862 |
| Guatemala | 24,919 | 44,005 | 68,924 | 20,959 | 42,428 | 63,387 |
| Honduras | 22,718 | 41,449 | 64,167 | 19,158 | 39,854 | 59,012 |
| South Korea | 9,576 | 20,113 | 29,689 | 9,007 | 19,589 | 28,596 |
| Peru | 9,843 | 19,687 | 29,530 | 9,295 | 19,159 | 28,454 |
| Brazil | 8,652 | 15,034 | 23,686 | 7,643 | 14,575 | 22,218 |
| Ecuador | 7,803 | 14,277 | 22,080 | 6,887 | 13,795 | 20,682 |
| Colombia | 7,303 | 13,603 | 20,906 | 6,752 | 13,230 | 19,982 |
| Philippines | 5,129 | 10,212 | 15,341 | 4,798 | 10,003 | 14,801 |
| Argentina | 5,268 | 9,823 | 15,091 | 4,951 | 9,560 | 14,511 |
| India | 3,785 | 7,226 | 11,011 | 3,261 | 7,012 | 10,273 |
| Jamaica | 4,458 | 6,656 | 11,114 | 3,549 | 6,433 | 9,982 |
| Venezuela | 3,496 | 6,434 | 9,930 | 3,199 | 6,245 | 9,444 |
| Dominican Republic | 3,842 | 5,768 | 9,610 | 3,279 | 5,577 | 8,856 |
| Trinidad And Tobago | 3,095 | 4,935 | 8,030 | 2,642 | 4,808 | 7,450 |
| Uruguay | 2,650 | 4,701 | 7,351 | 2,487 | 4,549 | 7,036 |
| Bolivia | 2,242 | 4,492 | 6,734 | 2,121 | 4,367 | 6,488 |
| Costa Rica | 2,293 | 4,237 | 6,530 | 2,105 | 4,124 | 6,229 |
| Poland | 2,008 | 3,580 | 5,588 | 1,870 | 3,486 | 5,356 |
| Chile | 1,915 | 3,662 | 5,577 | 1,799 | 3,548 | 5,347 |
| Pakistan | 1,955 | 3,597 | 5,552 | 1,734 | 3,494 | 5,228 |
| Nicaragua | 1,912 | 3,393 | 5,305 | 1,669 | 3,289 | 4,958 |
| Not Reported | 2,427 | 2,496 | 4,923 | 1,736 | 2,208 | 3,944 |
| Nigeria | 1,583 | 2,692 | 4,275 | 1,337 | 2,600 | 3,937 |
| All Others | 28,466 | 45,804 | 74,270 | 23,691 | 44,290 | 67,981 |

*D  Data withheld to protect requestors' privacy.*

*- Represents zero.*

[1]  *The number of requests that were accepted to date of the reporting period.*

[2]  *The number of requests that were approved to date of the reporting period.*

[3]  *All fields with a blank in the country of birth field are included in the field "not reported."*

*NOTE: 1) Some requests approved or denied may have been received in previous reporting periods.*

*2) The report reflects the most up-to-date estimate data available at the time the report is generated.*

*3) Ranked by total approvals.*

*Source:  Department of Homeland Security, U.S. Citizenship and Immigration Services, Enterprise Citizenship and Immigration Services Centralized Operation Repository (eCISCOR), September 2019*

| Residence | Accepted to Date[1] | | | Approved to Date[2] | | |
|---|---|---|---|---|---|---|
| | Initials | Renewals | Total | Initials | Renewals | Total |
| Grand Total | 910,382 | 1,737,243 | 2,647,625 | 825,439 | 1,683,519 | 2,508,958 |
| California | 256,246 | 498,761 | 755,007 | 238,331 | 484,469 | 722,800 |
| Texas | 150,179 | 281,463 | 431,642 | 133,956 | 272,680 | 406,636 |
| Illinois | 47,954 | 92,630 | 140,584 | 44,957 | 89,624 | 134,581 |
| New York | 46,678 | 80,636 | 127,314 | 40,782 | 78,078 | 118,860 |
| Florida | 38,390 | 67,778 | 106,168 | 32,626 | 65,678 | 98,304 |
| Arizona | 33,383 | 64,745 | 98,128 | 30,337 | 62,619 | 92,956 |
| North Carolina | 31,972 | 64,399 | 96,371 | 29,650 | 62,724 | 92,374 |
| Georgia | 30,343 | 55,737 | 86,080 | 25,726 | 53,768 | 79,494 |
| New Jersey | 25,245 | 46,071 | 71,316 | 22,149 | 44,645 | 66,794 |
| Washington | 20,891 | 41,280 | 62,171 | 19,275 | 39,964 | 59,239 |
| Colorado | 20,383 | 39,250 | 59,633 | 18,547 | 37,822 | 56,369 |
| Nevada | 15,261 | 31,602 | 46,863 | 14,272 | 30,849 | 45,121 |
| Virginia | 13,877 | 26,440 | 40,317 | 12,359 | 25,569 | 37,928 |
| Oregon | 12,775 | 26,142 | 38,917 | 12,053 | 25,342 | 37,395 |
| Indiana | 11,686 | 23,324 | 35,010 | 10,770 | 22,537 | 33,307 |
| Utah | 11,584 | 22,544 | 34,128 | 10,683 | 21,805 | 32,488 |
| Maryland | 11,478 | 21,640 | 33,118 | 9,928 | 20,960 | 30,888 |
| Tennessee | 10,141 | 19,671 | 29,812 | 9,117 | 18,961 | 28,078 |
| Wisconsin | 8,743 | 17,292 | 26,035 | 8,188 | 16,772 | 24,960 |
| Oklahoma | 8,113 | 16,187 | 24,300 | 7,481 | 15,727 | 23,208 |
| Massachusetts | 8,838 | 15,563 | 24,401 | 7,678 | 15,035 | 22,713 |
| Kansas | 7,790 | 15,211 | 23,001 | 7,313 | 14,722 | 22,035 |
| South Carolina | 7,726 | 15,176 | 22,902 | 6,923 | 14,672 | 21,595 |
| New Mexico | 8,246 | 14,219 | 22,465 | 7,606 | 13,769 | 21,375 |
| Minnesota | 7,085 | 14,190 | 21,275 | 6,497 | 13,645 | 20,142 |
| Michigan | 7,115 | 14,037 | 21,152 | 6,437 | 13,562 | 19,999 |
| Pennsylvania | 6,631 | 12,081 | 18,712 | 5,696 | 11,716 | 17,412 |
| Arkansas | 6,017 | 12,140 | 18,157 | 5,479 | 11,774 | 17,253 |
| Connecticut | 5,456 | 10,001 | 15,457 | 4,884 | 9,690 | 14,574 |
| Alabama | 5,279 | 10,081 | 15,360 | 4,699 | 9,739 | 14,438 |
| Ohio | 5,319 | 9,912 | 15,231 | 4,626 | 9,514 | 14,140 |
| Missouri | 4,042 | 7,948 | 11,990 | 3,742 | 7,716 | 11,458 |
| Nebraska | 3,999 | 7,690 | 11,689 | 3,637 | 7,435 | 11,072 |
| Idaho | 3,653 | 7,320 | 10,973 | 3,385 | 7,045 | 10,430 |
| Kentucky | 3,669 | 7,053 | 10,722 | 3,272 | 6,787 | 10,059 |
| Iowa | 3,225 | 6,634 | 9,859 | 2,921 | 6,427 | 9,348 |
| Louisiana | 2,459 | 4,460 | 6,919 | 2,150 | 4,293 | 6,443 |
| Mississippi | 1,845 | 3,366 | 5,211 | 1,604 | 3,267 | 4,871 |
| Delaware | 1,677 | 3,388 | 5,065 | 1,530 | 3,294 | 4,824 |

**Exhibit 4, Page 047**

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Rhode Island | 1,333 | 2,499 | 3,832 | 1,167 | 2,409 | 3,576 |
| District Of Columbia | 868 | 1,566 | 2,434 | 736 | 1,519 | 2,255 |
| Wyoming | 742 | 1,375 | 2,117 | 660 | 1,319 | 1,979 |
| Hawaii | 444 | 875 | 1,319 | 365 | 836 | 1,201 |
| New Hampshire | 386 | 730 | 1,116 | 330 | 710 | 1,040 |
| South Dakota | 274 | 532 | 806 | 239 | 498 | 737 |
| North Dakota | 95 | 323 | 418 | 74 | 316 | 390 |
| West Virginia | 151 | 269 | 420 | 125 | 256 | 381 |
| Puerto Rico | 271 | 218 | 489 | 165 | 209 | 374 |
| Alaska | 93 | 217 | 310 | 84 | 206 | 290 |
| Montana | 76 | 183 | 259 | 65 | 172 | 237 |
| Maine | 49 | 112 | 161 | 43 | 109 | 152 |
| Virgin Islands | 126 | 83 | 209 | 68 | 80 | 148 |
| Guam | 23 | 49 | 72 | 21 | 46 | 67 |
| Vermont | 16 | 43 | 59 | 11 | 40 | 51 |
| Armed Forces Americas (except Canada) | D | 28 | 35 | D | 26 | 33 |
| Armed Forces Pacific | D | 18 | 19 | D | 18 | 19 |
| Northern Mariana Islands | 27 | 13 | 40 | D | 12 | 19 |
| Federated States Of Micronesia | D | D | D | D | D | D |
| Armed Forces Africa, Canada, Europe, Middle East | - | D | D | - | D | D |
| American Samoa | - | D | D | - | D | D |
| Marshall Islands | - | D | D | - | D | D |
| Not Reported | D | D | D | D | - | D |

- Represents zero.

[1] The number of requests that were accepted to date of the reporting period.

[2] The number of requests that were approved to date of the reporting period.

[3] All fields with less than 10 or a blank in the state field are included in the field "not reported."

NOTE: 1) Some requests approved or denied may have been received in previous reporting periods.

2) The report reflects the most up-to-date estimate data available at the time the report is generated.

3) Ranked by total approvals.

Source:  Department of Homeland Security, U.S. Citizenship and Immigration Services, Enterprise Citizenship and Immigration Services Centralized Operation Repository (eCISCOR), September 2019

# EXHIBIT 5

## *No Headline In Original*

McClatchy-Tribune Photo Service

April 25, 2017 Tuesday

Copyright 2017 Tribune Content Agency All Rights Reserved

**Length:** 53 words

**Byline:** Richard Winton, Los Angeles Times, TNS

# Body



Protesters outside the downtown Los Angeles federal building on April 26, 2017 form a protective ring around **_Claudia_ _Rueda_**, center, the daughter of Teresa Vidal-Jaime. (Richard Winton/Los Angeles Times)

IMAGE ID: KRTPHOTOSLIVE2146013

*Subject to copyright. Click here for information regarding redistribution of this image.*

**Load-Date:** May 19, 2017

---

End of Document

# EXHIBIT 6

## *Drug Arrests*

El Paso Times (Texas)

April 26, 2017 Wednesday

Copyright 2017 El Paso Times, a MediaNews Group Newspaper All Rights Reserved

**Section:** NEWS

**Length:** 805 words

**Byline:** City News Service

## Body

Eds: U.S. Customs and Border Patrol public information office number is (619) 216-4182. Sheriff's Information Bureau number is (213) 229-1700. Luis Serrano, of the California Immigrant Youth Justice Alliance can be reached at (818) 277-3343. LOS ANGELES (CNS) - Despite protests by a coalition of immigrant-rights groups, a woman who is allegedly living in the country illegally and was arrested during a Los Angeles-area narcotics raid that targeted her husband and three other suspects was facing possible deportation today. Teresa Vidal-Jaime, 54, was arrested Monday by federal agents, according to U.S. Customs and Border Protection. ``Border Patrol agents took custody of Vidal-Jaime upon discovering that she was living in the country illegally,'' CBP said Wednesday. ``Vidal-Jaime was processed for deportation proceedings.'' Thirty-three pounds of cocaine were seized during Monday's raid, which involved the California Multi-Jurisdictional Methamphetamine Enforcement Team -- known as Cal-MMET -- and led to the arrests of four Los Angeles men, according to the Los Angeles County Sheriff's Department.

Hugo Rueda, 50, Enrique Rueda, 47, Erasmo Pimentel, 28, and Jose Gutierrez, 46, were booked on suspicion of possession of a controlled substance for the purpose of sales, according to the sheriff's department. Vidal-Jaime is Hugo Rueda's wife, according to the CBP statement. According the sheriff's department, investigators from its narcotics bureau were assigned to Cal-MMET, which received information from the Border Patrol about an investigation ``involving a vehicle that was suspected of cross- border narcotics smuggling activity, and was headed to the Los Angeles area.'' Sheriff's investigators and Border Patrol agents tracked the vehicle as it arrived at an apartment complex in the 700 block of South Bernal Avenue. ``It was at that location where investigators observed several suspects allegedly offloading narcotics from the vehicle,'' sheriff's officials said. Investigators arrested the four men and recovered 33 pounds of cocaine and a quantity of currency. ``It was determined that two of the suspects were residents of the apartment complex where the investigation took place,'' according to the sheriff's department. ``Further investigation resulted in the search of their apartment and the reported seizure of additional U.S. currency, also believed to be narcotics proceeds.'' The men were arrested and a woman -- identified by CBP as Vidal-Jaime -- was questioned. ``A female Hispanic adult was initially detained at the scene and then released by LASD investigators once it was determined she was not involved in the sheriff's department's jurisdictional narcotics investigation,'' according to the sheriff's department. Vidal-Jaime, however, was later taken into custody by Border Patrol agents, according to CBP. A coalition of immigrant-rights groups held a rally Tuesday night outside the Hall of Justice in downtown Los Angeles, protesting Vidal-Jaime's arrest and alleging collusion between the sheriff's department and the Border Patrol. The protesters noted that Vidal-Jaime was arrested despite not being a target of the drug investigation. ``Despite being told she would not be detained as long she cooperated, my mother was apprehended during an illegally conducted raid at my apartment,'' ***Claudia Rueda***, one of Vidal-Jaime's daughters, said in a statement released by the California Immigrant Youth Justice Alliance. ``Both Los Angeles Sheriff Department and California Border Protection used intimidation tactics to enter the home. My mother, who was completely sure that there was nothing to hide, gave them both access out of fear of retaliation.'' Sheriff's officials insisted, however, that they had no part in Vidal- Jaime's arrest by CBP. ``While this was a criminal

Drug Arrests

investigation involving Border Patrol agents, the LASD does not enforce immigration laws, nor ask about immigration status,'' sheriff's officials said. ``In fact, deputies do not ask immigration status of any person, including a victim or witness to any crime. Immigration enforcement is the responsibility of the federal government. ``At no time during this criminal investigation did LASD personnel question any of the individuals regarding their immigration status. Sheriff's Department personnel were not involved in the continued investigation conducted by the U.S. Border Patrol agents. The U.S. Border Patrol agents continued their investigation at the scene.'' Rueda said her family cannot ``stay afloat'' without her mother, ``and I won't be getting the support to continue attending college.'' ``I know my mother is innocent, and both LASD and CBP know that, which is why they were supposed to let her go,'' she said. ``Right now she is being detained in Chula Vista and we want her back home.''

**Load-Date:** April 27, 2017

---

*End of Document*

# EXHIBIT 7

## *Durante operativo antidrogas en Boyle Heights; inmigrante mexicana fue detenida por ICE; Pero Teresa Vidal-Jaime no tenía nada que ver con la venta ilícita de narcóticos que se llevaba a cabo en su vecindario*

La Opinion

26 abril 2017 miércoles

Copyright 2017 La Opinion L.P. All Rights Reserved

**Section:** CALIFORNIA

**Length:** 714 words

**Byline:** Redacción

# Body

Agentes de la Patrulla Fronteriza arrestaron a una mujer de 54 años el martes por supuestamente estar vinculada a una importante incautación de narcóticos y dinero ilícito en una residencia de Boyle Heights, vecindario del este de Los Ángeles.

Más tarde se dio a conocer que Teresa Vidal-Jaime, de 51 años, no tenía nexos con la venta de drogas que se realizaba desde su apartamento, pero su estatus de indocumentada la mantiene presa en un centro de detención del Servicio de Inmigración y Control de Aduanas (ICE) en San Diego y en riesgo de la deportación.

Su detención fue captado en video:

La detención tuvo lugar mientras se realizaba una investigación de la Patrulla Fronteriza que involucró un sedán Chevrolet Malibu que los agentes sospechaban estaba siendo utilizado para el contrabando transfronterizo de narcóticos.

En la investigación también estuvo involucrado personal del Equipo Antimetanfetaminas de California (Cal-MMET), un grupo antinarcóticos compuesto por varias agencias, entre ellos el Sheriff del condado de Los Ángeles (LASD).

Incautación

La investigación llevó a los agentes a un complejo de apartamentos de Boyle Heights en la cuadra 700 al sur de la Avenida Bernal, donde los uniformados de Cal-MMET descubrieron 15 paquetes de cocaína dentro del Chevrolet Malibu y detuvieron al propietario del vehículo, Hugo Rueda, de 50 años de edad y esposo de Vidal-Jaime.

Se estima que la cocaína pesa 33 libras.

Otros tres hombres – Erasmo Pimentel, de 28 años, José Gutiérrez de 46 y Enrique Rueda de 47 -fueron detenidos y acusados de posesión de sustancias controladas para vender, informó el Departamento del Sheriff.

Pero el registro de la vivienda no dio fin con estos cuatro detenidos. Al llegar a la residencia de Vidal-Jaime, Cal-MMET recibió consentimiento por parte de ella para realizar una búsqueda dentro del lugar, lo que resultó en el descubrimiento de aproximadamente $600,000 dólares en efectivo y aproximadamente una onza de metanfetamina cristalina.

Arrestada por Migración

Durante operativo antidrogas en Boyle Heights; inmigrante mexicana fue detenida por ICE; Pero Teresa Vidal-Jaime no tenía nada que ver con la venta ilícita de n....

Vidal-Jaime fue arrestada, pero posteriormente liberada debido que las autoridades consideraron que no estaba involucrada en el negocio ilícito de narcóticos. Pero cuando agentes de la Patrulla Fronteriza indagaron en su récord personal, descubrieron que ella residía de manera ilegal dentro del país. Así que la detuvieron

Hoy, la mujer se encuentra en Chula Vista, en el condado de San Diego en proceso de deportación.

Vidal-Jaime es madre de dos y ha estado viviendo en Estados Unidos desde 2001.

El martes por la tarde, un grupo de alrededor de 70 activistas y familiares se reunieron frente al edificio federal del centro de Los Ángeles para pedir su liberación. Una pequeña protesta también se llevó a cabo el martes a favor de Vidal-Jaime fuera de una estación de la Patrulla Fronteriza en San Ysidro, cerca de la frontera.

En la protesta de Los Ángeles, **_Claudia_** **_Rueda_**, hija de la detenida, estaba rodeada por un grupo de manifestantes quienes dijeron que veían la detención de Vidal-Jaime como retribución por el trabajo de su hija. Rueda es una activista proinmigrante en Los Ángeles. Ella se enteró de lo sucedido con su madre mientras estaba en clases en Cal State LA. El martes se unió a los organizadores para protestar por la detención de su madre, calificándolo de una incursión ilegal que arrastró a una mujer inocente en una investigación criminal.

"Su madre no tuvo nada que ver con esto", dijo Marcela Hernández, una de las organizadoras de la protesta. Vidal-Jaime "no sabía nada de nada en el apartamento. Ella los dejó entrar".

"Creemos que es una represalia contra su madre por el activismo de su hija", aseveró Hernández.

Para el miércoles en la mañana ya no se veía actividad ni nadie salió a abrir la puerta de su apartamento. Una vecina quien pidió mantenerse en el anonimato dijo que el martes se fueron todos del lugar

"Pues como ya se llevaron a la mama, de seguro tenían miedo que se lleven a los demás", dijo la mujer que vive en el miso edificio. Ella dijo estar muy preocupada por la situación que ocurría en la misma vivienda y ella desconocía.

"Yo no sabía nada de eso…sí esta mal", aseveró.

La comunidad puede reportar actividades sospechosas a la Patrulla Fronteriza de Estados Unidos llamando al sector de San Diego al (619) 498-9900.

## Graphic

Teresa Vidal-Jaime, de 51 años, está detenida en Chula Vista. Foto: Suministrada

**Load-Date:** July 12, 2017

Graphic

Teresa Vidal-Jaime, de 51 años, está detenida en Chula Vista.
Foto: Suministrada
Load-Date: July 12, 2017
End of

During anti-drug operation in Boyle Heights; Mexican immigrant was
detained by ICE; But Teresa Vidal-Jaime had nothing to do with the
illicit sale of narcotics in your neighborhood
The opinion
April 26, 2017 Wednesday
Copyright 2017 La Opinion L.P. All Rights Reserved
Section: CALIFORNIA
Length: 714 words
Byline: Writing
Body
Border Patrol agents arrested a 54-year-old woman on Tuesday for allegedly being linked
to a major seizure of narcotics and illicit money at a residence in Boyle Heights, eastern neighborhood
of the Angels.
Later it was revealed that Teresa Vidal-Jaime, 51, had no ties to the sale of drugs that were
Performing from her apartment, but her undocumented status keeps her imprisoned in a detention center
from the Immigration and Customs Enforcement Service (ICE) in San Diego and at risk of deportation.
His arrest was captured on video:
The arrest took place while a Border Patrol investigation involving a sedan was underway

**Exhibit 7, Page 057**

Chevrolet Malibu that officers suspected was being used for cross-border smuggling of
narcotics.

The investigation also involved personnel from the California Anti-Methamphetamine Team (Cal-MMET),
an anti-drug group comprised of multiple agencies, including the Los Angeles County Sheriff (LASD).

Seizure

The investigation led officers to a Boyle Heights apartment complex in the 700 block south of the
Bernal Avenue, where the Cal-MMET uniforms discovered 15 packages of cocaine inside the Chevrolet
Malibu and arrested the owner of the vehicle, Hugo Rueda, 50 years old and husband of Vidal-Jaime.

Cocaine is estimated to weigh 33 pounds.

Three other men - Erasmo Pimentel, 28, José Gutiérrez 46 and Enrique Rueda 47 - were
arrested and charged with possession of controlled substances to sell, the Sheriff's Department reported.

But the search of the house did not end with these four detainees.

Upon arrival at the residence of Vidal-Jaime, Cal-MMET received her consent to conduct an on-site search, resulting in
discovery of approximately $ 600,000 in cash and approximately one ounce of
crystalline methamphetamine.

Arrested for Migration

Page 2 of 2

During anti-drug operation in Boyle Heights; Mexican immigrant was detained by ICE; But Teresa Vidal-
do with the illicit sale of n ....

Vidal-Jaime was arrested, but later released because the authorities considered that she was not
involved in the illicit narcotics business. But when Border Patrol

Exhibit 7, Page 058

agents investigated his

personal record, they discovered that she resided illegally within the country. So they stopped her

Today, the woman is in Chula Vista, San Diego County, in deportation proceedings.

Vidal-Jaime is the mother of two and has been living in the United States since 2001.

On Tuesday afternoon, a group of around 70 activists and family members gathered in front of the federal building of the Downtown Los Angeles to ask for his release. A small protest was also held on Tuesday in favor of

Vidal-Jaime outside a Border Patrol station in San Ysidro, near the border.

At the Los Angeles protest, Claudia Rueda, daughter of the detainee, was surrounded by a group of protesters

who said they saw Vidal-Jaime's detention as retribution for his daughter's work. Rueda is a

pro-immigrant activist in Los Angeles. She found out about what happened to her mother while she was in classes at

Cal State LA. On Tuesday he joined the organizers to protest the arrest of his mother, calling him a

an illegal raid that dragged an innocent woman into a criminal investigation.

"Her mother had nothing to do with this," said Marcela Hernández, one of the organizers of the protest.

Vidal-Jaime "knew nothing of anything in the apartment. She let them in."

"We believe it is retaliation against her mother for her daughter's activism," said Hernández.

By Wednesday morning there was no longer any activity and no one came out to open the door of his apartment. A

neighbor who asked to remain anonymous said that on Tuesday they all left the place

"Well, since they took the mother away, they surely were afraid that they would take the others," said the woman who lives

**Exhibit 7, Page 059**

in the same building. She said that she was very concerned about the situation that occurred in the same house and she unknown.

"I didn't know anything about that ... it is wrong," he said.

The community may report suspicious activity to the United States Border Patrol by calling

San Diego sector at (619) 498-9900.

Graphic

Teresa Vidal-Jaime, 51, is detained in Chula Vista. Photo: Supplied

Load-Date: July 12, 2017

End of

# EXHIBIT 8

## *No Headline In Original*

City News Service

April 26, 2017 Wednesday 2:09 PM PST

Copyright 2017 City News Service, Inc. All Rights Reserved

No City News Service material may be republished without the express written permission of the City News Service, Inc.

**Length:** 752 words

**Dateline:** LOS ANGELES

## Body

Despite protests by a coalition of immigrant-rights groups, a woman who is allegedly living in the country illegally and was arrested during a Los Angeles-area narcotics raid that targeted her husband and three other suspects was facing possible deportation today.

Teresa Vidal-Jaime, 54, was arrested Monday by federal agents, according to U.S. Customs and Border Protection.

"Border Patrol agents took custody of Vidal-Jaime upon discovering that she was living in the country illegally," CBP said Wednesday. "Vidal-Jaime was processed for deportation proceedings."

Thirty-three pounds of cocaine were seized during Monday's raid, which involved the California Multi-Jurisdictional Methamphetamine Enforcement Team -- known as Cal-MMET -- and led to the arrests of four Los Angeles men, according to the Los Angeles County Sheriff's Department.

Hugo Rueda, 50, Enrique Rueda, 47, Erasmo Pimentel, 28, and Jose Gutierrez, 46, were booked on suspicion of possession of a controlled substance for the purpose of sales, according to the sheriff's department.

Vidal-Jaime is Hugo Rueda's wife, according to the CBP statement.

According to the sheriff's department, investigators from its narcotics bureau were assigned to Cal-MMET, which received information from the Border Patrol about an investigation "involving a vehicle that was suspected of cross-border narcotics smuggling activity, and was headed to the Los Angeles area."

Sheriff's investigators and Border Patrol agents tracked the vehicle as it arrived at an apartment complex in the 700 block of South Bernal Avenue.

"It was at that location where investigators observed several suspects allegedly offloading narcotics from the vehicle," sheriff's officials said.

Investigators arrested the four men and recovered 33 pounds of cocaine and a quantity of currency.

"It was determined that two of the suspects were residents of the apartment complex where the investigation took place," according to the sheriff's department. "Further investigation resulted in the search of their apartment and the reported seizure of additional U.S. currency, also believed to be narcotics proceeds."

The men were arrested and a woman -- identified by CBP as Vidal-Jaime -- was questioned.

"A female Hispanic adult was initially detained at the scene and then released by LASD investigators once it was determined she was not involved in the sheriff's department's jurisdictional narcotics investigation," according to the sheriff's department.

No Headline In Original

Vidal-Jaime, however, was later taken into custody by Border Patrol agents, according to CBP.

A coalition of immigrant-rights groups held a rally Tuesday night outside the Hall of Justice in downtown Los Angeles, protesting Vidal-Jaime's arrest and alleging collusion between the sheriff's department and the Border Patrol. The protesters noted that Vidal-Jaime was arrested despite not being a target of the drug investigation.

"Despite being told she would not be detained as long she cooperated, my mother was apprehended during an illegally conducted raid at my apartment," **_Claudia_** **_Rueda_**, one of Vidal-Jaime's daughters, said in a statement released by the California Immigrant Youth Justice Alliance. "Both Los Angeles Sheriff Department and California Border Protection used intimidation tactics to enter the home. My mother, who was completely sure that there was nothing to hide, gave them both access out of fear of retaliation."

Sheriff's officials insisted, however, that they had no part in Vidal-Jaime's arrest by CBP.

"While this was a criminal investigation involving Border Patrol agents, the LASD does not enforce immigration laws, nor ask about immigration status," sheriff's officials said. "In fact, deputies do not ask immigration status of any person, including a victim or witness to any crime. Immigration enforcement is the responsibility of the federal government.

"At no time during this criminal investigation did LASD personnel question any of the individuals regarding their immigration status. Sheriff's Department personnel were not involved in the continued investigation conducted by the U.S. Border Patrol agents. The U.S. Border Patrol agents continued their investigation at the scene."

Rueda said her family cannot "stay afloat" without her mother, "and I won't be getting the support to continue attending college."

"I know my mother is innocent, and both LASD and CBP know that, which is why they were supposed to let her go," she said. "Right now she is being detained in Chula Vista and we want her back home."


**Load-Date:** April 27, 2017

---

# EXHIBIT 9

### *Drug bust could result in deportations; Two men suspected of smuggling cocaine before arrest in Boyle Heights are in U.S. illegally, officials say.*

Los Angeles Times

April 28, 2017 Friday, Home Edition

Copyright 2017 Los Angeles Times All Rights Reserved

**Section:** CALIFORNIA; Metro Desk; Part B; Pg. 4

**Length:** 868 words

**Byline:** Veronica Rocha, Richard Winton, Ruben Vives

## Body

Two men suspected of smuggling more than 30 pounds of cocaine across the U.S.-Mexico border before being arrested in Boyle Heights this week face deportation because they have been living in the country illegally, a U.S. Customs and Border Protection official said Wednesday.

Hugo Rueda, 50, was taken into custody after the drug raid Monday, according to the U.S. Border Patrol. During the bust, authorities found 33 pounds of cocaine in Rueda's car, as well as $600,000 in cash and an ounce of crystal methamphetamine in the apartment he shared with his wife in Boyle Heights, federal authorities said.

Rueda and three other men -- identified as Enrique Rueda, 47; Erasmo Pimentel, 28; and Jose Gutierrez, 46 -- were arrested on suspicion of possessing drugs for the purpose of selling them, according to the Los Angeles County Sheriff's Department.

Hugo Rueda and one of the other men entered the country illegally, said Mark Endicott, supervisory border patrol agent for the agency in San Diego. He refused to identify which of the other men had crossed illegally, citing privacy laws.

"It is possible that the Border Patrol may actively seek to initiate removal proceedings for these individuals after their criminal cases are adjudicated and they are eligible for release," he said.

Rueda's wife, Teresa Vidal-Jaime, 54, also was taken into custody at the scene and arrested by Border Patrol agents for an immigration violation, Endicott said. Although officials said she was not involved in the narcotics investigation, border officials said she too was in the country illegally and now faces possible deportation.

Vidal-Jaime's detention triggered a protest in downtown Los Angeles on Tuesday. As demonstrators chanted "Free Teresa," others blocked vehicles and stopped traffic outside federal buildings while forming a human barrier around Rueda and Vidal-Jaime's daughter, *Claudia* *Rueda*.

"Her mother didn't have anything to do with this," said Marcela Hernandez, one of the protest organizers. Vidal-Jaime "didn't know anything about anything in the apartment. She let them [agents] in."

The operation that led to the cocaine bust began about 5 p.m. Monday when the Border Patrol alerted sheriff's narcotics investigators about a Chevrolet Malibu that was believed to be involved in cross-border drug smuggling, according to the Sheriff's Department. The Chevrolet, they said, was headed to the Los Angeles area.

Sheriff's Capt. Darren Harris said Border Patrol agents and undercover sheriff's detectives who are part of a multijurisdictional methamphetamine task force began tracking the vehicle.

Drug bust could result in deportations; Two men suspected of smuggling cocaine before arrest in Boyle Heights are in U.S. illegally, officials say.

When the car arrived at the apartment complex in the 700 block of Bernal Avenue, investigators saw several men removing what appeared to be drugs from the vehicle, the Sheriff's Department said.

Border Patrol agents and sheriff's investigators moved in and arrested four men. Investigators found the cocaine inside the car, which they said was registered to Rueda. They also discovered cash hidden inside a tire, sheriff's officials said.

"These are high-risk takedowns with lives at risk. This can be the cartel," Harris said. "This case involves nearly a million dollars in drugs and cash."

Harris said the cocaine has a street value of $300,000.

According to the Border Patrol, Vidal-Jaime gave investigators consent "to conduct a further search of the apartment." Inside the apartment, authorities discovered the bundles of cash and meth, authorities said.

"This is a high-risk search, so anyone at the apartment would be detained by the task force for safety purposes," said Harris, a Sheriff's Department spokesman. Investigators recovered the money from a bedroom not belonging to Vidal-Jaime and a tire, officials said.

Nicole Nishida, a Sheriff's Department spokeswoman, said Vidal-Jaime was detained at the scene but freed after investigators concluded "she was not involved in the ... narcotics investigation."

Vidal-Jaime then was taken into custody by Border Patrol agents, who had determined that she was in the country illegally, said Endicott, an agency spokesman.

Sheriff's officials said deputies do not enforce immigration law and do not ask anyone about their immigration status.

Vidal-Jaime, who came to the U.S. in 2001, was being held in Chula Vista for deportation proceedings, her daughter said.

On Wednesday, neighbors at the 725 S. Bernal apartment complex said Hugo and Enrique Rueda were brothers and lived in the same apartment with their wives for more than a decade. Neighbors and the owner of the building said they were in shock after the raid. No one believed that the families could have been involved with drugs.

"They were a typical Mexican immigrant family," said Jenny Anegy, who lives above the Ruedas' apartment.

The families were poor, hardworking and kind, she said. They rarely hosted birthday parties or barbecues. Once, to save money, they celebrated three quinceaneras as one, Anegy said.

The men delivered fruit in downtown Los Angeles and worked at a carwash and in construction. The women worked at a restaurant and a bakery in Boyle Heights.

"I just can't believe they had that stuff," Anegy said.

--

*veronica.rocha@latimes.com*

*richard.winton@latimes.com*

*ruben.vives@latimes.com*

## Graphic

Drug bust could result in deportations; Two men suspected of smuggling cocaine before arrest in Boyle Heights are in U.S. illegally, officials say.

PHOTO: PROTESTERS in downtown Los Angeles form a protective ring around ***Claudia*** ***Rueda***, center, the daughter of Hugo Rueda, who was arrested in a drug raid.  PHOTOGRAPHER:Richard Winton Los Angeles Times

**Load-Date:** April 28, 2017

---

**End of Document**

**Exhibit 9, Page 067**

# EXHIBIT 10

### *#MayDayMarch*

University Times: California State University - Los Angeles

May 8, 2017 Monday

University Wire
Copyright 2017 UWIRE via U-Wire All Rights Reserved

**Section:** NEWS; Pg. 1

**Length:** 753 words

**Byline:** Marina Zhou

# Body

"Whose street? Our street!" student protesters shouted as they marched towards Mariachi Plaza from the neighborhood of Boyle Heights. Two police vehicles chaperoned the students to keep them on the sidewalk, and other officers made sure every freeway exit in the student's path was blocked.

On Monday, May 1, many grassroot organizations gathered in between the City Hall and the Los Angeles Police Department, including both deportation protesters and Trump supporters. A considerable group of Cal State LA students also marched from campus to Los Angeles City Hall through Boyle Heights. Many were protesting in solidarity with **_Claudia Rueda_**, a Cal State LA student whose mother was detained by the U.S. Immigration and Customs Enforcement .

"I'm marching for Teresa specifically, who was detained. She's the mother of one of our students. The march is also a part of the labor rights movement and immigrant movement," said Kevin, Sociology major. The hashtag #FreeTeresa was commonly used on student protesters' signs.

"I haven't been going to school, I've been working on [her case]. We hired a lawyer, and hopefully we will get her out soon," said Rueda, third year Latin American Studies major. "Today is a very big day for me, because [May Day March] is a way to come together, and fight for injustices that are going on, and destroying a lot of families."

When the students reached Los Angeles City Hall, yellow tape and police officers separated the two groups of demonstrators. On one side, people held their Mexican flags high and chanted, "No Trump, No KKK, No Fascist U.S.A.!" Across the streets, signs with "Make America Great Again" and "TRUMP" were held at the same height and Trump supporters blasted the national anthem from their speaker.

The stage was set up in front of the City Hall with a large sign proclaiming "Resist" hung above the platform. Many speakers and performers have shared their thoughts, including Mayor Eric Garcetti himself. The audience raised their fist into the sky as the performer rapped on.

One of the demonstrators, Kevin, crossed the yellow tape from the Pro-Trump side, and attempted to have a conversation with the Anti-Trump group. Many protesters were calling him Nazi at first, based on where he just came from. However as the conversation went on, his intention for unity became clear. Kevin is an ESL adult school teacher.

"Everyday I see my students come to class, fearing, that ICE is going to come, and just snatch them," Kevin told the University Times. "[The government] only wants people who can go directly into workforce, that excludes women, elderly, and other people who want to learn English, who want to participate in every single way like everybody else. Yet they have to be afraid, because of this administration, because there's a border in between who they

▬▬▬▬▬▬▬▬▬▬▬▬▬▬

**Exhibit 10, Page 069**

#MayDayMarch

consider as Americans on one side, and who they consider as Americans on the other. And that needs to stop, now. That's why we are here, that's why I'm here."

Kevin also strongly expressed that "the police is the problem, that they want us separated. That's the mentality, because if we are divided, we can't get things done, we can't come together and say, 'Look, we are not going to let this administration takes away our constitutional god-given right.'" For others, the police officers were preventing people from getting into fights.

Many people had strong feelings about both sides of the debate at the May Day march. However, some people felt neglected from both sides. Adam was driving Lyft around Downtown that day, he is a Native American from Montana. He stated, "I think it's crazy, because right now the whole talk is about immigration, and the only people, in my view, that have a right to discuss anything about immigration are native, and indigenous people."

Adam continued, "But I do understand that it is absolutely a disgrace, that our men and women who served in the military and protected this country, are placed on a waitlist when they come back to receive the medical attention they need, when someone can come to this country illegally and receive financial aid, medical, dental, whatever." Adam didn't vote for anyone this past election, he expressed that he believed in Bernie Sanders.

With new policies being passed and new plans being publicized, it is safe to conclude that the May Day march won't be the last protest in the coming months. But one thing is for sure - more and more people will engage in political conversations and perhaps that will be the silver lining.

**Load-Date:** May 8, 2017

---

*End of Document*

# EXHIBIT 11

## *CSULA Student's Parent Detained by ICE*

University Times: California State University - Los Angeles

May 8, 2017 Monday

University Wire
Copyright 2017 UWIRE via U-Wire All Rights Reserved

**Section:** NEWS; Pg. 1

**Length:** 770 words

**Byline:** Mimi Li

# Body

In the afternoon of April 24, an immigrant mother of two was taken into custody by U.S. Border Patrol agents in collaboration with the Los Angeles Sheriff's Department after a drug investigation in a Boyle Heights apartment complex. The agents uncovered over 30 pounds of cocaine and an estimated $600,000 in cash during the raid.

Teresa Vidal, whose full name is Teresa de Jesús Vidal Jaime, was detained once the agents learned that she was undocumented and was placed in deportation proceedings. Her husband and three other men were arrested for drug possession.

Her daughter, Cal State LA student ***Claudia Rueda***, was in a Monday evening class when she heard about the raid, and immediately returned home. When Rueda arrived at the scene, she says she was subject to intimidation and both agencies did not present a warrant to her.

"Despite being told she would not be detained as long she cooperated, my mother was apprehended during an illegally conducted raid at my apartment," said Rueda in a statement from the Immigrant Youth Coalition. Her mother was "not wanted in the raid" and was a "collateral arrest," says Rueda.

In a statement released on April 25, Border Patrol says that Vidal gave them permission to continue conducting their investigation in the apartment. In an investigation that started on the road that afternoon, agents tracked a car, suspecting that the men inside the vehicle were involved in cross-border smuggling. They ended up at the apartment complex where the men started to unload drugs from the vehicle. After immediately arresting the men, Border Patrol, with the consent of Vidal, entered the apartment which lead to the discovery of the currency in a duffel bag. Border Patrol agents then arrested Vidal upon finding out about her immigration status.

Rueda says that while Border Patrol told her that Vidal would be deported in a few hours after Vidal's arrest, community pressure prevented Vidal's deportation. The Immigrant Youth Coalition mobilized around the issue immediately, demanding Vidal's release via phone calls to Border Patrol at their Chula Vista location, and organizing a rally the next day in downtown Los Angeles. Vidal is currently detained by U.S. Immigration and Customs Enforcement at the Imperial Regional Detention Facility in Calexico. Vidal is scheduled for a bond hearing on May 9.

Affected by her mother's detention, Rueda stopped attending classes since the day Vidal was taken. While she is appreciative of professors who attended the rally for her mother's release, donated to her fundraiser, and communicated with her concerning her well-being, she says she is unable to focus on her studies.

"I cannot concentrate when my mom is inside a detention center and I no longer have her with me," Rueda told the University TImes. "My mother means the whole world to me, that is why I am fighting for her every day ... I may or may not come back next semester, depending on what happens to my mom. The future is uncertain."

CSULA Student's Parent Detained by ICE

Dr. Alejandra Marchevsky, professor of Liberal Studies and Women's, Gender, and Sexuality Studies, and Faculty Rights Chair of the California Faculty Association, has seen the impact of Vidal's detention on Rueda, who is a student in her class this semester.

"Our federal immigration policies have made Cal State LA students unsafe and disrupted their education," said Marchevsky to the University Times. "Many students are living with pervasive fear of being separated from those people most important to them. Deportation directs a student's energy and resources away from school - not only because of the trauma it unleashes but also because of the legal costs and economic precarity it imposes on our students' families."

Protestors at the Boyle Heights May Day rally last week advocated for Vidal's release from detention. The rally, which occurs worldwide on May 1 to commemorate and advance workers' rights, included immigrant rights as well, due to President Donald Trump's executive order on deportation which affects many undocumented families in Los Angeles. Cal State LA student activists led a walkout from campus towards the rally at Mariachi Plaza.

"When our community is attacked, we stand together and fight back," said Lizbeth Galaviz of Centro Community Service Organization, at the rally. "La lucha sigue y sigue and we will continue to defy and resist until our right to live is as valued as the fruits of our labor."

Rueda encourages supporters to donate to the YouCaring fundraiser titled Support Teresa & Her Family After Unjust Border Detention and to follow Immigrant Youth Coalition on Facebook for updates on the case.

**Load-Date:** May 8, 2017

---

End of Document

**Exhibit 11, Page 073**

# EXHIBIT 12



ADVERTISEMENT

CALIFORNIA

# Border Patrol detains 22-year-old Cal State L.A. student activist; her lawyer says it is retaliation



Claudia Rueda was taken into custody while moving her family's car outside their Boyle Heights home.

By MATT HAMILTON, RICHARD WINTON, JAMES QUEALLY

MAY 18, 2017 | 11:22 PM



**Exhibit 12, Page 075**

4/23/2020 Border Patrol detains 22-year-old college student — 674-ent... in retaliation for protesting her mother's arrest — Los Angeles Times

Case 2:18-cv-09276-DMG-PLA Document 67-4 Filed 04/27/20 Page 2 of 13 Page ID #:772

A 22-year-old immigration activist and college student has been detained by Border Patrol agents, sparking claims that she was targeted in retaliation for protesting the arrest of her mother, who was swept up by federal agents during a massive cocaine bust last month.

Claudia Rueda was moving her family's car outside their Boyle Heights home when she was detained and taken to a federal facility near San Diego on Thursday morning, her attorney, Monika Langarica, said.

"She was moving the car because of street sweeping," Langarica said. "Before she got out of the car, three vehicles pulled up."

Activists and friends of Rueda's say Rueda was targeted because of protests she has led in recent weeks over the detention of her mother, Teresa Vidal-Jaime, 54, who was detained by federal agents during a drug raid that targeted other members of Rueda's family. But authorities determined that Vidal-Jaime was not involved in the alleged drug trafficking and she was released on bail earlier this month.

In a statement issued Friday afternoon, Border Patrol officials said Rueda was one of seven people arrested as part of an investigation into "a cross-border narcotics smuggling operation." All seven, however, were arrested on suspicion of immigration violations, not drug offenses, according to the Border Patrol statement.

**Exhibit 12, Page 076**

4/23/2020    Border Patrol arrests a 12-year-old Cal State L.A. student 67 4 entirely out of days it was retaliation - Los Angeles Times

Case 2:18-cv-09276-DMG-PLA Document 67-4 Filed 04/27/20 Page 78 of 412 Page ID #:773

Rueda violated the terms of her visa, the statement said. The others arrested were not named and identified only as five Mexican nationals and one Guatemalan national. The statement also described Vidal-Jaime as "connected" to the drug trafficking organization, though a spokesman for the Los Angeles County Sheriff's Department, which was involved in the April arrests, previously told The Times that the woman was not a subject of the narcotics investigation.

"These targeted arrests should send a stern message to anyone linked to transnational smuggling," Roy D. Villareal, deputy chief patrol agent of Border Patrol's San Diego sector, said in the statement. "Our agents will be relentless in their effort to put these organizations out of business."

Mark Endicott, a supervisory agent with the Border Patrol in San Diego, said he could not "disclose the degree of the connection between each targeted subject and the narcotics organization. Asked why agents conducting a drug investigation arrested people suspected of immigration violations rather than narcotics offenses, Endicott said "the intent of the enforcement effort was to disrupt the entire organization."

Rueda's arrest was part of the larger criminal investigation, according to Endicott, who said each person targeted Thursday, including Rueda, had been identified as "part of a support network" for the drug organization. He declined to elaborate.

Langarica, however, said there is no link between Rueda and the alleged drug ring.

"There is a lot that suggests retaliatory behavior on Border Patrol's part," Langarica said.

Los Angeles police and sheriff's officials said they were notified of Border Patrol's actions this week but were not involved.



**CA Immigrant Youth**
@CIYJA

https://www.latimes.com/local/lanow/la-me-ln-immigration-activist-20170518-story.html

**Exhibit 12, Page 077**

Case 2:18-cv-09276-DMG-PLA Document 67 Filed 04/27/20 Page 79 of 412 Page ID #:774

All right community, lets show up for Claudia! @CBPLosAngeles @CustomsBorder @CBPSanDiego @KamalaHarris @SenFeinstein #FreeClaudia



95  7:04 PM - May 18, 2017

128 people are talking about this

Late Friday, Immigration and Customs Enforcement spokeswoman Virginia Kice released a statement saying that Rueda had been transferred to ICE custody.

"Department of Homeland Security databases indicate Ms. Rueda currently has no legal authorization to be in the United States," Kice said. "Accordingly, she has been placed in removal proceedings…. It will now be up to an immigration judge … to determine whether Ms. Rueda has a legal basis to remain in the U.S. or will be ordered removed."

Rueda's mother was picked up by federal authorities in April during a raid at a Boyle Heights apartment complex where more than 30 pounds of cocaine and $600,000 in

**Exhibit 12, Page 078**

cash were found, officials said. Vidal-Jaime's husband, Hugo Rueda, and three other men were arrested on suspicion of drug possession.

Hugo Rueda and the other men were charged with possession of narcotics with the intent to sell. Last month, Border Patrol officials said Rueda and one of the other men were suspected of entering the U.S. illegally and could face deportation.

Though investigators said Vidal-Jaime was not involved with the alleged drug trafficking, she was held for several weeks in federal custody. On May 12, over the objections of U.S. Immigration and Customs Enforcement officials, she was released after posting $2,000 bail.

Immigration activist Claudia Bautista, a friend of Claudia Rueda's, said Rueda was detained Thursday on Hicks Avenue near her aunt's home. Border Patrol agents then tried to gain access to the home of Rueda's aunt but were denied entry, Bautista said. They then moved to a guest house on the property, according to Bautista.

"This is exactly what everyone feared," she said. "It is very concerning they'd just come into a Los Angeles neighborhood and take her and other people."

Bautista said she believes Rueda was taken into custody as "retribution" for her activism on behalf of her mother.

"They wanted payback," she said.

Claudia Rueda was previously arrested by the LAPD in January 2015 on suspicion of trespassing outside the downtown office of the U.S. Citizenship and Immigration Services. Endicott declined to say whether Rueda had any other prior arrests.

Her detention this week drew a swift and angry reaction from local activists. Groups circulated a photograph of Rueda with one fist raised, accompanied by a demand for her release.

**Exhibit 12, Page 079**

4/23/2020
Border Patrol Michigan Arear Old Gal Student. 6 yrs identible dut 04/27/20 4 Days Plage adoption Los Angeles Times
Case 2:18-cv-09276-DMG-PLA Document 67 Filed 04/27/20 Page 81 of 412 Page ID
#:776

A protest was staged outside the Border Patrol's offices in Chula Vista on Thursday night, and video footage showed dozens of protesters chanting, "Free Claudia now," and holding handmade signs.

Rueda is focusing on Latin American studies at Cal State L.A. and has lived in the U.S. most of her life, friends said.

Langarica said Rueda is eligible for protection under the Deferred Action for Childhood Arrivals program, or DACA, but had not been able to cobble together the money for her application.

"Her mom's meager wages have been funding her education," Langarica said.

If Rueda is released, she could secure DACA protections and remain here, the attorney said.

"There's a solution on the horizon," Langarica said. "It's absurd we are going through this."

**matt.hamilton@latimes.com**

**Twitter: @MattHjourno**

**richard.winton@latimes.com**

**Twitter: @LAcrimes**

**james.queally@latimes.com**

**Twitter: @JamesQueallyLAT**

**ALSO**

**Arrests on civil immigration charges go up 38% in the first 100 days since Trump's executive order**

**Controversial Milwaukee County Sheriff David Clarke says he will take Homeland Security job**

**Previously deported hit-and-run suspect criminally charged with federal immigration violation**

**UPDATES:**

**8:35 p.m.:** This article was updated with a statement from ICE about Rueda's status.

**5:50 p.m.:** This article was updated with additional comments from a Border Patrol spokesman.

**3:20 p.m.:** This article was updated with additional information from Border Patrol.

**1:45 p.m.:** This article was updated with additional information from the sheriff's spokeswoman and a description of protests on Friday.

**May 19, 11:10 a.m.:** This article was updated with additional information from the Los Angeles County Sheriff's Department and comments from a friend of Claudia Rueda's.

*This article was originally published at 11:15 p.m., May 18.*

CALIFORNIA

**Exhibit 12, Page 081**

# EXHIBIT 13

## _Estudiante angelina es trasladada a prisión de ICE en San Diego; Su madre apenas había sido dejada en libertad el fin de semana tras también haber sido arrestada por ICE_

La Opinion

18 mayo 2017 jueves

Copyright 2017 La Opinion L.P. All Rights Reserved

**Section:** INMIGRACIÓN

**Length:** 955 words

**Byline:** Araceli Martínez Ortega

# Body

La estudiante universitaria y defensora de los inmigrantes **_Claudia_** Sarahi **_Rueda_** Vidal, de 22 años, fue arrestada el jueves por agentes de la Patrulla Fronteriza cuando salió a mover su automóvil afuera de su casa en el barrio Boyle Heights de Los Ángeles.

"A ella se la llevaron al Centro de Detención de Chula Vista", dijo Blanca Vázquez, la activista que denunció el arresto a La Opinión. De inmediato la noticia se propagó en las redes sociales.

Agregó que por la mañana, antes de la detención, los agentes tocaron a la puerta de su casa pero no les abrieron porque no pudieron mostrar una orden de cateo.

"Estaban prácticamente esperando que saliera de su casa para arrestarla", explicó Vázquez.

El incidente ocurrió cerca de las 8:00 a.m. "Por muchas horas, su familia y amigos no sabíamos que había pasado con ella, hasta que nos dimos cuenta que se la llevó migración", dice.

Rueda Vidal es alumna de la carrera de estudios latinoamericanos de la Universidad Cal State Los Angeles. Vivía con su madre y una tía. No estaba protegida con el alivio migratorio de la Acción Diferida para los Llegados en la Infancia (DACA) pero es elegible.

No había solicitado el DACA, según dijo Claudia Bautista, su mejor amiga, porque no había podido juntar el dinero para pagar por la solicitud ante migración.

**_Claudia_** **_Rueda_** Vidal era una activa organizadora con la Coalición de Jóvenes Inmigrantes (Los Angeles Immigrant Youth) en Los Ángeles.

Su detención se da a pocos días de que su madre Teresa fuera liberada. Durante una semana, su progenitora estuvo en un Centro de Detención de ICE. La arrestó también la Patrulla Fronteriza en su hogar.

Había encabezado una campaña pública para liberar a su madre quien logró salir libre con el pago de una fianza. Su arresto levanta sospechas sobre la posibilidad de que haya sido una represalia por su activismo.

Ella llevaba casi su vida entera en el país. Llegó a los Estados Unidos en 2001 cuando tenía seis años.

"Es una amiga extremadamente comprensiva, fuerte y determinada. Durante la secundaria, animaba a los estudiantes a continuar sus estudios universitarios y a participar en programas para después de la escuela", dijo su mejor amiga.

**Exhibit 13, Page 083**

Estudiante angelina es trasladada a prisión de ICE en San Diego; Su madre apenas había sido dejada en libertad el fin de semana tras también haber sido arrestada....

"Durante la universidad, ella me apoyaba continuamente, me ofreció su casa, y su sabiduría para continuar siendo una estudiante dedicada y seguir mi pasiones, platicó.

Es además conocida por ser muy activa en la comunidad de Boyle Heights.

Via **_Claudia_** S. **_Rueda_** Happy Mothers day weekend let's keep defending each other and our communities! My mom was released one night ago. I want to thank everyone who has been helping us make this happen. Weather you shared, donated, organized, came to the rally, called, wrote a letter. ❤ ❤ ❤ **My mom's fight is not over, she will now be fighting her case from the outside. We will be fighting hard. Hope you kept supporting my mom's case, it will mean a lot to me. *** Thank you for helping my family stay together. I cannot live without my mom. She is one of the greatest, nicest, and most caring person. Thank you Immigrant Youth Coalition! Thank you so much to all my friends, organizers, who showed up right after they took my mom and worked tirelessly to do my mom's campaign. I could not have done it without the attorneys that helped my moms case (Monika Yvette, Emi, and Helen), thank you for your time and dedication. Sometimes I felt really sad and alone, but I would find myself surrounded by so much support, that kept me going. Thank you for all your support. It means a lot to my family. Thank you for all the donations, my family had to leave our home because we no longer felt safe. They have helped us stay afloat while, this nightmare was happening and my mom pay bond. And don't forget that if you see a petition going on, a picture to call, a donation for other cases, these make a big difference weather someone is deported or not. Please share them. ❤ ❤ ❤ #keepfamaliestogether #ftp

A post shared by DefendBoyleHeights (@defendboyleheights) onMay 14, 2017 at 12:19pm PDT

Jos é Hernández, portavoz de la Patrulla Fronteriza no comentó en específico sobre el caso de la estudiante arrestada pero respondió que el jueves,  los agentes condujeron varias acciones policiales en Los Ángeles, enfocadas en múltiples individuos en numerosos lugares.

"Estas acciones son el resultado de una investigación criminal sobre una organización de contrabando de narcóticos en la frontera", señaló.

Y agregó que los individuos arrestados tenían violaciones federales de migración.

La Coalición de Jóvenes Inmigrantes emitió una declaración en la que señala que la Patrulla Frontera ha hecho pronunciamientos falsos sobre Claudia en un esfuerzo por dañar su imagen.

Tras su arresto, lanzaron una campaña para bombardear con llamadas telefónicas a la Patrulla Fronteriza de Chula Vista al número telefónico 619-498-9750 y demandar que la dejen libre y no la deporten.

La abogada en migración de San Diego, Mónica Langarica quien defiende a la estudiante lamentó que haya sido detenida sin ninguna explicación y argumento, a seis días de que su madre fue liberada.

"Ella no tiene antecedentes criminales pero ha peleado mucho por otros casos de inmigrantes arrestados como el de su madre, a quien le consiguió cartas de apoyo de 35 organizaciones a nivel nacional", precisó.

Añadió que van a exigir que se le deje salir libre para que pueda solicitar el DACA y regresar a la escuela.

"Estamos buscando que no se inicie el proceso de deportación porque si no un juez tendría que determinar una fianza para que salga", señaló.

Y concluyó diciendo que aún en las condiciones en que se encuentra, la muchacha se escucha muy fuerte. "Acaba de ser trasladada a un centro de detención de ICE en San Diego", indicó.

# Graphic

Estudiante angelina es trasladada a prisión de ICE en San Diego; Su madre apenas había sido dejada en libertad el fin de semana tras también haber sido arrestad....

La activista ***Claudia*** ***Rueda*** no era extraña a los arrestos por protestas, pero nunca había caído en manos de ICE. Foto: Aurelia Ventura / La Opinión Una campaña fue lanzada en las redes sociales para pedir la liberación de ***Claudia*** Sarahi ***Rueda*** Vidal detenida por la Patrulla Fronteriza afuera de su casa en Los Ángeles. (Foto tomada de Facebook)

**Load-Date:** July 12, 2017

---

End of Document

narcóticos en la frontera , señaló

Y agregó que los individuos arrestados tenían violaci

Angelina student is transferred to ICE prison in San Diego; His mother
She had barely been released over the weekend after also having been arrested by ICE
The opinion
May 18, 2017 Thursday
Copyright 2017 La Opinion L.P. All Rights Reserved
Section: IMMIGRATION
Length: 955 words
Byline: Araceli Martínez Ortega
Body
22-year-old university student and advocate for immigrants Claudia Sarahi Rueda Vidal was arrested
Thursday by Border Patrol agents when he left to move his car outside his home in the neighborhood
Boyle Heights of Los Angeles.
"She was taken to the Chula Vista Detention Center," said Blanca Vázquez, the activist who denounced the
arrest La Opinion. The news immediately spread on social networks.
He added that in the morning, before the arrest, the officers knocked on the door of his house but did not open
because they couldn't show a search warrant.
"They were practically waiting for her to come out of her house to arrest her," said Vázquez.
The incident occurred around 8:00 a.m. "For many hours, his family and friends did not know what had happened
with her, until we realized that migration took her, "he says.
Rueda Vidal is a student in the Latin American studies career at

Character limit: 5000

Exhibit 13, Page 086

TRANSLATE NEXT 5000

relief from Deferred Action for Arrivals in the
Childhood (DACA) but is eligible.
She had not applied for DACA, according to Claudia Bautista, her
best friend, because she had not been able to collect the money
to pay for the application before migration.
Claudia Rueda Vidal was an active organizer with the Coalition of
Young Immigrants (Los Angeles
Immigrant Youth) in Los Angeles.
His arrest occurs a few days after his mother Teresa was
released. For a week, her parent
He was in an ICE Detention Center. She was also arrested by the
Border Patrol at her home.
He had spearheaded a public campaign to free his mother, who
was released on bail.
His arrest raises suspicions that it may have been retaliation for
his activism.
She had spent almost her entire life in the country. He came to the
United States in 2001 when he was six years old.
"She is an extremely understanding, strong, and determined
friend. During high school, she encouraged
students to continue their university studies and participate in
after-school programs, "said his
best friend.
Page 2 of 3
Angelina student is transferred to ICE prison in San Diego; Her
mother had hardly been left in
                        kend after also being arrested ....


"During college, she supported me continuously, offered me her
home, and her wisdom to continue being
a dedicated student and follow my passions, he said.
She is also known for being very active in the Boyle Heights
community.

Character limit: 5000                              TRANSLATE NEXT 5000

**Exhibit 13, Page 087**

mom was released one night ago. I want to thank everyone who has been helping us make this happen. Weather
you shared, donated, organized, came to the rally, called, wrote a letter. 🖤 🖤 🖤 ** My mom's fight is not over, she
will now be fighting her case from the outside. We will be fighting hard. Hope you kept supporting my mom's case, it
will mean a lot to me. *** Thank you for helping my family stay together. I cannot live without my mom. She is one of
the greatest, nicest, and most caring person. Thank you Immigrant Youth Coalition! Thank you so much to all my
friends, organizers, who showed up right after they took my mom and worked tirelessly to do my mom's campaign. I
could not have done it without the attorneys that helped my moms case (Monika Yvette, Emi, and Helen), thank you
for your time and dedication. Sometimes I felt really sad and alone, but I would find myself surrounded by so much
support, that kept me going. Thank you for all your support. It means a lot to my family. Thank you for all the
donations, my family had to leave our home because we no longer felt safe. They have helped us stay afloat while,
this nightmare was happening and my mom pay bond. And don't forget that if you see a petition going on, a picture
to call, a donation for other cases, these make a big difference weather someone is deported or not. Please share
them. 🖤 🖤 🖤 #keepfamaliestogether #ftp
A post shared by DefendBoyleHeights (@defendboyleheights) onMay 14, 2017 at 12:19 pm PDT
Jos é Hernández, a Border Patrol spokesman, did not comment specifically on the student's case.
Arrested but replied that on Thursday, officers conducted various police actions in Los Angeles,
focused on multiple individuals in numerous locations.
"These actions are the result of a criminal investigation into a

Character limit: 5000                                    TRANSLATE NEXT 5000

**Exhibit 13, Page 088**

narcotics on the border, "he said.
And added that the arrested individuals had rape

---

# EXHIBIT 14

## _Patrulla Fronteriza detiene a estudiante de Cal State Los Ángeles; Su madre apenas había sido dejada en libertad el fin de semana tras una semana de arresto_

La Opinion

18 mayo 2017 jueves

Copyright 2017 La Opinion L.P. All Rights Reserved

**Section:** LOS ÁNGELES

**Length:** 344 words

**Byline:** Araceli Martínez Ortega

# Body

La estudiante universitaria _**Claudia**_ Sarahi _**Rueda**_ Vidal de 22 años fue arrestada hoy por agentes de la Patrulla Fronteriza cuando salió a mover su automóvil afuera de su casa en el barrio de Boyle Heights de Los Ángeles.

"A ella se la llevaron al Centro de Detención de Chula Vista", dijo Blanca Vázquez, la activista que denunció el arresto a La Opinión. De inmediato la noticia se propagó en las redes sociales.

Agregó que por la mañana, antes de la detención, los agentes tocaron a la puerta de su casa pero la muchacha no les había abierto.

"Estaban prácticamente esperando que saliera de su casa para arrestarla", dijo.

El incidente ocurrió cerca de las 8:00 a.m. "Por muchas horas, su familia y amigos no sabíamos que había pasado con ella, hasta que nos dimos cuenta que se la llevó migración", dice.

Rueda Vidal es alumna de la carrera de estudios latinoamericanos de la Universidad Cal State Los Angeles. Vivía con su madre y una tía. No estaba protegida con el alivio migratorio de la Acción Diferida para los Llegados en la Infancia (DACA) pero es elegible.

Es conocida por ser muy activa en la comunidad de Boyle Heights.

Lo más triste de la situación es que apenas el fin de semana, su madre Teresa Rueda había sido dejada en libertad por migración. "A ella la habían arrestado también y la tuvieron detenida por una semana", indicó.

José Hernández, portavoz de la Patrulla Fronteriza no comentó en específico sobre el caso de la estudiante arrestada pero respondió que los agentes condujeron varias acciones policiales en Los Ángeles, enfocadas en múltiples individuos en numerosos lugares.

"Estas acciones son el resultado de una investigación criminal sobre una organización de contrabando de narcóticos en la frontera", señaló.

Y agregó que los individuos arrestados tenían violaciones federales de migración.

Tras su arresto, la Coalición de Jóvenes Inmigrantes (IYC) lanzó una campaña para bombardear con llamadas telefónicas a la Patrulla Fronteriza de Chula Vista al número telefónico 619-498-9750 y demandar que la dejen libre y no la deporten.

Patrulla Fronteriza detiene a estudiante de Cal State Los Ángeles; Su madre apenas había sido dejada en libertad el fin de semana tras una semana de arresto

## Graphic

Una campaña fue lanzada en las redes sociales para pedir la liberación de **_Claudia_** Sarahi **_Rueda_** Vidal detenida por la Patrulla Fronteriza afuera de su casa en Los Ángeles. (Foto tomada de Facebook)

**Load-Date:** July 12, 2017

End of Document

Border Patrol Detains Cal State Los Angeles Student; His mother she had barely been released on the weekend after a week of arrest

The opinion

May 18, 2017 Thursday

Copyright 2017 La Opinion L.P. All Rights Reserved

Section: LOS ANGELES

Length: 344 words

Byline: Araceli Martínez Ortega

Body

22-year-old college student Claudia Sarahi Rueda Vidal was arrested today by Patrol agents.

Border when she left to move her car outside her home in the Boyle Heights neighborhood of Los Angeles.

"She was taken to the Chula Vista Detention Center," said Blanca Vázquez, the activist who denounced the

arrest La Opinion. The news immediately spread on social networks.

He added that in the morning, before the arrest, the agents knocked on the door of his house, but the girl

he had not opened them.

"They were practically waiting for her to come out of her house to arrest her," he said.

The incident occurred around 8:00 a.m. "For many hours, his family and friends did not know what had happened

with her, until we realized that migration took her, "he says.

Rueda Vidal is a student in the Latin American studies career at Cal State Los Angeles University. She lived

with his mother and an aunt. Was not protected with immigration relief from Deferred Action for Arrivals in the

Childhood (DACA) but is eligible.

She is known for being very active in the Boyle Heights community.

The saddest thing about the situation is that just over the

weekend, his mother Teresa Rueda had been left in

freedom by migration. "She had also been arrested and had been detained for a week," he said.

José Hernández, spokesman for the Border Patrol did not comment specifically on the case of the student

Arrested but responded that officers conducted several police actions in Los Angeles, focused on

multiple individuals in numerous locations.

"These actions are the result of a criminal investigation into a smuggling organization of

narcotics on the border, "he said.

And added that the arrested individuals had federal immigration violations.

Following his arrest, the Young Immigrant Coalition (IYC) launched a campaign to bombard with calls

calls to the Chula Vista Border Patrol at the phone number 619-498-9750 and demand that they set her free

and don't deport her.

Page 2 of 2

Border Patrol Detains Cal State Los Angeles Student; Her mother had hardly been left in

kend after a week of arrest

Graphic

A campaign was launched on social networks to demand the release of Claudia Sarahi Rueda Vidal detained

by the Border Patrol outside his home in Los Angeles. (Photo taken from Facebook)

Load-Date: July 12, 2017

End of Document

# EXHIBIT 15

### *California Faculty Association Comments on Dentention of Cal State LA Student Activist*

Targeted News Service

May 19, 2017 Friday 11:44 AM  EST

Copyright 2017 Targeted News Service LLC All Rights Reserved

**Length:** 377 words

**Byline:** Targeted News Service

**Dateline:** SACRAMENTO, Calif.

## Body

California Faculty Association issued the following statement on Cal State Los Angeles student and immigration rights activist ***Claudia Rueda*** was taken into custody by Border Patrol agents as she moved her family's car outside their home. Federal agents had detained Rueda's mother earlier this month:

"It is absolutely unacceptable that one of our vibrant, activist students was detained by immigration officials, and in what appears to be a retaliatory manner for her courage in advocating on behalf of her family and other immigrants.

"News of Claudia's detention by Border Patrol has cut through Cal State LA community swiftly, and in its wake has left students and faculty deeply disturbed and afraid. One of Claudia's professors worried that the arrest of Claudia's mother would delay or end Claudia's educational pursuits, and noted 'That threat seems even more likely today as she sits in a detention center, facing expulsion from the country where she has lived since the age of four.'

"Her detention has spread trauma and fear across our campus. Claudia is the second student to be picked up by immigration officers this week in East Los Angeles. Many Cal State LA students and employees no longer feel safe on and around campus.'

"As a university system, we need to do everything we can to protect our students, staff, and faculty from these abhorrent threats and trauma. That's why CFA sponsored legislation authored by Assemblymember Ash Kalra, AB 21, which would protect undocumented students in the CSU and the state's community colleges. We need the CSU Board of Trustees to support this critical legislation, and take action on behalf of Claudia and her family.

"We cannot, and will not, sit by and watch as our students' or colleagues' safety and futures are jeopardized by the senseless and heartless directives of the Trump administration. We will continue to exercise our First Amendment rights, and will fight any who attempt to take that right from our students or us. We stand unwavering in our commitment to all of our students, regardless of their immigration status, and we strongly urge Chancellor Tim White, the CSU Board of Trustees, and CSU presidents and officials to do the same."

Copyright Targeted News Services

07K-Vail-5869909 07K-Vail

**Load-Date:** May 20, 2017

End of Document

# EXHIBIT 16

## _Community Protests The Detainment Of Young Boyle Heights Immigrant Rights Organizer_

LAist

May 19, 2017 Friday 8:33 PM EST

Copyright 2017 Newstex LLC All Rights Reserved

**Length:** 1028 words

**Byline:** Julia Wick

# Body

May 19, 2017( LAist: _http://laist.com_ Delivered by Newstex)  Community members outside of the Border Patrol San Ysidro station demanding the release of _**Claudia Rueda**_ on Friday morning just before 1:45 a.m. (Photo courtesy of Immigrant Youth Coalition via Facebook[1]) After a young immigrant rights activist was detained by Border Patrol Thursday[2], community members rallied on social media, in Boyle Heights, and outside of the Chula Vista Border Patrol station near San Diego where _**Claudia Rueda**_ is being held. Rueda, a 22-year-old community organizer and college student, was detained by Border Patrol agents early on Thursday morning in Boyle Heights. The Cal State L.A. student has been a prominent voice in local activism efforts since her mother, Teresa Vidal-Jaime, was detained[3] by Customs and Border Patrol agents last month. Vidal-Jaime was picked up by federal authorities during a large-scale drug bust at the Boyle Heights apartment complex where she lives; she was later cleared of any involvement[4], but still faces deportation.Rueda was detained sometime after 8:30 a.m. Thursday morning in Boyle Heights.

According to the Immigrant Youth Coalition[5], where Rueda works as an organizer, she was out on the street moving her mother's car when agents attempted to enter the family home but were denied access after failing to provide a warrant. At some point, Rueda was detained without any family members being notified; after several hours of not knowing where she was, they were able to locate her in the Chula Vista detention center. Rueda was born in Mexico and has lived in the Eastside neighborhood of Boyle Heights since she was a child. According to a statement from the Democratic Socialists of America, Los Angeles[6] chapter, she is eligible for Deferred Action for Childhood Arrivals (DACA) protection and "has been preparing to apply for DACA but had been unable to gather the money for the filing fees."Jose Hernandez, a spokesman for the Border Patrol, told LAist that "U.S. Border Patrol agents conducted enforcement actions in Los Angeles, Calif., targeting multiple individuals at numerous locations" on Thursday morning resulting from a larger criminal investigation into cross-border drug smuggling. When asked whether Border Patrol had any reason to believe that Rueda was involved with the organization or if she had been picked up incidentally, Hernandez told LAist that he was unable to comment on individuals due to "privacy concerns.""The Border Patrol is making utterly false statements about Claudia in an effort to demonize her," the Immigrant Youth Coalition said in a statement."We believe it's retaliation, but it's hard to prove that," Claudia Bautista, an organizer with NDLON and friend of Rueda's, told LAist. "Knowing how big of a role she played for her mom, all the interviews that she did and all the attention that her mom's case got, it definitely looks suspicious," Bautista said.A release from the Immigrant Youth Coalition seconded that notion, stating that "The timing of Claudia's detention, just days after she secured her mother's release on bond, raises the troubling specter of retaliation."Bautista was one of a number of people who traveled down to San Diego Thursday night to join local activists in protesting outside of Border Patrol's San Ysidro station, where they believe Rueda is being held. The protesters stayed outside of the station until about 3 a.m. Friday morning, according to Bautista. An action was also held in Boyle Heights, where an image of Rueda and the words "Free Claudia" were screened onto a local business._https://www.facebook.com/plugins/video.php?href=https%3A%2F%2Fwww.facebook.com%2FImmigrant.Youth.Coalition%2Fvideos%2F1373061346110525%2F...th;=640...w;_text=true...ght;=1172...ld;_[7]"What        we're

Community Protests The Detainment Of Young Boyle Heights Immigrant Rights Organizer

worried about is once she gets transferred to ICE [Immigration and Customs Enforcement] custody that she will be put in deportation proceedings. That's why we're trying to get her out before she gets transferred," Bautista said.Bautista described Rueda, who is pursuing Latin American Studies at Cal State L.A., as "a very kind" person who is deeply involved with the community. "Even though she's very shy, she still puts herself out there for the betterment of the community," Bautista said.Protests in support of Rueda's release are currently being held in San Diego outside of Border Patrol's San Ysidro Station at 311 Athey Avenue in San Ysidro, and will likely continue until 3 p.m. A #FreeClaudia solidarity action is also planned to take place in Los Angeles[8] Friday afternoon. It will be held outside of the Federal Building at 300 North Los Angeles Street (where ICE's local field office is) in downtown Los Angeles from 2 p.m. to 4 p.m. More information can be found here[9]. [ 1]: https://www.facebook.com/Immigrant.Youth.Coalition/photos/a.222149421201729.56578.211612295588775/13731 86779431315/?type=3...ater  [ 2]:  http://laist.com/2017/05/18/claudia_rueda.php  [ 3]: http://www.latimes.com/local/lanow/la-me-ln-immigration-arrest-20170425-story.html    [ 4]: http://abc7.com/news/woman-cleared-of-drug-bust-involvement-faces-deportation/1919327/  [ 5]: https://www.facebook.com/Immigrant.Youth.Coalition/photos/a.222149421201729.56578.211612295588775/13728 55309464462/?type=3...ater  [ 6]:  http://www.dsa-la.org/free_claudia  [ 7]: https://www.facebook.com/plugins/video.php?href=https%3A%2F%2Fwww.facebook.com%2FImmigrant.Youth.Coa lition%2Fvideos%2F1373061346110525%2F...th=640...w_text=true...ght=1172...Id  [ 8]: https://www.facebook.com/events/1944126665864948/?acontext=%7B%22action_history%22%3A%22%5B%7B% 5C%22surface%5C%22%3A%5C%22page%5C%22%2C%5C%22mechanism%5C%22%3A%5C%22page_upcom ing_events_card%5C%22%2C%5C%22extra_data%5C%22%3A%5B%5D%7D%5D%22%2C%22has_source%22 %3Atrue%7D    [ 9]: https://www.facebook.com/events/1944126665864948/?acontext=%7B%22action_history%22%3A%22%5B%7B% 5C%22surface%5C%22%3A%5C%22page%5C%22%2C%5C%22mechanism%5C%22%3A%5C%22page_upcom ing_events_card%5C%22%2C%5C%22extra_data%5C%22%3A%5B%5D%7D%5D%22%2C%22has_source%22 %3Atrue%7D

**Load-Date:** May 20, 2017

---

End of Document

# EXHIBIT 17

## _Immigrant Youth Activist Detained After Leading Campaign to Stop Mother's Deportation_

Latino Rebels

May 19, 2017 Friday 4:26 PM EST

Copyright 2017 Newstex LLC All Rights Reserved

**Length:** 904 words

**Byline:** Latino Rebels

## Body

May 19, 2017( Latino Rebels: http://latinorebels.com Delivered by Newstex) https://i0.wp.com/www.latinorebels.com/wp-content/uploads/2017/05/claudia.jpg This is a May 18 media release from the Immigrant Youth Coalition: Los Angeles, CA - Early this morning, Border Patrol conducted a raid in Boyle Heights, kidnapping beloved organizer **_Claudia_** **_Rueda_** outside her home. Tonight, community supporters are rallying outside of the Border Patrol offices in Chula Vista where Claudia is being detained, demanding her release and protesting Border Patrol actions.

https://www.facebook.com/plugins/video.php?href=https%3A%2F%2Fwww.facebook.com%2FImmigrant.Youth.Coalition%2Fvideos%2F1373061346110525%2F...th;=600...w;_text=true...Id;=203729553978...ght;=1149[1]   Claudia's friends and supporters are also frantically mobilizing phone calls to the Border Patrol. Claudia is an immigrant rights organizer with the Los Angeles Immigrant Youth Coalition and student at Cal State Los Angeles. Claudia most recently lead a campaign to free her mom, Teresa, from ICE detention after Border Patrol agents similarly kidnapped Teresa from their home. The timing of Claudia's detention, just days after she secured her mother's release on bond, raises the troubling specter of retaliation. When the officials showed up this morning, residents at the house knew not to open the door since the agents couldn't produce a warrant. But the agents got to Claudia anyway as she was outside moving the family's car. For several hours her anguished family and community had no idea where she was. The Border Patrol is making utterly false statements about Claudia in an effort to demonize her. Claudia has lived in the US nearly her entire life, she has been here since 2001. She participated in college-prep programs, was a student at UC Santa Cruz, and transferred to Cal State LA where she is currently studying Latin American Studies and has the support of many professors and campus organizations.Claudia has been preparing for apply for DACA but had been unable to gather the money for the filing fees. Claudia's best friend states: 'Claudia is an extremely supportive, empowering, and determined friend. All throughout high school, she encouraged students to continue their studies in higher education, becoming involved in afterschool programs like ESCALERA. Throughout our college career, she has continuously supported me, offered her home, and her wisdom to continue being a hardworking student and following our passions.' Border Patrol not only took Claudia but also starting knocking on other doors in the neighborhood and took a neighbor. Community organizations denounce border patrol presence and any operations in Los Angeles County which keep causing harm and trauma to the community. Community organizations and Claudia's attorney are demanding border patrol release her and allow her to file her DACA application with USCIS instead of filing a Notice to Appear with the Immigration Court. *** Here is what else we know as of May 19, 10:45amET: Border Patrol sent the following May 18 statement to Laist[2]:This morning, U.S. Border Patrol agents conducted enforcement actions in Los Angeles, Calif., targeting multiple individuals at numerous locations. This enforcement action resulted from a criminal investigation of a cross-border narcotics smuggling organization. The Border Patrol targeted individuals who are associated with that organization. Agents arrested these individuals for federal immigration violations. The U.S. Border Patrol is committed to enhancing the safety of communities by disrupting and dismantling criminal organizations engaged in illicit cross-border smuggling.This is the statement Cal State LA shared on May 18:

Immigrant Youth Activist Detained After Leading Campaign to Stop Mother's Deportation

*https://i1.wp.com/www.latinorebels.com/wp-content/uploads/2017/05/CalState.jpg*   Meanwhile,   the   #FreeClaudia
hashtag[3] is providing additional updates:.@CBPLosAngeles[4] targeted DACA-eligible student bc she spoke out
against her mother's detention. This raises all the alarms. #FreeClaudia[5] — SG Sarmiento (@sg_ndlon) May 19,
2017[6]The   Immigration   Youth   Coalition   is   also   providing   updates   on   their   Facebook   page[7]:
*https://www.facebook.com/plugins/post.php?href=https%3A%2F%2Fwww.facebook.com%2FImmigrant.Youth.Coali*
*tion%2Fposts%2F1373169409433052...th;=500*[8];
*https://www.facebook.com/plugins/post.php?href=https%3A%2F%2Fwww.facebook.com%2FImmigrant.Youth.Coali*
*tion%2Fposts%2F1373126972770629...th;=500*[9]       [       1]:
*https://www.facebook.com/plugins/video.php?href=https%3A%2F%2Fwww.facebook.com%2FImmigrant.Youth.Coa*
*lition%2Fvideos%2F1373061346110525%2F...th=600...w_text=true...Id=203729553978...ght=1149*  [  2]:
*http://laist.com/2017/05/18/claudia_rueda.php*              [         3]:
*https://twitter.com/search?f=tweets...tical=news...23FreeClaudia...=tyah*       [       4]:
*https://twitter.com/CBPLosAngeles*  [  5]:          *https://twitter.com/hashtag/FreeClaudia?src=hash*  [  6]:
*https://twitter.com/sg_ndlon/status/865569255567220736*         [       7]:
*https://www.facebook.com/Immigrant.Youth.Coalition*         [        8]:
*https://www.facebook.com/plugins/post.php?href=https%3A%2F%2Fwww.facebook.com%2FImmigrant.Youth.Coali*
*tion%2Fposts%2F1373169409433052...th=500*            [         9]:
*https://www.facebook.com/plugins/post.php?href=https%3A%2F%2Fwww.facebook.com%2FImmigrant.Youth.Coali*
*tion%2Fposts%2F1373126972770629...th=500*


**Load-Date:** May 20, 2017

---

End of Document

# EXHIBIT 18

## *'Retribution' is claimed in activist's arrest; Supporters of college student detained by Border Patrol say she was targeted because of protests she led.*

Los Angeles Times

May 20, 2017 Saturday, Home Edition

Copyright 2017 Los Angeles Times All Rights Reserved

**Section:** CALIFORNIA; Metro Desk; Part B; Pg. 1

**Length:** 977 words

**Byline:** Matt Hamilton, Richard Winton, James Queally

# Body

A 22-year-old immigration activist and college student has been detained by Border Patrol agents, sparking claims that she was targeted in retaliation for protesting the arrest of her mother, who was swept up by federal agents during a massive cocaine bust last month.

_Claudia_ _Rueda_ was moving her family's car outside their Boyle Heights home when she was detained and taken to a federal facility near San Diego on Thursday morning, her attorney, Monika Langarica, said.

"She was moving the car because of street sweeping," Langarica said. "Before she got out of the car, three vehicles pulled up."

Activists and friends of Rueda's say she was targeted because of protests she has led in recent weeks over the detention of her mother, Teresa Vidal-Jaime, 54, who was detained by federal agents during a drug raid that targeted other members of Rueda's family. Authorities eventually determined that Vidal-Jaime was not involved in the alleged drug trafficking, and she was released on bail earlier this month.

In a statement issued Friday afternoon, Border Patrol officials said Rueda was one of seven people arrested as part of an investigation into "a cross-border narcotics smuggling operation."

All seven, however, were arrested on suspicion of immigration violations, not drug offenses, according to the Border Patrol statement.

Rueda violated the terms of her visa, the statement said. The others arrested were not named and identified only as five Mexican nationals and one Guatemalan national.

The statement also described Vidal-Jaime as "connected" to the drug trafficking organization, though a spokesman for the Los Angeles County Sheriff's Department, which was involved in the April arrests, has previously told The Times that the woman was not a subject of the narcotics investigation.

"These targeted arrests should send a stern message to anyone linked to transnational smuggling," Roy D. Villareal, deputy chief patrol agent of the Border Patrol's San Diego sector, said in the statement. "Our agents will be relentless in their effort to put these organizations out of business."

Mark Endicott, a supervisory agent with the Border Patrol in San Diego, said he could not "disclose the degree of the connection between each targeted subject and the narcotics organization." Asked why agents conducting a drug investigation arrested people suspected of immigration violations rather than narcotics offenses, Endicott said "the intent of the enforcement effort was to disrupt the entire organization."

'Retribution' is claimed in activist's arrest; Supporters of college student detained by Border Patrol say she was targeted because of protests she led.

Rueda's arrest was part of the larger criminal investigation, according to Endicott, who said each person targeted Thursday, including Rueda, had been identified as "part of a support network" for the drug organization. He declined to elaborate.

Langarica, however, said there is no link between Rueda and the alleged drug ring.

"There is a lot that suggests retaliatory behavior on Border Patrol's part," Langarica said.

Los Angeles police and sheriff's officials said they were notified of the Border Patrol's actions this week but were not involved.

Late Friday, Immigration and Customs Enforcement spokeswoman Virginia Kice released a statement saying that Rueda had been transferred to ICE custody.

"Department of Homeland Security databases indicate Ms. Rueda currently has no legal authorization to be in the United States," Kice said. "Accordingly, she has been placed in removal proceedings.... It will now be up to an immigration judge ... to determine whether Ms. Rueda has a legal basis to remain in the U.S. or will be ordered removed."

Rueda's mother was picked up by federal authorities in April during a raid at a Boyle Heights apartment complex, where more than 30 pounds of cocaine and $600,000 in cash were found, officials said. Vidal-Jaime's husband, Hugo Rueda, and three other men were arrested on suspicion of drug possession.

Hugo Rueda and the other men were charged with possession of narcotics with the intent to sell. Last month, Border Patrol officials said Hugo Rueda and one of the other men were suspected of entering the U.S. illegally and could face deportation.

Though investigators said Vidal-Jaime was not involved with the alleged drug trafficking, she was held for several weeks in federal custody. On May 12, over the objections of U.S. Immigration and Customs Enforcement officials, she was released after posting $2,000 bail.

Immigration activist Claudia Bautista, a friend of **_Claudia Rueda_**'s, said Rueda was detained Thursday on Hicks Avenue near her aunt's home. Border Patrol agents then tried to gain access to the home of Rueda's aunt but were denied entry, Bautista said. They then moved to a guest house on the property, according to Bautista.

Bautista said she believes Rueda was taken into custody as "retribution" for her activism on behalf of her mother.

Rueda was previously arrested by the LAPD in January 2015 on suspicion of trespassing outside the downtown office of the U.S. Citizenship and Immigration Services. Endicott declined to say whether Rueda had any other prior arrests.

Her detention drew a swift and angry reaction from local activists. Groups circulated a photograph of Rueda with one fist raised, accompanied by a demand for her release. A protest was staged outside the Border Patrol's offices in Chula Vista on Thursday night.

Rueda is focusing on Latin American studies at Cal State L.A. and has lived in the U.S. most of her life, friends said.

Langarica said Rueda is eligible for protection under the Deferred Action for Childhood Arrivals program, or DACA, but had not been able to cobble together the money for her application.

If Rueda is released, she could secure DACA protections and remain here, the attorney said.

"There's a solution on the horizon," Langarica said. "It's absurd we are going through this."

--

'Retribution' is claimed in activist's arrest; Supporters of college student detained by Border Patrol say she was targeted because of protests she led.

*matt.hamilton@latimes.com*

*richard.winton@latimes.com*

*james.queally@latimes.com*

## Graphic

PHOTO: SUPPORTERS of ***Claudia*** ***Rueda***, center, surround her April 26 in downtown L.A. The Border Patrol says the Cal State L.A. student was one of seven people arrested as part of an investigation into a drug-smuggling ring. PHOTOGRAPHER:Richard Winton Los Angeles Times

**Load-Date:** May 20, 2017

---

End of Document

# EXHIBIT 19



Ad

ADVERTISEMENT

Timeshare - Find The Right Option

Explore Timeshare Websites and Information on Technorati

technorati.com/Search                    Visit Site

**CALIFORNIA**

## Supporters of Cal State L.A. student activist detained by Border Patrol hold silent rally on commencement day



Demonstrators hold signs in support of Claudia Rueda, a Cal State L.A. student detained by Border Patrol in Boyle Heights on Thursday. (Allen J. Schaben / Los Angeles Times)

By ANDREA CASTILLO
STAFF WRITER

MAY 20, 2017 | 6:50 PM

Exhibit 19, Page 108

They marched in silence down the main walkway of the Cal State L.A. campus, amid the excitement of commencement day, holding up cardboard cutouts depicting a woman in a cap and gown with her fist raised.

The signs called for the release of fellow student Claudia Rueda, 22, who was detained Thursday by Border Patrol agents.

Rueda's detention sparked claims that she had been targeted in retaliation for protesting the arrest of her mother, who was swept up by federal agents during a massive cocaine bust last month. Rueda was moving her family's car outside her aunt's Boyle Heights home in the early morning hours when she was detained and taken to a federal facility near San Diego.

On Saturday, as families filed into the stadium before the start of commencement, about a dozen of Rueda's supporters — including other students, activists and university professors — silently made their way through the campus. Their cardboard signs explained her story.



★ShieldStars

IN STOCK & FAST SHIPPING

Professor Alejandra Marchevsky, who taught a gender, sexuality and migration class that Rueda attended last semester, described her as a motivated, organized and exceptional student.

"To see her education interrupted in this way, it's just tragic," Marchevsky said.

Most people paused to read the signs but kept walking. Many looked confused. A couple of advocates passed out fliers.

Serafin Serrano encountered the protest on his way to the graduation.

Rueda had participated in his youth leadership program through Volunteers of America when she was a senior in high school, he said. She stood out as a natural leader, whose passion was always immigration activism.

"It's not a shock that you have other young people out here in the sun with signs supporting her," Serrano said. "She embodies community."

According to activists and friends, Rueda was targeted because of protests she led in recent weeks over the detention of her mother, Teresa Vidal-Jaime, 54, who was picked up during a drug raid that targeted other members of her family. Authorities determined that Vidal-Jaime was not involved in the alleged trafficking and she was released on bail.

In a statement Friday, Border Patrol said Rueda was one of seven people taken into custody as part of an investigation into "a cross-border narcotics smuggling operation." But all were arrested on suspicion of immigration violations, not drug offenses, according to the Border Patrol statement.

ADVERTISEMENT

**Exhibit 19, Page 109**

Marchevsky said that after President Trump announced his executive orders on immigration, Rueda stayed after class to find out more about the policy changes and ask what she thought would happen.

When her mother was detained, Rueda stopped attending classes and began staying at her aunt's house because she didn't feel safe at home.

Rosemary, a fellow student and friend of Rueda's who asked that her last name not be used for fear of retaliation, helped organize the silent march on Saturday. She said students have been pushing university officials to designate the campus as a sanctuary for those who are in the country illegally. Though the university has a Dreamers Resource Center for such students, Rosemary said, it lacks sufficient funding and staff.

"This is a perfect example of why education and deportations can't coexist," she said. "She had to put her education on hold to get her mom out [of detention]. She was under fear that she would be next."

ADVERTISEMENT

Cal State L.A. spokesman Robert Lopez said the university has the only endowed dreamers center in the California State University system. He said senior administrators, including President William Covino, have been communicating with members of Congress and several government agencies seeking assistance for Rueda.

Friends said Rueda was focusing on Latin American studies at Cal State L.A. and that she has lived in the United States most of her life.

Her mother's job at a local bakery paid her tuition.

Rueda's attorney said she was eligible for protection under the Deferred Action for Childhood Arrivals program, but hadn't been able to pay for her application.

ADVERTISEMENT

**andrea.castillo@latimes.com**

**@andreamcastillo**

**UPDATES:**

**6:50 p.m.** This article was updated with comment from Cal State L.A.

ADVERTISEMENT

**4:20 p.m.**: This article has been updated with addition details from the march.

*The article was originally published at 2 p.m.*

**Exhibit 19, Page 110**

# EXHIBIT 20

### CITY & STATE; Their silence speaks volumes; As Cal State L.A. celebrates graduates, a group rallies support for a student held on immigration charges.

Los Angeles Times

May 21, 2017 Sunday, Home Edition

Copyright 2017 Los Angeles Times All Rights Reserved

**Section:** CALIFORNIA; Metro Desk; Part B; Pg. 4

**Length:** 582 words

**Byline:** Andrea Castillo

## Body

They marched in silence down the main walkway of the Cal State L.A. campus, amid the excitement of commencement day, holding up cardboard cutouts depicting a woman in a cap and gown with her fist raised.

The signs called for the release of fellow student _**Claudia Rueda**_, 22, who was detained Thursday by Border Patrol agents.

Rueda's detention sparked claims that she had been targeted in retaliation for protesting the arrest of her mother, who was swept up by federal agents during a massive cocaine bust last month. Rueda was moving her family's car outside her aunt's Boyle Heights home in the early morning hours when she was detained and taken to a federal facility near San Diego.

On Saturday, as families filed into the stadium before the start of commencement, about a dozen of Rueda's supporters -- including other students, activists and university professors -- silently made their way through the campus. Their cardboard signs explained her story.

Professor Alejandra Marchevsky, who taught a gender, sexuality and migration class that Rueda attended last semester, described her as a motivated, organized and exceptional student.

"To see her education interrupted in this way, it's just tragic," Marchevsky said.

Most people paused to read the signs. Many looked confused. A couple of advocates passed out fliers.

Serafin Serrano encountered the protest on his way to the graduation.

Rueda had participated in his youth leadership program through Volunteers of America when she was a high school senior, he said. She stood out as a natural leader, whose passion was immigration activism.

"It's not a shock that you have other young people out here in the sun with signs supporting her," Serrano said. "She embodies community."

Activists and friends said Rueda was targeted because of protests she led in recent weeks over the detention of her mother, Teresa Vidal-Jaime, 54, who was picked up during a drug raid that targeted other members of her family. Authorities determined that Vidal-Jaime was not involved in the alleged trafficking, and she was released on bail.

CITY & STATE; Their silence speaks volumes; As Cal State L.A. celebrates graduates, a group rallies support for a student held on immigration charges.

In a statement Friday, Border Patrol said Rueda was one of seven people taken into custody as part of an investigation into "a cross-border narcotics smuggling operation." But all were arrested on suspicion of immigration violations, not drug offenses, according to the statement.

Marchevsky said that after President Trump announced his executive orders on immigration, Rueda stayed after class to discuss the policy changes.

When her mother was detained, Rueda stopped attending classes and began staying at her aunt's house.

Rosemary, a fellow student and friend of Rueda's who asked that her last name not be used for fear of retaliation, helped organize the silent march Saturday. She said students have been pushing university officials to designate the campus as a sanctuary for those who are in the country illegally. Though the university has a Dreamers Resource Center for such students, Rosemary said, it lacks sufficient funding and staff.

Cal State L.A. spokesman Robert Lopez said the university has the only endowed dreamers center in the California State University system. He said senior administrators, including President William Covino, have been communicating with members of Congress and several government agencies seeking assistance for Rueda.

Friends said Rueda was focusing on Latin American studies at Cal State L.A. and that she has lived in the U.S. most of her life.

--

*andrea.castillo@latimes.com*

# Graphic

PHOTO: A GROUP marches on behalf of Cal State L.A. student ***Claudia*** ***Rueda***, an immigration rights activist whom Border Patrol detained last week, during graduation.  PHOTOGRAPHER:Allen J. Schaben Los Angeles Times

**Load-Date:** May 21, 2017

End of Document

# EXHIBIT 21

### *Supervisora Solis expresa preocupación por detención de joven activista; Claudia Rueda fue detenida por agentes de la Patrulla Fronteriza en Boyle Heights*

La Opinion

21 mayo 2017 domingo

Copyright 2017 La Opinion L.P. All Rights Reserved

**Section:** INMIGRACIÓN

**Length:** 723 words

**Byline:** Redacción

## Body

Hilda Solis, supervisora del condado de Los Ángeles, expresó ayer preocupación por la detención de una joven activista proinmigrante detenida por las autoridades migratorias en Boyle Heights la semana pasada.

"Mi oficina fue alertada de que la Patrulla Fronteriza de los Estados Unidos detuvo a *Claudia Rueda*, una estudiante de 22 años de edad de Cal State L.A., afuera de su casa en Boyle Heights. Tan pronto como se enteró mi oficina sobre el caso de Claudia, mi personal hizo las investigaciones apropiadas y pudo confirmar que Claudia había sido detenida por agentes federales y actualmente se encuentra detenida en un centro de detención cerca dela ciudad de San Diego," lee un comunicado enviado por la oficina de Solis.

"Estoy muy preocupada por la apariencia de que las agencias de control de inmigración se están concentrando en individuos que son activistas de los derechos de los inmigrantes. Antes de ser detenida, Claudia había participado en campañas públicas en su comunidad y protestado la detención de su madre por ICE, la Oficina de Inmigración y Aduanas. Finalmente, la madre de Claudia, Teresa Vidal-Jaime, fue liberada por ICE el 12 de mayo", agrega el comunicado.

Rueda está detenida en un centro de detención en California por hechos que su abogada calificó de represalia. Rueda había logrado, a través de sus denuncias públicas, que su madre quedase en libertad bajo fianza tras varias semanas detenida en un centro del Servicio de Inmigración y Control de Aduanas (ICE), explicó su abogada, Mónica Langarica.

La madre, Teresa Vidal Jaime, había sido arrestada en abril pasado en un operativo federal antidrogas en el edificio de apartamento donde vive en Boyle Heights. En el operativo también arrestaron a su esposo y otros tres hombres y decomisaron 30 libras de cocaína.

Teresa Vidal Jaime no enfrentó ningún cargo criminal con relación a la cocaína o al narcotráfico. Sin embargo, cayó bajo la custodia de ICE, agencia que la envió a un centro para indocumentados.

Rueda, que anteriormente se había destacado como defensora de los derechos de los inmigrantes, denunció la situación por la que atravesaba su madre. La presión pública logró que, a pesar de la objeción de ICE, un juez de inmigración autorizase que Teresa Vidal quedase libre con el pago de una fianza de 5,000 dólares.

Detienen a Rueda

Supervisora Solis expresa preocupación por detención de joven activista; Claudia Rueda fue detenida por agentes de la Patrulla Fronteriza en Boyle Heights

El jueves pasado, Rueda movía su carro frente a su casa en Los Ángeles cuando llegaron tres vehículos de la Patrulla Fronteriza (CBP) y la detuvieron y llevaron a un centro para indocumentados cerca de San Diego, precisó Langarica.

La abogado dijo que la joven – quien llegó a Estados Unidos siendo niña – califica para el programa de Acción Diferida para los Llegados en la Infancia (DACA) pero no ha podido ahorrar el dinero suficiente para solicitar sus beneficios.

Investigación antidrogas

La Patrulla Fronteriza indicó que siete personas habían sido detenidas en Los Ángeles como parte de una investigación sobre una organización de narcotraficantes con vínculos a ambos lados de la frontera.

Langarica rechazó que Rueda esté vinculada al narcotráfico e insistió en que su arresto es en represalia por su papel para lograr que su madre quedase en libertad bajo fianza.

La supervisora Solis señaló que los inmigrantes deben ser cuidadosos ante el endurecimiento de las leyes antiinmigrantes.

"Es muy claro que la aplicación de las leyes deinmigración es una prioridad para esta Administración. El 25 de enero de 2017, el Presidente Trump emitió una orden ejecutiva que, en contraste con la Administración Obama que priorizó a los criminals que eran peligrosos o amenazan la seguridad nacional, se enfoca en cumplir un conjunto de prioridades tan amplias que potencialmente incluyen individuos que han cometido delitos menores o no tienen ninguna historia criminal", indicó Solis.

"Estas 'prioridades' y tácticas cada vez más agresivas por parte de las agencias de inmigración continúan inculcando un temor paralizante en nuestras comunidades inmigrantes," agregó la supervisora.

La oficina de la supervisora reportó que continuarán monitoreando los hechos que rodean la detención de Claudia por la Patrulla Fronteriza, y "yo seguiré trabajando para asegurar que el Condado haga todo lo posible para proteger a nuestros residentes inmigrantes y evitar que nuestras familias sean destrozadas", indicó Solis.

# Graphic

Los activistas proinmigrantes han lanzado un esfuezo en las redes sociales pidiendo que Rueda salga libre. (Twitter)

**Load-Date:** July 12, 2017

**End of Document**

Supervisor Solis expresses concern over arrest of young activist; Claudia Rueda was detained by Border Patrol agents in Boyle. Heights

The opinion

May 21, 2017 Sunday

Copyright 2017 La Opinion L.P. All Rights Reserved

Section: IMMIGRATION

Length: 723 words

Byline: Writing

Body

Los Angeles County Supervisor Hilda Solis yesterday expressed concern over the arrest of a young woman

Pro-immigrant activist detained by immigration authorities in Boyle Heights last week.

"My office was alerted that the United States Border Patrol detained Claudia Rueda, a

22-year-old Cal State L.A. student outside his home in Boyle Heights. As soon as you found out

my office on Claudia's case, my staff did the proper research and was able to confirm that Claudia

she had been detained by federal agents and is currently detained in a detention center near

of the city of San Diego, "read a statement sent by the Solis office. "I am very concerned about the appearance that immigration enforcement agencies are concentrating on

individuals who are immigrant rights activists. Before being arrested, Claudia had participated

in public campaigns in his community and protested the arrest of his mother by ICE, the Immigration Office and

Customs. Finally, Claudia's mother, Teresa Vidal-Jaime, was released by ICE on May 12, "adds the

release.

Rueda is detained in a detention center in California for events that her lawyer described as retaliation.

Rueda had managed, through her public complaints, that her mother was released on bail after several

weeks detained in a center of the Immigration and Customs Control Service (ICE), explained his lawyer,

Monica Langarica.

The mother, Teresa Vidal Jaime, had been arrested last April in a federal drug operation in the

apartment building where he lives in Boyle Heights. In the operation, her husband and three others were also arrested.

men and seized 30 pounds of cocaine.

Teresa Vidal Jaime did not face any criminal charges in relation to cocaine or drug trafficking. However,

she fell into the custody of ICE, the agency that sent her to an undocumented facility.

Rueda, who had previously stood out as an advocate for immigrant rights, denounced the

situation his mother was going through. Public pressure managed that, despite ICE's objection, a judge of

Immigration authorized Teresa Vidal to be released with the payment of a bond of $ 5,000.

They arrest Rueda

Page 2 of 2

Supervisor Solis expresses concern over arrest of young activist; Claudia Rueda was arrested for

in Boyle Heights

Last Thursday, Rueda was moving her car in front of her Los Angeles home when three vehicles from the

Border Patrol (CBP) and detained her and took her to an undocumented center near San Diego, she said.

Langarica.

The lawyer said that the young woman - who came to the United

**Exhibit 21, Page 118**

States as a child - qualifies for the Action program.

Deferred for Childhood Arrivals (DACA) but could not save enough money to apply for their

Benefits.

Drug investigation

The Border Patrol indicated that seven people had been detained in Los Angeles as part of a

investigation into a drug trafficking organization with ties to both sides of the border.

Langarica rejected that Rueda is linked to drug trafficking and insisted that his arrest is in retaliation for his

role to get his mother released on bail.

Supervisor Solis pointed out that immigrants must be careful in the face of the tightening of the laws

anti-immigrants.

"It is very clear that the application of immigration laws is a priority for this Administration.

January 2017, President Trump issued an executive order that, in contrast to the Obama Administration

which prioritized criminals who were dangerous or threaten national security, focuses on complying with a

set of priorities so broad that they potentially include individuals who have committed minor crimes or

they have no criminal history, "said Solis.

"These 'priorities' and increasingly aggressive tactics by immigration agencies continue

instilling paralyzing fear in our immigrant communities, "added the supervisor.

The supervisor's office reported that they will continue to monitor the events surrounding Claudia's arrest.

by the Border Patrol, and "I will continue to work to ensure that the County does everything possible to

protect our immigrant residents and prevent our families from being torn apart, "said Solis.

**Exhibit 21, Page 119**

# EXHIBIT 22

## *CSUSB students empowering dreamers through art and journalism*

El Chicano Weekly

May 25, 2017

Copyright 2017 ProQuest Information and Learning
All Rights Reserved
Ethnic NewsWatch
Copyright 2017 El Chicano Newspaper All Rights Reserved

**Section:** Pg. A1; Vol. 54; No. 23; ISSN: 26389118

**Length:** 430 words

**Byline:** Anthony Victoria

**Dateline:** San Bernadino, Calif.

## Body

In a matter of weeks, Cal State San Bernardino's 'Coyote Pack' has developed dozens of art pieces to help undocumented students raise money for scholarships.

Monday's Art of Dreaming Art Exhibit at the Garcia Center for the Arts, taking place through June 3, is auctioning off photographs, paintings, drawings, and mixed media pieces to provide support for a population that is, "living in fear."

"It's a difficult time right now," said Cal State San Bernardino Professor Juan Delgado. "The more support we could show for these students the better."

CSUSB Communications Professor Lilliana Gallegos helped her communications students develop a media conglom- erate-named the Coyote Pack-to help organize the event. The students wrote press releases, developed video, and wrote news stories to spread awareness of the exhibit.

The money raised will be disbursed into an emergency scholarship fund for the university's undocumented students that are in dire need of financial assistance, explained Coyote Pack Spokesman Francisco Rodriguez.

Gallegos refers to her students' style of reporting as 'rainbow journalism' because it takes into account the struggles of, "marginalized people."

"The community needs to channel the passion they have to create something," she said. "This is how we've been able to create events like this."

Both Gallegos and Delgado are convinced that their exhibit and their journalistic efforts will lead to the creation of a "counter message" that is full of self-dignity and respect.

"Every time they arrest an undocumented student like Boyle Heights' ***Claudia*** ***Rueda*** they are sending a message," Delgado said. "We have to work to counter that and demonstrate that we won't stand for deportations."

CSUSB student Destiny Guzman believes the exhibit will help begin a conversation about the representation of immigrants in the media and the struggles of a "silenced minority."

"No matter how big or small this may be, this will help impact someone's life," Guzman said. "Regardless if you're undocumented or not, we all need to show our support."

CSUSB students empowering dreamers through art and journalism

CSUSB organizations, the TransCultural Commons Collective and Mass Productions, also helped to coordinate the exhibit and silent auction.

The exhibit and silent auction will take place through June 3. For more information, contact Francisco Rodriguez at (951) 427-0218.

Every time they arrest an undocumented student like Boyle Heights' ***Claudia*** ***Rueda*** they are sending a message. We have to work to counter that and demonstrate that we won't stand for deportations."

CSUSB Professor Juan Delgado on supporting immigrant students

**Load-Date:** April 6, 2020

---

End of Document

# EXHIBIT 23

## *Un milagro: donante anónimo paga fianza para que inmigrante recupere su libertad; Era imposible para su familia pagar 25,000 dólares que les exigía el juez para su liberación*

La Opinion

25 mayo 2017 jueves

Copyright 2017 La Opinion L.P. All Rights Reserved

**Section:** LOS ÁNGELES

**Length:** 803 words

**Byline:** Araceli Martínez Ortega

# Body

Yazmín Elias, una sobreviviente de violencia doméstica, logró lo que parecía imposible, recuperar su libertad tras 15 meses en un centro de detención del Servicio de Migración y Aduanas (ICE) cuando un donante anónimo conmovido por su caso, pagó su fianza de 25,000 dólares.

"No sé quién es, pero es un ángel de Dios. Estoy que todavía no me lo creo. Los milagros existen", exclamó feliz Elías, madre de tres hijos ciudadanos estadounidenses de 17, 14 y 13 años.

Ella tiene 35 años y vino de la ciudad de México a Estados Unidos a los 4 años. Cuenta que fue víctima de violencia doméstica a manos del padre de sus hijos.

"Fue muy difícil y traumático ver a mi hijos todo este tiempo por medio de un vidrio. No poder abrazarlos ni tocarlos", cuenta esta madre de 35 años.

Relación entre cárcel local y ICE

La pesadilla para Elias comenzó cuando fue arrestada el 24 de mayo de 2016 por salir mal en los exámenes que la Corte le requirió por un delito relacionado con manejar bajo el influjo del alcohol (DIU).

"Por el DIU, la Corte le ordenó tomar un programa de rehabilitación de drogas y hacerse pruebas de alcohol periódicamente. En una de esos exámenes aparentemente salió mal y la detuvieron por dos días en la cárcel. Al comprobarse que no había violado el requisito de no usar alcohol, la dejaron libre en la cárcel del condado de Sonoma",  explicó el abogado en migración Luis Ángel Savalza.

Pero al salir libre el 25 de febrero de 2016, los agentes del ICE la detuvieron porque la cárcel les avisó de su salida y se la llevaron al Centro de Detención Oeste del condado de Contra Costa en la ciudad de Richmond, al norte de California, que no es otra cosa más que la cárcel del condado a quien ICE le paga mensualmente para que resguarde a los inmigrantes detenidos.

Según Jimmy Lee, portavoz del Sheriff de Contra Costa, la agencia federal le paga al condado 6 millones de dólares al año por este servicio.

Elías hizo ver que en esa cárcel mantienen a las presas inmigrantes revueltas con las presas del condado. "A ellas las trataban mejor que a nosotros. Se notaba la diferencia", cuenta.

Relata que esos meses bajo custodia fueron de mucho miedo y terror. "Hubo ocasiones en que pensaba lo peor, ya no aguantaba el encierro y estar lejos de mi familia. Me sentía harta. Pero también aprendí el valor de la

Un milagro: donante anónimo paga fianza para que inmigrante recupere su libertad; Era imposible para su
familia pagar 25,000 dólares que les exigía el juez para....

paciencia y a no perder la fe. Al final valió la pena y al salir he decidido que voy a luchar por mi comunidad",
sostiene.

De hecho, una de las primeras acciones emprendidas por esta madre fue sumarse a las protestas que exigen la
liberación de _**Claudia Rueda**_, una estudiante de Cal State Los Ángeles arrestada por la Patrulla Fronteriza la
semana pasada.

Una comunidad solidaria

Durante el tiempo que Elías permaneció arrestada, miembros de la comunidad llevaron a cabo varias protestas no
solo exigiendo su liberación sino para poner fin a la colaboración entre el Sheriff y ICE para retener inmigrantes en
las celdas de los condados de California.

El abogado en migración Savalza dijo que tres veces le habían negado la oportunidad de una fianza a Yazmin
Elías. "Fue el 11 de mayo cuando un juez de migración la autorizó por un monto altísimo de 25,000 dólares. Un
miembro de la comunidad que había seguido su caso debido a que acaparó la atención pública durante varios
meses, la pagó de inmediato", contó.

Sin embargo, no pudo salir libre enseguida porque la cárcel local de Richmond, el mismo centro de detención
donde ya se encontraba, no le permitió ya que Elías falló a dos de sus citas relacionadas con su programa de
rehabilitación por el DIU.

"El juez de la corte penal había autorizado dos cateos por no presentarse. Tuvimos que hablar con un defensor de
oficio para que les explicara que ella no se presentó por estar detenida por ICE. Y ICE falló en comunicar eso a la
Corte", expuso.

Finalmente, Elías salió libre el lunes 15 de mayo. "Estamos considerando apelar la excesiva multa impuesta por el
juez de migración. Si no hubiera sido por el donante anónimo, habría sido imposible para la familia de Elias
pagarla", señaló.

Una vez en libertad, la joven madre tiene dos opciones para regularizar su estatus migratorio.

"Ya hemos puesto dos solicitudes: una por asilo político y otra por una visa U que se da a las víctimas de crimen.
Yazmín Elías fue víctima de violencia doméstica y ha recibido amenazas. Eso la califica para ese beneficio",
explicó.

Jon Rodney, vocero del Centro de Políticas para los Inmigrantes de California, dijo que la liberación de esta madre
es una gran victoria que se debe atribuir a la gran valentía de Yasmín, su familia y todos los que lucharon
incansablemente por ella.

"Su caso nos recuerda la importancia de honrar la rehabilitación y es otro ejemplo muy claro del porqué las
agencias locales no deben tener nada que ver con las deportaciones", destacó.

# Graphic

Los abogados de Yazmin Elías piensan solicitar asilo político o la Visa U para ella, por ser víctima de violencia
doméstica. (Suministrada)

**Load-Date:** July 12, 2017

Un milagro: donante anónimo paga fianza para que inmigrante recupere su libertad; Era imposible para su
familia pagar 25,000 dólares que les exigía el juez para....

---

**End of Document**

amenazas. Eso la califica para ese beneficio",
explicó.
Jon Rodney, vocero del Centro de Políticas para los Inmigrantes de California, dijo que la li

A miracle: anonymous donor pays bail for immigrant to recover their
freedom; It was impossible for his family to pay the $ 25,000 that the
judge for your release
The opinion
May 25, 2017 Thursday
Copyright 2017 La Opinion L.P. All Rights Reserved
Section: LOS ANGELES
Length: 803 words
Byline: Araceli Martínez Ortega
Body
Yazmín Elias, a survivor of domestic violence, achieved what seemed impossible, to regain her freedom after
15 months in a detention center of the Immigration and Customs Service (ICE) when an anonymous donor
moved by his case, he posted his $ 25,000 bond.
"I do not know who he is, but he is an angel of God. I am that I still do not believe it. Miracles exist", he exclaimed happily
Elías, mother of three US citizen children aged 17, 14 and 13.
She is 35 years old and came from Mexico City to the United States at 4 years old. He says he was the victim of
domestic violence at the hands of the father of their children.
"It was very difficult and traumatic to see my children all this time through a glass. Not being able to hug them or

Character limit: 5000

TRANSLATE NEXT 5000

**Exhibit 23, Page 127**

Elias's nightmare began when she was arrested on May 24, 2016 for failing tests that
the Court required him for a crime related to driving under the influence of alcohol (IUD).
"By the IUD, the Court ordered him to take a drug rehab program and get tested for alcohol
periodically. At one of those exams she apparently went wrong and was detained for two days in jail. To the
found to have violated the no-alcohol requirement, she was released to the county jail
Sonoma, "explained immigration lawyer Luis Ángel Savalza.
But when she was released on February 25, 2016, ICE agents detained her because the prison warned them of her
She was taken out and taken to the Contra Costa County West Detention Center in the city of Richmond,
Northern California, which is nothing more than the county jail that ICE pays monthly for
to safeguard detained immigrants.
According to Contra Costa Sheriff spokesman Jimmy Lee, the federal agency pays the county 6 million
dollars a year for this service.
Elías made it clear that in that jail they keep the immigrant prisoners in turmoil with the county prisoners. "TO
they treated them better than we did. You could tell the difference, "he says.
He relates that those months in custody were very scary and terrifying. "There were times when I thought the worst,
I could no longer bear the confinement and being away from my family. I was fed up. But I also learned the value of
Page 2 of 3
A miracle: anonymous donor pays bail for the immigrant to regain his freedom; It was impossible for her
family pay $ 25,000 that the judge required to ...
OSCAR RAMALLS

Character limit: 5000

TRANSLATE NEXT 5000

**Exhibit 23, Page 128**

left I decided that I will fight for my community ",
sustains.
In fact, one of the first actions taken by this mother was to join the protests demanding the
release of Claudia Rueda, a Cal State Los Angeles student arrested by Border Patrol the
last week.
A caring community
During the time that Elías was arrested, community members carried out several protests not
not only demanding his release but to end the collaboration between the Sheriff and ICE to retain immigrants in
California county cells.
Immigration attorney Savalza said Yazmin had been denied bail three times
Elijah. "It was May 11 when a migration judge authorized her for a very high amount of $ 25,000.
community member who had followed his case because it had garnered public attention for several
months, he paid immediately, "he said.
However, he was not able to be released immediately because the local Richmond prison, the same detention center
where he was already, he did not allow him since Elías missed two of his appointments related to his
IUD rehabilitation.
"The criminal court judge had authorized two searches for not showing up. We had to speak to an advocate for
official letter to explain that she did not appear for being detained by ICE. And ICE failed to communicate that to the
Cut, "he said.
Finally, Elías was released on Monday, May 15. "We are considering appealing the excessive fine imposed by the
immigration judge. If it hadn't been for the anonymous donor, it

Character limit: 5000                                                          TRANSLATE NEXT 5000

**Exhibit 23, Page 129**

Once released, the young mother has two options to regularize her immigration status.

"We have already filed two applications: one for political asylum and the other for a U visa that is given to crime victims.

Yazmín Elías was a victim of domestic violence and has received threats. That qualifies her for that benefit. "

he explained.

Jon Rodney, spokesman for the California Immigrant Policy Center, said the li

# EXHIBIT 24

## *Activist's Arrest*

El Paso Times (Texas)

June 1, 2017 Thursday

Copyright 2017 El Paso Times, a MediaNews Group Newspaper All Rights Reserved

**Section:** NEWS

**Length:** 548 words

**Byline:** City News Service

# Body

Eds: Armando Carmona of the National Day Laborer Organizing Network can

be reached at (323) 250-3018 or *armando@ndlon.org*

BOYLE HEIGHTS (CNS) - Friends and activists gathered today outside the

Boyle Heights home of a 22-year-old woman who was arrested by immigration

authorities in what her supporters contend was an act of retaliation for her

outspoken support of her mother, who was detained for possible deportation

earlier this year.

*Claudia* *Rueda*, a student at Cal State Los Angeles, was arrested by

Customs and Border Patrol agents May 19 when she walked outside her family's

house to move a car.

CBP officials, in a statement to the Los Angeles Times, said the next

day Rueda was one of seven people detained as part of a probe into a ``cross-

border narcotics smuggling operation,'' but all were arrested for alleged

immigration violations.

Rueda's supporters, however, believe she was targeted because of her

activism.

``We understand as students that activism is a difficult thing to carry

on,'' fellow CSULA student Rosemary Giron said. ``But we understand that it is

our duty to fight.''

Activists contend that Rueda's arrest was carried out in retaliation for

her criticism of CBP following the April arrest of her mother, Teresa Vidal-

Page 2 of 3

Activist's Arrest

Jaime, 54. Vidal-Jaime was detained as part of a multi-agency drug raid at her

home that resulted in the arrest of her husband, Hugo Rueda, authorities said.

Los Angeles County Sheriff's Department officials, who took part in that

raid, said Vidal-Jaime was questioned but was not arrested as part of the

narcotics investigation. Customs and Border Patrol agents, who were also

involved in the raid, later detained Vidal-Jaime after determining she was in

the country illegally.

Her arrest led to a series of protests, including one accusing the

sheriff's department of colluding with federal immigration authorities --

something the sheriff's department vehemently denied, saying they had no

involvement with Vidal-Jaime's arrest.

But Rueda was outspoken in her criticism of her mother's arrest.

``Despite being told she would not be detained as long she cooperated,

my mother was apprehended during an illegally conducted raid at my apartment,''

Rueda said at the time. She said authorities ``used intimidation tactics to

enter the home,'' and her mother gave law enforcement access to her home ``out

of fear of retaliation.''

Vidal-Jamie was eventually released.

Rueda is in the custody of U.S. Immigration and Customs Enforcement,

which stressed it was not involved in her arrest. According to the agency,

however, ``Department of Homeland Security databases indicate Ms. Rueda

currently has no legal authorization to be in the United States. Accordingly,

she has been placed in removal proceedings before the Department of Justice's

Executive Office for Immigration Review.

``It will now be up to an immigration judge with EOIR to determine

whether Ms. Rueda has a legal basis to remain in the U.S. or will be removed,''

according to ICE.

Rueda's supporters said that hearing has been set for June 19.

Activists said Rueda has no criminal record and was brought to the

United States at age 4, and she is eligible to remain in the country under the

**Exhibit 24, Page 133**

Activist's Arrest

Deferred Action for Childhood Arrivals program that protects from deportation

people who were brought to the country illegally as children.

**Load-Date:** June 2, 2017

---

End of Document

# EXHIBIT 25

### *Aumenta presión comunitaria por la liberación de estudiante de Cal State LA; Hay ira y enojo pero también mucha miedo entre estudiantes y familias ya que varios inmigrantes han sido detenidos en Boyle Heights*

La Opinion

1 junio 2017 jueves

Copyright 2017 La Opinion L.P. All Rights Reserved

**Section:** LOS ÁNGELES

**Length:** 924 words

**Byline:** Araceli Martínez Ortega

# Body

Ansiosa y temerosa, la comunidad del barrio de Boyle Heights en Los Ángeles alzo su voz para pedir la liberación de la estudiante universitaria y activista proinmigrante, **_Claudia Rueda_** Vidal quien hace más de dos semanas fue arrestada por agentes de la Patrulla Fronteriza.

También criticaron fuertemente que las autoridades locales no hagan nada para parar los continuos operativos de arresto de inmigrantes ejecutados por la Patrulla Fronteriza y el Servicio de Migración y Aduanas (ICE).

"Nos sentimos muy tristes, muy traumatizados, muy enojados por todo esto que está pasando pero estamos en comunicación con ella, hablando por teléfono. Seguimos luchando", dijo Marcela Hernández líder de la Coalición de Jóvenes Inmigrantes (Immigrant Youth Coalition).

La mañana del jueves 18 de mayo, agentes encubiertos de la Patrulla Fronteriza detuvieron a Rueda, estudiante de 22 años de la Universidad Cal State de Los Ángeles. Muy temprano, los agentes tocaron a la puerta de su departamento pero no les abrieron.

Más tarde cuando la muchacha salió a mover su automóvil porque ese día tocaba que pasara la barredora por su calle, tres vehículos sin identificación alguna la cercaron. Varios hombres vestidos de civiles descendieron y comenzaron a interrogarla.

Le pidieron su nombre, la identificaron como la persona que buscaban y se la llevaron a un Centro de Detención de Chula Vista. Días después la pusieron bajo custodia en el Centro de Detención de Otay Mesa a tres millas de Tijuana, México.

Durante el operativo de arresto, los agentes de la Patrulla Fronteriza no solo se llevaron a la estudiante indocumentada sino a siete miembros de la comunidad que viven en las cuadras alrededor de su edificio. De los detenidos, seis son de México y uno de Guatemala.

Elegible para DACA

**_Claudia Rueda_** fue traída por sus padres al área de Los Ángeles cuando tenía seis años, y aunque es elegible para la Acción Diferida para los Llegados en la Infancia (DACA), el alivio migratorio que autoriza un permiso de trabajo y suspende la deportación, no había hecho la petición por falta de recursos económicos.

Desde los 17 años, esta joven, comenzó a participar como activista por los derechos de los inmigrantes.

Aumenta presión comunitaria por la liberación de estudiante de Cal State LA; Hay ira y enojo pero también mucha miedo entre estudiantes y familias ya que varios....

En abril pasado, los padres de **_Claudia Rueda_**: Teresa Vidal-Jaime, de 54 años, y su padre Hugo Rueda, de 50, junto con otros tres hombres fueron arrestados dentro un operativo federal antinarcóticos.

Presuntamente a Hugo Rueda le decomisaron 33 libras de cocaína en un auto registrado a su nombre. En su departamento, donde también vive Teresa Vidal, al parecer se encontraron $600,000 en efectivo y una onza de la metanfetamina crystal.

A Hugo Rueda y a los otros individuos arrestados les dieron cargos por posesión de narcóticos y los pusieron bajo arresto con una fianza de $500,000.

A la madre de Claudia se le retiraron los cargos y fue puesta en libertad por el Sheriff de Los Ángeles. Sin embargo, la Patrulla fronteriza fue a su casa por ella y la arrestó por ser indocumentada. Finalmente tras el pago de una fianza, salió libre, cuatro o cinco días antes del arresto de su hija.

**_Claudia Rueda_** Vidal participó activamente en las protestas para exigir la liberación de su progenitora.

Cuestionada por los reporteros, Marcela Hernández aclaró que la muchacha no tienen antecedentes penales ni ha sido condenada por delito alguno.

Una comunidad enojada

Carlos Montes del Concejo Vecinal de Boyle Heights dijo que la comunidad se siente muy enojada y al mismo tiempo como miedo de ser arrestados y deportados. "Especialmente a nuestros padres y madres que no tienen papeles. Los jóvenes nacidos aquí temen que al final del día sus progenitores no vayan a llegar a la casa", dijo.

Beth Baker, maestra de Cal State Los Angeles también dijo que tienen mucha ira. "Estamos atemorizados por nuestros estudiantes y colegas. Nadie se siente seguro de tomar el transporte público o de ir al trabajo", dijo.

Baker describió a Rueda como una estudiante brillante y muy comprometida. "Siempre presente para apoyar a otros estudiantes. Siempre luchaba en los movimientos por ellos y también por los inmigrantes".

Gregorio Inés, vecino de Boyle Heights corroboró que viven con miedo.

"La comunidad no sabe qué hacer. No sabe si pueden ir a la tienda y si va a regresar", comentó.

Una estudiante y amiga de **_Claudia Rueda_** Vidal que no quiso dar su nombre dijo que está claro que su arresto fue una represalia por salir a la calle y denunciar los atropellos contra los inmigrantes. "Vinieron por Claudia porque lo que aprende en la universidad, lo lleva a las calles. Ella representa una comunidad que sabe sus derechos y no se queda callada. Su caso demuestra que quien lucha es una amenaza para el estado", criticó duramente.

La abogada Emi Maclean de la Red Nacional de Jornaleros (NDLON) quien es parte del equipo legal en la defensa de **_Claudia Rueda_** dijo que el 9 de junio, un juez de migración determinará si califica para una fianza, y de ser así, de cuánto sería el monto.

"Estamos impresionados por la fortaleza que ha demostrado en estas semanas que lleva bajo arresto", dijo la abogada.

Recomendaciones

Marcela Hernández, la líder de la Coalición por los Jóvenes Inmigrantes aconsejó a las familias inmigrantes que instrumenten planes de defensa y preparación por si los agentes de migración llegan a tocarles las puertas. "Vayan a una organización de defensa de los inmigrantes o a una clínica legal para en caso de que sean detenidos, alguien los pueda ayudar. Sabemos que 1,100 personas son deportadas por día en Estados Unidos", sostuvo.

Aumenta presión comunitaria por la liberación de estudiante de Cal State LA; Hay ira y enojo pero también mucha miedo entre estudiantes y familias ya que varios....

## Graphic

06/01/17/LOS ANGELES/ Residents and immigrant-rights activists gathered outside the home of ***Claudia*** ***Rueda***, to express their support for ***Claudia*** ***Rueda***, an immigration activist who was recently arrested by Customs and Border Patrol agents outside her home. (Photo Aurelia Ventura/ La Opinion) Foto: Aurelia Ventura / Impremedia/La Opinión

**Load-Date:** July 12, 2017

End of Document

su nombre dijo que está claro que su arresto
fue una represalia por salir a la calle y denunciar los a

Community Pressure Mounts for Cal State Student Release
THE; There is anger and anger but also a lot of fear among students and families
since several immigrants have been detained in Boyle Heights
The opinion
June 1, 2017 Thursday
Copyright 2017 La Opinion L.P. All Rights Reserved
Section: LOS ANGELES
Length: 924 words
Byline: Araceli Martínez Ortega
Body
Anxious and fearful, the Boyle Heights neighborhood community in Los Angeles raised its voice to call for release.
from the university student and pro-immigrant activist, Claudia Rueda Vidal who more than two weeks ago was
arrested by Border Patrol agents.
They also strongly criticized that the local authorities do nothing to stop the continued operations of
arrest of immigrants executed by the Border Patrol and the Immigration and Customs Service (ICE).
"We feel very sad, very traumatized, very angry about all this that is happening but we are in
communication with her, talking on the phone. We continue fighting, "said Marcela Hernández, leader of the Coalition Immigrant Youth Coalition.
On the morning of Thursday, May 18, undercover Border Patrol agents detained Rueda, a student.

Character limit: 5000

TRANSLATE NEXT 5000

**Exhibit 25, Page 139**

department but they did not open.

Later when the girl went out to move her car because that day it was time for the sweeper to pass her

Street, three vehicles without any identification surrounded it. Several men in civilian clothes descended and

they began to question her.

They asked for her name, identified her as the person they were looking for, and took her to a Detention Center

from Chula Vista. Days later she was taken into custody at the Otay Mesa Detention Center three miles from

Tijuana, Mexico.

During the arrest operation, Border Patrol agents not only took the student

undocumented but seven members of the community who live in the blocks around their building. Of the

detained, six are from Mexico and one from Guatemala.

Eligible for DACA

Claudia Rueda was brought by her parents to the Los Angeles area when she was six years old, and although she is eligible for Deferred Action for Childhood Arrivals (DACA), immigration relief that authorizes a

work and suspends deportation, had not made the request due to lack of financial resources.

From the age of 17, this young woman began to participate as an activist for immigrant rights.

Page 2 of 3

Community Pressure Increases for Cal State LA Student Release; There is anger and anger but also

dents and families as several ....

Last April, Claudia Rueda's parents: Teresa Vidal-Jaime, 54, and her father Hugo Rueda, 50,

Along with three other men, they were arrested in a federal anti-

Character limit: 5000

TRANSLATE NEXT 5000

**Exhibit 25, Page 140**

https://translate.googl  .com/#view=hom  &op=transl  te&sl=  uto&tl=en&text=Aumenta presión comunitaria por  ibe  ción d  studiante de Ca  State…    5/7

registered in his name. In its
department, where Teresa Vidal also lives, apparently $ 600,000 in cash and an ounce of the
crystal meth.
Hugo Rueda and the other arrested individuals were charged with possession of narcotics and placed under
arrest with a $ 500,000 bond.
Claudia's mother's charges were dropped and she was released by the Los Angeles Sheriff. Without
However, the Border Patrol went to her home for her and arrested her for being undocumented. Finally after payment
She was released from bail four or five days before her daughter's arrest.
Claudia Rueda Vidal actively participated in the protests to demand the release of her mother.
Questioned by the reporters, Marcela Hernández clarified that the girl does not have a criminal record or has
been convicted of any crime.
An angry community
Carlos Montes of the Boyle Heights Neighborhood Council said the community feels very angry and at the same
time as fear of being arrested and deported. "Especially to our fathers and mothers who do not have
papers. Young people born here fear that at the end of the day their parents will not come home, "he said.
Cal State Los Angeles teacher Beth Baker also said they are very angry. "We are frightened by
our students and colleagues. No one feels safe taking public transportation or going to work, "he said.
Baker described Rueda as a bright and very committed student. "Always present to support
other students. He always fought in the movements for them and also for the immigrants. "

Character limit: 5000                                                    TRANSLATE NEXT 5000

**Exhibit 25, Page 141**

# EXHIBIT 26

## *No Headline In Original*

City News Service

June 1, 2017 Thursday 3:56 PM PST

Copyright 2017 City News Service, Inc. All Rights Reserved

No City News Service material may be republished without the express written permission of the City News Service, Inc.

**Length:** 527 words

**Dateline:** BOYLE HEIGHTS

## Body

Friends and activists gathered today outside the Boyle Heights home of a 22-year-old woman who was arrested by immigration authorities in what her supporters contend was an act of retaliation for her outspoken support of her mother, who was detained for possible deportation earlier this year.

*Claudia* *Rueda*, a student at Cal State Los Angeles, was arrested by Customs and Border Patrol agents May 19 when she walked outside her family's house to move a car.

CBP officials, in a statement to the Los Angeles Times, said the next day Rueda was one of seven people detained as part of a probe into a "cross-border narcotics smuggling operation," but all were arrested for alleged immigration violations.

Rueda's supporters, however, believe she was targeted because of her activism.

"We understand as students that activism is a difficult thing to carry on," fellow CSULA student Rosemary Giron said. "But we understand that it is our duty to fight."

Activists contend that Rueda's arrest was carried out in retaliation for her criticism of CBP following the April arrest of her mother, Teresa Vidal-Jaime, 54. Vidal-Jaime was detained as part of a multi-agency drug raid at her home that resulted in the arrest of her husband, Hugo Rueda, authorities said.

Los Angeles County Sheriff's Department officials, who took part in that raid, said Vidal-Jaime was questioned but was not arrested as part of the narcotics investigation. Customs and Border Patrol agents, who were also involved in the raid, later detained Vidal-Jaime after determining she was in the country illegally.

Her arrest led to a series of protests, including one accusing the sheriff's department of colluding with federal immigration authorities -- something the sheriff's department vehemently denied, saying they had no involvement with Vidal-Jaime's arrest.

But Rueda was outspoken in her criticism of her mother's arrest.

"Despite being told she would not be detained as long she cooperated, my mother was apprehended during an illegally conducted raid at my apartment," Rueda said at the time. She said authorities "used intimidation tactics to enter the home," and her mother gave law enforcement access to her home "out of fear of retaliation."

Vidal-Jamie was eventually released.

Rueda is in the custody of U.S. Immigration and Customs Enforcement, which stressed it was not involved in her arrest. According to the agency, however, "Department of Homeland Security databases indicate Ms. Rueda

No Headline In Original

currently has no legal authorization to be in the United States. Accordingly, she has been placed in removal proceedings before the Department of Justice's Executive Office for Immigration Review.

"It will now be up to an immigration judge with EOIR to determine whether Ms. Rueda has a legal basis to remain in the U.S. or will be removed," according to ICE.

Rueda's supporters said that hearing has been set for June 19.

Activists said Rueda has no criminal record and was brought to the United States at age 4, and she is eligible to remain in the country under the Deferred Action for Childhood Arrivals program that protects from deportation people who were brought to the country illegally as children.

**Load-Date:** June 2, 2017

---

*End of Document*

# EXHIBIT 27

### *#BuenosDíasLA: Hijos de inmigrantes rinden tributo a sus padres con birretes de graduación*

La Opinion

2 junio 2017 viernes

Copyright 2017 La Opinion L.P. All Rights Reserved

**Section:** LOS ÁNGELES

**Length:** 567 words

**Byline:** Redacción

## Body

A través de Estados Unidos, los hijos de inmigrantes se están graduando de la universidad.

Muchos de ellos son los primeros en lograrlo, por lo cual su graduación constituye una hazaña para toda la familia.

Reconociendo el esfuerzo de sus padres, cientos de universitarios han pintado sus birretes en su honor, para luego compartir las imágenes en redes sociales, acompañadas de hashtags como #ImmiGrad, #latinxgradcaps y #IStandWithImmigrants.

Hoy en Los Ángeles

Ansiosa y temerosa, la comunidad del barrio de Boyle Heights sigue alzando su voz para pedir la liberación de la estudiante universitaria y activista proinmigrante *__Claudia Rueda__* Vidal, quien hace más de dos semanas fue arrestada por agentes encubiertos de la Patrulla Fronteriza. Haz clic aquí para leer acerca de sus esfuerzos.

Desde hace tres años, Los Ángeles extrañaba la celebración de un festival cubano, con buena música, baile, comida y el encuentro de las muchas comunidades locales. La espera termina este domingo, con la celebración del Festival de la Música Cubano-Estadounidense en la Plaza de la Cultura y Artes, un bello museo adyacente a la iglesia de la Placita Olvera. Para más información acerca del evento, haz clic aquí.

La Asamblea de California aprobó una ley prohibiendo que las tiendas de mascotas vendan perros, gatos y conejos que no hayan sido previamente rescatados. Escrita por el asambleísta de Long Beach Patrick O' Donnell, la AB 485 trata de reprimir las actividades ilegales de cría de animales. El Proyecto de Ley se aprobó con apoyo bipartidista y se espera que llegue ante el Senado estatal en verano. Para conocer el proyecto de ley a fondo, haz clic aquí.

Suscríbete a nuestro boletín de noticias locales para que te mantengas informado de las últimas novedades noticiosas de nuestra ciudad, sobre eventos importantes, alertas, espectáculos gratuitos, conciertos, curiosidades y mucho más. Haz clic en este enlace.

------------

Estado del tiempo

Tendremos una máxima de 77°F y mínima de 62°F en el centro de Los Ángeles.

------------

Transporte

**Exhibit 27, Page 0146**

#BuenosDíasLA: Hijos de inmigrantes rinden tributo a sus padres con birretes de graduación

Un choque automovilístico ha ocasionado el cierre de un carril de la autopista 91 rumbo al oeste, desde Green River Road hasta 6th Street/Maple Street. Se reportan demoras de hasta 10 minutos. Procura revisar las condiciones de tráfico antes de emprender tu viaje de esta mañana y esta tarde.

Hasta el momento, Metro no ha reportado demoras en sus líneas de tren. Procura estar alerta con las demoras en las líneas de tren y bus dándole clic aquí.

------------

Tuit del día

I made this tie for my dad when I was in 1st grade. 11 years later he wears it to my graduation :') pic.twitter.com/VNqEXpxTc3

— Dylan?? (@themindofd) June 1, 2017

------------

Foto del día

El fin de una era Más de 400 empleados reciben notificaciones sobre el próximo cese de operaciones de la tradicional tienda Dearden's. Foto Aurelia Ventura/ La Opinión

A post shared by La Opinión (@laopinionla) onJun 1, 2017 at 8:50am PDT

------------

¡Queremos escuchar tu voz!

Esta sección es para ti. Si tienes alguna información comunitaria, o quieres enviarnos fechas de eventos, cumpleaños, bodas, críticas o correcciones, escribe un email a *vivela@laopinion.com* S íguenos en Twitter en @LaOpinionLA, y no te olvides de visitar el hashtag #BuenosD íasLA en Twitter y Facebook.

Si te gusta esta sección, compártela con un amigo o familiar y pídele que se inscriba a nuestro newsletter

## Graphic

El birrete de Vanessa Meza, 23, quien se graduó de la Universidad Estatal de San Francisco hace una semana. Foto: Captura de Instagram @butterflywarrior

**Load-Date:** July 12, 2017

/25/2020                                    Google Translate

The opinion

June 2, 2017 Friday

Copyright 2017 La Opinion L.P. All Rights Reserved

Section: LOS ANGELES

Length: 567 words

Byline: Writing

Body

Across the United States, the children of immigrants are graduating from college.

Many of them are the first to achieve it, so their graduation is a feat for the whole family.

Recognizing the efforts of their parents, hundreds of university students have painted their caps in their honor, to

Then share the images on social networks, accompanied by hashtags such as #ImmiGrad, #latinxgradcaps and #IStandWithImmigrants.

Today in Los Angeles

Anxious and fearful, the Boyle Heights neighborhood community continues to raise its voice to call for the release of the

University student and pro-immigrant activist Claudia Rueda Vidal, who more than two weeks ago was

Arrested by undercover Border Patrol agents. Click here to read about their efforts.

For three years, Los Angeles has missed celebrating a Cuban festival, with good music, dancing,

food and the meeting of the many local communities. The wait ends this Sunday, with the celebration

of the Cuban-American Music Festival in the Plaza of Culture and Arts, a beautiful museum adjacent to the

Placita Olvera church. For more information about the event, click here.

The California Assembly passed a law prohibiting pet stores from selling dogs, cats, and

rabbits that have not been previously rescued. Written by Long Beach Assemblyman Patrick O 'Donnell,

**Exhibit 27, Page 0148**

AB 485 tries to suppress illegal animal husbandry activities. The Bill was approved with support
bipartisan and expected to arrive before the state Senate in the summer. To know the bill in depth, do
click here.
Sign up to our local newsletter to stay informed of the latest news news from our city, about important events, alerts, free shows, concerts, curiosities and
much more. Click on this link.
------------
Weather
We will have a high of 77 ° F and a low of 62 ° F in downtown Los Angeles.
------------
Transport
Page 2 of 2
# BuenosDíasLA: Children of immigrants pay tribute to their
                           ation caps

A car crash has caused the closure of a lane of Highway 91 westbound from Green
River Road to 6th Street / Maple Street. Delays of up to 10 minutes are reported. Try to review the
traffic conditions before starting your trip this morning and this afternoon.
So far, Metro has not reported delays on its train lines. Try to be alert with delays in
the train and bus lines by clicking here.
------------
Tweet of the day
I made this tie for my dad when I was in 1st grade. 11 years later he wears it to my graduation: ')
pic.twitter.com/VNqEXpxTc3
- Dylan ?? (@themindofd) June 1, 2017
------------

Exhibit 27, Page 0149

Photo of the day

The end of an era More than 400 employees receive notifications about the upcoming cessation of operations of the traditional Dearden's store. Photo Aurelia Ventura / La Opinion

A post shared by La Opinion (@laopinionla) onJun 1, 2017 at 8:50 am PDT

------------

We want to hear your voice!

This section is for you. If you have any community information, or want to send us event dates, birthdays, weddings, reviews or corrections, write to vivela@laopinion.com Follow us on Twitter at @LaOpinionLA, and don't forget to visit the #BuenosD íasLA hashtag on Twitter and Facebook.

If you like this section, share it with a friend or family member and ask them to sign up for our newsletter

Graphic

The cap of Vanessa Meza, 23, who graduated from San Francisco State University a week ago.

Photo: Capture from Instagram @butterflywarrior

Load-Date: July 12, 2017

End of

# EXHIBIT 28

## *#BuenosDíasLA: Las Torres de Watts, gema del Sur de Los Ángeles; Para los residentes de la zona, las torres son un motivo de orgullo*

La Opinion

5 junio 2017 lunes

Copyright 2017 La Opinion L.P. All Rights Reserved

**Section:** LOS ÁNGELES

**Length:** 801 words

**Byline:** Redacción

## Body

Si alguna vez has tomado la Línea Azul del Metro (Metro Blue Line), probablemente has visto a lo lejos unas estructuras metálicas de forma peculiar al pasar por la estación de la calle 103/Kenneth Hahn.

Se trata de las Torres de Watts, un conjunto de 17 esculturas construidas con acero y argamasa por un inmigrante italiano.

Nacido en Italia en 1879, Simón Rodia es ampliamente conocido en círculos artísticos justamente por estas torres, que han resistido los embates del tiempo e intentos de destruirlas.

Para los residentes de la zona, las torres son un motivo de orgullo.

Los críticos de arte sostienen que resulta difícil encasillar la obra de Rodia dentro de una categoría, pero consideran que su valor radica en que se trata de un monumento único que refleja la tenacidad del espíritu humano y la persistencia de una visión singular.

La obra está listada dentro del Registro Nacional de Lugares Históricos y también ha sido reconocida como Monumento Histórico y Cultural en California.

Haz clic aquí para planear tu visita.

Hoy en Los Ángeles

Una joven de 20 años residente de Baldwin Park nació con un desorden mitocondrial que le dificulta respirar y hablar por su cuenta. Evelyn Morales está relegada a una silla de ruedas y usa una computadora para comunicarse. Aún así, ella estudia en el Colegio Whittier. Pero los recortes presupuestarios a Medicaid planteados por el presidente Trump podrían eliminar el programa de asistencia médica para personas de bajos ingresos con discapacidades, lo cual afectaría no solo a Evelyn, sino potencialmente a 9 de cada 10 familias en la nación.

El Departamento de Trabajo de Estados Unidos señaló que los exempleados de American Apparel podrían calificar para el Programa de Asistencia por Ajustes en el Comercio (TAA), una iniciativa establecida para proveer dinero a los trabajadores estadounidenses quienes perdieron sus trabajos debido a la competencia mundial. El viernes, el gobierno federal aprobó la petición de la compañía en la que se pedía dinero para la capacitación de los extrabajadores  por los próximos dos años.

La advertencia hecha por el Departamento de Seguridad de la Nación a los haitianos para que comiencen a preparar su regreso a Haití al autorizarles solo seis meses para permanecer en Estados Unidos puso a temblar a los centroamericanos beneficiados con el Estatus de Protección Temporal (TPS) que viven en Los Ángeles. Por

#BuenosDíasLA: Las Torres de Watts, gema del Sur de Los Ángeles; Para los residentes de la zona, las torres son un motivo de orgullo

ello, las organizaciones de apoyo a los inmigrantes cabildean para que continúe renovándose cada 18 meses, como hasta ahora, y, sobre todo, quieren que haya una solución definitiva

Suscríbete a nuestro boletín de noticias locales para que te mantengas informado de las últimas novedades noticiosas de nuestra ciudad, sobre eventos importantes, alertas, espectáculos gratuitos, conciertos, curiosidades y mucho más. Haz clic en este enlace.

------------

Estado del tiempo

Tendremos una máxima de 77°F y mínima de 61°F en el centro de Los Ángeles.

------------

Transporte

Un accidente fatal involucrando seis autos ha ocasionado el cierre de la autopista 215 rumbo al norte. Procura revisar las condiciones de tráfico antes de emprender tu viaje de esta mañana y esta tarde.

Hasta el momento, Metro no ha reportado demoras en sus líneas de tren. Procura estar alerta con las demoras en las líneas de tren y bus dándole clic aquí.

------------

Tuit del día

Watch: Wrestling match breaks out between two playful bear cubs in Monrovia.*https://t.co/0ZkAsBcX7K* pic.twitter.com/IGnNBGTyBp

— NBC Los Angeles (@NBCLA) June 5, 2017

------------

Foto del d ía

Aumenta presión comunitaria por la liberación de **_Claudia_** **_Rueda_** El viernes 9 de junio un juez de inmigración determinará si la estudiante de de Cal State LA es elegible para una fianza Ansiosa y temerosa, la comunidad del barrio de Boyle Heights en Los Ángeles alzó ayer su voz para pedir la liberación de la estudiante universitaria y activista proinmigrante, **_Claudia_** **_Rueda_** Vidal quien hace más de dos semanas fue arrestada por agentes de la Patrulla Fronteriza. Los residentes también criticaron fuertemente que las autoridades locales no hagan nada para detener los continuos operativos para el arresto de inmigrantes ejecutados por la Patrulla Fronteriza y el Servicio de Migración y Aduanas (ICE). Foto Aurelia Ventura/ La Opinión

A post shared by La Opinión (@laopinionla) onJun 2, 2017 at 5:24pm PDT

------------

¡Queremos escuchar tu voz!

Esta sección es para ti. Si tienes alguna información comunitaria, o quieres enviarnos fechas de eventos, cumpleaños, bodas, críticas o correcciones, escribe un email a *vivela@laopinion.com* S íguenos en Twitter en @LaOpinionLA, y no te olvides de visitar el hashtag #BuenosD íasLA en Twitter y Facebook.

Si te gusta esta sección, compártela con un amigo o familiar y pídele que se inscriba a nuestro newsletter

#BuenosDíasLA: Las Torres de Watts, gema del Sur de Los Ángeles; Para los residentes de la zona, las torres son un motivo de orgullo

## Graphic

Las Torres de Watts, un conjunto de 17 esculturas construidas con acero y argamasa. Foto: Cortesía de *www.wattstowers.us*

**Load-Date:** July 12, 2017

End of Document

de Migración y Aduanas (ICE). Foto Aurelia Ventura/ La Opinión
A post shared by La Opinión (@laopinionla) onJun 2, 2017 at
5:24pm PDT

-------------

¡Queremos escuchar tu voz!
Esta sección es para ti. Si tienes alguna información comunitaria,
o quieres enviarnos fechas de eventos,
cumpleaños, bodas, críticas o correcciones, escribe un email a

# BuenosDíasLA: The Watts Towers, gem of South Los Angeles;
For
residents of the area, the towers are a source of pride
The opinion
June 5, 2017 Monday
Copyright 2017 La Opinion L.P. All Rights Reserved
Section: LOS ANGELES
Length: 801 words
Byline: Writing
Body
If you have ever taken the Metro Blue Line, you have probably
seen in the distance some
oddly shaped metal structures as you pass the 103rd Street /
Kenneth Hahn Station.
This is the Watts Towers, a set of 17 sculptures built with steel
and mortar by an immigrant
Italian.
Born in Italy in 1879, Simón Rodia is widely known in artistic
circles precisely for these towers,
who have withstood the ravages of time and attempts to destroy
them.

Character limit: 5000                               TRANSLATE NEXT 5000

**Exhibit 28, Page 155**

category, but
consider that its value lies in the fact that it is a unique monument that reflects the tenacity of the spirit
human and the persistence of a singular vision.
The work is listed within the National Register of Historic Places and has also been recognized as
Historical and Cultural Monument in California.
Click here to plan your visit.
Today in Los Angeles
A 20-year-old Baldwin Park resident was born with a mitochondrial disorder that makes it difficult for her to breathe and
speak for yourself. Evelyn Morales is relegated to a wheelchair and uses a computer to
communicate. Still, she studies at Whittier College. But the Medicaid budget cuts raised
by President Trump could eliminate low-income health care program with
disabilities, which would affect not only Evelyn, but potentially 9 out of 10 families in the nation.
The U.S. Department of Labor noted that former American Apparel employees could
qualify for the Trade Adjustment Assistance Program (TAA), an initiative established to provide
money to American workers who lost their jobs due to global competition. The
Friday, the federal government approved the company's petition asking for money for the training of
former workers for the next two years.
The warning made by the Department of Homeland Security to Haitians to start
preparing to return to Haiti by authorizing them only six months to remain in the United States shook

Character limit: 5000

TRANSLATE NEXT 5000

**Exhibit 28, Page 156**

Page 2 of 3
# BuenosDíasLA: The Watts Towers, gem of South Los Angeles;
For the residents of the area, the towers
                              pride


Therefore, the immigrant support organizations lobby to continue renewing every 18 months,
as up to now, and, above all, they want there to be a definitive solution
Sign up to our local newsletter to stay informed of the latest news
news from our city, about important events, alerts, free shows, concerts, curiosities and
much more. Click on this link.

-------------
Weather
We will have a high of 77 ° F and a low of 61 ° F in downtown Los Angeles.

-------------
Transport
A fatal accident involving six cars has caused the closure of Highway 215 heading north. Try
Check the traffic conditions before starting your trip this morning and this afternoon.
So far, Metro has not reported delays on its train lines. Try to be alert with delays in
the train and bus lines by clicking here.

-------------
Tweet of the day
Watch: Wrestling match breaks out between two playful bear cubs in Monrovia.https: //t.co/0ZkAsBcX7K
pic.twitter.com/IGnNBGTyBp
- NBC Los Angeles (@NBCLA) June 5, 2017

-------------

Character limit: 5000

TRANSLATE NEXT 5000

**Exhibit 28, Page 157**

On Friday June 9 an immigration judge

will determine if the Cal State LA student is eligible for an Anxious and Fearful Bail, the

Boyle Heights neighborhood in Los Angeles raised his voice yesterday to ask for the release of the university student and pro-immigrant activist, Claudia Rueda Vidal who was arrested more than two weeks ago by agents of the

Border Patrol. Residents also strongly criticized that local authorities do nothing to

stop ongoing operations to arrest immigrants executed by the Border Patrol and the Service

Immigration and Customs Enforcement (ICE). Photo Aurelia Ventura / La Opinion

A post shared by La Opinion (@laopinionla) onJun 2, 2017 at 5:24 pm PDT

-------------

We want to hear your voice!

This section is for you. If you have any community information, or want to send us event dates,

birthdays, weddings, reviews or corrections, write an email to

Character limit: 5000

TRANSLATE NEXT 5000

# EXHIBIT 29

## *CTA President Denounces ICE Detention of CSULA Student Claudia Rueda*

Targeted News Service

June 8, 2017 Thursday 12:35 AM  EST

Copyright 2017 Targeted News Service LLC All Rights Reserved

**Length:** 256 words

**Byline:** Targeted News Service

**Dateline:** BURLINGAME, Calif.

# Body

The California Teachers Association issued the following statement by President Eric C. Heins regarding the ongoing detention of California State University Los Angeles student activist ***Claudia Rueda***:

"Educators are deeply troubled by the unjust detention of ***Claudia Rueda***, who was seized by ICE agents in front of her Boyle Heights home on May 18. Claudia, who has lived in the United States most of her life, appears to have been targeted in retaliation for her activism on immigration rights and other issues, including the recent arrest of her own mother on drug charges that immigration officials later admitted were baseless. We urge ICE to approve the prosecutorial discretion package submitted by her attorneys as educators stand in solidarity with Claudia at her bond hearing in San Diego.

"The detention of students like ***Claudia Rueda*** is wrong, and is an example of the type of action by the new administration that is contributing to a climate of unease and fear in K-12 classrooms and on college/university campuses in California and across the nation.

"No student should have to live in fear of being uprooted from his or her home or of losing a family member to raids like the one that has ensnared Ms. Rueda. We denounce such crackdowns. Educators will continue to do all we can to ensure that our schools, colleges, and universities provide safe places for all students to learn and grow."

[Category: Union]

Contact: Claudia Briggs, 916/325-1550; Frank Wells, 562/708-5425

Copyright Targeted News Services

07K-Vail-5887422 07K-Vail

**Load-Date:** June 9, 2017

---

*End of Document*

# EXHIBIT 30

## *'Education Not Deportation' Rally & News Conference*

Targeted News Service

June 8, 2017 Thursday 10:54 PM  EST

Copyright 2017 Targeted News Service LLC All Rights Reserved

**Length:** 521 words

**Byline:** Targeted News Service

**Dateline:** LOS ANGELES

## Body

The United Teachers Los Angeles issued the following news release:

Educators demand release of student seized by Border Patrol. Today, students, educators, and community activists will rally in front of Roosevelt High School to denounce the seizure of Roosevelt graduate ***Claudia Rueda*** and to demand her release from federal custody.

Claudia, an undocumented immigrant rights activist and Cal State Los Angeles student, was seized May 18 by Border Patrol agents while outside her family's home in Boyle Heights and taken to a facility near San Diego. Claudia's detention has raised accusations of retaliation because of her activism in support of her mother, who was arrested in April by immigration officials on drug charges that authorities later admitted were baseless.

Speakers at Thursday's rally will include Claudia's former teachers at Roosevelt, one of her current professors from Cal State L.A., and student activists. Educators and students are calling for:

* ICE San Diego Field Director Gregory J. Archambault to approve the prosecutorial discretion package submitted by ***Claudia Rueda***'s attorney. Educators submitted letters of support for Claudia's case and stand in solidarity with Claudia's bond hearing on June 9 at the Otay Detention Center.

* LA officials and the LA Sheriff's department to stop collaborating with ICE and CBP (Customs and Border Protection) in Los Angeles County. Collaboration between law enforcement and immigration is not making our communities safer.

* A stop to raids. A good education is not possible with immigration enforcement in our neighborhoods.

Claudia, who graduated from the Math, Science & Technology Magnet Academy at Roosevelt High, was a student in Mariana Ramirez's Advanced Placement U.S. History class during the 2011-12 school year.

"As Claudia's former teacher, I know how tragic this is to her education and to the youth she serves through her leadership," Ramirez said. "Claudia was one of my most exceptional students, achieving high scores and playing an exemplary role in mentoring the younger generations toward a college education. Her dedication to her community is exceptional, and I truly believe that her future contributions as a soon-to-be college graduate will greatly benefit our society and our world, if she is allowed to continue on her path."

Claudia's case underscores the pervasive threats to education poised by the immigration seizures happening across the country. UTLA will continue to work with parents and community groups to spread resources on immigrants' rights and to stand united in the face of these unconscionable seizures, detentions, and deportations.

#FREECLAUDIA RALLY & NEWS CONFERENCE JUNE 8

'Education Not Deportation' Rally & News Conference

What: Educators, students, and community members demand that officials #FreeClaudia

When: Thursday, June 8, 2017, 12:45 pm

Where: Roosevelt High, 456 S Mathews St., Los Angeles, CA 90033

Speakers include:

* Educators Mariana Ramirez and Jason Yan (Roosevelt HS)

* Professor Enrique Ochoa (Latin American Studies, CSULA)

* Students from the MEChA club

* UTLA Officer Arlene Inouye

[Category: Education]

Copyright Targeted News Services

MSTRUCK-5887109 MSTRUCK

**Load-Date:** June 9, 2017

---

**End of Document**

# EXHIBIT 31

### *They took our student; The arrest of Claudia Rueda by immigration agents shows the cruelty of Trump's policies.*

Los Angeles Times

June 8, 2017 Thursday, Home Edition

Copyright 2017 Los Angeles Times All Rights Reserved

**Section:** MAIN NEWS; Opinion Desk; Part A; Pg. 13

**Length:** 875 words

**Byline:** Beth Baker, Alejandra Marchevsky, Beth Baker is professor of anthropology and Alejandra Marchevsky is professor of liberal studies and women's, gender and sexuality studies at Cal State Los Angeles.

## Body

On the morning of May 18, Cal State Los Angeles student **_Claudia_ _Rueda_** disappeared in East L.A. The 22-year-old immigrant rights activist stepped outside her aunt's home to move her mother's car for street cleaning, but never returned. Hours later her family learned that she had been surrounded by three unmarked cars carrying an estimated nine plainclothes Customs and Border Protection officers who whisked her off to a detention center 130 miles away.

Claudia is a Latin American studies major at Cal State L.A., where we are faculty. At the time of her arrest, Claudia was enrolled in one of our courses on U.S. immigration policy that studied the effects of deportation on families and communities. This subject was not just academic for her; it hit close to the bone.

Once in class she asked, "Why aren't more people advocating for immigrant rights, or against the further creation of illegality, when populations of children and parents across borders are suffering due to U.S. policies?" Although she is eligible for the Deferred Action for Childhood Arrivals, or DACA, program, which would protect her from deportation, her family could not afford the $500 application fee. Claudia worried constantly that she or one of her family members would be deported from the country where they have lived for more than 15 years.

In late April, it seemed that Claudia's worst fears were realized when her mother, Teresa Vidal-Jaime, was swept up in a drug raid by a joint task force of the CBP and the L.A. County sheriff at the apartment complex where they lived. Although Vidal-Jaime was not charged with a crime, she was detained by immigration officials for overstaying her visa. Vidal-Jaime was released by an immigration court on $2,000 bond, thanks in part to a high-profile campaign led by the Los Angeles Immigrant Youth Coalition, of which Claudia is a member.

Less than a week later, the CBP returned to East L.A. looking for Claudia. Residents reported that dozens of CBP agents knocked on doors at her former apartment building and at her aunt's nearby home asking for information about Claudia's whereabouts and even followed her neighbors for miles on their way to work to question, and in some cases arrest, them.

In total, the CBP arrested seven community members that day, including Claudia and several residents from her former apartment building. Although none had a criminal record, four were deported to Tijuana within 24 hours without seeing a judge or a lawyer, and the rest are detained and in danger of deportation. The CBP claims that these arrests were part of a "criminal investigation," but has not produced any evidence that connects Claudia or the others to any crime.

Claudia is the face of immigration enforcement under the Trump administration. Under current executive guidelines, any immigrant suspected of a crime, even if never arrested, charged or convicted, has become a priority for

They took our student; The arrest of Claudia Rueda by immigration agents shows the cruelty of Trump's policies.

deportation. Basic due process, such as the right to know the charges and evidence against you, is absent in the immigration system. This policy has led to a 32% increase in immigrant detentions in the first three months of Trump's presidency compared with the same time last year, and a 100% increase in the detention of people with no criminal record or with only minor traffic infractions. "Criminal investigations" serve as a pretext for a policy of mass deportation of immigrants who have deep ties in local communities.

Trump recently claimed, "We are not after the Dreamers. We are after the criminals." However, data show a 25% increase in the deportation of Dreamers, as DACA recipients are known, in the first three months of Trump's presidency, compared with the same time last year. Immigrant youth who encounter the police are more likely to have their DACA status revoked and be detained by U.S. Immigration and Customs Enforcement.

Claudia's case also illuminates the government's apparent practice of going after undocumented activists who challenge its immigration policies. Claudia's detention less than one week after her mother was released seems like payback by the CBP for her activism and leadership. She is one of several youth activists since Trump's inauguration who have been targeted by immigration agencies in what seems to be an attempt to silence them.

In March, undercover ICE agents in Vermont arrested three prominent undocumented activists associated with the group Migrant Justice, all of them younger than 25. In that same month, ICE agents in Mississippi detained 22-year-old DACA recipient Daniela Vargas after she spoke at a rally calling on the Trump administration to establish a path to citizenship for immigrants.

Those concerned about creeping authoritarianism in U.S. governance should be deeply troubled by Claudia's experience. After four weeks in detention without seeing a judge, Claudia will finally have a bond hearing on Friday. ICE can and should exercise its discretion to release her immediately and process her application for DACA. State and local politicians who promised to create sanctuaries for residents like Claudia need to ensure that local law enforcement agencies are not using valuable public resources to sow fear by collaborating with immigration enforcement efforts.

## Graphic

PHOTO: POLICE detain **_Claudia Rueda_**, then 17, at a protest for immigrant rights in L.A. in 2012. She was arrested again last month.  PHOTOGRAPHER:Damian Dovarganes Associated Press

**Load-Date:** June 8, 2017

End of Document

# EXHIBIT 32

# *Activista proinmigrante de Los Ángeles queda en libertad; Claudia Rueda estuvo recluída en un centro de detención en San Diego, tras ser arrestada por ICE*

La Opinion

9 junio 2017 viernes

Copyright 2017 La Opinion L.P. All Rights Reserved

**Section:** LOS ÁNGELES

**Length:** 582 words

**Byline:** Araceli Martínez Ortega

# Body

La estudiante de Cal State Los Ángeles y activista proinmigrante, ***Claudia Rueda*** detenida por agentes de la Patrulla Fronteriza (CBP) el mes pasado en Boyle Heights, al sur de Los Ángeles, por fin quedó en libertad.

Un juez de migración en San Diego argumentó, para ordenar su liberación, que la decisión de retenerla sin una fianza fue exagerada por lo que es mejor que salga de la detención para pelear su caso fuera.

 Loading the player...

 "Me siento muy agradecida con todos los que me apoyaron y ayudaron", dijo Rueda a sus amigos y seguidores tras el fallo del juez en la corte.

 Marcela Hernández de la Coalición para Jóvenes Migrantes quien encabezó la campaña a favor de la liberación comentó que esperan que a más tardar el lunes sino es que antes, la estudiante pueda regresar a su casa.

 Rueda de 22 años fue arrestada el 18 de mayo en medio de un operativo contra inmigrantes en el este de Los Ángeles. La capturaron cuando salió a cambiar de sitio su vehículo en la calle en acato a la orden de no estacionar en ciertas horas que pasa la barredora.

 Ella llegó a Estados Unidos cuando tenía 6 años de edad. Aunque califica para la Acción Diferida para los llegados en la Infancia (DACA) que le garantiza un permiso de trabajo y suspende deportación, no había solicitado dicho alivio migratorio por falta de recursos económicos para pagar los 500 dólares que cuesta el trámite.

 "Hoy el juez hizo lo que ICE (Servicio de Migración y Aduanas) y la Patrulla Fronteriza injustamente rechazaron hacer para liberar a Claudia", dijo Mónica Langarica, su abogada en migración.

 "Ahora el ICE debe remediar su injusto arresto, darle discreción fiscal y desechar su caso de deportación", sostuvo su defensora.

 Tras su arresto, ellos solicitó de inmediato dichos alivios pero no se los han otorgado.

 "La sombra de la deportación no debe colgar sobre los hombros de Claudia mientras ella continúa sus estudios y activismo", sostuvo.

 Rueda es alumna de la carrera de Estudios Latinoamericanos de Cal State Los Ángeles. Sus maestros mandaron varios cartas para ser publicadas en la prensa en inglés exigiendo su libertad.

Activista proinmigrante de Los Ángeles queda en libertad; Claudia Rueda estuvo recluída en un centro de detención en San Diego, tras ser arrestada por ICE

Muchos de quienes apoyan a **_Claudia_** **_Rueda_** consideran que el arresto fue una represalia porque dirigió una campaña para que ICE liberara a su madre Teresa Vidal-Jaime de 54 años quien junto con su padre Hugo Rueda de 50 años habían sido arrestados a finales de abril en un operativo antinarcóticos emprendido por la Patrulla de Caminos y el Departamento del Sheriff de Los Ángeles.

Vidal-Jaime, la madre, fue exonerada por el Departamento del Sheriff de los cargos por narcóticos pero ICE se la llevó detenida debido a que se excedió el tiempo permitido para estar en el país con su visa.

La madre salió libre tras pagar una fianza de 2,000 dólares en mayo pero días después **_Claudia_** **_Rueda_** quien es una activista desde los 17 años fue aprehendida por la Patrulla Fronteriza.

"Creemos que el juez vio el fuerte apoyo comunitario hacia Claudia a través de las cartas y en la abarrotada sala de la corte", dijo Marcela Hernández de la Coalición para Jóvenes Migrantes.

"Sabemos que la organización comunitaria es poderosa y que podemos desafiar las detenciones y deportaciones".

Añadió que continuarán peleando por Claudia y todos los miembros de la comunidad que son blanco de la maquinaria de deportaciones de esta administración.

"Vamos ahora a pedir a la comunidad apoyarnos para demandar al director de campo de ICE en San Diego que apruebe la discreción fiscal para Claudia", señaló.

## Graphic

**_Claudia_** **_Rueda_** (c) abraza a una de sus amigas al salir del centro de detención. / Foto: Suministrada

**Load-Date:** July 12, 2017

---

**End of Document**

Sheriff de los cargos por narcóticos pero ICE se la llevó detenida debido a que se excedió el tiempo permitido para estar en el país con su visa.

La madre salió libre tras pagar una fianza de 2,000 dólares en mayo pero días después Claudia Rueda quien es una activista desde los 17 años fue aprehendida por la Patrulla Fronteriza.

"Creemos que el juez vio el fuerte apoyo comunitario hacia Claudia a través de las cartas y en la abarrotada sala de la corte", dijo Marcela Hernández de la Coalición para Jóvenes Migrantes.

"Sabemos que la organización comunitaria es poderosa y que podemos desafiar las detenciones y deportaciones".

Añadió que continuarán peleando por Claudia y todos los miembros de la comunidad que son blanco de la maquinaria de deportaciones de esta administración.

"Vamos ahora a pedir a la comunidad apoyarnos para demandar al director de campo de ICE en San Diego que apruebe la discreción fiscal para Claudia", señaló.

Graphic

Claudia Rueda (c) abraza a una de sus amigas al salir del centro de detención. / Foto: Suministrada

Load-Date: July 12, 2017

End of Document

Los Angeles pro-immigrant activist is released; Claudia Rueda
She was held in a detention center in San Diego after being arrested.
by ICE
The opinion
June 9, 2017 Friday
Copyright 2017 La Opinion L.P. All Rights Reserved

Section: LOS ANGELES
Length: 582 words
Byline: Araceli Martínez Ortega
Body
Cal State Los Angeles student and pro-immigrant activist Claudia Rueda detained by agents of the
Border Patrol (CBP) last month in Boyle Heights, south of Los Angeles, was finally released.
An immigration judge in San Diego argued, to order her release, that the decision to hold her without a
Bail was exaggerated so it is best that you get out of detention to fight your case off.
Loading the player ...
"I feel very grateful to everyone who supported and helped me," Rueda told her friends and followers.
after the judge's ruling in court.
Marcela Hernández of the Coalition for Young Migrants who led the campaign for liberation
He commented that they hope that by Monday at the latest, if not before, the student can return home.
Rueda, 22, was arrested on May 18 amid an operation against immigrants in eastern Los
Angels They captured her when she went to move her vehicle on the street in compliance with the order not to park
at certain hours the sweeper passes.
She came to the United States when she was 6 years old.
Although Qualifies for Deferred Action for Arrivals
in Childhood (DACA) that guarantees a work permit and suspends deportation, had not requested said
immigration relief for lack of financial resources to pay the $ 500 that the process costs.
"Today the judge did what ICE (Immigration and Customs Service) and the Border Patrol unfairly rejected
do to free Claudia, "said Monica Langarica, her immigration attorney.

**Exhibit 32, Page 171**

"Now ICE must remedy his unjust arrest, give him fiscal discretion and dismiss his deportation case," he said.

its defender.

After his arrest, they immediately requested these reliefs but they have not been granted.

"The shadow of deportation should not hang over Claudia's shoulders as she continues her studies and

activism, "he said.

Rueda is a student in Cal State Los Angeles' Latin American Studies major. His teachers sent

various letters to be published in the English press demanding his release.

Page 2 of 2

Los Angeles pro-immigrant activist is released; Claudia Rueda was confined in a

                  after being arrested by ICE


Many of those who support Claudia Rueda consider that the arrest was retaliation because she directed a

campaign for ICE to release her 54-year-old mother Teresa Vidal-Jaime who along with her father Hugo Rueda

50-year-olds had been arrested in late April in an anti-narcotics operation launched by the Patrol of

Roads and the Los Angeles Sheriff's Department.

Vidal-Jaime, the mother, was cleared by the Sheriff's Department of the narcotics charges but ICE took her

She was detained because the time allowed to be in the country with her visa was exceeded.

The mother was released after paying a bond of $ 2,000 in May but days later Claudia Rueda who is

An activist from the age of 17 was apprehended by the Border Patrol.

"We believe the judge saw strong community support for Claudia through the letters and in the crowded room

of the court, "said Marcela Hernández of the Coalition for Young

**Exhibit 32, Page 172**

Migrants.

"We know that community organizing is powerful and that we can challenge arrests and deportations."

He added that they will continue to fight for Claudia and all the members of the community who are targets of the deportation machinery of this administration.

"We are now going to ask the community to support us in suing the ICE San Diego field director to approve the fiscal discretion for Claudia, "he said.

Graphic

Claudia Rueda (c) hugs one of her friends as she leaves the detention center. / Photo: Supplied

Load-Date: July 12, 2017

End of Document

# EXHIBIT 33

## *Boyle Heights Immigrant Rights Activist Released On Bond*

LAist

June 9, 2017 Friday 7:34 PM EST

Copyright 2017 Newstex LLC All Rights Reserved

**Length:** 606 words

**Byline:** Julia Wick

## Body

Jun 09, 2017( LAist: http://laist.com Delivered by Newstex) **Claudia *Rueda*.** (Screenshot via Immigrant Youth Coalition video) Cal State LA student and immigrant rights activist **Claudia *Rueda*** was released from detention in San Diego on Friday morning, three weeks after being detained by Customs and Border Patrol agents in Boyle Heights[1]. An immigration judge released Rueda on her own recognizance after indicating that Immigration and Customs Enforcement's decision to hold her without bond was "unduly severe," according to a statement from the Immigrant Youth Coalition. Despite her release today, the 22-year-old still potentially faces deportation.

Her attorney has filed a request with ICE for "prosecutorial discretion," and Rueda's supporters are urging the agency to grant the request and move to drop the deportation case against her.BREAKING: Judge frees immigrant rights activist whose detention sparked protests; Supporters shift focus to ICE #FreeClaudia[2] pic.twitter.com/gNBT2SDopo[3] — NDLON (@NDLON) June 9, 2017[4]Rueda, who has lived in the U.S. since she was six, is a prominent immigrant rights activist who led protests after her mother Teresa Vidal-Jaime was detained in April[5]. Many community members and friends saw Rueda's arrest as retribution for her activism. "We believe it's retaliation, but it's hard to prove that," Claudia Bautista, an organizer with NDLON and friend of Rueda's, told LAist in May[6]. "Knowing how big of a role she played for her mom, all the interviews that she did and all the attention that her mom's case got, it definitely looks suspicious," Bautista said.Rueda's mother Vidal-Jaime was picked up by federal authorities during a large-scale drug bust at the Boyle Heights apartment complex where she lives; she was later cleared of any involvement[7], but still faces potential deportation.Rueda was arrested by CBP agents just days after her mother was released on bond. The Immigrant Youth Coalition alleged in a statement that the timing of Rueda's detention "raise[d] the troubling specter of retaliation." Rueda's arrest garnered a flurry of attention on social media, and spurred numerous protests in both Los Angeles and San Diego. In an op-ed published in the Los Angeles Times[8] on Thursday, two of Rueda's professors at Cal State LA characterized Rueda as "the face of immigration enforcement under the Trump administration." "Under current executive guidelines, any immigrant suspected of a crime, even if never arrested, charged, or convicted, has become a priority for deportation. Basic due process, such as the right to know the charges and evidence against you, is absent in the immigration system. This policy has led to a 32% increase in immigrant detentions in the first three months of Trump's presidency compared with the same time last year, and a 100% increase in the detention of people with no criminal record or with only minor traffic infractions," Cal State LA's Beth Baker and Alejandra Marchevsky wrote in the editorial. [ 1]: http://laist.com/2017/05/18/**claudia_rueda**.php [ 2]: https://twitter.com/hashtag/FreeClaudia?src=hash [ 3]: https://t.co/gNBT2SDopo [ 4]: https://twitter.com/NDLON/status/873231359199690752 [ 5]: http://www.latimes.com/local/lanow/la-me-ln-immigration-arrest-20170425-story.html [ 6]: http://laist.com/2017/05/19/free_**claudia_rueda**_protests.php [ 7]: http://abc7.com/news/woman-cleared-of-drug-bust-involvement-faces-deportation/1919327/ [ 8]: http://www.latimes.com/opinion/op-ed/la-oe-baker-marchevsky-rueda-deportation-20170608-story.html

**Load-Date:** June 10, 2017

# EXHIBIT 34

ADVERTISEMENT

CALIFORNIA

## Cal State L.A. student activist detained by Border Patrol is released





Claudia Rueda, fourth from right in black jacket, and her attorney Monika Langarica, center, after Rueda's release from the Otay Mesa Detention Center near San Diego on Friday. (National Day Laborer Organizing Network)

By SARAH PARVINI
STAFF WRITER

JUNE 9, 2017 | 6:35 PM



A 22-year-old immigration activist and Cal State Los Angeles student detained by Border Patrol agents last month was released from custody Friday.

Claudia Rueda walked out of the Otay Mesa Detention Center near San Diego after a federal judge ordered her freed on her own recognizance pending further review of her immigration case. She had been in custody since her arrest.

"I just want to say thank you to everyone across the state that has been helping me — and to not forget about other people that are detained, that are in my shoes, and that we need to keep fighting for everyone that's being detained in this unjust immigration system," Rueda said in a video statement Friday.

Rueda had been moving her family's car outside their Boyle Heights home in May when she was detained and taken to the Otay Mesa facility. Her arrest sparked claims that she was targeted in retaliation for protesting the arrest of her mother, Teresa Vidal-Jaime, who had been swept up by federal agents during a massive cocaine bust in April.

ADVERTISING



Ads by Teads

"Today, the judge did what ICE and the Border Patrol had unfairly refused to do and freed Claudia from detention," said Monika Langarica, Rueda's attorney.

Rueda is in the country illegally but is eligible for so-called Dreamer status because she was brought to the U.S. as a minor.

Although U.S. Immigration and Customs Enforcement was not involved in Rueda's initial arrest, the judge in her case said the agency's decision to hold her without bond was "unduly severe," according to a news release from activists advocating for her release.

In response, ICE said it would comply with the decision to release Rueda on her own recognizance while her case undergoes further review by the immigration courts.

"Meanwhile, per agency policy, ICE will review any requests submitted by Ms. Rueda's legal representatives related to her case," the agency said in a statement. "However, given that Ms. Rueda's case is now before the immigration courts, [the Executive Office for Immigration Review] has the primary jurisdiction in the matter."

**CA Immigrant Youth**
@CIYJA

**Exhibit 34, Page 178**

Case 2:18-cv-09276-DMG-PLA   Document 67-4   Filed 04/27/20   Page 180 of 412   Page ID #:875



ll right communi y, lets show up for Claudia! @CBPLos ngeles @CustomsBorder @CBP anDi go @KamalaHarris @SenFeins in #Fr eClaudia

95  7:04 PM - May 18, 2017

128 peopl are talking about his

At the time of her arrest, Border Patrol officials said Rueda was one of seven people detained as part of an investigation into "a cross-border narcotics smuggling operation." All seven, however, were arrested on suspicion of immigration violations, not drug offenses, according to a Border Patrol statement.

Rueda had violated the terms of her visa, the statement said. The others arrested were not named and identified only as five Mexican nationals and one Guatemalan national. The statement also described Vidal-Jaime as "connected" to the drug trafficking organization, though a spokesman for the Los Angeles County Sheriff's Department, which was involved in the April arrests, previously told The Times that the woman was not a subject of the narcotics investigation.

ADVERTISEMENT

Rueda is focusing on Latin American studies at Cal State L.A. and has lived in the U.S. most of her life, friends said.

"Claudia's detention deeply concerned our campus community. We are very pleased that the judge has ordered her release and look forward to her resuming her studies at Cal State L.A.," the university's president, William A. Covino, said in a statement.

Langarica said Rueda is eligible for protection under the Deferred Action for Childhood Arrivals program, or DACA, but had not been able to cobble together the money for her application.

**Exhibit 34, Page 179**

She and Rueda were working on the application Friday, Langarica said, adding that she hoped ICE officials would exercise their authority to terminate the proceedings against her client.

ADVERTISEMENT

"The shadow of deportation should not hang over Claudia as she continues her vital studies and activism," Langarica said.

To read the article in Spanish, click here

*sarah.parvini@latimes.com*

**Twitter:** @sarahparvini

ADVERTISEMENT

*Times staff writer Kim Christensen contributed to this report.*

**ALSO**

**Border Patrol detains 22-year-old Cal State L.A. student activist; her lawyer says it is retaliation**

**Supporters of Cal State L.A. student activist detained by Border Patrol hold silent rally on commencement day**

ADVERTISEMENT

**UPDATES:**

**6:35 p.m.**: This article has been updated with Rueda's release.

ADVERTISEMENT

*This article originally was published at 1:30 p.m.*

CALIFORNIA

# EXHIBIT 35

## *Heads*

El Paso Times (Texas)

June 9, 2017 Friday

Copyright 2017 El Paso Times, a MediaNews Group Newspaper All Rights Reserved

**Section:** NEWS

**Length:** 478 words

**Byline:** City News Service

# Body

Midday Headlines

City News Service

The executive board of the International Olympic Committee decided at a meeting in Loe-zahn Switzerland today to announce in September if Los Angeles or Paris will host the Olympic and Para-lympic games in 20-24 ... with the other city getting the 20-28 games. The 20-24 favorite is said to be Paris ... which has said the site earmarked for its Olympic Village won't be available for redevelopment after 20-24 ... which also happens to be the 1-hundredth anniversary of Paris' 19-24 Olympics.

(More Olympics)

I-O-C President Thomas Bach said its executive board unanimously backed making an unprecedented double-announcement decision. The full I-O-C board must still ratify the move at a meeting next month in Loe-zahn ... then the 20-24 and 20-28 host cities would be chosen in September at a meeting in Lima ... Peru. Officials spearheading L-A's Olympic campaign had resisted the idea of being passed over in 20-24 ... but say they'll accept the 20-28 games if that's how the the decision goes.

The board of governors of the California Community Colleges has announced that Compton College's accreditation has been restored by the Accrediting Commission for Community and Junior Colleges. A special trustee was appointed by the state to oversee the district 10 years ago, after

**Exhibit 35, Page 182**

Heads

administrative failures and fraud led to the revocation of Compton College's
accreditation.

A Cal State L-A student arrested by immigration authorities in what
supporters contend was retaliation for her activism following the detention of
her mother has been ordered released by an immigration judge in San Diego. 22-
year-old **_Claudia_** **_Rueda_** still faces possible deportation ... but her attorneys
say she's protected by the Action for Childhood Arrivals program ... or DACA
... which protects from deportation immigrants brought to the U-S illegally as
young children.

A 35-year-old man is scheduled to be arraigned in Orange County today on
charges he posed as a policeman prior to kidnapping a woman and sexually
assaulting her. Sean Michael Vasquez is charged with two felonies and a
misdemeanor. Authorities say Vasquez met the woman online ... and he's accused
of sexually assaulting her May 13th in Anaheim.

The average price of a gallon of self-serve regular gasoline in L-A
County has dipped for the seventh consecutive day ... falling eight-10ths of a
cent to 3-dollars-4-cents a gallon. In Orange County ... the price dropped for
the eighth time in nine days ... declining seven-10ths of a cent to just over 3-
dollars-2-cents.

It'll be mostly clear this afternoon across the Southland ... with highs
in the upper 60s to mid-70s along the coast and inland ... and the upper 60s
to mid-80s in the valleys. Southwest winds will hover in the 15- to 30-mile-an-
hour range throughout the South Coast Basin ... except for some gusts peaking
at about 40 miles per hour in the Antelope Valley.

**Load-Date:** June 10, 2017

End of Document

# EXHIBIT 36

# *Immigrant Activist*

El Paso Times (Texas)

June 9, 2017 Friday

Copyright 2017 El Paso Times, a MediaNews Group Newspaper All Rights Reserved

**Section:** NEWS

**Length:** 613 words

**Byline:** City News Service

## Body

Eds: Armando Carmona of the National Day Laborer Organizing Network can be reached at (323) 250-3018 or armando@ndlon.org

BOYLE HEIGHTS (CNS) - A Cal State Los Angeles student who was arrested by immigration authorities in what her supporters contend was retaliation for her activism following the detention of her mother for possible deportation earlier this year was ordered to be released today.

Supporters of **_Claudia_** **_Rueda_**, 22, of Boyle Heights, said an immigration judge in San Diego ordered that she be released on her own recognizance, despite arguments from federal prosecutors that she be kept in custody.

Despite her release, Rueda still faces possible deportation, but attorneys representing her are calling on federal authorities to drop the case. They contend she is eligible to apply for protection under the Deferred Action for Childhood Arrivals program, or DACA, which protects from deportation immigrants who were brought to the country illegally as young children.

``Today, the judge did what ICE (Immigration and Customs Enforcement) and the Border Patrol had unfairly refused to do and freed Claudia from detention,'' Rueda's attorney, Monika Langarica, said. ``Now, ICE must remedy Border Patrol's deeply unjust arrest of Claudia by granting prosecutorial discretion and moving to drop her deportation case. The shadow of deportation should not hang over Claudia as she continues her vital studies and activism.''

Rueda was arrested by Customs and Border Patrol agents May 19 when she

Immigrant Activist

walked outside her family's house to move a car.

CBP officials, in a statement to the Los Angeles Times, said the next

day Rueda was one of seven people detained as part of a probe into a ``cross-

border narcotics smuggling operation,'' but all were arrested for alleged

immigration violations.

Rueda's supporters, however, believe she was targeted because of her

activism. They contend her arrest was carried out in retaliation for her

criticism of CBP following the April detention of her mother, Teresa Vidal-

Jaime, 54. Vidal-Jaime was detained as part of a multi-agency drug raid at her

home that resulted in the arrest of her husband, Hugo Rueda, authorities said.

Los Angeles County Sheriff's Department officials, who took part in that

raid, said Vidal-Jaime was questioned but was not arrested as part of the

narcotics investigation. But Customs and Border Patrol agents, who were also

involved in the raid, later arrested Vidal-Jaime after determining she was in

the country illegally.

Her arrest led to a series of protests, including one accusing the

sheriff's department of colluding with federal immigration authorities --

something the sheriff's department vehemently denied, saying they had no

involvement with Vidal-Jaime's arrest.

But Rueda was outspoken in her criticism of her mother's arrest.

``Despite being told she would not be detained as long she cooperated,

my mother was apprehended during an illegally conducted raid at my apartment,''

Rueda said at the time. She said authorities ``used intimidation tactics to

enter the home,'' and her mother gave law enforcement access to her home ``out

of fear of retaliation.''

Vidal-Jamie was eventually released.

Rueda has been in the custody of ICE, which stressed it was not involved

in her arrest. It wasn't immediately clear exactly when Rueda would be

released.

According to ICE, ``Department of Homeland Security databases indicate

Immigrant Activist

Ms. Rueda currently has no legal authorization to be in the United States,"

and it will ultimately be up to a judge with the Department of Justice's

Executive Office for Immigration Review to determine if she will be deported.

Activists said Rueda has no criminal record and was brought to the

United States at age 4.

**Load-Date:** June 9, 2017

---

**End of Document**

# EXHIBIT 37

## *Immigrant Activist, 1st Ld*

El Paso Times (Texas)

June 9, 2017 Friday

Copyright 2017 El Paso Times, a MediaNews Group Newspaper All Rights Reserved

**Section:** NEWS

**Length:** 669 words

**Byline:** City News Service

# Body

Eds: UPDATES with release, quote. Armando Carmona of the National Day Laborer Organizing Network can be reached at (323) 250-3018 or

armando@ndlon.org

BOYLE HEIGHTS (CNS) - A Cal State Los Angeles student who was arrested by immigration authorities in what her supporters contend was retaliation for her activism following the detention of her mother for possible deportation earlier this year was released from custody today.

An immigration judge in San Diego on Friday morning ordered that **_Claudia Rueda_**, 22, of Boyle Heights, be released on her own recognizance, despite arguments from federal prosecutors that she be kept in custody. She was set free by early Friday afternoon.

``I just want to say thank you to everyone across the state who has been helping me and to not forget about other people that are detained, that are in my shoes, and that we need to keep fighting for everyone that's being detained in this unjust immigration system,'' Rueda said in a video statement to her supporters after she was released.

Despite her release, Rueda still faces possible deportation, but attorneys representing her are calling on federal authorities to drop the case. They contend she is eligible to apply for protection under the Deferred Action for Childhood Arrivals program, or DACA, which protects from deportation immigrants who were brought to the country illegally as young children.

Immigrant Activist, 1st Ld

``Today, the judge did what ICE (Immigration and Customs Enforcement)

and the Border Patrol had unfairly refused to do and freed Claudia from

detention,'' Rueda's attorney, Monika Langarica, said. ``Now, ICE must remedy

Border Patrol's deeply unjust arrest of Claudia by granting prosecutorial

discretion and moving to drop her deportation case. The shadow of deportation

should not hang over Claudia as she continues her vital studies and activism.''

Rueda was arrested by Customs and Border Patrol agents May 19 when she

walked outside her family's house to move a car.

CBP officials, in a statement to the Los Angeles Times, said the next

day Rueda was one of seven people detained as part of a probe into a ``cross-

border narcotics smuggling operation,'' but all were arrested for alleged

immigration violations.

Rueda's supporters, however, believe she was targeted because of her

activism. They contend her arrest was carried out in retaliation for her

criticism of CBP following the April detention of her mother, Teresa Vidal-

Jaime, 54. Vidal-Jaime was detained as part of a multi-agency drug raid at her

home that resulted in the arrest of her husband, Hugo Rueda, authorities said.

Los Angeles County Sheriff's Department officials, who took part in that

raid, said Vidal-Jaime was questioned but was not arrested as part of the

narcotics investigation. But Customs and Border Patrol agents, who were also

involved in the raid, later arrested Vidal-Jaime after determining she was in

the country illegally.

Her arrest led to a series of protests, including one accusing the

sheriff's department of colluding with federal immigration authorities --

something the sheriff's department vehemently denied, saying they had no

involvement with Vidal-Jaime's arrest.

But Rueda was outspoken in her criticism of her mother's arrest.

``Despite being told she would not be detained as long she cooperated,

my mother was apprehended during an illegally conducted raid at my apartment,''

Rueda said at the time. She said authorities ``used intimidation tactics to

**Exhibit 37, Page 190**

Immigrant Activist, 1st Ld

enter the home,'' and her mother gave law enforcement access to her home ``out

of fear of retaliation.''

Vidal-Jamie was eventually released.

Rueda had been in the custody of ICE, which stressed it was not involved

in her arrest.

According to ICE, ``Department of Homeland Security databases indicate

Ms. Rueda currently has no legal authorization to be in the United States,''

and it will ultimately be up to a judge with the Department of Justice's

Executive Office for Immigration Review to determine if she will be deported.

Activists said Rueda has no criminal record and was brought to the

United States at age 4.


**Load-Date:** June 10, 2017

---

**End of Document**

# EXHIBIT 38

## *Liberan a inmigrante mexicana arrestada en Los Ángeles*

Notimex

9 junio 2017 viernes

Copyright 2017 Notimex, S.A. de C.V. Derechos reservados

**Length:** 290 words

**Byline:** Notimex

# Body

San Diego, 9 Jun (Notimex).- ***Claudia Rueda***, una estudiante de Cal State Los Ángeles y activista proinmigrante, fue liberada hoy por orden de un juez de migración en San Diego, California, después de que fue arrestada en mayo pasado por agentes de la Patrulla Fronteriza.

El juez argumentó que la decisión de retenerla sin una fianza fue exagerada, por lo que ordenó su liberación, aunque Rueda deberá enfrentar una audiencia de deportación y portar mientras tanto un dispositivo electrónico, el cual fue rechazado por la joven mexicana de 22 años.

Rueda, quien es alumna de la carrera de Estudios Latinoamericanos de Cal State Los Ángeles, fue arrestada el 18 de mayo pasado, en Boyle Heights, al sur de Los Ángeles, cuando salió de la casa de su familia para mover su vehículo.

La joven llegó a Estados Unidos cuando tenía cuatro años de edad y aunque califica para el programa de Acción Diferida para los llegados en la Infancia (DACA) que le garantiza un permiso de trabajo y evita su deportación, no lo había solicitado.

Su arrestó provocó un enérgico rechazo, al considerar que su detención fue en represalia por su activismo en favor de los inmigrantes indocumentados además de que se había sumado a las manifestaciones para exigir la libertad de su madre, Teresa Vidal-Jaime, quien fue aprehendida en abril pasado por autoridades migratorias.

"Hoy, el juez hizo lo que ICE (Servicio de Inmigración y Control de Aduanas) y la Patrulla Fronteriza se negaron a hacer y liberó a Claudia de la detención", dijo la abogada de Rueda, Monika Langarica.

"Ahora, el ICE debe remediar el arresto injusto de Claudia, por parte de la Patrulla Fronteriza, concediendo la discreción de la fiscalía y detener el caso de deportación en su contra", aseveró.

**Load-Date:** October 13, 2017

*End of Document*

"Hoy, el juez hizo lo que ICE (Servicio de Inmigración y Control de Aduanas) y la Patrulla Fronteriza se negaron a
hacer y liberó a Claudia de la detención", dijo la abogada de Rueda, Monika Langarica.
"Ahora, el ICE debe remediar el arresto injusto de Claudia, por parte de la Patrulla Fronteriza, concediendo la
discreción de la fiscalía y detener el caso de deportación en su contra", aseveró.
Load-Date: October 13, 2017
End of Document

Mexican immigrant arrested in Los Angeles released
Notimex
June 9, 2017 Friday
Copyright 2017 Notimex, S.A. de C.V. All rights reserved
Length: 290 words
Byline: Notimex
Body
San Diego, Jun 9 (Notimex) .- Claudia Rueda, a Cal State Los Angeles student and pro-immigrant activist,
She was released today by order of a migration judge in San Diego, California, after she was arrested in
Last May by Border Patrol agents.
The judge argued that the decision to retain her without bail was exaggerated, so she ordered her release,
Although Rueda must face a deportation hearing and carry an electronic device in the meantime, the
which was rejected by the 22-year-old Mexican girl.
Rueda, who is a student at Cal State Los Angeles' Latin American Studies major, was arrested on 18
last May, in Boyle Heights, South Los Angeles, when he left his family's home to move his

**Exhibit 38, Page 194**

vehicle.

The young woman came to the United States when she was four years old and although she qualifies for the Action program Deferred for Childhood Arrivals (DACA) that guarantees you a work permit and prevents your deportation, no

I had requested it.

His arrest sparked vigorous rejection, believing that his arrest was in retaliation for his pro-activism.

of undocumented immigrants in addition to joining the protests to demand freedom

from her mother, Teresa Vidal-Jaime, who was apprehended last April by immigration authorities.

"Today, the judge did what ICE (Immigration and Customs Enforcement Service) and the Border Patrol refused to

do and released Claudia from detention, "said Rueda's lawyer, Monika Langarica.

"Now, ICE must remedy Claudia's unfair arrest by the Border Patrol, granting the

discretion of the prosecution and stop the deportation case against him, "he said.

Load-Date: October 13, 2017

End of Document

# EXHIBIT 39

## *No Headline In Original*

City News Service

June 9, 2017 Friday 8:40 PM PST

Copyright 2017 City News Service, Inc. All Rights Reserved

No City News Service material may be republished without the express written permission of the City News Service, Inc.

**Length:** 1129 words

**Dateline:** SAN DIEGO

## Body

---

An immigration judge in San Diego today ordered the release of a Cal State Los Angeles student who was arrested by federal authorities in what her supporters contend was retaliation for her activism following the detention of her mother for possible deportation earlier this year.

Following the judge's ruling, **_Claudia_ _Rueda_**, 22, of Los Angeles' Boyle Heights neighborhood, was released by early Friday afternoon.

SAN DIEGO (CNS) - A mentally ill man who fatally shot his parents in their Point Loma home the day after Thanksgiving 2014 was sentenced today to 100 years to life in state prison.

Peter Haynes, 25, pleaded guilty in March to a pair of first-degree murder charges and personal use of a firearm in the deaths of Dr. David Haynes, 62, and Lissa Haynes, 61.

SAN DIEGO (CNS) - The median price of houses and condominiums that changed hands in May in the county zoomed into record territory, with the price of a single-family home crossing the $600,000 mark for the first time, the San Diego Association of Realtors announced today.

The median price of the 2,200 or so houses that sold in May in San Diego County was $612,500, up 2.9 percent from April and 8 percent from May 2016. The number of sold listings was up 8 percent from the prior month, but down 6.1 percent from the previous year as inventory continues to be tight, according to SDAR data.

LA JOLLA (CNS) - UC San Diego students took a break from finals today to enjoy a whimsical end-of-the-school year tradition, the drop of a watermelon from the top of a classroom building to see how far it splatters.

The event started in 1965 when physics professor Bob Swanson asked on an exam what would be the terminal velocity of a watermelon dropped from the seventh floor of Urey Hall at Revelle College and how far would it splatter? In their first test, the melon was traveling at 112 miles per hour when it hit the ground, and pieces of it spread out 91 feet.

SAN DIEGO (CNS) - Low-income Hispanic Type 2 diabetes patients who received health-related text messages every day for six months saw improvements in their blood sugar levels that equaled those resulting from some glucose-lowering medications, Scripps Health reported today.

The clinical trial by researchers with the Scripps Whittier Diabetes Institute represents the first study to look at the use of text messages to help Hispanics manage the condition on their own, by controlling their glucose intake.

SAN DIEGO (CNS) - Mayor Kevin Faulconer today restored $5 million in funding for a potential November special election into San Diego's budget for the upcoming fiscal year.

No Headline In Original

The $3.6 billion spending plan was approved Monday night by the City Council, after it redirected the election money into other areas.

SAN DIEGO (CNS) - San Diego Gas & Electric announced today that thousands of electric vehicle drivers in the region will receive credits in their residential bill over the next two months.

Around 6,900 EV owners or lessees in the SDG&E service territory enrolled in the Electric Vehicle Climate Credit Program by the May 31 deadline and qualified for the $200 bill credit. The program is part of a statewide greenhouse gas reduction effort administered by the California Air Resources Board.

SAN DIEGO (CNS) - Two people charged in a northern San Diego home-invasion series in which residents were robbed at gunpoint, tied up and sexually assaulted pleaded guilty today to conspiracy, robbery and burglary counts.

Robin Shawver, 22, and Jordan Hollywood Wilson, 19, will be sentenced July 21 by Superior Court Judge Joan Weber.

EL CAJON (CNS) - A fire of unknown origin scorched about 10 open acres alongside Interstate 8 near the Granite Hills neighborhood today, briefly threatening a commercial development but causing no structural damage or injuries.

The blaze erupted next to the eastbound lanes of the freeway near Greenfield Drive in El Cajon about 4 p.m., according to Cal Fire.

SAN DIEGO (CNS) - San Diego police today sought a man who stole speakers from a cellphone store in San Ysidro and threatened an employee with a piece of PVC pipe.

The robber had attempted to buy a phone from Cricket Wireless on East San Ysidro Boulevard shortly before 7:30 p.m. Thursday, but his credit card was declined. He then told the employee he was "just going to take some speakers" and put them in his bag, according to San Diego police Officer Robert Heims.

SAN DIEGO (CNS) - The average price of a gallon of self-serve regular gasoline in San Diego County dropped today for the seventh consecutive day, decreasing a half-cent to $3.013.

The average price has dropped 2.4 cents over the past seven days, including four-tenths of a cent on Thursday, according to figures from the AAA and Oil Price Information Service. However, the average price is 2.9 cents more than one month ago, 15.8 cents higher than one year ago and 20.8 cents above what it was on Jan. 1.

SAN DIEGO (CNS) - A clothing drive was scheduled today in San Diego to collect items for the yearly Stand Down for Homeless Veterans.

Veterans Village of San Diego will accept new and gently used clothing from 6 a.m. to 2 p.m. at its facility at 4141 Pacific Highway.

SAN DIEGO (CNS) - A 31-year-old man who fought with a driver while attempting to carjack an SUV near Westfield Horton Plaza was behind bars today, police said.

Sean Michael McNally allegedly pushed past the owner of a black Chevrolet Suburban stopped along Broadway near First Avenue around 10:15 p.m. Thursday and tried to hop in, but a struggle ensued. Both men ended up in the driver's seat and apparently knocked the SUV into gear, according to San Diego police Officer Robert Heims.

SAN DIEGO (CNS) - Authorities released the name today of a Valley Center man slain in a rural neighborhood near the Rincon Indian Reservation.

Deputies responding to an emergency call about 5 a.m. Thursday found Christopher Lyons, 30, gravely injured and not breathing at a home in the 15400 block of Villa Sierra Road in Valley Center, according to sheriff's officials.

No Headline In Original

SAN DIEGO (CNS) - A 26-year-old woman suffered serious injuries when she crashed her car into a pole in Bay Park today while allegedly under the influence of alcohol.

The woman apparently lost control of her 2009 Nissan Altima on eastbound Sea World Drive near Interstate 5, which then veered into the median and hit the pole shortly before 3 a.m., San Diego police Officer Tony Martinez said.

SAN DIEGO (CNS) - A boat that may have been used to smuggle drugs or people into the United States washed up empty this morning in Ocean Beach, police said.

A passerby spotted the roughly 20- to 25-foot vessel on the rocks near the Ocean Beach Pier at the terminus of Niagara Street shortly after 5:30 a.m., according to San Diego police Officer Joshua Hodge. No one was aboard.

**Load-Date:** June 10, 2017

---

**End of Document**

# EXHIBIT 40

### *No Headline In Original*

City News Service

June 9, 2017 Friday 9:27 PM PST

Copyright 2017 City News Service, Inc. All Rights Reserved

No City News Service material may be republished without the express written permission of the City News Service, Inc.

**Length:** 2031 words

**Dateline:** PANORAMA CITY

## Body

A man driving a van was shot and killed early today in an apparent gang-related shooting and crash in Panorama City that also left two passengers critically injured.

The van crashed about 2 a.m. in the 14700 block of Plummer Street, Los Angeles Police Department Officer Aareon Jefferson said. The vehicle had been struck by at least seven bullets, according to police, who are unsure if the shots were fired from another vehicle or by someone standing near the van as it passed by.

LOS ANGELES (CNS) - The executive board of the International Olympic Committee decided today to announce which cities will host the Olympic and Paralympic games in both 2024 and 2028 -- not just the 2024 host.

The only two contenders for the 2024 games are Los Angeles and Paris, with Paris regarded as the favorite.

MONTEBELLO (CNS) - A Riverside County man was killed today when a truck that was towing his big rig ran over him as he was examining the underside of his vehicle at the side of a freeway in Montebello, authorities said.

The accident occurred about 1 a.m. on the side of the westbound Pomona (60) Freeway, east of Findlay Avenue, according to the California Highway Patrol.

LOS ANGELES (CNS) - Roman Polanski's then-teenage victim from his 1977 unlawful sexual intercourse case made a rare appearance in a Los Angeles courtroom today and asked that the drawn-out criminal case against the fugitive Oscar-winning director come to an end.

"... I would implore you to consider taking action which can finally bring this matter to a close as an act of mercy to myself and my family," Samantha Geimer told Los Angeles Superior Court Judge Scott M. Gordon.

BOYLE HEIGHTS (CNS) - A Cal State Los Angeles student who was arrested by immigration authorities in what her supporters contend was retaliation for her activism following the detention of her mother for possible deportation earlier this year was released from custody today.

An immigration judge in San Diego on Friday morning ordered that **_Claudia_ _Rueda_**, 22, of Boyle Heights, be released on her own recognizance, despite arguments from federal prosecutors that she be kept in custody. She was set free by early Friday afternoon.

SANTA ANA (CNS) - A man who allegedly posed online as a modeling agent to set up a face-to-face meeting with a woman, then told her he was an undercover officer before kidnapping her and forcing her to perform a sex act, pleaded not guilty today.

Sean Michael Vasquez, 35, is charged with kidnapping to commit a sex offense, forcible oral copulation, false imprisonment and assault with intent to commit a sex offense, all felonies. He is also charged with a misdemeanor

No Headline In Original

count of impersonating a police officer and faces a sentence-enhancing allegation of kidnapping resulting in substantial increase in harm to the victim.

COMPTON (CNS) - The Board of Governors of California Community Colleges announced today that the accreditation of Compton College has been restored.

The Accrediting Commission for Community and Junior Colleges granted initial accreditation status to Compton College on Wednesday, according to a statement released in Sacramento.

ANAHEIM (CNS) - A fire gutted a chemical company in an Anaheim industrial area today, leaving two firefighters with injuries that were not believed to be life-threatening, and a female employee with an ankle injury.

The fire broke out about 3:30 p.m. at the American Chemical & Sanitary Supply building in the 3800 block of East Miraloma Avenue. The Anaheim Fire Department quickly upgraded its response to the sprawling complex as the blaze sent a thick plume of black smoke into the sky.

SANTA ANA (CNS) - A woman was shot and wounded early today at a motel in Santa Ana, police said.

The gunfire was reported around 1 a.m. in the 2100 block of East First Street, said Santa Ana police Cmdr. Matt Brown, adding that the woman suffered a gunshot wound to the upper body and was taken to a hospital in stable condition. The woman was refusing to cooperate with police, he added.

SOUTH PASADENA (CNS) - Investigators plan to return tomorrow to the Lake Cachuma area in Santa Barbara County to search for evidence related to the disappearance of a 5-year-old South Pasadena boy who was been missing since April.

Aramazd Andressian Jr. last was seen the evening of April 20 at Disneyland in the custody of his father, Aramazd Andressian Sr., who was found unconscious at Arroyo Seco Park two days later and was unable to account for his son's whereabouts.

WEST HOLLYWOOD (CNS) - The 47th annual three-day LA Pride Festival will begin tonight in West Hollywood with the annual Dyke Rally & March, followed by a weekend-long festival highlighted by a "Resist" march beginning in Hollywood's tourism district.

The Dyke March will begin at the Sal Guarriello Veterans' Memorial, where a DJ will spin tunes beginning at 6 p.m. and participants will be able to make signs and pins. A speakers program will begin at 7 p.m., featuring county Supervisor Sheila Kuehl, members of the West Hollywood City Council and officials from Black Lives Matter, Planned Parenthood and other groups.

LOS ANGELES (CNS) - A judge pro tem today issued a temporary restraining order against a man who stalked and broke into the West Los Angeles residence of Oscar-winning actress Sandra Bullock while she was at home.

Los Angeles Superior Court Judge Pro Tem David Johanson directed 42-year-old Joshua James Corbett to stay at least 200 yards away from Bullock, her home and her workplace. Johanson granted similar protection to Bullock's two minor children; her sister, Gesnine Bullock-Prado; and several of the actress' household employees.

VAN NUYS (CNS) - A Sherman Oaks restaurateur accused of hiding a small video camera in the women's restroom of the eatery pleaded not guilty today to misdemeanor invasion of privacy and other charges.

Bahram Javaherian, 65, who co-owns Cucina Bene in the 4500 block of Sepulveda Boulevard, is charged with one count of invasion of privacy by using a device to view the interior of a bathroom and 11 counts of unlawfully filming persons in a partial state of undress in a bathroom, according to the Los Angeles City Attorney's Office.

LOS ANGELES (CNS) - The Los Angeles Dodgers held their fifth annual LGBT Night today, including hosting the official 2017 LA Pride kickoff party at Dodger Stadium for the first time.

No Headline In Original

A fireworks show set to music by George Figares and DJ Blacklow is scheduled to follow the game.

LOS ANGELES (CNS) - Mayor Eric Garcetti today unveiled what's being billed as the nation's largest EV car sharing program for disadvantaged communities, which will serve portions of Westlake, Pico Union, Koreatown, Echo Park and downtown Los Angeles.

"We have to put sustainability at the center of everything we do in Los Angeles -- and putting more drivers in electric vehicles is a good way to clean our air," Garcetti said. "The BlueLA EV car share program puts California's cap and trade dollars to work to not only help meet the Paris climate agreement goals to reduce greenhouse gas emissions and advance the EV goals in my Sustainable City pLAn, (but) it brings new transportation options to neighborhoods that need them."

COMPTON (CNS) - An alleged gang member suspected in a Compton shooting that wounded a 4-year-old boy Wednesday was charged today with eight felony counts, according to the Los Angeles County District Attorney's Office.

Luis Julian Beltran Perez, 22, pleaded not guilty to five counts of attempted murder and three counts of shooting at an occupied motor vehicle in connection with a shooting in Compton in which the boy was hit by stray gunfire as he was in a passing car.

WILMINGTON (CNS) - Authorities today identified a man -- who may have been in possession of what police said was a "toy gun" -- killed in an officer-involved shooting in Wilmington.

The shooting occurred about 8:50 p.m. Tuesday at Wilmington Boulevard and Pacific Coast Highway, according to the Los Angeles Police Department.

LOS ANGELES (CNS) - A motion directing the Department of Sanitation to provide a feasibility study on banning polystyrene containers in Los Angeles was introduced today by two City Council members.

The study could lead to Los Angeles to banning the use of polystyrene. There are 108 California cities that banned or regulated polystyrene.

LOS ANGELES (CNS) - Digital filmmakers will receive a boost in an initiative to cut two-thirds of film-permitting costs for small and digital-first productions, Los Angeles Mayor Eric Garcetti said today.

"Los Angeles has always been home to pioneers of the entertainment industry, and we should take down barriers to the kind of creative, future-minded innovation that small digital filmmakers represent," Garcetti said. "The Digital Makers Initiative will help us make sure that L.A. -- with all of our beautiful scenery, iconic landmarks, and unmatched production resources -- remains accessible to them."

LOS ANGELES (CNS) - The average price of a gallon of self-serve regular gasoline in Los Angeles County dropped today for the seventh consecutive day, decreasing eight-tenths of a cent to $3.04.

The average price has dropped 3.1 cents over the past seven days, including a half-cent on Thursday, according to figures from the AAA and Oil Price Information Service. However, the average price is 3.3 cents more than one month ago, 16.1 cents higher than one year ago and 22.2 cents above what it was on Jan. 1.

LOS ANGELES (CNS) - A large sinkhole has closed a section of Angeles Crest Highway in the Angeles National Forest until repairs can be made, authorities said today.

The sinkhole, on the eastbound lane west of the Grassy Hollow Visitors Center, is about 10 feet deep and may encroach into the westbound lane of the highway, also known as State Route 2, Caltrans said.

LOS ANGELES (CNS) - Los Angeles Deputy Mayor for Economic Development Raymond Chan is retiring after 33 years of working for the city, Mayor Eric Garcetti announced today.

No Headline In Original

Chan will be replaced by Senior Director for Economic Development William Chun.

LOS ANGELES (CNS) - BCBG Max Azria Group announced today that the Brentwood-based clothing manufacturer and some of its affiliates have agreed on a Chapter 11 restructuring plan that sells most of their assets to Marquee Brands LLC and Global Brands Group Holding Limited.

The pending arrangement with Marquee and Global Brands is expected to gain quick approval by the Southern District of New York's U.S. Bankruptcy Court, where the Chapter 11 was filed in February, according to BCBG.

LOS ANGELES (CNS) - Metrolink was to test new diesel locomotives equipped with technology that can reduce emissions by up to 85 percent, the agency announced today.

The testing of the "Tier 4" locomotives began earlier this week and will be conducted system-wide in various Southland communities for up to three months, Metrolink reported.

WILMINGTON (CNS) - Authorities today identified a pedestrian fatally injured when a truck hit him on a Wilmington sidewalk as 64-year-old Javier Gonzalez-Heredia of Wilmington.

The accident occurred about 3:15 p.m. Thursday in the area of East E Street and Fries Avenue, according to the Los Angeles Police Department's South Traffic Division.

SAUGUS (CNS) - A report today of a possible burglar inside a home in Saugus prompted sheriff's deputies to surround the residence.

A witness reported just after 1 p.m. that someone, possibly a burglar, was inside a home on Grovepark Drive, according to the sheriff's department.

CULVER CITY (CNS) - An overturned box truck prompted closure today of the transition ramp from the eastbound Marina (90) Freeway to the northbound San Diego (405) Freeway in Culver City.

The crash was reported about 1:10 p.m., and crews were sent to clean up debris that spilled onto the roadway and remove the disabled vehicle, according to the California Highway Patrol.

TUJUNGA (CNS) - Authorities today identified a motorcyclist killed in a crash involving another vehicle on Angeles Crest Highway in the Tujunga area as 26-year-old Charles Tseng of San Marino.

The crash was reported about 7:10 p.m. Thursday near mile marker 32.50, south of Angeles Forest Highway, California Highway Patrol Officer Alex Rubio said.

**Load-Date:** June 10, 2017

End of Document

# EXHIBIT 41

### *Roundup*

El Paso Times (Texas)

June 9, 2017 Friday

Copyright 2017 El Paso Times, a MediaNews Group Newspaper All Rights Reserved

**Section:** NEWS

**Length:** 2063 words

**Byline:** City News Service

## Body

(Eds: Following are brief summaries of some top Los Angeles and Orange County stories that CNS has carried since midnight.)

******

PANORAMA CITY (CNS) - A man driving a van was shot and killed early today in an apparent gang-related shooting and crash in Panorama City that also left two passengers critically injured.

The van crashed about 2 a.m. in the 14700 block of Plummer Street, Los Angeles Police Department Officer Aareon Jefferson said. The vehicle had been struck by at least seven bullets, according to police, who are unsure if the shots were fired from another vehicle or by someone standing near the van as it passed by.

******

LOS ANGELES (CNS) - The executive board of the International Olympic Committee decided today to announce which cities will host the Olympic and Paralympic games in both 2024 and 2028 -- not just the 2024 host.

The only two contenders for the 2024 games are Los Angeles and Paris, with Paris regarded as the favorite.

******

MONTEBELLO (CNS) - A Riverside County man was killed today when a truck that was towing his big rig ran over him as he was examining the underside of his vehicle at the side of a freeway in Montebello, authorities said.

**Exhibit 41, Page 206**

Roundup

The accident occurred about 1 a.m. on the side of the westbound Pomona

(60) Freeway, east of Findlay Avenue, according to the California Highway

Patrol.

******

LOS ANGELES (CNS) - Roman Polanski's then-teenage victim from his 1977

unlawful sexual intercourse case made a rare appearance in a Los Angeles

courtroom today and asked that the drawn-out criminal case against the fugitive

Oscar-winning director come to an end.

``... I would implore you to consider taking action which can finally

bring this matter to a close as an act of mercy to myself and my family,''

Samantha Geimer told Los Angeles Superior Court Judge Scott M. Gordon.

******

BOYLE HEIGHTS (CNS) - A Cal State Los Angeles student who was arrested

by immigration authorities in what her supporters contend was retaliation for

her activism following the detention of her mother for possible deportation

earlier this year was released from custody today.

An immigration judge in San Diego on Friday morning ordered that ***Claudia***

***Rueda***, 22, of Boyle Heights, be released on her own recognizance, despite

arguments from federal prosecutors that she be kept in custody. She was set

free by early Friday afternoon.

******

SANTA ANA (CNS) - A man who allegedly posed online as a modeling agent

to set up a face-to-face meeting with a woman, then told her he was an

undercover officer before kidnapping her and forcing her to perform a sex act,

pleaded not guilty today.

Sean Michael Vasquez, 35, is charged with kidnapping to commit a sex

offense, forcible oral copulation, false imprisonment and assault with intent

to commit a sex offense, all felonies. He is also charged with a misdemeanor

count of impersonating a police officer and faces a sentence-enhancing

allegation of kidnapping resulting in substantial increase in harm to the

Roundup

victim.

******

COMPTON (CNS) - The Board of Governors of California Community Colleges

announced today that the accreditation of Compton College has been restored.

The Accrediting Commission for Community and Junior Colleges granted

initial accreditation status to Compton College on Wednesday, according to a

statement released in Sacramento.

******

ANAHEIM (CNS) - A fire gutted a chemical company in an Anaheim

industrial area today, leaving two firefighters with injuries that were not

believed to be life-threatening, and a female employee with an ankle injury.

The fire broke out about 3:30 p.m. at the American Chemical & Sanitary

Supply building in the 3800 block of East Miraloma Avenue. The Anaheim Fire

Department quickly upgraded its response to the sprawling complex as the blaze

sent a thick plume of black smoke into the sky.

******

SANTA ANA (CNS) - A woman was shot and wounded early today at a motel in

Santa Ana, police said.

The gunfire was reported around 1 a.m. in the 2100 block of East First

Street, said Santa Ana police Cmdr. Matt Brown, adding that the woman suffered

a gunshot wound to the upper body and was taken to a hospital in stable

condition. The woman was refusing to cooperate with police, he added.

******

SOUTH PASADENA (CNS) - Investigators plan to return tomorrow to the Lake

Cachuma area in Santa Barbara County to search for evidence related to the

disappearance of a 5-year-old South Pasadena boy who was been missing since

April.

Aramazd Andressian Jr. last was seen the evening of April 20 at

Disneyland in the custody of his father, Aramazd Andressian Sr., who was found

unconscious at Arroyo Seco Park two days later and was unable to account for

Roundup

his son's whereabouts.

******

WEST HOLLYWOOD (CNS) - The 47th annual three-day LA Pride Festival will begin tonight in West Hollywood with the annual Dyke Rally & March, followed by a weekend-long festival highlighted by a ``Resist'' march beginning in Hollywood's tourism district.

The Dyke March will begin at the Sal Guarriello Veterans' Memorial, where a DJ will spin tunes beginning at 6 p.m. and participants will be able to make signs and pins. A speakers program will begin at 7 p.m., featuring county Supervisor Sheila Kuehl, members of the West Hollywood City Council and officials from Black Lives Matter, Planned Parenthood and other groups.

******

LOS ANGELES (CNS) - A judge pro tem today issued a temporary restraining order against a man who stalked and broke into the West Los Angeles residence of Oscar-winning actress Sandra Bullock while she was at home.

Los Angeles Superior Court Judge Pro Tem David Johanson directed 42-year-old Joshua James Corbett to stay at least 200 yards away from Bullock, her home and her workplace. Johanson granted similar protection to Bullock's two minor children; her sister, Gesnine Bullock-Prado; and several of the actress' household employees.

******

VAN NUYS (CNS) - A Sherman Oaks restaurateur accused of hiding a small video camera in the women's restroom of the eatery pleaded not guilty today to misdemeanor invasion of privacy and other charges.

Bahram Javaherian, 65, who co-owns Cucina Bene in the 4500 block of Sepulveda Boulevard, is charged with one count of invasion of privacy by using a device to view the interior of a bathroom and 11 counts of unlawfully filming persons in a partial state of undress in a bathroom, according to the Los Angeles City Attorney's Office.

******

Roundup

LOS ANGELES (CNS) - The Los Angeles Dodgers held their fifth annual LGBT

Night today, including hosting the official 2017 LA Pride kickoff party at

Dodger Stadium for the first time.

A fireworks show set to music by George Figares and DJ Blacklow is

scheduled to follow the game.

******

LOS ANGELES (CNS) - Mayor Eric Garcetti today unveiled what's being

billed as the nation's largest EV car sharing program for disadvantaged

communities, which will serve portions of Westlake, Pico Union, Koreatown, Echo

Park and downtown Los Angeles.

``We have to put sustainability at the center of everything we do in Los

Angeles -- and putting more drivers in electric vehicles is a good way to

clean our air,'' Garcetti said. ``The BlueLA EV car share program puts

California's cap and trade dollars to work to not only help meet the Paris

climate agreement goals to reduce greenhouse gas emissions and advance the EV

goals in my Sustainable City pLAn, (but) it brings new transportation options

to neighborhoods that need them.''

******

COMPTON (CNS) - An alleged gang member suspected in a Compton shooting

that wounded a 4-year-old boy Wednesday was charged today with eight felony

counts, according to the Los Angeles County District Attorney's Office.

Luis Julian Beltran Perez, 22, pleaded not guilty to five counts of

attempted murder and three counts of shooting at an occupied motor vehicle in

connection with a shooting in Compton in which the boy was hit by stray gunfire

as he was in a passing car.

******

WILMINGTON (CNS) - Authorities today identified a man -- who may have

been in possession of what police said was a ``toy gun'' -- killed in an

officer-involved shooting in Wilmington.

The shooting occurred about 8:50 p.m. Tuesday at Wilmington Boulevard

**Exhibit 41, Page 210**

and Pacific Coast Highway, according to the Los Angeles Police Department.

******

LOS ANGELES (CNS) - A motion directing the Department of Sanitation to

provide a feasibility study on banning polystyrene containers in Los Angeles

was introduced today by two City Council members.

The study could lead to Los Angeles to banning the use of polystyrene.

There are 108 California cities that banned or regulated polystyrene.

******

LOS ANGELES (CNS) - Digital filmmakers will receive a boost in an

initiative to cut two-thirds of film-permitting costs for small and digital-

first productions, Los Angeles Mayor Eric Garcetti said today.

``Los Angeles has always been home to pioneers of the entertainment

industry, and we should take down barriers to the kind of creative, future-

minded innovation that small digital filmmakers represent,'' Garcetti said.

``The Digital Makers Initiative will help us make sure that L.A. -- with all of

our beautiful scenery, iconic landmarks, and unmatched production resources --

remains accessible to them.''

******

LOS ANGELES (CNS) - The average price of a gallon of self-serve regular

gasoline in Los Angeles County dropped today for the seventh consecutive day,

decreasing eight-tenths of a cent to $3.04.

The average price has dropped 3.1 cents over the past seven days,

including a half-cent on Thursday, according to figures from the AAA and Oil

Price Information Service. However, the average price is 3.3 cents more than

one month ago, 16.1 cents higher than one year ago and 22.2 cents above what it

was on Jan. 1.

******

LOS ANGELES (CNS) - A large sinkhole has closed a section of Angeles

Crest Highway in the Angeles National Forest until repairs can be made,

authorities said today.

**Exhibit 41, Page 211**

Roundup

The sinkhole, on the eastbound lane west of the Grassy Hollow Visitors

Center, is about 10 feet deep and may encroach into the westbound lane of the

highway, also known as State Route 2, Caltrans said.

******

LOS ANGELES (CNS) - Los Angeles Deputy Mayor for Economic Development

Raymond Chan is retiring after 33 years of working for the city, Mayor Eric

Garcetti announced today.

Chan will be replaced by Senior Director for Economic Development

William Chun.

******

LOS ANGELES (CNS) - BCBG Max Azria Group announced today that the

Brentwood-based clothing manufacturer and some of its affiliates have agreed on

a Chapter 11 restructuring plan that sells most of their assets to Marquee

Brands LLC and Global Brands Group Holding Limited.

The pending arrangement with Marquee and Global Brands is expected to

gain quick approval by the Southern District of New York's U.S. Bankruptcy

Court, where the Chapter 11 was filed in February, according to BCBG.

******

LOS ANGELES (CNS) - Metrolink was to test new diesel locomotives

equipped with technology that can reduce emissions by up to 85 percent, the

agency announced today.

The testing of the ``Tier 4'' locomotives began earlier this week and

will be conducted system-wide in various Southland communities for up to three

months, Metrolink reported.

******

WILMINGTON (CNS) - Authorities today identified a pedestrian fatally

injured when a truck hit him on a Wilmington sidewalk as 64-year-old Javier

Gonzalez-Heredia of Wilmington.

The accident occurred about 3:15 p.m. Thursday in the area of East E

Street and Fries Avenue, according to the Los Angeles Police Department's South

**Exhibit 41, Page 212**

Roundup

Traffic Division.

\*\*\*\*\*\*

SAUGUS (CNS) - A report today of a possible burglar inside a home in

Saugus prompted sheriff's deputies to surround the residence.

A witness reported just after 1 p.m. that someone, possibly a burglar,

was inside a home on Grovepark Drive, according to the sheriff's department.

\*\*\*\*\*\*

CULVER CITY (CNS) - An overturned box truck prompted closure today of

the transition ramp from the eastbound Marina (90) Freeway to the northbound

San Diego (405) Freeway in Culver City.

The crash was reported about 1:10 p.m., and crews were sent to clean up

debris that spilled onto the roadway and remove the disabled vehicle, according

to the California Highway Patrol.

\*\*\*\*\*\*

TUJUNGA (CNS) - Authorities today identified a motorcyclist killed in a

crash involving another vehicle on Angeles Crest Highway in the Tujunga area as

26-year-old Charles Tseng of San Marino.

The crash was reported about 7:10 p.m. Thursday near mile marker 32.50,

south of Angeles Forest Highway, California Highway Patrol Officer Alex Rubio

said.

**Load-Date:** June 10, 2017

---

**End of Document**

# EXHIBIT 42

## *Immigration judge frees Mexican activist US trying to deport*

The Today File

June 10, 2017 Saturday 1:12 AM EST

Copyright 2017 Newstex LLC All Rights Reserved

**Length:** 550 words

**Byline:** ELLIOT SPAGAT

# Body

Jun 09, 2017( The Today File: *http://blogs.seattletimes.com/today/* Delivered by Newstex)  SAN DIEGO (AP) — A Mexican woman was released from custody Friday while the U.S. government seeks to deport her after a judge rejected arguments she should wear a monitoring device because she was arrested twice while demonstrating in support of people in the country illegally. **_Claudia_ _Rueda_**, 22, plans to apply for Deferred Action for Childhood Arrivals, a program started in 2012 under President Barack Obama that shields immigrants who came to the U.S. as young children from being deported.

Her case has drawn attention because she has no criminal record and is an immigration activist.The immigration judge, Annie S. Garcy, said holding Rueda without bond was 'unduly severe' and allowed her to be released on her own recognizance. She noted Ruedas' academic and other achievements and was incredulous when a government attorney asked that Rueda be required to wear a monitoring device. 'Wow, an ankle bracelet? Really?' said Garcy, who is on temporary assignment from Newark, New Jersey, under an administration effort to give higher priority to cases along the U.S. border with Mexico. Most Read Stories Unlimited Digital Access. $1 for 4 weeks.[1]The government attorney, Matthew Hanson, responded that Rueda was arrested twice, once for trespassing and once for disorderly conduct. Her attorney, Monika Langarica, said those arrests occurred during peaceful demonstrations to support people in the country illegally. She was charged in only one case and it was dismissed. Rueda, a student at California State University, Los Angeles, was arrested on immigration charges May 18 outside a relative's Los Angeles home in connection with what the U.S. Border Patrol said was a drug smuggling investigation.Her mother, Teresa Vidal-Jaime, was arrested on immigration violations in April in connection with the same investigation and later released from custody. Neither Rueda nor her mother was arrested on drug charges. U.S. Immigration and Customs Enforcement said it would comply with the order to release Rueda and will consider any additional requests by her attorney. Langarica submitted legal arguments in support of Rueda that included letters from Los Angeles Mayor Eric Garcetti and U.S. Rep. Karen Bass, a Los Angeles Democrat.President Donald Trump has upheld Deferred Action for Childhood Arrivals while expanding the scope of immigrants subject to deportation beyond people with criminal convictions.During Trump's first 100 days in office, Immigration and Customs Enforcement said it arrested more than 41,000 people on immigration charges, an increase of nearly 40 percent from the same period a year earlier. Nearly 75 percent had criminal convictions.Rueda did not apply for the Obama-era program to shield young immigrants from deportation because she could not afford $465 application fee, Langarica said. A scholarship fund has since agreed to pay the fee, which is now $495. The hearing was held under tight security at a privately-run detention facility in San Diego, where Rueda has been held.A band played Mexican-style ranchera and dance music outside the detention center for a small crowd of supporters. [ 1]: *http://www.seattletimes.com/subscribe/signup-offers/?subsource=promo*

**Load-Date:** June 10, 2017

---

End of Document

# EXHIBIT 43

## *Immigration judge frees Mexican activist US trying to deport*

Associated Press State & Local

June 10, 2017 Saturday 1:17 AM GMT

Copyright 2017 Associated Press All Rights Reserved

**Section:** STATE AND REGIONAL

**Length:** 511 words

**Byline:** By ELLIOT SPAGAT, Associated Press

**Dateline:** SAN DIEGO

# Body

SAN DIEGO (AP) - A Mexican woman was released from custody Friday while the U.S. government seeks to deport her after a judge rejected arguments she should wear a monitoring device because she was arrested twice while demonstrating in support of people in the country illegally.

_Claudia **Rueda**_, 22, plans to apply for Deferred Action for Childhood Arrivals, a program started in 2012 under President Barack Obama that shields immigrants who came to the U.S. as young children from being deported. Her case has drawn attention because she has no criminal record and is an immigration activist.

The immigration judge, Annie S. Garcy, said holding Rueda without bond was "unduly severe" and allowed her to be released on her own recognizance. She noted Ruedas' academic and other achievements and was incredulous when a government attorney asked that Rueda be required to wear a monitoring device.

"Wow, an ankle bracelet? Really?" said Garcy, who is on temporary assignment from Newark, New Jersey, under an administration effort to give higher priority to cases along the U.S. border with Mexico.

The government attorney, Matthew Hanson, responded that Rueda was arrested twice, once for trespassing and once for disorderly conduct.

Her attorney, Monika Langarica, said those arrests occurred during peaceful demonstrations to support people in the country illegally. She was charged in only one case and it was dismissed.

Rueda, a student at California State University, Los Angeles, was arrested on immigration charges May 18 outside a relative's Los Angeles home in connection with what the U.S. Border Patrol said was a drug smuggling investigation.

Her mother, Teresa Vidal-Jaime, was arrested on immigration violations in April in connection with the same investigation and later released from custody. Neither Rueda nor her mother was arrested on drug charges.

U.S. Immigration and Customs Enforcement said it would comply with the order to release Rueda and will consider any additional requests by her attorney.

Langarica submitted legal arguments in support of Rueda that included letters from Los Angeles Mayor Eric Garcetti and U.S. Rep. Karen Bass, a Los Angeles Democrat.

President Donald Trump has upheld Deferred Action for Childhood Arrivals while expanding the scope of immigrants subject to deportation beyond people with criminal convictions.

Immigration judge frees Mexican activist US trying to deport

During Trump's first 100 days in office, Immigration and Customs Enforcement said it arrested more than 41,000 people on immigration charges, an increase of nearly 40 percent from the same period a year earlier. Nearly 75 percent had criminal convictions.

Rueda did not apply for the Obama-era program to shield young immigrants from deportation because she could not afford $465 application fee, Langarica said. A scholarship fund has since agreed to pay the fee, which is now $495.

The hearing was held under tight security at a privately-run detention facility in San Diego, where Rueda has been held.

A band played Mexican-style ranchera and dance music outside the detention center for a small crowd of supporters.

**Load-Date:** June 10, 2017

---

*End of Document*

# EXHIBIT 44

### *Student activist released by judge; Immigrant-rights advocate held since May had protested her mother's arrest.*

Los Angeles Times

June 10, 2017 Saturday, Home Edition

Copyright 2017 Los Angeles Times All Rights Reserved

**Section:** CALIFORNIA; Metro Desk; Part B; Pg. 1

**Length:** 629 words

**Byline:** Sarah Parvini

# Body

A 22-year-old immigration activist and Cal State Los Angeles student detained by Border Patrol agents last month was released from custody Friday.

***Claudia Rueda*** walked out of the Otay Mesa Detention Center near San Diego after a federal judge ordered her freed on her own recognizance pending further review of her immigration case. She had been in custody since her arrest.

"I just want to say thank you to everyone across the state that has been helping me -- and to not forget about other people that are detained, that are in my shoes, and that we need to keep fighting for everyone that's being detained in this unjust immigration system," Rueda said in a video statement Friday.

Rueda had been moving her family's car outside their Boyle Heights home in May when she was detained and taken to the Otay Mesa facility. Her arrest sparked claims that she was targeted in retaliation for protesting the arrest of her mother, Teresa Vidal-Jaime, who had been swept up by federal agents during a massive cocaine bust in April.

"Today, the judge did what ICE and the Border Patrol had unfairly refused to do and freed Claudia from detention," said Monika Langarica, Rueda's attorney.

Rueda is in the country illegally but is eligible for so-called Dreamer status because she was brought to the U.S. as a minor.

Although U.S. Immigration and Customs Enforcement was not involved in Rueda's initial arrest, the judge in her case said the agency's decision to hold her without bond was "unduly severe," according to a news release from activists advocating for her release.

In response, ICE said it would comply with the decision to release Rueda on her own recognizance while her case undergoes further review by the immigration courts.

"Meanwhile, per agency policy, ICE will review any requests submitted by Ms. Rueda's legal representatives related to her case," the agency said in a statement. "However, given that Ms. Rueda's case is now before the immigration courts, [the Executive Office for Immigration Review] has the primary jurisdiction in the matter."

At the time of her arrest, Border Patrol officials said Rueda was one of seven people detained as part of an investigation into "a cross-border narcotics smuggling operation." All seven, however, were arrested on suspicion of immigration violations, not drug offenses, according to a Border Patrol statement.

Student activist released by judge; Immigrant-rights advocate held since May had protested her mother's
arrest.

Rueda had violated the terms of her visa, the statement said. The others arrested were not named and identified
only as five Mexican nationals and one Guatemalan national.

The statement also described Vidal-Jaime as "connected" to the drug trafficking organization, though a spokesman
for the L.A. County Sheriff's Department, which was involved in the April arrests, previously told The Times that the
woman was not a subject of the narcotics investigation.

Rueda is focusing on Latin American studies at Cal State L.A. and has lived in the U.S. most of her life, friends said.

"Claudia's detention deeply concerned our campus community. We are very pleased that the judge has ordered her
release and look forward to her resuming her studies at Cal State L.A.," the university's president, William A.
Covino, said in a statement.

Langarica said Rueda is eligible for protection under the Deferred Action for Childhood Arrivals program, or DACA,
but had not been able to cobble together the money for her application.

She and Rueda were working on the application Friday, Langarica said, adding that she hoped ICE officials would
exercise their authority to terminate the proceedings against her client.

"The shadow of deportation should not hang over Claudia as she continues her vital studies and activism,"
Langarica said.

--

sarah.parvini@latimes.com

Twitter: @sarahparvini

Times staff writer Kim Christensen contributed.

## Graphic

PHOTO: **_CLAUDIA_** **_RUEDA_**, fourth from right in black jacket, and her attorney Monika Langarica, white shirt at
center, celebrate Rueda's release from a detention center in San Diego on Friday. A judge ordered that Rueda be
freed while her immigration case is under review.  PHOTOGRAPHER: National Day Laborer Organizing Network
via Associated Press

**Load-Date:** June 10, 2017

# EXHIBIT 45

## *Activist Leader Freed*

La Prensa San Diego

June 16, 2017

Copyright 2017 ProQuest Information and Learning
All Rights Reserved
Ethnic NewsWatch
Copyright 2017 La Prensa San Diego, Arturo Castañares All Rights Reserved

**Section:** Pg. 1; Vol. 41; No. 24; ISSN: 07389183

**Length:** 1068 words

**Byline:** Mario A Cortez

**Dateline:** San Diego, Calif.

## Body

### ABSTRACT

A federal judge in a San Diego County immigration court has ordered the release of an activist who people believe was a target for law enforcement officers in Los Angeles County. *Claudia Rueda*, an immigrant rights leader and a student at CSU Los Angeles, was arrested by immigration agents on May 18 outside her residence in the East Los Angeles community of Boyle Heights. At the time of her arrest, Rueda was moving her family's car. Activist groups in the Los Angeles area and friends of the activist believe that Rueda was targeted by officials and that her detention is a form of intimidation and retaliation.

### FULL TEXT

A federal judge in a San Diego County immigration court has ordered the release of an activist who people believe was a target for law enforcement officers in Los Angeles County.

*Claudia Rueda*, an immigrant rights leader and a student at CSU Los Angeles, was arrested by immigration agents on May 18 outside her residence in the East Los Angeles community of Boyle Heights.

At the time of her arrest, Rueda was moving her family's car.

Activist groups in the Los Angeles area and friends of the activist believe that Rueda was targeted by officials and that her detention is a form of intimidation and retaliation.

Rueda, who has neither permanent resident status nor U.S. citizenship, held protests demanding the release of her mother, Teresa Vidal-Jaime, who was arrested late last April.

The arrest of Vidal-Jaime, who also does not have permanent resident status or U.S. citizenship, created immediate controversy.

According to an article published by the Los Angeles Times, Vidal-Jaime was a suspect in a drug trafficking ring investigation. After searching her family residence, Vidal-Jaime was released by agents of the Los Angeles County Sheriff's Department. Shortly thereafter, Border Patrol agents proceeded to arrest VidalJaime for living in the United States illegally.

Activist Leader Freed

Through a statement, the Los Angeles County Sheriff's Department clarified that Department officers did not ask about Vidal-Jaime's immigration status.

After her arrest, Rueda was transferred immediately the Otay Mesa Detention Center, where she was held until her release was ordered on Friday, June 9.

Calls for Rueda's release were swift and numerous online.

Activist groups and members of her community began to use the hashtag #FreeClaudia through social networks to spread information about what happened to Rueda and phone numbers to inquire about her situation and release.

"I just want to say thank you to everyone across the state that has been helping me and to not forget about other people that are detained, that are in my shoes," Rueda said in a video statement emitted on Friday. "We need to keep fighting for everyone that is being detained in this unjust immigration system."

"Claudia's detention deeply concerned our campus community," said CSU Los Angeles President William A. Covino. "We are very pleased that the judge has ordered her release and look forward to her resuming her studies."

Rueda, who arrived to the United States as a six-yearold, is eligible for protection under the Deferred Action for Childhood Arrivals program, also known as DACA, but never submitted an application.

POR MARIO A. CORTEZ

Un juez federal de la Corte de Inmigración de San Diego ha ordenado la liberación de una joven activista quien dicen fue blanco de agentes de migración operando en el Condado de Los Ángeles.

_**Claudia Rueda**_, estudiante universitaria y líder activista por los derechos de los migrantes, fue detenida por agentes de migración el pasado 18 de mayo afuera de su residencia en la comunidad de Boyle Heights, en el este de Los Ángeles.

A la hora de su arresto, Rueda se encontraba acomodando el automóvil de su familia.

Grupos activistas del área de Los Ángeles y amistades de la joven creen que Rueda estaba en la mira de las autoridades migratorias y su detención una táctica de intimidación y retaliación.

Rueda, quien no cuenta con residencia permanente ni ciudadanía estadounidense, llevó a cabo protestas exigiendo la liberación de su madre, Teresa Vidal-Jaime, quien fue detenida a finales del pasado mes de abril.

El arresto de Vidal-Jaime, quien tampoco cuenta con residencia permanente ni ciudadanía estadounidense, creó controversia inmediata.

Según un artículo del Los Angeles Times, Vidal-Jaime se encontró bajo la lupa de una investigación sobre un grupo de narcotraficantes. Tras investigar su vivienda, Vidal-Jaime fue liberada por el Departamento del Sheriff de Los Ángeles al ver que no tenía nexos con el grupo en cuestión. Poco después, agentes de la Patrulla Fronteriza procedieron a arrestarla por estadía ilegal en los Estados Unidos.

Por medio de una declaración, el Departamento del Sheriff dio a conocer que los agentes de su departamento no preguntaron sobre el estado migratorio de la madre de la activista.

Tras su aprehensión, Rueda fue trasladada de inmediato al Centro de Detención de Otay Mesa, al sur del Condado de San Diego. Rueda permaneció dentro de este centro de detención hasta el pasado viernes 9 de junio, cuando se ordenó su liberación.

El apoyo hacia Rueda fue inmediato. La misma noche de su detención, grupos a favor de los derechos del migrante utilizaron el hashtag #FreeClaudia a través de redes sociales para hacer saber de la situación a la comunidad y otros grupos interesados en estos temas. Por medio de plataformas como Facebook, Reddit, Twitter y

**Exhibit 45, Page 224**

Activist Leader Freed

Tumblr, se diseminó la situación de rueda y números de contacto para solicitar información y la liberación de Rueda.

"Yo solo quiero decirle gracias a todos a lo largo del estado quienes me han estado apoyando y que no nos olvidemos de otras personas que están detenidas, que están en mis zapatos", dijo Rueda por medio de un video emitido el viernes. "Necesitamos seguir luchando por quienes están detenidos en este injusto sistema migratorio".

"La detención de Claudia preocupó profundamente a nuestra comunidad", declaró por medio de un comunicado William A. Covino, presidente de la universidad CSU Los Angeles, donde Rueda desempeña sus estudios. "Nos complace saber que el juez ha ordenado su liberación y esperamos que resuma sus estudios".

Rueda, quien llegó a Estados Unidos a los seis años de edad, es elegible para las protecciones de la Acción Diferida, también conocida como DACA, pero jamás solicitó esta.

Se espera que Rueda posiblemente enfrente un proceso de deportación en libertad.

**Load-Date:** December 31, 2018

---

*End of Document*

# EXHIBIT 46

## *Activista proinmigrante liberada por ICE solicita DACA y discreción fiscal; Pero confiesa que aún siente miedo de que la pueda deportar; Los Ángeles ha sido su hogar desde los seis años*

La Opinion

19 junio 2017 lunes

Copyright 2017 La Opinion L.P. All Rights Reserved

**Section:** LOS ÁNGELES

**Length:** 459 words

**Byline:** Araceli Martínez Ortega

# Body

*Claudia Rueda*, la activista proinmigrante y estudiante de la universidad Cal State Los Ángeles que estuvo bajo arresto casi un mes por la Ofician de Inmigración y Control de Aduanas (ICE), dijo que aunque está contenta por haber salido libre, se encuentra preocupada por su futuro.

Loading the player...

"No sé qué va a pasar con mi vida. Todavía estoy en proceso de deportación y me pueden deportar. No me siento segura", confió con la voz quebrada y los ojos humedecidos por la emoción.

El 18 de mayo pasado, Rueda – de 22 años – fue aprehendida por agentes de la Patrulla Fronteriza (CBP) afuera de su casa en el barrio de Boyle Heights de Los Ángeles.

El 9 de junio, luego de una fuerte campaña de presión por parte de la comunidad que exigía su liberación, un juez de migración de San Diego ordenó que se le dejara libre, tras el pago de una fianza.

Rueda ha vivido en Los Ángeles desde que sus padres la trajeron de México a este país cuando tenía seis años de edad.

Si bien califica para el alivio migratorio de la Acción Diferida para los Llegados en la Infancia (DACA) ,no lo había solicitado por no tener los 500 dólares que vale el proceso; pero que le habría garantizado un permiso de trabajo y detenido su deportación.

"Los Ángeles es toda mi vida. Aquí fui a la escuela, la secundaria, preparatoria y el colegio. Es donde tengo mis redes de familia, comunidad y amigos. Quiero estar aquí", dijo sollozante.

Activista por los derechos de los inmigrantes desde los 17 años, la también alumna de Estudios Latinoamericanos en Cal State Los Ángeles reveló que nunca pensó que Migración la fuera a arrestar.

"Fue como una pesadilla. Lloré mucho. Tenía mucho miedo de lo que iba a pasar. Estaba en shock. No lo podía creer. Por muchos días no pude comer ni dormir. Extrañaba a mi familia", confesó.

Dijo que al salir libre tuvo sentimientos encontrados: "Me sentía feliz y orgullosa de mi comunidad que tanto peleó por mí, pero a la vez triste por los que se quedaban detenidos. Tenemos que luchar por toda esa gente", exigió mientras un grupo de activistas, líderes de fe, maestros, amigos y estudiantes gritaban "¡Te queremos Claudia! ¡Te queremos!.

Activista proinmigrante liberada por ICE solicita DACA y discreción fiscal; Pero confiesa que aún siente miedo de que la pueda deportar; Los Ángeles ha sido su ....

Rueda agregó que el ambiente dentro del Centro de Detención donde estuvo recluida en San Diego es muy deshumanizante. "Todas son puras órdenes. La manera que nos tratan no es buena. Me sentía muy desorientada", externó.

Este lunes, se presentó a las oficinas de ICE en el centro de Los Ángeles para un pase de lista rutinario que le exige la agencia federal.

Al mismo tiempo presentó su solicitud de DACA y entregó documentos relacionados con la petición para obtener la Discreción Fiscal – un alivio que si se le concede le permitiría estar legalmente en el país, y la deportación sería desechada.

## Graphic

***Claudia*** ***Rueda***, la activista proinmigrante que fue arrestada por ICE el mes pasado y su abogada Mónica Langarica hablaron a los reporteros antes de acudir a su primera audiencia migratoria. (Araceli Martínez/La Opinión). Un grupo de miembros de las comunidad acompañó a ***Claudia*** ***Rueda*** a su primera cita con migración. (Araceli Martínez/La Opinión). La abogada en migración Mónica Langarica solicitó los alivios migratorios de DACA y Discreción Fiscal para su estudiante ***Claudia*** ***Rueda***. (Araceli Martínez/La Opinión).

**Load-Date:** July 13, 2017

End of Document

exige la agencia federal.

Al mismo tiempo presentó su solicitud de DACA y entregó documentos relacionados con la petición para obtener la Discreción Fiscal – un alivio que si se le concede le permitiría estar legalmente en el país, y la deportación sería desechada.

Graphic

Claudia Rueda, la activista proinmigrante que fue arrestada por ICE el mes pasado y su abogada Mónica Langarica hablaron a los reporteros antes de acudir a su primera audiencia migratoria. (Araceli Martínez/La Opinión). Un grupo de miembros de las comunidad acompañó a Claudia Rueda a su primera cita con migración.

(Araceli Martínez/La Opinión). La abogada en migración Mónica Langarica solicitó los alivios migratorios de DACA y Discreción Fiscal para su estudiante Claudia Rueda. (Araceli Martínez/La Opinión).

Load-Date: July 13, 2017

End of Document

Pro-Immigrant Activist Released by ICE Requests DACA and Fiscal Discretion;

But he confesses that he is still afraid that he may be deported;

The Angels

it has been his home since he was six

The opinion

June 19, 2017 Monday

Copyright 2017 La Opinion L.P. All Rights Reserved

Section: LOS ANGELES

Length: 459 words

Byline: Araceli Martínez Ortega

Body

Claudia Rueda, the pro-immigrant activist and student at Cal State Los Angeles University who was under

Arrested for almost a month by the Immigration and Customs Enforcement Office (ICE), she said that although she is happy for Having been released, she is worried about her future.

Loading the player ...

"I don't know what will happen to my life. I'm still in deportation process and I can be deported. I don't feel

safe, "she confided, her voice cracking and her eyes damp with emotion.

On May 18, Rueda - 22, was apprehended by Border Patrol (CBP) agents outside

from her home in the Boyle Heights neighborhood of Los Angeles. On June 9, after a strong campaign of pressure from the community demanding his release, a judge

of immigration from San Diego ordered that he be released, after paying bail.

Rueda has lived in Los Angeles since her parents brought her from Mexico to this country when she was six years old.

old.

Although you qualify for Immigration Deferred Action for Childhood Arrivals (DACA), there was no

requested for not having the $ 500 that the process is worth; but that would have guaranteed him a work permit and

his deportation stopped.

"Los Angeles is my whole life. Here I went to school, middle school, high school and college. It's where I have my

family, community and friends networks. I want to be here, "she said sobbing.

Immigrant rights activist since the age of 17, also a student of Latin American Studies

Cal State Los Angeles revealed that she never thought Immigration would arrest her.

"It was like a nightmare. I cried a lot. I was very afraid of what was going to happen. I was in shock. I couldn't

**Exhibit 46, Page 230**

believe. For many days I could not eat or sleep. I missed my
family, "he confessed.
He said that when he was released he had mixed feelings: "I felt
happy and proud of my community that fought so much
for me, but at the same time sad for those who were detained. We
have to fight for all those people, "he demanded.
while a group of activists, faith leaders, teachers, friends and
students shouted "We love you Claudia!
we want!.
Page 2 of 2
Pro-Immigrant Activist Released by ICE Requests DACA and
Fiscal Discretion; But he confesses that he still feels fear
                          r; Los Angeles has been her ....

Rueda added that the environment inside the Detention Center
where she was detained in San Diego is very
dehumanizing. "They are all pure orders. The way they treat us is
not good. I felt very disoriented."
external.
On Monday, he showed up at ICE offices in downtown Los
Angeles for a routine roll call that
requires the federal agency.
At the same time, he submitted his DACA application and
submitted documents related to the petition to obtain
Tax Discretion - a relief that if granted would allow you to be
legally in the country, and deportation would be
discarded.
Graphic
Claudia Rueda, the pro-immigrant activist who was arrested by
ICE last month and her attorney Monica
Langarica spoke to reporters before attending her first
immigration hearing. (Araceli Martínez / The
Opinion). A group of community members accompanied Claudia
Rueda to her first date with migration.
(Araceli Martínez / La Opinion). Immigration attorney Mónica

**Exhibit 46, Page 231**

/25/2020                            Google Translate

Langarica requested DACA immigration reliefs
and Tax Discretion for his student Claudia Rueda. (Araceli
Martínez / La Opinion).
Load-Date: July 13, 2017
End of Document

# EXHIBIT 47

## *Activista proinmigrante liberada por ICE solicita DACA y discreción fiscal; Pero confiesa que aún siente miedo de que la pueda deportar; Los Ángeles ha sido su hogar desde los seis años*

La Opinión (Spanish Language)

19 junio 2017

Copyright 2017 ProQuest Information and Learning
All Rights Reserved
Ethnic NewsWatch
Copyright 2017 ImpreMedia Operating Company, LLC Derechos reservados

**Section:** ISSN: 0276590X

**Length:** 459 words

**Byline:** Araceli Martínez Ortega

**Dateline:** Los Angeles, Calif.

# Body

_Claudia_ _Rueda_, la activista proinmigrante y estudiante de la universidad Cal State Los Ángeles que estuvo bajo arresto casi un mes por la Oficina de Inmigración y Control de Aduanas (ICE), dijo que aunque está contenta por haber salido libre, se encuentra preocupada por su futuro.

**"No sé qué va a pasar con mi vida. Todavía estoy en proceso de deportación y me pueden deportar. No me siento segura**", confió con la voz quebrada y los ojos humedecidos por la emoción.

El 18 de mayo pasado, Rueda - de 22 años - fue aprehendida por agentes de la Patrulla Fronteriza (CBP) afuera de su casa en el barrio de Boyle Heights de Los Ángeles.

El 9 de junio, luego de una fuerte **campaña de presión** por parte de la comunidad que exigía su liberación, un juez de migración de San Diego ordenó que se le dejara libre, tras el pago de una fianza.

Rueda ha vivido en Los Ángeles desde que sus padres la trajeron de México a este país cuando tenía seis años de edad.

Si bien califica para el alivio migratorio de la **Acción Diferida para los Llegados en la Infancia (DACA)** ,no lo había solicitado por no tener los 500 dólares que vale el proceso; pero que le habría garantizado un permiso de trabajo y detenido su deportación.

"**Los Ángeles es toda mi vida. Aquí fui a la escuela, la secundaria, preparatoria y el colegio. Es donde tengo mis redes de familia, comunidad y amigos. Quiero estar aquí**", dijo sollozante.

Activista por los derechos de los inmigrantes desde los 17 años, la también alumna de Estudios Latinoamericanos en Cal State Los Ángeles reveló que nunca pensó que Migración la fuera a arrestar.

"**Fue como una pesadilla. Lloré mucho. Tenía mucho miedo de lo que iba a pasar. Estaba en shock. No lo podía creer. Por muchos días no pude comer ni dormir. Extrañaba a mi familia**", confesó.

Dijo que al salir libre tuvo sentimientos encontrados: "Me sentía feliz y orgullosa de mi comunidad que tanto peleó por mí, pero a la vez triste por los que se quedaban detenidos. Tenemos que luchar por toda esa gente", exigió

Activista proinmigrante liberada por ICE solicita DACA y discreción fiscal; Pero confiesa que aún siente miedo de que la pueda deportar; Los Ángeles ha sido su ....

mientras un grupo de activistas, líderes de fe, maestros, amigos y estudiantes gritaban "**¡Te queremos Claudia! ¡Te queremos**!.

Rueda agregó que el ambiente dentro del Centro de Detención donde estuvo recluida en San Diego es muy deshumanizante. "Todas son puras órdenes. La manera que nos tratan no es buena. Me sentía muy desorientada", externó.

Este lunes, se presentó a las oficinas de ICE en el centro de Los Ángeles para un pase de lista rutinario que le exige la agencia federal.

Al mismo tiempo presentó su solicitud de DACA y entregó documentos relacionados con la petición para obtener la **Discreción Fiscal -** un alivio que si se le concede le permitiría estar legalmente en el país, y la deportación sería desechada.

Crédito: Araceli Martínez Ortega

**Load-Date:** September 30, 2019

---

**End of Document**

tratan no es buena. Me sentía muy desorientada",
externó.
Este lunes, se presentó a las oficinas de ICE en el centro de Los
Ángeles para un pase de lista rutinario que le
exige la agencia federal.
Al mismo tiempo presentó su solicitud de DACA y entregó
documentos relacionados con la petición para obtener la
Discreción Fiscal - un alivio que si se le concede le permitiría estar
legalmente en el país, y la deportación sería
desechada.
Crédito: Araceli Martínez Ortega
Load-Date: September 30, 2019
End of

Pro-Immigrant Activist Released by ICE Requests DACA and
Fiscal Discretion;
But he confesses that he is still afraid that he may be deported;
The Angels
it has been his home since he was six
La Opinion (Spanish Language)
June 19, 2017
Copyright 2017 ProQuest Information and Learning
All Rights Reserved
Ethnic NewsWatch
Copyright 2017 ImpreMedia Operating Company, LLC Rights
reserved
Section: ISSN: 0276590X
Length: 459 words
Byline: Araceli Martínez Ortega
Dateline: Los Angeles, Calif.
Body
Claudia Rueda, the pro-immigrant activist and student at Cal State

Los Angeles University who was under

Arrested for almost a month by the Immigration and Customs Enforcement Office (ICE), she said that although she is happy for Having been released, she is worried about her future.

"I don't know what will happen to my life. I am still in deportation proceedings and I can be deported. Not me

I feel safe, "she confided, her voice cracking and her eyes moist with emotion.

On May 18, Rueda - 22, was apprehended by Border Patrol (CBP) agents outside

from her home in the Boyle Heights neighborhood of Los Angeles. On June 9, after a strong campaign of pressure from the community demanding his release, a judge

of immigration from San Diego ordered that he be released, after paying bail.

Rueda has lived in Los Angeles since her parents brought her from Mexico to this country when she was six years old.

age.

While you qualify for Immigration Deferred Action for Childhood Arrivals (DACA), you do not.

I had applied for not having the $ 500 worth of the process; but that would have guaranteed him a permit

work and detained his deportation.

Los Angeles is my whole life. Here I went to school, middle school, high school, and college. Is where i have

my family, community and friends networks. I want to be here, "she said sobbing.

Immigrant rights activist since the age of 17, also a student of Latin American Studies

Cal State Los Angeles revealed that she never thought Immigration would arrest her.

"It was like a nightmare. I cried a lot. I was very afraid of what was going to happen. I was in shock. Not

I could believe. For many days I could not eat or sleep. I missed my family, "he confessed.

**Exhibit 47, Page 237**

He said that when he was released he had mixed feelings: "I felt happy and proud of my community that fought so hard for me, but at the same time sad for those who were detained. We have to fight for all those people, "he demanded.

Page 2 of 2

Pro-Immigrant Activist Released by ICE Requests DACA and Fiscal Discretion; But he confesses that he still feels fear

r; Los Angeles has been her ....

while a group of activists, faith leaders, teachers, friends and students shouted "We love you Claudia!

We love you!.

Rueda added that the environment inside the Detention Center where she was detained in San Diego is very dehumanizing. "They are all pure orders. The way they treat us is not good. I felt very disoriented ",

external.

On Monday, he showed up at ICE offices in downtown Los Angeles for a routine roll call that

requires the federal agency.

At the same time, he submitted his DACA application and submitted documents related to the petition to obtain the Tax Discretion - a relief that if granted would allow you to be legally in the country, and deportation would be

discarded.

Credit: Araceli Martínez Ortega

Load-Date: September 30, 2019

End of

# EXHIBIT 48

## *Heads*

El Paso Times (Texas)

June 19, 2017 Monday

Copyright 2017 El Paso Times, a MediaNews Group Newspaper All Rights Reserved

**Section:** NEWS

**Length:** 399 words

**Byline:** City News Service

# Body

Afternoon Headlines

City News Service

If you think it's hot outside ... wait 'til tomorrow. The Southland's

heat wave is expected to continue through the rest of the week ... with the

temperatures peaking tomorrow and Wednesday. Triple-digit weather is expected

in the valleys ... with temperatures of about 1-hundred-12 degrees expected in

the Antelope Valley.

(more Heat)

The heat can be dangerous ... particularly for people with health

conditions ... so residents are being urged to do what they can to stay cool.

The city of L-A plans to offer extended hours at cooling centers over the next

two days to give people a chance to escape the heat. A list of locations is

available on the city's website. L-A County also has cooling centers ... and

they're also listed online.

A Cal State L-A student who was just released by federal immigration

authorities is applying under the DACA program for the right to stay in the

United States. 22-year-old ***Claudia*** ***Rueda*** says she qualifies because she was

brought into the country when she was just 4 years old. Her supporters say

she's being targeted by border-protection officials because of her activism

following the arrest of her mother earlier this year.

Fire officials say an 8-hundred-acre brush fire burning near Lake

Heads

Castaic is about 60 percent contained. The blaze has been burning since

Saturday afternoon ... raging in difficult-to-reach terrain. Authorities

estimate the fire won't be fully contained until Friday night.

It's a big day for Clippers fans. The team has announced the hiring of

former Lakers General Manager Jerry West as a consultant. Known simply as The

Logo -- since his silhouette is used in the N-B-A's official logo -- West has a

tradition of winning wherever he's played or worked ... most recently with the

champion Golden State Warriors.

Disney's ``Cars 3'' is the champion of the weekend box office. The third

entry in the ``Cars'' film series earned nearly 54-million-dollars in its

debut weekend ... knocking ``Wonder Woman'' into second place. But ``Wonder

Woman'' is still doing big business ... earning more than 41-million-dollars

over the weekend to give it a three-week total of more than 2-hundred-75-

million.

We'll have more fog and clouds at the beaches overnight ... keeping

things cool along the coast during the heat wave. Overnight lows will be in the

60s and 70s across the area ... with more triple-digit weather on the horizon

tomorrow.

**Load-Date:** June 20, 2017

---

End of Document

**Exhibit 48, Page 241**

# EXHIBIT 49

## *No Headline In Original*

McClatchy-Tribune Photo Service

June 19, 2017 Monday

Copyright 2017 Tribune Content Agency All Rights Reserved

**Length:** 66 words

**Byline:** Al Seib, Los Angeles Times, TNS

# Body



*Claudia Rueda*, 22, speaks out for the first time since she was arrested by U.S. Customs and Border patrol agents on May 18. Rueda and other activists say she was arrested in retaliation for leading protests against the April arrest of her mother. (Al Seib/Los Angeles Times/TNS)

IMAGE ID: KRTPHOTOSLIVE2149152

*Subject to copyright. Click here for information regarding redistribution of this image.*

**Load-Date:** June 19, 2017

---

# EXHIBIT 50

### *No Headline In Original*

McClatchy-Tribune Photo Service

June 19, 2017 Monday

Copyright 2017 Tribune Content Agency All Rights Reserved

**Length:** 77 words

**Byline:** Al Seib, Los Angeles Times, TNS

## Body



Immigrant youth leader **_Claudia_ _Rueda_**, right, with her mother Teresa de Jesus Vidal, left, join supporters before she reported for her first check-in with immigration officials in a Los Angeles Federal Building on Monday June 19, 2017. A community-powered campaign won her release from immigration detention on June 9. (Al Seib/Los Angeles Times/TNS)

IMAGE ID: KRTPHOTOSLIVE2149151

*Subject to copyright. Click here for information regarding redistribution of this image.*

**Load-Date:** June 19, 2017

End of Document

**Exhibit 50, Page 245**

# EXHIBIT 51

## *No Headline In Original*

City News Service

June 19, 2017 Monday 9:10 PM PST

Copyright 2017 City News Service, Inc. All Rights Reserved

No City News Service material may be republished without the express written permission of the City News Service, Inc.

**Length:** 2600 words

**Dateline:** BUENA PARK

# Body

Two motorists were killed today in a fiery wrong-way collision on the southbound Santa Ana (5) Freeway in Buena Park, authorities said.

The crash occurred at 3:21 a.m. at Magnolia Avenue, the California Highway Patrol reported. A gray 2010 Honda Insight traveling northbound in the southbound lanes at about 100 mph crashed into a 2004 Chevrolet Suburban, which burst into flames, the CHP reported.

LOS ANGELES (CNS) - The region's heat wave entered its second week today, with highs again forecast to hit triple-digit territory in some Los Angeles County communities, and forecasters said the above-normal heat will extend into next week.

"Strong high pressure building across the southwestern states will cause temperatures to climb well above normal in many parts of interior southwest California today and through the middle of next week," according to the National Weather Service.

LOS ANGELES (CNS) - Former Los Angeles Lakers general manager Jerry West was introduced today as a consultant for Los Angeles Clippers, and said he hopes to help the team establish a winning tradition.

"For them to want me to come here and maybe think I can help, I am really flattered," West said. "I am sold on the ownership here. I think they want to establish their own identity in this town, and that is what to me is most important. Establish their own identity and ability to win at the very highest level."

LOS ANGELES (CNS) - An accused killer's ex-wife testified today she saw her then-husband beat a 20th Century Fox distribution executive unconscious when he discovered her kissing the victim in the front seat of the man's Mercedes-Benz.

John Creech surprised the lovers during their late-night rendezvous and "went straight for" Gavin Smith, according to Creech's ex-wife, Chandrika Cade.

LOS ANGELES (CNS) - Truck drivers and warehouse workers from companies serving the Long Beach and Los Angeles ports went on strike this morning to protest being classified as independent contractors, which they say is a scheme to deny them the compensation they're due.

Barb Maynard, a representative for truckers and workers, said the strike involves several of the large companies that do transport business at the ports, including XPO Logistics, where workers began picketing about 6:35 a.m. at the company's facility in Commerce.

No Headline In Original

LOS ANGELES (CNS) - Activists calling on Los Angeles to divest its funds from Wells Fargo bank over its financial support of the Dakota Access pipeline called off a planned appearance at City Hall today after being told the issue will be taken up by a City Council committee later this month.

In March, members of Divest LA held a rally outside City Hall, attended by about 100 people, to urge the city to divest from Wells Fargo. About two weeks later, two City Council members introduced a motion in support of the idea.

LOS ANGELES (CNS) - A Russian woman who lived in Koreatown was sentenced today to time served -- about 14 months -- and ordered to pay nearly $233,000 for using bogus debit and credit cards obtained by hacking American companies.

Irina Fedoseeva, 34, will likely be subject to deportation proceedings, U.S. District Judge Stephen Wilson said during the defendant's sentencing hearing in Los Angeles federal court.

LOS ANGELES (CNS) - Los Angeles Mayor Eric Garcetti is out of the state for a weeklong personal vacation that is scheduled to last until Friday, when he will attend the 85th annual United States Conference of Mayors meeting in Miami Beach.

Garcetti press secretary Alex Comisar would not reveal where the mayor is traveling while on vacation, but said he'll have several speaking engagements at the four-day conference, which begins Friday.

SYLMAR (CNS) - A man and a woman were being evaluated for carbon monoxide exposure after they were exposed in their Sylmar apartment, authorities said today.

It was reported at 10:45 p.m. Sunday at 14040 Foothill Boulevard, Brian Humphrey of the Los Angeles Fire Department said.

LOS ANGELES (CNS) - The name of a 20-year-old man who died of injuries he suffered in a car crash on the southbound Harbor (110) Freeway was released today by the coroner's office.

Deonte Young died at a hospital about 45 minutes after the crash, which occurred about 11:55 p.m. Saturday at Ninth Street, according to the California Highway Patrol and the coroner's office.

CASTAIC (CNS) - Crews snuffed out a flare-up today while battling the 800-acre Lake Fire burning in the vicinity of Lake Castaic in the Angeles National Forest.

Nearly 400 firefighters from the U.S. Forest Service and Los Angeles County Fire Department were working to douse the flames, which broke out for unknown reasons about 2 p.m. Saturday near the Golden State (5) Freeway and Ridge Route Road.

LOS ANGELES (CNS) - Pet lovers in the Los Angeles area, listen up.

You'll soon have a place to go for the "celebration and study of the relationship between people and their pets -- and the importance and beneficial impact of the human-animal bond," and will hopefully adopt a new pet in the process, according to the Annenberg Foundation.

LOS ANGELES (CNS) - A federal judge today issued a bench warrant for a self-proclaimed psychic from Hermosa Beach who skipped his scheduled sentencing hearing in a tax fraud case.

Sean David Morton, 58, and his wife were convicted in April of multiple counts of conspiring to defraud the Internal Revenue Service by passing bogus checks and bonds. As a result of the scheme, the IRS erroneously issued a refund of $480,323 to the couple.

LOS ANGELES (CNS) - A judge ruled today that lawyers for Nissan and Continental Automotive Systems can only make indirect reference to a 2003 Santa Monica Farmers Market crash in which 10 people died when defending

No Headline In Original

their companies during trial of a lawsuit involving a crash in Hollywood nine years later that killed a mother and two of her daughters.

Los Angeles Superior Court Judge Randolph Hammock said defense attorneys are barred from mentioning the Farmers Market crash by name, but can cite the facts of the case in support of their argument that driver error rather than an alleged car manufacturing defect caused the deaths of 27-year-old Saida Juana Mendez-Bernardino of Los Angeles and her daughters, Stephanie Cruz, 4, and Hilda Cruz, 6.

LOS ANGELES (CNS) - A City Council committee advanced a proposal today outlining Los Angeles' intention to donate $2 million to a legal defense fund for immigrants facing deportation.

The Los Angeles Justice Fund was first announced by Mayor Eric Garcetti and other leaders in December, with Garcetti promising $2 million to the fund, the County Board of Supervisors pledging $3 million and private donors pledging $5 million.

LOS ANGELES (CNS) - Planned Parenthood Los Angeles was sued today by a former employee who alleges he was fired in 2016 for complaining that one of the organization's executives benefited financially and had a conflict-of-interest because of an arrangement PPLA had with her husband's mail-order company.

Mark Dawson's Los Angeles Superior Court lawsuit alleges wrongful termination and retaliation. He seeks unspecified compensatory and punitive damages.

LOS ANGELES (CNS) - A Cal State Los Angeles student who was recently released from federal detention after being arrested by immigration authorities applied today for protection under the Deferred Action for Childhood Arrivals program.

*__Claudia__* *__Rueda__*, 22, of Boyle Heights, was released from custody Friday after appearing before a judge in San Diego. She had been in custody since May 19, when she was arrested outside her family's home.

LOS ANGELES (CNS) - Carrie Fisher had cocaine, alcohol and opiates, and MDMA, also known as ecstasy, in her system when she went into cardiac arrest while on a Los Angeles-bound flight and later died, the coroner's office reported today.

The coroner's office had announced on Friday that Fisher, known for portraying Princess Leia in "Star Wars," died on Dec. 27 of "sleep apnea and other undetermined factors."

SANTA ANA (CNS) - A 48-year-old repeat drunken driver admitted guilt and faces 22 years in prison for a hit-and-run collision that left a pedestrian dead in Santa Ana, a prosecutor said today.

Dallas Frank Reichstein of Santa Ana pleaded guilty Friday to hit-and-run with permanent and serious injury and gross vehicular manslaughter while intoxicated, both felonies. A murder charge will be dismissed as part of the plea deal negotiated with prosecutors.

TORRANCE (CNS) - Torrance Memorial Medical Center today began notifying some patients that email accounts containing "work-related reports" and personal data were breached at the hospital.

The so-called phishing attack occurred on April 18 and 19, according to medical center spokesman Ed Finn, who said facility personnel, working with third-party forensic investigators, launched an investigation "to determine the nature and scope of the incident."

LONG BEACH (CNS) - Mosquitoes that can transmit Zika, dengue and other virus have been detected for the first time in Long Beach, city health officials said today, urging residents to take extra precautions against mosquito bites.

No Headline In Original

The mosquitoes, Aedes aegypti, were found in North Long Beach in the jurisdiction of the Compton Creek Mosquito Abatement District. Authorities are working to determine the extent of the infestation and prevent their spread. A variety of mosquito traps have been deployed in the area.

LOS ANGELES (CNS) - In response to the heat wave baking the region, several Los Angeles cooling centers will have extended hours on Tuesday and Wednesday.

"Everyone in Los Angeles should have a place to go for relief from these scorching temperatures -- and that can be especially critical for the youngest among us and older Angelenos without air-conditioning," Mayor Eric Garcetti said.

POMONA (CNS) - A Pomona man who stole a car from his neighbor while intoxicated, triggering a crash that killed another driver while fleeing from police at speeds topping 120 mph, was sentenced today to 18 years to life in prison.

Michael D. Gardner, 39, was convicted April 20 of second-degree murder for the May 7, 2015, collision near West Arrow Highway and Mariposa Street that killed 32-year-old Marissa Leigh Vasquez of Pomona.

LOS ANGELES (CNS) - With a heat wave gripping the region, the manager of the state's power grid issued a Flex Alert that will be in effect tomorrow and Wednesday afternoons, urging residents to voluntarily conserve electricity to ease demand on the system.

The Flex Alert issued by the California Independent System Operator, or Cal-ISO, will be in effect from 2 to 9 p.m. Tuesday and Wednesday.

NORWALK (CNS) - A man pleaded guilty today to second-degree murder for his role in a deadly 2014 Pico Rivera home-invasion robbery orchestrated by the victim's son.

Jesus Rafael Adame, 21, is expected to be sentenced on July 7 to 15 years to life in prison.

BURBANK (CNS) - A man was convicted today of first-degree murder for the strangulation murder of the mother of his two children, whose body was found in her car on a Monrovia street.

Jurors also found true an allegation that Jose Roberto Turner, 49, of Pasadena, used a rope as a deadly weapon to kill 31-year-old Lajoya McCoy, a Monrovia resident.

SANTA ANA (CNS) - Orange County officials fanned out today in the La Habra area to eliminate and pools of stagnant water and educate the public about the dangers of the West Nile virus following its detection in mosquitoes last week.

Thursday's positive test for WNV in a mosquito sample was a first for the year in Orange County. Dead birds infected with the virus were found in Lake Forest and Irvine in May and January, respectively, according to Mary-Joy Coburn of the Orange County Mosquito and Vector Control District.

LOS ANGELES (CNS) - The Los Angeles Dodgers conducted African-American Heritage Night tonight, including recognizing Don Newcombe, Maury Wills and Frank Robinson in a ceremony before the game against the New York Mets at Dodger Stadium.

An exhibit on the Negro Leagues was to be on display in the Right Field Plaza.

IRVINE (CNS) - Irvine police today released surveillance video of a man attempting to drag an employee of a Woodbury Town Center store by the hair into a storage room.

Investigators hope someone recognizes the suspect in the video and calls police with his identity.

LANCASTER (CNS) - A Lancaster man fatally shot his wife outside a neighbor's home today before turning the gun on himself, authorities said.

No Headline In Original

The woman and her husband were both pronounced dead at the scene of the 12:20 a.m. shooting in the 6300 block of Starview Drive, according to the Los Angeles County Sheriff's Department.

LOS ANGELES (CNS) - Disney's "Cars 3" raced to the top of the North American box office over the weekend, knocking "Wonder Woman" into second place, according to final figures released today.

"Cars 3" collected $53.7 million between Friday and Monday to secure the top spot at theaters, according to box-office tracker comScore. "Wonder Woman" fell to second place, but still collected $41.3 million to pad its gaudy three-week total of $275.1 million.

LOS ANGELES (CNS) - A woman told police a man claiming to be a Lyft driver exposed himself to her in the Fairfax district of Los Angeles today after picking her up from a West Hollywood bar.

The incident occurred about 12:45 a.m. at Melrose and Martel avenues, said Sgt. Brian Churchill of the Los Angeles Police Department's Wilshire Station.

SANTA ANA (CNS) - A 21-year-old man pleaded guilty and was immediately sentenced to five years in prison today for pimping three victims in Orange County.

Desheon Orlandorafeal Young of Fresno pleaded guilty to four counts each of pimping and pandering and one count of human trafficking, all felonies, according to court records.

LOS ANGELES (CNS) - A man was killed when he was struck by a minivan while crossing a street in the Crenshaw district of Los Angeles, authorities said today.

The accident happened at 8:40 p.m. Sunday at Rodeo Road and Rodeo Lane, according to Sgt. Bridgette Peterson of the Los Angeles Police Department's South Traffic Division.

LOS ANGELES (CNS) - A man was stabbed in the head today and wounded during an altercation with another person in South Los Angeles, authorities said.

The stabbing was reported at 12:56 a.m. at 69th Street and Vermont Avenue, said Sgt. Thomas Bojorquez of the Los Angeles Police Department's 77th Street Station.

ANAHEIM (CNS) - A man on a bicycle was injured today when he was struck by a vehicle near Disneyland in Anaheim, authorities said.

It happened about 2:45 a.m. at Katella and Manchester avenues, said Anaheim police Sgt. R. Tisdale. The man was taken to a hospital with injuries not believed to be life-threatening, he said.

SAN PEDRO (CNS) - A U.S. Coast Guard helicopter evacuated a 7-month-old baby with pneumonia from Catalina Airport to Long Beach today.

"Coast Guard Sector Los Angeles-Long Beach (was) notified by Baywatch Avalon at 4:28 a.m. that an infant was experiencing symptoms of pneumonia and had difficulty breathing," according to a Coast Guard statement.

POMONA (CNS) - A male was critically wounded today in a Pomona shooting, authorities said today.

The shooting was reported at 9:40 p.m. Sunday at 1670 West Mission Blvd., Pomona police Lt. M. Perez said.

DUARTE (CNS) - A big rig collided with another vehicle and caught fire today on the westbound Foothill (210) Freeway in Duarte, blocking three lanes but resulting in no injuries, authorities said.

The crash, which triggered a SigAlert, was reported about 12:20 p.m. at Buena Vista Street, according to the California Highway Patrol.

No Headline In Original

**Load-Date:** June 20, 2017

---

End of Document

# EXHIBIT 52

### *CITY & STATE; Immigrant rights activist seeking 'Dreamer' status; Cal State L.A. student who was arrested in a drug probe will apply for DACA protection.*

Los Angeles Times

June 20, 2017 Tuesday, Home Edition

Copyright 2017 Los Angeles Times All Rights Reserved

**Section:** CALIFORNIA; Metro Desk; Part B; Pg. 3

**Length:** 655 words

**Byline:** James Queally

## Body

An immigrant rights activist who has said she was detained by Border Patrol agents in retaliation for protesting the arrest of her mother spoke out publicly for the first time Monday, announcing she will apply for protections as a "Dreamer" in the hopes of avoiding deportation.

*Claudia Rueda*, 22, grew emotional as she stood outside a detention center in downtown Los Angeles, describing her time in federal custody as a "nightmare."

"In there, it was always orders and orders. It was very dehumanizing," she said.

Rueda was released from custody June 9. She was arrested in front of her aunt's Boyle Heights home May 18, when agents with the U.S. Customs and Border Protection descended on the area.

The Border Patrol has said the agents were carrying out a drug investigation when they snatched up Rueda and six others; none of the people arrested that day were charged with drug offenses.

Rueda's mother, Teresa Vidal-Jaime, 54, had been arrested during a joint operation by the Border Patrol and the Los Angeles Sheriff's Department in April.

A drug raid by both agencies led to the seizure of more than 30 pounds of cocaine and $600,000 in cash, authorities said.

Vidal-Jaime's husband, Hugo Rueda, and three other men were arrested on suspicion of drug possession. The Sheriff's Department has said Vidal-Jaime was not part of the alleged drug operation, but she was held in federal custody for several weeks on suspicion of violating immigration law.

Rueda led protests objecting to her mother's detention. Vidal-Jaime was released from federal custody May 12 over the objections of U.S. Immigration and Customs Enforcement officials. Rueda was arrested six days later in a move her attorney, Monika Langarica, and other local activists have decried as retaliatory.

Langarica and others have said Rueda has no ties to the alleged drug organization.

Asked why agents carrying out a drug investigation only managed to make immigration-related arrests, Mark Endicott, a supervisory agent with the Border Patrol in San Diego, had said previously that "the intent of the enforcement effort was to disrupt the entire organization."

CITY & STATE; Immigrant rights activist seeking 'Dreamer' status; Cal State L.A. student who was arrested in a drug probe will apply for DACA protection.

Endicott said Rueda had been identified as "part of a support network" for the drug organization. He declined to elaborate.

Rueda, who has been in the U.S. since she was 6, will apply for protection under the Deferred Action for Childhood Arrivals program, Langarica said. The initiative, started by President Obama in 2012, protects immigrants brought to the U.S. illegally as children from deportation.

Rueda has "no legal standing" to be in the U.S., according to a statement issued by ICE last month. She has been arrested two other times during protests in recent years, according to police records and Times archives.

Langarica made a formal request that immigration authorities drop proceedings against her client.

In a statement, an ICE spokeswoman said the agency "will review any requests submitted by Ms. Rueda's legal representatives."

The fate of the DACA program remains uncertain. A memo issued last week by Homeland Security Secretary John F. Kelly seemed to indicate the program would continue, but President Trump repeatedly vowed to end the program while on the campaign trail.

Rueda is a student at Cal State L.A. and was joined by several of her professors Monday morning.

Alejandra Marchevsky, who said Rueda was studying the effects of deportation on immigrant communities in class just a day before her arrest, criticized the tactics of customs officials as an attempt to quash political activism.

"We're seeing this really as a strategy to silence young people who oppose this immigration policy," Marchevsky said.

With tears in her eyes, Rueda said she hoped an immigration judge would not force her to leave the only country she's ever called home.

"This is all that I know. I don't know anything else," Rueda said. "Los Angeles is family."

--

*james.queally@latimes.com*

Twitter: @JamesQueallyLAT

## Graphic

PHOTO: **_CLAUDIA_** **_RUEDA_**, 22, is under review by immigration courts after her May 18 arrest. The Cal State L.A. student, who was brought here illegally at age 6, said Monday that the U.S. is the only home she's ever known. PHOTOGRAPHER:Al Seib Los Angeles Times

**Load-Date:** June 20, 2017

End of Document

# EXHIBIT 53

## *ROUND-UP: Beware, the immigration ICE man cometh!*

Caribbean Today

July 1, 2017

Copyright 2017 ProQuest Information and Learning
All Rights Reserved
Ethnic NewsWatch
Copyright 2017 Caribbean Today All Rights Reserved

**Section:** Pg. 10A; Vol. 28; No. 8

**Length:** 622 words

**Byline:** Felicia J Persaud

**Dateline:** Miami

# Body

A random check of the United States Immigration and Customs Enforcement site will show that Donald Trump's ICE men and women are seemingly focused on rounding up those "bad hombres" or criminal immigrants who have committed major crimes like murders, rapes etc. - much like Trump and his White House minions like to claim.

For instance, on June 9, a ICE headline screamed: "ICE arrests over 50 in central California operation targeting criminal aliens, illegal reentrants, and immigration fugitives."

But contrast that with actual news reports from media organizations, attorneys, immigration organizations and immigrants themselves, and the story is entirely different.

During the same central California sweep, 16 of the 50 immigrants arrests were those convicted of driving under the influence, while six were arrested for domestic violence convictions, according to reports from the Sacramento Bee news organization.

NO EASE

At a Nashville courthouse, Faustino Rodriguez Hernandez was set to appear before a judge on a charge of driving without a license, according to court records published by The Tennessean. But while he was at the courthouse, an ICE agent arrived and took Hernandez into custody, placing him in federal prison where he will await deportation proceedings.

On May 18, Los Angeles, California student ***Claudia Rueda***, a 22-year-old immigrant rights activist, stepped outside her aunt's home to move her mother's car for street cleaning but never returned. Hours later her family learned that she had been surrounded by three unmarked cars carrying an estimated nine plainclothes Customs and Border Protection officers who whisked her off to a detention center 130 miles away, according to the LA Times news organization.

The reason? Though Rueda is eligible for the Deferred Action for Childhood Arrivals program, which would protect her from deportation, her family could not afford the $500 application fee and so never renewed it.

REVERSAL

Gilberto Velasquez, a 38year-old house painter from El Salvador who has lived in the U.S. illegally since 2005 and has a U.S.-born child, recently received news that the government wanted to put his deportation case back on the

**Exhibit 53, Page 257**

ROUND-UP: Beware, the immigration ICE man cometh!

court calendar because he was cited for driving without a license in Tennessee, where undocumented immigrants cannot get licenses, according to the Reuters news agency.

Sally Joyner, an immigration attorney in Memphis, Tennessee, said one of her Central American clients, who crossed the U.S. border with her children in 2013, could now be deported because she was charged with selling pumpkin seeds as an unauthorized street vendor.

ICE admits it has now expanded its list of potential deportees to include any immigrant who has used falsified identification. And the agency has also confirmed it is now filing motions with immigration courts to re-open cases where undocumented immigrants had "since been arrested for or convicted of a crime," regardless of how petty.

"This is a sea of change," said attorney David Leopold, former president of the American Immigration Lawyers Association told Reuters.

"Before, if someone did something after the case was closed out that showed that person was a threat, and then it would be re-opened. Now they are opening cases just because they want to deport people."

This is the current reality of being an immigrant in the U.S. under President Donald Trump, where ICE has been given the green light to target anyone with even the slightest infractions.

If that is you, the best recourse would be to contact an attorney and get legal advice immediately before the ICE man cometh!

Felicia J. Persaud is CM O at Hard Beat Communications, Inc. which owns the brands NewsAmericasNow, CaribPRWire and In vestCaribbeanNow.

**Load-Date:** July 17, 2017

---

# EXHIBIT 54

## *Claudia Rueda and Barrio Defense Networks Against Silent ICE Raids*

Latino Rebels

July 11, 2017 Tuesday 9:40 PM EST

Copyright 2017 Newstex LLC All Rights Reserved

**Length:** 1531 words

**Byline:** Javier Rodríguez

# Body

Jul 11, 2017( Latino Rebels: http://latinorebels.com Delivered by Newstex)  The Creation of a Movement https://i0.wp.com/www.latinorebels.com/wp-content/uploads/2017/05/claudia.jpg  U.S. Immigration and Customs Enforcement (ICE) has been silently hunting and raiding places frequented by undocumented immigrants. ICE has specifically targeted 800,000 recipients of an Obama-era immigration policy, known as Deferred Action for Childhood Arrivals (DACA). ICE has silently hunted and raided courts, schools, work sites, and homes in search of immigrant activists or any of the country's 11.4 million undocumented immigrants. The community of Boyle Heights, in Los Angeles and home to 100,000 people (ninety-five percent of whom are Latino) saw the high-profile arrest[1] of Teresa Vidal-Jaime, an undocumented immigrant.

Vidal-Jaime was released, due to intense pressure from her daughter, **_Claudia Rueda_**, an immigrants' rights activist and student at Cal State Los Angeles. Agents from ICE's Los Angeles field office made the political decision to arrest and eventually deport[2] Rueda, an unregistered DREAMer, community leader and passionate activist. Rueda's only crime? Civil disobedience for defending the undocumented. Rueda suffered the same fate as Elvira Arellano, who in 2007 was deported[3] after taking refuge in a Chicago church. Rueda was spied on by ICE agents close to her home, and when she stepped out for an errand, was grabbed and sent to the San Diego Detention Center. The community went up in arms and organized protesters demanding her freedom. The area's leaders and activists had a press event in front of Claudia's home. The protesters and Rueda's supporters were enraged by the gross scapegoating of immigrants and Latinos by the Trump Administration. Leonardo Vilchis of Union de Vecinos[4] asked a poignant question to the hundreds of thousands watching the news: 'Are we going to have to stop ICE from taking our people in our own neighborhood?' A few days later, another protest ensued that also demanded her freedom. The protest was organized by United Teachers Los Angeles (UTLA[5]) —a teachers' union that consists of 32,000 members as of 2016— Rueda's family, students, and community activists. Traditional downtown sites were avoided. Organizers staged the event at Roosevelt High School, a symbolic gesture. The high school is Rueda's alma mater. The institution has witnessed generations of struggles faced by students, teachers, staff and parents dating back to the 1968-70 walkouts, a part of the Civil Rights struggle that accused the school board of institutional racism and discrimination. Later, the 2006-2007 Latino mega-marches and boycotts, where upwards of 370,000 individuals from California and the Southwest participated, added to such a legacy. Students joined their parents in these marches, where millions of immigrants and Latinos participated. Roosevelt High, along with hundreds of other schools, were key in helping defeat H.R. 4437[6], or the 'Sensenbrenner Bill,' proposed legislation that criminalized immigrants, much like policies instituted today. Thirty-six years later, these issues included immigration reform, separation of families and the anguish associated with widespread fear of deportation and raids. Rueda was set free by the people's protest, and of course, her own defense. The fight against ICE, the Department of Homeland Security at-large, and the far-right, conservative puppet President Donald Trump (R-NY), will continue, and once she is fully rested, Rueda will doubt join us in the struggle. By winning her freedom, the community has won a major victory that has spread like wildfire across the nation. The fact these events were staged and televised from Rueda's neighborhood, set a precedent that's highly important because of the psychology of fear in the barrios.The Barrio Defense NetworkLast January, before Trump was inaugurated, I met with leaders of the Hermandad Mexicana Transnacional[7] and served as a political advisor. The informal gathering

Claudia Rueda and Barrio Defense Networks Against Silent ICE Raids

was a conversation to pursue a course of action that defended immigrants and Latinos against the brutal attacks by the Trump administration. After listening carefully to the leaders of the organization, I proposed the creation of a 'defense network' against ICE. These defense networks were to be established for communities in the San Fernando Valley, Panorama City and Oxnard, to confront ICE by bearing witness to agents patrolling neighborhoods, arrests made by these officials, and other tasks performed by ICE. To do this, a community wide network of residents must be built and composed of volunteers from the community—these include members of local churches, unions, small businesses, and the social networks. The first community-wide meeting for the defense network in Southern California was approved, and scheduled for that week. It was imperative to place the new grassroot leaders in the front, to lead the meeting with assistance of myself, and the president of Hermandad, Gloria Saucedo. Additionally, a separate public exercise, un simulacro or simulation, was planned to act out the dangers of an ICE raid. A minimum of 100 people were needed to play these roles: ICE agents; undocumented parents and their US-born children; a DACA recipient and Cal State LA student; a mother suffering from the deportation process; a father with two jobs. Such an event was unanimously approved. To lead the theatrical event, I volunteered and contacted longtime homie, José Luis Valenzuela, administrative director of the historic Los Angeles Theater Center (LATC[8]), home to the famous 'Latino Theater Lab,' to help prepare the theatrical event. The night before the press event, the defense network met again to prepare the program and practice for the media presentation the following day. That night, I worked on the press release all night so I didn't sleep at all. My best friend and La Puente leader Marta Samano graciously drove me to the Valley. To our surprise, over one hundred people attended, including the Defense Network elected board, representatives of various elected leaders, including congressman Tony Cárdenas, and high school teachers and college professors. The original plan had changed. Rather than the board present in the front, Saucedo changed the format for an all-inclusive event where hundreds of people were able to express frustration, fear, etc. Unfortunately, the agenda was not enforced, and historical figures such as Irene Tovar and longtime leader Nativo López spoke with no understanding of the purpose of the event, or their role within it. I intervened, and forcefully clarified the event was an official announcement for the creation of a new defense network intended to combat ICE and Trump's policies in the San Fernando Valley, and to create grassroots networks designed to confront ICE agents during silent raids. The latter process was to be executed by hundreds of civil disobedience volunteers who were to identify ICE agents entering hoods, tail them, and eventually prevent the arrests of our immigrant neighbors. For such a defense network to succeed, a design and copyright for a super secured program is needed, using several social networks, such as Facebook and Twitter to recruit and mobilize thousands of volunteers to be on 24/7 guard. These volunteers would be the first to sound the alarm, and hopefully, create chain reaction of texts or emails informing the network of where and when ICE agents were spotted. District area captains would confirm and launch a 'red alert,' to march to the street, and home, of the individual of the network affected by Trump's racist and xenophobic, paid troops. Of course, I appealed to the elected leaders to enter the rising defense network as key to legitimizing the network watch. Not surprisingly, brother Nativo immediately left La Hermandad Hall after my presentation. It was too radical, apparently. Residents, students, and social activists recognize and understand the presence of the 'ICE Monster' that has been released, attacking our families and youth. This requires immediate action. As a people, we need to organize, and create a network against Trump and ICE in the cities of Boyle Heights, East LA, Lincoln Heights, El Sereno and educational institutions such as Roosevelt, Mendez, Lincoln, Garfield, Wilson, and Puente High Schools, and East Los Angeles College and Cal State Los Angeles. The time is now. *** Javier Rodríguez[9] is a journalist, blogger, media and political advisor and co-founder of the March 25 Coalition. [ 1]: _http://www.latimes.com/local/lanow/la-me-ln-immigration-arrest-20170425-story.html_ [ 2]: _http://www.latimes.com/local/lanow/la-me-ln-immigration-activist-20170518-story.html_ [ 3]: _https://www.theguardian.com/world/2007/aug/21/usa.edpilkington_ [ 4]: _http://www.uniondevecinos.org_/ [ 5]: _http://www.utla.net_/ [ 6]: _https://www.congress.gov/109/bills/hr4437/BILLS-109hr4437rfs.pdf_ [ 7]: _http://hermandadmexicanatransnacional.org_/ [ 8]: _http://thelatc.org_/ [ 9]: _https://larayueladejavier.wordpress.com_/

**Load-Date:** July 12, 2017

# EXHIBIT 55

## *Activistas denuncian redadas de la Patrulla Fronteriza en Boyle Heights; Piden libertad para dos indocumentados detenidos desde mayo*

La Opinión (Spanish Language)

26 julio 2017

Copyright 2017 ProQuest Information and Learning
All Rights Reserved
Ethnic NewsWatch
Copyright 2017 ImpreMedia Operating Company, LLC Derechos reservados

**Section:** ISSN: 0276590X

**Length:** 364 words

**Byline:** Araceli Martínez Ortega

**Dateline:** Los Angeles, Calif.

## Body

Miembros de la comunidad protestaron afuera del Edificio Federal en el centro de Los Ángeles para exigir la liberación de dos indocumentados que fueron arrestados en Boyle Heights en mayo pasado.

Felizardo Martínez Villa y Sindy Araceli Morataya Ariza fueron detenidos en un operativo de la Patrulla Fronteriza el 18 de mayo. Se trata de la misma redada en Boyle Heights en la que detuvieron a la activista **_Claudia Rueda_** y a siete vecinos más; cuatro de ellos fueron deportados de inmediato.

Martínez Villa vivía atrás del departamento de Rueda. Ha vivido en el país por más de una década. Mantiene a dos hijos que viven en México. Actualmente esta detenido en Arizona.

Morataya Ariza vive en el sur de la ciudad y es madre de dos hijos. Se encuentra detenida en el Centro Mesa Verde de Bakersfield.

"Ella tiene dos hijos de 11 y 7 años que sufren mucho sin su mamá. El hijo mayor tiene una condición médica que ocupa cuidado todo el día. El papá trabaja tiempo completo", explicó Alejandra Ortega de la Coalición de Jóvenes Inmigrantes.

Kenya Alcocer de la Unión de Vecinos se ha dedicado a tocar puertas de los residentes de Boyle Heights después de los operativos que hizo la Patrulla Fronteriza en mayo.

"Fui a tocar puertas y avisarles lo que está pasando, pero también a informarles sobre sus derechos. La gente está muy atemorizada en Boyle Heights. Algunos ni sus carros querían manejar", comentó.

Hizo notar que muchas familias han dejado los departamentos donde la Patrulla Fronteriza llegó a buscarlos. "Estamos hablando de viviendas bajo control de renta. Al irse, los dueños rentan más caro a los que llegan. **Así que la Patrulla Fronteriza está ayudando al aburguesamiento de Boyle Heights"**, expuso.

Criticó que ni el Departamento de Policía de Los Ángeles (LAPD) ni la Ciudad de Los Ángeles hagan nada para impedir que los agentes de la Patrulla Fronteriza vengan y se metan a las casas de los angelinos. "**Los policías de Los Ángeles deben ponerse los pantalones y no permitirles entrar y separar familias**", sentenció.

La Opinión está a la espera de una reacción de las autoridades de migración sobre la situación de Felizardo Martínez y Sindy Ariza.

Activistas denuncian redadas de la Patrulla Fronteriza en Boyle Heights; Piden libertad para dos indocumentados detenidos desde mayo

Crédito: Araceli Martínez Ortega

**Load-Date:** August 2, 2017

---

End of Document

Activists Denounce Border Patrol Raids in Boyle Heights;
Call for freedom for two undocumented detainees since May
La Opinion (Spanish Language)
July 26, 2017

Copyright 2017 ProQuest Information and Learning
All Rights Reserved
Ethnic NewsWatch
Copyright 2017 ImpreMedia Operating Company, LLC Rights reserved

Section: ISSN: 0276590X
Length: 364 words
Byline: Araceli Martínez Ortega
Dateline: Los Angeles, Calif.
Body
Community members protested outside the Federal Building in downtown Los Angeles to demand the
release of two undocumented immigrants who were arrested in Boyle Heights last May.

Felizardo Martínez Villa and Sindy Araceli Morataya Ariza were detained in a Border Patrol operation on
May 18. This is the same raid in Boyle Heights in which activist Claudia Rueda and
seven more neighbors; four of them were immediately deported.

Martínez Villa lived behind the Rueda department. He has lived in the country for more than a decade. Holds two
children living in Mexico. He is currently detained in Arizona.

Morataya Ariza lives in the south of the city and is the mother of two children. She is detained in the Mesa Center
Bakersfield Green.

"She has two children, 11 and 7 years old, who suffer a lot without their mother. The older son has a medical condition that
takes care all day. Dad works full time ", explained Alejandra Ortega of the Youth Coalition
Immigrants.

Neighborhood Union Kenya Alcocer has been dedicated to knocking on Boyle Heights residents after
of Border Patrol operations in May.

"I went to knock on doors and tell them what is happening, but also to inform them of their rights. The people are
very scared in Boyle Heights. Some of them didn't even want to drive, "he said.

He noted that many families have left the departments where the Border Patrol came looking for them.

"We are talking about homes under rent control. When they leave, the owners rent more expensively to those who arrive. So
that the Border Patrol is helping the gentrification of Boyle Heights, "he said.

He criticized that neither the Los Angeles Police Department (LAPD) nor the City of Los Angeles do anything to
stop Border Patrol agents from coming and breaking into the homes of angelenos. The policemen of
Los Angeles must put on their pants and not allow them to enter and separate families, "he said.

La Opinion is awaiting a reaction from the immigration authorities on the situation of Felizardo
Martínez and Sindy Ariza.

Page 2 of 2

Activists Denounce Border Patrol Raids in Boyle Heights; They ask for freedom for two

nees since May

Credit: Araceli Martínez Ortega
Load-Date: August 2, 2017
End of

# EXHIBIT 56

## *Activistas denuncian redadas de la Patrulla Fronteriza en Boyle Heights; Piden libertad para dos indocumentados detenidos desde mayo*

La Opinion

26 julio 2017 miércoles

Copyright 2017 La Opinion L.P. All Rights Reserved

**Section:** LOS ÁNGELES

**Length:** 666 words

**Byline:** Araceli Martínez Ortega

# Body

Miembros de la comunidad protestaron afuera del Edificio Federal en el centro de Los Ángeles para exigir la liberación de dos indocumentados que fueron arrestados en Boyle Heights en mayo pasado.

Felizardo Martínez Villa y Sindy Araceli Morataya Ariza fueron detenidos en un operativo de la Patrulla Fronteriza el 18 de mayo. Se trata de la misma redada en Boyle Heights en la que detuvieron a la activista **_Claudia Rueda_** y a siete vecinos más; cuatro de ellos fueron deportados de inmediato.

Martínez Villa vivía atrás del departamento de Rueda. Ha vivido en el país por más de una década. Mantiene a dos hijos que viven en México. Actualmente esta detenido en Arizona.

Morataya Ariza vive en el sur de la ciudad y es madre de dos hijos. Se encuentra detenida en el Centro Mesa Verde de Bakersfield.

"Ella tiene dos hijos de 11 y 7 años que sufren mucho sin su mamá. El hijo mayor tiene una condición médica que ocupa cuidado todo el día. El papá trabaja tiempo completo", explicó Alejandra Ortega de la Coalición de Jóvenes Inmigrantes.

El operativo

"La Patrulla Fronteriza llegó con engaños a su casa. Tocaron a su puerta para decirle que su carro lo habían golpeado. Sindy mandó llamar a su esposo para que atendiera el asunto. Cuando llegó, los agentes de la Patrulla Fronteriza lo amenazaron y le dijeron que escogieran a quién se llevaban, a él o a su esposa. Decidieron que a ella porque él trabaja y es el proveedor de la casa", se lamentó Ortega.

A Felizardo Martínez Villa se lo llevaron cuando compraba café.

"Estamos trabajando con las familias de ambos, dándoles ánimo, pero también educándolos sobre cómo defenderse, cómo pelear en la corte y cómo sacar fondos para las fianzas", indicó.

Exigen fianzas

Alex Sánchez de la organización Homies Unidos exigió a las autoridades de Migración fijarles una fianza para que puedan salir libres.

"Ellos fueron arrestados injustamente. No son una amenaza para la comunidad. Y tienen familia que está sufriendo un momento muy traumático", señaló.

Activistas denuncian redadas de la Patrulla Fronteriza en Boyle Heights; Piden libertad para dos
indocumentados detenidos desde mayo

Tanto Martínez como Ariza tenían audiencias el martes 25 de julio para ver si el juez les autorizaba una fianza. En el caso de él, el juez dijo que mandaría su decisión en siete días, mientras que la audiencia de fianza para ella fue aplazada hasta agosto.

Ningún miembro de la familia estuvo presente en la manifestación afuera del edificio federal.

"Las familias están aterrorizadas. Algunos de los que han andado en las manifestaciones han sido identificados y arrestados. Por eso hay miedo, pero también resistencia", indicó Marcela Hernández líder de la Coalición de Jóvenes Inmigrantes.

Añadió que la consigna es seguir organizando a la gente porque vaticina que los arrestos continuarán. "Migración tiene una cuota que cumplir. Nosotros tenemos que prepararnos para detener las deportaciones y sacar de la detención a los que arresten", destacó.

Educar a la comunidad

Kenya Alcocer de la Unión de Vecinos se ha dedicado a tocar puertas de los residentes de Boyle Heights después de los operativos que hizo la Patrulla Fronteriza en mayo.

"Fui a tocar puertas y avisarles lo que está pasando, pero también a informarles sobre sus derechos. La gente está muy atemorizada en Boyle Heights. Algunos ni sus carros querían manejar", comentó.

Hizo notar que muchas familias han dejado los departamentos donde la Patrulla Fronteriza llegó a buscarlos. "Estamos hablando de viviendas bajo control de renta. Al irse, los dueños rentan más caro a los que llegan. Así que la Patrulla Fronteriza está ayudando al aburguesamiento de Boyle Heights", expuso.

Criticó que ni el Departamento de Policía de Los Ángeles (LAPD) ni la Ciudad de Los Ángeles hagan nada para impedir que los agentes de la Patrulla Fronteriza vengan y se metan a las casas de los angelinos. "Los policías de Los Ángeles deben ponerse los pantalones y no permitirles entrar y separar familias", sentenció.

La Opinión está a la espera de una reacción de las autoridades de migración sobre la situación de Felizardo Martínez y Sindy Ariza.

# Graphic

Lo manifestantes piden la liberación de Felizardo y Sindy detenidos en Mayo Foto: Aurelia Ventura / Impremedia/La Opinión

**Load-Date:** July 27, 2017

---

Activists Denounce Border Patrol Raids in Boyle Heights;
Call for freedom for two undocumented detainees since May
The opinion
July 26, 2017 Wednesday
Copyright 2017 La Opinion L.P. All Rights Reserved
Section: LOS ANGELES
Length: 666 words
Byline: Araceli Martínez Ortega
Body
Community members protested outside the Federal Building in downtown Los Angeles to demand the
release of two undocumented immigrants who were arrested in Boyle Heights last May.
Felizardo Martínez Villa and Sindy Araceli Morataya Ariza were detained in a Border Patrol operation on
May 18. This is the same raid in Boyle Heights in which activist Claudia Rueda and
seven more neighbors; four of them were immediately deported.
Martínez Villa lived behind the Rueda department. He has lived in the country for more than a decade. It keeps
two children living in Mexico. He is currently detained in Arizona.
Morataya Ariza lives in the south of the city and is the mother of two children. She is detained in the Mesa Center
Bakersfield Green.
"She has two children, 11 and 7, who suffer a lot without their mother. The oldest son has a medical condition that
takes care all day. Dad works full time, "said Alejandra Ortega of the Youth Coalition
Immigrants.
The operative
"The Border Patrol trickled into his home. They knocked on his door to tell him that his car had been

**Exhibit 56, Page 270**

beaten. Sindy sent for her husband to attend to the matter. When he arrived, the Patrol agents

Border threatened him and told him to choose who they took, him or his wife. They decided that to her

because he works and is the provider of the house, "Ortega lamented.

Felizardo Martínez Villa was taken away when he bought coffee.

"We are working with the families of both, encouraging them, but also educating them on how

defend yourself, how to fight in court and how to get funds for bail, "he said.

They demand bonds

Alex Sánchez from the organization Homies Unidos demanded that the immigration authorities set a bond so that

they can go free.

"They were wrongfully arrested. They are not a threat to the community. And they have family that is

suffering a very traumatic moment, "he said.

Page 2 of 2

Activists Denounce Border Patrol Raids in Boyle Heights; They ask for freedom for two

nees since May

Both Martínez and Ariza had hearings on Tuesday, July 25 to see if the judge authorized a bond. In

In his case, the judge said he would send his decision in seven days, while the bail hearing for her was

postponed until August.

No family member was present at the demonstration outside the federal building.

"Families are terrified. Some of those who have walked the protests have been identified and

arrested. So there is fear, but also resistance, "said Marcela Hernández, leader of the Coalition of

Young Immigrants.

**Exhibit 56, Page 271**

He added that the slogan is to continue organizing people because he predicts that the arrests will continue. "Migration You have a quota to meet. We have to prepare to stop deportations and get the
arrest those who arrest, "he said.

Educating the community

Neighborhood Union Kenya Alcocer has been dedicated to knocking on Boyle Heights residents after
of Border Patrol operations in May.

"I went to knock on doors and tell them what's going on, but also to inform them of their rights. People
It is very scared in Boyle Heights. Some of them didn't even want to drive, "he said.

He noted that many families have left the departments where the Border Patrol came looking for them.

"We are talking about homes under rent control. When they leave, the owners rent more expensively to those who arrive. Thus that the Border Patrol is helping the gentrification of Boyle Heights, "he said.

He criticized that neither the Los Angeles Police Department (LAPD) nor the City of Los Angeles do anything to
stop Border Patrol agents from coming and breaking into the homes of angelenos. "The policemen of
Los Angeles must put on their pants and not allow them to enter and separate families, "he said.

La Opinion is awaiting a reaction from the immigration authorities on the situation of Felizardo
Martínez and Sindy Ariza.

Graphic

Protesters call for the release of Felizardo and Sindy detained in May Photo: Aurelia Ventura /
Impremedia / La Opinion

Load-Date: July 27, 2017

End of

**Exhibit 56, Page 272**

# EXHIBIT 57

## #BuenosDíasLA: "Nadie puede amar lo que no conoce"; En honor del Mes de la Herencia Oaxaqueña, compartimos tres historias oriundas del estado sureño

La Opinion

26 julio 2017 miércoles

Copyright 2017 La Opinion L.P. All Rights Reserved

**Section:** LOS ÁNGELES

**Length:** 769 words

**Byline:** Redacción

# Body

En 2013, Gabriela Badillo creó 68 voces 68 corazones, una serie de cuentos indígenas animados narrados en su lengua originaria, bajo la premisa que "Nadie puede amar lo que no conoce".

Badillo hizo el proyecto con el fin de ayudar a fomentar el orgullo, respeto y uso de las lenguas indígenas mexicanas entre hablantes y no hablantes, así como ayudar a disminuir la discriminación que enfrentan muchas de las comunidades que forman parte de la riqueza de México.

El nombre del proyecto procede de los 68 idiomas indígenas que restan en nuestro país vecino. En honor del Mes de Herencia Oaxaqueña, La Opinión se enorgullece en compartir tres historias desde el estado sureño, en mazateco, mixteco y zapoteco :

------------

Hoy en Los Ángeles

Miembros de la comunidad protestaron afuera del Edificio Federal en el centro de Los Ángeles para exigir la liberación de dos indocumentados que fueron arrestados en Boyle Heights en mayo pasado. Felizardo Martínez Villa y Sindy Araceli Morataya Ariza fueron detenidos en un operativo de la Patrulla Fronteriza el 18 de mayo. Se trata de la misma redada en Boyle Heights en la que detuvieron a la activista **_Claudia Rueda_** y a siete vecinos más; cuatro de ellos fueron deportados de inmediato.

Reguladores de calidad de aire han señalado a una planta metalúrgica en la ciudad de Long Beach por excesivas emisiones de cromo hexavalente, un compuesto químico que causa cáncer. Lubeco, Inc. se ubica en la esquina de Downey Avenue y 69th Street. El Distrito de la Calidad del Aire de la Costa Sur (AQMD) solicitó una orden de reducción contra Lubeco, Inc. después de detectar que sus emisiones de cromo hexavalente estaban 18 veces por encima de lo normal en los últimos dos meses. Tales emisiones presentan un riesgo significativo de cáncer a las personas que viven alrededor de la planta. Además, Lubeco, Inc. está a sólo cuadras de dos escuelas.

Newhall Ranch, el proyecto de viviendas más grande del condado de Los Ángeles, acaba de adquirir los permisos necesarios para lanzar la construcción de 21,000 unidades. Dentro de los próximos 15 a 20 años, la constructora Five Point Holdings construirá aproximadamente 21,000 unidades en el Valle de Santa Clarita, las cuales albergarán a unas 60,000 personas. Sin embargo, solamente 10% de las viviendas serán designadas para personas de bajos recursos, por lo cual el proyecto no hará mella en la crisis de vivienda que aflige al condado.

#BuenosDíasLA: "Nadie puede amar lo que no conoce"; En honor del Mes de la Herencia Oaxaqueña, compartimos tres historias oriundas del estado sureño

Suscríbete a nuestro boletín de noticias locales para que te mantengas informado de las últimas novedades noticiosas de nuestra ciudad, sobre eventos importantes, alertas, espectáculos gratuitos, conciertos, curiosidades y mucho más. Haz clic en este enlace.

------------

Estado del tiempo

Tendremos una máxima de 82°F y mínima de 67°F en el centro de Los Ángeles.

------------

Transporte

Un choque automovilístico ha ocasionado el cierre de un carril y demoras de hasta 20 minutos en la autopista 5 rumbo al norte, desde Washington Boulevard hasta Norwalk Boulevard/San Antonio Drive. Procura revisar las condiciones de tránsito antes de emprender tu viaje de esta mañana y esta tarde.

Hasta el momento, Metro no ha reportado demoras en sus líneas de tren. Procura estar al tanto de las demoras en las líneas de tren y autobús dándole clic aquí.

------------

Tuit del día

Can't wait to see Angel's Flight, DTLA's beloved 1901 railway, back in action later this summer! pic.twitter.com/Xyyf2UMAvc

— Mayor Eric Garcetti (@MayorOfLA) July 25, 2017

------------

Foto del d ía

Urgen a llamar a congresistas para que apoyen el Dream Act En Guatemala sufrió discriminación por no hablar el español bien y llegó como menor no acompañada a EEUU Activistas proinmigrantes y jóvenes beneficiados con la Acción Diferida para los Llegados en la Infancia (DACA) urgieron a llamar a sus representantes en el Senado para que apoyen la medida presentada en Washington, D.C. que les daría la residencia. La semana pasada se presentó el Dream Act, una propuesta bipartidista en el Senado para proveer la residencia permanente a los llamados dreamers. Foto Aurelia Ventura/ La Opinión

A post shared by La Opinión (@laopinionla) onJul 25, 2017 at 1:44pm PDT

------------

¡Queremos escuchar tu voz!

Esta sección es para ti. Si tienes alguna información comunitaria, o quieres enviarnos fechas de eventos, cumpleaños, bodas, críticas o correcciones, escribe un email a *vivela@laopinion.com* S íguenos en Twitter en @LaOpinionLA, y no te olvides de visitar el hashtag #BuenosD íasLA en Twitter y Facebook.

Si te gusta esta sección, compártela con un amigo o familiar y pídele que se inscriba a nuestro newsletter.

**Load-Date:** July 27, 2017

#BuenosDíasLA: "Nadie puede amar lo que no conoce"; En honor del Mes de la Herencia Oaxaqueña, compartimos tres historias oriundas del estado sureño

---

**End of Document**

A post shared by La Opinión (@laopinionla) onJul 25, 2017 at
1:44pm PDT

------------

¡Queremos escuchar tu voz!
Esta sección es para ti. Si tienes alguna información comunitaria,
o quieres enviarnos fechas de eventos,
cumpleaños, bodas, críticas o correcciones, escribe un email a
vivela@laopinion.com S íguenos en Twitter en
@LaOpinionLA, y no te olvides de visitar el hashtag #BuenosD
íasLA en Twitter y Facebook.
Si te gusta esta sec

# BuenosDíasLA: "No one can love what he does not know"; In
honor of the month
of the Oaxacan Heritage, we share three stories from the state
southern
The opinion
July 26, 2017 Wednesday
Copyright 2017 La Opinion L.P. All Rights Reserved
Section: LOS ANGELES
Length: 769 words
Byline: Writing
Body
In 2013, Gabriela Badillo created 68 voices, 68 hearts, a series of
animated indigenous stories told in her
original language, under the premise that "No one can love what
he does not know".
Badillo carried out the project in order to help promote pride,
respect and use of indigenous languages
between non-speakers and speakers, as well as helping to reduce

Character limit: 5000

TRANSLATE NEXT 5000

**Exhibit 57, Page 277**

The name of the project comes from the 68 indigenous languages that remain in our neighboring country. In honor of the month of Oaxacan Heritage, La Opinión is proud to share three stories from the southern state, in

Mazatec, Mixtec, and Zapotec:

--------------

Today in Los Angeles

Community members protested outside the Federal Building in downtown Los Angeles to demand the

release of two undocumented immigrants who were arrested in Boyle Heights last May. Felizardo Martinez

Villa and Sindy Araceli Morataya Ariza were detained in a Border Patrol operation on May 18. I know

about the same raid in Boyle Heights in which activist Claudia Rueda and seven neighbors were arrested

plus; four of them were immediately deported.

Air quality regulators have singled out a metallurgical plant in the city of Long Beach for excessive

emissions of hexavalent chromium, a cancer-causing chemical. Lubeco, Inc. is located at the corner of

Downey Avenue and 69th Street. The South Coast Air Quality District (AQMD) requested an order to

reduction against Lubeco, Inc. after detecting that its hexavalent chromium emissions were 18 times

above normal in the last two months. Such emissions present a significant risk of cancer to

people living around the plant. Also, Lubeco, Inc. is just blocks from two schools.

Newhall Ranch, Los Angeles County's Largest Housing Project, Just Acquired Permits

needed to launch the construction of 21,000 units. Within the next 15 to 20 years, the construction company

Five Point Holdings will build approximately 21,000 units in the

Character limit: 5000

TRANSLATE NEXT 5000

**Exhibit 57, Page 278**

homes will be designated for
low-income people, so the project will not make a dent in the
housing crisis afflicting the county.
Page 2 of 3
# BuenosDíasLA: "No one can love what he does not know"; In
honor of Oaxacan Heritage Month,
                           s from the southern state


Sign up to our local newsletter to stay informed of the latest news
news from our city, about important events, alerts, free shows,
concerts, curiosities and
much more. Click on this link.
-------------
Weather
We will have a high of 82 ° F and a low of 67 ° F in downtown Los
Angeles.
-------------
Transport
A car crash has caused a lane to close and delays of up to 20
minutes on Highway 5
Heading north from Washington Boulevard to Norwalk Boulevard
/ San Antonio Drive. Try to review the
traffic conditions before starting your trip this morning and this
afternoon.
So far, Metro has not reported delays on its train lines. Try to be
aware of delays in
the train and bus lines by clicking here.
-------------
Tweet of the day
Can't wait to see Angel's Flight, DTLA's beloved 1901 railway, back
in action later this summer!
pic.twitter.com/Xyyf2UMAvc
- Major Eric Garcetti (@MayorOfLA) July 25, 2017

Character limit: 5000                          TRANSLATE NEXT 5000

**Exhibit 57, Page 279**

They urge to call congressmen to support the Dream Act In
Guatemala he suffered discrimination for not speaking the
Spanish well and came as an unaccompanied minor to the US
Pro-immigrant activists and youth benefited from the
Deferred Action for Childhood Arrivals (DACA) urged to call their
representatives in the Senate to
to support the measure presented in Washington, D.C. that would
give them residence. Last week it showed up
the Dream Act, a bipartisan proposal in the Senate to provide
permanent residence to those called
dreamers. Photo Aurelia Ventura / La Opinion
A post shared by La Opinion (@laopinionla) onJul 25, 2017 at 1:44
pm PDT
_____
We want to hear your voice!
This section is for you. If you have any community information, or
want to send us event dates,
birthdays, weddings, reviews or corrections, write to
vivela@laopinion.com Follow us on Twitter at
@LaOpinionLA, and don't forget to visit the #BuenosD íasLA
hashtag on Twitter and Facebook.
If you like this sec

Character limit: 5000

TRANSLATE NEXT 5000

**Exhibit 57, Page 280**

# EXHIBIT 58



**Exhibit 58, Page 282**



**Exhibit 58, Page 283**











**#COLA4ALL | y'all don't read** 😴 @anthoknees · May 24, 2017
**#FreeClaudia** : Take Action: Urge ICE to Grant Prosecutorial Discretion to Claudia action.ndlon.org/c/1509/p/dia/a... **#not1more** via @immigrantpower

💬    ↻ 6    ♡ 1    📤

**Braelan Murray** @BraelanMurray · May 24, 2017
@ICEgov we urge San Diego Director Archambault grant Claudia R (A#213-081-680), DACA eligible youth. discretion & release her **#FreeClaudia**

💬    ↻    ♡    📤

**bruno** @xabolishprisons · May 24, 2017
Sign + share to **#FreeClaudia**

> 🔴 **#FoodNotRent** @resedajohn · May 23, 2017
> PETITION---Take Action: Urge @ICEgov to Grant Prosecutorial Discretion to #FreeClaudia action.ndlon.org/c/1509/p/dia/a... #not1more via @immigrantpower

💬    ↻ 8    ♡ 5    📤

**Carolina Gamero** @linarocas · May 24, 2017
.@ICEgov we urge SD Director Archambault grant Claudia R (A#213-081-680), DACA eligible youth. discretion & release her NOW! **#FreeClaudia**

💬    ↻    ♡    📤

**jaz ☆** @_darketita · May 24, 2017
wooo **#freeclaudia**

> 🟣 **Jose Huizar** @josehuizar · May 24, 2017
> Replying to @_darketita
> Thank you. my office has made phone calls and sent a letter.

💬    ↻    ♡ 2    📤

**MR** 🇩🇪 🇺🇸 @Gitarre159 · May 24, 2017
Replying to @Europa_1492
**#FreeClaudia** wird Keiner schreien. Gott behüte! 🤭

💬    ↻    ♡ 1    📤

**Which side are you on?** 🔺 **#PutPeopleOverProfiteers** · May 24, 2017
.@ICEgov we urge San Diego Director Archambault grant Claudia R (A#213-081-680), DACA eligible youth. discretion & release her **#FreeClaudia**

💬    ↻    ♡ 1    📤

**Alicia Lippman** @hobbitgirlali · May 24, 2017
**#FreeClaudia**
Take Action: Urge ICE to Grant Prosecutorial Discretion to Claudia action.ndlon.org/c/1509/p/dia/a... **#not1more** via @immigrantpower

💬    ↻    ♡    📤

**UCLA YDSA** 🌹🚩 @uclaydsa · May 24, 2017
@josehuizar we urge you to write a letter of support for Claudia Rueda TODAY. immigration rights activist in Boyle Heights **#FreeClaudia**

💬    ↻    ♡    📤

🟤 **#FoodNotRent** @resedajohn · May 23, 2017
Help keep Saul and his family together! Help him make bail tomorrow! **#FreeSaul #FreeClaudia** youcaring.com/saulcervantesy... via @youcaring

💬 1    ↻ 1    ♡    📤

🟤 **#FoodNotRent** @resedajohn · May 23, 2017
.@josehuizar we urge you to write a letter of support for Claudia Rueda TODAY. immigration rights activist in Boyle Heights **#FreeClaudia**

♡ 1    ↻    ♡    📤

🟤 **#FoodNotRent** @resedajohn · May 23, 2017
Organizations sign on! **#FreeClaudia** Rueda Support Letter

docs.google.com/forms/d/e/1FAI...

💬    ↻    ♡    📤

**jaz ☆** @_darketita · May 23, 2017
@josehuizar we urge you to write a letter of support for Claudia Rueda TODAY. immigration rights activist in Boyle Heights **#FreeClaudia**

♡ 1    ↻    ♡    📤

---

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Search filters**

**People**
From anyone    ✓
People you follow    ○

**Location**
Anywhere    ✓
Near you    ○

Advanced search

**Trends for you**    ⚙

Politics · Trending
**The Onion**
39K Tweets

Politics · Trending
**#25theAmendmentNow**
21.9K Tweets

Politics · Trending
**Breitbart**
83.8K Tweets

Politics · Trending
**Bank of China**
50.3K Tweets

Politics
Politico reports Trump owes tens of millions to the Bank of...

Trending in United States
**Jackboy**
16.4K Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More ⌄
© 2020 Twitter, Inc.

**Exhibit 58, Page 288**





Exhibit 58, Page 290







Exhibit 58, Page 293













Exhibit 58, Page 299



# EXHIBIT 59

U.S. NEWS

# 'Dreamer' Applicant Arrested After Calling for Immigrant Protection



**Exhibit 59, Page 302**



Daniela Vargas speaks about the recent immigration raid that picked her father and brother and others during a news conference Wednesday, March 1, 2017, at the Jackson, Miss., city hall. Rogelio V. Solis / AP

March 1, 2017, 10:14 PM PST / Updated March 1, 2017, 10:33 PM PST

**By Phil Helsel, The Associated Press, Suzanne Gamboa and E.D. Cauchi**

A 22-year-old woman brought to the U.S. illegally as a child was arrested by immigration authorities Wednesday shortly after participating in a news conference in which she asked President Donald Trump to protect her.

Daniela Vargas, a 22-year-old from Argentina, was arrested in what Immigration and Customs Enforcement called a "targeted immigration enforcement action" in Jackson, Mississippi.

After participating at a news conference held by several immigration advocacy groups in Jackson, Vargas was in a car driven by a friend on Interstate 55 when they were pulled over by two law enforcement officers, who turned out to be ICE officers.

**Related: Immigration Hardliners Look Favorably on Trump's Speech**

"We're disappointed they took her under custody today," Vargas' attorney, Nathan Elmore, told NBC News.

Vargas had received protection under the federal Deferred Action for Childhood Arrivals program, commonly known as DACA, but it had expired and she was in the process of trying to reapply, Elmore said. He said her status expired several months ago. DACA status lasts for two years.

Privacy - Terms

**Exhibit 59, Page 303**



**The President's Speech: Will Pres. Trump Turn Rhetoric Into Reality?**

MARCH 1, 201702:17

On Feb. 15, ICE officers arrested Vargas' brother, Alan, 26, and father Daniel, 55, who are in the country illegally, Elmore said.

## The Morning Rundown

Get a head start on the morning's top stories.

> Your Email Address

SIGN UP

THIS SITE IS PROTECTED BY RECAPTCHA **PRIVACY POLICY** | **TERMS OF SERVICE**

Daniela Vargas hid in the closet, but when questioned by ICE agents at the time the agency chose not to arrest her because she claimed to have current status as a so-called "Dreamer," Elmore said and ICE confirmed in a statement. After that encounter, ICE agents learned her status was expired.

Daniela Vargas speaks about the recent immigration raid that picked her father and brother and others during a news conference Wednesday, March 1, 2017, at the Jackson, Miss., city hall. Rogelio V. Solis / AP

**Exhibit 59, Page 304**

The immigration enforcement agency did not say in its statement why Vargas was targeted for arrest. ICE has said a priority is on public safety threats. "ICE does not conduct sweeps or raids that target aliens indiscriminately," agency spokesman Thomas Byrd said.

Vargas was brought to the U.S. when she was 7. She graduated high school in 2013 and just started at the University of Southern Mississippi, The Associated Press reported. Elmore said she does not have a criminal record.

At the rally earlier Wednesday, Vargas described watching her father and brother get arrested. "I was scared for my life," she said.

"A path for citizenship is necessary for DACA recipients but also for the other 11 million undocumented people with dreams," she said. Trump last month said "we're going to show great heart" when asked about the program, and called DACA one of the most difficult subjects he's faced with.

Vargas' case will go before an immigration judge, who could grant relief, ICE said in its statement. Elmore said they will file a motion for a bond hearing.

**Related:** **DHS Told to Start Crackdown on Illegal Border Crossings**

Vargas' arrest came a day after Trump spoke to a joint session of Congress and suggested that a compromise could be reached on immigration reform. His speech was praised by some for a change in tone, although some immigration advocates said it continued a pattern of criminalizing immigrants.

Elmore said that before Trump, "you knew what the priorities were" for ICE deportations.

"You knew what cases ICE deemed most important so that helped you as an attorney, if you were advising somebody to inform them of the gravity of their situation," Elmore said.

But he said Trump's executive orders on immigration enforcement and the border have made things more complicated so that "you are not so certain anymore."

Trump's tough tone on immigration during the campaign and arrests of undocumented immigrants in several states in February prompted fears that ICE was beginning to crack down on immigrants in the U.S. illegally – the agency has said the enforcement actions were routine and not connected to the Trump administration.

One of the people arrested in an ICE raid last month was another "Dreamer," Daniel Ramirez Medina, who was arrested in Washington state. Federal authorities said he has admitted gang ties. His attorneys have denied that and have called the claim fabricated.

A federal judge has denied a request that Ramirez, 23, be released, and last week said he would not hold an immediate hearing to consider releasing him.



Phil Helsel

Phil Helsel is a reporter for NBC News.

Privacy - Terms

**Exhibit 59, Page 305**

# EXHIBIT 60

ICE Intimidates Latino Community with Arrest of DACA Recipient Practicing Free Speech    Sign In    Join HuffPost Plus    



AdChoices ▷

**UnidosUS, Contributor**
The largest national
Latino civil rights and
advocacy organization
in the United States.

# ICE Intimidates Latino Community with Arrest of DACA Recipient Practicing Free Speech

03/03/2017 04:25 pm ET



Earlier this week in Jackson, Miss., 22-year-old Dany Vargas stood bravely before reporters to speak about the fear that she and many of her friends and family have of being deported at any moment under a new administration that has targeted the Latino community.

Dany's fears are real. After all, it was just two weeks ago that she watched her father get arrested outside their home. She literally hid inside her bedroom closet for fear that she too could be deported. Dany's father and her brother were arrested, detained, and are currently awaiting deportation. Despite her fears after watching her family members taken away, Dany spoke eloquently about being a DREAMer and how much she wants to contribute to her country, which she has called home since she was seven years old.

As a DACA recipient, Dany has been able to work as a store manager, and has dreams of being a math teacher. But, her DACA status lapsed after she was unable to pay the $500 fee that is required every two years to maintain the status. However, Dany did save up the money she needed, and last month got her paperwork in order so that she could begin the renewal process. Since her application is pending, what happened next was shocking.

Minutes after speaking to reporters outside Jackson City Hall, ICE officials followed Dany and her friend's car and pulled them over. According to Univision, Dany's friend, Jordan Sanders, said that ICE agents allegedly opened the car door saying "you know who we are and you know why we're here." Moments later she was handcuffed and taken into custody. Her attorney told ICE that she had a pending DACA case, but ICE

This post was published on the now-closed HuffPost Contributor platform. Contributors control their own work and posted freely to our site. If you need to flag this entry as abusive, send us an email.

*TRENDING*

**Conservative Website Names Trump's Coronavirus 'Day That Will Live in Infamy'**

**Lysol Maker Warns People Not To Inject Disinfectants After Trump Comments**

**Dr. Sanjay Gupta On Trump Claim Injecting Disinfectant Needs Study: 'Actually It Doesn't'**

**Stephen Fry Reveals How Right-Wing Media Crippled America's Coronavirus Defense**

**Exhibit 60, Page 307**

agents claimed that she was listed as a "visa overstay" and would have to be
detained.

*Release Dany from detention NOW! #FreeDany #FreeDaniela*

*Sign & share this petition widely! #HereToStayhttps://t.co/sK4A7S5haa*
*pic.twitter.com/aIWe3wrJRN*

— United We Dream (@UNITEDWEDREAM) March 3, 2017

Outrage over the detention was sparked almost immediately and many question the
motives of ICE, pointing to retaliation for her outspokenness about her fear of
deportation.

"Deporting a 22-year old DREAMer who goes to school, pays taxes, works to help
support her family, and has no criminal background has little to do with keeping
America safe," said NCLR President and CEO Janet Murguía. "Daniela Vargas isn't a
threat to our country; she is part of our hope for its future. She is being penalized for
having the courage to stand up and speak openly about the plight of immigrant
families contributing to this country every day."

In the wake of her sudden detention, advocates at United We Dream have started a
petition to #FreeDany. So far, more than 20,000 signatures have been collected. Add
your name and join the chorus of voices demanding that Dany be released.

The chilling effect this action is already having on people cannot be understated. Dany
has been made an example simply for having the temerity to speak out against an
administration that has targeted her hardworking family.

"For exercising that core American right to freedom of speech, she has been removed
from her home and her family," said Murguía. "This isn't about justice, it's about the
harassment and intimidation. The president has better uses of ICE than this."

*This was first posted to the* NCLR Blog.

~~BEFORE YOU GO~~

Content loading...

Wake up to the
day's most
important news.

Subscribe to The Morning Email.

address@email.com

**SUBSCRIBE**



AdChoices

# EXHIBIT 61

4/23/2020    Ellen Schwartz on the arrest of human rights defenders José Enrique Balcazar Sanchez and Zully Victoria ... | Partners ...

Case 2:18-cv-09276-DMG-PLA   Document 67-4   Filed 04/27/20   Page 311 of 412   Page ID
#:1006



**DIGNITY & RIGHTS**
(https://dignityandrights.org)

ABOUT(HTTPS://DIGNITYANDRIGHTS.ORG/ABOUT/)

OUR VISION(HTTPS://DIGNITYANDRIGHTS.ORG/ABOUT/#VISION)

OUR OBJECTIVES(HTTPS://DIGNITYANDRIGHTS.ORG/ABOUT/#OBJECTIVES)

OUR MISSION(HTTPS://DIGNITYANDRIGHTS.ORG/ABOUT/MISSION-VISION/)

OUR HISTORY(HTTPS://DIGNITYANDRIGHTS.ORG/ABOUT/#HISTORY)

STAFF & BOARD(HTTPS://DIGNITYANDRIGHTS.ORG/ABOUT/TEAM/)

OUR WORK(HTTPS://DIGNITYANDRIGHTS.ORG/OUR-WORK/)

A NEW SOCIAL CONTRACT(HTTPS://DIGNITYANDRIGHTS.ORG/INITIATIVE/A-NEW-SOCIAL-CONTRACT/)

DIGNITY IN SCHOOLS(HTTPS://DIGNITYANDRIGHTS.ORG/INITIATIVE/DIGNITY-IN-SCHOOLS/)

HEALTH CARE(HTTPS://DIGNITYANDRIGHTS.ORG/INITIATIVE/HEALTHCARE/)

PUBLIC BUDGETS(HTTPS://DIGNITYANDRIGHTS.ORG/INITIATIVE/PUBLIC-BUDGETS/)

LAND AND HOUSING(HTTPS://DIGNITYANDRIGHTS.ORG/INITIATIVE/LAND-AND-HOUSING/)

LOW-WAGE WORKERS(HTTPS://DIGNITYANDRIGHTS.ORG/INITIATIVE/LOW-WAGE-WORKERS/)

MEDIA(HTTPS://DIGNITYANDRIGHTS.ORG/NEWSROOM/)

NEWS(HTTPS://DIGNITYANDRIGHTS.ORG/NEWSROOM/)

EPISODES(HTTPS://DIGNITYANDRIGHTS.ORG/EPISODES/)

VIDEOS(HTTPS://DIGNITYANDRIGHTS.ORG/TYPES/VIDEOS/)

RESOURCES(HTTPS://DIGNITYANDRIGHTS.ORG/RESOURCES/)

# ELLEN SCHWARTZ ON THE ARREST OF HUMAN RIGHTS DEFENDERS JOSÉ ENRIQUE BALCAZAR SANCHEZ AND ZULLY VICTORIA PALACIOS RODRIGUEZ

DATE: MARCH 23, 2017



SIGN UP (HTTPS://DIGNITYANDRIGHTS.SALSALABS.ORG/SIGNUP/INDEX.HTML)    DONATE (HTTPS://DIGNITYANDRIGHTS.SALSALABS.ORG/DONATE/INDEX.HTML)

(https://twitter.com/Partner4Dignity)    (https://www.facebook.com/PartnersForDignityRights)

## FIRST THEY CAME FOR THE IMMIGRANTS ...

by Ellen Schwartz

On March 18, Immigration and Customs Enforcement (ICE) officers arrested human rights defenders and community leaders José Enrique Balcazar Sanchez and Zully Victoria Palacios Rodriguez as they were on their way home from a meeting in Burlington. Balcazar and Palacios are active leaders with the human rights organization Migrant Justice, and are the second and third immigrant workers to be arrested last week. Cesar Alexis Carrillo Sanchez was arrested last Wednesday outside of the Edward J. Costello courthouse in Burlington. He was on his way to a dismissal hearing stemming from a 2016 arrest. His charges were dismissed while he was in ICE custody. In addition to Balcazar, Palacios and Carrillo, two other Migrant Justice leaders have been arrested by ICE within the past year.

This site uses functional cookies and external scripts to improve your experience.    My settings    **Accept**

The arrests of Balazar and Palacios were politically motivated attacks on community leaders who have fought tirelessly to defend and advance the rights of Vermont's immigrant community. Within the past six months, ICE agents informed other arrested Migrant Justice leaders that Balcazar was in line for arrest and deportation. Migrant Justice informed Sens. Patrick Leahy and Bernie Sanders of these threats.

Balcazar has lived in the state since 2011, when he began working as one of laborers in Vermont's iconic dairy industry. He joined Migrant Justice in 2012 and helped to lead the successful campaign for driver's licenses for all Vermont residents. He has represented farmworkers at numerous national gatherings and coalitions and has received an invitation to speak at Harvard University on April 1 about the Milk with Dignity Program, which is designed to ensure that farms in the dairy supply chain meet human rights standards in the treatment of their workers. Ben & Jerry's promised to implement this program in 2015 after Balcazar helped lead a grassroots campaign. At the time of his arrest, Balacazar was involved in building support to call on Ben & Jerry's to follow through on its 2015 commitment, which has yet to be implemented. Not coincidentally, the two Migrant Justice members arrested last year — Victor Diaz and Miguel Alcudia — were also Milk with Dignity campaign leaders.

Zully Palacios is an active member of Migrant Justice who has participated in Migrant Justice assemblies, learning about the reality that dairy farmworkers face in Vermont. Since 2015 she has led presentations, participated in an immigrant women's group, and shared know-your-rights information with the immigrant community. She also participated in the campaign to secure a commitment from Ben & Jerry's to join the Milk with Dignity Program.

While it is no surprise that ICE refutes claims that these arrests were politically motivated, Attorney General TJ Donovan's choice to defer to ICE's "purview" is shocking and disheartening. In a VTDigger article (https://vtdigger.org/2017/03/21/vermonts-delegation-weighs-arrests-undocumented-immigrants/) published on March 21, Donovan states that ICE is "well within their purview," and that he does not believe the arrests of these Migrant Justice leaders were politically motivated. Unfortunately, Donovan came to ICE's defense without the facts. ICE has been surveilling and targeting human rights defenders these past weeks in Mississippi, New York, Seattle and Texas. Does Donovan truly believe that the Trump administration is above such activity, and that ICE and the Border Patrol wouldn't carry out Trump's hateful and racist orders?

In an era when the president of the United States casually refers to immigrants as criminals and "bad hombres," attempts to ban people from seven majority Muslim countries, and pursues a ruthless immigration policy that tears apart hard-working families and communities, we should expect more from an elected leader like Donovan. Regardless of ICE's "purview," Donovan should condemn these arrests, not tacitly justify them.

Given Balcazar's willingness to be a high profile spokesperson, his arrest in particular is designed to sow fear within the immigrant community, pushing workers into the shadows where they are susceptible to exploitation and abuse. Left unchallenged, the perception of reprisal surrounding his arrest will create harmful ripple effects for undocumented workers, and indeed for all people exercising free speech rights in support of vulnerable groups, not only in Vermont but across the country. TJ Donovan's comment serves to normalize an attack on Vermont residents who deserve human rights protections not only as workers or immigrants, but as human beings.

Donovan may lack legal authority in this matter, but his voice as an elected leader of Vermont's law enforcement agencies is critical. His refusal to openly criticize ICE's actions is unacceptable. In a galling twist of irony, Balcazar sits on the attorney general's immigration task force, yet Donovan is unwilling to go to the mat for him and for the rights of immigrants when they are arrested and threatened with deportation. Donovan's position sends a chilling message to immigrants in Vermont: Stand up for your rights, and the attorney general's office will leave you out in the cold.

With the rhetoric and executive orders coming out of Washington, the need for elected officials to take bold, daring positions in defense of human rights has never been greater. Staying within the politically neutral comfort zones of symbolic bills and feel-good press conferences will not do. Nor will standing aside because, technically, no state law enforcement was involved or excusing inaction because this is a federal issue. This is a Vermont issue, involving the unjust treatment of Vermonters by a federal law enforcement agency whose functions our elected leadership has refused to have local officials carry out.

This site uses functional cookies and external scripts to improve your experience.      My settings      **Accept**

**Exhibit 61, Page 311**

4/23/2020    Ellen Schwartz on the arrest of human rights defenders José Enrique Balcazar Sanchez and Zully Victoria Palacios Rodriguez - Partners …

Case 2:18-cv-09276-DMG-PLA   Document 67-4   Filed 04/27/20   Page 313 of 412   Page ID #:1008

As a human rights organization, the Vermont Workers' Center sees an attack on anyone in our communities as an attack on all of us. We should all be outraged. We are talking about the imprisonment and deportation of human beings: friends, partners, fathers, mothers, sons and daughters. It is time to fight back, and we need people like Attorney General Donovan to become true champions of the rights of all Vermonters.

The clock is ticking, Mr. Donovan. Defenders of immigrant workers' rights are under attack. On which side of history will you stand?



(https://www.facebook.com/sharer/sharer.php?u=https%3A%2F%2Fdignityandrights.org%2F2017%2F03%2Fellen-schwartz-on-the-arrest-of-human-rights-defenders-jose-enrique-balcazar-sanchez-and-zully-victoria-palacios%2F)



(https://twitter.com/share?text=Ellen+Schwartz+on+the+arrest+of+human+rights+defenders+Jos%C3%A9+Enrique+Balcazar+Sanchez+and schwartz-on-the-arrest-of-human-rights-defenders-jose-enrique-balcazar-sanchez-and-zully-victoria-palacios%2F)

| EMAIL ADDRESS | JOIN US |
| --- | --- |



# DIGNITY & RIGHTS
(https://dignityandrights.org)

ABOUT(HTTPS://DIGNITYANDRIGHTS.ORG/ABOUT/)    OUR WORK(HTTPS://DIGNITYANDRIGHTS.ORG/OUR-WORK/)

MEDIA(HTTPS://DIGNITYANDRIGHTS.ORG/MEDIA/)    RESOURCES(/RESOURCES/)

CONTACT(HTTPS://DIGNITYANDRIGHTS.ORG/CONTACT/)

SIGN UP(HTTPS://DIGNITYANDRIGHTS.SALSALABS.ORG/SIGNUP/INDEX.HTML)

DONATE(HTTPS://DIGNITYANDRIGHTS.SALSALABS.ORG/DONATE/INDEX.HTML)

(https://twitter.com/Partner4Dignity)  (https://www.facebook.com/PartnersForDignityAndRights)  (https://www.youtube.com/c/PartnersforDignityRights?sub_confirmation=1)
PRIVACY POLICY (/PRIVACY-POLICY)

This site uses functional cookies and external scripts to improve your experience.    My settings    Accept

**Exhibit 61, Page 312**

# EXHIBIT 62

# Protesters decry farmworkers' arrest after Ben & Jerry's march

| Staff and wire reports | Published 1:59 p.m. ET June 19, 2017 | **Updated** 7:05 p.m. ET June 19, 2017 |
| --- | --- |



*(Photo: WILSON RING/AP)*

MONTPELIER - More than two dozen protesters showed support Monday for two immigrant dairy farmers arrested after marching to a Ben & Jerry's factory to call for better pay and living conditions on farms that provide milk to the ice cream maker.

Mexican immigrants Yesenia Hernandez-Ramos and Esau Peche-Ventura were arrested Saturday and were being held on immigration charges, the Vermont Department of Corrections said.

U.S. Border Patrol representatives said the farmworkers were stopped by an agent during a routine check near the U.S.-Canada border.

**RELATED:**  Scores of farm workers, activists march on Ben & Jerry's (/story/news/2017/06/19/scores-farm-workers-activists-march-ben-jerrys/408404001/)

"They appeared to the agent to have come across the border," said Brad Brant, special operations supervisor at the Border Patrol station in Swanton.

"As part of routine operations, the agent stopped the vehicle and during questioning determined the occupants may be illegally present in the U.S.," the U.S. Border Patrol said in a statement provided by spokeswoman Stephanie Malin. "The two occupants were taken to the Border Patrol station for further investigation where they were arrested for immigration violations."

The pair was turned over to the Enforcement and Removal Operations (https://www.ice.gov/ero) unit of the federal Immigration and Customs Enforcement agency.

**RELATED:**
- **Dismissed charge. Still jailed. Here's why. (/story/news/2017/03/30/migrant-justice-activists-dui-arrest-scrutinized/99820244/)**
- **Released Migrant Justice workers speak out at BTV rally (/story/news/local/2017/03/28/aclu-ice-arrests-jeff-sessions-defunding-threats-migrant-justice-rally-burlington/99704610/)**
- **A (/story/news/2017/06/19/scores-farm-workers-activists-march-ben-jerrys/408404001/)ctivists march on Ben & Jerry's** (/story/news/2017/06/19/scores-farm-workers-activists-march-ben-jerrys/408404001/)

The immigrant rights group Migrant Justice said the farmworkers were arrested as they were returning to the farm where they work and live in Franklin County.

Protesters demonstrated Monday afternoon outside a U.S. Immigration and Customs Enforcement office in St. Albans and in the morning at a correctional facility in South Burlington where Hernandez-Ramos was being held.

"We were there to denounce the arrest of Esau and Yesenia and to call on ICE to use their discretion to release them back to their families, back to their cor                                         ntinue to raise their voice for their dignity and human rights," said Will Lambek, an org

4 free articles left.
$5 for 3 months. Save 83%.

**Exhibit 62, Page 314**

**Get the News Alerts newsletter in your inbox.**

Get alerted to the latest stories to stay on top of the news.

Delivery: Varies

Your Email →

The state has about 1,000 Latino farm workers working or seeking work, and many are in the country illegally.

Migrant Justice says several of its leaders have been targeted for arrest by ICE in the past year.



**The boundary marker cut into the forest marks the line between Canadian territory on the right and Vermont on the left.** *(Photo: Joe Raedle/Getty Images, file)*

Among them were Enrique Balcazar and Zully Palacios, who protested Monday. They were arrested in March and released later that month.

Lambek said a lawyer had met with Hernandez-Ramos and Peche-Ventura on Monday.

A Ben & Jerry's spokesman said Saturday before scores of dairy farm workers and activists marched 13 miles from the Statehouse to the Waterbury factory (/story/news/2017/06/19/scores-farm-workers-activists-march-ben-jerrys/408404001/) that the company was eager to reach an agreement with farm workers, and negotiations were underway.

4 free articles left.
$5 for 3 months. Save 83%.

Buy Photo

**Exhibit 62, Page 315**



**Members of Migrant Justice demonstrate outside the Ben & Jerry's scoop shop in Burlington during the ice cream company's Free Cone Day on Tuesday, April 4, 2017.** *(Photo: GLENN RUSSELL/FREE PRESS)*

The Milk with Dignity program was created in 2014 by farmworkers and Migrant Justice to ensure that farms provide them fair wages and working conditions and decent housing. In 2015, Ben & Jerry's agreed to join the program. Since then, the two sides have been negotiating over the details.

Ben & Jerry's released a statement Monday in response to the arrests:

"We are concerned that hard-working, productive members of our community, who contribute to the success of dairy farms in Vermont, would face criminalization," it said. "We need policy change that serves Vermont's dairy workers, farmers, and industry as a whole."

*Contributing: Lisa Rathke of The Associated Press; Nicole Higgins DeSmet and April McCullum of the Burlington Free Press.*

Read or Share this story: https://www.burlingtonfreepress.com/story/news/local/vermont/2017/06/19/border-patrol-arrests-2-immigrants-east-franklin/408333001/

**4** free articles left.
**$5 for 3 months. Save 83%.**

**Exhibit 62, Page 316**

# EXHIBIT 63

**Local News**

## The Seattle Times

# ICE tracks down immigrant who spoke to media in SW Washington: 'You are the one from the newspaper'

Originally published December 3, 2017 at 6:00 am | *Updated December 5, 2017 at 12:49 pm*



Baltazar "Rosas" Aburto Gutierrez at work in Pacific County
(Courtesy of Gladys Diaz)

**After talking to The Seattle Times about his girlfriend's arrest by immigration officials, a Pacific County man was detained himself. He said an agent told him it was because of what had been written.**

 By Nina Shapiro

*Seattle Times staff reporter*

A man who recounted his longtime girlfriend's arrest in a Seattle Times story about ramped-up immigration enforcement in Pacific County last month has now been detained, and says U.S. Immigration and Customs Enforcement (ICE) agents told him the arrest was because he was in the newspaper.

**Exhibit 63, Page 318**

Baltazar "Rosas" Aburto Gutierrez, speaking by phone from the Northwest Detention Center, where he is being held, said he got off work about 4 a.m. Monday — he harvests clams around Willapa Bay — went back to his Ocean Park home and, a few hours later, headed to Okie's Thriftway Market for coffee and eggs.

An SUV blocked his path into the parking lot, he said. An ICE agent got out and approached his car.

---

**Related**

### A Washington county that went for Trump is shaken as immigrant neighbors start disappearing

**Opinion:** ICE arrest of immigrant who spoke to press is troubling



---

"You are Rosas," the agent said, according to Aburto Gutierrez. "You are the one from the newspaper."

Aburto Gutierrez, 35, was not identified by name in The Seattle Times, though his nickname appeared in the Chinook Observer in an August story about his girlfriend,

Gladys Diaz, and her arrest by immigration officials who he said answered an online ad she placed to sell a homemade piñata.

Let me park, Aburto Gutierrez told the agent. After he did and faced them, he asked: "Why are you arresting me?"

"My supervisor asked me to come find you because of what appeared in the newspaper," the agent said, according to Aburto Gutierrez, relating the conversation in Spanish. The agent spoke in English, not a language the Mexican-born Aburto Gutierrez speaks fluently.

ADVERTISING

Aburto Gutierrez said he nevertheless understood — and concluded that his arrest was retaliation.

"We don't retaliate," ICE spokeswoman Lori Haley, speaking generally, told The Seattle Times when initially asked about Aburto Gutierrez's arrest. She said she would look into this case specifically and provide more information.

She later sent a written statement that confirmed his arrest and detention but said nothing about whether ICE was retaliating against Aburto Gutierrez, or what role the newspaper story might have played in his arrest. Pressed on those points by phone, Haley declined to comment.

**Exhibit 63, Page 320**

4/23/2020                    ICE tracks down immigrant who spoke to media in SW Washington, 'You are the one' from the newspaper | The Seattle Times

Case 2:18-cv-09276-DMG-PLA    Document 67-4    Filed 04/27/20    Page 322 of 412    Page ID
                                              #:1017

"It certainly is troubling," said Northwest Immigrant Rights Project legal director Matt Adams when told Aburto Gutierrez's account of his arrest. Adams said there might be grounds for exploring whether ICE's actions violated Aburto Gutierrez's right to free speech.

The Pacific County man said he cannot afford a lawyer or the $25,000 bond needed to be released from the detention center. He said he has not yet been given a court date.

Aburto Gutierrez said he has lived in the U.S. for 18 years. Crossing the border into California, the then-17-year-old made his way to Eastern Washington, where he had relatives who picked apples. He moved to Pacific County three years later after hearing its seafood industry was hiring and paying good wages.

Meeting in November to talk about his girlfriend's arrest, he called himself a fool for thinking it was easy to make money in the U.S. He said he worked seven days a week, 10 hours a day, in an industry that pays according to volume.

But he and Diaz, who met in Pacific County, created a life there. They had kids. While he harvested clams, she looked after the children and, sometimes, made and sold piñatas.

That came to an end when Diaz, along with their children, went to a bank parking lot in June to meet someone who had answered her online ad for a piñata. ICE agents were waiting.

Before taking her away, they walked her home to deliver their kids to Aburto Gutierrez.

"Why you don't take us all?" he recalled asking the agents, since he also was here illegally.

They said Diaz had a prior deportation order — which stemmed from a decade ago when she was caught trying to sneak across the border, sent back and barred from re-entering the country — and he didn't.

"ICE conducts targeted immigration enforcement in compliance with federal law and agency policy, and at times, exercises prosecutorial discretion when the circumstances of a particular case have extenuating factors like the care of minor children or an alien's medical condition," said the statement sent by Haley, which referred to the June encounter with Aburto Gutierrez.

"This does not mean an alien is exempt from future immigration enforcement."

**Exhibit 63, Page 321**

Given the unusual piñata sting operation, Diaz's arrest was widely discussed in Pacific County. And it has served as an example of the way ICE in recent months has been taking away longtime residents with no apparent criminal records, despite President Donald Trump's talk during his campaign about Mexicans he said were committing heinous crimes in the U.S.

Under Trump, ICE has said, it focuses on those who pose a threat to "national security, public safety and border security," just as it did in the later years of President Barack Obama's tenure. But Trump has broadened the categories of those deemed threatening while at the same time freeing agents to arrest anyone else they deem fit.

Even in a county that went for Trump in the election, ICE's actions have been controversial. Beautiful but poor, this part of Southwest Washington depends on immigrant labor for its limited economy, revolving around seafood, cranberries and tourism.

Eventually, Diaz was deported and now lives, with their children, in a small town near Puerto Vallarta.

Speaking by phone this week, she broke into sobs as she talked about her boyfriend's arrest. She said she would like to help him but doesn't know how. She also worried about how she and her children would manage financially. Aburto Gutierrez has been sending money to support them.

He said he had intended to save money for another year in the U.S. and then to reunite with his family in Mexico. But he doesn't want to be deported, he said, because that usually involves being barred from the U.S. for many years.

He said he wants to come back here when his children, who are U.S. citizens, are older and might help him live here legally.

So rather than volunteer to go back to Mexico, he said, he wants to stay and fight.


*Seattle Times news artist Gabriel Campanario contributed to this report.*
*Nina Shapiro: 206-464-3303 or nshapiro@seattletimes.com. On Twitter @NinaShapiro*

# EXHIBIT 64

Case 2:18-cv-09276-DMG-PLA Document 67-4 Filed 04/27/20 Page 325 of 412 Page ID #:1020

**NEWS** > **IMMIGRATION**

# Husband of Peruvian woman taking sanctuary at Boulder church detained by ICE



Paul Aiken, Daily Camera

Ingrid Encalada Latorre, holding her son Anibal, 1, tears up as she recalls her husband's call to tell he had been detained by ICE agents on Thursday. The Unitarian Universalist Church of Boulder, where Encalada Latorre has been taking sanctuary, held a rally in support of the family. With Encalada Latorre are friends Jeanette Vizguerra, left, and Luz Beltran, at right.

By **JOHN BEAR** | bearj@dailycamera.com and **JENN FIELDS** |

jfields@denverpost.com | Boulder Daily Camera

PUBLISHED: January 11, 2018 at 10:17 p.m. | UPDATED: January 12, 2018 at 12:14 a.m.

**Exhibit 64, Page 324**

140

When Ingrid Encalada Latorre's husband, Eliseo Jurado, stopped by a Westminster Safeway on Thursday to pick up some items for his 9-year-old stepson, Bryant, and 2-year-old son, Anibal, she didn't anticipate that six agents from Immigration and Customs Enforcement would snatch him.

"This is an attack on me," Encalada Latorre said through an interpreter inside the Boulder Unitarian Universalist Church, where she has taken sanctuary for less than a month to avoid deportation to her native Peru.

"We were texting at that very moment," she said. "He sent me an alert message. I kept trying to call him and I didn't hear anything for five minutes. Then, I got really scared. At that moment, I kept thinking, 'I hope it's not ICE.'"

Her fear was confirmed when her sister-in-law called her a short time later to say that Jurado had been picked up and detained.

"I hope that they will not deny him a bond," she said.

**'ICE targets criminal aliens whenever and however they come to our attention'**

ICE confirmed in an email that deportation officers with the agency's enforcement and removal operation arrested Jurado — who it has identified as 30-year-old Eliseo Jurado-Fernandez — for immigration violations.



**Exhibit 64, Page 325**

Case 2:18-cv-09276-DMG-PLA   Document 67-4   Filed 04/27/20   Page 327 of 412   Page ID #:1022

"By his own admission, Jurado-Fernandez illegally entered the United States in 2004," the statement read. "He has a 2007 criminal conviction in Adams County, Colorado, for driving while ability impaired (DWAI), as well as three other misdemeanor criminal convictions. He remains in ICE custody pending disposition of his case before an Immigration Judge."

Field Office Director Jeffrey Lynch said in statement that Jurado came to the agency's attention during an investigation into Encalada Latorre but said his arrest has nothing to do with his wife taking sanctuary. He added that "Jurado-Fernandez has numerous criminal convictions, in addition to illegally entering the United States, which is also a crime.

"Contrary to misguided speculation, ICE did not target Jurado-Fernandez in retaliation for Encalada Latorre taking sanctuary from deportation in a Colorado church," he said. "In accordance with its critical public safety mission, ICE targets criminal aliens whenever and however they come to our attention."

**Encalada Latorre taking sanctuary in third church**

Encalada Latorre first claimed sanctuary in December 2016 at Mountain View Friends Meeting House in Denver but left after she acquired a court date in an effort to overturn a felony conviction for possessing falsified or stolen identity papers.

When a Jefferson County judge denied her request, she appealed to Gov. John Hickenlooper for a pardon, which was also denied. Encalada Latorre was scheduled for deportation to Peru in October, as her final stay of removal expired. Instead, she sought sanctuary in Foothills Unitarian Church in Fort Collins and presently at the UUCB in Boulder.

She is the first person to take sanctuary at the Boulder church when it declared itself a sanctuary for undocumented immigrants in late October after 90 percent of its congregation voted in favor of the move.

Her husband was born in Mexico and came to the United States illegally as a teenager. His father is a United States citizen, and his mother is a permanent resident. Jurado, Encalada Latorre said, had no arrest order and has had no criminal record in the eight years she has known him.

Both of the couple's children are United States citizens.

**Sanctuary numbers have doubled since 2016 election**

**Exhibit 64, Page 326**

Case 2:18-cv-09276-DMG-PLA   Document 87-4   Filed 04/27/20   Page 328 of 412   Page ID #:1023

The number of people claiming sanctuary in churches, temples and other houses of worship has doubled since the 2016 election, according to information from Church World Service, the national organizer for the modern sanctuary movement. This fall, Colorado became the state with the most people living in sanctuary — five statewide — to escape deportation. New Mexico and North Carolina are close behind, with four people living in sanctuary.

By claiming sanctuary in a church, temple or mosque, people seeking deportation are relying on an ICE policy for "sensitive locations" that prohibits enforcement action at places of worship, hospitals and schools, among other areas.

ICE has been ramping up enforcement since last year, when President Donald Trump issued an executive order on Jan. 25 on border security and immigration enforcement that broadened ICE's enforcement priorities.

"It's clear through the detention of one of our leaders today, Ravi Ragbir (in New York), and now Ingrid's husband, that ICE is escalating the attack on the Sanctuary Movement which includes all of the faith communities involved," said the Rev. Noel Andersen, of Church World Service, the D.C.-based national organizer for the sanctuary movement, via text message.

The original sanctuary movement started in the 1980s in Arizona, when churches began helping refugees from wars in Central America escape deportation, but quickly spread around the country. The current movement began during the Obama administration.

In 2016, the number of churches, temples and mosques around the country that declared themselves sanctuaries was about 400. The number doubled in the year after the presidential election, according to information from Church World Service.

**'It's inhumane, it's immoral and it's cruel'**

The congregation at UUCB and members of the public spent Thursday evening drawing up notarized letters of support for Jurado, and an online fundraising effort has been launched to help pay for his bond, should he be granted one.

Speaking to the congregation, Jeanette Vizguerra, of the Metro Denver Sanctuary Coalition, called the tactics employed by ICE and the Department of Homeland Security outright cruel, because the agencies are not just pursuing people in the immigration system, but also their families.

**Exhibit 64, Page 327**

"We saw ICE following Eliseo to a store and going after him without any arrest order signed by a judge," Vizguerra said. "It's inhumane, it's immoral and it's cruel."

Vizguerra said that Encalada Latorre, who wears an electronic monitoring bracelet, has been called repeatedly with claims that the bracelet isn't functioning properly, and she has been asked to come to the office and have the bracelet checked.

"They know she is here in sanctuary," she said. "Clearly what they did today is to put pressure on Ingrid so she will come out of the church."

Encalada Latorre said that her husband is the breadwinner of the family, pays all the bills and provides the financial support. The worst part of the experience, however, was telling her children their father wouldn't be coming home.

"He was just going to the store," she said. "This is inhumane, that immigration is doing this. How can the children be held responsible for this? It really pains me what is happening. I hope to see him again. Soon."

Donations can be sent to youcaring.com/eliseojurado-1066455.

*John Bear: 303-473-1355, bearj@dailycamera.com or twitter.com/johnbearwithme*

*This story originated on dailycamera.com.*

# Popular in the Community

AdChoices ▷      Sponsored

**Exhibit 64, Page 328**



**Ranker**

You may have heard of Abby and Brittany Hensel before, either on Oprah, in Time Magazine, or on their TLC TV special. Abigail and Brittany Hensel…

140



**Exhibit 64, Page 329**

# EXHIBIT 65

Case 2:18-cv-09276-DMG-PLA   Document 67-4   Filed 04/27/20   Page 332 of 412   Page ID
#:1027

The Washington Post

**Powerpost**

# ICE has detained or deported prominent immigration activists

By Maria Sacchetti and
David Weigel
January 19, 2018

U.S. Immigration and Customs Enforcement has detained or deported several prominent immigrant activists across the country, prompting accusations from advocates that the Trump administration is improperly targeting political opponents.

Detention Watch Network, a nonprofit that tracks immigration enforcement, said this week that several activists have been targeted recently, including Maru Mora Villalpando in Washington state, Eliseo Jurado in Colorado, and New York immigrant leaders Jean Montrevil and Ravi Ragbir.

"They're trying to intimidate people," said Rep. Jerry Nadler (D-N.Y.), the ranking Democrat of the House Judiciary Committee. "These are well-known activists who've been here for decades, and they're saying to them: Don't raise your head."

A top ICE official denied that the agency is targeting immigrants for deportation because of their activism. The agency says its priorities are immigrants who pose a threat to national and border security and public safety. Most, but not all, of the targeted immigrants have criminal records.

"U.S. Immigration and Customs Enforcement does not target unlawfully present aliens for arrest based on advocacy positions they hold or in retaliation for critical comments they make," said Matthew Albence, ICE'S executive associate director for Enforcement and Removal Operations, which detains and deports immigrants. "Any suggestion to the contrary is irresponsible, speculative and inaccurate."

The accusations come as a congressional clash on immigration policy, and after months of rising tensions between immigrant-rights activists and the Trump administration. In California, New York and Washington, governing Democrats have discouraged businesses from cooperating with ICE — part of a clash over "sanctuary status" that has been tied up in courts.

Montrevil, who was deported to Haiti on Jan. 16, came to the U.S. legally in 1986 and was ordered deported in 1994. He has multiple felony convictions related to drug possession, according to ICE. But in an interview with the radio show Democracy Now, he questioned the timing of his deportation.

"I have been under supervision for 15 years, and I've never violated," Montrevil said. "I have always made my appointment. And I stay out of trouble. I have volunteered, and I work and take care of my kids. I pay taxes every year. I did everything right. Everything they asked me to do, I have done it. So why target me now?"

Ragbir, a citizen of Trinidad, was convicted in 2000 of conspiracy to commit wire fraud and later sentenced to 30 months in prison and ordered to pay $350,000 restitution. ICE said he will be detained until he can be deported.

Montrevil is a co-founder of the New Sanctuary Coalition, which advocates for immigrants, and Ragbir is the coalition's current executive director. Ragbir has lived in the United States for more than 20 years.

"We see the last few weeks as an escalating series of actions against New Sanctuary and our leaders aimed at silencing those who speak for immigrants' rights," said Kirk Cheyfitz, a spokesman for the New York-based group. "All this comes as racist rhetoric from the White House leaves no doubt about the racial basis of the Trump administration's immigration policies."

Jurado, the 30-year-old husband of a Peruvian citizen living in a Boulder, Colo., church to avoid deportation, was arrested on Jan. 11 for being in the United States illegally. ICE said he has a 2007 driving offense in Adams County, Colo., and three misdemeanor convictions. He, too, is being detained pending a hearing before an immigration judge.

Jurado's advocates say ICE detained him in retaliation for his wife's public fight to avoid deportation to
Peru.

Maru Mora Villalpando, a Mexican national in Washington state, said she has no criminal record and is
proof that ICE is targeting activists.

"This latest tactic is something we might expect from generals in a tin-pot dictatorship, not federal
officers in a 240-year-old democracy," said Kica Matos, a spokeswoman for the Fair Immigration
Reform Movement, the largest network of immigrant-rights organizations in the United States.
"Arresting immigrant activists who speak up is meant to sow fear in immigrant communities and stop
political protest."

ICE mailed her a letter in December saying she may be deported. She has lived in the United States for
22 years and had met with federal officials during the Obama administration, when she helped publicize
detainees' hunger strikes and other protests in Washington state.

"There's no way for them to know about me except for the work that I do," she said. "I think my case
makes it clear that actually Ravi and Jean's case were politically motivated."

ICE officials would not say how Mora Villalpando came across the agency's radar, but said they are
pursuing her deportation.

"All those in violation of the immigration laws may be subject to enforcement proceedings, up to and
including removal from the United States," the agency said in a statement.

Increasingly, Democrats are handling that information as a potential threat. Rep. Luis Gutierrez (D-Ill.),
an advocate for the Deferred Action for Child Arrivals program who has held a number of town halls and
hearings to talk to constituents about their immigration status, worried that the reports from New York,
Colorado, and Washington were part of a growing trend.

"I have long suspected that very vocal advocates were harshly targeted after they spoke out," said
Gutierrez. "I would go to a hearing, an immigration hearing, and the person who made the biggest
impression? I'd find out that they'd been detained. And that started last year."

**Maria Sacchetti**
Maria Sacchetti covers immigration for the Washington Post, including U.S. Immigration and Customs Enforcement and the court system. She previously reported for the Boston Glc

**David Weigel**
David Weigel is a national political correspondent covering Congress and grass-roots political movements. He is the author of "The Show That Never Ends," a history of progressive i

Exhibit 65, Page 332

# EXHIBIT 66

**Browns ans: Su  ort nonsto  NFL Dr  t coverage  rom cleveland.com. Subscribe now**

Metro

# Youngstown businessman Amer Othman Adi deported to Jordan

Updated Jan 30, 2019; Posted Jan 30, 2018





U.S. Rep. T   Ry   (left) hugs Youngstown businessm   Amer Othm   Ad   fter lear  i  g o  Ja  uary   that immigration officials suspended his deport  t on. (photo courtesy of Rep. Tim Ryan)

0

sh  res

**By <u>Plain Dealer staff</u>**

CLEVELAND, Ohio - Youngstown businessman Amer Othma   Adi was deported to Jord  n by U.S. <u>Immigration and Customs E  force   e  t</u> (ICE) in a l  te Monday night flight.

Adi, owner of the Downtown Circle Coven  ence Store and Deli, has been in the U.S. for 39 years and has been accused by immigration offici  ls of usi  g   previous 1980 marriage to an American woman as a ruse to get a green card to stay in this country.

Advertisement

**Exhibit 66, Page 335**

He subsequen y remarried and he a d his wife of 30 years, Fidaa Musleh, have fou
children.

An ICE spokesperson recently said that several courts have previously held that Adi
does not have a legal basis to remain in the U.S.

Adi's attorney, David Leopold, said he spoke with his client this mor ing, and reported
that he is doing fine. Adi has reuni ed with his mother there, Leopold said.

But he noted, "It's a sad day, because  ather than use resources to go after 'bad
hombres' (a term used by <u>President Donald Trump</u>), the Trump administration is
focusing on families, business people like Amer Adi, students, moms a d dads."

Adi was arrested by ICE officials whe  he reported for a meeti g wi h them on January
16.

He had been told late  as  year  ha  he would be deported, and was  eady to leave
January 7 when ICE gran ed a tempo ary stay. Adi's sister-in-law, Sheila Musleh,  said
she planned to take over and manage the businesses.

Advertisement

After his arrest, Adi went on a hunger strike and was transferred  o  he Northeast Ohio
Correctional Center i  Youngs own.

His bid for a stay of removal was denied by ICE on Janua y 25.

**Exhibit 66, Page 336**

Vienna has ever since been by ___gressman Tim Ryan who had introduced a "private bill,"
asking f r a six-mo th stay of dep rtation so the case could b re-examined. The bill
had been approv d by the House Judiciary Committee.

Ryan issued a statement t day, saying, "It is a sad day for Am r, his family and ur
entire community. In a highly irregular rebuke of Congressional authority by ICE, Am r
Othman was ripped from his four daughters, his wife, and the c untry that he has
called home for ver thirty years.

"Amer was a pillar of th c mmunity and brought commerce t a downtown that
craved investme t," Ryan co tinued. "He hired members of ur community. He paid
taxes. He did everything right. There are violent criminals walking the streets, y t our
government wasted our precious resources incarcerating him.

Advertisement



"I hope President Trum comes to realize that when his words become ublic policy i
places like Youngst wn, families like Amer's are ripped a art," he added. "I am de ply
saddened and extremely disapp inted with this outcome."

A rally regarding th case, "Stop Deporting Democracy," is bei g held at 5:30 p.m.
today on Market Squar , at the corner of West 25th Street and Lorain Avenue, in
Cleveland.

Fidaa Musleh and daught r Linda Adi are among several people scheduled to speak.

Leopold said options for Adi's return are still open.

"We will find a way to bring him back. Legally, they can dep rt him, they can banish
him, but they ca 't take his American spirit," Leopold said.

**Exhibit 66, Page 337**

rejects in-time living and unwiled by anyone or passive immigration crackdown which has nothing to do with border security, nothing to do with illegal immigration, nothing to do with community safety."



# Subscribe now to support news that matters.

You rely on cleveland.com for local news you can trust. Please purchase a subscription. We need each other, now more than ever.

Subscribe Now

No eo readers: if you purchase something through one of our affiliate links we may earn a commission.

---

# Around the web



Registration on or use of this site constitutes acceptance of our **User Agreement**, **Privacy Policy and Cookie Statement**, and **Your California Privacy Rights** (each up at d 1/1/20).

© 2020 Advance Local Media LLC. All rights reserved (**About Us**).
The material on this sit may not b r produced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advanc Local.

**Community Rules** pply to ll cont nt yo plo or otherwise submit to this site.

**Ad Choices**

# EXHIBIT 67

By using his w   site, you consent to our use of cooki  s. For mor   information, visit our **Privacy Policy**  X
(h tps://www.thenation.com/privacy-policy/)

ACTIVISM   ICE   EDITORIAL   APRIL 1, 2019, ISSUE

# Exclusive: ICE Has Kept Tabs on 'Anti-Trump' Protesters in New York City

*Documents reveal that the immigration enforcement agency has been keenly attuned to left-leaning protests in the city.*

*By Jimmy Tobias*

MARCH 6, 2019



Women dressed as characters from *The Handmaid's Tale* protest outside the Department of Homeland Security Cybersecurity Summit where Vice President Mike Pence was appearing, July 31, 2018. The protest was among a dozen flagged on an ICE spreadsheet. (*Reuters / Shannon Stapleton.*)

In the late summer of 2018, as protests against the Trump administration's immigration policies intensified and the movement to abolish ICE gained momentum, the federal agency at the center of the storm was keeping tabs on a series of "anti-Trump protests" in New York City, according to documents obtained by *The Nation* via a Freedom of Information Act request. Among the protests the agency tracked were several promoting immigrants' rights and opposing the administration's deportation policies, as well as one protesting the National Rifle Association. One event was organized by a sitting member of Congress.

On the balmy evening of July 31, 2018, Congressman Adriano Espaillat, a Democrat who represents parts of northern Manhattan and the Bronx, organized a rally at Fort Tryon Park in Upper Manhattan to protest the white-supremacist group Identity Evropa. Just a few days earlier, a gang of Identity Evropa members had gathered at the very same park to unfurl a racist, anti-immigrant banner from a bridge there. "Stop the Invasion," the banner had read. "End Immigration."

Identity Evropa's action was an affront to the local community, Espaillat says. The rally he organized in response, which was titled "Uptown Standing Together Against Racism and Xenophobia," was meant to counter the group's hateful message. Espaillat's district includes a robust immigrant presence, many from his native Dominican Republic, and he himself is among the first formerly

**3 of 3 free articles left. Subscribe for unlimited access.**

SUBSCRIBE          LOGIN

Click here or more information.

**Exhibit 67, Page 341**



SCOTUS Just Found a Way to Inflict More Terror on

READ MORE »

"Our rally was about unity," Espaillat says, noting that the family-friendly event was attended by more than 300 people, including children and young people, as well as New York State Lieutenant Governor Kathy Hochul and State Assembly member Carmen de la Rosa. "It was about pushing back against hate and telling our immigrant neighbors, our Latino neighbors, our Jewish neighbors that we will always stand with them if they are targeted by racist and anti-Semitic groups."

Despite this inclusive and peaceful sentiment, Representative Espaillat's rally ended up on a government list. In an e-mail sent out on the afternoon of July 31, 2018, Homeland Security Investigations (HSI), the investigative arm of Immigration and Customs Enforcement (ICE), transmitted detailed information to an undisclosed number of recipients, including at least one Department of Homeland Security supervisor, about public protests planned by mostly liberal and left-leaning groups in New

**3 of 3 free articles left. Subscribe for unlimited access.**

SUBSCRIBE          LOGIN

Click her   or   ore i formation.

**Exhibit 67, Page 342**

The document, which covered protests that occurred between July 31 and August 17 last year, also contained the names of the groups sponsoring each protest and the number of people who had signed up on Facebook to attend them.

The July 31 e-mail from the HSI account contained a simple message to its readers: "All, Please see below listing...with updated protest information. Please remain vigilant and aware of your surroundings."



Representative Espaillat's rally against white supremacy was one of a dozen protests included in the "anti-Trump protest spreadsheet" that HSI sent out via e-mail that day. The protests on the list occurred in a wide variety of locations around Manhattan, and at least one took place in Brooklyn. While it is not known whether this spreadsheet is a standalone document or part of an ongoing agency effort to monitor protests, it provides evidence that ICE has, for at least a brief period, kept tabs on left-leaning political activities and Trump opponents in New York City.

3 of 3 free articles left. **Subscribe for unlimited access.**

✕

SUBSCRIBE     LOGIN

Click her   or   ore i formation.

**Exhibit 67, Page 343**

I would like to find out why our event was on that list, and whether it was surveilled or infiltrated, and why the racist, anti-Semitic group was not on the list," he adds, referring to Identity Evropa, a notorious group that helped organize the violent white-supremacist rally in Charlottesville, Virginia, in 2017.

In addition to the event organized by Espaillat, the "anti-Trump protest" spreadsheet lists protests and marches organized by Young Progressives of America, Refuse Fascism NYC, NYC Says Enough, the New Sanctuary Coalition, and Rise and Resist, which garnered the most citations of any group.

In early August of last year, Rise and Resist organized a series of "Abolish ICE" protests around New York City that targeted prominent Democratic politicians, including Governor Andrew Cuomo and Senator Chuck Schumer, as well as Wall Street and the federal government. The protests all ended up on the "anti-Trump protest" spreadsheet.

"If [the Department of Homeland Security] is specifically focusing on those who are against the current president, it gets into the realm of what fascist regimes do," says Jody Kuh, a volunteer organizer with Rise and Resist. "If they are watching us because we are against the current president's policies, it is more than a little disturbing."

Meanwhile, on August 4, Gays Against Guns organized a protest against the National Rifle Association titled "March

**3 of 3 free articles left. Subscribe for unlimited access.**

SUBSCRIBE        LOGIN

Click her   or   ore i formation.

**Exhibit 67, Page 344**

It really is troubling to me," says Ken Kidd, an organizer with Gays Against Guns in New York. "How is a list like this compiled? Who makes the distinction that one group makes the cut and another one doesn't? Is it just a whim? It seems to me to be very dangerous. It is a terrible precedent."

Only one conservative event—a pro-ICE, pro-border-wall protest that was described as being organized by a pair of right-wing groups, including the "New Jewish Defense League," in New York City on July 31—was included on the list. However, it was described in the spreadsheet as a "counter-protest."

ICE declined to comment on the specific logic that informed its "anti-Trump" protest spreadsheet. But in a statement to *The Nation* about the e-mail containing the spreadsheet, agency officials said, "it is important to note that Homeland Security Investigations (HSI) special agents are regularly conducting field investigations in the New York city area. The referenced e-mail was provided to HSI agents for situational awareness should any HSI employees be travelling through those areas, whether on work or personal time."

The statement continued, "Due to operational and safety implications, the agency does not discuss specific operational tactics. However, all investigative and enforcement activities are conducted with professionalism and strict adherence to all applicable law and agency

3 of 3 free articles left. Subscribe for unlimited access.

✕

SUBSCRIBE          LOGIN

Click her  or  ore i  formation.

**Exhibit 67, Page 345**

The "anti-Trump protest" spreadsheet that ICE sent out last summer is not the only evidence that the agency has been keenly attuned to left-leaning political activity in New York City. E-mail communications obtained by *The Nation* show that top officials at ICE's New York field office appear to be highly aware of organizations and advocates opposed to their controversial agency, which includes detaining and deporting undocumented immigrants.

On February 14, 2018, immigrant-rights advocates with the New Sanctuary Coalition held an Ash Wednesday demonstration outside the ICE offices at 26 Federal Plaza in Manhattan. The protesters planned to offer ashes, as per Christian tradition, to all who passed by as a symbol of solidarity with immigrants facing deportation. An email exchange between the deputy field director of ICE's New York Field Office and the assistant field-office director, whose names have been redacted, shows that the officials were well aware of the planned demonstration.

The Ash Wednesday protest "saves us the trip of going over to the church," wrote the assistant field-office director in a February 14 e-mail. "I certainly hope they [the immigrant rights activists] won't discriminate against ICE officers."

"I'll pass," the deputy director responded, implying that he would not accept ashes from the religiously-minded protesters.

Several months later, in a July 24, 2018 e-mail, the deputy

3 of 3 free articles left. **Subscribe for unlimited access.**

SUBSCRIBE          LOGIN

Click her   or   ore i formation.

**Exhibit 67, Page 346**

Watch_Event_Notification" in order to provide agency personnel with information about an upcoming protest in front of ICE's offices in Manhattan. The protest, dubbed the "Deportee Suitcase Solidarity March," occurred on Thursday July 26 and was meant to highlight the cruelty associated with deportations. (Also flagged in the e-mail was a smaller event, organized by Occupy NYC, titled "Abolition Music Fest!")

The July 24 e-mail, which was sent by the deputy field-office director and labeled "confidential" and of "high" importance, contained detailed information gleaned from the Deportee Suitcase Solidarity March's Facebook page. This information included the number of people who had signed up on Facebook to attend the event, a description of the event, and the name of event sponsors, like the Legal Aid Society and the New Sanctuary Coalition.

"This e-mail is to inform you of a planned protest at the ERO NYC Area," the e-mail said, referring to the branch of ICE known as Enforcement and Removal Operations, or ERO. "The protest is being coordinated by approximately 40 different groups located throughout the NYC area."

The news that ICE has paid close attention to "anti-Trump" protest activities in New York comes after immigrant rights groups filed a federal lawsuit against the agency in February 2018. In the lawsuit, the New Sanctuary Coalition and its executive director Ravi Ragbir, among other groups, allege

3 of 3 free articles left. Subscribe for unlimited access.

SUBSCRIBE          LOGIN

Click her   or   ore i formation.

Exhibit 67, Page 347

Trinidad and Tobago, for deportation in order to suppress their political activities. The case is awaiting a decision from the US Court of Appeals for the Second Circuit.

Alina Das, a professor at New York University Law School and an attorney for Ragbir and the New Sanctuary Coalition, says the fact that the agency sent out an "anti-Trump protest" spreadsheet is further evidence that "ICE is surveilling our communities based on not only the fact that they are speaking out, but who they are speaking out against."

"The fact that we have an agency as powerful as ICE targeting our communities because they have chosen to speak out against President Trump and his harsh immigration policies should disturb every American who believes this kind of dissent is critical for protecting our democracy," she says.

Civil liberties experts, meanwhile, fear that ICE's apparent monitoring of protest activities in New York could have a broader chilling effect on the freedom of speech and peaceable assembly.

"The document reveals government surveillance of what appears to be peaceful protest, and that kind of surveillance threatens to chill protected First Amendment activity," says Caroline DeCell, a staff attorney at Columbia University's Knight First Amendment Institute. "Especially absent some kind of evidence of an actual threat to peace, there seems to

**3 of 3 free articles left. Subscribe for unlimited access.**

SUBSCRIBE          LOGIN

Click her   or   ore i  formation.

For their part, ICE officials told *The Nation* that their agency "fully respects the rights of all people to voice their opinion without interference." *Note: Readers interested in exploring the ICE documents obtained by* The Nation *can find the July 31, 2018, e-mail containing the "anti-Trump" protest spreadsheet* here; *the Ash Wednesday email exchange* here; *and the July 24, 2018, e-mail about the Deportee Suitcase Solidarity March* here.e.

---

**Jimmy Tobias** Jimmy Tobias is a contributor to *The Nation*, where he writes for the Cities Rising series and also covers conservation and environmental justice.

To submit a correction for our consideration, click *here*.
For Reprints and Permissions, click *here*.

**COMMENTS (5)**

---

**Trending Today**

Ads b  Revcontent

**3 Ways Your Cat Asks for Help**

**The One Meat You Should Never**

**30-second Stretch Ends Back Pain**

3 of 3 free articles left. **Subscribe for unlimited access.**

SUBSCRIBE       LOGIN

Click  er  for more information.

# EXHIBIT 68

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RAVIDATH LAWRENCE RAGBIR; | ) | |
| | ) | |
| NEW SANCTUARY COALITION OF NEW YORK CITY; | ) | |
| | ) | |
| CASA; | ) | |
| | ) | |
| DETENTION WATCH NETWORK; | ) | |
| | ) | |
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD; | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NEW YORK IMMIGRATION COALITION, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 18-1159 (PKC) |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD D. VITIELLO, in his official capacity as Deputy Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; | ) ) ) ) ) | |
| | ) | |
| THOMAS R. DECKER, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement; | ) ) ) ) | |
| | ) | |
| SCOTT MECHKOWSKI, in his official capacity as Assistant New York Field Office Director for U.S. Immigration and Customs Enforcement; | ) ) ) ) | |
| | ) | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; | ) ) | |
| | ) | |

**Exhibit 68, Page 351**

KIRSTJEN M. NIELSEN, in her official )
capacity as Secretary of Homeland Security; )
)
U.S. DEPARTMENT OF )
HOMELAND SECURITY; )
)
JEFFERSON B. SESSIONS III, in his )
official capacity as Attorney General of the )
United States; )
)
and )
)
U.S. DEPARTMENT OF JUSTICE, )
)
               Defendants. )
_____ )
)

## AMENDED COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND HABEAS RELIEF

### NATURE OF ACTION

1.     This case is about who we are as a nation.  Whether it remains true that "[i]f there is any fixed star in our constitutional constellation, it is that no official, high or petty, can prescribe what shall be orthodox in politics, nationalism, religion, or other matters of opinion." *W. Va. State Bd. of Educ. v. Barnette*, 319 U.S. 624, 642 (1943).  Whether ours is a nation where the privilege and responsibility of prosecutorial power are nothing more than a thin veil for persecution of disfavored political views.  The nation's immigration laws provide for the removal of some non-citizens from the United States.  These laws both authorize and govern the process by which removal decisions are made and how such orders are executed.  These laws also provide for discretion.  In years past, to determine whom to remove and when, the Executive Branch has considered factors such as whether the individual poses a danger to the community, the impact of removal on international relations, and the "human concerns" of whether the

**Exhibit 68, Page 352**

individual "has children born in the United States, long ties to the community, or a record of distinguished military service." *Arizona v. United States*, 567 U.S. 387, 396 (2012).

2.     But with the new Administration, something has changed. Federal immigration authorities have specifically targeted prominent and outspoken immigrant-rights activists across the country on the basis of their speech and political advocacy on behalf of immigrants' rights and social justice. These activists have been surveilled, intimidated, harassed, and detained, their homes have been raided, many have been plucked off the street in broad daylight, and some have even been deported. Laws and agency regulations have been violated, and the "broad discretion exercised by immigration officials," *id.*, has been abused in a cynical effort to punish those who disagree with the Administration. To sweep away all opposition. The Government's targeting of activists on the basis of their core political speech is unfair, discriminatory, and un-American. And it violates the First Amendment.

3.     Cities that protect noncitizen immigrants are called "sanctuaries" for a reason. Many immigrants live in the shadows for fear of possible deportation. Many of the rights that birthright American citizens take for granted—the right to speak, to worship, to work, and to live as one pleases—are exercised only with caution by immigrants. Yet courageously, some immigrants speak out. They boldly educate other immigrants about their rights. They bravely advocate for changes to our immigration laws and enforcement policies. They fearlessly call out the injustices they see in our nation's immigration system. They do this because the Constitution not only allows but encourages it, because of our "profound national commitment to the principle that debate on public issues should be uninhibited, robust, and wide-open." *New York Times Co. v. Sullivan*, 376 U.S. 254, 270 (1964).

**Exhibit 68, Page 353**

4.      Plaintiff Ravidath "Ravi" Lawrence Ragbir, a father, husband, and nationally-recognized immigration rights activist, is one such immigrant who has freely exercised his right to speak out against the injustices and inhumanity of our current immigration system and has been targeted for surveillance, detention, and removal by federal immigration authorities because of his outspoken advocacy.  Plaintiff New Sanctuary Coalition of New York City depends on Mr. Ragbir as its Executive Director.  He is the lifeblood of the organization and a central figure in the broader community of immigration advocates.  He has devoted his life to the dignity and well-being of others, working tirelessly at the intersection of faith and immigrant communities, and gathering support from faith leaders, elected officials at all levels of government, immigrant-rights activists, and hundreds of community members.

5.      Mr. Ragbir has lived in the United States for over 25 years, but for the last 10 years he has been subject to a final order of removal.  Yet, because of his special contributions to his community, federal immigration authorities until recently authorized his presence in the United States with his beloved U.S. citizen wife and daughter, granting him an order of supervision and four administrative stays of removal.  But on January 11, 2018, with his most recent administrative stay of removal still in place, U.S. Immigration and Customs Enforcement (ICE) officials suddenly and inexplicably detained him at a routine check-in.

6.      On January 29, 2018, in response to the cruel and unconstitutional actions of federal immigration officials, this Court granted Mr. Ragbir a writ of habeas corpus, requiring ICE to release him from custody.  The Court wrote that "[i]t ought not to be—and it has never before been—that those who have lived without incident in this country for years are subjected to treatment we associate with regimes we revile as unjust." *Ragbir v. Sessions*, No. 18-cv-236 (KBF), 2018 WL 623557, at *1 (S.D.N.Y. Jan. 29, 2018) (Forrest, J.).

4

**Exhibit 68, Page 354**

7.     Mr. Ragbir is not alone.  Plaintiff immigrant-rights organizations have joined this lawsuit because they too have seen their leading advocates targeted because of their advocacy.

8.     The Government cannot silence critics of its immigration laws and policies by surveilling, detaining, and deporting them.  The First Amendment does not allow it.  It is a matter of "grave concern" indeed that Mr. Ragbir and other likeminded activists "ha[ve] been targeted as a result of [their] speech and political advocacy on behalf of immigrants' rights and social justice." *Id.* at *1 n.1.  All persons within the United States, citizens and non-citizens alike, enjoy the protections of the First Amendment.  *See United States v. Verdugo-Urquidez*, 494 U.S. 259, 271 (1990) (citing *Bridges v. Wixon*, 326 U.S. 135, 148 (1945)).  "[A]s a general matter, the First Amendment means that government has no power to restrict expression because of its message, its ideas, its subject matter, or its content."  *United States v. Alvarez*, 167 U.S. 709, 716 (2012) (alteration in original) (quoting *Ashcroft v. Am. Civil Liberties Union*, 535 U.S. 564, 573 (2002)).

9.     This Court should prevent Defendants from doing just that.  The Court should declare that targeting immigrant-rights activists on the basis of their protected political speech violates the First Amendment, and enjoin Defendants from taking any further retaliatory actions.  And the Court should restrain Defendants from taking any action to surveil, detain, remove, or otherwise take adverse action against Mr. Ragbir unless Defendants demonstrate to the Court's satisfaction that such action is untainted by unlawful retaliation or viewpoint discrimination.

## JURISDICTION AND VENUE

10.    This Court has subject matter jurisdiction under 28 U.S.C. § 1331; 28 U.S.C. § 2241; and the Suspension Clause of the United States Constitution.  Plaintiffs' causes of action arise under the laws and Constitution of the United States, including the First Amendment.

**Exhibit 68, Page 355**

In addition, Plaintiff Ragbir is subject to a final order of removal, which "is sufficient, by itself, to establish the requisite custody" for purposes of habeas jurisdiction. *Simmonds v. I.N.S.*, 326 F.3d 351, 354 (2d Cir. 2003); *see also Jones v. Cunningham*, 371 U.S. 236, 239-40 (1963).

11.     Nothing in the Immigration and Nationality Act (INA) strips this Court of jurisdiction over Plaintiffs' claims. *See* 8 U.S.C. § 1252 (specifying provisions governing judicial review of orders of removal). Plaintiffs here do not challenge underlying orders of removal or actions committed to unreviewable agency discretion. They challenge, rather, Defendants' pattern and practice of targeting immigrant-rights activists for immigration enforcement on the basis of their core protected political speech. This includes Defendants' actions targeting Mr. Ragbir, which arose long after his removal order became final. No other forum exists to address these claims. Applying any statutory provision to curb jurisdiction in this case therefore would deprive Plaintiffs of any effective judicial review of their claims, and a "serious constitutional question … would arise if a federal statute were construed to deny any judicial forum for a colorable constitutional claim." *Webster v. Doe*, 486 U.S. 592, 603 (1988) (quotation marks omitted). And, with respect to Mr. Ragbir, the Suspension Clause guarantees review of his claims. *See INS v. St. Cyr*, 533 U.S. 289 (2001); *Simmonds*, 326 F.3d 351.

12.     Venue is proper in this district under 28 U.S.C. § 1391. A substantial part of the events giving rise to this action occurred in this judicial district.

13.     An actual and justiciable controversy exists between the parties under 28 U.S.C. § 2201, and this Court has authority to grant declaratory and injunctive relief. *Id.* §§ 1351, 2201, 2202. The Court has additional remedial authority under the All Writs Act, 28 U.S.C. § 1651.

**Exhibit 68, Page 356**

## PARTIES

14.     Plaintiff Ravidath Lawrence Ragbir is a resident of Brooklyn, New York.  He is a
prominent immigrant-rights activist and Executive Director of the New Sanctuary Coalition of
New York City.  Mr. Ragbir became a Lawful Permanent Resident of the United States in 1994.
He received a final order of removal in 2007, but has continued to live and work in the United
States with authorization from ICE since his release from an initial period of immigration
detention in 2008.

15.     Plaintiff New Sanctuary Coalition of New York City (the Coalition) is an
interfaith network of congregations, organizations, and individuals, standing publicly in
solidarity with families and communities resisting detention and deportation in order to stay
together.  Since its inception in 2007, the Coalition has grown from a half-dozen congregations
to a city-wide movement, working in coalition with New York City's major immigrant
organizations to reform immigration enforcement practices and policies, both locally and
nationally.  The Coalition is based in New York.

16.     Plaintiff CASA is a non-profit 501(c)(3) membership organization headquartered
in Langley Park, Maryland, with offices in Maryland, Virginia, and Pennsylvania.  Founded in
1979, CASA is the largest membership-based immigrant-rights organization in the mid-Atlantic
region, with more than 90,000 members.  CASA's mission is to create a more just society by
building power and improving the quality of life in low-income immigrant communities.  In
furtherance of this mission, CASA offers a wide variety of social, health, job training,
employment, and legal services to immigrant communities in Maryland, as well as the greater
Washington, DC metropolitan area, Virginia, and Pennsylvania.

**Exhibit 68, Page 357**

17.     Plaintiff National Immigration Project of the National Lawyers Guild (NIPNLG) is a national non-profit 501(c)(3) membership organization headquartered in Boston, Massachusetts.  Formed in 1971 as a committee of the National Lawyers Guild, NIPNLG became a freestanding organization in 1981.  Today, it is one of the few national legal support groups that specialize in defending the rights of immigrants facing incarceration and deportation. It provides technical assistance and support to community-based immigrant organizations, legal practitioners, and advocates seeking and working to advance the rights of noncitizens.  NIPNLG works independently and collaboratively with immigration advocacy organizations across the United States to educate and strengthen the capacity of immigration professionals and immigrant organizations to defend immigrant rights, and promotes public policy change through litigation, advocacy, and support for community organizing on the ground.

18.     Plaintiff New York Immigration Coalition (NYIC) is an umbrella policy and advocacy organization for more than 200 groups in New York State.  NYIC envisions a New York State that is stronger because all people are welcome, treated fairly, and given the chance to pursue their dreams.  Its mission is to unite immigrants, members, and allies so all New Yorkers can thrive.  NYIC represents the collective interests of New York's diverse immigrant communities and organizations and devises solutions to advance them; advocates for laws, policies, and programs that lead to justice and opportunity for all immigrant groups; and builds the power of immigrants and the organizations that serve them to ensure their sustainability, to improve people's lives, and to strengthen the State.

19.     Plaintiff Detention Watch Network (DWN) is a national coalition of approximately 200 organizations and individuals headquartered in Washington, DC.  Founded in 1997 in response to the explosive growth of the U.S. immigration detention and deportation

8

**Exhibit 68, Page 358**

systems, DWN works against the injustices of those systems and for profound change that

promotes the rights of dignity of all persons.  DWN is the only national network that focuses

exclusively on immigration detention and deportation issues, is a go-to resource on detention

issues, and is known as a critical national advocate for just policies that promote an eventual end

to immigration detention.  DWN unites diverse constituencies to advance the civil and human

rights of those affected by the immigration detention and deportation systems.  DWN members,

many of whom are directly affected by detention and deportation policies, are community

organizers, advocates, social workers, lawyers, doctors, clergy, students, and formerly detained

immigrants and their families.  They are engaged in individual case and impact litigation,

documenting conditions violations, local and national administrative and legislative advocacy,

community organizing and mobilizing, teaching, and social service.

   20.  Defendant Ronald D. Vitiello is the Deputy Director and Acting Director of ICE.

He replaces former Deputy Director Thomas D. Homan.  He is named in his official capacity.

He is responsible for the enforcement of the immigration laws, including against Mr. Ragbir.  He

supervises Defendants Decker and Mechkowski.  His address is U.S. Immigration and Customs

Enforcement, 500 12th Street, SW, Washington, DC, 20536.

   21.  Defendant Thomas R. Decker is the New York Field Office Director for ICE.  He

is named in his official capacity.  He is responsible for the enforcement of the immigration laws

in New York City and surrounding counties within New York, including against Mr. Ragbir.  He

supervises Defendant Scott Mechkowski.  His address is New York Field Office, 26 Federal

Plaza, 11th Floor, New York, New York, 10278.

   22.  Defendant Scott Mechkowski is the New York Field Office Deputy Director for

ICE.  He is named in his official capacity.  He is responsible for the enforcement of the

**Exhibit 68, Page 359**

immigration laws in New York City and surrounding counties within New York, including against Mr. Ragbir.  His address is New York Field Office, 26 Federal Plaza, 11th Floor, New York, New York, 10278.

23.      Defendant Department of Homeland Security (DHS) is an executive department of the United States Government.  DHS is headquartered in Washington, DC.

24.      Defendant ICE is a component of DHS headquartered in Washington, DC.

25.      Defendant Kirstjen M. Nielsen is the Secretary of Homeland Security.  She is named in her official capacity.  She is responsible for the administration and enforcement of the immigration laws, including against Mr. Ragbir.  She supervises Defendants Vitiello, Decker, and Mechkowski.  She supervised former Deputy Director Homan.  Her address is U.S. Department of Homeland Security, 800 K Street, NW #1000, Washington, DC, 20528.

26.      Defendant Jefferson B. Sessions III is the Attorney General of the United States.  He is named in his official capacity.  He is responsible for the administration of the immigration laws as exercised by the Executive Office for Immigration Review.  8 U.S.C. § 1103(g).  He is responsible for Mr. Ragbir's removal proceedings, and supervises immigration judges and the Board of Immigration Appeals.  His address is U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC, 20530.

27.      Defendant Department of Justice (DOJ) is an executive department of the United States Government.  DOJ is headquartered in Washington, DC.

**Exhibit 68, Page 360**

## FACTUAL ALLEGATIONS

**A.    Defendants Have Engaged in a Pattern and Practice of Targeting Immigrant-
Rights Activists on the Basis of their Core Protected Political Speech**

28.    Since January 2017, federal immigration authorities across the country have

engaged in a pattern and practice of targeting outspoken immigrant-rights activists who publicly

criticize U.S. immigration law, policy, and enforcement.

29.    Defendants have investigated, surveilled, harassed, raided, arrested, detained, and

even deported these activists in order to silence them.  They have arrested activists immediately

following press appearances and news conferences.  They have detained spokespeople and

directors of immigration advocacy organizations.  They have surveilled the organizations'

headquarters and targeted their members.  They have identified prominent immigrants as

enforcement priorities even before a final order of removal is in place.  They have instructed

activists that their immigrant rights organizations may be detrimental to them.  And they have

targeted communities identified by the federal government as "sanctuary cities" to punish those

communities for taking legislative, municipal, and political action to limit official cooperation

with federal immigration enforcement.

30.    This sharp spike in immigration enforcement specifically targeting the most vocal

immigration activists is intended to stifle dissent.  According to U.S. Representative Jerry

Nadler: "These are well-known activists who've been here for decades, and [ICE is] saying to

them: Don't raise your head."[1]  Similarly, U.S. Representative Luis Gutierrez has stated: "I have

long suspected that very vocal advocates were harshly targeted after they spoke out. … I would

---

[1] Maria Sacchetti and David Weigel, *Ice has Detained or Deported Prominent Immigrant Rights
Activists*, Washington Post (Jan. 19, 2018), https://www.washingtonpost.com/powerpost/ice-has-
detained-or-deported-foreigners-who-are-also-immigration-activists/2018/01/19/377af23a-fc95-
11e7-a46b-a3614530bd87_story.html?utm_term=.5be0c8e2393b.

**Exhibit 68, Page 361**

go to … an immigration hearing, and the person who made the biggest impression? I'd find out that they'd been detained. And that started last year."[2]

31.     Since 2017, media organizations have reported on many immigrants, including Plaintiff Ravidath Ragbir and others, whom ICE has detained or taken other adverse action against based on their speech or other protected activities.

**B.     Defendants Surveilled, Detained, and Seek To Deport Mr. Ragbir in Retaliation for his Outspoken Criticism of U.S. Immigration Law and Policy**

**1.     Mr. Ragbir's Activism and Political Speech**

32.     Plaintiff Ravidath Ragbir, Executive Director of the Coalition, is a father, husband, and nationally recognized immigrant-rights leader.

33.     Since his release from immigration detention with a final order of removal over a decade ago, Mr. Ragbir has dedicated his professional and personal life to speaking out against immigration policies that he considers unjust. He has been a vocal critic of ICE and other components of DHS. His work and his views about immigration policy and enforcement are frequently profiled in local and national media.

34.     As Executive Director of the Coalition, Mr. Ragbir has maintained a regular presence outside ICE offices and DOJ immigration courts in New York, located at 26 Federal Plaza, which also houses the United States Citizenship and Immigration Services (USCIS) and other DHS and DOJ offices, and outside 201 Varick Street, which houses the detained immigration court and serves as a processing center for immigrants who ICE intends to detain. At both locations, Mr. Ragbir organizes weekly prayerful vigils called "Jericho Walks" that are led by Coalition faith leaders.

---

[2] *Id.*

**Exhibit 68, Page 362**

35.     In his capacity as the Coalition's Executive Director, Mr. Ragbir has also had extensive contact with ICE's offices and the immigration courts through the Coalition's Accompaniment Program.  This program ensures that immigrants who have immigration court dates and check-in appointments do not face these experiences alone.  As part of this program, the Coalition has trained hundreds of volunteers on how to accompany immigrants to court and to check-ins (which occur at 26 Federal Plaza, 201 Varick Street, and other locations), whereby immigrants who are subject to some form of supervised release routinely meet with ICE officers. These volunteers provide critical support to those who would like to comply with the immigration laws and rules, but are scared to go to court and check-ins alone.  In many cases, legal services providers now reach out to Mr. Ragbir directly to ask the Coalition to provide accompaniment for their clients.  The Coalition provides an average of 30 accompaniments per week to immigrants in enforcement proceedings.

36.     Second, Mr. Ragbir created a program in which volunteers help immigrants find attorneys to assist them in immigration proceedings, in navigating interactions with ICE, and, where possible, in speaking out about the injustices they experience.

37.     In addition to this work, Mr. Ragbir has been a vocal advocate for immigrant rights across the United States and a frequent critic of current immigration policies.  For example, Mr. Ragbir testified before the New York City Council on detention and deportation policies, met with President Obama's transition team to discuss his perspective and experiences on immigration policy, and has spoken at countless conferences, media events, and places of worship.  He coordinates workshops with attorneys and other experts to help immigrants fleeing violence in their home countries to learn about their right to apply for asylum.  And he trains advocates and elected officials on immigration issues and how to reform the deportation system.

**Exhibit 68, Page 363**

38.     In the last few months, Mr. Ragbir has continued to work as an organizer and advocate.  He has convened a coalition of volunteers to work on reuniting children who were separated from their parents at the border and are now being detained in New York City.

39.     Over the years, Mr. Ragbir has received numerous accolades for his zealous advocacy.  For example, he was awarded the 2017 Immigrant Excellence Award by the New York State Association of Black and Puerto Rican Legislators for his "deep commitment to the enhancement of their community."  He also won the 2017 ChangeMaker Award by South Asian Americans Leading Together (SAALT) for his "tremendous sacrifice, fierce advocacy, and fearless leadership" on behalf of immigrants.  He was recently awarded the Bishop's Cross from the Episcopal Diocese of Long Island for his "exceptional service to the church and to the community it serves."

### 2.     Mr. Ragbir's Immigration History

40.     Mr. Ragbir's work is informed by his personal experience of being detained and facing deportation.

41.     Mr. Ragbir received Lawful Permanent Resident status in the United States in 1994.  His daughter was born in the United States the next year.

42.     In May 2006, ICE detained Mr. Ragbir after he was convicted of criminal wire fraud—a conviction for which Mr. Ragbir served his time.[3]

43.     On August 4, 2006, an Immigration Judge entered an order of deportation in Mr. Ragbir's case, which became final when the Board of Immigration Appeals rejected his appeal in March 2007.

---

[3] Mr. Ragbir continues to dispute the basis of his conviction.  Further, as this Court recently noted in ordering his release from detention, "[i]t is uncontested that since his release from custody, [Mr. Ragbir] has lived the life of a redeemed man." *Ragbir v. Sessions*, No. 18-cv-236 (KBF), 2018 WL 623557, at *3 n.11 (S.D.N.Y. Jan. 29, 2018) (Forrest, J.).

**Exhibit 68, Page 364**

44.     Throughout his immigration court proceedings and after issuance of an order of deportation, Mr. Ragbir remained in detention, despite two Post Order Custody Reviews.

45.     ICE finally released Mr. Ragbir from custody following a third Post Order Custody Review in February 2008.  ICE reported in the Post Order Custody Review that led to his release that Mr. Ragbir "did not commit a crime of violence and does not appear to be a flight risk and he is fully aware that he will have to report to ICE custody when required."  The notice further explained, once removal was commenced, "[y]ou will, at that time, be given an opportunity to prepare for an orderly departure."

46.     Mr. Ragbir has always contested his removability, most recently with the assistance of pro bono counsel.  As of today, Mr. Ragbir has three pending legal applications—a petition in the U.S. District Court for the District of New Jersey for a writ of *coram nobis*, a petition for a presidential pardon, and a motion with the Board of Immigration Appeals to reconsider, reopen, and remand his removal proceedings based on new evidence undermining the deportability ground in his case—as well as his petition for adjustment of status on the basis of his eight years of marriage to Amy Gottlieb, a U.S. citizen and attorney.  Like Mr. Ragbir, Ms. Gottlieb is a prominent immigrant-rights advocate who has dedicated her career to the pursuit of a just immigration policy.

47.     Meanwhile, for approximately a decade, Mr. Ragbir has dutifully checked in with ICE and complied with all conditions of his release.  Orders of supervision authorize individuals like Mr. Ragbir to live and work in the United States in compliance with the conditions of the order.  If an order of supervision is revoked on grounds unrelated to flight risk or dangerousness, the individual will be given the opportunity for an "orderly departure," including time (generally two to three months) to get his affairs in order, purchase a ticket, and provide proof of departure.

**Exhibit 68, Page 365**

48.     Following his order of removal, Mr. Ragbir has also applied for and received work permits that allowed him to work in the United States.  It is pursuant to this work authorization that he has been able to work full-time for the Coalition.

49.     For several years, Mr. Ragbir has also received and renewed an administrative stay of removal (Form I-246).  This stay assured Mr. Ragbir that ICE would not seek his deportation for the period covered by the administrative stay.  Mr. Ragbir's first stay of removal was granted by the ICE Field Office in New York City in December 2011, and was renewed three times, in February 2013, March 2014 and January 2016.

50.     In January 2017, Defendant Thomas Decker became the Field Office Director for New York Enforcement and Removal Operations.  According to a declaration filed by Defendant Decker on March 7, 2018, he learned of Mr. Ragbir's case shortly thereafter, when his staff informed him of the "noteworthy" cases of Mr. Ragbir and Mr. Montrevil.  Defendant Decker conceded on March 7, 2018 that these "cases were noteworthy [at that time] because their removal potentially could garner media attention."  Dkt. No. 51 ¶ 13.  Defendant Decker later retracted this statement in his amended declaration, filed on March 14, 2018.  Dkt. No. 58.  Defendant Decker's amended declaration states that he learned of Mr. Ragbir's case on March 6, 2017.

51.     In November 2017, Mr. Ragbir filed for renewal of his administrative stay.

### 3.     Mr. Ragbir's March 9, 2017 Check-In

52.     On March 9, 2017, Mr. Ragbir was due to check in with ICE officers at 26 Federal Plaza.  In the tradition of the Accompaniment Program he designed, Mr. Ragbir was accompanied by his family, lawyers and clergy.

53.     In addition, Mr. Ragbir brought with him several New York elected officials, including New York State Senator Gustavo Rivera, New York City Council Members Daniel

16

**Exhibit 68, Page 366**

Dromm, Ydanis Rodriguez, and Jumaane Williams, and then-New York City Council Speaker

Melissa Mark-Viverito.  Several hundred additional community members gathered outside in

support of Mr. Ragbir.

54.     During the March 9, 2017 check-in, several of the elected officials accompanying

Mr. Ragbir encountered then-Assistant Field Office Director Defendant Scott Mechkowski in the

hallway outside the check-in room on the 9th Floor.  Defendant Mechkowski demanded that the

elected officials leave the hallway.

55.     Media reports described a tense confrontation between ICE officers and the

elected officials who accompanied Mr. Ragbir.  "The conference was cut short when a man …

ordered the group to clear the hallway immediately.  City Councilmember Jumaane Williams

observed that the group wasn't blocking the hallway and asked the man to identify himself.  The

man refused, but insisted that Mr. Ragbir, his friends, and the elected officials leave the hallway.

For a moment the two men squared off, eye to eye.  The unnamed federal official eventually

stepped away, and Mr. Ragbir's entourage boarded elevators to descend."[4]

56.     Due in part to the high-profile detentions of other immigrant activists, there was a

significant media presence at 26 Federal Plaza the morning of March 9, 2017, prior to and

following Mr. Ragbir's check-in.

57.     After the check-in, several media outlets worldwide reported on Mr. Ragbir's

struggle to remain in the United States and his confrontational March 9 check-in with ICE.[5]

---

[4]  Nick Pinto, *Behind ICE's Closed Doors, "The Most Un-American Thing I've Seen,"* Village
Voice (Mar. 10, 2017), https://www.villagevoice.com/2017/03/10/behind-ices-closed-doors-the-
most-un-american-thing-ive-seen/.

[5] *See, e.g.*, Liz Robbins, *Once Routine, Immigration Check-Ins Are Now High Stakes*, N.Y.
Times (Apr. 11, 2017), https://www.nytimes.com/2017/04/11/nyregion/ice-immigration-check-
in-deportation.html; *Apoyado por cientos, defensor de inmigrantes evade deportación en Nueva
York*, La Nación Costa Rica (Mar. 9, 2017), https://www.nacion.com/el-mundo/politica/apoyado-

58.     Those reports also included the comments of elected officials who were present at
the check-in and critical of ICE's enforcement policies.  In the resulting press coverage, Mr.
Ragbir spoke publicly regarding the emotional toll taken by the ICE check-in: "When I speak
about how I feel, I cannot breathe."[6]

59.     Mr. Ragbir also criticized federal immigration policy, commenting on the profit
motive fueling current ICE detention policies:  "So, you know how much it costs to feed—when
I was locked in detention, do you know how much it cost to feed me for one day?  Seventy-five
cents.  They were spending to feed one immigrant 75 cents.  And you know how we knew that?
Because they felt they were spending too much, and they wanted to bring that cost under 45
cents, so the numbers were thrown out, and we were hearing and seeing this happen.  So, the
profits—the cost is low, but the profits are high, because they're being paid $120, right?"[7]

60.     In a panel discussion alongside Councilmember Mark-Viverito, Mr. Ragbir rallied
community members to become involved in the sanctuary-city movement.  He insisted that
"sanctuary cities can only work if everyone becomes part of the movement," saying, "we want to
see sanctuary in the schools, the restaurants as well as churches."  He encouraged community
members to protest ICE actions.

---

por-cientos-defensor-de-inmigrantes-evade-deportacion-en-nueva-
york/NQTJGKHIWJAYREVGOVWMLAWJCE/story/; *New York: malgré un casier judiciaire,
un immigré évite l'expulsion*, Le Parisien (Mar. 10, 2017), http://www.leparisien.fr/flash-
actualite-monde/new-york-malgre-un-casier-judiciaire-un-immigre-evite-l-expulsion-10-03-
2017-6751086.php.

[6] Tiziana Rinaldi, *It's Good News and Bad News for an Immigrant Advocate Facing
Deportation*, PRI (March 10, 2017), https://www.pri.org/stories/2017-03-10/its-good-news-and-
bad-news-immigrant-advocate-facing-deportation.

[7] Amy Goodman, *Exclusive: Facing Possible Deportation, Immigrant Activist Ravi Ragbir
Speaks Out Before ICE Check-in*, Democracy Now! (Mar. 9, 2017),
https://www.democracynow.org/2017/3/9/exclusive_facing_likely_deportation_immigrant_
activist.

18

**Exhibit 68, Page 368**

### 4.  ICE Officials' Reaction to the March 9, 2017 Check-In

61.  In the months that followed, ICE began changing its policies towards the Accompaniment Program that Mr. Ragbir and the Coalition had operated at 26 Federal Plaza. Coalition volunteers previously had been given access to the check-in room at 26 Federal Plaza to accompany immigrants who were required to check in with ICE.  In the summer of 2017, ICE began to limit the Coalition's access and posted a security guard outside the check-in room to turn away clergy and other volunteers.

62.  On information and belief, ICE also began to surveil Coalition activities.  On or about April 9, 2017, St. Peter's, a Lutheran church that is part of the Coalition, carried out a procession in support of Mr. Ragbir.  An ICE vehicle followed the procession briefly, showed participants an ICE badge, and then left.   Church members reported this incident to the press.[8] Plaintiffs require discovery to reveal the full extent of ICE surveillance of Plaintiffs.

63.  On information and belief, on January 3, 2018, days before Mr. Ragbir's next scheduled check-in, one of the co-founders of the Coalition, Jean Montrevil, was arrested by ICE agents outside his home during his lunch break from work.  Mr. Montrevil, a Haitian national, immigrant rights activist, and green-card holder who was placed into removal proceedings as a teenager due to a drug charge, was in the midst of a motion to reopen his order of removal. Nonetheless, on January 3, 2018, Mr. Montrevil was transferred to detention in ICE's Krome

---

[8] "'On Palm Sunday last year we did a procession in support of Ravi, who back then had an appointment in Federal Plaza. Our members observed that a vehicle was slowly following us. At one moment, the window is rolled down, an agent shows an ICE badge, and then they leave,' said Arias. 'This kind of harassment is part of a malignant plan to instill fear in the community.'" Zaira Cortes, "NYC Sanctuary Churches: ICE is Ramping Up Harassment," *Voices of NY,* (Jan. 12, 2018) https://voicesofny.org/2018/01/nyc-sanctuary-churches-ice-is-ramping-up-harassment/.

**Exhibit 68, Page 369**

Detention Center in Florida, and deported to Haiti just six days later, on January 9, 2018.[9]  He

was forced to leave behind his four U.S. citizen children, and an active community of organizers

who worked with him to advance immigrant rights, including Mr. Ragbir.[10]

       64.     On information and belief, Mr. Montrevil's lawyer asked Defendant Scott

Mechkowski, ICE's Deputy Field Office Director for New York, why the agency had sent a team

to apprehend Mr. Montrevil at home months before his scheduled check-in.  Mechkowski

responded that "We [ICE] war-gamed this over and over," adding, "[t]his was the best time and

place to take him."

       65.     Defendant Decker and Defendant Mechkowski have conceded that during this

same period, ICE officials surveilled members of the Coalition, including Mr. Ragbir and Mr.

Montrevil.[11]

       66.     Mr. Ragbir himself and several Coalition members observed unmarked cars

around Judson Memorial Church, which houses the Coalition's office, on January 3, 2018, for

several hours.  Coalition member Will Coley was leaving the office when a man in a vehicle with

tinted windows called out to him and asked where the church's entrance was.  The man said he

was there to meet "Tom Boland," but there was no such person at the church.  Mr. Coley and

other Coalition members identified at least three vehicles with tinted windows idling on the same

block as the church, all with New York license plates.  When Mr. Coley and his partner

---

[9] Nick Pinto, *No Sanctuary*, Intercept (Jan. 19, 2018), https://theintercept.com/2018/01/19/ice-new-sanctuary-movement-ravi-ragbir-deportation/

[10] Lydia McMullen-Laird, *Life After Deportation: Their Father was Returned to Haiti. Now What?*, The Indypendent (Feb. 2, 2018), https://indypendent.org/2018/02/life-after-deportation/

[11] Pinto, *supra* note 9.

**Exhibit 68, Page 370**

approached one of the cars, the driver rolled down the window to speak with them, and Mr.

Coley saw a white DHS license plate on the floor in the front passenger seat.[12]

67.     On information and belief, on January 5, 2018, Rev. Juan Carlos Ruiz, one of the

co-founders of the Coalition, and an immigrant-rights organizer, went with three other faith

leaders to discuss Mr. Montrevil's situation with ICE Director Defendant Thomas Decker at 26

Federal Plaza.  The clergy were told that Defendant Decker was not available and instead met

with Deputy Director Defendant Scott Mechkowski to discuss Mr. Montrevil's case.  Without

prompting, Mechkowski brought up Mr. Ragbir's case and his remarks to the media after his last

check-in.  In addition:

>     a.     Mechkowski stated that Mr. Ragbir and Mr. Montrevil's cases were the
>     two "highest profile" cases in his office.
>
>     b.     Mechkowski made negative remarks about the elected officials who spoke
>     out about ICE practices after Mr. Ragbir's last check-in.
>
>     c.     Mechkowski stated that he would not permit the clergy members to
>     accompany Mr. Ragbir to this check-in, as they had in the past, and described the
>     upcoming check-in as "D-Day."
>
>     d.     Mechkowski stated that the manner of Mr. Montrevil's detention was
>     intended to avoid the sort of noisy protest that had accompanied Mr. Ragbir's
>     previous check-in, and stated that ICE "didn't want the display of wailing kids
>     and wailing clergy."  Clergy members reported that he added:  "That can't happen
>     this time around."[13]

---

[12] *Id.*

[13] *Id.*

**Exhibit 68, Page 371**

e.      Lastly, although Mechkowski denied that ICE was surveilling Mr. Ragbir, he stated: "I know where Mr. Ragbir lives, and I have seen him walking around, and I could have taken him myself."

68.      On information and belief, on January 8, 2018, Mr. Ragbir's counsel spoke with Mechkowski. Speaking of Mr. Ragbir, Mechkowski stated that things were "different" now than they were in the past, referring to changes in leadership. Significantly, Mechkowski stated that he felt "resentment" about the March 9, 2017 check-in.

69.      In addition, Mechkowski stated that:

a.      Mechkowski heard Mr. Ragbir's statements to the press, and that he continued to see him at vigils at 26 Federal Plaza; and

b.      Mechkowski was angry about the presence of the elected officials in 26 Federal Plaza, specifically naming Melissa Mark-Viverito and "that guy from Brooklyn" (presumably Councilmember Jumaane Williams).

c.      Mechkowski stated that no decision had been made in Mr. Ragbir's case and his I-246 application to renew his stay of removal was still pending.

70.      Defendant Decker and Defendant Mechkowski have conceded that a decision had been made to deny the stay application and remove Mr. Ragbir prior to his check-in, contrary to what Mechkowski told Mr. Ragbir's counsel during their meeting.

**5.      Defendants' Unnecessarily Cruel Detention of Mr. Ragbir**

71.      As noted above, Mr. Ragbir's counsel applied for renewal of his administrative stay in November 2017. At that time Mr. Ragbir's current administrative stay was due to expire on January 19, 2018. His counsel received an e-mail from Mechkowski on January 10, 2018 reiterating that Mr. Ragbir's request for renewal of his administrative stay was pending, and that no decision had been reached, despite Mechkowski's later sworn statements to the contrary.

22

**Exhibit 68, Page 372**

72.     Mr. Ragbir's January 11, 2018 check-in was atypical in several respects:

a.      First, in advance of Mr. Ragbir's scheduled January 11, 2018 check-in, Mechkowski suggested that—rather than following the normal protocol by which Mr. Ragbir would check-in with the Deportation Officer assigned to his case— Mr. Ragbir should report directly to him on January 11, 2018.

b.      Second, upon meeting Mechkowski as instructed on January 11, 2018, the group was told that only one of Mr. Ragbir's legal representatives and his wife would be allowed to enter.  The undisputed fact that another attorney and two law students had entered G-28 Notices of Appearance on behalf of Mr. Ragbir was disregarded.

73.     In the ensuing meeting, Mechkowski reported that ICE would no longer await a pending decision from the Office of Chief Counsel on Mr. Ragbir's motion to reopen his removal proceedings.  He stated that he was not willing to wait longer and would be "enforcing the order." He said that a decision was made that morning to deny Mr. Ragbir's application for a renewed stay of removal, and handed his counsel a letter from Director Decker stating that his request for the renewed stay was denied.  He then said he would be taking Mr. Ragbir into custody.  Upon hearing the news, Mr. Ragbir briefly lost consciousness.

a.      Mr. Ragbir's representatives were not given any arrest warrant authorizing Mr. Ragbir's arrest.

b.      Mr. Ragbir's representatives were not given any notice or explanation regarding the revocation of Mr. Ragbir's then-current stay of removal, which was not set to expire until January 18, 2018.

**Exhibit 68, Page 373**

c.      Mr. Ragbir's representatives were not given any notice or explanation authorizing the revocation of Mr. Ragbir's order of supervision and deprivation of an orderly departure.  Indeed, at no time was Mr. Ragbir ever provided with an opportunity to be heard on the reasons for the revocation of his supervision order, as required by federal regulations.

74.     Further, ICE officers engaged in evasive maneuvers to separate Mr. Ragbir from his wife and transfer him to a Florida detention center, rather than one of the many detention centers typically used by ICE in New York and New Jersey.

a.      Mr. Ragbir's counsel was not told what detention facility he would be taken to; ICE officers simply stated that they did not know.

b.      The ambulance that took Mr. Ragbir, his wife, and ICE officers to a local hospital dropped his wife off at one hospital, where his wife believed Mr. Ragbir would be "medically cleared," and then took Mr. Ragbir to a second hospital.

c.      At the hospital, ICE officers attempted to rush the process of medical clearance.

d.      Although several detention centers are typically used by ICE in the New York-New Jersey area, ICE officers took Mr. Ragbir in a van to Newark Airport, and then to a plane to Miami, Florida to be booked at a facility there.  ICE later disclosed that they had purchased the tickets to Miami the day before and intended to remove Mr. Ragbir the following morning, notwithstanding regulations providing that a noncitizen "shall not" be deported within the first 72 hours after being "taken into custody."

24

**Exhibit 68, Page 374**

e. ICE initially refused to return Mr. Ragbir to the New York area despite this Court's January 11 order enjoining the Government from transferring him outside the jurisdiction of the New York field office. Mr. Ragbir was returned only after filing a motion to enforce the Court's order.

75. Mr. Ragbir was "processed" curbside at Newark Airport, had his fingerprint placed on various papers but not given copies of any documents other than the letter denying his stay application.

76. Mr. Ragbir spent more than two weeks in detention. His movements were restricted and monitored. Contact with his wife and his counsel was extremely limited, particularly while detained in Florida. He was unable to receive calls at all, nor could he make outgoing calls unless funds were placed in his phone account. In-person visits were strictly limited in Florida, and family could only visit for a one-hour period, through plexiglass. During Mr. Ragbir's detention, ICE officers indicated that they were aware of his activism.

77. Mr. Ragbir's counsel filed a petition for writ of habeas corpus on January 11, 2018 in this Court, challenging ICE's detention of Mr. Ragbir as unlawful.

78. On January 29, 2018, this Court granted that petition, ordering his immediate release from detention. The Court noted ICE's abrupt detention was both cruel and unusual.

> [W]hen this country allowed petitioner to become a part of our community fabric, allowed him to build a life with and among us and to enjoy the liberties and freedom that come with that, it committed itself to avoidance of unnecessary cruelty when the time came. By denying petitioner these rights, the Government has acted wrongly.

*Ragbir*, 2018 WL 623557, at *2.

79. This Court also indicated that ICE's motivation for Mr. Ragbir's detention merited further scrutiny:

**Exhibit 68, Page 375**

> *The Court also notes with grave concern the argument that*
> *petitioner has been targeted as a result of his speech and political*
> *advocacy on behalf of immigrants' rights and social justice.*
> "[A]s a general matter, the First Amendment means that
> government has no power to restrict expression because of its
> message, its ideas, its subject matter, or its content."

*Id.* at *1 n.1 (emphasis added) (quoting *Alvarez*, 567 U.S. at 716).

### 6.    ICE's Ongoing Efforts To Deport Mr. Ragbir

80.    Mr. Ragbir was released from detention on January 29, 2018, as a result of the

Court's decision.  ICE's treatment of Mr. Ragbir was unusual even in the final moments of his

detention.  Before he was released, ICE officers shackled him once more for the duration of his

return from Orange County Correctional Facility in Goshen, New York, to New York City.[14]  He

was then processed for release and personally served a notice to report for deportation on

Saturday, February 10, 2018 by Mechkowski at 26 Federal Plaza.

81.    Nonetheless, Mr. Ragbir has continued his activism since his release.[15]  On

January 31, 2018, Mr. Ragbir returned to 26 Federal Plaza, the site of his detention, and led a

Jericho walk in protest.[16]  Speaking to a crowd, he stated, "There is a psychological warfare out

there and they want us to be weak … . They want us to cave … so our spirits are broken."  *Id.*

82.    Meanwhile, Defendants continue to employ extraordinary tactics to remove Mr.

Ragbir as quickly as possible and without regard to this Court's order holding that Mr. Ragbir

---

[14] *Exclusive: Ravi Ragbir Speaks Out After Being Freed from "Unnecessarily Cruel" ICE Detention*, Democracy Now! (Jan. 30, 2018), https://www.democracynow.org/2018/1/30/exclusive_immigrant_leader_ravi_ragbir_freed.

[15] Kristin Toussaint, *Immigrant rights leader Ravi Ragbir released from ICE detention*, Metro (Jan. 30, 2018), https://www.metro.us/news/local-news/new-york/immigrant-rights-leader-ravi-ragbir-released-ice.

[16] Molly Crane-Newman, *Immigrant activist Ravi Ragbir returns to site of his arrest for Manhattan protest march: "They want us to cave,"* Daily News (Feb. 1 2018), http://www.nydailynews.com/new-york/manhattan/ravi-ragbir-returns-site-arrest-nyc-protest-march-article-1.3793363.

26

was entitled to an orderly departure.  ICE initially ordered Mr. Ragbir to check in again on Saturday, February 10, 2018, less than two weeks after the date of this Court's Order, with "one piece of luggage not to exceed 44 pounds."[17]

83.    ICE's check-in date, February 10, 2018, is notable.  It would have offered Mr. Ragbir less than two weeks to prepare himself to leave the country where he has lived for over two decades, and where he will leave a U.S. citizen wife and daughter.  In addition, it was scheduled for the day after a scheduled hearing on Mr. Ragbir's motion for a stay of his removal pending adjudication of his *coram nobis* petition in the District Court of the District of New Jersey.

84.    On information and belief, it is highly unusual to require an individual to check in or report to ICE on a Saturday, when ICE offices—and courts—are typically closed. Counsel for Mr. Ragbir noted that the Saturday reporting date would have impeded his access to the courts, and asked for a weekday report date, but this request was rejected.

85.    On March 23, 2018, the U.S. District Court for the District of New Jersey imposed a temporary stay in connection with Mr. Ragbir's *coram nobis* petition.  Although the Government has filed a notice of appeal of this decision, on information and belief, ICE is aware that the New Jersey district court has ordered that Mr. Ragbir shall not be removed until it has reached a decision in that case.

86.    On May 4, 2018, the New Jersey district court held an evidentiary hearing on Mr. Ragbir's coram nobis petition, and the court reserved decision. The petition remains pending.

---

[17] Letter of Thomas Decker to Alina Das (Feb. 5, 2018).

**Exhibit 68, Page 377**

### C. Defendants Have Targeted Numerous Other Immigrant-Rights Activists on the Basis of Their Core Protected Political Speech on Immigration Issues

87.  The detention, arrests, and other enforcement actions taken against Mr. Ragbir and Jean Montrevil are not unique.  Rather, under the current Administration, ICE has engaged in a pattern and practice of targeting immigrants who exercised their fundamental First Amendment rights to criticize immigration policy and immigration enforcement.

#### 1. Daniela Vargas

88.  On information and belief, on March 1, 2017, in Jackson, Mississippi, ICE agents detained Daniela Vargas, a 22-year-old activist and DACA recipient, as she left a news conference where she had spoken alongside other immigration advocacy groups.[18]  Vargas had witnessed ICE's arrest of her family the previous month, and was not detained at that time because she explained to the officers that she had DACA status.  That status had expired, but Vargas was in the process of applying for renewal.  At the conference, she asked President Trump to protect her.

89.  ICE agents arrested Vargas about five minutes after she spoke to reporters outside Jackson City Hall.  A person present at the arrest reported that ICE agents opened the car door saying "you know who we are and you know why we're here."  Although she had a pending DACA case, ICE agents claimed that she was listed as a "visa overstay" and would have to be detained.[19]  When asked to comment about Ms. Vargas' arrest, ICE provided a statement indicating that it was a "targeted" enforcement operation.  On March 9, 2017, days after ICE

---

[18] Phil Helsel, *'Dreamer' Applicant Arrested After Calling for Immigrant Protection*, NBC News (Mar. 2, 2017), https://www.nbcnews.com/news/us-news/dreamer-applicant-arrested-after-calling-immigrant-protections-n727961.

[19] *ICE Intimidates Latino Community With Arrest of DACA Recipient Practicing Free Speech*, HuffPost (Mar. 3, 2017), https://www.huffingtonpost.com/entry/ice-intimidates-latino-community-with-arrest-of-daca_us_58b9dd6de4b02b8b584dfb6d

arrested Ms. Vargas, a Dreamer with an active DACA application, it tweeted that "active DACA recipients are typically a lower level of enforcement priority."  ICE has not provided any explanation for its failure to follow its own policy in Ms. Vargas's case.[20]

### 2.    Migrant Justice

90.     On information and belief, ICE has targeted multiple members of Migrant Justice, a community based non-profit organization of Vermont dairy farmworkers and their families.  A majority of Vermont dairy workers are immigrants, and Migrant Justice has engaged in campaigns to defend the rights of their members as workers and as immigrants.  In particular, Migrant Justice has sought to hold immigration enforcement agencies, including ICE, accountable for rights violations.

91.     On April 21, 2016, ICE arrested Jose Victor Garcia Diaz outside a Mexican cultural event in Stowe, Vermont.[21]  Mr. Garcia Diaz is a public spokesperson for Migrant Justice's Milk with Dignity campaign.  The day before his arrest, he had returned from a gathering of the Food Chain Workers Alliance in Los Angeles, California. Mr. Garcia Diaz represented Vermont farmworkers at the meeting in an effort to build a unified movement for respect for human rights in food supply chains.  His immigration removal proceedings are ongoing.

92.     On March 17, 2017, the day after Migrant Justice announced an escalation of its Milk with Dignity campaign with respect to Ben & Jerry's, ICE arrested Jose Enrique Balcazar Sanchez shortly after he left a meeting at Migrant Justice's office.  ICE had previously identified

---

[20] Ray Sanchez, "DREAMer Daniela Vargas released, immigration group says," *CNN* (Mar. 10, 2017) https://www.cnn.com/2017/03/10/us/dreamer-daniela-vargas-ordered-released/index.html.

[21] Compl. ¶ 16, *Migrant Justice v. U.S. Dep't of Homeland Sec.*, No. 17-cv-197 (D. Vt. Oct. 11, 2017).

**Exhibit 68, Page 379**

Balcazar as a target for enforcement.[22]  He has been a very visible representative of Migrant Justice and publicly promoted policies to limit ICE's entanglement with local law enforcement. Over the past few years, Balcazar Sanchez has served as one of Migrant Justice's primary spokespeople in its campaigns for driver's licenses and for a fair and impartial policing policy. He served on a task force established to advise the Vermont Attorney General on immigration issues, which resulted in guidance for Vermont cities and towns to limit their role in immigration law enforcement.

93.     On March 17, 2017, ICE also arrested Zully Victoria Palacios Rodriguez, who was a passenger in Balcazar Sanchez's car.  Palacios Rodriguez is a key Migrant Justice organizer. Just prior to her arrest, she had also just left Migrant Justice's office.  Notably, Palacios was arrested on the grounds that she had overstayed her visa—a civil violation—by approximately eight months.  She was held without bail, which is extremely atypical treatment for an immigrant who has merely overstayed a visa.[23]

94.     On June 17, 2017, two more Migrant Justice activists were arrested for immigration violations as they returned home from a march for better work conditions.  Esau Peche and Yesenia Hernandez participated in the march with approximately 200 others walking from Montpelier Vermont, to a Ben & Jerry's factory in Waterbury.  After the March, they drove home to East Franklin, which is north of Waterbury.  They were stopped by Border Patrol, arrested and turned over to ICE.  A Border Patrol spokesperson stated that the two Mexican

---

[22]    On September 22, 2016, ICE arrested Miguel Alfredo Alcudia Gamas, another Migrant Justice member. Mr. Alcudia Gamas is also a public spokesperson for Migrant Justice's Milk with Dignity campaign. When ICE arrested Mr. Alcudia Gamas, ICE officers made statements implying that they were targeting a fellow Migrant Justice leader, Jose Enrique Balcazar Sanchez. *Id.* ¶ 18.

[23] Milton J. Valencia, *Hundreds in Boston Will Protest Vermont ICE Arrests*, The Boston Globe (Mar. 26, 2017), https://www.bostonglobe.com/metro/2017/03/26/hundreds-protest-vermont-ice-arrests-boston-monday/MdxOtwc9TP6sVHsgEjEAY/story.html

nationals "appeared to the agent to have come across the border" and were stopped as part of
routine operations.[24]

95.     Migrant Justice is currently engaged in litigation to confirm through a Freedom of
Information Act request whether its members have been targeted by ICE because of their
advocacy on behalf of migrant workers.[25]

### 3.     Emilio Gutiérrez Soto and Oscar Gutiérrez Soto

96.     On information and belief, Emilio Gutiérrez Soto is an award-winning Mexican
journalist who fled Mexico in 2008 as a persecuted journalist, only to find that in the United
Stated, he would also be targeted by authorities as a result of his public statements on
immigration policy.

97.     Mr. Gutiérrez Soto and his son, Oscar, presented themselves at the United States
border and applied for admission on June 16, 2008.  They were interviewed by an asylum officer
who found that they had a credible fear of persecution.  From 2008 through 2017, Mr. Gutiérrez
Soto and his son were paroled into the United States as arriving aliens with a credible fear of
persecution.

98.     On information and belief, in February 2017, internal ICE emails show that Mr.
Gutiérrez Soto was placed on a list as a "candidate for arrest" in an email string titled "Non-
Detained Target List," despite the fact that Mr. Gutiérrez Soto and his son had been paroled into
the United States legally and were awaiting a decision from the immigration judge regarding his
asylum claim.  On information and belief, ICE has not stated whether it maintains other "Non-

---

[24] Elizabeth Murray, *Protesters decry farmworkers' arrest after Ben & Jerry's march* (June 19, 2017), http://www.burlingtonfreepress.com/story/news/local/vermont/2017/06/19/border-patrol-arrests-2-immigrants-east-franklin/408333001/.

[25] Compl., *Migrant Justice, et. al v. United States Dep't of Homeland Security, et. al*, No. 17-cv-197 (D. Vt. Oct. 11, 2017).

**Exhibit 68, Page 381**

Detained Target" lists, and how it determines whether an immigrant will be targeted (whether or not a final order of removal is in place).

99.     In July 2017, an immigration judge denied Mr. Gutiérrez Soto's and his son's asylum claims. The decision became final in August 2017.

100.    In the following months, Mr. Gutiérrez Soto was publicly critical of the United States government and its immigration policy. For example, on October 4, 2017 the National Press Club awarded Mr. Gutiérrez Soto the John Aubuchon Award for Press Freedom on behalf of Mexican journalists. During his acceptance speech, Mr. Gutiérrez Soto criticized the United States' policy on asylum and, *inter alia*, stated that United States immigration authorities were "bartering away international law" with regard to asylum seekers.

101.    On November 20, 2017, Mr. Gutiérrez Soto and his son moved to reopen their cases with the BIA.

102.    On December 7, 2017, Mr. Gutiérrez Soto and his son appeared for a previously scheduled check-in with ICE, and were immediately arrested and detained. ICE tried to deport both of them that very day. However, before they could be deported, the BIA granted them a stay of removal pending consideration of their motion to reopen. In light of this stay, Mr. Gutiérrez Soto and his son were not deported, but sent to a detention center 90 miles away from El Paso, far from their communities and attorneys.

103.    On December 22, the BIA granted Mr. Gutiérrez Soto's and his son's motion to reopen and reinstated their appeal. But Mr. Gutiérrez Soto and his son remained in detention.

104.    In the meantime, activists continued to protest publicly for the release of Mr. Gutiérrez Soto and his son. ICE officials complained of this negative publicity to William McCarren, the Executive Director of the National Press Club, who stated under oath that an ICE

**Exhibit 68, Page 382**

official told him to "tone it down" during a meeting regarding Mr. Gutiérrez Soto. McCarren interpreted the comment in the context of the conversation to mean that the media should stop attracting attention to the Gutiérrez Sotos' cause.

105.    On March 6, 2018, Mr. Gutiérrez Soto and his son sought habeas relief in the U.S. District Court for the Western District of Texas.  They asserted, among other things, that ICE violated their First Amendment rights by arresting and detaining them unnecessarily on the basis of Mr. Gutiérrez Soto's public criticism of immigration enforcement officials.  That case, *Gutierrez-Soto v. Sessions*, is pending.  The court has held that "taking all . . . evidence into account, Petitioners have offered enough evidence to create a genuine issue of material fact regarding whether Respondents [ICE] violated their First Amendment rights."  *Gutierrez-Soto v. Sessions*, No. EP-18-CV-00071-DCG, 2018 WL 3384317, at *10 (W.D. Tex. July 10, 2018).

### 4.    Maru Mora-Villalpando

106.    Ms. Maru Mora-Villalpando is a longtime member and leader of plaintiff DWN, specifically through her leadership of the Northwest Detention Center Resistance ("NWDC Resistance").  For years, she has educated other DWN members on some of the innovative practices used by NWDC Resistance, and has regularly spoken at other DWN conferences and conventions.  She has lived in the United States for 22 years.

107.    On information and belief, in 2017, she organized and carried out several Resistance Workshops across the state of Washington to educate the immigrant community on ICE and DHS's February 2017 memos on enforcement implementation.

33

**Exhibit 68, Page 383**

108. In December 2017, ICE served Ms. Mora Villalpando with a Notice to Appear ("NTA") for removal proceedings.[26] ICE noted on its December 2017 I-213 Form—an official ICE document that sets forth the basis to support a person's alleged alienage and removability— that Ms. Mora-Villalpando has "extensive involvement with anti-ICE protest and Latino advocacy programs" and that she "has become a public figure." The only purported evidence of Ms. Mora-Villalpando's immigration status or removability was an interview she gave to "Whatcom Watch" six months earlier, in June 2017.

109. On information and belief, Ms. Mora-Villalpando has resided in the United States for over 25 years. She raised a daughter in the United States: Josefina Alanis Mora, who is now a university student. She has no criminal history.

110. On information and belief, Ms. Mora-Villalpando was well-known to federal officials for many years before she was issued an NTA. She met with federal officials during the Obama administration, when she helped publicize detainees' hunger strikes and other protests in Washington State. She acted as a spokeswoman for immigrants held at the Northwest Detention Center in Tacoma, Washington. There is no explanation for ICE's sudden issuance of a NTA other than as a retaliatory response to Ms. Mora-Villalpando's "extensive involvement with anti-ICE protest and Latino advocacy programs."[27] She explained to the *Washington Post* that "[t]here's no way for them to know about me except for the work that I do."[28]

---

[26] Maria Sacchetti & David Weigel, *ICE Has Detained or Deported Prominent Immigration Activists*, Washington Post (Jan. 19, 2018), https://www.washingtonpost.com/powerpost/ice-has-detained-or-deported-foreigners-who-are-also-immigration-activists/2018/01/19/377af23a-fc95-11e7-a46b-a3614530bd87_story.html?utm_term=.64d28708d652.

[27] *Supra* ¶ 108.

[28] *Id.*

**Exhibit 68, Page 384**

111.    On information and belief, in February 2018, Ms. Mora-Villalpando requested documents from ICE and other agencies under the Freedom of Information Act.  *Inter alia*, she sought documents reflecting ICE guidance regarding enforcement actions against individuals who make public statements to the media or are involved in "anti-ICE" and/or 'immigrant rights' activism.  ICE has not substantively responded to this request, forcing Ms. Mora-Villalpando to file a complaint in the U.S. District Court for the Western District of Washington to seek the release of these documents.  On information and belief, ICE is required to release these documents under the Freedom of Information Act.  Plaintiff NIPNLG represents Ms. Mora-Villalpando in this action.

### 5.    Baltazar Aburto Gutierrez

112.    On information and belief, in early December 2017, Baltazar "Rosas" Aburto Gutierrez was detained by an ICE agent who explicitly referenced  the fact that he had spoken to a newspapers in November 2017.[29]  Though his comments were made anonymously in a *Seattle Times* article, a second article in the *Chinook Observer* referenced his nick-name ("Rosas").[30]  In addition, his partner's full name and details of the ICE action to arrest and deport her were reported in both articles.  Neither article detailed Mr. Gutierrez's immigration status.

113.    On information and belief, Mr. Gutierrez had commented to the press about the wrenching circumstances of his partner's arrest by ICE and her deportation to Mexico in November 2017.  ICE at that time declined to arrest Mr. Gutierrez as well, stating that while his partner had a prior deportation order, he did not.

---

[29] Nina Shapiro, *ICE Tracks Down Immigrants Who Spoke to Media in SW Washington: "You Are the One from the Newspaper,"* Seattle Times (Dec. 3, 2017), https://www.seattletimes. com/seattle-news/ice-tracks-down-immigrant-who-spoke-to-media-in-sw-washington-you-are-the-one-from-the-newspaper.

[30] *Id.*

**Exhibit 68, Page 385**

114.     On information and belief, the next month, the agent who arrested Mr. Gutierrez
approached him again stating, "You are Rosas," and "You are the one from the newspaper."[31]
Mr. Gutierrez also stated that the agent told him "My supervisor asked me to come find you
because of what appeared in the newspaper."[32] ICE did not explain why the rationale that
prevented Mr. Gutierrez's arrest the month before had changed.

### 6.     Eliseo Jurado

115.     On information and belief, Eliseo Jurado was born in Mexico and came to the
United States as a teenager.  His father is a United States citizen; his mother is a green card
holder.  He is married to Encalada Latorre, a Peruvian woman who has taken sanctuary in
churches in Boulder Colorado since December 2016.  The couple has two U.S. citizen children.
Jurado's wife, Latorre has been the subject of extensive news coverage since she moved into  a
local church to avoid deportation.

116.     On information and belief, although local ICE Field Office Director Jeffrey Lynch
denied that Mr. Jurado's arrest was related to his wife's decision to take sanctuary, he confirmed
in a statement that Mr. Jurado came to the agency's attention during an investigation into
Encalada Latorre.[33]

### 7.     Amer Othman Adi

117.     Amer Othman Adi, a 57-year-old businessman, husband and father, arrived in the
United States at 19 years old.  He was placed into removal proceedings decades ago, accused of

---

[31] *Id*.

[32] *Id*.

[33] John Bear & Jenn Fields, *Husband of Peruvian Woman Taking Sanctuary at Boulder Church
Detained by ICE*, The Denver Post (Jan. 11, 2018),
https://www.denverpost.com/2018/01/11/ingrid-encalada-latorre-husband-detained-immigration-
boulder-sanctuary.

**Exhibit 68, Page 386**

entering into a "sham" marriage to secure Lawful Permanent Resident status.  Adi was told that

he would be deported in 2016, and prepared himself and his United States citizen second-wife

for a scheduled departure on January 7 departure.  Then, ICE granted a temporary stay that

prevented his January 7 deportation.

118.    On January 16, 2018, ICE arrested Mr. Adi and placed him in detention.  To

protest his deportation, Mr. Adi began a hunger strike.  Ohio Democratic congressman Tim Ryan

introduced a private bill to grant Mr. Adi lawful permanent resident status, which would allow

him to remain in the United States. The House Judiciary Subcommittee on Immigration and

Border Security approved the private bill, asking ICE to grant Adi a six-month stay of

deportation. In an extraordinary move, described as "highly irregular" by Representative Tim

Ryan of Ohio, ICE reversed its prior stay and rejected the congressional request to stay Adi's

deportation.  Mr. Adi was deported to Jordan on January 29, 2018.

### 8.    Jesus Chavez Flores

119.    On information and belief, in February 2018, ICE placed Jesus Chavez Flores into

solitary confinement as punishment for leading a hunger strike.  The hunger strike, in protest of

conditions at the detention facility, began on February 7, 2018 and involved approximately 120

immigrants housed in the detention center.

120.    Mr. Chavez remained in solitary confinement for 20 days, while attorneys filed a

lawsuit to enjoin the detention center and ICE from continuing to retaliate against Mr. Chavez.

Mr. Chavez was subsequently released from solitary confinement, only to be transferred to a

**Exhibit 68, Page 387**

higher security detention facility, without reason. He has stated that he continues to fear further retaliation for his protest.[34]

### 9. Alejandra Pablos

121.    On information and belief, on March 7, 2018, ICE detained Alejandra Pablos. On information and belief, Ms. Pablos is a member of Plaintiff DWN, and an activist well known for her anti-ICE protests. Ms. Pablos is a legal permanent resident who came to the United States as an infant. Her detention appears to be related to a January 2018 incident in which she was arrested by ICE officers during a protest, while speaking in front of an ICE building. No other person was arrested, and observers later stated that Pablos was singled out by the ICE officer without justification.[35]

122.    On information and belief, when Pablos arrived for the March 7 ICE check-in at which she was detained, an officer informed her that after the January arrest, ICE officials in Virginia notified their Arizona counterparts to make sure they knew she'd been arrested again. Ms. Pablos was detained for 43 days.

### 10. Manuel Duran Ortega

123.    On information and belief, in April 2018, ICE unnecessarily detained Manuel Duran Ortega. Mr. Duran Ortega is a 42-year-old journalist from El Salvador who fled to the United States in 2006 after his life was threatened. Mr. Ortega has lived in Memphis Tennessee since 2006, and is a well-known member of the local press.

---

[34] *See* ACLU-WA, "ACLU-WA Lawsuit Seeks to Uphold Free Speech Rights of Hunger Striker at Northwest Detention Center" (Feb. 23, 2018), https://www.aclu-wa.org/news/aclu-wa-lawsuit-seeks-uphold-free-speech-rights-hunger-striker-northwest-detention-center; Pl.'s Mot. for Leave to File Second Am. Compl., *Chavez Flores v. United States Immigration and Customs Enforcement*, No. 18-cv-05139 (W.D. Wash. May 21, 2018) (Dkt. No. 45).

[35] Ray Stern, "Latina Activist Alejandra Pablos Jailed by ICE; 'Retaliation' for Protest, Group Claims," *Phoenix New Times* (Mar. 7, 2018), http://www.phoenixnewtimes.com/news/latina-activist-alejandra-pablos-jailed-in-tucson-by-ice-10210545.

**Exhibit 68, Page 388**

124.     In 2018, Mr. Duran Ortega published numerous articles criticizing DHS, including an article in *Memphis Noticias* regarding unjust conditions at DHS detention facilities and an article on the devastating impact of family separation caused by immigration enforcement. He also published several stories regarding the Memphis Police Department's collaboration with ICE, which collaboration the Memphis Police Department had publicly denied.

125.     On April 3, 2018, Mr. Duran Ortega was arrested by local police at a protest against the Memphis Police Department's collaborations with ICE.  At the time, Mr. Duran Ortega was wearing his press credentials, a bright yellow badge labeled "Press," around his neck, spoke into the camera he carried, observed and described the activities, and did not join the protestors in their chants.  When instructed by police to move aside, he attempted to do so, but officers nonetheless arrested him.  He was the only member of the press arrested that day. Despite attempts by Mr. Duran Ortega's partner to pay a bond for his release, and the subsequent dismissal of charges against him, Mr. Duran Ortega remained detained until he was transferred to ICE custody.

126.     On information and belief, ordinarily, detainees at the Shelby County jail where Mr. Duran Ortega was held are transferred into DHS custody through a processing facility in Memphis.  Those detainees then typically spend several days at a small short-term detention center in Mason, Tennessee, before being transferred to a longer-term ICE detention facility such as LaSalle Detention Center in Louisiana.

127.     ICE departed from this usual practice in Mr. Duran Ortega's case.  On April 5, 2018, ICE shackled Mr. Duran Ortega's wrists, ankles, and waist and forced to him to endure an

**Exhibit 68, Page 389**

eight-hour ride directly to LaSalle Detention Center in Jena, Louisiana. without access to a
bathroom.

### 11.    Coalition for Human Immigrant Rights ("CHIRLA")

128.    CHIRLA was founded in 1986 in response to passage of the Immigration Reform
and Control Act, which made hiring undocumented workers illegal.  CHIRLA seeks to ensure
that immigrant communities are fully integrated into their communities, with full rights and
access to resources, by promoting civic engagement, providing legal services to immigrants, and
through community organizing.

129.    On information and belief, over the past year and a half, CHIRLA and its
members have been severely affected by immigration enforcement actions against its active
members, who participate in marches and speaking events to educate the public regarding the
real impact of immigration reform.  These instances of retaliation have had a chilling effect on
other CHIRLA members' participation in protests and other actions.

(a)    "Jose"

130.    "Jose," an active CHIRLA member, came to the United States as an
unaccompanied minor.  He shared his experience as an unaccompanied minor as part of a press
conference CHIRLA organized to bring attention to the plight of immigrants like "Jose."  That
press conference took place just outside ICE headquarters in Los Angeles, California.  Shortly
after "Jose" spoke, ICE arrived at his house, arrested him, and transferred him three hours away
to the Adelanto detention center.

(b)    "Maria"

131.    In the aftermath of Jose's arrest and detention, many of CHIRLA's members have
decided that they can no longer share their experiences publicly as immigration activists.  For
example, CHIRLA member "Maria," who had been an active public speaker, has decided to stop

**Exhibit 68, Page 390**

speaking out publicly regarding her experience.  She has also changed her social media profile for fear that ICE will use information posted through her account, including political speech, against her.

**12.  CASA**

132.  Plaintiff CASA is an organization that, *inter alia*, mobilizes demonstrations in support of immigrants to protest unjust immigration policies.

133.  CASA's members have been targeted by immigration enforcement authorities as a result of their membership and active roles in CASA.  For example, over the past year, ICE has deported several CASA leaders, including Liliana Cruz, Catia Paz, and two young brothers, Diego and Lizandro Claros.  In addition, ICE has taken adverse immigration enforcement actions against Karen Julissa Fiallos Ramos, Florinda Faviola Lorenzo, and Roxana Elizabeth Orellana Santos.  All had received extensive media coverage for their advocacy and engagement with elected officials.  During supervisory check-ins, ICE officers have regularly noted each person's CASA membership.  Further, in some cases, the ICE officers have implied that CASA's marches and press work on behalf of individuals may be detrimental to their immigration case.

(a)  Karen Julissa Fiallos Ramos

134.  Ms. Fiallos Ramos is an active leader with CASA, helping to lead her committee outside of Baltimore and mobilizing her fellow parishioners to speak out on behalf of immigrant rights.  She routinely speaks at pro-immigrant rallies and actions, and has testified in Annapolis on multiple occasions on behalf of pro-immigrant legislation.  She always identifies as a member of CASA.

135.  Ms. Ramos entered the United States in 2001. She  received an in absentia order of removal in July of 2002, while she was pregnant and unable to obtain a lawyer to represent her.  In October 2002, she gave birth to her daughter, Katherine Nicole Euseda Fiallos.  In 2010,

**Exhibit 68, Page 391**

Ms. Ramos was provided an order of supervision. She has dutifully complied with that Order of Supervision for the last 8 years. Meanwhile, she has raised her U.S. citizen daughter, and is currently engaged in an effort to gain sole custody over her daughter.

136.    During Ms. Fiallos Ramos's last ICE check-in on June 5, 2018, Acting Supervising Detention and Deportation Officer ("SDDO") Derrick Watson told her that she would be detained and deported at her next check-in on January 8, 2019. Acting SDDO Watson specifically mentioned CASA's activism and implied that CASA's marches and press work on Ms. Fiallos Ramos's behalf may be detrimental to her case. CASA believes that ICE officials were monitoring Ms. Fiallos Ramos's case in large part because of CASA's role in supporting and representing her, as well as because of her own activism.

(b)    Florinda Faviola Lorenzo

137.    Ms. Florinda Faviola Lorenzo is a member and leader within CASA. She is an outspoken advocate for immigrant rights and has told her story to numerous media outlets, including NBC, FOX and The Washington Post. ICE officers familiar with her case are aware of her role in CASA.

138.    Ms. Lorenzo entered the United States in 2003, and overstayed her visa. She has been living in the United States since that time, and is the primary caretaker of her two U.S. citizen children. Approximately seven years ago, in August 2011, Ms. Lorenzo was placed on an order of supervision by immigration officials after Prince George's County polic arrested her for for selling a $2 phone card. For seven years, Ms. Lorenzo has dutifully reported to each of her check-ins, often accompanied by CASA members.

139.    On May 8, 2018, Ms. Lorenzo was inexplicably given two months to report back to ICE with a plane ticket or be deported. Her next check-in is scheduled for July 25, 2018.

CASA believes that ICE officials have made this decision because of CASA's role in supporting

and representing her, as well as because of her own activism.

(c)       Roxana Elizabeth Orellana Santos

140.     Ms. Orellana Santos is an active CASA member who is frequently accompanied

by other CASA members at ICE check-ins.  Her SDDO, Katie Reisner, has on multiple

occasions expressed her awareness of CASA and has stated that CASA's clients are not

benefitted by the group's advocacy.

141.     Ms. Orellana Santos has been in the United States since 2006.  On October 7,

2008, local police officers arrested, handcuffed, and detained Ms. Orellana Santos for a

suspected civil immigration violation.  The officers had no probable cause to arrest Ms. Orellana

Santos.  Ms. Orellana Santos was subsequently transferred to ICE and detained for over a month.

Once released, Ms. Orellana Santos brought suit against the local police and ICE officers.  That

suit has since led to a precedential decision from the U.S. Court of Appeals for the Fourth

Circuit, which held that the local officers' conduct violated Ms. Orellana Santos' civil rights.

*See Santos v. Frederick Cty. Bd. of Comm'rs*, 725 F.3d 451 (4th Cir. 2013). The case was

remanded back to district court where proceedings are ongoing.

142.     Aside from the October 7, 2008 incident, Ms. Orellana Santos has never been

arrested or charged with any crime.  She has resided in the United States without incident, all

while actively advocating for immigrant rights and caring for her three U.S. citizen children.

143.     Ms. Orellana Santos has dutifully reported to ICE since being placed on an order

of supervision in 2011.  At her last check-in, ICE SDDO Reisner informed CASA counsel that

Ms. Orellana Santos was required to appear at her next check-in on August 13, 2018 with a filed

U-visa application or she would be detained and presumably processed for removal.  SDDO

Reisner specifically referenced Ms. Orellana Santos' civil rights claim and indicated her

43

dissatisfaction at having been referenced in the filings. Neither Ms. Reisner nor ICE are

currently defendants in that proceeding. CASA believes that ICE officials have focused their

attention on Ms. Orellana Santos because of CASA's role in supporting and representing her, as

well as her own activism.

### 13.    Immigrant Sanctuaries

144.    On information and belief, ICE has also targeted communities that it identifies as

"sanctuary cities" to punish those communities for taking legislative, municipal and political

action to limit official cooperation with federal immigration enforcement.[36]  These are

communities where activists have successfully lobbied to prevent local government from

assisting the federal government in immigration enforcement actions against immigrant

residents.

145.    In September 2017, ICE announced that it would undertake a series of raids

designed to target sanctuary cities, and publically designated the action, "Operation Safe City."

According to ICE, Operation Safe City would target cities and regions "where ICE deportation

officers are denied access to jails and prisons to interview suspected immigration violators or

jurisdictions where ICE detainers are not honored."[37]  Operation Safe City resulted in hundreds

---

[36] These activities align with broader efforts of the current administration.  On January 25, 2017,
the President issued an Executive Order entitled, "Enhancing Public Safety in the Interior of the
United States."  Exec. Order No. 13,768, 82 Fed. Reg. 8799 (Jan. 25, 2017).  The Executive
Order announces that it is the Executive Branch's policy to withhold federal funds from
"sanctuary jurisdictions", directs the Attorney General and Secretary of Homeland Security to
ensure that sanctuary jurisdictions do not receive federal grants, and directs the Attorney General
to take enforcement action against any local entity that "hinders the enforcement of Federal law."
*Id.* at 8801.  In July 2017, the Department of Justice increased pressure on sanctuary cities by
imposing additional requirements  for federal grants.  Pete Williams, *Attorney General Sessions
Raises Stakes for Sanctuary Cities*, NBC News (July 25, 2017), https://www.nbcnews.com/
politics/politics-news/attorney-general-sessions-raises-stakes-sanctuary-cities-n786546.

[37] ICE, *ICE Arrests over 450 on federal immigration charges during Operation 'Safe City,'*
(Sept. 28, 2017), https://www.ice.gov/news/releases/ice-arrests-over-450-federal-immigration-
charges-during-operation-safe-city.

44

**Exhibit 68, Page 394**

of arrests in communities that had taken actions to limit local government's cooperation with
federal immigration enforcement.  These communities included New York, Philadelphia, Los
Angeles, Boston, Denver, and Portland, Oregon.[38]

146.    Following the Operation Safe City raids, on October 5, 2017, California Governor
Jerry Brown signed SB54 into law, a statute cancelling almost all state and local cooperation
with federal deportation officers.  On information and belief, the statute was the result of, among
other things intense lobbying from immigrant rights organizations.  The next day, Former Acting
Director Thomas Homan, in direct response to the California legislation, made the following
threats in an official statement:

> SB54 will negatively impact ICE operations in California by
> nearly eliminating all cooperation and communication with our law
> enforcement partners in the state, voiding the delegated authority
> that the Orange County Sheriff's Office has under the 287g
> program, and prohibiting local law enforcement from contracting
> with the federal government to house detainees.
>
> *ICE will have no choice but to conduct at-large arrests in local
> neighborhoods and at worksites, which will inevitably result in
> additional collateral arrests, instead of focusing on arrests at jails
> and prisons where transfers are safer for ICE officers and the
> community.  ICE will also likely have to detain individuals
> arrested in California in detention facilities outside of the state, far
> from any family they may have in California.*[39]

---

[38]  Miriam Jordan, *Immigration Agents Arrest Hundreds in Sweep of Sanctuary Cities*, N.Y.
Times (Sept. 28, 2017), https://www.nytimes.com/2017/09/28/us/ice-arrests-sanctuary-
cities.html.

[39] ICE, Statement from ICE Acting Director Tom Homan on California Sanctuary Law (Oct. 6,
2017), https://www.ice.gov/news/releases/statement-ice-acting-director-tom-homan-california-
sanctuary-law (emphasis added).

**Exhibit 68, Page 395**

147.    In addition, on information and belief, ICE has increased its presence in sanctuary city communities,[40] and has warned that communities that choose to cease participation in the "287(g)" program will be subject to increased immigration enforcement.[41]

**D.    ICE's Retaliatory Enforcement Actions Cause Grave Harm to Plaintiffs**

**1.    Mr. Ragbir**

148.    Mr. Ragbir's sudden arrest and detention has inflicted long-lasting and irreparable harm.  The stress of his recent unexpected detention and the prospect of imminent deportation has exacerbated symptoms of depression and post-traumatic stress disorder.  Mr. Ragbir's symptoms are also intensified by worry that those who care about him are suffering as well.

149.    Nearly all of Mr. Ragbir's family, including his U.S. citizen wife and daughter, resides in the United States.  Mr. Ragbir has not lived in Trinidad in nearly three decades.

150.    If Mr. Ragbir is deported to Trinidad, he will be indefinitely separated from his family and community.  Mr. Ragbir's wife and daughter are U.S. citizens and unable to move to Trinidad.

151.    Mr. Ragbir's work is centered in the United States.  He supports immigrants who, like him, face deportation from their homes and families. He engages directly with faith communities, schools, civic groups, and other parts of American civil society to speak out against the systems of injustice that harm immigrants and their families.  If Mr. Ragbir is further

---

[40] An administration official stated that ICE has sent more officers to California to compensate for the "lack of cooperation from local police in turning over undocumented immigrants." Marisa Schultz, White House Slams California's Sanctuary City Policy Ahead of Trump Visit, New York Post (Mar. 12, 2018), https://nypost.com/2018/03/12/white-house-slams-californias-sanctuary-city-policy-ahead-of-trump-visit/ (last visited May 22, 2018).

[41] ICE warned that if a local Sheriff's Office followed through on a campaign promise to end the county's participation in the 287(g) program, there could be ramped up activity on the part of ICE. Alex Olgin & Nick de la Canal, ICE Warns if 287(g) Ends, it will Ramp Up Enforcement, WFAE (May 9, 2018), http://wfae.org/post/ice-warns-if-287g-ends-it-will-ramp-enforcement#stream/0.

**Exhibit 68, Page 396**

detained, surveilled, or deported, his ability to advocate for immigrant rights by directly engaging with those affected and encouraging them to speak out, will be greatly harmed.

152.    Mr. Ragbir is continuing to challenge the basis for his removal.  But even in the event that Mr. Ragbir prevails on his challenge, there is no indication that ICE would facilitate his return to the United States if he is deported in the interim.

153.    The trauma of deportation to Trinidad will further exacerbate Mr. Ragbir's depression and post-traumatic stress disorder, resulting in long-lasting psychological harm.

### 2.    New Sanctuary Coalition of New York City

154.    The Coalition has grown rapidly in the past year, with numerous programs throughout the week providing support and services to immigrant communities.  However, as a direct result of ICE's targeting of the Coalition's leaders, the organization lost its sole full-time employee and Executive Director, Mr. Ragbir, for several weeks while Mr. Ragbir was in detention, and may lose Mr. Ragbir completely if he is re-detained and/or deported.

155.    Mr. Ragbir's re-detention and/or deportation would be devastating to the Coalition. Mr. Ragbir is the face of the Coalition, and was the primary point of contact with funders, elected officials, faith leaders, legal services organizations, and community partners.  Mr. Ragbir's re-detention and/or deportation would greatly diminish the Coalition's network. Surveillance of Mr. Ragbir and the Coalition constitutes an ongoing harm that impacts Mr. Ragbir's work with the Coalition.

156.    Mr. Ragbir's detention, as well as the sudden execution of his final removal order, has made it extremely difficult to maintain the organization's day-to-day administrative activities.  Mr. Ragbir is the organization's sole full-time employee.  The Coalition has had to divert immense resources to advocacy and organizing challenging Mr. Ragbir's imminent deportation.

**Exhibit 68, Page 397**

157.    ICE's targeting of critics of federal immigrant-rights advocates has also sown fear in the immigrant community, including the community served by the Coalition, impeding the Coalition's pursuit of its mission.

158.    In the wake of Mr. Ragbir's and Mr. Montrevil's detentions, both volunteers and recipients of the Coalition's services have expressed fear about attending workshops, clinics, and check-ins and immigration court dates. Coalition staff receive numerous calls from worried immigrants asking whether they should go to their ICE check-ins, and the Coalition has had to create trainings to explain the importance of appearing, despite fears of arrest or detention. Some immigrants feel that if ICE could abruptly arrest and detain Mr. Ragbir without due process, they are susceptible to the same. The Coalition has had to respond to numerous requests for advice and support from these individuals.

159.    Immigrants are increasingly reluctant to participate in the Coalition's activities for fear of attracting the attention of ICE authorities. Some noncitizen volunteers who fear being targeted by ICE have quit volunteering.

160.    In addition to targeting Mr. Ragbir, ICE's pattern and practice of targeting critics of federal immigration policy against immigrant rights activists has directly impeded the Coalition's ability to carry out its mission. ICE has directly interfered with the Coalition's legal activities in support of immigrants. For example, in the summer of 2017, ICE officers at 26 Federal Plaza began to interfere with the Coalition's accompaniment program by restricting public access to the ICE check-in room at 26 Federal Plaza—thwarting volunteers from the Accompaniment Program who sought to assist immigrants during their check-ins. Even clergy who attempted to accompany people at their check-ins were often turned away.

48

**Exhibit 68, Page 398**

161.    ICE will further hamper the Coalition's accompaniment program by detaining or removing Mr. Ragbir, who has overseen the training of over 2,000 volunteers who participate in it.  Mr. Ragbir has conducted more trainings than is typical this year in order to temporarily mitigate this harm to the accompaniment program in the event of his detention or removal. However, this prevents Mr. Ragbir from taking on additional work.

162.    ICE has also surveilled the Coalition's office and gatherings, creating fear among its members and the people whom they serve.[42]

163.    Many citizen and noncitizen volunteers, as well as recipients of the Coalition's services, fear that they are being monitored.  In response, the Coalition has created a buddy system to make sure that individuals coming to the Coalition's weekly clinics feel safe moving to and from home.  The Coalition's clinic now sees approximately 100 individuals a week.

164.    The Coalition has had to create a new program to train its staff to be more vigilant, including training on what to do if they see strange vehicles in the area.

165.    The Coalition has had to start monitoring the area to make sure that ICE is not nearby.

166.    Coalition members and the communities they serve are concerned about being monitored.  The Coalition has had to hold numerous training programs on best practices for secure document storage.

167.    Injunctive and/or declaratory relief would, *inter alia*, prevent Defendant from retaliating against Coalition members and significantly decrease the level of resources the

---

[42] Several Coalition members saw evidence of ICE officers surveilling a meeting at the Coalition's offices on the eve of Mr. Ragbir's arrest.  In addition, clergy have spoken to ICE officers who appeared to surveil Coalition members at a religious service, and at a procession in support of Mr. Ragbir.  Nick Pinto, *No Sanctuary*, The Intercept (Jan. 19, 2018), https://theintercept.com/2018/01/19/ice-new-sanctuary-movement-ravi-ragbir-deportation/.

**Exhibit 68, Page 399**

Coalition is currently forced to expend responding to immigrants' concerns regarding ICE's retaliation for public speech. Injunctive and declaratory relief would also allow the Coalition to retain the services of its sole employee, Mr. Ragbir, to conduct meetings and gatherings without fear of ICE retaliation or surveillance, and would allow Coalition members to participate in Coalition activities without fear.

### 3. National Immigration Project of the National Lawyers Guild

168. NIPNLG has had to expend considerable resources in response to ICE's targeting of the members and leaders of immigration advocacy organizations. For example, NIPNLG provided technical assistance to Ms. Mora-Villalpando on her removal proceedings when she was served with an NTA by ICE after decades of working without incident as an organizer. Recognizing ICE's pattern and practice of targeting activists, NIPNLG has had to identify and recruit counsel for certain activists that it anticipated would be targets of retaliatory action. NIPNLG has also published several substantial guides and hosted workshops to advise activists in the immigrant rights community of best practices under the Trump Administration, which included preparing a plan of action.[43]

169. As a direct result of ICE's pattern and practice of targeting activists for their speech, NIPNLG's legal staff has diverted resources previously devoted to other activities and changed its priorities in order to respond to Defendants' unlawful retaliation practices. Specifically, NIPNLG attorney Khaled Alrabe is now spending approximately 20% of his time

---

[43] *See, e.g.*, Julie (Yihong) Mao, Jan Collatz, *Understanding the Federal Offenses of Harboring, Transporting, Smuggling and Encouraging under 8 U.S.C. § 1324(a)* (Sept. 28, 2017), http://www.nipnlg.org/PDFs/practitioners/practice_advisories/pr/2017_28Sep_memo-1324a.pdf; NIPNLG/Mijente, *In Defense of Organizing*, (May 2017), https://www.nationalimmigrationproject.org/PDFs/community/2017_05June_in-defense-of-mijente-en.pdf; *see also Terminating Removal Proceedings for Activists Targeted for Political Speech* (June 19, 2018), http://www.nationalimmigrationproject.org/pract_advisories/gen/2018_19Jun_activists.html

**Exhibit 68, Page 400**

on anti-retaliation work.  NIPNLG senior staff attorney Elizabeth Simpson is now spending

approximately 30% of her time on anti-retaliation work.  Paromita Shah, an Associate Director at

NIPNLG specializing in strategies to combat immigration detention, enforcement and

criminalization, is now spending approximately 20% of her time on anti-retaliation work.

NIPNLG's legal director Sejal Zota, who works on issues of removal defense, post-conviction,

enforcement, and immigration consequences of crimes through litigation, education, and

technical assistance, is now spending approximately 5% of her time on anti-retaliation work.

NIPNLG's Executive Director Dan Kesselbrenner likewise now spends approximately 5% of his

time on anti-retaliation work.

170.    NIPNLG has represented Ms. Mora-Villalpando in her individual removal case

since March 12, 2018.  NIPNLG rarely represents individuals directly in removal cases.  In

addition to staff time, NIPNLG has incurred travel costs and other related expenses in connection

with its representation of Ms. Mora-Villalpando.

171.    NIPNLG has filed a FOIA lawsuit against Customs and Border Protection and

ICE after the agencies ignored Ms. Mora-Villalpando's request for more than fifty days.  On

June 7, 2018, NIPNLG amended the complaint to add USCIS as a defendant after exhausting its

administrative appeal.

172.    On June 19, 2018, NIPNLG prepared and published a practice advisory entitled

"Terminating Removal Proceedings for Activists Targeted for Political Speech."  The advisory

details strategies for practitioners representing immigrant rights activists who have been targeted

for removal due to anti-ICE activism.

173.    Further, NIPNLG's members—which include Mr. Ragbir and his wife, Amy

Gottlieb—have been directly affected by ICE's targeting of immigrant activists.

51

174.     Injunctive and or declaratory relief will, *inter alia*, prevent Defendants from
retaliating against NIPNLG's members, allow NIPNLG to re-allocate some of the substantial
resources currently devoted to anti-retaliation work, including the representation of immigration
activists who have been targeted by Defendants.

### 4.     CASA

175.     Defendants' retaliatory actions have had a highly negative impact on the
community that CASA serves, and are also extremely detrimental to the mission and purpose of
the organization.  ICE's actions will harm CASA's mission in multiple ways and have already
forced CASA to divert valuable resources away from its usual activities.

176.     CASA has observed ICE targeting members of CASA's community and has
responded to more than 50 reported ICE raids over the last year.  CASA has seen blatant
instances of racial profiling, including ICE targeting two Latinos at a convenience store in
Baltimore.

177.     As CASA raises its profile, including through increasing impact litigation, the
risks of CASA's leaders and their families being targeted have increased.  Leaders like Missael
Garcia and Monica Camacho, two of CASA's most outspoken activists and both plaintiffs in
CASA's DACA lawsuit, face potential retaliation for continuing to defend their families and
their communities.  As they lose protections like DACA and TPS, these leaders become
vulnerable to increasingly aggressive ICE enforcement action.

178.     Over the past year, ICE has deported several CASA leaders, including Liliana
Cruz, Catia Paz, and two young brothers, Diego and Lizandro Claros.  All of these leaders had
been vocal supporters of CASA and immigration programs like DACA and DAPA.  They had
received extensive media coverage for their advocacy and engagement with elected officials.

52

**Exhibit 68, Page 402**

Each of them was effectively silenced by ICE through their deportation, which in the case of Diego and Lizandro happened a mere five days after reporting for a routine ICE check-in.

179.    ICE has also detained and threatened deportation of several additional CASA leaders, including Karen Julissa Fiallos Ramos, Florinda Faviola Lorenzo, and Roxana Elizabeth Orellana Santos.

180.    ICE's SDDOs have consistently and repeatedly told CASA members that they are aware of their CASA membership during scheduled ICE check-ins.

181.    ICE's targeting of CASA leaders has required an increased dedication of resources to defending these members, including through legal services, organizing and communications.  Although CASA will never stop advocating for the community it serves, its mission is inherently negatively affected whenever one of its members, and particularly when one of its leaders, is deported.  CASA has long pursued a strategy of encouraging its members to share their stories and shed light on the reality of immigration enforcement practices in the United States.  Every time one of its members is deported, detained, or silenced for fear of retaliatory action by ICE, CASA loses a unique immigrant perspective and experience.

182.    CASA has had to redirect resources to deal with ICE's increasingly vindictive and unrestrained enforcement activity.   CASA has dramatically expanded its Know Your Rights presentations across the organization, helping to educate thousands of immigrants over the past year about their constitutional rights and how to protect their families from immigration enforcement.

183.    CASA has restructured its services to deal with the termination of DACA and TPS, and has increased the number of comprehensive immigration screenings it provides to its members, in anticipation of continuing excessive ICE enforcement activity.

**Exhibit 68, Page 403**

184.    CASA has significantly expanded its litigation efforts to challenge the Administration's unconstitutional actions against its members and the broader immigrant community.  All of these changes have taken resources away from other vital CASA programming and advocacy efforts.

185.    Injunctive and or declaratory relief will, *inter alia*, prevent Defendants from retaliating against and targeting CASA's members, allow CASA to re-allocate some of the substantial resources currently devoted to anti-retaliation work, including its defense of immigration activists who have been targeted by Defendants, and allow CASA members to participate in CASA activities without fear.

### 5.    New York Immigration Coalition

186.    Defendants' targeting of immigrant-rights activists like Mr. Ragbir directly interferes with NYIC's mission of advancing immigrant rights throughout New York. Defendants' retaliatory measures against the Coalition—one of NYIC's own member organizations—weaken NYIC's unified strength as a coalition and spread fear among the immigrant communities that NYIC serves.

187.    NYIC has had to significantly increase its budget in order to fund the rapid responses required in cases of retaliatory enforcement against community activists.

188.    NYIC has had to ask some of its staff to devote themselves solely to advocacy work, rather than participating in other activities such as community education, capacity building, and coordination and support of legal services.

189.    NYIC has had to redesign its know-your-rights programs to address the risks presented by ICE's targeting of immigrant-rights activists.  Redesigning this program took staff time that would otherwise have been spent on other organizational priorities.

**Exhibit 68, Page 404**

190.     NYIC has had to redesign the curriculum for its Immigration Navigator program to address increased risks to the communities it supports, as a result of ICE's efforts to target activists.  The effort to redesign this curriculum diverted staff time from other organizational priorities.

191.     NYIC has had to expend resources monitoring ICE's activities so that it can alert its members and the community at large.  NYIC has had to devote additional resources to provide accompaniment to individuals for ICE check-ins, given the frequency with which check-ins are used to abruptly detain or deport immigrants.  In the past, check-ins did not require organized support.

192.     Injunctive and or declaratory relief will, *inter alia*, prevent Defendants from retaliating against and targeting members of NYIC's community, allow NYIC to re-allocate some of the substantial resources currently devoted to fighting Defendants' unlawful retaliation against immigrants.

### 6.     Detention Watch Network

193.     Defendants' selective enforcement of the immigration laws against immigrant-rights activists impedes DWN's pursuit of its mission.  Mr. Ragbir and Ms. Mora-Villalpando are both DWN members, and ICE's enforcement actions against them have deeply affected DWN's membership.

194.     Over the last few months, DWN has spent considerable time and resources tracking the escalating practice of targeting immigrant-rights activists for enforcement proceedings based on their advocacy, consulting its membership on the best response, working with activists to develop individualized emergency plans, and supporting activists to think through how to engage in public advocacy given the escalated risks.

**Exhibit 68, Page 405**

195.    DWN has had to divert staff time and capacity to mobilize its members and allies and to support engagement with Congressional representatives of targeted activists.

196.    DWN has held press conferences, briefings, and additional extensive media work to educate and engage reporters about ICE's targeting of immigrant-rights activists.

197.    All this work diverts staff time and capacity away from other programs and projects that are central to DWNs mission.

198.    Injunctive and/or declaratory relief would, *inter alia*, prevent Defendant from retaliating against DWN members and significantly decrease the level of resources that DWN is currently allocating to anti-retaliation work and allow DWN members to participate in DWN activities without fear, including DWN members who have already been targeted, including Mr. Ragbir and Ms. Mora-Villalpando.

## CLAIMS FOR RELIEF

### COUNT I
### (Retaliation in Violation of the First Amendment)

199.    Plaintiffs incorporate the preceding paragraphs as if fully set forth herein.

200.    To sustain a First Amendment retaliation claim, a plaintiff must show "(1) that the speech or conduct at issue was protected, (2) that the defendant took adverse action against the plaintiff, and (3) that there was a causal connection between the protected speech and the adverse action." *Gonzalez v. Hasty*, 802 F.3d 212, 222 (2d Cir. 2015) (quotation marks omitted).

201.    Plaintiffs have engaged in speech protected by the First Amendment. They have criticized U.S. immigration law and policy, organized rallies and protests against the U.S. immigration system, helped noncitizens navigate that system, and urged government officials to change it. Plaintiffs' speech about U.S. immigration law and policy pertains to matters of public

**Exhibit 68, Page 406**

concern and seeks political change.  It is therefore entitled to the highest level of protection under the First Amendment.

202.    Defendants have taken adverse actions against Plaintiffs.  Defendants have revoked Mr. Ragbir's stay of removal, revoked his order of supervision, arrested him, detained him, transferred him away from his family and community until court intervention, and continue to seek to deport him.  Defendants have deported one of the Coalition's leaders and are seeking to deport another.  And Defendants have engaged in a nationwide pattern and practice of targeting and selectively enforcing the immigration laws against Plaintiffs, their members and other immigration-rights activists and organizations on the basis of their protected speech regarding U.S. immigration law and policy.

203.    There is a causal connection between Plaintiffs' protected speech and Defendants' adverse actions.  Defendants have targeted and selectively enforced the immigration laws against Plaintiffs and their leaders and members on the basis of their protected speech regarding U.S. immigration law and policy.

204.    As a result, this Court should declare that Defendants' retaliatory actions violate the First Amendment; enter a preliminary and permanent injunction restraining Defendants from taking any action to surveil, detain, remove, or otherwise take adverse action against Mr. Ragbir unless Defendants demonstrate to the Court's satisfaction that such action is untainted by unlawful retaliation; and enter a preliminary and permanent injunction restraining Defendants from targeting and selectively enforcing the immigration laws against any individual based on the individual's protected speech regarding U.S. immigration law and policy.

**Exhibit 68, Page 407**

## COUNT II
### (Content, Viewpoint, and Speaker Discrimination
### in Violation of the First Amendment)

205.    Plaintiffs incorporate the preceding paragraphs as if fully set forth herein.

206.    Government action that targets speech based on its content is presumptively unconstitutional and is justified only if the Government demonstrates that it is narrowly tailored to serve a compelling state interest. *Reed v. Town of Gilbert, Ariz.*, 135 S. Ct. 2218 (2015).

207.    Defendants' pattern and practice of selectively enforcing the immigration laws against immigration-rights activists on the basis of their protected speech regarding U.S. immigration law and policy targets speech based on its content, does not serve a compelling state interest, and is not narrowly tailored.

208.    Government action that targets private speech based on the viewpoint taken by the speaker is unconstitutional. *Matal v. Tam*, 137 S. Ct. 1744 (2017); *Sorrell v. IMS Health Inc.*, 564 U.S. 552 (2011).

209.    Defendants' pattern and practice of selectively enforcing the immigration laws against immigration-rights activists on the basis of their protected speech regarding U.S. immigration law and policy targets private speech based on the viewpoint of the speaker.

210.    Government action that targets speech based on the identity of the speaker is presumptively unconstitutional and is justified only if the Government demonstrates that it is narrowly tailored to serve a compelling state interest. *Citizens United v. Fed. Election Comm'n*, 558 U.S. 310 (2010).

211.    Defendants' pattern and practice of selectively enforcing the immigration laws against immigration-rights activists on the basis of their protected speech regarding U.S.

immigration law and policy targets speech based on the identity of the speaker, does not serve a compelling state interest, and is not narrowly tailored.

212.     As a result, this Court should declare that Defendants' pattern and practice of targeting immigration-rights activists on the basis of their protected speech regarding U.S. immigration law and policy violates the First Amendment; enter a preliminary and permanent injunction restraining Defendants from taking any action to surveil, detain, remove, or otherwise take adverse action against Mr. Ragbir  unless Defendants demonstrate to the Court's satisfaction that such action is untainted by unlawful discrimination; and enter a preliminary and permanent injunction restraining Defendants from selectively enforcing the immigration laws against any individual based on the individual's protected speech regarding U.S. immigration law and policy.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request that this Court enter judgment in their favor and:

a.     Declare that Defendants' retaliatory enforcement of the immigration laws against Mr. Ragbir and other immigrant-rights activists on the basis of their protected political speech about U.S. immigration law and policy violates the First Amendment;

b.     Declare that Defendants' pattern and practice of discriminatorily targeting and/or enforcing the immigration laws against Mr. Ragbir and other immigrant-rights activists and their organizations based on the content and viewpoint of their speech and the identity of the speaker violates the First Amendment;

c.     Enter a preliminary and permanent injunction restraining Defendants from taking any action to surveil, detain, remove, or otherwise take adverse action against Mr. Ragbir unless Defendants demonstrate to the Court's satisfaction that such action is untainted by unlawful retaliation or discrimination against protected speech;

59

**Exhibit 68, Page 409**

d.      Enter a preliminary and permanent injunction restraining Defendants on a
nationwide basis from targeting and/or selectively enforcing the immigration laws against any
individual—including, without limitation, through investigation, surveillance, detention,
deportation, or any other adverse enforcement action—based on the individual's protected
political speech about U.S. immigration law and policy;

e.      Issue a writ of habeas corpus directing Defendants to refrain from taking any
action to surveil, detain, remove, or otherwise take adverse action against Mr. Ragbir unless
Defendants demonstrate to the Court's satisfaction that such action is untainted by unlawful
retaliation or discrimination against protected speech;

f.      Award Plaintiffs costs and reasonable attorneys' fees; and

g.      Order such other relief as this Court may deem just and proper.

**Exhibit 68, Page 410**

July 17, 2018

Respectfully submitted,


Alina Das, Esq. (AD8805)
Jessica Rofé, Esq. (JR5231)
Brittany Castle, Legal Intern
Jeremy Cutting, Legal Intern
WASHINGTON SQUARE
  LEGAL SERVICES, INC.
Immigrant Rights Clinic
New York University School of Law
245 Sullivan Street, 5th floor
New York, New York 10012
Tel: (212) 998-6430
alina.das@nyu.edu
jessica.rofe@nyu.edu

/s/  R. Stanton Jones
R. Stanton Jones*
John L. Freedman
William C. Perdue*
Daniel F. Jacobson*
Sally Pei*
Stephen K. Wirth*
Andrew T. Tutt*
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
(202) 942-5999 (fax)
stanton.jones@arnoldporter.com

Anthony Boccanfuso
Ada Añon
ARNOLD & PORTER
  KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-8000
(303) 836-8689 (fax)
anthony.boccanfuso@arnoldporter.com

Emily Newhouse Dillingham*
ARNOLD & PORTER
  KAYE SCHOLER LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602
(312) 583-2300
(312) 583-2360 (fax)
emily.dillingham@arnoldporter.com


* Admitted pro hac vice

*Counsel for Plaintiffs*

**Exhibit 68, Page 411**