UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLAUDIA SARAHI RUEDA VIDAL, | ) ) ) | Case No. 2:18-cv-9276- DMG-PLA |
| Plaintiff, | ) ) ) | **FEDERAL AGENCY DEFENDANTS' CERTIFIED ADMINISTRATIVE RECORD** |
| v. | ) ) ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) ) | **Judge**: Hon. Dolly M. Gee **Courtroom**: 8C |
| Defendants. | ) ) | |

JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
JEFFREY S. ROBINS
Deputy Director
JAMES J. WALKER
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
Washington, D.C. 20044
Tel.: (202) 532-4468
Fax: (202) 305-7000
Email: james.walker3@usdoj.gov

*Counsel for Federal Agency Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SARAHI RUEDA VIDAL, | Case No. 2:18-cv-9276- DMG-PLA |
| Plaintiff, | **NOTICE CERTIFYING USCIS ADMINISTRATIVE RECORD OF DENIAL OF PLAINTIFF'S INITIAL DACA REQUEST** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

2:18-cv-9276- DMG-PLA

I, Alexander R. King, Senior Advisor, Service Center Operations Directorate,

U.S. Citizenship and Immigration Services, certify that, to the best of my

knowledge and information made available to me in the course of my official

duties, the documents listed in the attached index as provided to Plaintiff are

contained in the Administrative Record and constitute a true, correct, and

complete copy of all documents that were considered directly or indirectly in the

adjudication of Plaintiff's initial DACA request.


DATED: October 31, 2019

Alexander R. King
Senior Advisor
DHS| USCIS HQ | Service Center
Operations

2:18-cv-9276- DMG-PLA

| Page numbers | Description |
|---|---|
| 0001-20 | USCIS Electronic Immigration System (ELIS) Record: Form I-821D and ELIS account and adjudication information |
| 0021-0108 | Form I-821D, Consideration of Deferred Action for Childhood Arrivals, Form I-765, Application for Employment Authorization, and supporting documents, received June 21, 2017 |
| 0109-10 | DACA Denial Notice, October 19, 2017 |
| 0111-13 | USCIS Online Account Notice and biometrics appointment notice |
| 0114-15 | DACA Denial Notice, October 19, 2017 - duplicate |
| 0116 | Risk and Fraud report (the background check reports considered by the adjudicator but withheld by the ELIS system are provided at AR 130-34 with appropriate law enforcement and privacy redactions) |
| 0117-22 | Emails between CBP and USCIS California Service Center (CSC) Background Check Unit (BCU), dated June 29, 2017 to October 19, 2017 |
| 0123-24 | Request for Adjudicative Guidance (RAG), August 17, 2017 |
| 0125-28 | Deconfliction Report and fingerprint check information, October 4, 2017 |
| 0129 | Form fee payment information, June 23, 2017 |
| 0130-34 | Background Check Results |
| 0135-320 | Immigration Court master calendar, bond, and custody redetermination proceeding documents, June-August, 2017 |
| 0321-033 | ICE Form I-205, Warrant of Removal/Deportation, Form I-862, Notice to Appear, Form I-286 Notice of Custody Determination, List of Pro Bono Legal Service Providers, Detainee Calendar Screening Questionnaire, and Form I-385, Alien Booking Record, May 2017. |
| 0334-35 | DACA Denial Decision, October 19, 2017 - duplicate |
| 0336-37 | Email from CSC BCU adjudicator to obtain the A file for review, dated July 7, 2017, and emails between CBP and CSC BCU adjudicator dated June 29, 2017 |
| 0338-41 | Media interview release forms, May 23, 2017 |
| 0342-45 | I-213, Record of Deportable/Inadmissible Alien, May 17, 2017 |
| 0346-51 | G-28, Notice of Entry of Appearance as Attorney or Accredited Representative |
| 0352-55 | I-213, Record of Deportable/Inadmissible Alien, May 17, 2017 - duplicate |
| 0356-78 | Criminal record, background check, and other records check documents, retrieved May 18-19, 2017 |
| 0379-82 | CBP Report of Investigation, Rueda Transnational Criminal Organization |
| 0383-91 | Administrative documents |
| 0392 | RAG with HQ Service Center Operations (SCOPS) response |
| 0393-94 | RAG attachment - EARM report, June 30, 2017 |
| 0395-98 | CBP, Report of Investigation, Rueda Transnational Criminal Organization |
| 0399 | DACA Internal FAQ - NOID v. Denial, created July 8, 2015 (last modified September 2, 2015) |
| 0400-403 | Emails between CBP, CSC BCU, and HQ SCOPS, August 21, 2017 to October 18, 2017 |
| 0404-08 | Emails between CBP, CSC BCU, and HQ SCOPS, August 21, 2017 to October 18, 2017 – internal SCOPS concurrence on denial in response to RAG |
| 0409 | DACA Internal FAQ - Known or Suspected Drug Cartel Membership, created April 16, 2015 (last modified June 5, 2019) |



# USCIS Electronic Immigration System

# Certified True Copy

### USCIS OFFICIAL RECORD

Created: Wed Oct 30 13:10:34 EDT 2019

# Case Summary



| | |
|---|---|
| **Person Name** | RUEDA VIDAL, CLAUDIA SARAHI |
| **A-Number** | A PII |
| **Birth Date** | PII 1995 |
| **Gender** | Female |
| **USCIS Receipt Number** | IOE PII |
| **Receipt Date** | 06/21/2017 |
| **Benefit Type** | I-821D |
| **Case State** | Closed |
| **Case Status** | Denied |
| **Case Substatus** | Discretionary Denial |

**CAR 0001**

# Table of Contents

Account Data ................................................................................. 5
Contact Information ......................................................................... 8
Biometrics ................................................................................... 9
Case Details ................................................................................ 10
Benefit Card Details ........................................................................ 13
Travel Information .......................................................................... 14
VAWA Verification ........................................................................... 15
Criminality Questions ...................................................................... 16
Render Case Decision ....................................................................... 18
Associated Cases ........................................................................... 19
Case Comments ............................................................................. 20
Supervisor Review Worksheet ............................................................... 21
Supporting Evidence ........................................................................ 22
Notices .................................................................................... 111
Risk and Fraud ............................................................................. 118
Case Flags ................................................................................. 131
Payment Information ........................................................................ 132

CAR 0002

Receipt Number: IOE▇▇▇PII▇▇▇   A-Number: ▇▇PII▇▇   Form Type: I-821D

# Account Data

## Name(s)

| Name | Type | Source | Primary |
|------|------|--------|---------|
| RUEDA VIDAL, CLAUDIA SARAHI | Legal Name | Declared by Applicant | Yes |
| RUEDA, CLAUDIA SARAHI | Alias | Added by Internal User | No |
| VIDAL, CLAUDIA SARAHI | Alias | Added by Internal User | No |
| RUEDA-VIDAL, CLAUDIA SARAHI | Alias | Added by Internal User | No |
| RUEDA VIDAL, CLAUDIA NMN | Alias | Benefits Biometric Support System | No |
| RUEDA, CLAUDIA NMN | Other | Declared by Applicant | No |

## Date(s) of Birth

| Birth Date | Source | Primary |
|------------|--------|---------|
| ▇PII▇ 1995 | Declared by Applicant | Yes |

## Alien Number(s)

| Alien Number | Source | Primary |
|--------------|--------|---------|
| A ▇PII▇ | Declared by Applicant | Yes |

## Account Number



## Biographics

| Date of Birth | Source |
|---------------|--------|
| ▇PII▇ 1995 | Declared by Applicant |

**CAR 0003**

| | |
|---|---|
| **City/Town/Villiage of Birth** | **Source** |
| PII | Declared by Applicant |
| **State/Province of Birth** | **Source** |
| No Data Declared | Declared by Applicant |
| **Country of Birth** | **Source** |
| Mexico | Declared by Applicant |
| **Current Country of Residence** | **Source** |
| United States | Declared by Applicant |
| **Other Country of Residence** | **Source** |
| No Data Declared | Declared by Applicant |
| **Primary Country of Citizenship/Nationality** | **Source** |
| Mexico | Declared by Applicant |
| **Other Countries of Citizenship/Nationality** | **Source** |
| No Data Declared | Declared by Applicant |
| **Gender** | **Source** |
| Female | Declared by Applicant |
| **Aliases** | **Source** |
| CLAUDIA RUEDA | Declared by Applicant |
| **Height** | **Source** |
| 4ft. 11in. | Declared by Applicant |
| **Weight** | **Source** |
| 120 | Declared by Applicant |
| **Race** | **Source** |
| White | Declared by Applicant |
| **Ethnicity** | **Source** |
| Hispanic or Latino | Declared by Applicant |
| **Eye Color** | **Source** |
| Unknown | Declared by Applicant |
| **Hair Color** | **Source** |
| Brown | Declared by Applicant |

**CAR 0004**

Certified True Copy

Receipt Number: IOE████ PII ████   A-Number: ████ PII ████   Form Type: I-821D

| **Marital Status** | **Source** |
| --- | --- |
| Single | Declared by Applicant |

| **Marital Status Explanation Text** | **Source** |
| --- | --- |
| No Data Declared | Declared by Applicant |



# Contact Information

## Physical Address(es)

| Address | Dates Used | Input Date | Source | Primary |
|---|---|---|---|---|
| ████ PII ████, LOS ANGELES, CA, 90063, USA | 04/01/2017 - Present | 06/23/2017 | Declared by Applicant | Yes |
| ████ PII ████, LYNWOOD, CA, 90262, USA | 08/01/2001 - 01/01/2001 | 06/23/2017 | Declared by Applicant | No |
| ████ PII ████, LOS ANGELES, CA, 90023, USA | 01/01/2001 - 04/01/2017 | 06/23/2017 | Declared by Applicant | No |

## Mailing Address(es)

| Address | Dates Used | Input Date | Source | Primary |
|---|---|---|---|---|
| ████ PII ████ LOS ANGELES, CA, 90063, USA | 06/23/2017 - Present | 06/23/2017 | Declared by Applicant | Yes |

## Phone Number(s)

| Phone Number | Type | Input Date | Source | Primary |
|---|---|---|---|---|
| ████ PII ████ | Daytime | 06/23/2017 | Declared by Applicant | Yes |

## Email Address(es)

There are no email addresses for this applicant.

CAR 0006

# Biometrics

**Transaction ID**

**Capture Date**

IOE ███ PII ███

07/11/2017 13:35:00 UTC

### Photograph



### Fingerprint

### Signature

# Case Details

## Case Information

| SSN | Request Type | Most Recent DACA Expiration Date | Source |
|---|---|---|---|
| None | Initial Request - Consideration of Deferred Action for Childhood Arrivals | N/A | Declared by Applicant |

## Removal Proceedings

| Requestor is now or has been in removal proceedings, or has a removal order issued in any other context | Source |
|---|---|
| Yes | Declared by Applicant |
| **Currently in Proceedings (Active)** | **Source** |
| Yes | Declared by Applicant |
| **Currently in Proceedings (Admin Closed)** | **Source** |
| No | Declared by Applicant |
| **Terminated** | **Source** |
| No | Declared by Applicant |
| **Subject to a Final Order** | **Source** |
| No | Declared by Applicant |
| **Other** | **Source** |
| No | Declared by Applicant |
| **Most Recent Date of Proceedings** | **Source** |
| No Data Declared | Declared by Applicant |
| **Location of Proceedings** | **Source** |
| SAN DIEGO CA | Declared by Applicant |

## Residence and Travel Information

CAR 0008

| Initially arrived and established residence in the United States prior to 16 years of age | Source |
|---|---|
| Yes | Declared by Applicant |
| **Date of initial entry into the United States** | **Source** |
| 08/01/2001 | Declared by Applicant |
| **Place of initial entry into the United States** | **Source** |
| CALIFORNIA | Declared by Applicant |
| **Immigration Status on June 15, 2012** | **Source** |
| No Data Declared | Declared by Applicant |
| **Ever Issued an Arrival-Departure Record** | **Source** |
| Yes | Declared by Applicant |
| **Form I-94, I-94W, or I-95 number** | **Source** |
| No Data Declared | Declared by Applicant |
| **Date that authorized stay expired, as shown on Form I-94, I-94W, or I-95** | **Source** |
| No Data Declared | Declared by Applicant |

# Education and Military Information

| How requestor met the education guideline | Source |
|---|---|
| US HIGH SCHOOL | Declared by Applicant |
| **Name, City, and State of school currently attending or where education received** | **Source** |
| ROOSEVELT HIGH SCHOOL LOS ANGELES | Declared by Applicant |
| **Date of Graduation, or if currently in school, date of last attendance** | **Source** |
| 06/30/2013 | Declared by Applicant |
| **Was a member of the U.S. Armed Forces or Coast Guard** | **Source** |
| No | Declared by Applicant |
| **Military Branch** | **Source** |
| No Data Declared | Declared by Applicant |
| **Service Start Date** | **Source** |
| No Data Declared | Declared by Applicant |
| **Service End Date** | **Source** |
| No Data Declared | Declared by Applicant |

**CAR 0009**

| Type of Discharge | Source |
|---|---|
| No Data Declared | Declared by Applicant |

## Preparer

| Name | Source |
|---|---|
| LANGARICA, MONIKA | Declared by Applicant |

| Organization Name | Source |
|---|---|
| ABA IMMIGRATION JUSTICE PROJECT | Declared by Applicant |

| Mailing Address | Source |
|---|---|
| PII    SAN DIEGO, CA USA | Declared by Applicant |

| Daytime Phone | Source |
|---|---|
| PII | Declared by Applicant |

| Email | Source |
|---|---|
| PII | Declared by Applicant |

| Fax Number | Source |
|---|---|
| PII | Declared by Applicant |

## Interpreter

There is no Interpreter associated with this case.

Certified True Copy

# Benefit Card Details

## Documents Issued

No cards produced for case. No data available.

## Issued Cards

No cards produced for case. No data available.



# Travel Information

| Left the U.S. without advance parole on or after August 15, 2012 | Source |
|---|---|
| No | Declared by Applicant |

## Departure History

| Departure | Departure Date | Return Date | Reason for Departure |
|---|---|---|---|
| 1 | No Data Declared | No Data Declared | No Data Declared |
| 2 | No Data Declared | No Data Declared | No Data Declared |

## Passport Information

| What country issued your last passport? | Passport Expiration Date | Passport Number | Border Crossing Card Number |
|---|---|---|---|
| Mexico | PII | PII | 0 |

# VAWA Verification

## VAWA Decision

| VAWA Decision | VAWA Decision Date | VAWA Decision Made By | VAWA Class of Admission | VAWA Class of Admission Date |
| --- | --- | --- | --- | --- |
| Not Available | Not Available | Not Available | Not Available | Not Available |

## Transaction History

No Transaction History

Receipt Number: IOE███████      PII      A-Number: ███████ PII      Form Type: I-821D

# Criminality Questions

1. Have you EVER been arrested for, charged with, or convicted of a felony or misdemeanor, including incidents handled in juvenile court, in the United States? Do not include minor traffic violations unless they were alcohol- or drug-related.

| Requestor Response | Response Date |
|---|---|
| Yes | 06/23/2017 |

2. Have you EVER been arrested for, charged with, or convicted of a crime in any country other than the United States?

| Requestor Response | Response Date |
|---|---|
| No | 06/23/2017 |

3. Have you EVER engaged in, do you continue to engage in, or plan to engage in terrorist activities?

| Requestor Response | Response Date |
|---|---|
| No | 06/23/2017 |

4. Are you NOW or have you EVER been a member of a gang?

| Requestor Response | Response Date |
|---|---|
| No | 06/23/2017 |

5a. Acts involving torture, genocide, or human trafficking?

| Requestor Response | Response Date |
|---|---|
| No | 06/23/2017 |

5b. Killing any person?

| Requestor Response | Response Date |
|---|---|
| No | 06/23/2017 |

5c. Severely injuring any person?

| Requestor Response | Response Date |
|---|---|
| No | 06/23/2017 |

5d. Any kind of sexual contact or relations with any person who was being forced or threatened?

| Requestor Response | Response Date |
|---|---|
| No | 06/23/2017 |

CAR 0014

Receipt Number: IOE PII          A-Number PII          Form Type: I-821D

6. Have you EVER recruited, enlisted, conscripted, or used any person to serve in or help an armed force or group while such person was under age 15?

| Requestor Response | Response Date |
| --- | --- |
| No | 06/23/2017 |

7. Have you EVER used any person under age 15 to take part in hostilities, or to help or provide services to people in combat?

| Requestor Response | Response Date |
| --- | --- |
| No | 06/23/2017 |

# Render Case Decision

## Case Decision

### I-821D Case Decision: Denied

| | |
|---|---|
| **Decision Date:** | 10/19/2017 |
| **Decision Reason Code:** | Discretionary Denial |
| **Decision Status:** | Final |
| **From Date:** | None |
| **To Date:** | None |
| **Supervisory Review Requested?** | No |

## Case Decision

### I-765 Case Decision: Denied

| | |
|---|---|
| **Decision Date:** | 10/19/2017 |
| **Decision Reason Code:** | For Cause |
| **Decision Status:** | Final |
| **From Date:** | None |
| **To Date:** | None |
| **Supervisory Review Requested?** | No |

# Associated Cases

## Pending and Prior Cases Filed

| Alien Number | Source | IOE Receipt Number | ELIS Account Number | Form Type | Receipt Date |
|---|---|---|---|---|---|
| A ▇PII▇ | ELIS | IOE ▇PII▇ | ▇PII▇ | I-765 | 06/21/2017 |

## Related Cases

| Receipt Number | Form Type | Benefit Type | Receipt Date |
|---|---|---|---|
| IOE ▇PII▇ | I-765 | Application for EAD - Initial | 06/23/2017 |



Receipt Number: IOE     PII     A-Number     PII     Form Type: I-821D

# Case Comments

## Case Comments

No case comments found on file.



# Supervisor Review Worksheet

## Supervisor Activity

| Case Decision | Referral | Review Status |
| --- | --- | --- |
| None | Concurrence | All reviews completed |

Certified True Copy    Wed Oct 30 13:10:34 EDT 2019

Receipt Number: IOE████ PII ████   A-Number: ███ PII ███   Form Type: I-821D

# Supporting Evidence



## I-765

3017126956330  3907520 038216 72 v688110 062217 10:59 062117 DACA_ELIS-20700

# Application For Employment Authorization

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-765**
OMB No. 1615-0040
Expires 02/28/2018

| For USCIS Use Only | Fee Stamp | Action Block | Initial Receipt | Resubmitted |
|---|---|---|---|---|
| | | | Relocated | |
| | | | Received | Sent |
| | | | Completed | |
| ☐ Application Approved | | ☐ Application Denied - Failed to establish: | Approved | Denied |
| ☐ Authorization/Extension Valid From _____ | | ☐ Eligibility under 8 CFR 274a.12 (a) or (c)   ☐ Economic necessity under 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f) | A# | |
| ☐ Authorization/Extension Valid To _____ | | | | |
| Subject to the following conditions: _____ | | ☐ Applicant is filing under section 274a.12 _____ | | |

▶ **START HERE - Type or print in black ink.**

**I am applying for:**

☒ Permission to accept employment.

☐ Replacement (of lost employment authorization document).

☐ Renewal of my permission to accept employment (attach a copy of your previous employment authorization document).

**1. Full Name**

| Family Name | First Name | Middle Name |
|---|---|---|
| RUEDA VIDAL | Claudia | Sarahi |

**2. Other Names Used** (include Maiden Name)

| Family Name | First Name | Middle Name |
|---|---|---|
| RUEDA | Claudia | |

**3. U.S. Mailing Address**

| Street Number and Name | Apt. Number |
|---|---|
| [PII] | |

| Town or City | State | ZIP Code |
|---|---|---|
| Los Angeles | CA | 90063 |

**4. Country of Citizenship or Nationality**

Mexico

**5. Place of Birth**

| Town or City | State/Province | Country |
|---|---|---|
| [PII] | | Mexico |

**6. Date of Birth** (mm/dd/yyyy)  [PII] 1995

**7. Gender**  ☐ Male  ☒ Female

**8. Marital Status**

☒ Single  ☐ Married  ☐ Divorced  ☐ Widowed

**9. Social Security Number** (Include all numbers you have ever used, if any)

N|A

**10. Alien Registration Number (A-Number)** or Form I-94 Number (if any)

[PII]

**11. Have you ever before applied for employment authorization from USCIS?**

☐ Yes (Complete the following questions.)

| Which USCIS Office? | Dates |
|---|---|
| | |

| Results (Granted or Denied - attach all documentation) |
|---|
| |

☒ No (Proceed to Question 12.)

**12. Date of Last Entry into the U.S., on or about** (mm/dd/yyyy)

~08/2001

**13. Place of Last Entry into the U.S.**

California

**14. Status at Last Entry** (B-2 Visitor, F-1 Student, No Lawful Status, etc.)

B-2 Visitor

**15. Current Immigration Status** (Visitor, Student, etc.)

No lawful status

**16. Eligibility Category.** Go to the "**Who May File Form I-765?**" section of the Instructions. In the space below, place the letter and number of the eligibility category you selected from the instructions. For example, (a)(8), (c)(17)(iii), etc.

( c ) ( 33 ) ( )

Form I-765 01/17/17  N

Page 1 of 2

Certified True Copy

Receipt Number: IOE████ PII ████    A-Number: ████ PII ████    Form Type: I-821D

## I-765

3017126956330  3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700

**17. (c)(3)(C) Eligibility Category.** If you entered the eligibility category (c)(3)(C) in **Question 16** above, list your degree, your employer's name as listed in E-Verify, and your employer's E-Verify Company Identification Number or a valid E-Verify Client Company Identification Number in the space below.

Degree

Employer's Name as listed in E-Verify

Employer's E-Verify Company Identification Number or a Valid E-Verify Client Company Identification Number

**18. (c)(26) Eligibility Category.** If you entered the eligibility category (c)(26) in **Question 16** above, please provide the receipt number of your H-1B principal spouse's most recent Form I-797 Notice of Approval for Form I-129.

**19. (c)(35) and (c)(36) Eligibility Category**

**a.** If you entered the eligibility category (c)(35) or (c)(36) in **Question 16** above, please provide the receipt number of the Form I-140 beneficiary's Form I-797 Notice of Approval for Form I-140.

**b.** Have you **EVER** been arrested for and/or convicted of any crime? ☐ Yes ☐ No

NOTE: If you answered "Yes" to **Item Numbers 19.b.,** refer to **Item Number 5., Item H.** or **Item I.** in the **Who May File Form I-765** section of these Instructions for information about providing court dispositions.

**Certification**

I certify, under penalty of perjury, that the foregoing is true and correct. Furthermore, I authorize the release of any information that U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the **"Who May File Form I-765?"** section of the instructions and have identified the appropriate eligibility category in **Question 16**.

**Applicant's Signature**

PII

**Date of Signature** (mm/dd/yyyy)  06/09/2017

**Telephone Number**

PII

**Signature of Person Preparing Form, If Other Than Applicant**

I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

**Preparer's Signature**

PII

**Date of Signature** (mm/dd/yyyy)  06/09/2017

**Printed Name**

Monika Y. Langarica

**Address**

C/O ABA Immigration Justice Project

Form I-765  01/17/17  N

Page 2 of 2

Certified True Copy

**Envelope**



Receipt Number: IOE ■■■ PII ■■■   A-Number ■■■ PII ■■■   Form Type: I-821D

**G-28**



3017126956330  3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700

## Notice of Entry of Appearance
## as Attorney or Accredited Representative
### Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 03/31/2018

---

**Part 1.  Information About Attorney or Accredited Representative**

1. USCIS ELIS Account Number *(if any)*
   ▶ [                    ]

*Name and Address of Attorney or Accredited Representative*

| | | |
|---|---|---|
| 2.a. | Family Name *(Last Name)* | Langarica |
| 2.b. | Given Name *(First Name)* | Monika |
| 2.c. | Middle Name | Yvette |
| 3.a. | Street Number and Name | ■ PII ■ |
| 3.b. | Apt. ☐  Ste. ☐  Flr. ☒ | 223 |
| 3.c. | City or Town | San Diego |
| 3.d. | State CA   3.e. ZIP Code 92108 | |
| 3.f. | Province | |
| 3.g. | Postal Code | |
| 3.h. | Country | USA |

4. Daytime Telephone Number
   ■■■ PII ■■■

5. Fax Number
   ■■■ PII ■■■

6. E-Mail Address *(if any)*
   ■■■ PII ■■■

7. Mobile Telephone Number *(if any)*
   [                    ]

---

**Part 2.  Notice of Appearance as Attorney or Accredited Representative**

This appearance relates to immigration matters before *(Select only one box)*:

1.a. ☒ USCIS

1.b. List the form numbers
   I-821 D, I-765, I-765WS

2.a. ☐ ICE

2.b. List the specific matter in which appearance is entered
   [                    ]

3.a. ☐ CBP

3.b. List the specific matter in which appearance is entered
   [                    ]

I enter my appearance as attorney or accredited representative at the request of:

4. Select *only one* box:
   ☒ Applicant   ☐ Petitioner   ☐ Requestor
   ☐ Respondent (ICE, CBP)

*Information About Applicant, Petitioner, Requestor, or Respondent*

| | | |
|---|---|---|
| 5.a. | Family Name *(Last Name)* | RUEDA VIDAL |
| 5.b. | Given Name *(First Name)* | Claudia |
| 5.c. | Middle Name | Sarahi |

6. Name of Company or Organization *(if applicable)*
   [                    ]

---



G-28  05/05/16  Y

Page 1 of 4

**G-28**

3017126956330  3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700

## Part 2. Notice of Appearance as Attorney or Accredited Representative *(continued)*

### Information About Applicant, Petitioner, Requestor, or Respondent *(continued)*

7. USCIS ELIS Account Number *(if any)*
   ▶

8. Alien Registration Number (A-Number) or Receipt Number
   [PII]

9. Daytime Telephone Number
   [PII]

10. Mobile Telephone Number *(if any)*

11. E-Mail Address *(if any)*

### Mailing Address of Applicant, Petitioner, Requestor, or Respondent

**NOTE:** Provide the mailing address of the applicant, petitioner, requestor, or respondent. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application, petition, or request being filed with this Form G-28.

12.a. Street Number and Name  [PII]

12.b. Apt. ☐  Ste. ☐  Flr. ☐

12.c. City or Town  Los Angeles

12.d. State  CA    12.e. ZIP Code  90063

12.f. Province

12.g. Postal Code

12.h. Country
   USA

## Part 3. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. *(If you need additional space, use Part 6.)*

   Licensing Authority
   Supreme Court of California

1.b. Bar Number *(if applicable)*
   [PII]

1.c. Name of Law Firm
   ABA Imm. Justice Project

1.d. **I** *(choose one)* ☒ **am not** ☐ **am**
   subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law. If you are subject to any orders, explain in the space below. *(If you need additional space, use Part 6.)*

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals, in accordance with 8 CFR 292.2. Provide the name of the organization and the expiration date of accreditation.

2.b. Name of Recognized Organization

2.c. Date accreditation expires
   *(mm/dd/yyyy)* ▶

Form G-28  05/05/16  Y                                      Page 2 of 4

**G-28**



3017126956330  3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700

## Part 3. Eligibility Information for Attorney or Accredited Representative *(continued)*

**3.** ☐ I am associated with

_____ ,

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative is at his or her request.

**NOTE:** If you select this item, also complete **Item Numbers 1.a. - 1.b. or Item Numbers 2.a. - 2.c.** in **Part 3.** *(whichever is appropriate).*

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2)(iv).

**4.b.** Name of Law Student or Law Graduate

_____

## Part 4. Applicant, Petitioner, Requestor, or Respondent Consent to Representation, Contact Information, and Signature

### Consent to Representation and Release of Information

**1.** I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and DHS policy, I also consent to the disclosure to the named attorney or accredited representative of any record pertaining to me that appears in any system of records of USCIS, ICE or CBP.

When you (the applicant, petitioner, requestor, or respondent) are represented, DHS will send notices to both you and your attorney or accredited representative either through mail or electronic delivery.

DHS will also send the Form I-94, Arrival Departure Record, to you **unless** you select **Item Number 2.a.** in **Part 4.** All secure identity documents and Travel Documents will be sent to you (the applicant, petitioner, requestor, or respondent) at your U.S. mailing address **unless** you ask us to send your secure identity documents to your attorney of record or accredited representative.

If you do not want to receive original notices or secure identity documents directly, but would rather have such notices and documents sent to your attorney of record or accredited representative, please select **all applicable** boxes below:

**2.a** ☒ I request DHS send any notice (including Form I-94) on an application, petition, or request to the U.S. business address of my attorney of record or accredited representative as listed in this form. I understand that I may change this election at any future date through written notice to DHS.

**2.b.** ☐ I request that DHS send any secure identity document, such as a Permanent Resident Card, Employment Authorization Document, or Travel Document, that I am approved to receive and authorized to possess, to the U.S. business address of my attorney of record or accredited representative as listed in this form or to a designated military or diplomatic address for pickup in a foreign country (if permitted). I consent to having my secure identity document sent to my attorney of record or accredited representative's U.S. business address and understand that I may request, at any future date and through written notice to DHS, that DHS send any secure identity document to me directly.

**3.a.** Signature of Applicant, Petitioner, Requestor, or



██████ PII ██████

**3.b.** Date of Signature *(mm/dd/yyyy)* ▶ 06/09/2017

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before the Department of Homeland Security. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1.** Signature of Attorney or Accredited Representative

██████ PII ██████

**2.** Signature of Law Student or Law Graduate

_____

**3.** Date of Signature *(mm/dd/yyyy)* ▶ 06/09/2017

Form G-28   05/05/16   Y

Page 3 of 4

**CAR 0026**

Certified True Copy          Wed Oct 30 13:10:34 EDT 2019          Page 28 of 131

**G-28**

3017126956330  3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700

## Part 6.  Additional Information

Use the space provided below to provide additional information pertaining to **Part 3., Item Numbers 1.a. - 1.d.** or to provide your U.S. business address for purposes of receiving secure identity documents for your client (if your client has consented to your receipt of such documents under **Part 4.**)

Form G-28   05/05/16   Y

Page 4 of 4

Receipt Number: IOE ████ PII ████   A-Number: ████ PII ████   Form Type: I-821D

**Other**

3017126956330   3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700

# Transaction Payment Form

| | Check / Money Order Number | Check / Money Order Amount |
|---|---|---|
| 1 | 8853141639 | 495 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |

Total # of Checks

Total # of G-1450

Extraction SID: R625352

Doc Prep SID: R569216

Doc Prep QC SID:

Scanning Checkbox:

This form is intended to be a record of payment(s) received with the submission, however, should not be used as a record of payment(s) accepted with the submission

Revision 05/03/17

**CAR 0028**

## G-28



3017126956330  3907520 038216 72 V688110 062217 10:58 062117 DACA ELIS-20700

### Notice of Entry of Appearance
### as Attorney or Accredited Representative
Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 03/31/2018

---

**Part 1. Information About Attorney or Accredited Representative**

1. USCIS ELIS Account Number *(if any)*
   ▶ [                    ]

*Name and Address of Attorney or Accredited Representative*

2.a. Family Name *(Last Name)*   Langarica
2.b. Given Name *(First Name)*   Monika
2.c. Middle Name   Yvette
3.a. Street Number and Name   ███ PII ███
3.b. Apt. ☐  Ste. ☒  Flr. ☐   223
3.c. City or Town   San Diego
3.d. State   CA   3.e. ZIP Code   92108
3.f. Province
3.g. Postal Code
3.h. Country   USA
4. Daytime Telephone Number   ███ PII ███
5. Fax Number   ███ PII ███
6. E-Mail Address *(if any)*   ███ PII ███
7. Mobile Telephone Number *(if any)*

**Part 2. Notice of Appearance as Attorney or Accredited Representative**

This appearance relates to immigration matters before *(Select only one box)*:

1.a. ☒ USCIS
1.b. List the form numbers
   I-821 D, I-765, I-765WS
2.a. ☐ ICE
2.b. List the specific matter in which appearance is entered

3.a. ☐ CBP
3.b. List the specific matter in which appearance is entered

I enter my appearance as attorney or accredited representative at the request of:

4. Select only one box:
   ☒ Applicant  ☐ Petitioner  ☐ Requestor
   ☐ Respondent (ICE, CBP)

*Information About Applicant, Petitioner, Requestor, or Respondent*

5.a. Family Name *(Last Name)*   RUEDA VIDAL
5.b. Given Name *(First Name)*   Claudia
5.c. Middle Name   Sarahi
6. Name of Company or Organization *(if applicable)*



G-28  05/05/16  Y    Page 1 of 4

Receipt Number: ██ PII ██        A-Number: ██ PII ██        Form Type: I-821D

**G-28**

3017126956330  3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700

| Part 2.  Notice of Appearance as Attorney or Accredited Representative *(continued)* | Part 3.  Eligibility Information for Attorney or Accredited Representative |
|---|---|

### Part 2 (continued)

*Information About Applicant, Petitioner, Requestor, or Respondent (continued)*

7. USCIS ELIS Account Number *(if any)*
   ▶

8. Alien Registration Number (A-Number) or Receipt Number
   ██ PII ██

9. Daytime Telephone Number
   ██ PII ██

10. Mobile Telephone Number *(if any)*

11. E-Mail Address *(if any)*

*Mailing Address of Applicant, Petitioner, Requestor, or Respondent*

**NOTE:** Provide the mailing address of the applicant, petitioner, requestor, or respondent. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application, petition, or request being filed with this Form G-28.

12.a. Street Number and Name   ██ PII ██

12.b. Apt. ☐  Ste. ☐  Flr. ☐

12.c. City or Town   Los Angeles

12.d. State CA   12.e. ZIP Code 90063

12.f. Province

12.g. Postal Code

12.h. Country   USA

### Part 3.  Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. *(If you need additional space, use Part 6.)*

   Licensing Authority
   Supreme Court of California

1.b. Bar Number *(if applicable)*
   ██ PII ██

1.c. Name of Law Firm
   ABA Imm. Justice Project

1.d. I *(choose one)* ☒ am not ☐ am subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law.  If you are subject to any orders, explain in the space below.  *(If you need additional space, use Part 6.)*

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals, in accordance with 8 CFR 292.2.  Provide the name of the organization and the expiration date of accreditation.

2.b. Name of Recognized Organization

2.c. Date accreditation expires
   *(mm/dd/yyyy)* ▶

Form G-28  05/05/16  Y

Page 2 of 4

CAR 0030


**G-28**

3017126956330  3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700

### Part 3. Eligibility Information for Attorney or Accredited Representative *(continued)*

**3.** ☐ I am associated with

_____ ,

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative is at his or her request.

**NOTE:** If you select this item, also complete **Item Numbers 1.a. - 1.b. or Item Numbers 2.a. - 2.c.** in **Part 3.** *(whichever is appropriate).*

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2)(iv).

**4.b.** Name of Law Student or Law Graduate

_____

### Part 4. Applicant, Petitioner, Requestor, or Respondent Consent to Representation, Contact Information, and Signature

#### Consent to Representation and Release of Information

**1.** I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and DHS policy, I also consent to the disclosure to the named attorney or accredited representative of any record pertaining to me that appears in any system of records of USCIS, ICE or CBP.

When you (the applicant, petitioner, requestor, or respondent) are represented, DHS will send notices to both you and your attorney or accredited representative either through mail or electronic delivery.

DHS will also send the Form I-94, Arrival Departure Record, to you **unless** you select **Item Number 2.a.** in **Part 4.** All secure identity documents and Travel Documents will be sent to you (the applicant, petitioner, requestor, or respondent) at your U.S. mailing address **unless** you ask us to send your secure identity documents to your attorney of record or accredited representative.

If you do not want to receive original notices or secure identity documents directly, but would rather have such notices and documents sent to your attorney of record or accredited representative, please select **all applicable** boxes below:

**2.a** ☒ I request DHS send any notice (including Form I-94) on an application, petition, or request to the U.S. business address of my attorney of record or accredited representative as listed in this form. I understand that I may change this election at any future date through written notice to DHS.

**2.b.** ☐ I request that DHS send any secure identity document, such as a Permanent Resident Card, Employment Authorization Document, or Travel Document, that I am approved to receive and authorized to possess, to the U.S. business address of my attorney of record or accredited representative as listed in this form or to a designated military or diplomatic address for pickup in a foreign country (if permitted). I consent to having my secure identity document sent to my attorney of record or accredited representative's U.S. business address and understand that I may request, at any future date and through written notice to DHS, that DHS send any secure identity document to me directly.

**3.a.** Signature of Applicant, Petitioner, Requestor, or



**3.b.** Date of Signature *(mm/dd/yyyy)* ► 06/09/2017

### Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before the Department of Homeland Security. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1.** Signature of Attorney or Accredited Representative

**2.** Signature of Law Student or Law Graduate

**3.** Date of Signature *(mm/dd/yyyy)* ► 06/09/2017

Form G-28   05/05/16   Y                                   Page 3 of 4

Certified True Copy          Wed Oct 30 13:10:34 EDT 2019          Page 33 of 131

**CAR 0031**

Receipt Number: IOE   PII      A-Number PII      Form Type: I-821D

**G-28**

3017126956330  3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700

### Part 6.  Additional Information

Use the space provided below to provide additional information
pertaining to **Part 3.**, **Item Numbers 1.a. - 1.d.** or to provide
your U.S. business address for purposes of receiving secure
identity documents for your client (if your client has consented
to your receipt of such documents under **Part 4.**)

Form G-28   05/05/16   Y                                    Page 4 of 4

Certified True Copy                Wed Oct 30 13:10:34 EDT 2019

CAR 0032

Page 34 of 131

Receipt Number: ICE ████ PII ████   A-Number ████ PII ████   Form Type: I-821D

**G-28**

3017126956330  3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700



## Notice of Entry of Appearance as Attorney or Accredited Representative
### Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 03/31/2018

| **Part 1. Information About Attorney or Accredited Representative** | **Part 2. Notice of Appearance as Attorney or Accredited Representative** |
|---|---|

**1.** USCIS ELIS Account Number *(if any)*
▶

**Part 2.** This appearance relates to immigration matters before *(Select only one box):*

**1.a.** ☒ USCIS

**1.b.** List the form numbers
I·821 D,  I·765,  I·765WS

**2.a.** ☐ ICE

**2.b.** List the specific matter in which appearance is entered

### Name and Address of Attorney or Accredited Representative

**2.a.** Family Name *(Last Name)*  Langarica
**2.b.** Given Name *(First Name)*  Monika
**2.c.** Middle Name  Yvette
**3.a.** Street Number and Name  ████ PII ████
**3.b.** Apt. ☐  Ste. ☒  Flr. ☐  223
**3.c.** City or Town  San Diego
**3.d.** State  CA   **3.e.** ZIP Code  92108
**3.f.** Province
**3.g.** Postal Code
**3.h.** Country  USA

**3.a.** ☐ CBP

**3.b.** List the specific matter in which appearance is entered

I enter my appearance as attorney or accredited representative at the request of:

**4.** Select *only one* box:
☒ Applicant  ☐ Petitioner  ☐ Requestor
☐ Respondent (ICE, CBP)

### Information About Applicant, Petitioner, Requestor, or Respondent

**5.a.** Family Name *(Last Name)*  RUEDA VIDAL
**5.b.** Given Name *(First Name)*  Claudia
**5.c.** Middle Name  Sarahi
**6.** Name of Company or Organization *(if applicable)*

**4.** Daytime Telephone Number  ████ PII ████
**5.** Fax Number  ████ PII ████
**6.** E-Mail Address *(if any)*  ████ PII ████
**7.** Mobile Telephone Number *(if any)*



G-28  05/05/16  Y

Page 1 of 4

Certified True Copy

Wed Oct 30 13:10:34 EDT 2019

**CAR 0033**
Page 35 of 131

Receipt Number: [PII]   A-Number: [PII]   Form Type: I-821D

## G-28

3017126956330  3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700

### Part 2. Notice of Appearance as Attorney or Accredited Representative *(continued)*

#### Information About Applicant, Petitioner, Requestor, or Respondent *(continued)*

7. USCIS ELIS Account Number *(if any)*
   ▶

8. Alien Registration Number (A-Number) or Receipt Number
   [PII]

9. Daytime Telephone Number
   [PII]

10. Mobile Telephone Number *(if any)*

11. E-Mail Address *(if any)*

#### Mailing Address of Applicant, Petitioner, Requestor, or Respondent

**NOTE:** Provide the mailing address of the applicant, petitioner, requestor, or respondent. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application, petition, or request being filed with this Form G-28.

12.a. Street Number and Name   [PII]

12.b. Apt. ☐  Ste. ☐  Flr. ☐

12.c. City or Town   Los Angeles

12.d. State  CA   12.e. ZIP Code  90063

12.f. Province

12.g. Postal Code

12.h. Country
   USA

### Part 3. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. *(If you need additional space, use Part 6.)*

   Licensing Authority
   Supreme Court of California

1.b. Bar Number *(if applicable)*
   [PII]

1.c. Name of Law Firm
   ABA Imm. Justice Project

1.d. I *(choose one)* ☒ am not ☐ am subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law. If you are subject to any orders, explain in the space below. *(If you need additional space, use Part 6.)*

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals, in accordance with 8 CFR 292.2. Provide the name of the organization and the expiration date of accreditation.

2.b. Name of Recognized Organization

2.c. Date accreditation expires
   *(mm/dd/yyyy)* ▶

Form G-28  05/05/16  Y

Page 2 of 4

CAR 0034

Receipt Number: ███ PII ███   A-Number: ███ PII ███   Form Type: I-821D

**G-28**



3017126956330   3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700

## Part 3. Eligibility Information for Attorney or Accredited Representative *(continued)*

3. ☐ I am associated with

[                                                  ],
the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative is at his or her request.

**NOTE:** If you select this item, also complete **Item Numbers 1.a. - 1.b. or Item Numbers 2.a. - 2.c.** in **Part 3.** *(whichever is appropriate).*

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2)(iv).

4.b. Name of Law Student or Law Graduate

[                                                  ]

## Part 4. Applicant, Petitioner, Requestor, or Respondent Consent to Representation, Contact Information, and Signature

### Consent to Representation and Release of Information

1. I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and DHS policy, I also consent to the disclosure to the named attorney or accredited representative of any record pertaining to me that appears in any system of records of USCIS, ICE or CBP.

When you (the applicant, petitioner, requestor, or respondent) are represented, DHS will send notices to both you and your attorney or accredited representative either through mail or electronic delivery.

DHS will also send the Form I-94, Arrival Departure Record, to you **unless** you select **Item Number 2.a.** in **Part 4.** All secure identity documents and Travel Documents will be sent to you (the applicant, petitioner, requestor, or respondent) at your U.S. mailing address **unless** you ask us to send your secure identity documents to your attorney of record or accredited representative.

If you do not want to receive original notices or secure identity documents directly, but would rather have such notices and documents sent to your attorney of record or accredited representative, please select **all applicable** boxes below:

2.a. ☒ I request DHS send any notice (including Form I-94) on an application, petition, or request to the U.S. business address of my attorney of record or accredited representative as listed in this form. I understand that I may change this election at any future date through written notice to DHS.

2.b. ☐ I request that DHS send any secure identity document, such as a Permanent Resident Card, Employment Authorization Document, or Travel Document, that I am approved to receive and authorized to possess, to the U.S. business address of my attorney of record or accredited representative as listed in this form or to a designated military or diplomatic address for pickup in a foreign country (if permitted). I consent to having my secure identity document sent to my attorney of record or accredited representative's U.S. business address and understand that I may request, at any future date and through written notice to DHS, that DHS send any secure identity document to me directly.

3.a. Signature of Applicant, Petitioner, Requestor, or

[ ███ PII ███ ]

3.b. Date of Signature *(mm/dd/yyyy)* ▶ 06/09/2017

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before the Department of Homeland Security. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1. Signature of Attorney or Accredited Representative

[ ███ PII ███ ]

2. Signature of Law Student or Law Graduate

[                                                  ]

3. Date of Signature *(mm/dd/yyyy)* ▶ 06/09/2017



Form G-28   05/05/16   Y

Page 3 of 4

**CAR 0035**

Certified True Copy

**G-28**

3017126956330  3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700

### Part 6.  Additional Information

Use the space provided below to provide additional information pertaining to **Part 3.**, **Item Numbers 1.a. - 1.d.** or to provide your U.S. business address for purposes of receiving secure identity documents for your client (if your client has consented to your receipt of such documents under **Part 4.**)



Form G-28  05/05/16  Y                                                                 Page 4 of 4

Receipt Number: IOE ▓▓ PII ▓▓      A-Number ▓▓ PII ▓▓      Form Type: I-821D

**Other**

3017126956330  3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700



### Form I-765 Worksheet
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-765WS**
OMB No. 1615-0040
Expires 02/28/2018

If you are applying for employment authorization under the (c)(14), Deferred Action, or (c)(33), Consideration of Deferred Action for Childhood Arrivals, categories, you must complete this worksheet so that USCIS can determine whether you have an economic need to work. In the spaces provided, please indicate your current annual income, your current annual expenses, and the total current value of your assets. It is not necessary to submit supporting documentation, though it will be accepted and reviewed if you choose to submit it. You do not need to include other household members' financial information to establish your own economic necessity.

#### Part 1. Full Name

| 1.a. | Family Name (Last Name) | RUEDA VIDAL |
| 1.b. | Given Name (First Name) | Claudia |
| 1.c. | Middle Name | Sarahi |

#### Part 2. Financial Information

| 2. | My current annual income is: | $ 0 |
| 3. | My current annual expenses are: | $ 14320 |
| 4. | The total current value of my assets is: | $ 0 |

#### Part 3. Explanation

If you would like to provide an explanation regarding your current financial information or your economic need for employment authorization, please use the space below.

Form I-765WS  01/17/17  N

Page 1 of 1

Certified True Copy

**CAR 0037**

**Other**

3017126956330  3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700



## Immigration Justice Project
### Promoting Due Process and Access to Justice

### EXHIBIT LIST IN SUPPORT OF APPLICATION FOR DACA
Claudia Sarahi RUEDA VIDAL; A██ PII ██

**Ex. A: Identity documents and proof of compliance with age requirement:**
- Copies of current and expired Mexican Passports indicating birthdate o█ PII █ 995
- Copy of B1/B2 Visa

**Ex. B: Evidence of arrival to United States prior to 16th birthday:**
- *See* Ex. A
- Identity cards including Healthy Kids Member Card indicating membership in the Los Angeles-based group was effective 12/01/2004
- Euclid Avenue School Certificate of Excellence dated 06/21/2005
- *See also* Ex. C, *infra.*

**Ex. C: Evidence of continuous presence as of June 15, 2007**
- City of Los Angeles Council District 14 Adelante Award dated 07/06/2006
- Robert Louis Stevenson Middle School Social Studies Award dated 06/11/2007
- Robert Louis Stevenson Middle School Lamplighters Award dated 10/25/2007
- Robert Louis Stevenson Middle School Recognition Award for the 2008-2009 school year
- Robert Louis Stevenson Middle School Lamplighters Award dated 04/21/2009
- Robert Louis Stevenson Middle School Certificate of Culmination dated 06/20/2009
- Los Angeles Unified School District Official High School Transcript indicating continuous enrollment from 02/06/2009 – 12/14/2012, including a term that ended on 06/19/2012
- Shout Volleyball League Recognition Certificate dated 02/16/2010
- Roosevelt High School Certificate of Excellence for Honors Biology dated 06/18/2010
- Roosevelt High School Certificate of Excellence for English dated 06/18/2010
- Roosevelt High School Certificate of Athletic Achievement for 2010-2011 school year
- Roosevelt High School Math, Science, and Technology Magnet Academy Award dated 06/24/2011
- Roosevelt High School Certificate of Athletic Appreciation Award for the 2011-2012 school year
- Diploma of Recognition from the National Immigrant Youth Alliance dated 06/30/2012
- Roosevelt High School Diploma dated 06/30/2013
- California State University Los Angeles (CSULA) Unofficial Transcript indicating continuous enrollment at University of California Santa Cruz (UCSC) from Fall 2013 through Fall 2014; continuous enrollment at East Los Angeles College (ELAC) from Spring 2015 through Spring 2016; and continuous enrollment at CSULA from Fall 2016 through the present, including scheduled enrollment for Fall 2017
- Los Angeles County Department of Health Services My Health LA New Member Notice dated 12/30/2016
- Department of Homeland Security Notice to Appear dated 05/18/2017
- Immigration Judge bond order granting release on own recognizance dated 06/09/2017

**Ex. D: Evidence of physical presence in the United States on June 15, 2012**
- *See* Ex. C

**Ex. E: Evidence of now lawful status on June 15, 2012**
- *See* Ex. C

**Ex. F: Evidence of Compliance with education requirement**
- *See* Ex. C

*IJP is a project of the American Bar Association's Commission on Immigration

Certified True Copy

**Other**

3017126956330  3907520 038216 72 v688110 062217 10:58 062117 DACA_ELIS-20700

ESTADOS UNIDOS MEXICANOS

La Secretaría de Relaciones Exteriores de los Estados Unidos Mexicanos solicita a las autoridades a quienes concierna, que permitan al titular de este pasaporte, de nacionalidad mexicana, su libre paso sin retraso u obstáculo alguno y dado el caso, le otorguen toda la asistencia y protección posible.

The Ministry of Foreign Affairs of the United Mexican States hereby requests all competent authorities to permit the holder of this passport, a mexican national, free transit without delay or hindrance and in case of need to give all lawful aid and protection.

Le Ministère des Affaires Etrangères des Etats-Unis du Mexique prie les autorités compétentes de bien vouloir laisser passer librement et sans entrave le titulaire du présent passeport, de nationalité mexicaine, et de luiprêter toute aide et assistance en cas de besoin.

P. D. DEL SECRETARIO
EL DELEGADO
Autorizado por / Issuing authority / Autorisation délivrée

JAVIER CERRITOS GUZMAN

OBSERVACIONES / REMARKS / OBSERVATIONS

1.- A su mayoría de edad deberá tramitar certificado de nacionalidad mexicana.

2.- Este pasaporte no es canjeable.

3.- Este pasaporte es canjeable con nuevo permiso del C. Juez de lo Familiar.

4.- El titular viaja con el permiso de sus padres o quienes ejercen la patria potestad, en los términos de los artículos 421 del Código Civil y 136 del Reglamento de la Ley General de Población.

5.- El titular viaja de conformidad con lo establecido por los artículos 449, 450 y 454 del Código Civil.

6.- El titular es mexicano por nacimiento según certificado de nacionalidad mexicana presentado.

7.- El titular es mexicano por naturalización según declaratoria presentada.

8.- El titular es mexicano por naturalización según carta presentada.

9.- Otra.

3

Receipt Number: IOE █████ PII █████   A-Number: █████ PII █████   Form Type: I-821D

**Other**



CAR 0040

Receipt Number: [PII] A-Number: [PII] Form Type: I-821D

**Other**



**Other**



Stevenson Middle School

would like to honor

CLAUDIA S RUEDA

In recognition of

A G.P.A. of 2.0 and above, No Fails and No more than 2 U's

2008 – 2009 First Semester

Keep up the Good Work!

Leo Gonzalez, Julio Hernandez, Nisha Dingal, Silvia Tovar, Israel Lew, Carla Holland, Calvin Baker, Rose d' Amato

**CAR 0042**

**Other**



Receipt Number: IOE ███ PII ███   A-Number ███ PII ███   Form Type: I-821D

## Other

```
3017126956330  3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700
```

●                                                          ●

**L O S   A N G E L E S   U N I F I E D   S C H O O L   D I S T R I C T**
**O F F I C I A L   H I G H   S C H O O L   T R A N S C R I P T**

RUEDA, CLAUDIA SARAHI          Birth ███ PII ███ Sex F      Roos MAGMathSci
███ PII ███                    Ver: Birth Certif.          456 S MATTHEWS ST
Los Angeles, CA 90023          Brthpl: Mexico              Los Angeles, CA 90033
███ PII ███                    ID# ███ PII ███ Grade 12    (323)780-6500
?/G: ███ PII ███               Class of 2013               CEEB: 054436    04/30/13

-------------------------------------------------------------------------------

Stevenson Mid              Grade=08      Roos MAGMathSci                Grade=10
Term Ending 02/06/09                     Term Ending 06/24/11
Class Title    Credits Marks  WH  CO     Class Title    Credits Marks  WH  CO
I ALGEBRA 1A     5.0    A   E   E         CHEMISTRY B      5.0    B   E   E
-------------------------------------     WHG: MOD WLD B   5.0    A   E   E
Stevenson Mid              Grade=08       ADVIS LF SK B    2.5    A   E   E
Term Ending 06/19/09                     -------------------------------------
Class Title    Credits Marks  WH  CO     Roos MAGMathSci                Grade=11
I ALGEBRA 1B     5.0    A   E   E         Term Ending 02/03/12
-------------------------------------     Class Title    Credits Marks  WH  CO
Roosev MSTecCtr            Grade=09       EXP COMP SCI A   5.0    A   E   E
Term Ending 02/05/10                      AP ENG LANG A    5.0    C   E   E
Class Title    Credits Marks  WH  CO      FRENCH 3A        5.0    A   E   E
ENGLISH 9A       5.0    A   E   E          AP CALCULUS A    5.0    B   E   E
FRENCH 1A        5.0    C   E   S          VLLYBL, V GIRL   5.0    A   E   E
MATH TUT LAB A   5.0    A   E   E          PHYSICS A        5.0    B   E   E
GEOMETRY A       5.0    B   E   E          AP US HIST A     5.0    B   S   E
VLLYBL, V GIRL   5.0    A   E   E          MAGNET ADVISRY   2.5    A   E   E
 BIOLOGY A       5.0    A   E   E         -------------------------------------
R MS1 9TH        0.0    NM  E   E         Roos Law & Govt                Grade=11
-------------------------------------     Term Ending 02/03/12
Roosevelt MSTecCtr         Grade=09       Class Title    Credits Marks  WH  CO
Term Ending 06/21/10                      POLICE OFF TRN   5.0    A   E   E
Class Title    Credits Marks  WH  CO     -------------------------------------
ENGLISH 9B       5.0    A   E   E         Roos MAGMathSci                Grade=11
FRENCH 1B        5.0    B   S   S         Term Ending 06/19/12
MATH TUT LAB B   5.0    A   E   E         Class Title    Credits Marks  WH  CO
GEOMETRY B       5.0    A   E   E         EXP COMP SCI B   5.0    B   E   E
VLLYBL, V BOYS   5.0    A   E   E         AP ENG LANG B    5.0    C   E   E
 BIOLOGY B       5.0    A   E   E         SENIOR SEMINAR   0.0    Pass
R MS1 9TH        0.0    NM  E   E         FRENCH 3B        5.0    A   E   S
-------------------------------------     AP CALCULUS B    5.0    B   S   E
PRIME ESCALANTE PROG       Grade=09       VLLYBL, V GIRL   5.0    A   E   E
Term Ending 08/17/10                      PHYSICS B        5.0    D   S   E
Class Title    Credits Marks  WH  CO      AP US HIST B     5.0    B   E   E
ALGEBRA 2A       5.0    A                  MAGNET ADVISRY   2.5    A   E   E
ALGEBRA 2B       5.0    A                  SERVICE LEARN    0.0    Pass
-------------------------------------     -------------------------------------
Roos MAGMathSci            Grade=10       Roos Law & Govt                Grade=11
Term Ending 02/11/11                      Term Ending 06/19/12
Class Title    Credits Marks  WH  CO      Class Title    Credits Marks  WH  CO
ENGLISH 10A      5.0    B   E   E          SEC GUARD TRNE   5.0    A   S   S
FRENCH 2A        5.0    B   S   E         -------------------------------------
ENG/MATH AN A    5.0    B   E   E         Roos MAGMathSci                Grade=12
-------------------------------------     Term Ending 12/14/12
Roos CommMedia             Grade=10       Class Title    Credits Marks  WH  CO
Term Ending 02/11/11                      WORLD LIT        5.0    A   S   E
Class Title    Credits Marks  WH  CO      AP STATSTICS A   5.0    C   S   E
VLLYBL, V GIRL   5.0    A   E   E         -------------------------------------
-------------------------------------     Roos Law & Govt                Grade=12
Roos MAGMathSci            Grade=10       Term Ending 12/14/12
```

Certified True Copy          Wed Oct 30 13:10:34 EDT 2019          **CAR 0044**

Receipt Number: ■PII■    A-Number: ■PII■    Form Type: I-821D

**Other**



**Other**



**Other**



Receipt Number: IOE PII    A-Number: PII    Form Type: I-821D

**Other**



Unofficial Transcript

California State University, Los Angeles

5151 State University Drive

Los Angeles, CA 90032

United States

Name       : Claudia Rueda

Student ID: PII

Sex        : Female

Address  : PII

           Los Angeles, CA 90023

           United States

Print Date  : 2017-05-04

Requested By : Claudia Rueda

           - - - - -   Transfer Credits  - - - - -

Transfer Credit from East Los Angeles College

Applied Toward Natural & Social Sciences Program

Incoming Course

SOC    011       RACE & ETHNIC RELATIONS                3.00 A
2016 SPR

Transferred to Term Fall Semester 2016 as

GES     D        SOCIAL SCIENCE              3.00    3.00 A
  12.000

Incoming Course

POL SCI  001       GOVERNMENT OF UNITED STATES          3.00 B
2016 WINT

Transferred to Term Fall Semester 2016 as

POLS    1000       GOVT & AM SOC             3.00    3.00 B
  9.000

Incoming Course

PERSDEV  020       THE SCOPE OF CAREER PLANNING          3.00 A
2011 SPR

Transferred to Term Fall Semester 2016 as

GES     E        LIFELONG UNDERSTANDING      3.00    3.00 A
  12.000

Incoming Course

METEOR   003       INTRO TO WEATHER & CLIMATE           3.00 D
2016 SPR

Receipt Number: ⬛⬛ PII ⬛⬛        A-Number ⬛⬛ PII ⬛⬛        Form Type: I-821D

**Other**

3017126956330  3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700

Incoming Course
MATH     2          COL ALGBRA/CALCULUS                    5.00 C
2014 Winter Qtr

Transferred to Term Fall Semester 2016 as
MATH     1000TR    LOWER DIVISION TRF ELECTIVE    3.35    3.35 C
      6.700

Incoming Course
LALS     80Q        MUSICA LATINA                          5.00 B+
 2014 Spring Qtr

Transferred to Term Fall Semester 2016 as
XFERLD   1000TR    LOWER DIV TRF ELECT-UNASSIGNED  3.35   3.35 B+
      11.055

Incoming Course
SOCY     1          INTRO SOCIOLOGY                        5.00 W
2014 Spring Qtr

Transferred to Term Fall Semester 2016 as
XFERNA        NA   Trnsfr Crse Not Acpt                    0.00 W

Incoming Course
WRIT     21         THE SENTENCE IN CONTEXT                5.00 NG
 2014 Spring Qtr

Transferred to Term Fall Semester 2016 as
XFERNA        NA   Trnsfr Crse Not Acpt                    0.00 NG

Incoming Course
CLTE     80A        UD:SOCIAL JUSTICE                      5.00 F
2014 Fall Qtr

Transferred to Term Fall Semester 2016 as
XFERLD   1000TR    LOWER DIV TRF ELECT-UNASSIGNED  3.35   0.00 F

Incoming Course
CMMU     10         INTR TO CMMU ACTVSM                    5.00 F
2014 Fall Qtr

Transferred to Term Fall Semester 2016 as
XFERLD   1000TR    LOWER DIV TRF ELECT-UNASSIGNED  3.35   0.00 F

Incoming Course
SPHS     4          SPANHERITAGESPEAKERS                   5.00 F
2014 Fall Qtr

Transferred to Term Fall Semester 2016 as
XFERLD   1000TR    LOWER DIV TRF ELECT-UNASSIGNED  3.35   0.00 F

Receipt Number: ████ PII ████        A-Number: ████ PII ████        Form Type: I-821D

**Other**

3017126956330  3907520 038216 72 v688110 062217 10:59 062117 DACA_ELIS-20700

```
- - - - Academic Program History - - - - -

Program    : Natural & Social Sciences
2016-05-26 : Active in Program
               2016-05-26 : Latin American Studies Major

        - - - - - Beginning of Undergraduate Record - - - - -
                        Fall Semester 2016
CLS    3770      ENVIRONMENTAL JUSTICE          3.00    3.00 A-
  11.100
LAS    1500      INTRO TO LAT AM STUDIES        3.00    3.00 A-
  11.100
LAS    3020      BLACK/LATINO RELATIONS         3.00    3.00 B
   9.000
PAS    3050      BLACK FEMINISM AND WOMANISM    3.00    3.00 A
  12.000
UNIV   4000      WRITING PROFICIENCY EXAM               0.00 CR
        TERM GPA :    3.600    TERM TOTALS :   12.00   12.00
  43.200


        CUM  GPA :    2.697    CUM  TOTALS :   90.50   80.45
  235.120


                        Spring Semester 2017
CLS    4100      LATINA/O COMMUNITIES IN U.S.
HIST   4620      MODERN LATIN AMERICA
KIN    1073      VOLLEYBALL-BEGINNING
LAS    4600      FOOD JUSTICE IN LATIN AMERICA
LAS    4650      GNDR,SEXALTY & TRNSNATNL MIGRA
MUS    4580      MUSIC OF LATIN AMERICA

                        Fall Semester 2017
KIN    1073      VOLLEYBALL-BEGINNING
LAS    3800      LAT. AM. CITIES
LAS    4820      LATIN AMER WOMEN'S MOVEMENT
LAS    4970      INTERDISCIP APPROACHES TO LAS
SPAN   1050      ELEM SPAN HERITAGE
Undergraduate Career Totals
        CUM  GPA :    2.697    CUM  TOTALS :    90.50   80.45
  235.120
                - - - - - Non-Course Milestones  - - - - -
English Remediation - Remediation not Required
    Milestone Status: Completed
            English Remediation
        Self Reported - Completed
Math Remediation - Remediation Not Required
    Milestone Status: Completed
            Math Remediation
        Self Reported - Completed
```

**CAR 0050**

## Other

3017126956330  3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700



**LOS ANGELES COUNTY – DEPARTMENT OF HEALTH SERVICES**

**COMMUNITY PARTNERS**

**MY HEALTH LA (MHLA)** *New Member Notice*

MHLA Program ID# [PII]                    MHLA Program Start Date: 12/30/2016 11:00:58 AM

Dear Claudia Sarahi Rueda,

*Congratulations!* You are now enrolled in the My Health LA (MHLA) Program.

**Please present this letter until you receive your permanent MHLA ID Card.** You can schedule a
doctor's appointment by contacting your Medical Home Clinic at the number below:

**Medical Home/Clinic: QUEENSCARE-EAST THIRD STREET**
**Phone# 323-780-4510**

Within the next few weeks, you will receive in the mail:

- A participant handbook that provides information on services provided by the program.
- An ID card that you should carry with you at all times and use at your clinic or pharmacy. You
  may use this letter until your permanent card arrives. It will look like this:



If you do not receive these items within 30 days, please contact MHLA Member Services at (844)
744-6452.

**Getting Medical Care:** Your Medical Home is the first place you should call when you need care. You may
not receive primary care services from any other health care provider other than at your Medical Home,
unless your Medical Home refers you to that provider.

**Getting Medicine:** Your medicine is free under MHLA. You may be able to get your medicine at your clinic
or a local pharmacy. Talk to your clinic about where and how to get your medicines.

**Your ID Card:** Use this letter until your permanent ID card arrives in the mail. Once you have your MHLA
ID card, bring it every time you go to your clinic or your pharmacy.

IMPORTANT PHARMACY INFORMATION FOR PATIENTS OF THE FOLLOWING CLINICS ONLY: Antelope Valley Community Clinic,
Eisner Pediatric & Family Medical Center, Harbor Community Clinic, JWCH Institute, Inc., Northeast Valley Health Corporation,
St. John's Well Child and Family Center, UMMA Community Clinic.

**Ventegra PCN: VENTEG**
**Pharmacy Group: MHLA**
**BIN # 012528**
**Ventegra Pharmacy Support: (855) 444-7757**

Member Services (844) 744-6452 Monday through Friday, 8:00 am to 5:00 pm. http://dhs.lacounty.gov/MHLA
If you have a life threatening emergency, call 911.

**CAR 0051**
Certified True Copy            Wed Oct 30 13:10:34 EDT 2019            Page 53 of 131

Receipt Number: [PII]   A-Number: [PII]   Form Type: I-821D

**Other**

3017126956330 3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
SAN DIEGO, CA

FILE: A [PII]

IN THE MATTER OF:

RUEDA-VIDAL, CLAUDIA SARAHI

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of
respondent pursuant to 8 CFR 236.1(c), and full consideration
having been given to the representations of the Department of
Homeland Security and the respondent, it is hereby

_____ ORDERED that the request for a change in custody status be
denied.

__X__ ORDERED that the request be granted and that respondent be:

__X__ released from custody on h~~is~~ her own recognizance

_____ released from custody under bond of $_____

__X__ OTHER  Reduced from no bond._____

Copy of this decision has been served on the respondent and the
Department of Homeland Security.

APPEAL: waived -- reserved  by DHS due 7/10/17

SAN DIEGO -- OTAY MESA DETENTION CENTER

Date: Jun 9, 2017
                              _____
                              ANNIE S. GARCY
                              Immigration Judge
                                                    XS

THIS NOTICE SERVED ON BOTH
PARTIES IN OPEN COURT ON
ABOVE DATE BY IJ A. GARCY

Certified True Copy

Wed Oct 30 13:10:34 EDT 2019

**CAR 0052**

Receipt Number: [PII]   A-Number: [PII]   Form Type: I-821D

**Other**

3017126956330  3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700

## Claudia Rueda

[PII]     [PII]     Los Angeles, CA 90023     [PII]

**EDUCATION:**

B.A. in Latin American Studies                          June 2018
California State University, Los Angeles                Los Angeles, CA

**EXPERIENCE:**

**Youth Organizer/Volunteer**                          Feb. 2012 – October. 2016
LA-Immigrant Youth Coalition                            Los Angeles, CA

- Worked fifteen hours a week with an undocumented-led grassroots organization that has seven chapters all throughout California that helps undocumented youth & families end criminalization of immigrants
- Planned logistical side of grassroots organizing, including creating agendas, outreach, strategy, & youth program development
- Coordinated conferences and facilitated workshops including weekly chapter meetings dedicated to empowering undocumented youth

**Intern**                                             June.2015- August 2015
UCLA Labor Center -Dream Summer Internship at Service Employees International Union

- Participated in a paid summer national internship and was placed at an international union; exposed to the formation and maintenance of a union
- Worked forty-hours a week conducting house visits to worker's homes, phone banking, and inputting data to the worker's campaign
- Participated in Blitz's to inform workers about their rights and get more union membership

**Intern**                                             Sep. 2013 – June 2014
UCSC Diversity and Inclusion Program                   Santa Cruz, CA

- Worked ten hours a week with a program that boosts cultural competency and helps students of color develop professional skills
- Performed clerical duties, including, but not limited to, answering phone calls, filing paperwork, and helping guests navigate the program's resources
- Promoted program events through student outreach by posting flyers around campus and posting to the program's Facebook page

**Peer Adviser**                                       Sep. 2012 – June 2013
Roosevelt High School College Corner                   Los Angeles, CA

- Answered students' questions about applying to universities and junior colleges, and directed them to college-prep resources such as SAT and ACT study guides
- Helped students with navigating college applications and writing personal statements

**SKILLS:**

- Bilingual: Fluent in Spanish
- Microsoft Office
- Google Apps
- Facebook
- Twitter

Certified True Copy          Wed Oct 30 13:10:34 EDT 2019          Page 55 of 131

Receipt Number: IOE ███ PII ███     A-Number ███ PII ███     Form Type: I-821D

**Other**

3017126956330  3907520 038216 72 V688110 062217 107  10:59 062117 DACA_ELIS-20700

KAMALA D. HARRIS
CALIFORNIA

WWW.HARRIS.SENATE.GOV

COMMITTEE ON HOMELAND SECURITY
AND GOVERNMENTAL AFFAIRS

COMMITTEE ON ENVIRONMENT
AND PUBLIC WORKS

SELECT COMMITTEE ON INTELLIGENCE

COMMITTEE ON THE BUDGET

## United States Senate

Thursday, June 15, 2017

Thomas Homan, Director
U.S Immigration and Customs Enforcement
U.S. Department of Homeland Security
500 12th St., SW
Washington, D.C. 20536

**Re: Letter of Support for Claudia Sarahi Rueda Vidal**

Dear Director Homan:

I write to offer my support for Claudia Sarahi Rueda Vidal, a 22-year old student at California State University, Los Angeles who is eligible for the Deferred Action for Childhood Arrivals (DACA) process. Claudia was arrested and detained by Border Patrol on May 18, 2017 outside her home while she was moving her family's car. I am requesting that prosecutorial discretion be granted similar to that afforded other DACA eligible individuals.

Claudia moved to the United States at just seven years old and has lived in Los Angeles for 15 years. Claudia has no prior convictions or criminal record and is a dedicated and passionate student and advocate for her community. While she is wholly eligible for the (DACA) process, financial constraints have prevented her from submitting an application. She is currently gathering the funds to apply while pursuing a B.A. in Latin American Studies from California State University, Los Angeles.

Claudia embodies those fundamental ideals that define who we are as Americans. After being raised in Boyle Heights and growing deep roots in her community, she worked hard, graduated from Roosevelt High School, and is currently a 3rd year at CSU Los Angeles. In addition to her studies, Claudia has demonstrated that service to others is a key part of her character. Through the UCLA Dream Summer internship program Claudia developed workshops and curricula to engage low-income youth in leadership development programming. Her dedication and commitment to giving back was apparent to those she worked alongside and those that managed the program, including the Director Victor Narro.

For the above stated reasons, Claudia is a treasured member of her community, exhibits tremendous character, and has maintained good standing with the law. She does not have a single prior conviction or any criminal history and I am proud to represent her in the United States Senate. I urge ICE to exercise prosecutorial discretion, similar to that afforded DACA recipients, in Claudia's case in order to give her the peace of mind regarding her future that she deserves. My office is prepared to respond to any questions or concerns regarding this matter. Thank you for your attention to this important matter.

Respectfully,

KAMALA D. HARRIS
United States Senator

**CAR 0054**

Receipt Number: ICE    PII    A-Number    PII    Form Type: I-821D

**Other**

3017126956330  3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700



FOREIGN AFFAIRS COMMITTEE
SUBCOMMITTEE ON AFRICA, GLOBAL HEALTH,
GLOBAL HUMAN RIGHTS AND
INTERNATIONAL ORGANIZATIONS

JUDICIARY COMMITTEE
SUBCOMMITTEE ON COURTS, INTELLECTUAL
PROPERTY AND THE INTERNET
SUBCOMMITTEE ON CRIME, TERRORISM,
HOMELAND SECURITY AND INVESTIGATIONS

WWW.BASS.HOUSE.GOV

WASHINGTON OFFICE:
408 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
202-225-7084

DISTRICT OFFICE:
4929 WILSHIRE BLVD. SUITE 650
LOS ANGELES, CA 90010
323-965-1422

## KAREN BASS
CONGRESS OF THE UNITED STATES
37TH DISTRICT, CALIFORNIA

May 24, 2017

Re: Claudia Sarahi Rueda Vidal (A#     PII

To Whom It May Concern:

I am writing on the behalf of Claudia Sarahi Rueda Vidal (A#    PII    to request your
consideration for releasing her from detainment. Claudia is a 22-year-old college student, and
immigration youth advocate. She has resided in Los Angeles for 15 years.

Claudia is valuable member and leader in her community. She cares deeply about issues that
affect her community and has worked tirelessly to make change when she sees injustice. A
mentor to her fellow students, Claudia empowers her peers to continue their education, and has
offered her home and support to those who need it. According to Victor Narro, Project Director,
for the UCLA Labor Center who has known Claudia for quite some time, "While she was a
UCLA Dream Summer intern, a very competitive program to be accepted into, Claudia
developed educational tools and curriculum to empower low-wage workers and advance the
educational goals of youth. She served as an advocate for the most vulnerable populations in
Southern California, and did so with humility, respect, and passion. She is one of most
responsible people to have gone through the program."

Claudia was brought to California from Mexico when she was just seven years old and  is
eligible for Deferred Action for Childhood Arrivals (DACA). While she has yet to apply for
DACA benefits, she has been working to gather funds for filing fees. Claudia has been a
treasured member of her community and a strong advocate for her community. I urge you to
consider the positive impact that Claudia will continue to have if she were allowed to remain in
the United d States.

Sincerely,

Karen Bass
Member of Congress

17

Certified True Copy

Wed Oct 30 13:10:34 EDT 2019

**CAR 0055**

**Other**



# GILBERT A. CEDILLO
## COUNCILMEMBER
### FIRST DISTRICT

May 24, 2017

To Whom It May Concern:

I write to express concern about the action of the Customs and Border Protection on May 18, 2017, in the Boyle Heights community of Los Angeles, where Claudia Rueda was detained. I urge you to release her to her family and community and cease efforts to deport her.

Ms. Rueda is 22-year-old immigrant youth who has lived in the United States since she was a small child. She has been an active member of her community and a dedicated student. Ms. Rueda graduated from Roosevelt High School before attending University of California at Santa Cruz. She recently transferred to Cal State LA where she is currently pursuing a B.A. in Latin American Studies. Ms. Rueda is a DACA eligible youth and has demonstrated intelligence and heart that has been invaluable to her community.

She has long been involved in community organizing and supporting immigrant youth, including as a Dream Summer intern at the UCLA Labor Center. She has devoted her free time to educating youth about their rights and coordinating educational activities. Ms. Rueda has been a fierce advocate for justice and is deeply respected by her peers and the broader community.

I am concerned by signs that suggest that she was arrested either in retaliation for her outspoken advocacy, or as collateral to an investigation that does not implicate her. Ms. Rueda was apparently stopped by officers in plainclothes who surrounded her car with three vehicles while she was moving a car to comply with the City's street cleaning obligations. These kinds of immigration enforcement actions contribute to the climate of fear in Los Angeles, and are disproportionate resources to arrest a DACA eligible college student whose only home is the United States.

I urge you to act quickly to release Ms. Rueda and not continue to pursue her deportation. Should you have questions, please do not hesitate to contact my office at (213)473-7001.

Sincerely,

*Gil Cedillo*

Gilbert Cedillo
Councilmember, First District

FC

CITY HALL 200 N. Spring St. Room 460 Los Angeles, CA 90012
Tel: (213) 473-7001 • Fax: (213) 473-7462

20

Receipt Number: IO[ PII ]   A-Number: [ PII ]   Form Type: I-821D

## Other

3017126956330  3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700

CALIFORNIA STATE UNIVERSITY, LOS ANGELES

COLLEGE OF NATURAL AND SOCIAL SCIENCES
Department of Latin American Studies Program

May 21, 2017

To Whom It May Concern:

I am writing in my capacity as Director of Latin American Studies at California State
University Los Angeles to vouch in the strongest terms for Claudia Sarahi Rueda Vidal
(DOB [ PII ]/95, A [ PII ] and to urge that she be allowed to remain in the United
States so that she may continue her education. I have had the privilege of knowing Ms.
Rueda since she transferred to our university in the Fall 2016 and became a major in the
Latin American Studies Program. She is an exceptionally gifted and hard-working
student. As evidence, I offer that she made the Dean's List in her first semester on our
campus.

Ms. Rueda demonstrates many other qualities beyond her academic talents and drive. She
is a conscientious and committed member of our university community. She is active in
our program's student organization, the Latin American Studies Society. She is also
always available to help other students with their work and is a consistent and dedicated
volunteer at events on our campus.

I would like to take this opportunity to assert in the strongest possible terms that Ms.
Rueda does not pose a threat or danger to anyone or anything. Quite the opposite, she is a
constructive and caring person who strives to give back to her community. She is a true
representative of all that is good in her generation, which is the hope of our future. I urge
you to allow her to remain in the U.S. so that she can apply for DACA with USCIS and
continue her education. Our campus, city, state, and country need and will benefit from
the contributions she will bring us.

Sincerely,

Ericka Verba
Director, Latin American Studies

5151 State University Drive, Los Angeles, CA 90032-8224   (323) 343-2290   FAX: (323) 343-5485   www.calstatela.edu

The California State University: Bakersfield, Channel Islands, Chico, Dominguez Hills, East Bay, Fresno, Fullerton, Humboldt, Long Beach, Los Angeles, Maritime
Academy, Monterey Bay, Northridge, Pomona, Sacramento, San Bernardino, San Diego, San Francisco, San Jose, San Luis Obispo, San Marcos, Sonoma, Stanislaus

62

CAR 0057

**Other**

3017126956330  3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700



College of Arts and Letter Department of Liberal Studies

May 21, 2017

To Whom It May Concern,

I am writing this letter in support of Claudia S. Rueda, DOB PII 95 and Alien # PII Claudia is a student at Cal State L.A. and was enrolled in my Latin American Studies course in the Spring 2017 semester. She is greatly admired by her professors and classmates at Cal State LA for her intelligence, strong moral character, and perseverance. Claudia transferred to Cal State LA from UC Santa Cruz in the fall of 2016, and made the Dean's Honor list in her first semester. She quickly distinguished herself as one of the top students in the Latin American Studies Program. In fact, after reading Claudia's excellent midterm, I encouraged her to further advance her education by applying to an M.A. or Ph.D. after she completed her undergraduate degree. I have no doubt that, if given the opportunity, Claudia would excel in her graduate education and pursue a career in public service. She is a gifted intellectual with a strong work ethic and unwavering sense of ethics and social responsibility.

Claudia has lived in the United States for 15 years, almost her whole life. She grew up and attended school in the Mexican American community of Boyle Heights, less than four miles away from Cal State L.A. I have learned from her former high school classmates that Claudia was a leader at their school, where she took college preparatory courses and participated in a peer mentoring program. Her admission to the competitive UC Santa Cruz was a great source of pride for her immigrant family and for the whole community. Claudia's single mother worked hard to pay Claudia's tuition with the meager wages she earned at a local bakery. The financial strain led Claudia to transfer to a Cal State, and the family still struggled to pay Claudia's tuition. Although eligible for DACA, Claudia could not afford the application fee. Still Claudia sought out opportunities to further herself and help her community. Last summer, she was selected for and participated in a Dreamer leadership institute run by UCLA. She is well regarded in Boyle Heights and throughout Southern California for her advocacy for Dreamer youth. Strongly rooted in the United States, where all of her personal ties are, she is not a flight risk or a danger to the public.

As a scholar who studies Mexican immigration to the United States, I am well familiar with the especially arduous conditions of gendered violence in Mexico that lead many women to migrate north. Young women in particular are targets of sexual trafficking, kidnappings, and assault. I am extremely concerned about the threat to Claudia's safety were she to be deported to Mexico.

I strongly urge you to release Claudia from ICE custody and allow her to apply for DACA status. This woman exemplifies the qualities of character that we celebrate in our nation: she has persevered against the greatest of odds, is self-determined and principled, and has consistently prioritized her education, family and community. She embodies the best promise for our future.

Sincerely,

Alejandra Marchevsky, Ph.D.
Associate Chair of the Department of Liberal Studies
Professor of Women's, Gender and Sexuality Studies
Affiliate Faculty in Latin American Studies
California State University, Los Angeles

**Other**

3017126956330  3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700



CALIFORNIA STATE UNIVERSITY, LOS ANGELES

COLLEGE OF NATURAL AND SOCIAL SCIENCES
Department of Anthropology

May 21, 2017

To Whom It May Concern,

I am writing in support of Ms. Claudia Sarahi Rueda Vidal (DOB ██ PII ██ 95, A# ████ PII ████ a 22-year old student at California State University, Los Angeles. I have known Claudia for one year as a student and a beloved member of our campus community. She is an upstanding citizen — the very kind of person I want in the world where my children are growing up. She is kind, hard-working, committed to helping others, and family and community oriented. She is a Latin American Studies major who hopes to impact the world with her research and her community work. She mentors younger students and volunteers with community groups. After her ambush and detention by the border patrol in Los Angeles, I became aware of the deep ties she has throughout Los Angeles — hundreds of people have come out in her support — demonstrating the depth of her impact on our city despite her young age. Claudia came to the U.S. at the age of 4 and has lived here since. She does not know Mexico; all of her social ties are here in the U.S. Claudia has no criminal record and is eligible for DACA, but did not apply because she could not afford the filing fees. As an undocumented youth, Claudia cannot be legally employed in the U.S. and is, therefore, limited in her ability to generate the money necessary to apply for DACA. Furthermore, like most of our students, she makes great financial and personal sacrifices to pursue her education. I strongly believe that Claudia deserves to stay in the U.S. and deserves to be given a path towards legalization. We are asking that you grant her the right to leave detention on bond and that her deportation be suspended due to her deep and life-long ties to the U.S. Deportation would harm Claudia irreparably at a very vulnerable time in a young-person's life. She is a valued and beloved member of our community and she deserves to stay here, with her family, friends, and all the people who love her.

Sincerely,

Beth F. Baker, Ph.D.
Professor, Department of Anthropology
California State University, Los Angeles

5151 State University Drive, Los Angeles, CA  90032-8220    (323) 343-2440    FAX: (323) 343-2446    www.calstatela.edu
The California State University: Bakersfield, Channel Islands, Chico, Dominguez Hills, East Bay, Fresno, Fullerton, Humboldt, Long Beach, Los Angeles, Maritime Academy, Monterey Bay, Northridge, Pomona, Sacramento, San Bernardino, San Diego, San Francisco, San Jose, San Luis Obispo, San Marcos, Sonoma, Stanislaus

Certified True Copy          Wed Oct 30 13:10:34 EDT 2019          Page 61 of 131

**Other**

3017126956330   3907520 038216 72 v688110 062217 10:59 062117 DACA_ELIS-20700

Claudia is eligible for DACA and should not be detained or in removal proceedings. We ask that
she be released immediately so she may apply for DACA, be with her family, attain her
educational goals, and continue being an incredible asset to our community.

Best regards,

Victor Narro
Project Director
UCLA Labor Center
vnarro@irle.ucla.edu
675 S. Park View St. Los Angeles, CA 90020

79

**Other**



3017126956330  3907520 038216 72 V688110 062217 10:59 062117 DAOL ELI5-20700

## OFFICE OF THE CITY ATTORNEY
### MICHAEL N. FEUER
### CITY ATTORNEY

8/28/2015

CLAUDIA RUEDA
█ PII █
LOS ANGELES, CA 90023

File N █ PII █

Dear CLAUDIA RUEDA:

This letter is to inform you that the above numbered case was heard by this office on August 28, 2015. The case was resolved at this hearing and no criminal charges were filed against you.

The law provides that this case remain open for one year from the date of the alleged incident. If there should be any further incidents during this time that require police investigation, we will review the above numbered case to determine whether to file the case in criminal court.

If no further incidents were reported, the case will be closed one year from the date of the incident January 28, 2015.

If you have any questions, you may contact me.

Sincerely,

CHARLES SALAZAR
Hearing Officer
CITY HALL
(213)978-1865

AN EQUAL EMPLOYMENT OPPORTUNITY - AFFIRMATIVE ACTION EMPLOYER
200 N. SPRING ST. 14TH FL o Los Angeles, CA 90012 o

Receipt Number: ▓PII▓          A-Number: ▓PII▓          Form Type: I-821D

**Other**



3017126956330 3907520 038216 72 V688110 062217 10:58 062117 DAD0 ELIS-20700

## Immigration Justice Project
### Promoting Due Process and Access to Justice

2727 Camino del Rio South, Suite 223, San Diego, CA 92108 · Tel: 619.255.8810 · Fax: 619.255.8792 · www.americanbar.org/ijp

June 19, 2016

VIA USPS

USCIS Pheonix Lockbox Facility
P.O. Box 20700
Phoenix, AZ 85036-0700

RE:    Urgent Request for Deferred Action for Childhood Arrivals
       **Claudia Sarahi RUEDA VIDAL; A** ▓PII▓

Dear USCIS Officer:

I represent the above applicant in immigration matters. A G-28 is attached. Ms. Rueda Vidal is currently in removal proceedings before the San Diego, California Executive Office for Immigration Review (EOIR) Immigration Court. On June 9, 2017, she was ordered released on her own recognizance after spending over three weeks in the custody of Border Patrol and Immigration and Customs Enforcement (ICE). Ms. Rueda Vidal, by and through undersigned counsel, is now seeking protection pursuant to Deferred Action for Childhood Arrivals (DACA) as she meets all of the requirements and merits a favorable exercise of discretion.

Please accept the attached materials in support of her application for DACA:

- Form G-28, Notice of Entry of Appearance as Attorney;
- Form I-821(D), Consideration of Deferred Action for Childhood Arrivals with attached application and biometrics fee of $495;
- Form I-765, Application for Employment Authorization with two passport photos;
- Form I-765 Worksheet;
- Exhibit List demonstrating Ms. Rueda Vidal's eligibility for DACA and a favorable exercise of discretion.

Should you have any questions do not hesitate to contact me. Thank you for your attention to this important matter.

--
**Monika Y. Langarica, Esq.**
Senior Staff Attorney
Immigration Justice Project
American Bar Association
2727 Camino del Rio South, Ste. 223
San Diego, CA 92108
Phone ▓PII▓
Fax: ▓PII▓

*IJP is a project of the American Bar Association's Commission on Immigration

**Other**



Certified True Copy           Wed Oct 30 13:10:34 EDT 2019

CAR 0063
Page 65 of 131

**Other**



CAR 0064
Page 66 of 131

Receipt Number: IOE [PII]   A-Number: [PII]   Form Type: I-821D

**Other**



**Other**



**Other**



Receipt Number: IOE   PII   A-Number   PII   Form Type: I-821D

**Other**



CITY OF LOS ANGELES

*Certificate of Achievement*

Presented to

# Claudia Rueda

Euclid Ave. School

## COUNCIL DISTRICT 14
## ADELANTE AWARD

*In proud recognition of your academic achievement and community service this sixth day of July 2006.*

*José Huizar*

**Honorable José Huizar**
Councilmember
Los Angeles City Council, District 14

CAR 0068

**Other**



**Other**



Certified True Copy

Receipt Number: IOE    PII    A-Number    PII    Form Type: I-821D

**Other**



Receipt Number: ████ PII ████   A-Number ████ PII ████   Form Type: I-821D

**Other**



Receipt Number: [PII]     A-Number: [PII]     Form Type: I-821D

**Other**



**Other**



*Diploma*

AS THE NATIONAL IMMIGRANT YOUTH ALLIANCE

WE RECOGNIZE YOU.

*Dream Activist*

For your outstanding work and contributions in helping build this undocumented youth-led movement.

Awarded On: June / 30 / 2012

NIYA Board President

THENIYA.ORG

**Other**

```
3017126956330  3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700
```

Transferred to Term Fall Semester 2016 as

GES          B1LEC  PHYSICAL SCI - LECTURE ONLY      3.00     3.00 D
    3.000

Incoming Course

KIN      346       BODY TONING                              1.00 A
2016 SPR

Transferred to Term Fall Semester 2016 as

KIN      1000TR    LOWER DIVISION TRF ELECTIVE     1.00     1.00 A
    4.000

Incoming Course

HISTORY  011       POLITICAL & SOC HIST OF U.S. I           3.00 B
2015 FALL

Transferred to Term Fall Semester 2016 as

HIST     2010      UNITED STATES HISTORY TO 1877   3.00     3.00 B
    9.000

Incoming Course

HEALTH   011       PRINCIPLES OF HEALTHFUL LIVNG            3.00 B
2016 SPR

Transferred to Term Fall Semester 2016 as

PH       1500      HEALTH AND WELLNESS             3.00     3.00 B
    9.000

Incoming Course

ENGLISH  102       COLLEGE READING & COMP II                3.00 C
2015 FALL

Transferred to Term Fall Semester 2016 as

ENGL     2700      WHY LITERATURE MATTERS          3.00     3.00 C
    6.000

Incoming Course

ENGLISH  101       COLLEGE READING &COMPOSITION I           3.00 C
2015 SPR

Transferred to Term Fall Semester 2016 as

ENGL     1010      ACCELERATED COLLEGE WRITING     3.00     3.00 C
    6.000

Incoming Course

COMM     104       ARGUMENTATION                            3.00 A
2015 FALL

Transferred to Term Fall Semester 2016 as

COMM     1200      ARGUMENTATION                   3.00     3.00 A
   12.000

Incoming Course

CAR 0075

## Other

```
3017126956330  3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700
```



| | | | | | |
|---|---|---|---|---|---|
| COMM | 101 | PU__IC SPEAKING | | 3.00 | C |
| 2016 SPR | | | | | |

Transferred to Term Fall Semester 2016 as

| COMM | 1100 | ORAL COMMUNICATION | 3.00 | 3.00 | C |
|---|---|---|---|---|---|
| 6.000 | | | | | |

Incoming Course

| CHICANO | 062 | RELIGION IN MESOAMERICA | | 3.00 | A |
|---|---|---|---|---|---|
| 2015 SPR | | | | | |

Transferred to Term Fall Semester 2016 as

| GES | C2 | HUMANITIES | 3.00 | 3.00 | A |
|---|---|---|---|---|---|
| 12.000 | | | | | |

Incoming Course

| CHICANO | 051 | MEXICAN ART - PRE-COLUMBIAN | | 3.00 | A |
|---|---|---|---|---|---|
| 2015 FALL | | | | | |

Transferred to Term Fall Semester 2016 as

| GES | C1 | ARTS | 3.00 | 3.00 | A |
|---|---|---|---|---|---|
| 12.000 | | | | | |

Incoming Course

| CHICANO | 003 | SOC & PSYCH OF THE LATIN-AMER | | 3.00 | B |
|---|---|---|---|---|---|
| 2015 SPR | | | | | |

Transferred to Term Fall Semester 2016 as

| GES | E | LIFELONG UNDERSTANDING | 3.00 | 3.00 | B |
|---|---|---|---|---|---|
| 9.000 | | | | | |

Incoming Course

| BIOLOGY | 003 | INTRODUCTION TO BIOLOGY | | 4.00 | A |
|---|---|---|---|---|---|
| 2015 SPR | | | | | |

Transferred to Term Fall Semester 2016 as

| BIOL | 1010 | GENERAL BIOLOGY | 4.00 | 4.00 | A |
|---|---|---|---|---|---|
| 16.000 | | | | | |

Incoming Course

| ENGLISH | 103 | COMP & CRITICAL THINKING | | 3.00 | W |
|---|---|---|---|---|---|
| 2016 SPR | | | | | |

Transferred to Term Fall Semester 2016 as

| XFERNA | NA | Trnsfr Crse Not Acpt | | 0.00 | W |
|---|---|---|---|---|---|

Incoming Course

| BSICSKL | 031CE | BSIC SKLLS ALGB 2 | | 0.01 | NGG |
|---|---|---|---|---|---|
| 2010 SUMR | | | | | |

Transferred to Term Fall Semester 2016 as

| XFERNX | 500NTR | NON-TRANSFERABLE COURSE | | 0.00 | X |
|---|---|---|---|---|---|

**CAR 0076**

Certified True Copy        Wed Oct 30 13:10:34 EDT 2019        Page 78 of 131

Receipt Number: IOE ████ PII ████    A-Number ████ PII ████    Form Type: I-821D

## Other

```
3017126956330  3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700
```

```
      Incoming Course
      KIN       391-1      VOLLEYBALL I                              1.00 A
      2015 SPR

      Transferred to Term Fall Semester 2016 as
      GES       E          LIFELONG UNDERSTANDING        1.00   1.00 A
        4.000
      GES          AC      GE BLOCK A CERTIFIED                     0.00 CR
      GES          CC      GE BLOCK C CERTIFIED                     0.00 CR
      GES       EC         GE BLOCK E CERTIFIED                     0.00 CR
      GES          AMC     GE AMER INSTITUTIONS CERTIFIED           0.00 CR
      Transfer Credit from University of California  Santa Cruz
      Applied Toward Natural & Social Sciences Program

      Incoming Course
      ANTH      3          INTRO ARCHAEOLOGY                        5.00 C+
       2013 Fall Qtr

      Transferred to Term Fall Semester 2016 as
      ANTH      1000TR     LOWER DIVISION TRF ELECTIVE   3.35   3.35 C+
          7.705

      Incoming Course
      CLTE      80C        UD:SOCIAL JUSTICE                        5.00 P
      2013 Fall Qtr

      Transferred to Term Fall Semester 2016 as
      XFERLD    1000TR     LOWER DIV TRF ELECT-UNASSIGNED 3.35   3.35 P

      Incoming Course
      EDUC      60         INTRO TO EDUCATION                       5.00 B+
       2013 Fall Qtr

      Transferred to Term Fall Semester 2016 as
      XFERLD    1000TR     LOWER DIV TRF ELECT-UNASSIGNED 3.35   3.35 B+
         11.055

      Incoming Course
      CLTE      80D        UD:SOCIAL JUSTICE 2                      5.00 D
      2014 Winter Qtr

      Transferred to Term Fall Semester 2016 as
      XFERLD    1000TR     LOWER DIV TRF ELECT-UNASSIGNED 3.35   3.35 D
         3.350

      Incoming Course
      LALS      1          INTRO LATIN AMER ST                      5.00 B+
       2014 Winter Qtr

      Transferred to Term Fall Semester 2016 as
      XFERLD    1000TR     LOWER DIV TRF ELECT-UNASSIGNED 3.35   3.35 B+
         11.055
```

Certified True Copy  Wed Oct 30 13:10:34 EDT 2019  **CAR 0077**

Receipt Number: ___PII___     A-Number: ___PII___     Form Type: I-821D

**Other**

3017126956330  3907520 038216 72 v688110 062217 10:59 062117 DACA_ELIS-20700

6/9  8am
TJ garcy

U.S. Department of Homeland Security

**Notice to Appear**

In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID: ___PII___     FINS #: ___PII___     File No: ___PII___

DOB: ___PII___ 1995     Event No: ___PII___

In the Matter of:

Respondent: _____CLAUDIA SARAHI RUEDA-VIDAL_____ currently residing at:

IN DHS CUSTODY   UNITED STATES

_____
(Number, street, city and ZIP code)                    (Area code and phone number)

☐  1.  You are an arriving alien.

☐  2.  You are an alien present in the United States who has not been admitted or paroled.

☒  3.  You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
1.   You are not a citizen or national of the United States;
2.   You are a native of MEXICO and a citizen of MEXICO ;
3.   You were admitted to the United States at Calexico West Port of Entry on or about December 23, 2001, as a nonimmigrant with a valid Border Crossing Card for temporary period;
4.   You remained in the United States without authorization from the Immigration and Naturalization Service or its successor the Department of Homeland Security.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
Section 237(a)(1)(B) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, you have remained in the United States for a time longer than permitted, in violation of this Act or any other law of the United States.

☐  This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐  Section 235(b)(1) order was vacated pursuant to:   ☐ 8CFR 208.30(f)(2)  ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
A PLACE TO BE SET

_____
(Complete Address of Immigration Court, including Room Number, if any)

on a date to be set  at  a time to be set  to show why you should not be removed from the United States based on the
        (Date)                    (Time)

charge(s) set forth above.                          (A)  WATCH COMMANDER
                                          (Signature and Title of Issuing Officer)
Date: May 18, 2017        San Diego, California

                                          (City and State)

See reverse for important information

Form I-862 (Rev. 08/01/07) N

**CAR 0078**

Certified True Copy     Wed Oct 30 13:10:34 EDT 2019     Page 80 of 131

Receipt Number: IOE    PII    A-Number: PII    Form Type: I-821D

**Other**



arrested. I asked the deputy sheriffs if my mom was going to be arrested, and they said no. They told me that she had nothing to do with this investigation. I continued waiting for her. Soon after, I learned my mom was being taken into immigration custody. I was devastated. Immediately I contacted groups and lawyers and publicly started calling for Border Patrol to release my mom. When we found a lawyer to represent my mom for free, I helped her gather letters of support from people who know my mom, organizations, and I even submitted a declaration in support of her release.

7. After Border Patrol agents took my mom, I had to leave the apartment because I could no longer afford to pay rent, since it's my mom's wages that support us. I moved in with my sister and her husband for a short time and then later with my aunt Luz.

8. On May 9, 2017, my mom was granted bond by a judge in Imperial, California. I was so happy and relieved to have her back with me. My mom finally came back to Boyle Heights on May 12, 2017. I felt complete again.

9. Six days later, on May 18, 2017, I was sleeping at my aunt Luz's house in her bed with my mom. My alarm went off because I had to move my car to comply with street sweeping rules. I woke up in my pajamas, put on a sweater, grabbed the car keys, and stepped outside. I noticed another car was parked on the side of the street that was almost empty because of street sweeping, but I figured that person was moving their car, too. As soon as I got in the car, three unmarked cars surrounded my car. I was terrified and for a second I froze. I got out of the car and put my hands up. About six agents dressed in plain clothes and with badges hanging around their necks got out of the cars. One of the agents asked me for an identification and also for my name. I said "Claudia Rueda." Another agent said, "that's her." They put handcuffs on me and put me into a van.

10. I was taken to a Border Patrol station in Chula Vista, California. I was in Border Patrol custody until May 19, 2017 when I was transferred to ICE custody at CCA in Otay Mesa. I was finally released from ICE custody on June 9, 2017. I have nothing to do with the criminal investigation that took people from my old apartment into criminal custody.

11. While I was in custody I had so much support from my community, university, and elected officials. I am so thankful for that. It reminds me that I want to keep serving my community.

12. In 2012 and in 2015, I was arrested for participating in civil disobediences in Los Angeles. They were both part of nonviolent peaceful protests. The cases against me were dismissed. In one of them, charges were not even filed.

13. Please grant me DACA. I have never applied because I could not afford the filing fee. Now I have the financial support I need to pay it and after being taken into ICE custody, I realize how important it is to have it.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of June, 2017 in the City and County of San Diego, State of California.

Certified True Copy

**Other**



3017126956330   3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day
of June, 2017 in the City and County of San Diego, State of California.

Claudia Sarahi Rueda Vidal
A    PII

**Other**



3017126956330 3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700

**ERIC GARCETTI**
MAYOR

May 23, 2017

To Whom it May Concern:

I write regarding Claudia Rueda, A [PII] whose request for the exercise of prosecutorial discretion is pending before ICE. Ms. Rueda is a 22-year-old resident of the Boyle Heights community of Los Angeles, and a student at Cal State LA, with no prior convictions or criminal record. On May 18, in what appears to have been a targeted operation, Border Patrol agents arrested her while she was moving a family car outside her home.

Claudia Rueda has lived in Los Angeles since 2001, and has deep roots in Boyle Heights as a young leader and community organizer. She graduated from Roosevelt High School, and is currently pursuing a B.A. in Latin American Studies at Cal State LA. She has been an active member of the Immigrant Youth Coalition and California Immigrant Youth Justice Alliance, leading efforts to educate young Angelenos about their rights and coordinate political education workshops. She is widely respected by her peers as a powerful voice for gender and racial justice among our city's dynamic immigrant youth movement.

Ms. Rueda is just the sort of "Dreamer" for whom Deferred Action for Childhood Arrivals (DACA) was created. Brought to our country as a young child, she has built a successful life here as a student leader and activist in Los Angeles. Financial constraints have prevented her from applying previously, but she is fully eligible for DACA should she now submit an application.

In order to allow Ms. Rueda to apply for the DACA relief that would provide her a measure of protection that I am convinced she deserves, her attorneys are seeking the exercise of prosecutorial discretion to halt any removal proceedings. I urge ICE to grant this request to give Ms. Rueda the opportunity to pursue such relief.

Sincerely,

*E. G.*

Eric Garcetti
Mayor

16

**CAR 0081**

 
**Other**

3017126956330  3907520 038216 72 V688110 062217 10:59 062217 DACA_ELIS-20700

# BOARD OF SUPERVISORS
## COUNTY OF LOS ANGELES

856 KENNETH HAHN HALL OF ADMINISTRATION  /  LOS ANGELES, CALIFORNIA 90012
Telephone (213) 974-4111  /  FAX (213) 613-1739

### HILDA L. SOLIS
SUPERVISOR, FIRST DISTRICT

June 6, 2017

Mr. David Marin
Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
300 North Los Angeles Street, Room 7631
Los Angeles, CA 90012

**RE: Supporting Release of Claudia Vidal**

Dear Mr. Marin,

I write to urge strongly that ICE grant Prosecutorial Discretion to Claudia Sarahi Rueda Vidal, A [PII] and to release Claudia to her family and community.

As soon as my office was alerted that U.S. Border Patrol had detained Claudia outside her home in Boyle Heights, my staff made the appropriate inquiries and was able to confirm that she had been taken into custody by federal agents and was being held in a detention facility near the City of San Diego.

Claudia is a 22-year-old immigrant youth who came to the United States as a young child. After high school, Claudia attended UC Santa Cruz, and then transferred to Cal State, LA, where she is currently pursuing a B.A. in Latin American Studies.

I am very concerned by the appearance that immigration enforcement agencies may be targeting individuals who are involved in immigrant rights activism. Claudia has been a youth organizer, conducting workshops, presentations, and organizing mobilizations that seek to empower immigrant youth county-wide.

Claudia is eligible for DACA and should not be detained or in removal proceedings. For these reasons, I strongly urge ICE to use its discretionary authority to release Claudia to her family.

Sincerely,

*Hilda L. Solis*

**HILDA L. SOLIS**
Supervisor, First District

22

**Other**

3017126956330  3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700



May 23, 2017

Monica Langarika, Esq.
Staff Attorney
ABA Immigration Justice Project

Dear Ms. Langarika:

Last Thursday, I received information that Ms. Claudia Rueda, a Cal State LA student, had been detained by Customs and Border Patrol authorities at her home, and was being held in Chula Vista. Since then, I have been in contact with Senator Kamala Harris' office, as well as multiple faculty and staff on our campus who are concerned about Ms. Rueda's safety.

I too am deeply concerned about Ms. Rueda's well-being and academic success. Her studies are seriously impeded by her current detention. Ms. Rueda is a student in good academic standing, pursuing a bachelor's degree in Latin American Studies, and is very well-regarded by her faculty in our Latin American Studies Program.

It is my sincere hope that Ms. Rueda's current situation can be resolved quickly and she can return to her academic studies.

Supporting the health and safety of all our students is my highest priority.

Sincerely,

William A. Covino
President
California State University, Los Angeles

Certified True Copy    Wed Oct 30 13:10:34 EDT 2019

**Other**

3017126956330 3907520 038216 72 V688110 062217 10:59 062117 DACA_EL15-20700



Latin American Studies Program

May 20, 2017

To Whom It May Concern:

I write in strong support of Claudia S. Rueda (DOB PII 95; A PII ). I am a professor of Latin American Studies and History and a U.S. citizen. Claudia S. Rueda is an amazing person and scholar who has made significant positive contributions to her community in Los Angeles and here at CSULA. She is a warm and caring person who poses no danger to anyone. She is deeply rooted in Los Angeles and is committed to remain a contributing member of her community

I first met Claudia Rueda approximately nine months ago, in Fall 2016, when she enrolled in my Introduction to Latin American Studies course. Within the first week of class, it became very apparent to me that she was an exceptional student. She distinguished herself by her genuine enthusiasm for learning, her intellectual acumen, her academic ability, and her caring and compassionate manner. Her written work was excellent. In that course, she ranked among the top two students out of 42. Her academic excellence in my class was also reflected in the rest of her classes as she made the Dean's List for the Fall 2016 semester, her first semester at CSULA. She currently is a student in my course, Food Justice in Latin America, where she is performing equally well and is a valued class member.

Claudia Rueda is a vital member of the Latin American Studies community here on campus. She has made strong friendships with other students and is highly respected by her faculty. In her unassuming way, she positively touches the lives of everyone that she encounters

For all of the above reasons, I write in support of her release so that she can continue her education and helping make the U.S. a more caring and loving place. If I can provide you with any additional information, please do not hesitate to contact me at cochoa3@calstatela.edu.

Sincerely,

Enrique C. Ochoa
Professor of Latin American Studies and History

5151 State University Drive | Los Angeles, CA 90032-8619 | (323) 343-2020 |

las@calstatela.edu

Certified True Copy Wed Oct 30 13:10:34 EDT 2019

**Other**



3017126956330  3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700

**LOS ANGELES COUNTY**
**CONSOLIDATED CRIMINAL HISTORY SYSTEM**                    Date: 03/02/2015    Page 2    Time: 08:22

CRIMINAL HISTORY TRANSCRIPT FOR OFFICE USE ONLY - UNAUTHORIZED USE IS A CRIMINAL OFFENSE
*INFORMATION FINGERPRINT VERIFIED UNLESS OTHERWISE NOTED BY AN ASTERISK(*)*

**Key Name:**(1) RUEDA, CLAUDIA SARAH                    Date Name First Used: 09/06/2012
**SID/CII:** PII        **MAIN:** PII        **FBI:** PII        **ARN:**

**DESCRIPTORS**
*#/Names/AKAs/Count*
(1) RUEDA, CLAUDIA SARAH        2        (2) RUEDA, CLAUDIA        2

*Dates of Birth/Count*
PII 1982  2    PII 1995  1

*Scars/Marks/Tattoos*

*Other Identifiers*
FBI PII

*Address/Count*
PII LA CA        1    PII LOS ANGELES CA        1

*Birth Place/Count*
CA        1    XXXREFUSEDI    CALA        1

*Moniker/Count*

*Gang Membership/Count*

**JUVENILE SUSTAINED PETITIONS**
No Juvenile Information

**CONVICTIONS/ACTIVE DIVERSIONS**
No Convictions/Active Diversions Found.

**PENDING CASES**
No Pending Cases.

Receipt Number: IO  PII A-Num  PII Form Type: I-821D

**Other**

3017126956330 3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700

**LOS ANGELES COUNTY**
**CONSOLIDATED CRIMINAL HISTORY SYSTEM**

Date: 03/02/2015

Page 3
Time: 08:22

CRIMINAL HISTORY TRANSCRIPT FOR OFFICE USE ONLY - UNAUTHORIZED USE IS A CRIMINAL OFFENSE
INFORMATION FINGERPRINT VERIFIED UNLESS OTHERWISE NOTED BY AN ASTERISK(*)

Key Name:(1) RUEDA, CLAUDIA SARAH

Date Name First Used: 09/06/2012

| SID/CII: PII | MAIN: PII | FBI: PII | ARN: |

## ARRESTS/CASES NOT REPORTED ABOVE

| Arr Date | Name | Arresting Agency | | | | | Booking Number |
|---|---|---|---|---|---|---|---|
| 01/28/2015 | 2 | CHP - CENTRAL L.A. STATION | | | | | PII |

| | Sex | Race | Hair | Eyes | Height | Weight | DOB |
|---|---|---|---|---|---|---|---|
| | F | HISPANIC | BROWN | BROWN | 506 | 160 | PII 1995 |

| Cnt | Arrest Charges | Dispo Date | Result | | | | |
|---|---|---|---|---|---|---|---|
| 1 | PC 602(K) TRESPASSING | UNKNOWN | UNKNOWN | | | | |

(CASE FILING INFORMATION NOT MATCHED IN L.A. COUNTY)

| Arr Date | Name | Arresting Agency | | | | | Booking Number |
|---|---|---|---|---|---|---|---|
| 09/06/2012 | 1 | LAPD - CENTRAL | | | | | PII |

| | Sex | Race | Hair | Eyes | Height | Weight | DOB |
|---|---|---|---|---|---|---|---|
| | F | HISPANIC | BLACK | BROWN | 500 | 110 | PII 982 |

| Cnt | Arrest Charges | Dispo Date | Result | | | | |
|---|---|---|---|---|---|---|---|
| 1 | PC 409 DISTURBING THE PEACE | UNKNOWN | UNKNOWN | | | | |

(CASE FILING INFORMATION NOT MATCHED IN L.A. COUNTY)

## END OF TRANSCRIPT

X2CA01548

© Copyright 1996, County of Los Angeles
All Rights Reserved

**Other**

3017126956330   3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700



## Immigration Justice Project
### Promoting Due Process and Access to Justice

**Ex. F: Other Discretionary Documents**

- Declaration from Ms. Rueda Vidal
- Ms. Rueda Vidal's resume indicating community involvement and prestigious achievements
- <u>Letters of Support</u>:
  - o Letter from United States Senator Kamala Harris
  - o Letter from United States Congresswoman Karen Bass
  - o Letter from Los Angeles Mayor Eric Garcetti
  - o Letter from Los Angeles Councilmember Jose Huizar
  - o Letter from Los Angeles Councilmember Gil Cedillo
  - o Letter from Los Angeles County Supervisor Sheila Kuehl
  - o Letter from Los Angeles County Supervisor Hilda Solis
  - o Letter from CSULA President William Covino
  - o Letter from Latin American Studies Director at CSULA, Ericka Verba
  - o Letter from Associate Chair of the Department of Liberal Studies, Alejandra Marchevsky
  - o Letter from CSULA Professor Beth Baker
  - o Letter from CSULA Professor Enrique Ochoa
  - o Letter from UCLA Labor Center Project Director Victor Narro
- Los Angeles County Consolidated Criminal History System indicating Ms. Rueda Vidal has been booked twice (09/06/2012 for Disturbing the Peace and 01/28/2015 for Trespassing), but has not sustained any convictions and has never been ordered to be on probation
- Letter from the Office of the City Attorney indicating Ms. Rueda Vidal's case was resolved without any charges being filed

*IJP is a project of the American Bar Association's Commission on Immigration

Receipt Number: ▓▓ PII ▓▓     A-Number: ▓▓ PII ▓▓     Form Type: I-821D

**Other**



CAR 0088

Receipt Number: IOE████ PII ████       A-Number: ████ PII ████       Form Type: I-821D

**Other**

```
3017126956330  3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700
```

| Term Ending 02/11/11 | | | | | Class Title | Credits | Marks | WH | CO |
|---|---|---|---|---|---|---|---|---|---|
| Class Title | Credits | Marks | WH | CO | CHOIR SH A | 5.0 | A | E | E |
| CHEMISTRY A | 5.0 | B | E | E | | | | | |
| WHG: MOD WLD A | 5.0 | A | E | E | Roos MAGMathSci | | | Grade=12 | |
| ADVIS LF SK A | 2.5 | A | E | E | Term Ending 12/14/12 | | | | |
| | | | | | Class Title | Credits | Marks | WH | CO |
| Roos MAGMathSci | | | Grade=10 | | ADV BIO A | 5.0 | B | E | E |
| Term Ending 06/24/11 | | | | | AP GOVT & POL | 5.0 | B | S | S |
| Class Title | Credits | Marks | WH | CO | HOMEROOM | 2.5 | A | E | E |
| ENGLISH 10B | 5.0 | A | E | E | PEER COUNSEL | 5.0 | A | E | E |
| FRENCH 2B | 5.0 | B | S | S | | | | | |
| TRG/MATH AN B | 5.0 | A | E | E | | | | | |
| | | | | | | | | | |
| Roos CommMedia | | | Grade=10 | | | | | | |
| Term Ending 06/24/11 | | | | | | | | | |
| Class Title | Credits | Marks | WH | CO | | | | | |
| VLLYBL, V GIRL | 5.0 | A | E | E | | | | | |

CAHSEE ELA P 03/09/11  Math P 03/09/11    Transcript is official when signed
                                          by school official.

CAR 0089

**Other**



CAR 0090

Receipt Number: [PII]   A-Number: [PII]   Form Type: I-821D

## Other

3017126956330  3907520 038216 72 v688110 062217 10:59 062117 DACA_ELIS-20700

### Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before: _____          _____
                                                                          *(Signature of Respondent)*

                                                                 Date: _____

_____
*(Signature and Title of Immigration Officer)*

### Certificate of Service

This Notice To Appear was served on the respondent by me on __May 18, 2017__, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

[X] in person          [ ] by certified mail, returned receipt requested          [ ] by regular mail          [PII]

[ ] Attached is a credible fear worksheet.

[X] Attached is a list of organizations and attorneys which provide free legal services.

The alien was provided oral notice in the _____English_____ language of the time and place of his or her hearing consequences of failure to appear as provided in section 240(b)(7) of the Act.

                                                DANIEL BRIGHTMAN          BORDER PATROL AGENT-I

_____                    _____
*(Signature of Respondent if Personally Served)*          *(Signature and Title of officer)*

Form I-862 Page 2 (Rev. 08/01/07) N

**CAR 0091**

Certified True Copy          Wed Oct 30 13:10:34 EDT 2019          Page 93 of 131

Receipt Number: IOE   [PII]          A-Number: [PII]          Form Type: I-821D

**Other**

3017126956330  3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700

### DECLARATION OF CLAUDIA SARAHI RUEDA VIDAL
A [PII]

In Support of Request for Deferred Action for Childhood Arrivals (DACA)

I, CLAUDIA SARAHI RUEDA VIDAL, state the following:

1. My name is Claudia Sarahi Rueda Vidal. I was recently released from the custody of
   Immigration and Customs Enforcement (ICE) custody. I was in Border Patrol and ICE
   custody from Thursday, May 18, 2017 through Friday, June 9, 2017. I am currently a
   full-time student at California State University Los Angeles (CSULA). I submit this
   declaration in support of my request for DACA. My lawyer helped me prepare this
   declaration.

2. I have been living in the United States since 2001 when I came here with my mom,
   [PII]          I was six years old when I arrived to the United States. I have lived
   in East Los Angeles, mostly Boyle Heights, the whole time I have been in the United
   States. I lived with my mom, dad, and my sister [PII] (who is applying for permanent
   residence right now) in an apartment on [PII] in Boyle Heights for most of the
   time I have been here. Other family members lived in the apartment also to help pay the
   rent.

3. I went to school in East Los Angeles. I attended Euclid Avenue School, Stevenson
   Middle School, and Roosevelt High School. When I was in elementary and middle
   school, I constantly got awards for doing well in school. At Roosevelt, I participated in
   college-prep programs. I got into U.C. Santa Cruz and attended there for almost a full
   year. I transferred to East Los Angeles College and later to California State University
   Los Angeles (CSULA) to be closer to my family and because it is less expensive.

4. I have paid for my education with the help of my mom, who has worked at a bakery for
   many years. Money is really tight, but I know my education is important and it is my
   dream to graduate from college. I love school and I love learning. The community I have
   at CSULA is so supportive and makes me feel like I have family there.

5. I have been involved with community organizations since I was a teenager. I feel
   passionate about helping my community and being the best person I can be. I have been
   involved with the Immigrant Youth Coalition and other youth-led organizations. In 2015
   I was able to intern as a Dream Summer Intern through the UCLA Labor Center where I
   worked with Service Employees International Union (SEIU) supporting their campaigns.
   That was a beautiful experience. I hope to continue doing this work to better my
   community.

6. On April 24, 2017, a lot of law enforcement officers showed up at my house. Later I
   learned they were sheriffs and border patrol agents. They were investigating criminal
   activity. I was not at home because I was at school, but my sister called to tell me what
   was going on and I immediately went back to our apartment. I saw many people being

**CAR 0092**

**Other**

3017126956330  3907520 038216  72 V688110 062217  10:59 062117  DACA_ELIS-20700



JOSE HUIZAR
COUNCILMEMBER, 14TH DISTRICT

May 23, 2017

To Whom It May Concern:

As the Councilmember representing the Boyle Heights community in Los Angeles, I ask that if Immigration and Customs Enforcement (ICE) are holding Claudia Sarahi Rueda Vidal (A# PII ) solely based on her immigration status, that they release her immediately to her loved ones.

Claudia is a 22-year-old who came to the United States as a young child in 2001 to live in Boyle Heights. She attended Roosevelt High School where she was involved in college preparatory programs and is currently a student at California State University, Los Angeles, where she is pursuing a B.A. in Latin American Studies.

Claudia is eligible for Deferred Action for Childhood Arrivals (DACA) and again, if she is being detained solely for her immigration status, she should be released without question immediately and she should not be placed in removal proceedings. She should be released so she can apply for DACA, be with her family, and attain her educational goals.

As an elected official who represents a large Latino immigrant community, I am concerned about increased activity by ICE and U.S. Customs and Border Protection authorities in areas I represent, and I want to ensure that this case, and others, are handled properly and fairly.

Sincerely,

*José Huizar*

JOSE HUIZAR
Councilmember, 14th District
City of Los Angeles

19

**Other**



3017126956330  3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700

# BOARD OF SUPERVISORS
# COUNTY OF LOS ANGELES

821 KENNETH HAHN HALL OF ADMINISTRATION  /  LOS ANGELES, CALIFORNIA 90012
Tel: 213-974-3333  Fax: 213-625-7360  Sheila@bos.lacounty.gov

## SHEILA KUEHL
SUPERVISOR, THIRD DISTRICT

May 24, 2017

David Marin
Deputy Field Office Director, Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
300 North Los Angeles St. Room 7631
Los Angeles, CA, 90012

To Whom It May Concern:

I write in strong support of the request for prosecutorial discretion, and/or the release on bond, of Claudia Rueda Vidal,
A#   [PII]

I understand that Ms. Rueda was arrested by Border Patrol in the early morning hours of May 18, 2017, in East Los
Angeles. Ms. Rueda has no prior criminal record, and is a DACA-eligible student who has lived in Los Angeles for
virtually her entire life. She is a dedicated and serious student and a committed defender of immigrant and human
rights. There is no apparent justification for her being taken into custody and no supportable reason to target her
specifically. I understand that, while she was moving a car to avoid a parking infraction, she was surrounded by three
federal vehicles and numerous plainclothes Customs and Border Protection agents.

Ms. Rueda is part of the varied fabric of Los Angeles County. She is a 22-year-old student who graduated from
Roosevelt High School, and attended the University of California at Santa Cruz before transferring to Cal State LA.
She has been active in her community, including as a Dream Summer intern at the UCLA Labor Center and as an
organizer with Immigrant Youth Coalition. She generously devotes her free time to support her community in times of
crisis, and to support youth education. She is a dedicated advocate and has earned, through her words and her
actions, genuine and profound respect from people all around the community.

I am concerned that it appears that Ms. Rueda may have been arrested following her outspoken advocacy, or as
collateral to an investigation which should not implicate her. This sort and level of federal immigration action, and the
disproportionate resources expended, can only send messages to residents of Los Angeles that they are not safe in
this County. More importantly, it impedes our ability to secure help from community members when we need them to
help improve the lives of the community as a whole. This is in no one's interest.

I strongly urge you to act quickly to release Ms. Rueda to her family and community, and not to seek her deportation.

Please do not hesitate to contact me to discuss this case.

Sincerely,

Sheila Kuehl
Supervisor, Third District

21

Receipt Number: ICE    PII    A-Number: PII    Form Type: I-821D

**Other**

3017126956330   3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700

Victor Narro
Project Director
University of California, Los Angeles

May 23, 2017

Re: Claudia Sarahi Rueda Vidal (A# PII )

To whom it may concern,

I Victor Narro write in support of Claudia Sarahi Rueda Vidal (A# PII ). We ask that Immigration and Customs Enforcement (ICE) grant Claudia Prosecutorial Discretion and release her to her loved ones immediately, allowing her to solicit Deferred Action for Childhood Arrivals (DACA) with U.S. Citizenship & Immigration Services (USCIS). Claudia is an invaluable member of her communities of Boyle Heights and California State University Los Angeles (CSULA).

Claudia is a 22-year-old immigrant youth who came to the United States as a very young child in 2001. She has firm roots in Los Angeles and has been residing in Boyle Heights nearly her entire life. Claudia has been an active member of her community and started getting involved in community organizing as a teenager.

Claudia attended Roosevelt High School where she was involved in college preparatory programs. Upon graduation from high school, she attended UC Santa Cruz. She transferred to CSULA where she is currently pursuing a B.A. in Latin American Studies. Claudia has been an active member of the Immigrant Youth Coalition (IYC) and California Immigrant Youth Justice Alliance (CIYJA). Recently she was awarded the prestigious opportunity to participate as a Dream Summer intern.

While she was a UCLA Dream Summer intern Claudia developed educational tools and curriculum to empower low-wage workers and advance the educational goals of youth. She served as an advocate for the most vulnerable populations in Southern California, and did so with humility, respect, and passion. She is one of most responsible people to have gone through the program.

98

Certified True Copy     Wed Oct 30 13:10:34 EDT 2019     **CAR 0095**

Page 97 of 131

**Other**



3017126956330  3907520 038216 72 V688110 062217 10:59 062117 DACA_ELIS-20700

**LOS ANGELES COUNTY**
**CONSOLIDATED CRIMINAL HISTORY SYSTEM**
Date: 03/02/2015

Page 1
Time: 08:22

CRIMINAL HISTORY TRANSCRIPT FOR OFFICE USE ONLY - UNAUTHORIZED USE IS A CRIMINAL OFFENSE
*INFORMATION FINGERPRINT VERIFIED UNLESS OTHERWISE NOTED BY AN ASTERISK(*)*

**Key Name:**(1) RUEDA, CLAUDIA SARAH
**Date Name First Used:** 09/06/2012
**SID/CII:** PII **MAIN:** PII **FBI:** PII **ARN:**

**Requested By:** CH15918
LEE, RICKY
**Agency:** CA0199990
CHP - CENTRAL L.A.
STATION
**Reason:** M20150020
**Search Criteria:** Search Type: Other ID
Identifier: BKG; ID Number:
4221108; State: CA

PII

**ACHS Data Included:** YES
**Multi-Source Record:** NO

*DEPT. OF JUSTICE AND DMV MAY HAVE ADDITIONAL INFORMATION*

## SUMMARY

| Bookings | | Convictions | | Juvenile | | Warrants | | Probations | | ICE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Felony: | 0 | Felony: | 0 | Sustained: 0 | | Bench: | 0 | Open: | 0 | Deport: | 0 |
| Misd: | 2 | Misd: | 0 | Dismissed: 0 | | Arrest: | 0 | Expired: | 0 | Removal: | 0 |
| | | | | | | Infract.(FTA) | 0 | | | Illegal Entry: | 0 |

## LATEST INFORMATION

**Latest Name:** RUEDA, CLAUDIA
**Date Name Last Used:** 09/07/2012

| Sex | Race | Hair | Eyes | Hgt | Wgt | DOB | Updated |
|---|---|---|---|---|---|---|---|
| Female | HISPANIC | BROWN | BROWN | 506 | 160 | PII 995 | 01/28/2015 |

**Latest Address:** 1942 TRANSIENT LOS ANGELES CA
01/28/2015

| Type | Start Date | End Date | Charge/Description | Case Number | Updated |
|---|---|---|---|---|---|

| Registration | Reg Number | Location | Reg Date |
|---|---|---|---|
| PALM PRINT ON FILE | PII | | 01/01/0001 |

© Copyright 1996, County of Los Angeles
All Rights Reserved

Certified True Copy Wed Oct 30 13:10:34 EDT 2019

Receipt Number: ICE ▓PII▓     A-Number: ▓PII▓     Form Type: I-821D

**G-28**



3017126956330 3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700

## Notice of Entry of Appearance
## as Attorney or Accredited Representative
### Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 03/31/2018

### Part 1. Information About Attorney or Accredited Representative

1. USCIS ELIS Account Number *(if any)*
   ▶ [ ]

#### Name and Address of Attorney or Accredited Representative

2.a. Family Name *(Last Name)* — Langarica
2.b. Given Name *(First Name)* — Monika
2.c. Middle Name — Yvette
3.a. Street Number and Name — PII
3.b. Apt. [ ] Ste. [X] Flr. [ ] 223
3.c. City or Town — San Diego
3.d. State — CA   3.e. ZIP Code — 92108
3.f. Province —
3.g. Postal Code —
3.h. Country — USA

4. Daytime Telephone Number
   PII
5. Fax Number
   PII
6. E-Mail Address *(if any)*
   PII
7. Mobile Telephone Number *(if any)*

### Part 2. Notice of Appearance as Attorney or Accredited Representative

This appearance relates to immigration matters before *(Select only one box)*:

1.a. [X] USCIS
1.b. List the form numbers
   I-821 D, I-765, I-765WS
2.a. [ ] ICE
2.b. List the specific matter in which appearance is entered

3.a. [ ] CBP
3.b. List the specific matter in which appearance is entered

I enter my appearance as attorney or accredited representative at the request of:

4. Select only one box:
   [X] Applicant [ ] Petitioner [ ] Requestor
   [ ] Respondent (ICE, CBP)

#### Information About Applicant, Petitioner, Requestor, or Respondent

5.a. Family Name *(Last Name)* — RUEDA VIDAL
5.b. Given Name *(First Name)* — Claudia
5.c. Middle Name — Sarahi
6. Name of Company or Organization *(if applicable)*



G-28 05/05/16 Y     Page 1 of 4

Receipt Number: IOE [PII]   A-Number: [PII]   Form Type: I-821D

## G-28

3017126956330  3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700

| Part 2. Notice of Appearance as Attorney or Accredited Representative *(continued)* | Part 3. Eligibility Information for Attorney or Accredited Representative |
|---|---|

*Information About Applicant, Petitioner, Requestor, or Respondent (continued)*

7. USCIS ELIS Account Number *(if any)*
   ▶

8. Alien Registration Number (A-Number) or Receipt Number
   [PII]

9. Daytime Telephone Number
   [PII]

10. Mobile Telephone Number *(if any)*

11. E-Mail Address *(if any)*

*Mailing Address of Applicant, Petitioner, Requestor, or Respondent*

**NOTE:** Provide the mailing address of the applicant, petitioner, requestor, or respondent. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application, petition, or request being filed with this Form G-28.

12.a. Street Number and Name   [PII]

12.b. Apt. ☐ Ste. ☐ Flr. ☐

12.c. City or Town   Los Angeles

12.d. State   CA   12.e. ZIP Code   90063

12.f. Province

12.g. Postal Code

12.h. Country
   USA

---

**Part 3. Eligibility Information for Attorney or Accredited Representative**

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. *(If you need additional space, use Part 6.)*

   Licensing Authority
   Supreme Court of California

1.b. Bar Number *(if applicable)*
   [PII]

1.c. Name of Law Firm
   ABA Imm. Justice Project

1.d. I *(choose one)* ☒ am not ☐ am
   subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law. If you are subject to any orders, explain in the space below. *(If you need additional space, use Part 6.)*

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals, in accordance with 8 CFR 292.2. Provide the name of the organization and the expiration date of accreditation.

2.b. Name of Recognized Organization

2.c. Date accreditation expires
   *(mm/dd/yyyy)* ▶

---

Form G-28  05/05/16  Y

Page 2 of 4

**CAR 0098**

**G-28**

3017126956330  3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700

## Part 3. Eligibility Information for Attorney or Accredited Representative (continued)

3. ☐ I am associated with

_____,

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative is at his or her request.

**NOTE:** If you select this item, also complete **Item Numbers 1.a. - 1.b. or Item Numbers 2.a. - 2.c.** in **Part 3.** (whichever is appropriate).

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2)(iv).

4.b. Name of Law Student or Law Graduate

_____

## Part 4. Applicant, Petitioner, Requestor, or Respondent Consent to Representation, Contact Information, and Signature

### Consent to Representation and Release of Information

1. I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and DHS policy, I also consent to the disclosure to the named attorney or accredited representative of any record pertaining to me that appears in any system of records of USCIS, ICE or CBP.

When you (the applicant, petitioner, requestor, or respondent) are represented, DHS will send notices to both you and your attorney or accredited representative either through mail or electronic delivery.

DHS will also send the Form I-94, Arrival Departure Record, to you **unless** you select **Item Number 2.a.** in **Part 4.** All secure identity documents and Travel Documents will be sent to you (the applicant, petitioner, requestor, or respondent) at your U.S. mailing address **unless** you ask us to send your secure identity documents to your attorney of record or accredited representative.

If you do not want to receive original notices or secure identity documents directly, but would rather have such notices and documents sent to your attorney of record or accredited representative, please select **all applicable** boxes below:

2.a. ☒ I request that DHS send any notice (including Form I-94) on an application, petition, or request to the U.S. business address of my attorney of record or accredited representative as listed in this form. I understand that I may change this election at any future date through written notice to DHS.

2.b. ☐ I request that DHS send any secure identity document, such as a Permanent Resident Card, Employment Authorization Document, or Travel Document, that I am approved to receive and authorized to possess, to the U.S. business address of my attorney of record or accredited representative as listed in this form or to a designated military or diplomatic address for pickup in a foreign country (if permitted). I consent to having my secure identity document sent to my attorney of record or accredited representative's U.S. business address and understand that I may request, at any future date and through written notice to DHS, that DHS send any secure identity document to me directly.

3.a. Signature of Applicant, Petitioner, Requestor, or



3.b. Date of Signature (mm/dd/yyyy) ▶ 06/09/2017

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before the Department of Homeland Security. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1. Signature of Attorney or Accredited Representative



2. Signature of Law Student or Law Graduate

_____

3. Date of Signature (mm/dd/yyyy) ▶ 06/09/2017

Form G-28  05/05/16  Y                                    Page 3 of 4

**G-28**

3017120956330  3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700

## Part 6.  Additional Information

Use the space provided below to provide additional information pertaining to **Part 3.**, **Item Numbers 1.a. - 1.d.** or to provide your U.S. business address for purposes of receiving secure identity documents for your client (if your client has consented to your receipt of such documents under **Part 4.**)

Form G-28  05/05/16  Y

Page 4 of 4

## I-821D



3017126956330  3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700

# Consideration of Deferred Action
# for Childhood Arrivals

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-821D**
OMB No. 1615-0124
Expires 01/31/2019

| For USCIS Use Only | A-[       ]  Case ID:  ☐ Requestor interviewed on _____ | **Receipt** | **Action Block** |
|---|---|---|---|

| Returned: __/__/__ | Received: __/__/__ | **Remarks** |
| Resubmitted: __/__/__ | Sent: __/__/__ | |

| To Be Completed by an Attorney or Accredited Representative, if any. | ☐ Select this box if Form G-28 is attached to represent the requestor. | Attorney State Bar Number *(if any)*: [PII] |

▶ **START HERE - Type or print in black ink. Read Form I-821D Instructions for information on how to complete this form.**

### Part 1. Information About You *(For Initial and Renewal Requests)*

I am not in immigration detention *and* I have included Form I-765, Application for Employment Authorization, and Form I-765WS, Form I-765 Worksheet; and

I am requesting:

1. ☒ **Initial Request** - Consideration of Deferred Action for Childhood Arrivals

    *OR*

2. ☐ **Renewal Request** - Consideration of Deferred Action for Childhood Arrivals

    *AND*

For this Renewal request, my most recent period of Deferred Action for Childhood Arrivals expires on

*(mm/dd/yyyy)* ▶ [          ]

### Full Legal Name

3.a. Family Name *(Last Name)*  RUEDA VIDAL

3.b. Given Name *(First Name)*  Claudia

3.c. Middle Name  Sarahi

### U.S. Mailing Address *(Enter the same address on Form I-765)*

4.a. In Care Of Name *(if applicable)*  [          ]

4.b. Street Number and Name  [PII]

4.c. Apt. ☐  Ste. ☐  Flr. ☐  [          ]

4.d. City or Town  Los Angeles

4.e. State  CA ▼   4.f. ZIP Code  90063

### Removal Proceedings Information

5. Are you **NOW** or have you **EVER** been in removal proceedings; or do you have a removal order issued in any other context *(for example, at the border or within the United States by an immigration agent)*?   ☒ Yes  ☐ No

    **NOTE:** The term "removal proceedings" includes exclusion or deportation proceedings initiated before April 1, 1997; an Immigration and Nationality Act (INA) section 240 removal proceeding; expedited removal; reinstatement of a final order of exclusion, deportation, or removal; an INA section 217 removal after admission under the Visa Waiver Program; or removal as a criminal alien under INA section 238.

    If you answered "Yes" to **Item Number 5.**, you must select a box below indicating your current status or outcome of your removal proceedings.

    Status or outcome:

5.a. ☒ Currently in Proceedings *(Active)*

5.b. ☐ Currently in Proceedings *(Administratively Closed)*

5.c. ☐ Terminated

5.d. ☐ Subject to a Final Order

5.e. ☐ Other. Explain in **Part 8. Additional Information.**

5.f. Most Recent Date of Proceedings

    *(mm/dd/yyyy)* ▶ Present

5.g. Location of Proceedings

    San Diego, CA

Form I-821D  01/09/17  Y

Page 1 of 7

## I-821D

3017126956330   3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700

### Part 1. Information About You *(For Initial and Renewal Requests) (continued)*

#### Other Information

6. Alien Registration Number (A-Number) *(if any)*
   ▶ A- [PII]

7. U.S. Social Security Number *(if any)*
   ▶ N / A

8. Date of Birth *(mm/dd/yyyy)* ▶ [PII] 1995

9. Gender ☐ Male ☒ Female

10.a. City/Town/Village of Birth
   [PII]

10.b. Country of Birth
   Mexico

11. Current Country of Residence
   USA

12. Country of Citizenship or Nationality
   Mexico

13. Marital Status
   ☐ Married ☐ Widowed ☒ Single ☐ Divorced

#### Other Names Used *(If Applicable)*

If you need additional space, use **Part 8. Additional Information.**

14.a. Family Name *(Last Name)* RUEDA

14.b. Given Name *(First Name)* Claudia

14.c. Middle Name

### Processing Information

15. Ethnicity *(Select only one box)*
   ☒ Hispanic or Latino
   ☐ Not Hispanic or Latino

16. Race *(Select all applicable boxes)*
   ☒ White
   ☐ Asian
   ☐ Black or African American
   ☐ American Indian or Alaska Native
   ☐ Native Hawaiian or Other Pacific Islander

17. Height    Feet 4 ▾   Inches 11 ▾

18. Weight    Pounds 1 2 0

19. Eye Color *(Select only one box)*
   ☐ Black   ☐ Blue   ☐ Brown
   ☐ Gray   ☐ Green   ☐ Hazel
   ☐ Maroon   ☐ Pink   ☐ Unknown/Other

20. Hair Color *(Select only one box)*
   ☐ Bald (No hair)   ☐ Black   ☐ Blond
   ☒ Brown   ☐ Gray   ☐ Red
   ☐ Sandy   ☐ White   ☐ Unknown/Other

### Part 2. Residence and Travel Information *(For Initial and Renewal Requests)*

1. I have been continuously residing in the U.S. since at least June 15, 2007, up to the present time.   ☒ Yes   ☐ No

**NOTE:** If you departed the United States for some period of time before your 16th birthday and returned to the United States on or after your 16th birthday to begin your current period of continuous residence, and if this is an initial request, submit evidence that you established residence in the United States prior to 16 years of age as set forth in the instructions to this form.

**For Initial Requests:** List your current address and, to the best of your knowledge, the addresses where you resided since the date of your initial entry into the United States to present.

**For Renewal Requests:** List only the addresses where you resided since you submitted your last Form I-821D that was approved.

If you require additional space, use **Part 8. Additional Information.**

Form I-821D  01/09/17  Y

Page 2 of 7

Certified True Copy

Receipt Number: IOE████████ [PII]  A-Number ███████ [PII]  Form Type: I-821D

## I-821D

3017126956330  3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700

### Part 2. Residence and Travel Information *(For Initial and Renewal Requests) (continued)*

**Present Address**

**2.a.** Dates at this residence *(mm/dd/yyyy)*
From ▶ `04/2017`  To ▶ `Present`

**2.b.** Street Number and Name [PII]

**2.c.** Apt. ☐  Ste. ☐  Flr. ☐ [      ]

**2.d.** City or Town `Los Angeles`

**2.e.** State `CA ▾`  **2.f.** ZIP Code `90063`

**Address 1**

**3.a.** Dates at this residence *(mm/dd/yyyy)*
From ▶ `~2001`  To ▶ `04/2017`

**3.b.** Street Number and Name [PII]

**3.c.** Apt. ☐  Ste. ☐  Flr. ☐ [      ]

**3.d.** City or Town `Los Angeles`

**3.e.** State `CA ▾`  **3.f.** ZIP Code `90023`

**Address 2**

**4.a.** Dates at this residence *(mm/dd/yyyy)*
From ▶ `08/2001`  To ▶ `~2001`

**4.b.** Street Number and Name [PII]

**4.c.** Apt. ☒  Ste. ☐  Flr. ☐ `7`

**4.d.** City or Town `Lynwood`

**4.e.** State `CA ▾`  **4.f.** ZIP Code `90262`

**Address 3**

**5.a.** Dates at this residence *(mm/dd/yyyy)*
From ▶ [      ]  To ▶ [      ]

**5.b.** Street Number and Name [      ]

**5.c.** Apt. ☐  Ste. ☐  Flr. ☐ [      ]

**5.d.** City or Town [      ]

**5.e.** State [ ▾ ]  **5.f.** ZIP Code [      ]

### Travel Information

**For Initial Requests:** List all of your absences from the United States since June 15, 2007.

**For Renewal Requests:** List only your absences from the United States since you submitted your last Form I-821D that was approved.

If you require additional space, use **Part 8. Additional Information.**

**Departure 1**

**6.a.** Departure Date  *(mm/dd/yyyy)* ▶ [      ]

**6.b.** Return Date  *(mm/dd/yyyy)* ▶ [      ]

**6.c.** Reason for Departure [      ]

**Departure 2**

**7.a.** Departure Date  *(mm/dd/yyyy)* ▶ [      ]

**7.b.** Return Date  *(mm/dd/yyyy)* ▶ [      ]

**7.c.** Reason for Departure [      ]

**8** Have you left the United States without advance parole on or after August 15, 2012? ☐ Yes  ☒ No

**9.a.** What country issued your last passport?
`Mexico`

**9.b.** Passport Number [PII]

**9.c.** Passport Expiration Date
*(mm/dd/yyyy)* ▶ [PII]

**10.** Border Crossing Card Number *(if any)*
`N/A`

### Part 3. For Initial Requests Only

**1.** I initially arrived and established residence in the U.S. prior to 16 years of age. ☒ Yes  ☐ No

**2.** Date of *Initial* Entry into the United States *(on or about)*
*(mm/dd/yyyy)* ▶ `08/2001`

**3.** Place of *Initial* Entry into the United States
`California`

Form I-821D  01/09/17  Y                                              Page 3 of 7

CAR 0103

Receipt Number: IOE████████████   Plf   A-Number: ████████   Plf   Form Type: I-821D

## I-821D

3017126956330  3907520 038216 72 V688110 062217 10:58 062117 DACA_ELIS-20700

### Part 3. For Initial Requests Only *(continued)*

**4.** Immigration Status on June 15, 2012 *(e.g., No Lawful Status, Status Expired, Parole Expired)*

> No Lawful Status

**5.a.** Were you EVER issued an Arrival-Departure Record (Form I-94, I-94W, or I-95)?  ☒ Yes  ☐ No

**5.b.** If you answered "Yes" to Item Number 5.a., provide your Form I-94, I-94W, or I-95 number *(if available)*.

> ► unknown

**5.c.** If you answered "Yes" to Item Number 5.a., provide the date your authorized stay expired, as shown on Form I-94, I-94W, or I-95 *(if available)*.

> *(mm/dd/yyyy)* ► unknown

### Education Information

**6.** Indicate how you meet the education guideline *(e.g., Graduated from high school, Received a general educational development (GED) certificate or equivalent state-authorized exam, Currently in school)*

> Graduated from high school

**7.** Name, City, and State of School Currently Attending or Where Education Received

> Roosevelt High School, Los Angeles

**8.** Date of Graduation *(e.g., Receipt of a Certificate of Completion, GED certificate, other equivalent state-authorized exam)* or, if currently in school, date of last attendance.  *(mm/dd/yyyy)* ► 06/30/2013

### Military Service Information

**9.** Were you a member of the U.S. Armed Forces or U.S. Coast Guard?  ☐ Yes  ☒ No

If you answered "Yes" to Item Number 9., you must provide responses to Item Numbers 9.a. - 9.d.

**9.a.** Military Branch

**9.b.** Service Start Date *(mm/dd/yyyy)* ►

**9.c.** Discharge Date  *(mm/dd/yyyy)* ►

**9.d.** Type of Discharge

### Part 4. Criminal, National Security, and Public Safety Information *(For Initial and Renewal Requests)*

If any of the following questions apply to you, use **Part 8. Additional Information** to describe the circumstances and include a full explanation.

**1.** Have you **EVER** been arrested for, charged with, or convicted of a felony or misdemeanor, *including incidents handled in juvenile court*, in the United States?  *Do not include minor traffic violations unless they were alcohol- or drug-related.*  ☒ Yes  ☐ No

**If you answered "Yes," you must include a certified court disposition, arrest record, charging document, sentencing record, etc., for each arrest, unless disclosure is prohibited under state law.**

**2.** Have you **EVER** been arrested for, charged with, or convicted of a crime in any country other than the United States?  ☐ Yes  ☒ No

**If you answered "Yes," you must include a certified court disposition, arrest record, charging document, sentencing record, etc., for each arrest.**

**3.** Have you **EVER** engaged in, do you continue to engage in, or plan to engage in terrorist activities?  ☐ Yes  ☒ No

**4.** Are you **NOW** or have you **EVER** been a member of a gang?  ☐ Yes  ☒ No

**5.** Have you **EVER** engaged in, ordered, incited, assisted, or otherwise participated in any of the following:

**5.a.** Acts involving torture, genocide, or human trafficking?  ☐ Yes  ☒ No

**5.b.** Killing any person?  ☐ Yes  ☒ No

**5.c.** Severely injuring any person?  ☐ Yes  ☒ No

**5.d.** Any kind of sexual contact or relations with any person who was being forced or threatened?  ☐ Yes  ☒ No

**6.** Have you EVER recruited, enlisted, conscripted, or used any person to serve in or help an armed force or group while such person was under age 15?  ☐ Yes  ☒ No

**7.** Have you **EVER** used any person under age 15 to take part in hostilities, or to help or provide services to people in combat?  ☐ Yes  ☒ No

Form I-821D  01/09/17  Y

Page 4 of 7

**CAR 0104**

Certified True Copy        Wed Oct 30 13:10:34 EDT 2019        Page 106 of 131

Receipt Number: IOE ███ PII ███   A-Number: ███ PII ███   Form Type: I-821D

**I-821D**

3017126956330  3907520 038216 72 V688110 062217 10:58 062117 0061 ELIS-20700

## Part 5. Statement, Certification, Signature, and Contact Information of the Requestor *(For Initial and Renewal Requests)*

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.**

**1.a.** [×] I can read and understand English, and have read and understand each and every question and instruction on this form, as well as my answer to each question.

**1.b.** [ ] The interpreter named in **Part 6.** has read to me each and every question and instruction on this form, as well as my answer to each question, in

_____,

a language in which I am fluent. I understand each and every question and instruction on this form as translated to me by my interpreter, and have provided true and correct responses in the language indicated above.

### Requestor's Certification

I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that copies of documents submitted are exact photocopies of unaltered original documents. I understand that I may be required to submit original documents to U.S. Citizenship and Immigration Services (USCIS) at a later date. I also understand that knowingly and willfully providing materially false information on this form is a federal felony punishable by a fine, imprisonment up to 5 years, or both, under 18 U.S.C. section 1001. Furthermore, I authorize the release of any information from my records that USCIS may need to reach a determination on my deferred action request.

**2.a.** Requestor's Signature
➡️ [████ PII ████]

**2.b.** Date of Signature *(mm/dd/yyyy)* ▶ 06/09/2017

### Requestor's Contact Information

**3.** Requestor's Daytime Telephone Number
[████ PII ████]

**4.** Requestor's Mobile Telephone Number
[_____]

**5.** Requestor's Email Address
[_____]

## Part 6. Contact Information, Certification, and Signature of the Interpreter *(For Initial and Renewal Requests)*

### Interpreter's Full Name

Provide the following information concerning the interpreter:

**1.a.** Interpreter's Family Name *(Last Name)*
[_____]

**1.b.** Interpreter's Given Name *(First Name)*
[_____]

**2.** Interpreter's Business or Organization Name *(if any)*
[_____]

### Interpreter's Mailing Address

**3.a.** Street Number and Name [_____]

**3.b.** Apt. [ ] Ste. [ ] Flr. [ ] [_____]

**3.c.** City or Town [_____]

**3.d.** State [▾]   **3.e.** ZIP Code [_____]

**3.f.** Province [_____]

**3.g.** Postal Code [_____]

**3.h.** Country [_____]

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number
[_____]

**5.** Interpreter's Email Address
[_____]

Form I-821D  01/09/17  Y

Page 5 of 7

CAR 0105

## I-821D

3017126956330  3907520 038216 72 V688110 062217 10:58 062117 0095 ELIS-20700

### Part 6. Contact Information, Certification, and Signature of the Interpreter (For Initial and Renewal Requests) (continued)

#### Interpreter's Certification

I certify that:

I am fluent in English and _____ which is the same language provided in **Part 5., Item Number 1.b.;**

I have read to this requestor each and every question and instruction on this form, as well as the answer to each question, in the language provided in **Part 5., Item Number 1.b.;** and

The requestor has informed me that he or she understands each and every instruction and question on the form, as well as the answer to each question.

**6.a.** Interpreter's Signature

**6.b.** Date of Signature  *(mm/dd/yyyy)* ▶

### Part 7. Contact Information, Declaration, and Signature of the Person Preparing this Request, If Other than the Requestor (For Initial and Renewal Requests)

#### Preparer's Full Name

Provide the following information concerning the preparer:

**1.a.** Preparer's Family Name *(Last Name)*
Langarica

**1.b.** Preparer's Given Name *(First Name)*
Monika

**2.** Preparer's Business or Organization Name
ABA Immigration Justice Project

#### Preparer's Mailing Address

**3.a.** Street Number and Name   [PII]

**3.b.** Apt. ☐  Ste. ☒  Flr. ☐   223

**3.c.** City or Town   San Diego

**3.d.** State  CA    **3.e.** ZIP Code  2017

**3.f.** Province

**3.g.** Postal Code   92108

**3.h.** Country
USA

#### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number
[PII]

**5.** Preparer's Fax Number
[PII]

**6.** Preparer's Email Address
[PII]

#### Preparer's Declaration

I declare that I prepared this Form I-821D at the requestor's behest, and it is based on all the information of which I have knowledge.

**7.a.** Preparer's Signature
[PII]

**7.b.** Date of Signature  *(mm/dd/yyyy)* ▶ 06/09/2017

**NOTE:** If you need extra space to complete any item within this request, see the next page for **Part 8. Additional Information.**

Certified True Copy                Wed Oct 30 13:10:34 EDT 2019

## I-821D

3017126956330  3907520 038216 72 v688110 062217 10:58 062117 DACA_ELIS-20700

### Part 8. Additional Information *(For Initial and Renewal Requests)*

If you need extra space to complete any item within this request, use the space below. You may also make copies of this page to complete and file with this request. Include your name and A-Number (*if any*) at the top of each sheet of paper; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

### Full Legal Name

**1.a.** Family Name *(Last Name)*  RUEDA VIDAL

**1.b.** Given Name *(First Name)*  Claudia

**1.c.** Middle Name  Sarahi

**2.** A-Number *(if any)*
▶ A- [PII]

**3.a.** Page Number  4

**3.b.** Part Number  4

**3.c.** Item Number  1

**3.d.**
On 09/06/2012, I was arrested at a nonviolent protest for disturbing the peace. Charges were not filed and I was never convicted.

On 01/28/2015, I was arrested at a nonviolent peaceful protest for trespassing. The case was dismissed.

Please see attached exhibits.

**4.a.** Page Number

**4.b.** Part Number

**4.c.** Item Number

**4.d.**

**5.a.** Page Number

**5.b.** Part Number

**5.c.** Item Number

**5.d.**

Form I-821D  01/09/17  Y

Page 7 of 7

Certified True Copy    Wed Oct 30 13:10:34 EDT 2019

**Envelope**



CAR 0108

# Notices

October 19, 2017

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92607-0590



MONIKA YVETTE LANGARICA
ABA IMM JUSTICE PROJECT
2727 CAMINO DEL RIO S STE 223
SAN DIEGO, CA 92108
USA



RE: CLAUDIA SARAHI RUEDA VIDAL
I-821D, Deferred Action for Childhood Arrivals

## **DECISION**

USCIS has evaluated your Form I-821D, Consideration of Deferred Action for Childhood Arrivals. Based on a review of your case, it appears that the following occurred:

You have not established that you warrant a favorable e ercise of prosecutorial discretion.

Accordingly, USCIS has determined, in its unreviewable discretion, that you have not demonstrated that you warrant a favorable e ercise of prosecutorial discretion and it will not defer action in your matter.  Accordingly, your Form I-765, Application for Employment Authorization, has also been denied.  Deferred action is a discretionary determination to defer removal action of an individual as an act of prosecutorial discretion. You may not file an appeal or motion to reopen/reconsider this decision.

Sincerely,

Kathy A. Baran
Director
Officer: DU8090

Certified True Copy                    Wed Oct 30 13:10:34 EDT 2019

Receipt Number: IO███ PII ███        A-Number ███ PII ███        Form Type: I-821D

October 19, 2017



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92607-0590

**U.S. Citizenship and Immigration Services**

CLAUDIA SARAHI RUEDA VIDAL
███ PII ███
LOS ANGELES, CA 90063
USA



RE: CLAUDIA SARAHI RUEDA VIDAL
I-821D, Deferred Action for Childhood Arrivals

## DECISION

USCIS has evaluated your Form I-821D, Consideration of Deferred Action for Childhood Arrivals. Based on a review of your case, it appears that the following occurred:

You have not established that you warrant a favorable e ercise of prosecutorial discretion.

Accordingly, USCIS has determined, in its unreviewable discretion, that you have not demonstrated that you warrant a favorable e ercise of prosecutorial discretion and it will not defer action in your matter. Accordingly, your Form I-765, Application for Employment Authorization, has also been denied. Deferred action is a discretionary determination to defer removal action of an individual as an act of prosecutorial discretion. You may not file an appeal or motion to reopen/reconsider this decision.

Sincerely,

*Kathy A. Baran*

Kathy A. Baran
Director
Officer: DU8090

CSCI821DI821D000004784888 (COURTESY COPY)        1 of 1        www.uscis.gov

| | | |
|---|---|---|
| **Receipt Number**<br>IOE [PII] | **USCIS Online Account Number**<br>[PII] | **Case Type**<br>I821D - CONSIDERATION OF DEFERRED ACTION FOR CHILDHOOD ARRIVALS |
| **Received Date**<br>06/23/2017 | **Priority Date**<br>06/21/2017 | **Applicant**<br>[PII]<br>CLAUDIA  SARAHI  RUEDA VIDAL |
| **Notice Date**<br>10/18/2017 | **Page**<br>1 of 1 | |

RUEDA VIDAL, CLAUDIA SARAHI
[PII]
LOS ANGELES  CA  90063

**Notice Type:** USCIS Account Access Notice

**Online Access Code:** [PII]

**Welcome to USCIS!**

Thank you for your recent submission. We have created a USCIS Online Account for you. With this account you can:

- check the status of your case.
- sign up to receive email notifications and text messages.
- manage your account preferences and contact information.

**Log on and confirm your account within 90 days.**

To access your account, please follow the steps below:

1. Visit us online at *https://my.uscis.gov/account*
2. Select the **"Create a New Account"** icon on the right side of the screen, and follow the on-screen instructions for creating a new account in order to login to the system.
3. Once you have created a new account, the system will automatically bring you to the "Home" tab.
4. Select the **"Track a case"** icon.
5. Enter your **"Online Access Code"** (found on the upper right side of this notice) and your "Date of Birth" in the fields provided. The Access Code is case sensitive. Use capital letters when entering your code.
6. Select the **"Find Case"** icon.

**NOTE: Access to your USCIS Online Account will expire 90 days from the receipt date listed at the top of this letter. We will continue processing your application whether or not you access your USCIS Online Account. We strongly encourage you to confirm your USCIS Online Account as soon as possible and then use it in the future as your preferred method for interacting with USCIS. If you do not access your account before your code expires and you wish to access your account, you will need to contact customer service to request that your access code be re-set. If you have questions about how to confirm your USCIS Online account or to request that your access code be re-set, please visit us online at https://egov.uscis.gov/cris/contactus**

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel  CA  92607-0111

**Customer Service Telephone: 800-375-5283**

Certified True Copy



| **ASC Appointment Notice** | | APPLICATION/PETITION/REQUEST NUMBER | NOTICE DATE |
|---|---|---|---|
| | | IOE PII - IOE PII | 06/24/2017 |
| CASE TYPE | | SOCIAL SECURITY NUMBER | CODE |
| I821D - I765 | | A PII | 3 |
| ACCOUNT NUMBER | | TCR | SERVICE CENTER | PAGE |
| PII | | | CSC | 1 of 1 |

CLAUDIA SARAHI RUEDA VIDAL
c/o MONIKA YVETTE LANGARICA
ABA IMM JUSTICE PROJECT
2727 CAMINO DEL RIO S STE 223
SAN DIEGO  CA  92108



To process your request, U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR REQUEST WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** |
|---|---|
| USCIS WILSHIRE | **DATE AND TIME OF APPOINTMENT** |
| 1015 Wilshire Blvd 1st Fl, Suite 100 | 07/11/2017 |
| Los Angeles CA  90017 | 09:00AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Requestors must bring their Permanent Resident Card/Resident Alien Card, or a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**NOTE:**  USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

**NOTE:**  If the USCIS ASC is **closed** due to inclement weather or for other unforeseen circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

| **REQUEST FOR RESCHEDULING** |
|---|
| ❑  **Please reschedule my appointment.**   Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586 |

| APPLICATION NUMBER | APPLICATION NUMBER 2 |
|---|---|
| I821D - IOE PII | I765 - IOE PII |

**If you have any questions regarding this notice, please call 1-800-375-5283.**

**WARNING:**  *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Certified True Copy

Receipt Number: IOE     PII     A-Number:     PII     Form Type: I-821D



**ASC Appointment Notice - APPLICANT COPY**

| APPLICATION/PETITION/REQUEST NUMBER | NOTICE DATE |
| IOE PII - IOE PII | 06/24/2017 |

| CASE TYPE | SOCIAL SECURITY NUMBER | CODE |
| I821D - 1765 | A PII | 3 |
| | USCIS A# | |

| ACCOUNT NUMBER | TCR | SERVICE CENTER | PAGE |
| | | CSC | 1 of 1 |

CLAUDIA SARAHI RUEDA VIDAL
PII
LOS ANGELES   CA  90063

To process your request, U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR REQUEST WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** |
| USCIS WILSHIRE | **DATE AND TIME OF APPOINTMENT** |
| 1015 Wilshire Blvd 1st Fl, Suite 100 | 07/11/2017 |
| Los Angeles CA  90017 | 09:00AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Requestors must bring their Permanent Resident Card/Resident Alien Card, or a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**NOTE:**  USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

**NOTE:**  If the USCIS ASC is **closed** due to inclement weather or for other unforeseen circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

| **REQUEST FOR RESCHEDULING** |
| ❑  **Please reschedule my appointment.**   Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586 |

| APPLICATION NUMBER | APPLICATION NUMBER 2 |
| I821D - IOE PII | 1765 - IOE PII |

**If you have any questions regarding this notice, please call 1-800-375-5283.**

**WARNING:**  *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**CAR 0113**

Receipt Number: IOE███ PII ███    A-Number ███ PII ███    Form Type: I-821D

October 19, 2017



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92607-0590



MONIKA YVETTE LANGARICA
ABA IMM JUSTICE PROJECT
2727 CAMINO DEL RIO S STE 223
SAN DIEGO, CA 92108
USA

IOE███ PII ███

A███ PII ███

RE: CLAUDIA SARAHI RUEDA VIDAL
I-821D, Deferred Action for Childhood Arrivals

## DECISION

USCIS has evaluated your Form I-821D, Consideration of Deferred Action for Childhood Arrivals. Based on a review of your case, it appears that the following occurred:

You have not established that you warrant a favorable e ercise of prosecutorial discretion.

Accordingly, USCIS has determined, in its unreviewable discretion, that you have not demonstrated that you warrant a favorable e ercise of prosecutorial discretion and it will not defer action in your matter.  Accordingly, your Form I-765, Application for Employment Authorization, has also been denied.  Deferred action is a discretionary determination to defer removal action of an individual as an act of prosecutorial discretion. You may not file an appeal or motion to reopen/reconsider this decision.

Sincerely,

Kathy A. Baran
Director
Officer: DU8090

Certified True Copy          Wed Oct 30 13:10:34 EDT 2019          Page 116 of 131

**CAR 0114**

October 19, 2017



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92607-0590

U.S. Citizenship
and Immigration
Services

CLAUDIA SARAHI RUEDA VIDAL
[PII]
LOS ANGELES, CA 90063
USA



IOE [PII]

A [PII]

RE: CLAUDIA SARAHI RUEDA VIDAL
I-821D, Deferred Action for Childhood Arrivals

## DECISION

USCIS has evaluated your Form I-821D, Consideration of Deferred Action for Childhood Arrivals. Based on a review of your case, it appears that the following occurred:

You have not established that you warrant a favorable e ercise of prosecutorial discretion.

Accordingly, USCIS has determined, in its unreviewable discretion, that you have not demonstrated that you warrant a favorable e ercise of prosecutorial discretion and it will not defer action in your matter.  Accordingly, your Form I-765, Application for Employment Authorization, has also been denied.  Deferred action is a discretionary determination to defer removal action of an individual as an act of prosecutorial discretion. You may not file an appeal or motion to reopen/reconsider this decision.

Sincerely,

Kathy A. Baran
Director
Officer: DU8090

CSCI821DI821D000004784888 (COURTESY COPY)          1 of 1          www.uscis.gov

CAR 0115

# Risk and Fraud

This section contains sensitive law enforcement data that has been withheld from this Certified True Copy.



Receipt Number: IOE    PII    A-Number    PII    Form Type: I-821D

CBP email.pdf: 78500014

**Nguyen, Khanh K (Connie)**

| | |
|---|---|
| **From:** | HOLMES, PII |
| **Sent:** | Thursday, October 19, 2017 1:21 PM |
| **To:** | Nguyen, Khanh K (Connie) |
| **Cc:** | Nguyen, Van T |
| **Subject:** | RE: A# PII - DACA applicant |

Hi Connie,

Thank you for your work and follow up on this request.

Have a good day as well.

PII Holmes
Supervisory Border Patrol Agent
PII
O: PII
C: PII

-----Original Message-----
From: Nguyen, Khanh K (Connie)
Sent: Thursday, October 19, 2017 12:54 PM
To: HOLMES, PII
Cc: Nguyen, Van T PII
Subject: RE: A# PII - DACA applicant

Hi PII,

Here's the denial notice for this case.  Please let me know if you need anything else.

Have a nice day,
Connie

-----Original Message-----
From: HOLMES, PII
Sent: Wednesday, October 11, 2017 6:02 PM
To: Nguyen, Khanh K (Connie)
Cc: Nguyen, Van T
Subject: RE: A# PII - DACA applicant

Thank you very much for checking on the case.

PII

From: Nguyen, Khanh K (Connie)
Sent: Wednesday, October 11, 2017 5:48:32 PM

1

Certified True Copy         Wed Oct 02 16:00:47 EDT 2019

CBP email.pdf: 78500014

To: HOLMES, PII
Cc: Nguyen, Van T
Subject: FW: A# PII DACA applicant

Good afternoon SBPA Holmes,

I'd just want to let you know that HQ just replied and informed us that they are reviewing the case and fully aware of the upcoming IJ hearing date.  I will adjudicate the case per their guidance as soon as I hear from them, and I'll advise you as such.

Thank you,

Khanh (Connie) Nguyen
Immigration Services Officer
DHS-USCIS-CSC-Bachground Check Unit, W/S 12090-B, DU-8090

From: Nguyen, Van T
Sent: Wednesday, October 11, 2017 5:20 PM
To: Nguyen, Khanh K (Connie)
Subject: FW: A# PII - DACA applicant

Fyi.  Please let Officer Holmes know that HQ is reviewing this case and will follow up.  We will certainly advise him as soon as we hear back from HQ.

Van Nguyen

PII (Fax)
PII

From: Nguyen, Khanh K (Connie)
Sent: Tuesday, October 03, 2017 12:28 PM
To: Nguyen, Van T
Subject: FW: A# PII - DACA applicant

Hi Van,

Is it possible for you to contact HQ to see if they can expedite on this RAG?  The IJ hearing is on November 8.  Looks like an SME picked it up on 8/22/17.

2

CAR 0118

CBP email.pdf: 78500014

BCU.CSC-2715-
8/22/2017<http:

BCU.CSC

IOE ██ PII ██ / A ██ PII ██

Denial

8/22/2017

HQSCO SME

Thank you,
Connie

From: HOLMES, █PII█
Sent: Tuesday, October 03, 2017 10:34 AM
To: Nguyen, Khanh K (Connie)
Subject: RE: A# ██ PII ██ - DACA applicant

Good morning,

I am just following up on the below request to see if you have heard anything back from HQ.

Thank you,

█PII█ Holmes
Supervisory Border Patrol Agent
San Diego Sector Prosecutions
████████████████████ PII
O: ████ PII ████
C: ███ PII ███

From: Nguyen, Khanh K (Connie)
Sent: Monday, August 21, 2017 10:22 AM
To: HOLMES, █PII█ ████████████ PII ████████
Subject: RE: A# ██ PII ██ - DACA applicant

Good morning,

I will rewrite my analysis then.  It usually takes HQ about a month to get back to us.  If I don't hear from them by the end of September, I'll ask my supervisor to contact someone there to expedite the review.  Once I have their concurrence, I'll

3

Certified True Copy

**CAR 0119**

Receipt Number: IOE   PII   A-Number   PII   Form Type: I-821D

CBP email.pdf: 78500014

---

**Nguyen, Khanh K (Connie)**

| | |
|---|---|
| **From:** | Nguyen, Khanh K (Connie) |
| **Sent:** | Monday, August 21, 2017 10:22 AM |
| **To:** | HOLMES, PII |
| **Subject:** | RE: A# PII - DACA applicant |

Good morning,

I will rewrite my analysis then.  It usually takes HQ about a month to get back to us.  If I don't hear from them by the end of September, I'll ask my supervisor to contact someone there to expedite the review.  Once I have their concurrence, I'll deny her DACA filing immediately on discretionary ground then email you the denial notice.  I'm sure we will get it done before the IJ hearing.

BTW, I already sent the A-file back to Daniel last week.  Thanks for your help with that.

Have a good day,
Connie

**From:** HOLMES, PII
**Sent:** Monday, August 21, 2017 9:28 AM
**To:** Nguyen, Khanh K (Connie)
**Subject:** RE: A# PII - DACA applicant

Good morning,

The agents would prefer it not be FOIA-able as there is information contained in it that the individuals being investigated are not aware that we know.

Thank you,

 Holmes
Supervisory Border Patrol Agent
San Diego Sector Prosecutions
PII
O: PII
C: PII

**From:** HOLMES, PII
**Sent:** Thursday, August 17, 2017 3:00 PM
**To:** Nguyen, Khanh K (Connie) < PII
**Subject:** RE: A# PII - DACA applicant

Good afternoon,

Let me check with the investigating agents to see if they have a preference one way or the other in regards to being FOIA-able.

Thank you,

1

**CAR 0120**

Receipt Number: IO█ ██ PII ██    A-Number: █ PII ██    Form Type: I-821D

CBP email.pdf: 78500014



██ PII Holmes
Supervisory Border Patrol Agent
San Diego Sector Prosecutions
████████████ PII ████
O: ████████ PII ████
C: ████ PII ████

**From:** Nguyen, Khanh K (Connie)
**Sent:** Thursday, August 17, 2017 1:33 PM
**To:** HOLMES, █ PII █ R ██████ PII ████████
**Subject:** RE: A# ████ PII ████ DACA applicant

Good afternoon ██ PII █,

I'm going to elevate this case to HQ and recommend a denial. I'd like to know whether you want to keep the report you sent to me from being FOIA-able. If you do then I won't send it as part of the document to HQ. It's more detailed than what is in EARM, but I think we can do without it if that's your concern. I will just word my case analysis a bit differently. Please let me know.

Thank you,
Connie

**From:** HOLMES, █ PII █
**Sent:** Thursday, June 29, 2017 10:14 AM
**To:** CSC BCU DACA Terminations
**Subject:** RE: A# 213 081 680 - DACA applicant

Attached is the report.

Thank you,

██ PII Holmes
Supervisory Border Patrol Agent
San Diego Sector Prosecutions
████████████ PII ████
O: ████████ PII ████
C: ████ PII ████

**From:** CSC BCU DACA Terminations
**Sent:** Thursday, June 29, 2017 10:08 AM
**To:** HOLMES, █ PII █ ████████████ PII ████
**Subject:** RE: ████ PII ████ - DACA applicant

Yes, it would be great if you can provide the report.

**From:** HOLMES, █ PII █
**Sent:** Thursday, June 29, 2017 10:03 AM
**To:** CSC BCU DACA Terminations
**Subject:** RE: A# ████ PII ████ - DACA applicant

Thank you. I can also provide you with a report of investigation should you need it in the adjudications of this case.

2

CBP email.pdf: 78500014

 Holmes
Supervisory Border Patrol Agent
San Diego Sector Prosecutions

O:
C:

**From:** CSC BCU DACA Terminations
**Sent:** Thursday, June 29, 2017 10:01 AM
**To:** HOLMES,
**Cc:** CSC BCU DACA Te
**Subject:** RE: A# 2 ── - DACA applicant

Good morning Agent Holmes,

You were correct that this isn't a case for termination, but please contact us at this mailbox in situations like this so we can expedite the adjudication to meet the court date.

I had pulled the case, and I'm reviewing it. She has a biometrics appointment scheduled for July 11 and a **LEP** due to the **LEP** your office put into the system.

I will update you when I can make the final adjudication decision on her case. Please contact me if you need anything else.

*Thank you,*

*Khanh (Connie) Nguyen*
*Immigration Services Officer*
*DHS-USCIS-CSC-Bachground Check Unit, W/S 12090-B, DU-8090*

**From:** HOLMES,
**Sent:** Thursday, June 29, 2017 8:00 AM
**To:** CSC BCU DACA Terminations
**Subject:** A# ── - DACA applicant

Good afternoon,

I've sent this to this e-mail address before in order to cancel an individual's DACA due to being placed into proceedings and being an enforcement priority. The below individual has been placed into removal proceedings and from what I understand has applied for DACA. She does not currently have DACA. I've attached a copy of the NTA that was filed with the immigration court and her next court date is November 8, 2017. If I have sent this to the wrong place as she does not currently have DACA to terminate, please let me know. I can also provide more information if needed.

RE:
Claudia RUEDA-Vidal



| Digitized Inquiry For A213081680 | | | | | |
|---|---|---|---|---|---|
| File# | Source | Associated File# | Create Date | Comment | Updated Date |
| IOE | ELIS | A | 6/23/2017 9:58 AM | File is viewable in ELIS | |

Thank you,



3

Certified True Copy

Receipt Number: IOE [PII]         A-Number: A [PII]         Form Type: I-821D

IOE [PII] - A [PII] RAG.pdf: 78413318



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
California Service Center
24000 Avila Road
Laguna Niguel, CA 92677

**U.S. Citizenship and Immigration Services**

# Deferred Action for Childhood Arrivals
Request for Adjudicative Guidance

Date: 08/17/2017
Service Center: CSC
Receipt Number / A-number: IOE [PII] / A [PII]

**Related DACA Guideline**
Criminality

**Question/Concern**
Requestor lives at the stash house where CBP arrested her parents while in possession of cocaine and bulk cash. Should she be granted DACA?

**Detailed Synopsis**

- 09/06/2012 – Juvenile charge for Remain at Scene of Riot/etc.

- 01/28/2015 – charged for Trespass, Injure Property. The case appears to be dismissed.

- 04/24/2017 – Customs & Border Patrol (CBP) arrested the requestor's parents at [PII] [PII], Los Angeles, and seized $630,000 and 15lbs cocaine. CBP investigation has determined that her parents head the Rueda Transnational Criminal Organization (TCO). The requestor arrived at the scene during the arrest. She listed this address as her residence from 1/1/01-4/1/17 on her DACA request.

- 05/18/2017 – CBP went to her current residence to search for specific targets associated with the Rueda TCO. She was arrested at the scene for immigration violation.

- 11/08/2017 – Removal proceedings hearing.

Vetting:



LEP

Certified True Copy         Wed Oct 02 16:00:47 EDT 2019

**Analysis**:  Although there is no evidence the requestor has ever been directly involved in her parents' TCO operation, she has lived with them into adulthood.  CBP encountered her at two different stash houses targeted in their investigation.  CBP classifies her as an associate to the Rueda TCO by virtue of familial relation in LEP.

Since the requestor has lived into adulthood at both addresses being targeted by the investigation, it is very likely that she is aware of her parents' criminal activities and is a beneficiary of the profits from their TCO.  As such, it appears that her case does not warrant prosecutorial discretion.

Please see attached documents.

**Recommendation**
Deny



Receipt Number: ██ **PII** ██   A-Number: ██ **PII** ██   Form Type: I-821D

notice_72841596.pdf: 72841596



U.S. Citizenship
and Immigration
Services

US Deparment of Homeland Security

Background Check Unit - California

24000 Avila Rd

Laguna Niguel, CA 92677

OFNFDC 50/18.5-C

Interoffice Memorandum
To: IOE ██ **PII** ██

A: ██ **PII** ██

From: Khanh Nguyen, ISO
Date: October 4, 2017
Re: TECS Record(s) Resolution for:

Subject: Claudia RUEDA VIDAL

DOB: ██ **PII** ██ 1995

Aliases: Claudia RUEDA-VIDAL, Claudia RUEDA

██ **LEP** ██ C Record ID: ██ **PII** ██

Form Types: I-821D/ I-765

**Process:** Deconfliction

**LHM:** No

**Required Security Checks:**

██ **LEP** ██

**Optional Checks:**

██ **LEP** ██

CSCI821DCSCBC00004366944                    1 of 3                    www.uscis.gov

notice_72841596.pdf: 72841596

**Current Status:**

No lawful status

**EPS Referral:**

The case does not require EPS referral to the ICE Enforcement and Removal Operations (ERO) as per Policy Memorandum 602-0050 due to the following:

- The subject is currently in removal proceedings before an Immigration Judge.

**De-confliction Results:**

Routine queries resulted in the following records, as listed below. All pertinent hits, sub-records and available service systems checks were performed and reviewed for egregious public safety concern.

**Record(s)** [PII]

- Deconfliction Complete

**Discussion:** [LEP]

According to Dwain Holmes, Supervisory Border Patrol Agent of San Diego Sector Prosecution, the subject s parents head a Transnational Criminal Organization (TCO) smuggling narcotics across the border with Mexico. BPA-I agents arrested her parents at [PII], Los Angeles, and seized 630,000 and 15lbs of cocaine. The requestor arrived at the scene during the arrest. She listed this address as her residence from 1/1/01-4/1/17 on her DACA filing.

On May 18, 2017, BPA-I agents traveled to Los Angeles, California to search for specific targets associated with the Rueda TCO. They encountered her outside of [PII], Los Angeles, which is listed as her current residence on her DACA filing. They arrested her for her unlawful immigration status.

EARM classifies the requestor as an associate to the Rueda TCO by virtue of familial relation.

**Additional discussion:** Affiliation with drug trafficking organization is an EPS concern under PM 602-0050 (11/07/2011) and will affect DACA eligibility. Adjudicator should follow current policy for adjudicative guidance.

Concerns relating to the subject have been fully addressed. This file is released for adjudication under the authority of Policy Memo, Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children  signed into effect by the Secretary of Homeland Security on June 15. 2012 and the memorandum entitled Revised Guidance for the Referral of Cases and Issuance of Notices to Appear (NTAs) in Cases Involving Inadmissible and Removable Aliens dated November 7, 2011.

I have verified and concur with resolution as stated above.

Certified True Copy

Receipt Number: IOE████████PII████████        A-Number: ███PII███        Form Type: I-821D

notice_72841596.pdf: 72841596



Danielle L Lee
Associate Center Director
Officer: DU8090

CSCI821DCSCBC000004366944        3 of 3        www.uscis.gov

# Case Flags

## Case Flags

| Flag Status | Flag Type | Flag Description | Flag Creation | Flag Update(s) |
|---|---|---|---|---|
| Active | INFORMATION | Current fingerprint result is an Ident/Hit | 2017-10-18 17:31:35.01 | 2017-10-18 17:31:35.01 |
| | | Detailed description: None provided | by: ELIS INTERNAL | by: ELIS INTERNAL |



**CAR 0128**

# Payment Information

| Fee Type | Date | Method | Amount | Status | Settled Date |
|----------|------|--------|--------|--------|--------------|
| Form Fee | 06/23/2017 | No Fee Collected | $0.00 | N/A | None |
| Biometric Fees | 06/23/2017 | No Fee Collected | $0.00 | N/A | None |





```
UNITED STATES DEPARTMENT OF JUSTICE
            FEDERAL BUREAU OF INVESTIGATION
            CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
                 CLARKSBURG, WV  26306


NBCISWANZ                              NCN  ███████ PII ███████

THE FOLLOWING FBI IDENTIFICATION RECORD FOR ███ PII ███ IS FURNISHED FOR
OFFICIAL USE ONLY.
THE TENPRINT BIOGRAPHICS AS SUBMITTED IN THE ORIGINAL TRANSACTION ARE:
NAME RUEDA VIDAL,CLAUDIA  DOB 1995█ PII █

                  DESCRIPTORS ON FILE ARE AS FOLLOWS:

NAME RUEDA VIDAL,CLAUDIA

SEX     RACE     BIRTH DATE    HEIGHT   WEIGHT   EYES      HAIR
F       W        1995█ PII █   401      120      BROWN     BROWN

BIRTH CITY    BIRTH PLACE
UNREPORTED    MEXICO

CITIZENSHIP
UNKNOWN

PATTERN CLASS
WU LS          WU




OTHER BIRTH                      SOCIAL
DATES          SCARS-MARKS-TATTOOS   SECURITY   MISC NUMBERS

1995█ PII █        NONE              NONE       NONE
ALIAS NAME(S)
NONE
```

END OF COVER SHEET

```
                  UNITED STATES DEPARTMENT OF JUSTICE
                  FEDERAL BUREAU OF INVESTIGATION
            CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
                 CLARKSBURG, WV  26306


NBCISWANZ                              NCN  ███████ PII ███████
```

```
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

            THIS RECORD IS SUBJECT TO THE
       FOLLOWING USE AND DISSEMINATION RESTRICTIONS

    UNDER PROVISIONS SET FORTH IN TITLE 28, CODE OF FEDERAL
```

CAR 0131

REGULATIONS (CFR), SECTION 50.12, BOTH GOVERNMENTAL AND NONGOVERNMENTAL
ENTITIES AUTHORIZED TO SUBMIT FINGERPRINTS AND RECEIVE FBI IDENTIFICATION
RECORDS MUST NOTIFY THE INDIVIDUALS FINGERPRINTED THAT THE FINGERPRINTS
WILL BE USED TO CHECK THE CRIMINAL HISTORY RECORDS OF THE FBI.
IDENTIFICATION RECORDS OBTAINED FROM THE FBI MAY BE USED SOLELY FOR
THE PURPOSE REQUESTED AND MAY NOT BE DISSEMINATED OUTSIDE THE RECEIVING
DEPARTMENT, RELATED AGENCY OR OTHER AUTHORIZED ENTITY.  IF THE INFORMATION
ON THE RECORD IS USED TO DISQUALIFY AN APPLICANT, THE OFFICIAL MAKING THE
DETERMINATION OF SUITABILITY FOR LICENSING OR EMPLOYMENT SHALL PROVIDE THE
APPLICANT THE OPPORTUNITY TO COMPLETE, OR CHALLENGE THE ACCURACY OF, THE
INFORMATION CONTAINED IN THE FBI IDENTIFICATION RECORD.  THE DECIDING
OFFICIAL SHOULD NOT DENY THE LICENSE OR EMPLOYMENT BASED ON THE
INFORMATION IN THE RECORD UNTIL THE APPLICANT HAS BEEN AFFORDED A
REASONABLE TIME TO CORRECT OR COMPLETE THE INFORMATION, OR HAS DECLINED TO
DO SO.  AN INDIVIDUAL SHOULD BE PRESUMED NOT GUILTY OF ANY CHARGE/ARREST
FOR WHICH THERE IS NO FINAL DISPOSITION STATED ON THE RECORD OR OTHERWISE
DETERMINED.  IF THE APPLICANT WISHES TO CORRECT THE RECORD AS IT APPEARS
IN THE FBI'S CJIS DIVISION RECORDS SYSTEM, THE APPLICANT SHOULD
BE ADVISED THAT THE PROCEDURES TO CHANGE, CORRECT OR UPDATE THE RECORD ARE
SET FORTH IN TITLE 28, CFR, SECTION 16.34.
                      - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

END OF PART 1 - PART 2 TO FOLLOW

                    UNITED STATES DEPARTMENT OF JUSTICE
                       FEDERAL BUREAU OF INVESTIGATION
                CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
                         CLARKSBURG, WV  26306

NBCISWANZ                                 NCN     [PII]
PART 2
                    - FBI IDENTIFICATION RECORD - FBI     [PII]

NAME                              FBI UCN       DATE REQUESTED
RUEDA,CLAUDIA SARAH                    [PII]    2017/07/11

SEX  RACE  BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR
F    W     1982 [PII]   500      110      BRO    BLK

BIRTH PLACE
CALIFORNIA

PATTERN CLASS                        CITIZENSHIP
WU LS           WU                   UNKNOWN
                                     MEXICO
                                     UNITED STATES

1-ARRESTED OR RECEIVED 2012/09/06  SID- [PII]
   AGENCY-POLICE DEPARTMENT LOS ANGELES (CA0194200)
      AGENCY CASE-3292132

   FINGERPRINT INFORMATION

CAR 0132

```
         BSI/PII
         PRINT DATE/2012/09/07

      CHARGE 1-001 COUNTS OF REMAIN AT SCENE,RIOT/ETC


2-ARRESTED OR RECEIVED 2015/01/28  SID-    PII
    AGENCY-POLICE DEPARTMENT LOS ANGELES (CA0194200)
      AGENCY CASE-4221108

    FINGERPRINT INFORMATION
       BSI/    PII
       PRINT DATE/2015/01/28

    PALMPRINT INFORMATION
       BSI/    PII
       PRINT DATE/2015/01/28




END OF PART 2 - PART 3 TO FOLLOW



              UNITED STATES DEPARTMENT OF JUSTICE
              FEDERAL BUREAU OF INVESTIGATION
          CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
                 CLARKSBURG, WV  26306


NBCISWANZ                        NCN    PII
PART 3
              - FBI IDENTIFICATION RECORD - FBI    PII
      NAME USED-RUEDA,CLAUDIA
      CHARGE 1-001 COUNTS OF TRESPASS,INJURE PROPERTY

    COURT-MUN CRT METRO LOS ANGELES (CA019023J)
      CHARGE-MRD/602.1(B) PC-TRSPS:OBSTRCT/ETC BUSNES:PUB AGNCY
      MRD/DISMISSED/FURTHERANCE OF JUSTICE
      CHARGE-MRD/SEE COMMENT FOR CHARGE
      MRD/CONVICTED-FINE - FINE - FINE SS


3-ARRESTED OR RECEIVED 2017/05/18
    AGENCY-CBP-OBP STATION SAN DIEGO (CACBP2900)
      AGENCY CASE-CBCHU225051817130809

    FINGERPRINT INFORMATION
       BSI/PII
       PRINT DATE/2017/05/18

    PHOTO INFORMATION - 1 PHOTOS AVAILABLE
       BSI/PII
       POSE/ DESC/
       PHOTO DATE/2017/05/18

       NAME USED-RUEDA-VIDAL,CLAUDIA SARAHI
       CHARGE 1-ALIEN REMOVAL UNDER SECTION 212 AND 237

RECORD UPDATED 2017/07/11
```

CAR 0133

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

CAR 0134

# Department of Homeland Security

# FOR OFFICIAL USE ONLY

THE ATTACHED MATERIALS CONTAIN DEPARTMENT OF HOMELAND SECURITY INFORMATION THAT IS "FOR OFFICIAL USE ONLY," OR OTHER TYPES OF SENSITIVE BUT UNCLASSIFIED INFORMATION REQUIRING PROTECTION AGAINST UNAUTHORIZED DISCLOSURE.  THE ATTACHED MATERIALS WILL BE HANDLED AND SAFEGUARDED IN ACCORDANCE WITH DHS MANAGEMENT DIRECTIVES GOVERNING PROTECTION AND DISSEMINATION OF SUCH INFORMATION.

AT A MINIMUM, THE ATTACHED MATERIALS WILL BE DISSEMINATED ONLY ON A "NEED-TO-KNOW" BASIS AND WHEN UNATTENDED, WILL BE STORED IN A LOCKED CONTAINER OR AREA OFFERING SUFFICIENT PROTECTION AGAINST THEFT, COMPROMISE, INADVERTENT ACCESS AND UNAUTHORIZED DISCLOSURE.

CAR 0455

Date: **8·24·17**

## ROUTING AND TRANSMITTAL SLIP

| TO: (Name, Office symbol, room number, building, Agency, Post) | Initials | Date |
|---|---|---|
| 1. **SND** | 5097 | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | Action | | File | | Note and Return |
|---|---|---|---|---|---|
| | Approval | | For Clearance | | Per Conversation |
| | As Requested | | For Correction | | Prepare Reply |
| | Circulate | | For Your Information | | See Me |
| | Comment | | Investigate | | Signature |
| | Coordination | | Justify | | |

**REMARKS**

# INTERFILE SEARCH

## THANK YOU

@NRC

DO NOT use this form as a RECORD of approvals, concurrence, disposals, clearances, and similar actions

| FROM: (Name. Org. sypbol, Agency/Post) **WSC** | Room No. --- Bldg. |
|---|---|
| | Phone No. |

5041 - 103

**OPTIONAL FORM 41** (Rev. 1-94)
Prescribed by GSA
UNICOR FPI - SST

CAR 0136



| File # | Seq | Office | In Transit Date | In Transit To |
|--------|-----|--------|-----------------|---------------|
| PII | 000 | SND | 8/23/2017 12:01:33 PM | Office: SND - SAN DIEGO FIELD OFFICE |
|  |  |  |  | Section: TA - TRIAL ATTORNEY |
|  |  |  |  | Responsible Party: 0000 - MINI FILE ROOM |



**CAR 0137**