FOREIGN AFFAIRS COMMITTEE
SUBCOMMITTEE ON AFRICA, GLOBAL HEALTH,
GLOBAL HUMAN RIGHTS AND
INTERNATIONAL ORGANIZATIONS

JUDICIARY COMMITTEE
SUBCOMMITTEE ON COURTS, INTELLECTUAL
PROPERTY AND THE INTERNET
SUBCOMMITTEE ON CRIME, TERRORISM,
HOMELAND SECURITY AND INVESTIGATIONS

WWW.BASS.HOUSE.GOV



**KAREN BASS**
CONGRESS OF THE UNITED STATES
37TH DISTRICT, CALIFORNIA

WASHINGTON OFFICE:
408 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
202-225-7084

DISTRICT OFFICE:
4929 WILSHIRE BLVD. SUITE 650
LOS ANGELES, CA 90010
323-965-1422

May 24, 2017

Re: Claudia Sarahi Rueda Vidal (A# **PII**

To Whom It May Concern:

I am writing on the behalf of Claudia Sarahi Rueda Vidal (A# **PII** to request your consideration for releasing her from detainment. Claudia is a 22-year-old college student, and immigration youth advocate. She has resided in Los Angeles for 15 years.

Claudia is valuable member and leader in her community. She cares deeply about issues that affect her community and has worked tirelessly to make change when she sees injustice. A mentor to her fellow students, Claudia empowers her peers to continue their education, and has offered her home and support to those who need it. According to Victor Narro, Project Director, for the UCLA Labor Center who has known Claudia for quite some time, "While she was a UCLA Dream Summer intern, a very competitive program to be accepted into, Claudia developed educational tools and curriculum to empower low-wage workers and advance the educational goals of youth. She served as an advocate for the most vulnerable populations in Southern California, and did so with humility, respect, and passion. She is one of most responsible people to have gone through the program."

Claudia was brought to California from Mexico when she was just seven years old and is eligible for Deferred Action for Childhood Arrivals (DACA). While she has yet to apply for DACA benefits, she has been working to gather funds for filing fees. Claudia has been a treasured member of her community and a strong advocate for her community. I urge you to consider the positive impact that Claudia will continue to have if she were allowed to remain in the United d States.

Sincerely,

Karen Bass
Member of Congress

**CAR 0197**

17



**ERIC GARCETTI**
MAYOR

May 23, 2017

To Whom it May Concern:

I write regarding Claudia Rueda, A ▓▓ PII ▓▓ whose request for the exercise of prosecutorial discretion is pending before ICE. Ms. Rueda is a 22-year-old resident of the Boyle Heights community of Los Angeles, and a student at Cal State LA, with no prior convictions or criminal record. On May 18, in what appears to have been a targeted operation, Border Patrol agents arrested her while she was moving a family car outside her home.

Claudia Rueda has lived in Los Angeles since 2001, and has deep roots in Boyle Heights as a young leader and community organizer. She graduated from Roosevelt High School, and is currently pursuing a B.A. in Latin American Studies at Cal State LA. She has been an active member of the Immigrant Youth Coalition and California Immigrant Youth Justice Alliance, leading efforts to educate young Angelenos about their rights and coordinate political education workshops. She is widely respected by her peers as a powerful voice for gender and racial justice among our city's dynamic immigrant youth movement.

Ms. Rueda is just the sort of "Dreamer" for whom Deferred Action for Childhood Arrivals (DACA) was created. Brought to our country as a young child, she has built a successful life here as a student leader and activist in Los Angeles. Financial constraints have prevented her from applying previously, but she is fully eligible for DACA should she now submit an application.

In order to allow Ms. Rueda to apply for the DACA relief that would provide her a measure of protection that I am convinced she deserves, her attorneys are seeking the exercise of prosecutorial discretion to halt any removal proceedings. I urge ICE to grant this request to give Ms. Rueda the opportunity to pursue such relief.

Sincerely,

Eric Garcetti
Mayor

CAR 0198



# JOSE HUIZAR
## COUNCILMEMBER, 14TH DISTRICT

May 23, 2017

To Whom It May Concern:

As the Councilmember representing the Boyle Heights community in Los Angeles, I ask that if Immigration and Customs Enforcement (ICE) are holding Claudia Sarahi Rueda Vidal (A PII PII solely based on her immigration status, that they release her immediately to her loved ones.

Claudia is a 22-year-old who came to the United States as a young child in 2001 to live in Boyle Heights. She attended Roosevelt High School where she was involved in college preparatory programs and is currently a student at California State University, Los Angeles, where she is pursuing a B.A. in Latin American Studies.

Claudia is eligible for Deferred Action for Childhood Arrivals (DACA) and again, if she is being detained solely for her immigration status, she should be released without question immediately and she should not be placed in removal proceedings. She should be released so she can apply for DACA, be with her family, and attain her educational goals.

As an elected official who represents a large Latino immigrant community, I am concerned about increased activity by ICE and U.S. Customs and Border Protection authorities in areas I represent, and I want to ensure that this case, and others, are handled properly and fairly.

Sincerely,

*José Huizar*

JOSE HUIZAR
Councilmember, 14th District
City of Los Angeles

CAR 0199



# GILBERT A. CEDILLO
## COUNCILMEMBER
### FIRST DISTRICT

May 24, 2017

To Whom It May Concern:

I write to express concern about the action of the Customs and Border Protection on May 18, 2017, in the Boyle Heights community of Los Angeles, where Claudia Rueda was detained. I urge you to release her to her family and community and cease efforts to deport her.

Ms. Rueda is 22-year-old immigrant youth who has lived in the United States since she was a small child. She has been an active member of her community and a dedicated student. Ms. Rueda graduated from Roosevelt High School before attending University of California at Santa Cruz. She recently transferred to Cal State LA where she is currently pursuing a B.A. in Latin American Studies. Ms. Rueda is a DACA eligible youth and has demonstrated intelligence and heart that has been invaluable to her community.

She has long been involved in community organizing and supporting immigrant youth, including as a Dream Summer intern at the UCLA Labor Center. She has devoted her free time to educating youth about their rights and coordinating educational activities. Ms. Rueda has been a fierce advocate for justice and is deeply respected by her peers and the broader community.

I am concerned by signs that suggest that she was arrested either in retaliation for her outspoken advocacy, or as collateral to an investigation that does not implicate her. Ms. Rueda was apparently stopped by officers in plainclothes who surrounded her car with three vehicles while she was moving a car to comply with the City's street cleaning obligations. These kinds of immigration enforcement actions contribute to the climate of fear in Los Angeles, and are disproportionate resources to arrest a DACA eligible college student whose only home is the United States.

I urge you to act quickly to release Ms. Rueda and not continue to pursue her deportation. Should you have questions, please do not hesitate to contact my office at (213)473-7001.

Sincerely,

Gil Cedillo

Gilbert Cedillo
Councilmember, First District

FC

CITY HALL 200 N. Spring St. Room 460 Los Angeles, CA 90012
Tel: (213) 473-7001 • Fax: (213) 473-7462

CAR 0200

# BOARD OF SUPERVISORS
# COUNTY OF LOS ANGELES

821 KENNETH HAHN HALL OF ADMINISTRATION / LOS ANGELES, CALIFORNIA 90012
Tel: 213-974-3333   Fax: 213-625-7360   Sheila@bos.lacounty.gov

## SHEILA KUEHL
SUPERVISOR, THIRD DISTRICT

May 24, 2017

David Marin
Deputy Field Office Director, Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
300 North Los Angeles St. Room 7631
Los Angeles, CA, 90012

To Whom It May Concern:

I write in strong support of the request for prosecutorial discretion, and/or the release on bond, of Claudia Rueda Vidal, A#■■PII■■

I understand that Ms. Rueda was arrested by Border Patrol in the early morning hours of May 18, 2017, in East Los Angeles. Ms. Rueda has no prior criminal record, and is a DACA-eligible student who has lived in Los Angeles for virtually her entire life. She is a dedicated and serious student and a committed defender of immigrant and human rights. There is no apparent justification for her being taken into custody and no supportable reason to target her specifically. I understand that, while she was moving a car to avoid a parking infraction, she was surrounded by three federal vehicles and numerous plainclothes Customs and Border Protection agents.

Ms. Rueda is part of the varied fabric of Los Angeles County. She is a 22-year-old student who graduated from Roosevelt High School, and attended the University of California at Santa Cruz before transferring to Cal State LA. She has been active in her community, including as a Dream Summer intern at the UCLA Labor Center and as an organizer with Immigrant Youth Coalition. She generously devotes her free time to support her community in times of crisis, and to support youth education. She is a dedicated advocate and has earned, through her words and her actions, genuine and profound respect from people all around the community.

I am concerned that it appears that Ms. Rueda may have been arrested following her outspoken advocacy, or as collateral to an investigation which should not implicate her. This sort and level of federal immigration action, and the disproportionate resources expended, can only send messages to residents of Los Angeles that they are not safe in this County. More importantly, it impedes our ability to secure help from community members when we need them to help improve the lives of the community as a whole. This is in no one's interest.

I strongly urge you to act quickly to release Ms. Rueda to her family and community, and not to seek her deportation.

Please do not hesitate to contact me to discuss this case.

Sincerely,

Sheila Kuehl
Supervisor, Third District

**CAR 0201**



# BOARD OF SUPERVISORS
# COUNTY OF LOS ANGELES

856 KENNETH HAHN HALL OF ADMINISTRATION  /  LOS ANGELES, CALIFORNIA 90012
Telephone (213) 974-4111  /  FAX (213) 613-1739

## HILDA L. SOLIS
### SUPERVISOR, FIRST DISTRICT

June 6, 2017

Mr. David Marin
Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
300 North Los Angeles Street, Room 7631
Los Angeles, CA 90012

**RE: Supporting Release of Claudia Vidal**

Dear Mr. Marin,

I write to urge strongly that ICE grant Prosecutorial Discretion to Claudia Sarahi Rueda Vidal, A[PII] and to release Claudia to her family and community.

As soon as my office was alerted that U.S. Border Patrol had detained Claudia outside her home in Boyle Heights, my staff made the appropriate inquiries and was able to confirm that she had been taken into custody by federal agents and was being held in a detention facility near the City of San Diego.

Claudia is a 22-year-old immigrant youth who came to the United States as a young child.  After high school, Claudia attended UC Santa Cruz, and then transferred to Cal State, LA, where she is currently pursuing a B.A. in Latin American Studies.

I am very concerned by the appearance that immigration enforcement agencies may be targeting individuals who are involved in immigrant rights activism.  Claudia has been a youth organizer, conducting workshops, presentations, and organizing mobilizations that seek to empower immigrant youth county-wide.

Claudia is eligible for DACA and should not be detained or in removal proceedings. For these reasons, I strongly urge ICE to use its discretionary authority to release Claudia to her family.

Sincerely,

*Hilda L. Solis*

**HILDA L. SOLIS**
Supervisor, First District

CAR 0202

22

To whom it may concern,

We, the 87 undersigned immigrant, civil rights, faith-based, and legal service providers write in support of Claudia Sarahi Rueda Vidal (A PII . We ask that Immigration and Customs Enforcement (ICE) grant Claudia Prosecutorial Discretion and release her to her loved ones immediately, allowing her to solicit Deferred Action for Childhood Arrivals (DACA) with U.S. Citizenship & Immigration Services (USCIS). Claudia is an invaluable member of her communities of Boyle Heights and California State University Los Angeles (CSULA).

Claudia is a 22-year-old immigrant youth who came to the United States as a very young child in 2001. She has firm roots in Los Angeles and has been residing in Boyle Heights nearly her entire life. Claudia has been an active member of her community and started getting involved in community organizing as a teenager.

Claudia attended Roosevelt High School where she was involved in college preparatory programs. Upon graduation from high school, she attended UC Santa Cruz. She transferred to CSULA where she is currently pursuing a B.A. in Latin American Studies. Claudia has been an active member of the Immigrant Youth Coalition (IYC) and California Immigrant Youth Justice Alliance (CIYJA). Recently she was awarded the prestigious opportunity to participate as a Dream Summer intern.

With IYC, Claudia has served as the Los Angeles IYC Youth Organizer, conducting workshops, presentations, and organizing mobilizations that seek to empower immigrant youth county-wide. Throughout her time organizing, Claudia has been a fierce advocate for gender and racial justice within the immigrant youth movement, constantly seeking ways to make our movement more just and inclusive.

As her best friend shares, "Claudia is an extremely supportive, empowering, and hard working friend. All throughout high school, she encouraged students to continue their studies in higher education, becoming involved in afterschool programs like ESCALERA. Throughout our college career, she has continuously supported me, offered her home, and her wisdom to continue being a hardworking student and following our passions."

Claudia is eligible for DACA and should not be detained or in removal proceedings. We ask that she be released immediately so she may apply for DACA, be with her family, attain her educational goals, and continue being an incredible asset to our community.

Sincerely,

CAR 0203

Jennifer Eagan
President
PII

California Faculty Association


Kayla Stamps
President and CEO
PII

Associated Students, Incorporated


Laura Jimenez
Executive Director
PII

California Latinas for Reproductive Justice


Cynthia Buiza
Executive Director
PII
www.caimmigrant.org
California Immigrant Policy Center


David Huerta
President
PII

SEIU USWW


Nancy Halpern Ibrahim
Executive Director
PII

Esperanza Community Housing Corporation

CAR 0204

24

Claudia Lucero
Executive Director

PII

Chicago Religious Leadership Network on Latin America - CRLN

Don Bryant
Director

PII

Greater Cleveland Immigrant Support Network

Elizabeth Blaney
Co-Director

PII

Union de Vecinos

Mony Ruiz-Velasco
Executive Director

PII

West Suburban Action Project (PASO)

Mark Lopez
Executive Director

PII

East Yard Communities for Environmental Justice

Ericka Verba
Director

PII

Latin American Studies Program, California State University, Los Angeles

CAR 0205

25

Yolanda Gonzalez
Teacher

**PII**

California Teachers Association


Darlynn Childress
Co-Founder/Director

**PII**

Suburban Women's Advocacy Network (SWAN)


Shiu-Ming Cheer
Senior Staff Attorney

**PII**

National Immigration Law Center


Frances Kreimer
Senior Attorney

**PII**

Dolores Street Community Services


Cecilia Candia
Senior Staff Attorney

**PII**

Legal Services for Children


Dr. Cecilia D. Medina-Adamo
Chair

**PII**

Pasadena City College Safe Zone Coalition


CAR 0206

26

UCLA Professor Judy Baca
Founder/Artistic Director

PII

Social and Public Art Resource Center (SPARC)

Amelia Frank-Vitale
Co-Coordinator

PII

Michigan Solidarity Network With Mexico

Sarah K. Hutchinson
Policy Director

PII

ACT for Women and Girls

Diana Zuñiga
Statewide Co-Coordinator

PII

Californians United for a Responsible Budget

Mark Masaoka
Policy Director

PII

Asian Pacific Policy & Planning Council

Guadalupe R Chavez
Director of Programs

PII

Dignity and Power Now

Ande Stone
Director of Advocacy

PII

Pangea Legal Services

Apolonio Morales
Political Director

PII

CHIRLA-Coalition for Humane Immigrant Rights

Norma Orozco
Digital Communications Associate

PII

Ella Baker Center for Human Rights

Tina Shull
Soros Justice Fellow

PII

Community Initiatives for Visiting Immigrants in Confinement (CIVIC)

Sandy Valenciano
Statewide Coordinator

PII

California Immigrant Youth Justice Alliance

Gloria Campos
Los Angeles, Roots for Peace Program

PII

American Friends Service Committee

CAR 0208

2b

Eric Ares
Organizer
[PII]
Los Angeles Community Action Network

Jennifer Carcamo
Organizer
[PII]
Central American Resource Center - Los Angeles

Mariana Mendoza
Local Peace Economy Project
[PII]
CODEPINK

Lynne Berman
Coordinator Immigration Committee
[PII]
APAN

Pedro Trujillo
Organizer
[PII]
California Dream Network

Savannah Munoz
Chair
[PII]
Student Transfer Opportunity Mentorship Program

CAR 0209

29

Jamie Trinkle

PII

Senior Campaign & Research Coordinator
Enlace

Claudia Bautista
Regional Organizer

PII

National Day Laborer Organizing Network

Myra Duran
National Programme Coordinator

PII

AF3IRM

Roberto Herrera
Community Engagement Advocate

PII

Resilience Orange County

Wei Lee
Program Coordinator

PII

ASPIRE

Mitzie Perez
Program and Development Coordinator

PII

Inland Empire - Immigrant Youth Collective (IEIYC)

Jose Luis Gomez
Case Manager

PII

Oakland Catholic Worker

Anzor Komok
Director
PII
Queer Alliance UCLA

Ronnie Veliz
Executive Director
PII
SOMOS FAMILIA VALLE

Deborah Alemu
Core-Leader
PII
UndocuBlack Network

Trina Pasumbal
Organizer
PII
UPLIFT

Kara Rivera
Organizer
PII
Las Crisantemas

Bismark Torres
Lead Organizer
PII
North Bay Immigrant Youth Union

Aracely Rodriguez
Steering Committee/ Campaign Coordinator
PII
Fresno Immigrant Youth in Action

CAR 0211

Erika Suarez
Conciencia officer
**PII**
La raza


Araksya Nordikyan
AFT
**PII**

Christina Carson
Steering Committee Member
**PII**
Democratic Socialists of America, San Diego


Kimberly Soriano
Co-founder
**PII**
Against Neighborhood Displacement


Sujana Gowni
Organizer
**PII**

March and Rally LA


Natalie Sánchez
Founder and former coordinator
**PII**
Performance Colectiva at CAL


Janice Bradley
Co-Chair
**PII**

Peace and Social Justice Center of South Central Kansas

CAR 0212

Faby Jacome
Program Coordinator | Deportation Defense Organizer
**PII**
Orange County Immigrant Youth United

Daniella Navarrete
**PII**
AF3IRM SF Bay Area

Maegan Ortiz
Executive Director
**PII**
Instituto de Educacion Popular del Sur de California (IDEPSCA)

Ernesto Ayala
Organizer
**PII**
La Raza Unida

Cesar Vega Magallon
President
**PII**
Antelope Valley League of United Latin American Citizens

Joshua Allen
**PII**
Black Excellence Collective

Edgar Ramos
**PII**
Students Advocating For Immigrant Rights and Equity

CAR 0213

34

Diana Escamilla
Co-Chair

PII

D.E.P.I.E.


Enrique C. Ochoa
Collective member

PII

Educators for Immigrant Rights


Gilda Ochoa

PII

Puente Coalition


Melina Abdullah
Core Organizer

PII

Black Lives Matter


Francisco Cendejas

PII

Democratic Socialists of America Los Angeles


Alan Roselius
Board Chair

PII

BERKELEY ORGANIZING CONGREGATIONS FOR ACTION


Anna Mariae Broxterman
Chair of the Immigration Committee and Motherhouse Administrator of Sister Services

PII

Sisters of St. Joseph of Concordia


Michele Perchez
Primary Mentor

PII

Grossmont College Student Action Group


CAR 0214

Patricia Ornelas-Moya

PII

Solidarity House of the South/ Casa Solidaria del Sur

Maria Navarro
Program Coordinator

PII

San Joaquin Immigrant Youth Collective

Alexis Bay
Board Member

PII

La Frontera Fund

Mick Bruckner
Student Leader

PII

Students For Quality Education

Debra Taube
Leadership

PII

United Marin Rising

Patricio Yrarrázaval
Member

PII

Colectivo Tonantzin

CAR 0215

Alfredo Lopez
Member
PII
Clinica Tepati

Laura Carlsen
Director
PII
Americas Program

CAR 0216

37

June 6, 2017

Re: Claudia Sarahi Rueda Vidal (A# ███ PII ███

Honorable Judge,

Please consider the following 84 signatures from concerned faith leaders. We are seeking to ensure the wellbeing of Claudia S. Rueda, a young immigrant college student who has lived in the United States most of her life. We ask you to act urgently to release her to her family and allowing her to solicit Deferred Action for Childhood Arrivals (DACA).

Early May 18, Border Patrol conducted a raid in Boyle Heights, arresting Claudia outside her home. For several hours, her anguished family and community had no idea where she was.

Claudia is a 22-year-old immigrant youth who came to the United States as a very young child in 2001. She has firm roots in Los Angeles and has been residing in Boyle Heights nearly her entire life. She is a student at Cal State Los Angeles, an immigrant rights organizer with the Los Angeles Immigrant Youth Coalition, and an active member of her community.

Claudia attended Roosevelt High School where she was involved in college preparatory programs. Upon graduation from high school, she attended UC Santa Cruz. She transferred to CSULA where she is currently pursuing a B.A. in Latin American Studies. Claudia has been an active member of the Immigrant Youth Coalition (IYC) and California Immigrant Youth Justice Alliance (CIYJA). With IYC, Claudia has served as the Los Angeles IYC Youth Organizer, conducting workshops, presentations, and organizing mobilizations that seek to empower immigrant youth county-wide. Throughout her time organizing, Claudia has been a fierce advocate for gender and racial justice within the immigrant youth movement, constantly seeking ways to make our movement more just and inclusive. Recently she was awarded the prestigious opportunity to participate as a Dream Summer intern.

We were devastated to hear about Claudia's arrest by Border Patrol within days of her mother being released on bond from ICE custody. Claudia is a valued member of our community, with deep family and community ties; demonstrated integrity and passion for justice; and a drive to learn and engage in the betterment of her community. Some of us know her directly; others know her work by reputation. All are impressed by her unwavering moral compass and dedicated efforts in the service of the community.

As part of diverse faith communities, we support the humane treatment of migrants who have left their home countries for a variety of reasons. We are worried that circumstances of Claudia's

1

CAR 0217

38

arrest suggest that she was targeted for arrest at least in part as a result of her dignified defense of her mother, who had previously been arrested by CBP. We also worry that Claudia's arrest, if she is not released, will deter other young people from the kind of moral actions that Claudia's has taken, which would be a deep disservice to our community.

Across our many faith traditions, our sacred texts teach us how to act and treat one another. The words of the prophet Micah call us to "act justly, love mercy, and walk humbly before God (Micah 6:8)." Jesus, in the Sermon on the Mount, said that "Blessed are the merciful for they shall receive mercy (Mt 5:7)." In the Quran, it is said that God's "mercy embraces everything (7:156)." Our common belief as people of faith is that our government and society should be just and merciful in its application of the law, and that people of faith are compelled to follow God's higher law of love. For this reason, many of our houses of worship locally and across the country have committed themselves to uphold the belief of sanctuary both within our places of worship as well as in our communities.

We urge that the principles of justice and mercy be applied to Claudia's case. Claudia is eligible for DACA and should not be detained or in removal proceedings. It would be morally unjust and unmerciful for her to be deported, separated from her family indefinitely, and sent to a country she no longer knows.

We ask that she be released immediately so she may apply for DACA, be with her family, attain her educational goals, and continue being an incredible asset to our community.

In Solidarity,

The Rev. Francisco Garcia
Rector
PII
Holy Faith Episcopal Church
Inglewood

The Rev. Canon Jaime Edwards-Acton
Rector
PII
St. Stephen's Episcopal Church
Los Angeles

Susan Russell
The Reverend Canon

2

CAR 0218

**PII**

All Saints Church, Pasadena
Mike Kinman
Rector

**PII**

All Saints Episcopal Church
Pasadena

Laurel Coote
Seminarian/Lay Leader

**PII**

St. Cross Wpiscopal Church
Torrance

Janine Schenone
Rector

**PII**

Good Samaritan Episcopal Church
San Diego

Joanne Leslie
Archdeacon

**PII**

Episcopal Diocese of Los Angeles
Los Angeles

The Rev. Jeff Martinhauk
Director of Congregational Life

**PII**

St. Paul's Episcopal Cathedral
San Diego

The Rev. Penelope M Bridges
Dean and CEO

**PII**

St. Paul's Episcopal Cathedral
San Diego

3

CAR 0219

The Rev. D. Rebecca Dinovo
Minister for Congregational Life
PII
St. James by the Sea
San Diego


Fr. Dominic DeLay
PII
Newman Center Catholic Community at UCSD
San Diego


The Reverend Thomas A Morelli
PII
Episcopal Diocese of San Diego
Coronado


Pastor Colin Mathewson
PII
St Luke's Episcopal Church


Rev. Dr. Maria Cristina Vlassidis Burgoa
PII
Starr King Unitarian Universalist Church
Hayward


Rev. Dr. Robert Chao Romero
PII
Matthew 25 Movement
Los Angeles


Tania Márquez
Intern Minister
PII
First UU Church of San Diego
San Diego

4

CAR 0220

Alison A.L.G.M. Crotty
Director of Religious Education
[PII]
Unitarian Universalist Fellowship of San Dieguito
San Diego

Rev. Marta I. Valentin
Minister
[PII]
Unitarian Universalist Congregation of Medford, MA
Medford

Rev. Kimberly Q .Johnson
[PII]
Unitarian Universalist Congregation of the South Fork
Bridgehampton, NY

Celia Sharp
Peace and Justice Committee, Chair
[PII]
BuxMont UUF
Doylestown

Taha Hassane
Imam
[PII]
Islamic Center of San Diego
San Diego

Kathleen Owens
Lead Minister
[PII]
First Unitarian Universalist Church of San Diego
San Diego

Katie Romano Griffin
Minister

5

CAR 0221

PII

Unitarian Universalist
Sarah Gibb Millspaugh
Regional Staff, Unitarian Universalist Association
PII
Pacific Western Region of the Unitarian Universalist Association
San Diego

Katie Culbert
Pastor
PII
UUA
Tampa

Sara Cloe
Director of Lifelong Learning
PII
Unitarian Universalist Church of Vancouver, WA
Vancouver, WA

Emily Conger
Intern Minister
PII
Jefferson Unitarian Church
Boulder

Rabbi Neil Comess-Daniels
PII
Beth Shir Shalom
Santa Monica

Jessica Booker
PII
St. John's Episcopal
Los Angeles

Jolena James-Szanton
Director of Religious Education
PII

6

CAR 0222

Piedmont Unitarian Universalist Church
Charlotte

Dr. Meghan McClure, MD
[PII]
Trinity Episcopal Cathedral
Omaha

Rabbi Becky Silverstein
[PII]

The Rev. Paige Blair-Hubert
Rector
[PII]
St. Peter's Episcopal Church
Del Mar

Fr. Richard Estrada
Associate Vicor
[PII]
Church of Epiphany, L.A. Episcopal Diocese
Los Angeles

Steve Wiebe
Executive Director
[PII]
New Vision Partners
Pasadena

Rabbi Jonathan Klein
Executive Director
[PII]
CLUE: Clergy and Laity United for Economic Justice
Los Angeles

The Rev. Joseph Dirbas
Rector
[PII]
All Souls' Point Loma

7

CAR 0223

San Diego

The Rev. Dr. Richard Lee
Curate
[PII]
Good Samaritan Episcopal Church
San Diego

Eddie Carmona
LA RED Campaign Director
[PII]
Inter-Faith
Sacramento

Ani Zonneveld
President
[PII]
Muslims for Progressive Values
Los Angeles

Thomas Carey
Vicar
[PII]
Church of the Epiphany
Los Angeles

Pastor Sunny Kang
[PII]
St. Luke's Presbyterian Church
Rancho Palos Verdes

Melanie Webb
Lay Leader
[PII]
St. John's Episcopal Cathedral
Los Angeles, CA

Rev. Paul Elder
[PII]

8

CAR 0224

St. Aidan's Episcopal Church
Agour Hills

Robert Gordh
Chair, Pastor Parish Committee
PII
The Church in Ocean Park
Inglewood

Rabbi Suzanne Singer
PII
Temple Beth El
Riverside

Sister Diane Smith
PII
Sisters of St. Joseph of Carondelet
Los Angeles

Rabbi Jim Kaufman
PII
Temple Beth Hillel
North Hollywood

Claire Bergen
Vegvayzer
PII
Sholem Community
Los Angeles

Deacon John Steele
PII
Holy Family Church, Glendale
Glendale

Rev. Matthias Peterson-Brandt
Minister for Campus Engagement
PII
United University Church

9

CAR 0225

44

Los Angeles

Reverend Scott Fritz

PII

Trinity Lutheran Church
Long Beach

Pastor Stephanie Rice

PII

United Methodist Church of La Mirada
La Mirada

Rev. James A. Oines
Member of Holy Trinity Lutheran Church

PII

Thousand Oaks

Deacon Naomi Yokota

PII

Mountainside Communion Church
Pasadena

Minister Mary Jo Bradshaw

PII

Christian Church (Disciples of Christ)
Long Beach

Rev. R. Guy Erwin, PhD
Bishop

PII

Southwest California Synod, Evangelical Lutheran Church in America
Los Angeles

The Reverend Frederick Birten Morris
Pastor

PII

North Hills United Methodist Church Hispanic Mission
North Hills

10

CAR 0226

Rev. Dr. Kevin Downer
Interim Senior Pastor
PII
Founders Metropolitan Community Church
Los Angeles

Jeanne Roe Smith
Deaconess
PII
Wesley Foundation Serving UCLA
Los Angeles

Reverend Matt Seargeant
PII
Chino United Methodist Church
Chino

Fr Chris Ponnet
Pastor
PII
St Camillus
Los Angeles

Senior Rabbi Lisa Edwards
PII
Beth Chayim Chadashim (BCC)
Los Angeles

Reverend Jon Gathje
PII
St Paul's Lutheran Church
Rancho Palos Verdes

Rev. Dr. Timothy Murphy
Pastor
PII
All Peoples Christian Church

11

CAR 0227

48

Pasadena

Pastor James L. Bessey
`PII`
St. Mark's Lutheran Church
Hacienda Heights

Rev. Gary Bernard Williams
Pastor
`PII`
Saint Mark United Methodist Church
Los Angeles

Rabbi Batbara Zacky
`PII`
IKAR
Los Angeles

Cantor Aviva Rosenbloom
`PII`
Temple Israel of Hollywood
Altadena

The Rev. Nathaniel Katz
Associate Rector
`PII`
All Saints' Episcopal Church, Beverly Hills
Los Angeles

Rev. Jennifer Gutierrez
`PII`
La Plaza United Methodist Church
Los Angeles

The Rev. Patricia O'Reilly
`PII`
St. George's Episcopal Church
Hawthorne

12

CAR 0228

Reverend Hector Ramirez
Pastor/ Founder
[PII]
Hope International Ministries Mt 25.35
Anaheim

Rev. Sandie Richards
[PII]
First United Methodist Church of San Fernando
San Fernando

Rabbi Susan Laemmle
[PII]
Central Conference of American Rabbis, CLUE, Bend the Arc
Los Angeles

Rev. Dr. L Barrett
[PII]
First Friends Church
Whittier

Rev. Alexia Salvatierra
[PII]
Hope Lutheran, Hollywood

Rabbi Laura Geller
[PII]
Temple Emanuel of Beverly Hills
Beverly Hills

Rev Fr Arturo Ferreras
Associate Pastor
Saint Matthew Ecumenical Catholic Church
Orange

Reverend Scott Taylor
[PII]

13

CAR 0229

All Saints' Church Beverly Hills

Rabbi Stephen J. Einstein
Founding Rabbi Emeritus
**PII**
Congregation B'nai Tzedek
Fountain Valley, CA

The Reverend Nathan Rugh
**PII**
St Augustine by-the-Sea Episcopal Church
Santa Monica

Deacon Roberto Vazquez
**PII**
St. John Chrysostom Catholic Church
Inglewood

Rabbi Miriyam Glazer
Professor Emeritus of Literature
American Jewish University
Los Angeles, CA

14

CAR 0230

 **NATIONAL DAY LABORER ORGANIZING NETWORK**

Pablo Alvarado
Executive Director
National Day Laborer Organizing Network

May 22, 2017

Re: Claudia Sarahi Rueda Vidal (A  )

To whom it may concern,

I write this letter on behalf of the National Day Laborer Organizing Network (NDLON) in support of Claudia Sarahi Rueda Vidal's request for an exercise of prosecutorial discretion.

NDLON was formed as an immigrant-led collaboration of community-based organizations and worker centers dedicated to improving the lives of low-wage immigrant workers. Since our formation, NDLON's purpose has been to strengthen day laborer organizations and support policies that embrace the rights of all immigrants.

As an organization, we have advocated for immigrant rights at the national, state and local level. NDLON partners with a wide-range of organizations including the *Immigrant Youth Coalition (IYC)*. It is through this organization that we met and have had the opportunity to work with Claudia Rueda. Her leadership in the community is exemplary. She is not only able to articulate and envision just and humane policies that advance the rights of all people, but she is fierce advocate on their behalf.

Last month, Claudia's mother was detained and arrested as a collateral consequence of a criminal law enforcement investigation conducted by the Los Angeles Sheriff's Department (LASD) and Customs & Border Protection (CBP). Community members from throughout our network strongly supported Claudia in advocating for the release of her mother. We enthusiastically supported the campaign to #FreeTeresa, led by her daughter Claudia both because we believe her family has right to remain intact, but also because we understand the corrosive effect on community relations that occurs when local law enforcement participates in the indiscriminate enforcement of immigration laws.

We understand Claudia is currently in ICE custody. We also understand that ICE has the authority to release her under her own recognizance before she is scheduled to appear in front of a judge. We highly support this request. To the community, the arrest of Claudia appears to have occurred in retaliation against the advocacy work she led on behalf of her mother. In the absence of an exercise of discretion, we are concerned the arrest of Claudia will damage already frayed relations between immigrant communities and law enforcement agencies in Los Angeles County.

52

CAR 0231

**NATIONAL DAY LABORER ORGANIZING NETWORK**

We hope that the ICE San Diego Field Office Director, Gregory J. Archambeault, takes into consideration Claudia's good moral character and her important work as a civic leader in Los Angeles community as well as California State University, Los Angeles (CSULA) as signs that Claudia is an asset, not a threat to the community.

We thank you for consideration of this request.

Best regards,

Pablo Alvarado
Executive Director
National Day Laborer Organizing Network

PII

674 S. La Fayette Park Place, Los Angeles, CA 90057

CAR 0232



# American Friends Service Committee

**U.S. - Mexico Border Program (USMBP)**

May 23, 2017

**RE: Claudia Sarahi Rueda Vidal (A# [PII] )**

To whom it may concern:

On behalf of the US-Mexico Border Program of the American Friends Service Committee, a Quaker-based human rights organization, I write in support of Claudia Sarahi Rueda Vidal's request for an exercise of prosecutorial discretion.

For forty years, the American Friends Service Committee's San Diego office has upheld the rights and dignity of immigrants and border community residents while in the United States. It is our organization's belief that everyone should be treated with respect, their dignity recognized, and relief to any pain and suffering should be of primary concern.

Over the years, we have advocated for humane changes to immigration laws, precisely because our outdated immigration system causes immeasurable harm to members of our communities. When families are separated, bread-winners taken from their loved ones, children unjustly targeted because they have advocated for the release of their own parents, it is an indication that immigration enforcement priorities are misguided, and perhaps retaliatory.

For this reason, we urgently request that ICE use its authority to release Claudia under her own recognizance before she is scheduled to appear in front of an immigration judge. Exercise of prosecutorial discretion would be appropriate and fair in this case. Claudia is a well-respected and highly-regarded young woman, with demonstrative good moral character and judgement, who has already suffered tremendously under the current conditions.

Thank you in advance for considering this request.

Sincerely,

Pedro Rios
Director
US-Mexico Border Program
American Friends Service Committee

[PII]

---

AFSC/USMBP: • P.O. Box 126147, San Diego, CA 92112   (619) 233-4114 Fax (619) 233-6247 CAR 0233



### CAL STATE LA
GLAZER FAMILY DREAMERS RESOURCE CENTER

May 21, 2017

RE: Claudia S. Ruedas, ███ PII ███ DOB ██ PII ██ 1995

To Whom it May Concern,

I am writing this letter to asking you to please consider releasing Claudia S. Rueda from ICE custody and allow her to apply for DACA status. For many young people who are DACA eligible, we know that the costs can be prohibitive. The Dreamers Resource Center will be able to offer Miss Ruedas a grant which will cover the costs of her DACA application. We know that if you allow her to continue her education through DACA, she will persist and graduate. This will allow her to contribute to the country and the economy.

Claudia can best serve her family and the country she calls home, the United States, by completing her college degree. She is making excellent progress at Cal State LA. I am a member of a diverse group of scholars who are dedicated to educating the next generation of leaders. Claudia is a leader in her community of Boyle Heights, a place known for humble beginnings and many success stories.

As a member of a concerned community of educators, we know that with our support Claudia will be one those success stories. Cal State LA just received an award for having the highest social mobility for folks who come from underprivileged backgrounds. Claudia's ability to finish school and complete her Dreams will only make all of us stronger. Our country is truly served when we nurture our best and brightest, like Claudia.

Therefore, I reiterate with the greatest of urgency that you to please consider releasing Claudia S. Rueda from ICE custody and allow her to return to her community where she is a valuable young leader and where she has a network of supportive people who are committed to her success.

Thank you,

*Luz M Borjon*

Luz M Borjon, Coordinator
Dreamers Resource Center

CAR 0234



Immigrant Youth Coalition
671 S. Lafayette Park Place
Los Angeles, CA 90057

May 21, 2017

Re: Claudia Sarahi Rueda Vidal (A# <span>PII</span>

To whom it may concern:

This letter is regarding the support of Claudia Sarahi Rueda Vidal on behalf of the Immigrant Youth Coalition (IYC). Ms. Rueda has been an active member of the organization since its foundation in 2012. Over the past few years, Claudia has dedicated a countless amount of hours in organizing youth and leadership trainings for the community of East Los Angeles. Throughout this time, she has shown exceptional leadership skills through her role in the coordinating committee. Ms. Rueda Vidal has supported planning annual leadership development gatherings for immigrant youth in the Los Angeles area and throughout California to educate them about their rights, access to higher education and provide civic engagement opportunities.

Ms. Rueda was also a staff member of the Immigrant Youth Coalition for more than a year as the Los Angeles Immigrant Youth Coalition youth organizer. As staff member she organized our annual Youth Empowerment Summit at Roosevelt High School bringing 100 students from across Los Angeles County to be part of more than 10 educational and leadership workshops highlighting opportunities for immigrant youth. She has been an instrumental part of creating many resources for undocumented youth, in particular high school students.

Claudia Rueda is a pillar in our community and we urge for her release and stay here in the United States.

Best regards,

Paulina Olvera
Organizer
Immigrant Youth Coalition
<span>PII</span>
www.theiyc.org



Sandy Valenciano
Statewide Coordinator Director
California Immigrant Youth Justice Alliance

May 21, 2017
RE: The Detention of Claudia Sarahi Rueda (A# PII

To whom it may concern,

The California Immigrant Youth Justice Alliance (CIYJA) would like to submit a support letter for Claudia Rueda. Claudia, is a member of the organization and has been a mentor and role model for youth throughout the state of California. We are writing this letter in hope that her release will be strongly considered and that she will be allowed to come back to her community, school, and family.

Claudia has been part of CIYJA's steering committee for a couple of years now, helping steer the organization to support immigrant youth's leadership development throughout the state. Claudia's contributions have been on a volunteer basis-- deeply commitment to supporting youth's leadership. Since her very young teen years Claudia has been a leader in her community, instilling deep roots to her neighborhood of Boyle Heights, Los Angeles, California. Claudia has nurtured building community education in her hometown, she is an active and important member of her community. We hope this letter serves to highlight Claudia's commitment to her community and highlights the reason why she is such an important person not just in her Los Angeles community but throughout the state of California.

Sincerely,

Sandy Valenciano
Statewide Coordinating Director
PII

**CAR 0236**



# OCIYU
## Orange County Immigrant Youth United

**www.ociyu.org | (916) 936-2498 | 1905 E. 17th St. #219 Santa Ana, CA 92705**

May 23, 2016

To whom it may concern,

We, Orange County Immigrant Youth United, write in support of Claudia Sarahi Rueda Vidal (A# **PII** We ask that Immigration and Customs Enforcement (ICE) grant Claudia Prosecutorial Discretion and release her to her loved ones immediately, allowing her to solicit Deferred Action for Childhood Arrivals (DACA) with U.S. Citizenship & Immigration Services (USCIS). Claudia is an invaluable member of her communities of Boyle Heights and California State University Los Angeles (CSULA).

Claudia is a 22-year-old immigrant youth who came to the United States as a very young child in 2001. She has firm roots in Los Angeles and has been residing in Boyle Heights nearly her entire life. Claudia has been an active member of her community and started getting involved in community organizing as a teenager.

Claudia attended Roosevelt High School where she was involved in college preparatory programs. Upon graduation from high school, she attended UC Santa Cruz. She transferred to CSULA where she is currently pursuing a B.A. in Latin American Studies. Claudia has been an active member of the Immigrant Youth Coalition (IYC) and California Immigrant Youth Justice Alliance (CIYJA). Recently she was awarded the prestigious opportunity to participate as a Dream Summer intern.

With IYC, Claudia has served as the Los Angeles IYC Youth Organizer, conducting workshops, presentations, and organizing mobilizations that seek to empower immigrant youth county-wide. Throughout her time organizing, Claudia has been a fierce advocate for gender and racial justice within the immigrant youth movement, constantly seeking ways to make our movement more just and inclusive. As her best friend shares, "Claudia is an extremely supportive, empowering, and hard working friend. All throughout high school, she encouraged students to continue their studies in higher education, becoming involved in afterschool programs like ESCALERA. Throughout our college career, she has continuously supported me, offered her home, and her wisdom to continue being a hardworking student and following our passions."

As an immigrant rights organization that advocates for the rights of undocumented immigrants to live lives free from exploitation and persecution. We ask that Claudia is released. Claudia has worked with our organization for three years and has provided support here in the County of Orange.

Claudia is eligible for DACA and should not be detained or in removal proceedings. We ask that she be released immediately so she may apply for DACA, be with her family, attain her educational goals, and continue being an incredible asset to our community.

Best regards,

Fabiola Jacome-Avila
Program Coordinator | Deportation Defense Organizer
Orange County Immigrant Youth United

**PII**

**CAR 0237**

58

North Bay Immigrant Youth Union
Lead Organizer
Santa Rosa, California

May 5, 2017

Re: Claudia Sarahi Rueda Vidal  ███ PII ███

To whom it may concern,

We, the North Bay Immigrant Youth Union, also known as NBIYU, are a local grassroots
organization located in Santa Rosa California. We have had the great pleasure of getting to know
Claudia Sarahi Rueda Vidal, through the amazing work and time she has contributed and
committed to her community. Not only has she been able to influence her community, she has
also been able to train us, helping us navigate community organizing and how to best support
marginalized communities. We are writing in support of Claudia's release because we can not
imagine what a loss it would be for the community and her family. Losing her contributions
would be detrimental, especially to all of the youth Claudia has helped empower and develop.

Claudia Sarahi Ruedas Vidal , is a kind and selfless individual who constantly is considering the
needs of her family, friends, and community. She continuously offers strong support for the
immigrant community she works so closely with and pushes herself to understand others so as to
find the best way to help support them. Claudia continues to create and implement change,
forming leaders and making knowledge more accessible. Claudia is someone who needs to
continue being a part of our community because of the vast work, love, and healing she offers.

Best regards,

*[signature]*

Hector Jimenez Carreño
Lead Organizer
North Bay Immigrant Youth Union
███ PII ███
███ PII ███
2981 Bowen St, Graton, CA 95444



May 23, 2017

Monica Langarika, Esq.
Staff Attorney
ABA Immigration Justice Project

Dear Ms. Langarika:

Last Thursday, I received information that Ms. Claudia Rueda, a Cal State LA student, had been detained by Customs and Border Patrol authorities at her home, and was being held in Chula Vista. Since then, I have been in contact with Senator Kamala Harris' office, as well as multiple faculty and staff on our campus who are concerned about Ms. Rueda's safety.

I too am deeply concerned about Ms. Rueda's well-being and academic success. Her studies are seriously impeded by her current detention. Ms. Rueda is a student in good academic standing, pursuing a bachelor's degree in Latin American Studies, and is very well-regarded by her faculty in our Latin American Studies Program.

It is my sincere hope that Ms. Rueda's current situation can be resolved quickly and she can return to her academic studies.

Supporting the health and safety of all our students is my highest priority.

Sincerely,

William A. Covino
President
California State University, Los Angeles

CAR 0239



**CAL STATE LA**
CALIFORNIA STATE UNIVERSITY, LOS ANGELES

5/24/17

Dear Claudia,

I'm writing because I want you to know Cal State LA cares about you. Many here on campus have been speaking up about your case, trying to get this matter resolved. President Covino and Chancellor White have written letters on your behalf, and Chancellor White spoke about you at today's meeting of the CSU Board of Trustees.

Claudia, you are part of the Cal State LA family. I, and many, many others, would like to see you back on campus, contributing to campus life as you have in the past and working toward your goal of obtaining a university degree. I have communicated with your professors, who will work with you to complete outstanding work when you can resume your studies here.

Please stay encouraged and feel free to call me collect if you would like to talk to me. My direct phone number is (323) 343-4995.

Sincerely,

Jennifer Miller
Dean of Students

CALIFORNIA STATE UNIVERSITY, LOS ANGELES

COLLEGE OF NATURAL AND SOCIAL SCIENCES
Department of Latin American Studies Program

May 21, 2017

To Whom It May Concern:

I am writing in my capacity as Director of Latin American Studies at California State University Los Angeles to vouch in the strongest terms for Claudia Sarahi Rueda Vidal (DOB ██PII██/95, A██████PII██████ and to urge that she be allowed to remain in the United States so that she may continue her education. I have had the privilege of knowing Ms. Rueda since she transferred to our university in the Fall 2016 and became a major in the Latin American Studies Program. She is an exceptionally gifted and hard-working student. As evidence, I offer that she made the Dean's List in her first semester on our campus.

Ms. Rueda demonstrates many other qualities beyond her academic talents and drive. She is a conscientious and committed member of our university community. She is active in our program's student organization, the Latin American Studies Society. She is also always available to help other students with their work and is a consistent and dedicated volunteer at events on our campus.

I would like to take this opportunity to assert in the strongest possible terms that Ms. Rueda does not pose a threat or danger to anyone or anything. Quite the opposite, she is a constructive and caring person who strives to give back to her community. She is a true representative of all that is good in her generation, which is the hope of our future. I urge you to allow her to remain in the U.S. so that she can apply for DACA with USCIS and continue her education. Our campus, city, state, and country need and will benefit from the contributions she will bring us.

Sincerely,

Ericka Verba
Director, Latin American Studies

5151 State University Drive, Los Angeles, CA 90032-8224   (323) 343-2290   FAX: (323) 343-5185   www.calstatela.edu

The California State University: Bakersfield. Channel Islands. Chico. Dominguez Hills. East Bay. Fresno. Fullerton. Humboldt. Long Beach. Los Angeles. Maritime Academy. Monterey Bay. Northridge. Pomona. Sacramento. San Bernardino. San Diego. San Francisco. San Jose. San Luis Obispo. San Marcos. Sonoma. Stanislaus

CAR 0241

42



CAR 0242



Latin American Studies Program

May 20, 2017

To Whom It May Concern:

I write in strong support of Claudia S. Rueda (DOB [PII]95; [PII] I am a professor of Latin American Studies and History and a U.S. citizen. Claudia S. Rueda is an amazing person and scholar who has made significant positive contributions to her community in Los Angeles and here at CSULA. She is a warm and caring person who poses no danger to anyone. She is deeply rooted in Los Angeles and is committed to remain a contributing member of her community

I first met Claudia Rueda approximately nine months ago, in Fall 2016, when she enrolled in my Introduction to Latin American Studies course. Within the first week of class, it became very apparent to me that she was an exceptional student. She distinguished herself by her genuine enthusiasm for learning, her intellectual acumen, her academic ability, and her caring and compassionate manner. Her written work was excellent. In that course, she ranked among the top two students out of 42. Her academic excellence in my class was also reflected in the rest of her classes as she made the Dean's List for the Fall 2016 semester, her first semester at CSULA. She currently is a student in my course, Food Justice in Latin America, where she is performing equally well and is a valued class member.

Claudia Rueda is a vital member of the Latin American Studies community here on campus. She has made strong friendships with other students and is highly respected by her faculty. In her unassuming way, she positively touches the lives of everyone that she encounters

For all of the above reasons, I write in support of her release so that she can continue her education and helping make the U.S. a more caring and loving place. If I can provide you with any additional information, please do not hesitate to contact me at eochoa3@calstatela.edu.

Sincerely,

Enrique C. Ochoa
Professor of Latin American Studies and History

5151 State University Drive | Los Angeles, CA 90032-8619 | (323) 343-2020 |
las@calstatela.edu

CAR 0243

Lf1



CAR 0244



# College of Arts and Letter Department of Liberal Studies

May 21, 2017

To Whom It May Concern,

I am writing this letter in support of Claudia S. Rueda, DOB PII 95 and Alien # / PII Claudia is a student at Cal State L.A. and was enrolled in my Latin American Studies course in the Spring 2017 semester. She is greatly admired by her professors and classmates at Cal State LA for her intelligence, strong moral character, and perseverance. Claudia transferred to Cal State LA from UC Santa Cruz in the fall of 2016, and made the Dean's Honor list in her first semester. She quickly distinguished herself as one of the top students in the Latin American Studies Program. In fact, after reading Claudia's excellent midterm, I encouraged her to further advance her education by applying to an M.A. or Ph.D. after she completed her undergraduate degree. I have no doubt that, if given the opportunity, Claudia would excel in her graduate education and pursue a career in public service. She is a gifted intellectual with a strong work ethic and unwavering sense of ethics and social responsibility.

Claudia has lived in the United States for 15 years, almost her whole life. She grew up and attended school in the Mexican American community of Boyle Heights, less than four miles away from Cal State L.A. I have learned from her former high school classmates that Claudia was a leader at their school, where she took college preparatory courses and participated in a peer mentoring program. Her admission to the competitive UC Santa Cruz was a great source of pride for her immigrant family and for the whole community. Claudia's single mother worked hard to pay Claudia's tuition with the meager wages she earned at a local bakery. The financial strain led Claudia to transfer to a Cal State, and the family still struggled to pay Claudia's tuition. Although eligible for DACA, Claudia could not afford the application fee. Still Claudia sought out opportunities to further herself and help her community. Last summer, she was selected for and participated in a Dreamer leadership institute run by UCLA. She is well regarded in Boyle Heights and throughout Southern California for her advocacy for Dreamer youth. Strongly rooted in the United States, where all of her personal ties are, she is not a flight risk or a danger to the public.

As a scholar who studies Mexican immigration to the United States, I am well familiar with the especially arduous conditions of gendered violence in Mexico that lead many women to migrate north. Young women in particular are targets of sexual trafficking, kidnappings, and assault. I am extremely concerned about the threat to Claudia's safety were she to be deported to Mexico.

I strongly urge you to release Claudia from ICE custody and allow her to apply for DACA status. This woman exemplifies the qualities of character that we celebrate in our nation: she has persevered against the greatest of odds, is self-determined and principled, and has consistently prioritized her education, family and community. She embodies the best promise for our future.

Sincerely,

Alejandra Marchevsky, Ph.D.
Associate Chair of the Department of Liberal Studies
Professor of Women's, Gender and Sexuality Studies
Affiliate Faculty in Latin American Studies
California State University, Los Angeles

CAR 0245



CALIFORNIA STATE UNIVERSITY, LOS ANGELES

COLLEGE OF NATURAL AND SOCIAL SCIENCES
Department of Anthropology

May 21, 2017

To Whom It May Concern,

I am writing in support of Ms. Claudia Sarahi Rueda Vidal (DOB PII 95, A PII a 22-year old student at California State University, Los Angeles. I have known Claudia for one year as a student and a beloved member of our campus community. She is an upstanding citizen – the very kind of person I want in the world where my children are growing up. She is kind, hard-working, committed to helping others, and family and community oriented. She is a Latin American Studies major who hopes to impact the world with her research and her community work. She mentors younger students and volunteers with community groups. After her ambush and detention by the border patrol in Los Angeles, I became aware of the deep ties she has throughout Los Angeles – hundreds of people have come out in her support - demonstrating the depth of her impact on our city despite her young age. Claudia came to the U.S. at the age of 4 and has lived here since. She does not know Mexico; all of her social ties are here in the U.S. Claudia has no criminal record and is eligible for DACA, but did not apply because she could not afford the filing fees. As an undocumented youth, Claudia cannot be legally employed in the U.S. and is, therefore, limited in her ability to generate the money necessary to apply for DACA. Furthermore, like most of our students, she makes great financial and personal sacrifices to pursue her education. I strongly believe that Claudia deserves to stay in the U.S. and deserves to be given a path towards legalization. We are asking that you grant her the right to leave detention on bond and that her deportation be suspended due to her deep and life-long ties to the U.S. Deportation would harm Claudia irreparably at a very vulnerable time in a young person's life. She is a valued and beloved member of our community and she deserves to stay here, with her family, friends, and all the people who love her.

Sincerely,

Beth F. Baker, Ph.D.
Professor, Department of Anthropology
California State University, Los Angeles

5151 State University Drive, Los Angeles, CA 90032-8220   (323) 343-2440   FAX: (323) 343-2446 · www.calstatela.edu

The California State University: Bakersfield, Channel Islands, Chico, Dominguez Hills, East Bay, Fresno, Fullerton, Humboldt, Long Beach, Los Angeles, Maritime Academy, Monterey Bay, Northridge, Pomona, Sacramento, San Bernardino, San Diego, San Francisco, San Jose, San Luis Obispo, San Marcos, Sonoma, Stanislaus

108





**LOS ANGELES UNIFIED SCHOOL DISTRICT**
## *Theodore Roosevelt High School*
Math, Science, and Technology Magnet Academy
456 SOUTH MATHEWS STREET, LOS ANGELES, CALIFORNIA 90033
TELEPHONE: (323) 780-4551   FAX: (323) 269-5473



Dr. John Deasy
*Superintendent of Schools*
Joan Sullivan
*Chief Executive Officer*
Jose Espinoza
*Principal*

Julie Cortez
English Teacher
Los Angeles Unified School District
May 5, 2017
Re: Claudia Sarahi Rueda Vidal (A█████ PII █████)

To whom it may concern,
I, citizen of the United States, through this letter would like to share about Claudia Rueda. It is with great enthusiasm that I write this letter of commendation in support of Claudia's liberation. I have known Claudia for six years- as her 10th grade English teacher, 11th grade Advanced Placement English teacher, and currently as a colleague. Claudia distinguished herself as a dedicated student- she is relentless and self-disciplined. Since the 10th grade, Ms. Rueda demonstrated grit, balancing academics and extracurricular activities.

Claudia attended the Math, Science, Technology Magnet (MSTMA) small-school on the Roosevelt High School campus. 99% of students are Latino, bilingual speakers, and low-income. She participated in the reduced/free-lunch program. 75% of students are bused into the school from South Central, inner city Los Angeles. She is a first generation student to attend college. The Math, Science, and Technology Magnet at Roosevelt High School expects students to learn skills to become exemplar leaders in their communities and futures; these standards have allowed Claudia to take up a leadership role in her education and community. Her persistence to succeed has not only developed a strong leader, but also a strong individual.

Claudia distinguished herself as a dedicated student throughout the four years of high school. She was fully committed to the different activities and requirements of her courses and looked for outside resources to help her be successful. She always went above and beyond the required, setting a higher standard for her peers to follow. Beyond simply completing required assignments, she took the time to personalize each task, pursuing additional information, research, and readings to add depth to her work. Her written work portrayed critical thinking as it gives responses with mature critical analysis; her insight produced discussions that proved enlightening for her and her peers. Furthermore, her organization skills allow her to work well in groups; as an individually motivated student, Claudia portrays the epitome of self-discipline. Any situation Ms. Rueda finds herself, is the one she enjoys most- she is adaptable, flexible, and sees every opportunity as one for personal and academic growth. Her persistence to succeed has flourished outside of the classroom through community activism.

Claudia Rueda is a self-starter, leader, and devoted student. Whatever endeavors and barriers Ms. Rueda faces will not impede her from being successful. I have complete confidence that she will maintain high academic and professional standards in all realms of life.

Best regards,
Julie Cortez
English Teacher
Math, Science, and Technology Magnet
Roosevelt High School
█████ PII █████

May 20, 2017

Re: Claudia Sarahi Rueda Vidal (A# ███ PII ███)

To whom it may concern,

I am writing this letter in enthusiastic support of Claudia Rueda, a former student at the small magnet high school school that I have taught at for the last eleven years.  Currently I serve as the department chairperson for the English department and can attest to her upstanding character and high regard in which school staff and community hold Claudia.

The impetus of my letter truly is the horror that when I envision this young woman who has overcome so many obstacles sitting in a detention center when she should have been attending her graduation from college.  I have read the terrible comments and assumptions that people make in regards to what is posted in the media that are completely false, as I witnessed first hand Claudia giving up many privileges and opportunities due to her financial and legal status.  The most heartbreaking before this incident of course being having to come home from University of California, Santa Cruz after her freshman year due to the cost of attendance.  In our school, she worked hard, got good grades, actively participated in class and extracurricular activities.  Claudia is a student who even after graduation continued to come back and work with our students in overcoming the same challenges she faced.

Truly, Claudia is the type of citizen that any nation would be blessed to have—kind, compassionate, intelligent, hardworking, persistent, and empowered.  I truly hope that you find it to grant her whatever aid you have in your power.

Best regards,

Alice Im
English Department Chairperson, M.Ed., NBCT
Math Science Technology Magnet Academy
Roosevelt High School
███ PII ███

8538 Seranata Drive
Whittier, CA 90603

CAR 0250



**Michelle King**
*Superintendent of Schools*
*Los Angeles Unified School District*

**Joan Sullivan**
*Chief Executive Officer*
*Partnership for Los Angeles Schools*

**Jose A. Espinoza**
*Principal*

**Monica Guerrero**
*Assistant Principal*

**Eduardo Molina**
*Coordinator*











LOS ANGELES UNIFIED SCHOOL DISTRICT

## Math, Science, and Technology Magnet Academy
*at Theodore Roosevelt High School*

456 SOUTH MATHEWS STREET, LOS ANGELES, CALIFORNIA 90033
TELEPHONE: (323) 780-4551    FAX: (323) 269-5473

Jason Victor Yan
Teacher
Math, Science, and Technology Magnet Academy at Roosevelt High School (MSTMA)

May 22, 2017

Re: Claudia Sarahi Rueda Vidal (A█████ PII █████)

To Whom It May Concern:

I have had the wonderful experience of being Claudia's teacher on two separate occasions here at MSTMA. I served as her teacher for both Exploring Computer Science and AP Statistics during her freshman and senior years respectively. My experience teaching her was phenomenal and incredible. She displayed flashes of brilliance in each class through her composure, articulation, and willingness to challenge the class to go above and beyond the expectations set by her instructors and peers. As I have supported Claudia's endeavors before when she was in my class egging on the class to excel, I continue to support Claudia's decision, efforts, and tenacity to be an American in every sense of the word.

Claudia is a person who understands what rules are in place and why they exist. But much like the principles stated by our Founding Fathers, Claudia exhibited from a very young age that people cannot stand idly by just because rules are written explicitly in a certain way. The United States Constitution exists today as the only constitution written from before the 18th Century that still stands, but only because it has allowed itself to be amended and corrected. Claudia is part of that important American heritage. She has questioned the law of the land and how it is relevant in the world today. We allow ourselves to be in great danger when we simply accept things as they are. That is not who Claudia Rueda is. That is not how America came to be.

For as long as I can remember, Claudia has been in MeCHA, participated in rallies for immigration reform, demonstrated when the CSUs openly discussed about student tuition hikes and dismissals of faculty to save money, and advocated for people who had no voice or were victims because of ignorance. Though I am no longer her instructor, I remain proud of the work she does to make positive changes in society.

Sincerely,
Jason Victor Yan

██████ PII ██████

*Our mission is to ensure that all students are prepared with the skills, knowledge, and passion needed to graduate from a four-year university, and/or successfully pursue the career of their choice.*

CAR 0251

# Department of Homeland Security

# FOR OFFICIAL USE ONLY

THE ATTACHED MATERIALS CONTAIN DEPARTMENT OF HOMELAND SECURITY INFORMATION THAT IS "FOR OFFICIAL USE ONLY," OR OTHER TYPES OF SENSITIVE BUT UNCLASSIFIED INFORMATION REQUIRING PROTECTION AGAINST UNAUTHORIZED DISCLOSURE.  THE ATTACHED MATERIALS WILL BE HANDLED AND SAFEGUARDED IN ACCORDANCE WITH DHS MANAGEMENT DIRECTIVES GOVERNING PROTECTION AND DISSEMINATION OF SUCH INFORMATION.

AT A MINIMUM, THE ATTACHED MATERIALS WILL BE DISSEMINATED ONLY ON A "NEED-TO-KNOW" BASIS AND WHEN UNATTENDED, WILL BE STORED IN A LOCKED CONTAINER OR AREA OFFERING SUFFICIENT PROTECTION AGAINST THEFT, COMPROMISE, INADVERTENT ACCESS AND UNAUTHORIZED DISCLOSURE.

CAR 0252



LOS ANGELES UNIFIED SCHOOL DISTRICT
## Theodore Roosevelt High School
Math, Science, and Technology Magnet Academy
456 SOUTH MATHEWS STREET, LOS ANGELES, CALIFORNIA 90033
TELEPHONE: (323) 780-4551   FAX: (323) 269-5473



**Dr. John Deasy**
*Superintendent of Schools*
**Joan Sullivan**
*Chief Executive Officer*
**Jose Espinoza**
*Principal*

May 20, 2017

Re: Claudia Sarahi Rueda Vidal (A# ▓PII▓)

To whom it may concern,

I have worked as a teacher for 12 years in urban immigrant communities since 2005 teaching English, Spanish, and Social Science in middle and high school classrooms across southern California, dedicated to promoting equal access to education for all students. For 7 years now, I have been teaching at the Math, Science & Technology Magnet Academy (MSTMA) at Roosevelt High School, where I met Claudia Rueda.  Claudia was enrolled in my Advanced Placement United States History class during the 2011 – 2012 academic school year, where she brought her passion into the classroom and often electrified the room with her ideas. She has been one of my most exceptional students, achieving high scores and effectively participating in historical debates, presentations, Socratic Seminars, where he critically analyzed and defended historical, sociological, or philosophical perspectives utilizing primary and secondary sources.

During her time in high school, Claudia was actively involved in her school community, and played an exemplary role in motivating and mentoring the younger generations towards a college education.  Even as a college student, Claudia often participated with her high school community, promoting higher education and participating in the activities of our community as a volunteer and community member.  Just last year Claudia provided an educational workshop for high school students at our annual Eastside Stories Conference, an educational and cultural conference that has been organized for the past 6 years.  Her dedication to her community is exceptional and I truly believe that her future contributions as a soon to be graduate from California State University Los Angeles will greatly benefit our society and our world.

For the reasons delineated in this letter, and many more, I want to express my full support for Claudia Rueda, as I feel she is an outstanding scholar, community member, and human being. Please contact me if you have any further questions or concerns.

Best regards,

Mariana E. Ramírez
History Teacher & Department Chair
Math, Science and Technology Magnet Academy at Roosevelt High School

PII

93

LOS ANGELES UNIFIED SCHOOL DISTRICT
## *Theodore Roosevelt High School*
456 SOUTH MATHEWS STREET, LOS ANGELES, CALIFORNIA 90033
TELEPHONE: (323) 780-6500   FAX: (323) 269-5473

**Michelle King**
*Superintendent of Schools*
**Joan Sullivan**
*PLAS Chief Executive Officer*
**Ben Gertner**
*Principal*

Aleida Pérez
Math & Spanish Teacher
Theodore Roosevelt High School
June 5, 2017
Re: Claudia Sarahi Rueda Vidal (A# PII )

To whom it may concern,

My name is Aleida Pérez and I am a Math and Spanish teacher at Roosevelt High School in Boyle Heights. I am writing this letter in support of one of my former student's release from ICE, Claudia Rueda. I first met Claudia when I co-sponsored the Dreamers Club at Roosevelt High; a student-led organization that advocates for immigrant rights and education for young undocumented people.

Claudia was a junior in high school when she attended her first Dreamers Club meeting. After her first meeting, Claudia quickly and eagerly became one of the club's most active participants in learning, addressing and advocating for immigrant rights on the Roosevelt campus. Shortly after joining the club, Claudia strongly felt the need to address these issues not just at Roosevelt, but with the neighboring Boyle Heights community as well. Hence, Claudia became an active member of the Los Angeles Immigrant Youth Coalition attending weekly meetings after school. Through these organizations, I had the privilege to witness Claudia bloom into a strong fierce immigrant rights activist who also advocates for gender and racial justice on school grounds, in the community, and now in greater California.

I got the opportunity to work closely with Claudia for the remainder of her high school years. In our conversations, Claudia always shared her concerns and frustrations with the immigrant, racial and gender injustice she witnessed in our community, she believed more could be done. This is when Claudia joined the Los Angeles Immigrant Youth Coalition and also became an active club member of M.E.Ch.A and the Gay Straight Alliance on campus. Simultaneously, Claudia was successfully juggling her academic rigorous course work and living with her family in a cramped apartment where she slept on the living room floor. Claudia's resilient spirit to move forward, obtain higher education and advocate for immigrant rights, racial and gender equality is humbling and inspiring for loved ones, peers and her community.

Claudia's role as a leader and immigrant rights activist in Boyle Heights and the greater Los Angeles area is imperative to continue to nurture, heal and advocate and achieve social change in our community. I urge you to release her so that she may return to her family and community and continue to lead in this laborious work for social justice.

Best regards,

Aleida Pérez
Math & Spanish Teacher
Theodore Roosevelt High School

PII

7276 N Figueroa Street
Los Angeles, CA 90041




CAR 0254



LOS ANGELES UNIFIED SCHOOL DISTRICT

# *Theodore Roosevelt High School*

456 SOUTH MATHEWS STREET, LOS ANGELES, CALIFORNIA 90033
TELEPHONE: (323) 780-6500   FAX: (323) 269-5473



**Michelle King**
*Superintendent of Schools*
**Joan Sullivan**
*PLAS Chief Executive Officer*
**Ben Gertner**
*Principal*

Lakhbir Bamotra
Teacher 12th grade English
Roosevelt High School

June 5, 2017

Re: Claudia Sarahi Rueda Vidal (A#   `PII`

To whom it may concern,

I am an educator with LAUSD and have been a teacher for 25 years.  Presently I am at Roosevelt High school.  I had Claudia Rueda as a a student and am writing in her support.  She was a hardworking community minded student who took part in various schoolwide activities.  She was of outstanding character and I am sure would be a great asset to the community.  I am asking that the authorities work in favor of her release as she is a confident young person who can do only good in her future as a young upcoming scholar.

Best regards.

Lakhbir Bamotra Ph.D. NBCT
`PII`
20137 Rhapsody Road
Walnut CA 91789
`PII`



CAR 0255


PARTNERSHIP

June 5, 2017

Re: Claudia Sarahi Rueda Vidal (A█████ PII █████)

To whom it may concern,

The Partnership for Los Angeles Schools is an in-district public school transformation non-profit organization that manages 19 LAUSD schools, including the Math, Science and Technology Magnet Academy at Roosevelt High School. We are deeply concerned about one of MSTMA's alumni, 22-year-old immigrant youth Claudia Rueda from Boyle Heights, who was detained by ICE on May 18, 2017.

Claudia was an exceptional student and is a beloved community member. As her teacher states: "Claudia was enrolled in my Advanced Placement United States History class during the 2011 – 2012 academic school year, where she brought her passion into the classroom and often electrified the room with her ideas. She has been one of my most exceptional students, achieving high scores and effectively participating in historical debates, presentations, Socratic Seminars, where he critically analyzed and defended historical, sociological, or philosophical perspectives utilizing primary and secondary sources."

After graduating from high school, Claudia went to UC Santa Cruz. She transferred to Cal State LA where she is currently pursuing a B.A. in Latin American Studies. As a community member, Claudia has been a fierce advocate for gender and racial justice within the immigrant youth movement. She has supported multiple campaigns including divesting from incarceration and investing in youth, disentanglement of law enforcement and immigration, access to health for immigrant communities, access to higher education resources for undocumented youth and against detention/deportations. Claudia is an active member of her community and we hope she will be able to continue her studies and her activism as soon as possible.

As her best friend shares, "Claudia is an extremely supportive, empowering, and hard-working friend. All throughout high school, she encouraged students to continue their studies in higher education, becoming involved in afterschool programs like ESCALERA. Throughout our college career, she has continuously supported me, offered her home, and her wisdom to continue being a hardworking student and following our passions."

As noted by LAUSD's May 2017 resolution, threats of deportation against students and their families create severe barriers to learning and education, not only to the specific person targeted, but to the broader community. This impact must be considered and reduced whenever possible.

In light of Claudia's outstanding character and contribution to our community, we hope that she will soon be reunited with her family, attain her educational goals, and continue being an incredible asset to our community.

Sincerely,

Joan Sullivan, CEO, Partnership for Los Angeles Schools

CAR 0256

96

### CALIFORNIA FEDERATION OF TEACHERS
### 2550 N Hollywood Way Suite 400
### Burbank, CA 91505

June 5, 2017

To Whom It May Concern:

I am a Vice President of the California Federation of Teachers, and I am writing in support of Claudia Sarahi Rueda Vidal (A PII ). We ask that Immigration and Customs Enforcement (ICE) grant Claudia Prosecutorial Discretion and release her to her loved ones immediately, allowing her to solicit Deferred Action for Childhood Arrivals (DACA) with U.S. Citizenship & Immigration Services (USCIS). Claudia is an invaluable member of her communities of Boyle Heights and California State University Los Angeles (CSULA).

Claudia is a 22-year-old immigrant youth who came to the United States as a very young child in 2001. She has firm roots in Los Angeles and has been residing in Boyle Heights nearly her entire life. Claudia has been an active member of her community and started getting involved in community organizing as a teenager.

Claudia attended Roosevelt High School where she was involved in college preparatory programs. Upon graduation from high school, she attended UC Santa Cruz. She transferred to CSULA where she is currently pursuing a B.A. in Latin American Studies. Claudia has been an active member of the Immigrant Youth Coalition (IYC) and California Immigrant Youth Justice Alliance (CIYJA). She was awarded the prestigious opportunity to participate as a Dream Summer intern.

I had the opportunity of meeting Claudia during her time as a Dream Summer intern. She has strong leadership skills, and has made significant contributions to improve the lives of those in her community. It would be a terrible injustice to deport her from a country where she has lived since she was a young child.

Claudia is eligible for DACA and should not be detained or in removal proceedings. We ask that she be released immediately so she may apply for DACA, be with her family, attain her educational goals, and continue being an incredible asset to our community.

Sincerely,

Kent Wong
Kent Wong
Vice President
California Federation of Teachers

**CAR 0257**

77

Victor Narro
Project Director
University of California, Los Angeles

May 23, 2017

Re: Claudia Sarahi Rueda Vidal (A# [PII] )

To whom it may concern,

I Victor Narro write in support of Claudia Sarahi Rueda Vidal (A# [PII] ). We ask that Immigration and Customs Enforcement (ICE) grant Claudia Prosecutorial Discretion and release her to her loved ones immediately, allowing her to solicit Deferred Action for Childhood Arrivals (DACA) with U.S. Citizenship & Immigration Services (USCIS). Claudia is an invaluable member of her communities of Boyle Heights and California State University Los Angeles (CSULA).

Claudia is a 22-year-old immigrant youth who came to the United States as a very young child in 2001. She has firm roots in Los Angeles and has been residing in Boyle Heights nearly her entire life. Claudia has been an active member of her community and started getting involved in community organizing as a teenager.

Claudia attended Roosevelt High School where she was involved in college preparatory programs. Upon graduation from high school, she attended UC Santa Cruz. She transferred to CSULA where she is currently pursuing a B.A. in Latin American Studies. Claudia has been an active member of the Immigrant Youth Coalition (IYC) and California Immigrant Youth Justice Alliance (CIYJA). Recently she was awarded the prestigious opportunity to participate as a Dream Summer intern.

While she was a UCLA Dream Summer intern Claudia developed educational tools and curriculum to empower low-wage workers and advance the educational goals of youth. She served as an advocate for the most vulnerable populations in Southern California, and did so with humility, respect, and passion. She is one of most responsible people to have gone through the program.

CAR 0258

Claudia is eligible for DACA and should not be detained or in removal proceedings. We ask that she be released immediately so she may apply for DACA, be with her family, attain her educational goals, and continue being an incredible asset to our community.

Best regards,

Victor Narro
Project Director
UCLA Labor Center
PII
675 S. Park View St. Los Angeles, CA 90020

CAR 0259

79

June 5, 2017

To Whom It May Concern:

My name is Luz M. Mendoza, aunt to Claudia Rueda Vidal.  I currently live at [PII] Los Angeles, CA  90063.  My niece was taken into custody on 5/18/17 from the address mentioned above.  I am asking that you please consider the facts to why my niece was taken into custody and if legally appropriate, that you please release her to me.  I am a United States Citizen and have lived here in California for over 41 years.

My niece Claudia has been a very intelligent, courageous, well mannered young lady and a good person.  Her goals have always been to study hard so she can succeed in life.  I know for a fact that she will thrive in life due to her determination in getting a career.  She has worked and volunteered for different entities and has been very involved in her community.  Needless to mention she has been a  law abiding citizen in the 16 years she has lived here in California.

I will compromise in keeping my niece Claudia here with me if you release her and I will make sure that she continues in the same path she was following when she was taken from us.  This is a person who I know will make a difference in this community and in this country if you allow her to remain.

If you have any additional questions or any concerns regarding my niece, please feel free to contact me at [PII] or via email at [PII].  Thank You.

Attentively,


Luz M. Mendoza

CAR 0260

To whom it may concern,

My name is Eduardo Iboa. I am a United States Citizen .I write this letter in support of Claudia Sarahi Rueda Vidal (A ███PII███ ). I personally known Claudia for the past 10 years since I started dating her sister who is now my wife Arlene Iboa.  Ever since I met Claudia, I would see her commitment to education. School has always been her priority. Ever since she started high school Claudia would spend her whole day in school resuming from her AP classes to after school activities and clubs. Finding ways and opportunities to get to a good University was her main goal. Claudia is the first person in her family to attend a University, it is a shame that her Education had to be put on hold for unfair immigration policies. Claudia is a prominent active member of her community her main goal is helping others and fighting for what she believes in. Claudia is not dangerous, nor a criminal and represents no harm.  I support her request for a reasonable bond, I ask you to please let Claudia apply for DACA and let her continue with her education, Claudia is the future she has so much to offer.

Sincerely ,

Eduardo Iboa

CAR 0261

81

To Whom It May Concern:

I am writing this letter on behalf of my dear friend and academic peer, Claudia S. Rueda, born PII 1995, Alien number PII I first met Claudia in 2016, at the orientation ceremony for my first semester at California State University, Los Angeles where we are both majoring in the Latin American Studies Program. We have shared 3 classes together, which would have totaled in a number of 5, had her education not been grossly interrupted by her detention. In addition to complicating her academic career and placing her bright future as a scholar at risk, Claudia's current detention has also incurred great emotional distress for me as her close friend.

As cohorts, we have worked side by side in group projects, studied together for exams, as well as organized extracurricular activities as part of CSULA's Latin American Studies Society. I was immediately taken aback by Claudia's quiet wisdom, compassionate disposition and responsible work ethic. Her nuanced qualities are far beyond what I've experienced from other students of her age. I am a community college transfer student who had trouble navigating the university system, however Claudia was immediately there for me, offering help before I asked for it. She assisted me with enrolling for classes and even applying for scholarships. As her peer, I saw her repeat this behavior in countless situations with many fellow students. Claudia assisted other students with school paperwork as she did for me. She helped coordinate transportation for parent-students with busy schedules. She took the extra time to help students who learned english as a second language because she believed language alone does not define a student's academic potential.

Claudia was with with her fellow Latin American Studies students on campus the day that she received a phone call from her mother alerting her of Sheriffs at their residence. She departed immediately but we did not know that it would be the last day we would see her at school. When Claudia's mother was detained by CBP, I saw a side of her I wish I didn't have to. I saw her courageous and peaceful demeanor shaken by grief and fear. She not only had to reallocate her time to defending and organizing for her mother's release, she also had to change her residence out of fear of being detained herself. News of her mother's detention rippled through our campus, placing undocumented students and students of mixed status families in intense fear. Our teachers had to find time before lecture to address the fear and confusion that followed Claudia's absence in our classrooms. Support meetings were called for with counselors.

So many students approached me in and out of class to ask me, "What happened to Claudia?" Out of concern, my professors asked me how I was doing, but I always answered that I was fine because I wanted to be of emotional support to Claudia. In this letter I will disclose that I was emotionally torn, unable to concentrate because all I could think of was the terrible situation facing my friend; I wanted to do more but I thought I couldn't. However, through community support, and Claudia's resilience, her mother was released on bond. By that point in the semester however, we were in our final examinations; the damage was done and Claudia was

CAR 0262

not able to complete her classes in the traditional manner. The work she was so used to doing for her community she now had to do for her own mother.

I am writing this to give you an impression of the type of individual Claudia is and what contributions she has made to her home community and our campus community. I am writing this to implore that you not define Claudia on the status of her legality alone; that you may take into account the stories found within the letters from her professors, fellow students and other community members who have all been touched by her presence and deeply hurt by her absence. I echo the support of leaders such as CSULA president William A. Covino who has called local representatives in support of her, and am respectfully asking that you release Claudia S. Rueda and prevent an unnecessary deportation. The deportation of Claudia and the related process would bear substantial emotional and financial consequences not just for Claudia, but for her peers, friends and family.

News of her detention came as an overwhelming shock to us, her classmates, because earlier that same day of we were engaged in an email thread with Claudia, planning to meet with her in hopes of showing her the love she always demonstrated to us. Two people had volunteered their homes, dates were being considered. We never got the opportunity to do this. It pains me to think that now we will have to resort to visiting Claudia within the limited interaction allowed at a detention center in order to try to raise her spirits. I have had to weigh the possibility of her being transferred elsewhere far from us in another state, or worse, deported back to Sonora, Mexico where she may be subjected to heightened danger as a young woman. These thoughts are with me everyday. I share them with you, along with examples of her upright and exemplary character in the hopes and prayers that they'll be taken into consideration towards the prosecutorial discretion necessary to free Claudia S. Rueda. Please release my dear friend so she may return to the campus community that greatly misses her presence.

Sincerely and respectfully,

Gredma Dalesy Casasola

Latin American Studies Undergraduate
California State University, Los Angeles

CAR 0263



CAR 0264

Javiera Torres

Re: Claudia Sarahi Rueda Vidal
A# [PII]
DOB [PII] 1995

To Whom it May Concern,

    My name is Javiera Torres and I am writing this letter in support of Claudia Sarahi Rueda Vidal born on [PII] 995. My heart is heavy as I write this letter knowing that our beloved friend Claudia is in detention, several hours away from her hometown and somewhere other than with those who love and care for her. I met Claudia about three years ago while we both attended UC Santa Cruz. As soon as I met Claudia I was able to see how brilliant and powerful she was. She was on her first year of college, she had graduated high school just a few months earlier, but she was extremely wise and mature. I was able to share space with Claudia on several occasions, since we were both very involved on campus and constantly working to support and advocate for resources for the communities we came from. During my last year at UC Santa Cruz and Claudia's second year there, we ended up living together for 6 months. I saw Claudia constantly checking in with her family and saw the pain she carried because of having to be several hours away from her hometown. Even though our household was not perfect and there was often times tension, Claudia was always the one that got along with everyone and would bring calmness in the midst of chaos. She would encourage us to hold house meetings and have dialogue with one another when tensions arose. She would always follow through with her assigned chores and spent countless hours studying.

    For the purpose of presenting an example of how loved she was, I will tell you about a time in which she was applying for an herbalist and healers retreat. Everyone in the household knew how passionate she was about this and also very clearly saw that she already had that healer in her, so this retreat felt very appropriate. The only problem was that it was a bit of a financial burden for her, so as a household we all came together and contributed funds so that she could pay for her trip. I share this to highlight how loved she was and how quickly she built community everywhere she went. After about 6 months of living together, I found out that Claudia was going to be moving back to Los Angeles, her hometown, to be closer to her community and her family. Although we were all sad to see her leaving, we also supported her decision to leave and reunite with those she had grown up with. Even though moving back to Los Angeles would be yet another period of transition for her, she quickly enrolled at CSU Los Angeles and has continued to carry forward with her studies, while still working, caring for her family, and standing up in moments of injustices in her community of Boyle Heights.

CAR 0265

Claudia has been in the United States most of her life and needs to continue to be here. Her family is here, her friends are here, her community is here. The United States is where her support systems are. She is respected and loved in all the spaces she has been a part of. This is because we all see how brilliant, sweet, humble, and powerful this woman is. She is a protector of those she loves and for this reason will naturally speak up when she sees that her community and loved ones are under attack. Her family needs her, Boyle Heights needs her, her close friends need her, her chosen family needs her, even those who have shared space with Claudia in the past need her. Claudia is missed and we need her to be released now. I ask that you release Claudia and allow her to reunite with her loved ones, and to apply for DACA with USCIS.

Sincerely,

Javiera Torres
B.A. Community Studies, UCSC

CAR 0266



CAR 0267

Carlo Ignacio Gutierrez

Re: Claudia Sarahi Rueda Vidal

A#  PII

DOB PII 1995

To Whom it May Concern,

　　My name is Carlo Ignacio Gutierrez and I write this letter in support of Claudia Rueda, born on PII 1995. It truly pains me to learn about Claudia being detained. I met her in her first year at UCSC in 2014, she quickly developed a reputation for being knowledgeable and capable of going in depth about topics most of us were getting to learn about. But she is a also a generous and sweet person. Despite having just graduated from high school, she represented qualities of leadership that seasoned educators have. I got to know her because we were housemates for half of her first year, and because we were friends and we would hang out with a group of friends. Claudia's first year at UCSC was difficult for her because she worried constantly about her family back home in Los Angeles, and being far away for the first time was a hard transition for her. Despite the many challenges she faced, she was incredibly gentle and supportive to her community in Santa Cruz. Our household carried tense dynamics, but Claudia provided guidance in resolving our disputes. In our conversations, she ensured open communication and pushed us to be more empathic and understanding towards our differences. In return, people who knew and loved Claudia would try to support her with whatever she needed. She received support in finding housing, moving, applying and participating in conferences and workshops. Claudia did not finish her first year at UC Santa Cruz, but that was not a failure considering how much light and hope she brought to all the people she connected to in Santa Cruz.

　　Claudia eventually transferred to CSU Los Angeles and continues to be an inspiration to her community in Boyle Heights. She is a hard working student and a leader in her community. Deporting Claudia would be unjust and violent, since her family and her community is here in the States. She is an incredibly bright and amazing person, with determination for greatness. I ask that you release Claudia Sarahi Rueda Vidal and permit her to apply for DACA with USCIS.

Sincerely,

Carlo Ignacio Gutierrez

B.A. Latin American and Latino Studies/Sociology, UCSC

CAR 0268



CAR 0269

89

May 21, 2017

To whom it may concern, I write to ask that you please release Claudia Rueda Vidal, DOB PII 95, immediately. I am a US Citizen. My name is David Ricardo Abad-Starbourn. My date of birth is October 16th, 1992. I work as an organizer with the National Day Laborer Organizing Network. I am Claudia's friend, and have known her ever since I came to LA about a year and a half ago. Ever since I met Claudia I was struck by her kindness and her level-headedness, as well as her intelligence. Claudia has almost an aura of calm about her, yet has a really good humor and is a joy to laugh with. We first started working together through Immigrant Youth Coalition (IYC). She immediately became a good friend of mine, and is an integral part of our friend group. Whenever we had meetings, Claudia would always make sure everyone was well fed, and always came with food in hand, even if she had to pay for it from her own money. Claudia is an essential part of our community and friend group. She is a friend, a confidant, a shoulder to cry on, and a rock of stability for many of my friends. Her absence from us is devastating and so difficult to deal with. I am completely heart broken knowing she is detained. Claudia does not deserve this. She poses absolutely no threat to public safety. On the contrary, she is the reason many of us feel safe and supported. If Claudia is released, she is more than welcome to stay with me as long as she needs. I am also willing to financially support her. She means so much to so many of us, please do not keep her detained any longer and allow her to come back to her mother and our community which has already suffered so much. Thank you.

Sincerely,

**CAR 0270**



SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

UNITED STATES OF AMERICA

Type / Type / Tipo   Code / Code / Código   Passport No / No du Passeport / No de Pasaporte
P          USA                              PII

Surname / Nom / Apellidos
ABUD-STURBAUM

Given Names / Prénoms / Nombres
DAVID RICARDO

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
PII

Place of birth / Lieu de naissance / Lugar de nacimiento
MEXICO

Date of issue / Date de délivrance / Fecha de expedición
25 Apr 2011

Date of expiration / Date d'expiration / Fecha de caducidad
24 Apr 2021

Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

Sex / Sexe / Sexo
M

Authority / Autorité / Autoridad
United States
Department of State

USA

P<USAABUD<STURBAUM<<DAVID<RICARDO<<<<<<<<<<<
PII

CAR 0271

To whom it may concern,

    As a friend, classmate, and fellow member of the Latin American Studies Society at Cal State L.A., I can attest to Claudia S. Rueda's (D.O.B. ⬛PII⬛ 1995; A# ⬛PII⬛) character of being compassionate, caring, understanding, and emphathetic. She is an invaluable member of our shool and community. Claudia is the type of person we need to encourage as a student and embrace as a community leader. She deserves a chance to continue her pursuit of a higher education, not only for our benefit, but for all of us who are a part of her community, which is better with her in it.

Sincerely,
Rigoberto Quintana
President of the
Latin American Studies Society
at Cal State, L.A.

CAR 0272

Scanned by CamScanner



**CAR 0273**

Scanned by CamScanner

To Whom It May Concern,

My name is Monique Aldrete, I am writing this letter on behalf of Claudia Sarahi Rueda Vidal (A█████PII█████ I am a UCLA graduate and current LMU graduate student that resides in the city of Boyle Heights. I have known Claudia for 10 years and met her because she is my Uncle's girlfriend's sister. She also attended Roosevelt High School and graduated the year after I did. During our time together at Roosevelt, we were both in the Magnet program and were in the volleyball team together. She would often walk me home after practice because her home was on the way to mine and she said she did not like me walking home alone. Claudia is one of the most thoughtful and caring person I have ever met; she puts other before herself and listens to whatever you have to say and tries to help you in any way she can. That is why I'm writing this letter, because once I heard she was detained I was very heartbroken that someone so genuine and loyal to her people had been taken away from Boyle Heights and awaits deportation.

Claudia is a prominent active member of the community in Boyle Heights and I admire her strong will and determination to fight for what she believes is right. From what I can remember, her engagement within the community started in her freshman year at Roosevelt, through her 2 years at UCSC and continued until the day she was detained. I have never met someone so dedicated as Claudia; she helps speak out for others when we cannot even speak ourselves. Until this time and day, I can say that there is a gaping hole in our community of Boyle Heights and we all truly miss her presence. She is much needed in this community and she would not stop to help others therefore I am reaching out because I will not stop fighting for her until she is returned home safely to her mother, Teresa Jaime Rueda Vidal and her dear sister, Arlene Iboa. A mother should never be separated from her daughter so I ask you if you can please return Claudia to where she belongs: her beloved home in Boyle Heights.


Sincerely,

*Monique Aldrete*

Monique Aldrete

CAR 0274

au



CAR 0275

To whom it may concern:

My name is Mimi Li. I am writing in support of Claudia S. Rueda (DOB PII 95 # PII) who is a fellow student at Cal State LA, where we both attend university. Claudia is a kind and compassionate person who has brought joy to the lives of many others on campus as well as local community. She has been nothing but a positive influence for everyone. Please allow Claudia to apply for Deferred Action for Childhood Arrivals (DACA) with the United States Citizenship and Immigration Services, and stay in the United States with her loved ones. Thank you.

Kind Regards,

Mimi Li

96



**CAR 0277**

97                                                                                               1/1

May 20, 2017

**To whom it may concern,**

My name is Blanca Estela Aldrete. I am writing this letter on behalf of Claudia Sarahi Rueda Vidal
[PII] I am a US citizen and I've known Claudia for more than 10 years, she is my brother's sister in-law.  She is also my daughter's friend, they attended Roosevelt High School in Boyle Heights.  I remember seeing Claudia everyday walking to school with her big bag pack and carrying books in her hand.  I will sometimes offer rides to school or back home and she will always say; no thank you I like walking because it helps me think or no I'm going to Starbucks to do homework. Even at family parties she will only go for a while and say I need to go study.   She is a very bright and intelligent young lady.  She has always been focused on her goals and involved in helping others as an immigrant rights activist.  It's so devastated what her family is going through, first her mom was detained and now it's her. I saw her puffy red eyes every morning of crying for her mother but keep strong and with faith.  How she woke up early and said today I need to do this.... For my mother.  Now it's our turn to help this young women get reunited with her family and let her apply for DACA so she can accomplish one of her goals complete her education at CAL STATE LA.  So, I ask you to please take in consideration this plea to release Claudia Sarahi Rueda Vidal.

Sincerely

*Blanca Estela Aldrete*

Blanca Estela Aldrete

CAR 0278

98



CAR 0279

99

To whom it may concern,

My name is Estela Aldrete and I am currently a student at California State University Polytechnic Pomona. I am writing this letter on behalf of Claudia Sarahi Rueda Vidal [PII]. I am an American citizen and I have known Claudia for 10 years. I know Claudia because she is my uncle's wife's sister and we attended the same high school. Claudia was generous and helped me with my high school classes and continues to guide me through my college courses. Claudia is an active community member while also attending Cal State University Los Angeles. Claudia has never been in any type of trouble. In fact, she is a peacemaker. Anyone who has met Claudia knows that she is the most nicest and hardworking person. I was devastated when I was informed that Claudia was detained by ICE on a Thursday morning while moving her mother's car because of street cleaning. My heart dropped because I cannot imagine Claudia being away from my nor her family. I ask you to please take in consideration this plea to release Claudia Sarahi Rueda Vidal.

Sincerely,

Estela Aldrete

CAR 0280

100



101

To whom it may concern,

My name is Erica Aldrete. I am writing this letter on behalf of Claudia Sarahi Rueda Vidal (A███PII███) I am an American citizen and I've known Claudia for over 10 years. I am a close best friend to her older sister. Never have I seen Claudia in any kind of danger or post a threat to others. She has always been involved in school, family and social life. I watched her grow into the strong independent women she is now. From her younger youth in Boyle Heights, graduating from Roosevelt High school home of the mighty rough riders, to getting accepted into UC Santa Cruz. A big step for her then sooner transferring to Cal State LA. Where she deserves to be and finish her future. No child person should be left behind. Although she is not an American citizen, she is considered a dreamer. A dreamer who is full of integrity and cultural values. So, I ask you to please take in consideration this plea to release Claudia Rueda.

Sincerely,

Erica Aldrete

CAR 0282

102



CAR 0283

103

May 21, 2017

To Whom It May Concern:

This letter is in support of Claudia S. Rueda (A# PII          I am a student at Cal State LA and I have known Claudia for a little over a year as a student and friend. It is a shame that Claudia's education has come to a hold because of the unfair immigration policies bestowed on our community by the new U.S. administration. Nobody should be targeted, especially students like Claudia. Claudia is not only an exemplary student, but she is a wonderful young woman who cares about her family and her community. As I mentioned, I have gotten to know her and seen the commitment she has for education, family, and community. I also had the pleasure of working with her in many of our school projects and I know that her contributions to our community are many. Claudia is not dangerous, nor a criminal, nor would she ever hurt anybody. In fact, she has dedicated the majority of her time to help those in need. I ask you to please reconsider and allow Claudia to apply for the DACA program. If you giver her the opportunity to finish her education, I know for a fact that she will do great things with it and work hard to better our community. Thank you for taking the time to read this, and again, I beg you to reconsider and allow Claudia to remain with us and finish her education at Cal State LA.

Best regards,

Carolina Santillan
CSULA Student



CAR 0284

104

May 21, 2017

RE: Letter of Reference for Claudia Sarahi Rueda Vidal

To whom it may concern,

My name is Jonathan Bibriesca, a friend of Claudia Sarahi Rueda Vidal. I met Claudia while she worked with a youth leadership development organization in 2015. Claudia worked with under-represented youth and provide to them tools to access higher education. Ms. Rueda Vidal has always demonstrated eagerness to learn, grow, and succeed all while giving back to her community. Claudia is an extraordinary member of our community whose life is rooted in this country. Claudia is a mentor and a leader, and many youth in her community look up to her for her strength in navigating against adversity and continuing higher education.

Claudia is a dedicated, loving and inspirational person with a great future ahead of her. From a personal standpoint, she has been respectful and caring with all youth. She earned the trust and friendship of all of us working close with her. I have no problem in vouching for character. I am grateful to have crossed paths with Claudia. I wish I could return the kindness she has shown to me and let her feel welcomed back in her home.

I am happy to provide any further information if required. My number to be reached at is

Sincerely,
Jonathan Bibriesca, MSW



To Whom It May Concern:

My name is Lysander Valenzuela. I am writing this letter on behalf of Claudia S. Rueda [PII] -- DOB: [PII] 1995). I am an American citizen and have known Claudia for over 4 years through friendship and working on our undergrad education at California State University of Los Angeles (CSULA). She is a dedicated friend, sister, daughter, worker, and student. As her friend, I know that she loves her family, is passionate about getting her degree at CSULA, and has impacted so many people's lives--including my own--in so many positive ways. Her professors constantly tell her that she is in the top of her class, that her work always goes above and beyond, and that they see great accomplishments in her future as a grad student in Los Angeles and in the United States. Her university, community, family, friends, and co-workers are privileged to have Claudia in their lives. Her life is in Los Angeles; her life is with us. Therefore, I ask that you please release Claudia S. Rueda so that she can be reunited with her family, friends, classmates, and loved ones.

Sincerely,

Lysander Valenzuela

CAR 0286



CAR 0287

To whom it may concern:

My name is Abraham Venegas and I am a U.S. citizen. I know Claudia S. Rueda (A// ████ PII ████ DOB: ██PII██ 95) for over 2 years as a friend and classmate attending Cal State University Los Angeles. We had share numerous classes and discussions between us and Claudia has always been a kind person full of passion for her education and family. She's a honest and hard-working student and always willing to help out her classmates. Claudia has always express her love for her community and helping other people in need. As a human being she's an inspiration always willing to give you space to make sure if your doing alright. So, I ask you to please release her so she can return to her family and friends. I deeply please miss Claudia as her detention is affecting an entire community. Take this letter to condensation for the release of Claudia so she can be released back to her loved ones.

Sincerely,

Abraham Venegas

Abraham Venegas

CAR 0288



**CAR 0289**

109

To whom it may concern:
May 21st, 2017

My name is Carissa Alvarez, a United States citizen, and I am writing on behalf of Claudia S.
Rueda (A# ███PII███ DOB: ██PII██ 95) as not only a concerned and distraught member of the
community, but as well as a peer and friend. I met Claudia at Cal State University Los Angeles in
our program organization, Latin American Studies Society, about a year ago. During the time that
I have known Claudia, she has been nothing but kind, compassionate, thoroughly helpful, and a
wonderful member of the Cal State Los Angeles community. Her detention has caused a deep
distress within the community, as we want nothing more than to have her return safely to her
family, her home, and her education. Los Angeles is where not only her home is, but her life as
well, and she has only positively contributed to the community at large. Her kindness and
vibrancy are thoroughly missed, and the hole left in our community without her will by no means
be filled until she is home.

Thank you very much for your time as well as your consideration in the release of Claudia. If
there are any questions as to the statements made above, please see my contact information
below.

Sincerely,

Carissa Alvarez
15939 Beta Ave.
Bellflower, CA 90706
██████PII██████

CAR 0290

160





CAR 0291

05/21/2017

To whom this may concern.

In regards to:

Claudia S. Rueda
Date of Birth ██PII██ 995
Alien number: A ████PII████

My name is Rosemary Giron. I am writing this letter in support of Claudia S. Rueda, holding alien # ███PII███ met Claudia last year at California State University, Los Angeles where we are both students. Prior to officially meeting Claudia, I knew her as someone who is a supportive member in the community from common friends. Further, it was clear to me that she is dedicated to her education because I often crossed paths with Claudia in study areas on campus. I officially met her last year when students called to discuss concerns about our education. It has been disheartening knowing that Claudia's education was interrupted by border patrol who have unjustifiably targeted her. I have an understanding that Claudia is eligible for DACA but has not been able to pay and so continued to be a vulnerable student.

I have gotten to know Claudia more this year because we started working closely together to rebuild the Latin American Studies Society. We hope this space is both one that is supportive to students in Latin American Studies, which she is majoring in. I've gotten to know Claudia more while working together in this common goal that we believe is not only essential to the college experience but further, necessary for the success of our student body. Those of us distraught by Claudia's detention have reached out to faculty who've been very supportive. Claudia's professors have also express that she is a motivated student that excels and stand with students who request that Claudia be released. They have communicated this to our school administration, including President William Covino, who has reached out to Congress and government agencies seeking assistance for Claudia S. Rueda.

This letter is my statement in support of Claudia, that the aforementioned is my testimony that she is not a threat, far from this Claudia is essential to the community on and off campus of Cal State University, Los Angeles. I request that Claudia S. Rueda be released from detention as soon as possible so that she may resume her studies and resume her life with her family and friends in Los Angeles where she has lived most of her life.

Sincerely,

Rosemary Giron
Sociology Undergraduate
California State University, Los Angeles

CAR 0292

112

To whom it may concern,

My name is Lizvette Flores and I have known Claudia S. Rueda, DOB: ██95 and Alien #
████PII████ for a couple of months. Both of us are students at Cal State LA and run in the same
social circles. Claudia is an excellent and dedicated student in the Latin American Studies
program. She is a very friendly and warm person who was kind enough to offer her space to a
fellow comrade during their time of need. Her work on campus and in the LA community is
inspiring to me as a social work graduate student. Claudia sets an example as to how social
workers should be helping organize and mobilize people in their respective communities. Her
efforts in fighting to get her mother out of custody showed her love and dedication to her family.
We need more people like Claudia at our school and our community, which is why she must be
released immediately. She is not a danger to others. Her life is here in the U.S. Claudia has the
right to continue her education at Cal State LA without fear of deportation.

Sincerely,

Lizvette Flores

CAR 0293

May 31, 2017

To Whom It May Concern:

My name is Alicia Moseley, I would like for you to please free Claudia Saralri Roelá Vidal, born in PII 95. Alien number PII I met Claudia a year ago in Cal State LA University. Claudia became my friend because of her kind heart and her willingness to helping others. She has the dream of becoming a high school teacher. I know this because we had talked that one day we want to have the opportunity to work with youth that are facing problems. She believes that a good education will made good leaders. Claudia is a very organized person that knows that her education is very important. She is an intelligent young woman that will contribute immensely to this country. It will be a loss for the USA if you do not free Claudia because you will be losing a person that can give so much to the development of this great nation. Thank you for reading this letter.

Cordially,

Alicia Moseley.

CAR 0294

114

Courtney Hanson
Studio Manager
Rudy Meyers Photography
UC Santa Cruz Graduate

May 22, 2017

Re: Claudia Sarahi Rueda Vidal (A█████ PII █████)

To whom it may concern,

My name is Courtney Hanson and I began my undergraduate career as a student at UC Santa Cruz in 2009. I now live in Sacramento, my hometown, where I manage a commercial photography studio. I lived in Santa Cruz for six years, and graduated with two degrees. It was there that I met Claudia (in 2012 to be exact). We were both active in student-led advocacy efforts to enhance public education. I loved working with her and immediately wanted to be friends with her.

Claudia is somebody you meet and never forget. She made long meetings and hard work easier because of her positive energy and charismatic leadership. Claudia is connected to so many people in her community who care for her deeply, and her absence from that community is deeply felt. Claudia is a role model to anyone who values what it means to be an active and engaged community member. Her moral character and sincere concern for every single person she meets are qualities that cannot be missed when you meet this incredible young woman.

I have been personally touched by Claudia's uplifting spirit, unconditional kindness, and passionate hard work, and I know this is not an uncommon experience. She is a truly vital part of our community.

Best regards,

Courtney Hanson

█████ PII █████

2121 I Street
Sacramento, CA 95816

CAR 0295



CAR 0296



**CAR 0297**

## *Claudia Rueda*

PII Los Angeles. CA 90023 PII

PII

### EDUCATION:

B.A. in Latin American Studies
California State University, Los Angeles

June 2018
Los Angeles, CA

### EXPERIENCE:

**Youth Organizer/Volunteer** — Feb. 2012 – October. 2016
LA-Immigrant Youth Coalition — Los Angeles. CA

- Worked fifteen hours a week with an undocumented-led grassroots organization that has seven chapters all throughout California that helps undocumented youth & families end criminalization of immigrants
- Planned logistical side of grassroots organizing, including creating agendas. outreach, strategy, & youth program development
- Coordinated conferences and facilitated workshops including weekly chapter meetings dedicated to empowering undocumented youth

**Intern** — June.2015- August 2015
UCLA Labor Center -Dream Summer Internship at Service Employees International Union

- Participated in a paid summer national internship and was placed at an international union; exposed to the formation and maintenance of a union
- Worked forty-hours a week conducting house visits to worker's homes, phone banking, and inputting data to the worker's campaign
- Participated in Blitz's to inform workers about their rights and get more union membership

**Intern** — Sep. 2013 – June 2014
UCSC Diversity and Inclusion Program — Santa Cruz, CA

- Worked ten hours a week with a program that boosts cultural competency and helps students of color develop professional skills
- Performed clerical duties, including, but not limited to, answering phone calls, filing paperwork, and helping guests navigate the program's resources
- Promoted program events through student outreach by posting flyers around campus and posting to the program's Facebook page

**Peer Adviser** — Sep. 2012 – June 2013
Roosevelt High School College Corner — Los Angeles, CA

- Answered students' questions about applying to universities and junior colleges, and directed them to college-prep resources such as SAT and ACT study guides
- Helped students with navigating college applications and writing personal statements

### SKILLS:

- Bilingual: Fluent in Spanish
- Microsoft Office
- Google Apps
- Facebook
- Twitter

CAR 0298

# OS ANGELES UNIFIED SCHOOL DISTRICT
## OFFICIAL HIGH SCHOOL TRANSCRIPT

JEDA, CLAUDIA SARAHI  
**PII**  
os Angeles, CA 90023  
23)809-5981  
G: **PII**

Birth 01/05/95 Sex F  
Ver: Birth Certif.  
Brthpl: Mexico  
ID# **PII** Grade 12  
Class of 2013

**Roos MAGMathSci**  
456 S MATTHEWS ST  
Los Angeles, CA 90033  
(323)780-6500  
CEEB: 054436  04/30/13

---

evenson Mid                     Grade=08  
rm Ending 02/06/09

| ass Title | Credits | Marks | WH | CO |
|-----------|---------|-------|----|----|
| ALGEBRA 1A | 5.0 | A | E | E |

---

evenson Mid                     Grade=08  
rm Ending 06/19/09

| ass Title | Credits | Marks | WH | CO |
|-----------|---------|-------|----|----|
| ALGEBRA 1B | 5.0 | A | E | E |

---

sev MSTecCtr                    Grade=09  
rm Ending 02/05/10

| ss Title | Credits | Marks | WH | CO |
|----------|---------|-------|----|----|
| LISH 9A | 5.0 | A | E | E |
| NCH 1A | 5.0 | C | E | S |
| H TUT LAB A | 5.0 | A | E | E |
| METRY A | 5.0 | B | E | E |
| YBL, V GIRL | 5.0 | A | E | E |
| OLOGY A | 5.0 | A | E | E |
| MS1 9TH | 0.0 | NM | E | E |

---

sev MSTecCtr                    Grade=09  
Ending 06/21/10

| s Title | Credits | Marks | WH | CO |
|---------|---------|-------|----|----|
| ISH 9B | 5.0 | A | E | E |
| CH 1B | 5.0 | B | S | S |
| TUT LAB B | 5.0 | A | E | E |
| ETRY B | 5.0 | A | E | E |
| BL, V BOYS | 5.0 | A | E | E |
| OLOGY B | 5.0 | A | E | E |
| 31 9TH | 0.0 | NM | E | E |

---

ESCALANTE PROG                  Grade=09  
Ending 08/17/10

| Title | Credits | Marks | WH | CO |
|-------|---------|-------|----|----|
| RA 2A | 5.0 | A | | |
| RA 2B | 5.0 | A | | |

---

MAGMathSci                      Grade=10  
Ending 02/11/11

| Title | Credits | Marks | WH | CO |
|-------|---------|-------|----|----|
| SH 10A | 5.0 | B | E | E |
| 2A | 5.0 | B | S | E |
| ATH AN A | 5.0 | B | E | E |

---

CommMedia                       Grade=10  
nding 02/11/11

| Title | Credits | Marks | WH | CO |
|-------|---------|-------|----|----|
| , V GIRL | 5.0 | A | E | E |

---

AGMathSci                       Grade=10

Roos MAGMathSci                 Grade=10  
Term Ending 06/24/11

| Class Title | Credits | Marks | WH | CO |
|-------------|---------|-------|----|----|
| CHEMISTRY B | 5.0 | B | E | E |
| WHG: MOD WLD B | 5.0 | A | E | E |
| ADVIS LF SK B | 2.5 | A | E | E |

---

Roos MAGMathSci                 Grade=11  
Term Ending 02/03/12

| Class Title | Credits | Marks | WH | CO |
|-------------|---------|-------|----|----|
| EXP COMP SCI A | 5.0 | A | E | E |
| AP ENG LANG A | 5.0 | C | E | E |
| FRENCH 3A | 5.0 | A | E | E |
| AP CALCULUS A | 5.0 | B | E | E |
| VLLYBL, V GIRL | 5.0 | A | E | E |
| PHYSICS A | 5.0 | B | E | E |
| AP US HIST A | 5.0 | B | S | E |
| MAGNET ADVISRY | 2.5 | A | E | E |

---

Roos Law & Govt                 Grade=11  
Term Ending 02/03/12

| Class Title | Credits | Marks | WH | CO |
|-------------|---------|-------|----|----|
| POLICE OFF TRN | 5.0 | A | E | E |

---

Roos MAGMathSci                 Grade=11  
Term Ending 06/19/12

| Class Title | Credits | Marks | WH | CO |
|-------------|---------|-------|----|----|
| EXP COMP SCI B | 5.0 | B | E | E |
| AP ENG LANG B | 5.0 | C | E | E |
| SENIOR SEMINAR | 0.0 | Pass | | |
| FRENCH 3B | 5.0 | A | E | S |
| AP CALCULUS B | 5.0 | B | S | E |
| VLLYBL, V GIRL | 5.0 | A | E | E |
| PHYSICS B | 5.0 | D | S | E |
| AP US HIST B | 5.0 | B | E | E |
| MAGNET ADVISRY | 2.5 | A | E | E |
| SERVICE LEARN | 0.0 | Pass | | |

---

Roos Law & Govt                 Grade=11  
Term Ending 06/19/12

| Class Title | Credits | Marks | WH | CO |
|-------------|---------|-------|----|----|
| SEC GUARD TRNE | 5.0 | A | S | S |

---

Roos MAGMathSci                 Grade=12  
Term Ending 12/14/12

| Class Title | Credits | Marks | WH | CO |
|-------------|---------|-------|----|----|
| WORLD LIT | 5.0 | A | S | E |
| AP STATSTICS A | 5.0 | C | S | E |

---

Roos Law & Govt                 Grade=12  
Term Ending 12/14/12

CAR 0299

rm Ending 02/11/11

| .ass Title | Credits | Marks | WH | CO |
|---|---|---|---|---|
| EMISTRY A | 5.0 | B | E | E |
| G: MOD WLD A | 5.0 | A | E | E |
| VIS LF SK A | 2.5 | A | E | E |

os MAGMathSci                    Grade=10

rm Ending 06/24/11

| ass Title | Credits | Marks | WH | CO |
|---|---|---|---|---|
| GLISH 10B | 5.0 | A | E | E |
| ENCH 2B | 5.0 | B | S | S |
| /MATH AN B | 5.0 | A | E | E |

os CommMedia                     Grade=10

rm Ending 06/24/11

| ss Title | Credits | Marks | WH | CO |
|---|---|---|---|---|
| YBL, V GIRL | 5.0 | A | E | E |

SEE ELA P 03/09/11   Math P 03/09/11

| Class Title | Credits | Marks | WH | CO |
|---|---|---|---|---|
| CHOIR SH A | 5.0 | A | E | E |

Roos MAGMathSci                  Grade=12

Term Ending 12/14/12

| Class Title | Credits | Marks | WH | CO |
|---|---|---|---|---|
| ADV BIO A | 5.0 | B | E | E |
| AP GOVT & POL | 5.0 | B | S | S |
| HOMEROOM | 2.5 | A | E | E |
| PEER COUNSEL | 5.0 | A | E | E |

Transcript is official when signed
by school official.

CAR 0300



# Theodore Roosevelt High School
## Math, Science and Technology Magnet Academy

This certifies that

### Claudia Sarahi Rueda

has been found worthy in Character and Citizenship and has satisfactorily completed the Course of Study in accordance with the requirements for graduation of the Los Angeles Unified School District and is therefore awarded this

# Diploma

Given at Los Angeles, California, this thirtieth day of June, two thousand and thirteen.

President, Board of Education

Superintendent

Principal

CAR 0301

120

**Unofficial Transcript**

California State University, Los Angeles

5151 State University Drive

Los Angeles, CA 90032

United States

Name     : Claudia Rueda

Student ID:  ▮▮ PII ▮▮

Sex      : Female

Address  :  ▮▮ PII ▮▮

          Los Angeles, CA 90023
              United States

Print Date  : 2017-05-04

Requested By : Claudia Rueda

             - - - - -  **Transfer Credits**  - - - - -

**Transfer Credit from East Los Angeles College**

Applied Toward Natural & Social Sciences Program


Incoming Course

SOC     011        RACE & ETHNIC RELATIONS              3.00 A
2016 SPR


Transferred to Term Fall Semester 2016 as

GES     D         SOCIAL SCIENCE          3.00    3.00 A
  12.000


Incoming Course

POL SCI  001       GOVERNMENT OF UNITED STATES          3.00 B
2016 WINT


Transferred to Term Fall Semester 2016 as

POLS    1000      GOVT & AM SOC           3.00    3.00 B
  9.000


Incoming Course

PERSDEV 020        THE SCOPE OF CAREER PLANNING         3.00 A
2011 SPR


Transferred to Term Fall Semester 2016 as

GES     E         LIFELONG UNDERSTANDING  3.00    3.00 A
  12.000


Incoming Course

METEOR  003        INTRO TO WEATHER & CLIMATE           3.00 D
2016 SPR

CAR 0302

121

Transferred to Term Fall Semester 2016 as

GES        B1LEC   PHYSICAL SCI - LECTURE ONLY        3.00      3.00 D
    3.000


Incoming Course

KIN      346        BODY TONING                                    1.00 A
2016 SPR


Transferred to Term Fall Semester 2016 as

KIN      1000TR    LOWER DIVISION TRF ELECTIVE       1.00      1.00 A
    4.000


Incoming Course

HISTORY  011       POLITICAL & SOC HIST OF U.S. I                  3.00 B
2015 FALL


Transferred to Term Fall Semester 2016 as

HIST     2010      UNITED STATES HISTORY TO 1877     3.00      3.00 B
    9.000


Incoming Course

HEALTH   011       PRINCIPLES OF HEALTHFUL LIVNG                   3.00 B
2016 SPR


Transferred to Term Fall Semester 2016 as

PH       1500      HEALTH AND WELLNESS               3.00      3.00 B
    9.000


Incoming Course

ENGLISH  102       COLLEGE READING & COMP II                      3.00 C
2015 FALL


Transferred to Term Fall Semester 2016 as

ENGL     2700      WHY LITERATURE MATTERS            3.00      3.00 C
    6.000


Incoming Course

ENGLISH  101       COLLEGE READING &COMPOSITION I                 3.00 C
2015 SPR


Transferred to Term Fall Semester 2016 as

ENGL     1010      ACCELERATED COLLEGE WRITING       3.00      3.00 C
    6.000


Incoming Course

COMM     104       ARGUMENTATION                                  3.00 A
2015 FALL


Transferred to Term Fall Semester 2016 as

COMM     1200      ARGUMENTATION                     3.00      3.00 A
    12.000

CAR 0303

Incoming Course

122

```
COMM      101          PUBLIC SPEAKING                              3.00 C
2016 SPR


Transferred to Term Fall Semester 2016 as
COMM      1100         ORAL COMMUNICATION            3.00   3.00 C
     6.000


Incoming Course
CHICANO  062          RELIGION IN MESOAMERICA                      3.00 A
2015 SPR


Transferred to Term Fall Semester 2016 as
GES       C2           HUMANITIES                   3.00   3.00 A
    12.000


Incoming Course
CHICANO  051          MEXICAN ART - PRE-COLUMBIAN                  3.00 A
2015 FALL


Transferred to Term Fall Semester 2016 as
GES       C1           ARTS                         3.00   3.00 A
    12.000


Incoming Course
CHICANO  003          SOC & PSYCH OF THE LATIN-AMER                3.00 B
2015 SPR


Transferred to Term Fall Semester 2016 as
GES       E            LIFELONG UNDERSTANDING       3.00   3.00 B
     9.000


Incoming Course
BIOLOGY  003          INTRODUCTION TO BIOLOGY                      4.00 A
2015 SPR


Transferred to Term Fall Semester 2016 as
BIOL      1010         GENERAL BIOLOGY              4.00   4.00 A
    16.000


Incoming Course
ENGLISH  103          COMP & CRITICAL THINKING                     3.00 W
2016 SPR


Transferred to Term Fall Semester 2016 as
XFERNA    NA           Trnsfr Crse Not Acpt                        0.00 W


Incoming Course
BSICSKL  031CE         BSIC SKLLS ALGB 2                           0.01 NGG
2010 SUMR


Transferred to Term Fall Semester 2016 as
XFERNX    500NTR       NON-TRANSFERABLE COURSE                     0.00 X
```

123

CAR 0304

Incoming Course

KIN     391-1     VOLLEYBALL I                              1.00 A
2015 SPR


Transferred to Term Fall Semester 2016 as

GES     E         LIFELONG UNDERSTANDING        1.00    1.00 A
    4.000
GES         AC    GE BLOCK A CERTIFIED                  0.00 CR
GES         CC    GE BLOCK C CERTIFIED                  0.00 CR
GES     EC        GE BLOCK E CERTIFIED                  0.00 CR
GES         AMC   GE AMER INSTITUTIONS CERTIFIED        0.00 CR

**Transfer Credit from University of California   Santa Cruz**

Applied Toward Natural & Social Sciences Program


Incoming Course

ANTH    3         INTRO ARCHAEOLOGY                      5.00 C+
 2013 Fall Qtr


Transferred to Term Fall Semester 2016 as

ANTH    1000TR    LOWER DIVISION TRF ELECTIVE    3.35    3.35 C+
     7.705


Incoming Course

CLTE    80C       UD:SOCIAL JUSTICE                      5.00 P
2013 Fall Qtr


Transferred to Term Fall Semester 2016 as

XFERLD  1000TR    LOWER DIV TRF ELECT-UNASSIGNED 3.35    3.35 P


Incoming Course

EDUC    60        INTRO TO EDUCATION                     5.00 B+
 2013 Fall Qtr


Transferred to Term Fall Semester 2016 as

XFERLD  1000TR    LOWER DIV TRF ELECT-UNASSIGNED .3.35   3.35 B+
    11.055


Incoming Course

CLTE    80D       UD:SOCIAL JUSTICE 2                    5.00 D
2014 Winter Qtr


Transferred to Term Fall Semester 2016 as

XFERLD  1000TR    LOWER DIV TRF ELECT-UNASSIGNED 3.35    3.35 D
    3.350


Incoming Course

LALS    1         INTRO LATIN AMER ST                    5.00 B+
 2014 Winter Qtr

CAR 0305

Transferred to Term Fall Semester 2016 as

XFERLD  1000TR    LOWER DIV TRF ELECT-UNASSIGNED 3.35    3.35 B+
    11.055

```
Incoming Course
MATH      2         COL ALGBRA/CALCULUS                        5.00 C
2014 Winter Qtr


Transferred to Term Fall Semester 2016 as
MATH    1000TR     LOWER DIVISION TRF ELECTIVE     3.35       3.35 C
    6.700


Incoming Course
LALS     80Q        MUSICA LATINA                             5.00 B+
2014 Spring Qtr


Transferred to Term Fall Semester 2016 as
XFERLD   1000TR     LOWER DIV TRF ELECT-UNASSIGNED  3.35       3.35 B+
    11.055


Incoming Course
SOCY     1          INTRO SOCIOLOGY                           5.00 W
2014 Spring Qtr


Transferred to Term Fall Semester 2016 as
XFERNA        NA    Trnsfr Crse Not Acpt                      0.00 W


Incoming Course
WRIT     21         THE SENTENCE IN CONTEXT                   5.00 NG
2014 Spring Qtr


Transferred to Term Fall Semester 2016 as
XFERNA        NA    Trnsfr Crse Not Acpt                      0.00 NG


Incoming Course
CLTE     80A        UD:SOCIAL JUSTICE                         5.00 F
2014 Fall Qtr


Transferred to Term Fall Semester 2016 as
XFERLD   1000TR     LOWER DIV TRF ELECT-UNASSIGNED  3.35       0.00 F


Incoming Course
CMMU     10         INTR TO CMMU ACTVSM                       5.00 F
2014 Fall Qtr


Transferred to Term Fall Semester 2016 as
XFERLD   1000TR     LOWER DIV TRF ELECT-UNASSIGNED  3.35       0.00 F


Incoming Course
SPHS     4          SPANHERITAGESPEAKERS                      5.00 F
2014 Fall Qtr
```

CAR 0306

```
Transferred to Term Fall Semester 2016 as
XFERLD   1000TR     LOWER DIV TRF ELECT-UNASSIGNED  3.35       0.00 F
```

125

- - - Academic Program History - - -

Program    : Natural & Social Sciences
2016-05-26  :  Active in Program
                 2016-05-26 : Latin American Studies Major


        - - - - -   Beginning of Undergraduate Record   - - - - -
                  Fall Semester 2016

| | | | | | |
|---|---|---|---|---|---|
| CLS | 3770 | ENVIRONMENTAL JUSTICE | 3.00 | 3.00 | A- |
| 11.100 | | | | | |
| LAS | 1500 | INTRO TO LAT AM STUDIES | 3.00 | 3.00 | A- |
| 11.100 | | | | | |
| LAS | 3020 | BLACK/LATINO RELATIONS | 3.00 | 3.00 | B |
| 9.000 | | | | | |
| PAS | 3050 | BLACK FEMINISM AND WOMANISM | 3.00 | 3.00 | A |
| 12.000 | | | | | |
| UNIV | 4000 | WRITING PROFICIENCY EXAM | | 0.00 | CR |

        TERM GPA :    3.600     TERM TOTALS :   12.00    12.00
    43.200


        CUM   GPA :    2.697     CUM   TOTALS :   90.50    80.45
    235.120


                  Spring Semester 2017

| | | |
|---|---|---|
| CLS | 4100 | LATINA/O COMMUNITIES IN U.S. |
| HIST | 4620 | MODERN LATIN AMERICA |
| KIN | 1073 | VOLLEYBALL-BEGINNING |
| LAS | 4600 | FOOD JUSTICE IN LATIN AMERICA |
| LAS | 4650 | GNDR,SEXALTY & TRNSNATNL MIGRA |
| MUS | 4580 | MUSIC OF LATIN AMERICA |

                  Fall Semester 2017

| | | |
|---|---|---|
| KIN | 1073 | VOLLEYBALL-BEGINNING |
| LAS | 3800 | LAT. AM. CITIES |
| LAS | 4820 | LATIN AMER WOMEN'S MOVEMENT |
| LAS | 4970 | INTERDISCIP APPROACHES TO LAS |
| SPAN | 1050 | ELEM SPAN HERITAGE |

**Undergraduate Career Totals**
        CUM   GPA :    2.697     CUM   TOTALS :   90.50    80.45
    235.120
            - - - - -   Non-Course Milestones   - - - - -
English Remediation - Remediation not Required
    Milestone Status: Completed
            English Remediation
        Self Reported - Completed
Math Remediation - Remediation Not Required
    Milestone Status: Completed
            Math Remediation
        Self Reported - Completed

CAR 0307



EUCLID AVENUE SCHOOL

STUDENT OF THE MONTH

EUCLID AVENUE

PANTHERS

WE HEREBY EXPRESS OUR APPRECIATION TO

Claudia Rueda

FOR THE MONTH OF ___February 2002___

Teacher

Mr. Kenneth Martin

Principal

Assistant Principal

CAR 0308

127

EUCLID AVENUE SCHOOL

EUCLID AVENUE

PANTHERS

STUDENT OF THE MONTH

WE HEREBY EXPRESS OUR APPRECIATION TO

CLAUDIA RUEDA

FOR THE MONTH OF NOVEMBER 2007

Teacher

Principal

Assistant Principal

CAR 0309

129

# Department of Homeland Security

# FOR OFFICIAL USE ONLY

THE ATTACHED MATERIALS CONTAIN DEPARTMENT OF HOMELAND SECURITY INFORMATION THAT IS "FOR OFFICIAL USE ONLY," OR OTHER TYPES OF SENSITIVE BUT UNCLASSIFIED INFORMATION REQUIRING PROTECTION AGAINST UNAUTHORIZED DISCLOSURE.  THE ATTACHED MATERIALS WILL BE HANDLED AND SAFEGUARDED IN ACCORDANCE WITH DHS MANAGEMENT DIRECTIVES GOVERNING PROTECTION AND DISSEMINATION OF SUCH INFORMATION.

AT A MINIMUM, THE ATTACHED MATERIALS WILL BE DISSEMINATED ONLY ON A "NEED-TO-KNOW" BASIS AND WHEN UNATTENDED, WILL BE STORED IN A LOCKED CONTAINER OR AREA OFFERING SUFFICIENT PROTECTION AGAINST THEFT, COMPROMISE, INADVERTENT ACCESS AND UNAUTHORIZED DISCLOSURE.

CAR 0040



EUCLID AVENUE SCHOOL

EUCLID AVENUE

PANTHERS

STUDENT OF THE MONTH

WE HEREBY EXPRESS OUR APPRECIATION TO

CLAUDIA RUEDA

FOR THE MONTH OF  February

Teacher

Principal

Assistant Principal

CAR 0311

129

# EUCLID AVENUE SCHOOL



## STUDENT OF THE MONTH

WE HEREBY EXPRESS OUR APPRECIATION TO

Claudia Ruela

FOR THE MONTH OF ___ January ___ , ___

_____
Principal

_____
Assistant Principal

_____
Teacher

CAR 0312



Euclid Ave School

Certificate of Excellence

is hereby granted to:

*Claudia Rivola*

for Reading One Million Words

Million Word Campaign

Granted: June 21, 2005

Olga Garcia, Principal        Pat Feagin, Assistant Principal

CAR 0313

131



EUCLID AVENUE SCHOOL

EUCLID AVENUE

STUDENT OF THE YEAR

PANTHERS

WE HEREBY EXPRESS OUR APPRECIATION TO

FOR

On this _____ Day of June, _____

Principal

Assistant Principal

Teacher

CAR 0314

132



EUCLID AVENUE SCHOOL

EUCLID AVE

STUDENT OF THE MONTH

PANTHERS

WE HEREBY EXPRESS OUR APPRECIATION TO

FOR THE MONTH OF _Claudia Ojeda_

_September_ 2014

Teacher

Principal

Assistant Principal

CAR 0315

# EUCLID AVENUE SCHOOL
# STUDENT OF THE YEAR

**EUCLID AVENUE**
**PANTHERS**

WE HEREBY EXPRESS OUR APPRECIATION TO

*Claudia Rueda*

FOR *Academic Achievement*

On this *20th* Day of June, *2006*

*Olga Garcia*
Principal

*Pat Hagan*
Assistant Principal

*L.P. Solorza*
Teacher

154

CAR 0316

# Robert Louis Stevenson Middle School

# Lamplighters Award

## is presented to

# Claudia Sarahi Rueda

### this 25th day of October, 2007

in recognition of 1 semester of membership in the
Lamplighters Scholarship Society

| | | |
|---|---|---|
| Teresa M. Hurtado | C Rico | Calvin Baker |
| **Pri ncipal** | **Assistant Principal** | **Counselor** |

CAR 0317

# Robert Louis Stevenson Middle School

## Lamplighters Award

Is presented to

### Claudia Sarahi Rueda

this 15th day of June, 2009

in recognition of 3 semesters of membership in the
Lamplighters Scholarship Society.

Leo Gonzalez, Principal

Counselor

Counselor

CAR 0318

# SHOUT VOLLEYBALL LEAGUE

## Claudia Rueda

In recognition to your active participation in the SHOUT After School Program.

February 16, 2010

_____
Yas Oda
Salesian Club Coach

_____
Ana Valdez
SHOUT Program Director

_____
Gina Ronquillo
SHOUT Activity Supervisor

CAR 0319

# SHOUT VOLLEYBALL LEAGUE

## Claudia Rueda

In recognition to your active participation in the SHOUT After School Program.

July 15, 2010

_____
Yas Oda
Salesian Club Coach

_____
Ana Valdez
SHOUT Program Director

_____
Gina Ronquillo
SHOUT Activity Supervisor

CAR 0320

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## WARRANT OF REMOVAL/DEPORTATION

Subject ID: **PII**
File No: **PII**
Event No: **PII**
Date: **May 26, 2017**

**To any immigration officer of the United States Department of Homeland Security:**

CLAUDIA SARAHI RUEDA-VIDAL
_____
(Full name of alien)

who entered the United States at  CALEXICO, CA _____  on  December 23, 2001
                                        (Place of entry)                        (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☐ an immigration judge in exclusion, deportation, or removal proceedings

☐ a designated official

☐ the Board of Immigration Appeals

☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
237a1B; of the INA.

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
Salaries and Expenses, Department of Homeland Security 2017

G. 6046 J. ARCHAMBEAULT
_____
(Signature of immigration officer)

Field Office Director
_____
(Title of immigration officer)

May 26, 2017, San Diego, CA
_____
(Date and office location)

ICE Form I-205 (8/07)

Alien No: PII

To be completed by immigration officer executing the warrant: Name of alien being removed:

CLAUDIA SARAHI RUEDA-VIDAL

**Port, date, and manner of removal:**

PII

Photograph of alien
removed

Right index fingerprint
of alien removed

_____

(Signature of alien being fingerprinted)

_____

(Signature and title of immigration officer taking print)

Departure witnessed by:   _____

(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____

_____

_____

_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.  ☐

Departure Verified by:   _____

(Signature and title of immigration officer)

ICE Form I-205 (8/07)

CAR 0322

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## WARNING TO ALIEN ORDERED REMOVED OR DEPORTED

Event No: SCM1705000037

A-File Number: [PII]

Date: 05/26/2017

Alien's name: CLAUDIA SARAHI RUEDA-VIDAL

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under  section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

☐ For a period of 10 years from the date of your departure from the United States because you have been found:

   ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

   ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.

   ☐ deportable under section 241 of the Act and ordered deported from the United States in proceedings commenced before April 1, 1997 under section 242 of the Act.

   ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of a United States district court, or a magistrate of a United States magistrate court.

☐ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:

   ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

   ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

   ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the  Act.

   ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

   ☐ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony, as defined under section 101(a)(43) of the Act.

After your removal has been effected you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United  States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or U.S. Department of Homeland Security office. Refer to the above file number when requesting forms or information.

---

**WARNING FOR ALL REMOVED ALIENS:** It is a crime under Title 8 United States Code, Section 1326, for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Depending on the circumstances of the removal, conviction for this crime can result in imprisonment of a period of from 2 to 20 years and/or a fine up to $250,000.00.

---

**SPECIAL NOTICE FOR SEX OFFENDERS:** Federal Law requires a convicted sex offender, including an alien who has been removed from or otherwise departed the United States and subsequently returns, to register in each jurisdiction in the United States in which he or she resides, is employed, or is a student.  Violation of this requirement can result in prosecution and imprisonment for up to 10 years under Title 18 United States Code, Section 2250.

---

(Signature of officer serving warning)          (Title of officer)          (Location of DHS office)

DHS Form I-294 (3/12)          CAR 0368 Page 1 of 1

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## WARNING TO ALIEN ORDERED REMOVED OR DEPORTED

Event No: SCM1705000037                    A-File Number: [PII]

Date: 05/26/2017

Alien's name: CLAUDIA SARAHI RUEDA-VIDAL

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

☐ For a period of 10 years from the date of your departure from the United States because you have been found:

  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.

  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of a United States district court, or a magistrate of a United States magistrate court.

☐ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:

  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.

  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

  ☐ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony, as defined under section 101(a)(43) of the Act.

After your removal has been effected you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or U.S. Department of Homeland Security office. Refer to the above file number when requesting forms or information.

---

**WARNING FOR ALL REMOVED ALIENS:** It is a crime under Title 8 United States Code, Section 1326, for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Depending on the circumstances of the removal, conviction for this crime can result in imprisonment of a period of from 2 to 20 years and/or a fine up to $250,000.00.

---

**SPECIAL NOTICE FOR SEX OFFENDERS:** Federal Law requires a convicted sex offender, including an alien who has been removed from or otherwise departed the United States and subsequently returns, to register in each jurisdiction in the United States in which he or she resides, is employed, or is a student. Violation of this requirement can result in prosecution and imprisonment for up to 10 years under Title 18 United States Code, Section 2250.

---

_____        _____        _____
(Signature of officer serving warning)              (Title of officer)                    (Location of DHS office)

DHS Form I-294 (3/12)                                                      CAR 0296   Page 1 of 1

**U.S. Department of Homeland Security**                                    **Notice to Appear**

## In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID: [PII]          FINS #: [PII]          File No: [PII]

                           DOB: [PII] 1995         Event No:SCMI [PII]

In the Matter of:

Respondent:    CLAUDIA SARAHI RUEDA-VIDAL _____ currently residing at:

IN DHS CUSTODY
_____
            (Number, street, city and ZIP code)              (Area code and phone number)

☐ 1. You are an arriving alien.

☐ 2. You are an alien present in the United States who has not been admitted or paroled.

☒ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
1.   You are not a citizen or national of the United States;
2.   You are a native of MEXICO and a citizen of MEXICO ;
3.   You were admitted to the United States at Calexico West Port of Entry on or about
December 23, 2001, as a nonimmigrant with a valid Border Crossing Card with authorization
to remain in the United States for a temporary period not to exceed 6 months;
4.   You remained in the United States beyond 6 months without authorization from the
Immigration and Naturalization Service or its successor the Department of Homeland
Security.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following
provision(s) of law:
Section 237(a)(1)(B) of the Immigration and Nationality Act (Act), as amended, in that
after admission as a nonimmigrant under Section 101(a)(15) of the Act, you have remained
in the United States for a time longer than permitted, in violation of this Act or any
other law of the United States.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution
or torture.

☐ Section 235(b)(1) order was vacated pursuant to:   ☐8CFR 208.30(f)(2)   ☐8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
A PLACE TO BE SET
_____
                    (Complete Address of Immigration Court, including Room Number, if any)

on a date to be set   at a time to be set   to show why you should not be removed from the United States based on the
     (Date)                  (Time)
charge(s) set forth above.                                    (A) WATCH COMMANDER
                                                        _____
Date: May 18, 2017        San Diego, California           (Signature and Title of Issuing Officer)
_____                                 _____
                                                             (City and State)

                    See reverse for important information              Form [PII] (01/07) N

**Notice to Respondent**

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

**Request for Prompt Hearing**

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before: _____

_Refused to sign_
*(Signature of Respondent)*

Date: 5-18-17

_DE___ 6-146_
*(Signature and Title of Immigration Officer)*

---

**Certificate of Service**

This Notice To Appear was served on the respondent by me on __May 18, 2017__, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

[x] in person   [ ] by certified mail, returned receipt requested   [ ] by regular mail
[ ] Attached is a credible fear worksheet.
[x] Attached is a list of organizations and attorneys which provide free legal services.

The alien was provided oral notice in the ____English____ language of the time and place of his or her he consequences of failure to appear as provided in section 240(b)(7) of the Act.

PII

_Refused to sign_
*(Signature of Respondent if Personally Served)*

DANIEL BRIGHTMAN   BORDER PATROL AGENT-I
*(Signature and Title of officer)*

Form I-862 Page 2 (Rev. 08/01/07) N

U.S. Department of Homeland Security

**Warrant for Arrest of Alien**

File No. **PII**
Event No: SCM **PII**
Date: **May 17, 2017**

FINS #: **PII**

**To any officer delegated authority pursuant to Section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:

CLAUDIA SARAHI RUEDA-VIDAL
_____
(Full name of alien)

an alien who entered the United States at or near _____ CALEXICO, CALIFORNIA _____ on
(Port)

December 23, 2001 _____ is within the country in violation of the immigration laws and is
(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

**LEP**

**LEP**
_____
(Print name of Designated Immigration Officer)

**(A) WATCH COMMANDER**
_____
(Title)

---

**Certificate of Service**

Served by me at ___ SAN DIEGO, CALIFORNIA ___ on ___ May 18, 2017 ___ at ___ 01:00 PM ___.
I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

*Daniel Brightman*

DANIEL BRIGHTMAN
_____
(Signature of officer serving warrant)

**BORDER PATROL AGENT-I**
_____
(Title of officer serving warrant)

Form I-200 (Rev. 08/01/07) N

CAR 0327

DEPARTMENT OF HOMELAND SECURITY
**NOTICE OF CUSTODY DETERMINATION**

Alien's Name: **CLAUDIA SARAHI RUEDA-VIDAL**   A-File Number: **PII**

Date: **05/18/2017**

Event ID: **PII**   Subject ID: **PII**   FIN: **PII**

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

☒ Detained by the Department of Homeland Security.

☐ Released (check all that apply):

  ☐ Under bond in the amount of  $ _____

  ☐ On your own recognizance.

  ☐ Under other conditions. [Additional document(s) will be provided.]

LEP

_____   05/18/2017 1045
Name and Signature of Authorized Officer   Date and Time of Custody Determination

LEP

**(A) WATCH COMMANDER**   **San Diego, California**
Title   Office Location/Address

You may request a review of this custody determination by an immigration judge.

☒ I acknowledge receipt of this notification, and

  ☐ I **do** request an immigration judge review of this custody determination.

  ☐ I **do not** request an immigration judge review of this custody determination.

*Refused to sign*   **May 18, 2017**
Signature of Alien   Date

The contents of this notice were read to   CLAUDIA SARAHI RUEDA-VIDAL   in the **ENGLISH**   language.
(Name of Alien)   (Name of Language)

**DANIEL BRIGHTMAN**
Name and Signature of Officer   Name or Number of Interpreter (if applicable)

**BORDER PATROL AGENT-I**
Title

DHS Form I-286 (1/14)

CAR 0328

\* Non Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated January 2017

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## San Diego Immigration Court

| San Diego, California | |
|---|---|
| **ABA Immigration Justice Project\***<br><br>2727 Camino del Rio South, Suite 223<br>San Diego, CA 92108<br>(619) 655-8817<br>• Refer limited detained and non-detained cases<br>to Pro Bono Attorneys<br><br>• Offer legal orientations to individuals in removal<br>proceedings at the San Diego Immigration Court,<br>Wednesdays 8:30 am - 10:00 am (English and Espanol).<br>Call for more information. | **Casa Cornelia Law Center\***<br><br>2760 Fifth Avenue, Suite 200<br>San Diego, CA 92103<br>Tel: (619) 231-7788<br>Fax: (619) 231-7784<br><br>LawCenter@CasaCornelia.org<br>casacornelia.org<br>• Asylum, unacompanied minors, victims of serious<br>crime |
| **Legal Aid Society of San Diego\***<br>110 South Euclid Ave.<br>San Diego, CA 92114<br>1-877 Legal Aid (877-534-2524), Toll Free<br>• No charge.<br>• Will not represent asylum cases. | **Ali Golchin, Esq.\*\*\***<br><br><br>Golchin and Associates<br>1251 Third Ave., Ste. 203<br>Chula Vista, Ca 91911<br>Tel: (619) 325-7555<br>• Will not represent aliens in asylum cases.<br>• Representation limited to the San Diego district |
| **Mari Kleven, Esq.\*\*\***<br><br>964 Fifth Avenue, Suite 214<br>San Diego, CA 92101<br><br>marikleven@gmail.com<br>Tel: 619-752-4646<br>Fax: 619-564-7717 | |

*Refused to sign*

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, Office of Legal Access Programs maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on this list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.

CAR 0329

* Non Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated January 2017

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Otay Mesa Immigration Court

**Otay Mesa Detention Center, San Diego California**

| Casa Cornelia Law Center* | El Rescate* |
|---|---|
| 2760 Fifth Avenue, Suite 200<br>San Diego, CA 92103<br>Tel: (619) 231-7788<br>Fax: (619) 231-7784<br>LawCenter@CasaCornelia.org<br>casacornelia.org<br>• Asylum, victims of serious crime | 1501 West 8th St. Suite 100<br>Los Angeles, CA 90017<br>(213) 387-3284<br>• Bond hearings<br>• Removal proceedings<br>• ICE paroled request |

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, Office of Legal Access Programs maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on this list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.

CAR 0330