## DETAINEE CALENDAR SCREENING QUESTIONNAIRE

ALIEN'S NAME: _____ Claudia Sarahi Rueda Vidal _____

A Number: [PII]   Subject ID #: [PII]   FINS: [PII]

YOU SPEAK: ( ) ENGLISH  (X ) SPANISH  ( ) OTHER (Include Dialects):

| | | |
|---|---|---|
| DID YOU RECEIVE A COPY OF THE I-862?<br>RECIBIO COPIA DEL I-862? | YES<br>SI | NO<br>NO |
| 2. DO YOU WANT TIME TO OBTAIN AN ATTORNEY?<br>QUIERE TIEMPO PARA OBTENER UN ABOGADO? | YES<br>SI | NO<br>NO |
| ARE YOU AFRAID TO RETURN TO YOUR HOME COUNTRY?<br>TIENE USTED MIEDO DE REGRESAR A SU PAIS? | YES<br>SI | NO<br>NO |
| 4. DO YOU WANT TO FIGHT YOUR REMOVAL CASE?<br>QUIERE USTED PELEAR SU CASO DE EXPULSION? | YES<br>SI | NO<br>NO |
| DO YOU WANT A PRIVATE REMOVAL HEARING?<br>QUIERE UNA AUDIENCIA DE EXPULSION EN PRIVADO? | YES<br>SI | NO<br>NO |
| 6. ARE YOU A PERMANENT OR TEMPORARY RESIDENT THE U.S.?<br>ES RESIDENTE PERMANENTE O TEMPORAL DE LOS E.E.U.U.? | YES<br>SI | NO<br>NO |
| 7. DO YOU HAVE A PETITION FOR LEGAL STATUS PENDING?<br>TIENE UNA PETICION PENDIENTE CON INMIGRACION? | YES<br>SI | NO<br>NO |
| 8. DO YOU HAVE ANY OF THE FOLLOWING (AIDS, HEPATITIS, TUBERCULOSIS<br>PADECE DE LO SIGUIENTE (AIDS, HEPATITIS, TUBERCULOSIS)? | YES<br>SI | NO<br>NO |

A RESPONSE OF YES TO QUESTIONS 2, 3 OR 4, RENDERS THE DETAINEE INELIGIBLE FOR A NON-CONTESTED HEARING.

_Refuses to Sign_

ALIEN'S SIGNATURE

I CERTIFY THAT I HAVE EXPLAINED THE ABOVE QUESTIONS

TO: RESPONDENT IN THE (ENGLISH / SPANISH) LANGUAGE.

[LEP] _BPA-I_

OFFICER'S SIGNATURE & TITLE

5/18/2017
DATE

**Effective date of this form is April 26, 2007 (all earlier versions of this questionnaire are obsolete and will be rejected by the Court)**

BLP

CAR 0331

FINS #:1226184070                     Subject ID:358631877                     Event No:SCM1705000037

| 1. FAMILY NAME (Capital Letters)   First Name   Middle Name | 2. Age | 3. Country of Citizenship |
|---|---|---|
| RUEDA-VIDAL, CLAUDIA SARAHI | 22 | MEXICO |

| 4. Alias | 5. Date Apprehended | 6. Office |
|---|---|---|
| | May 18, 2017 | SDC/SCM |

| 7. Birth Date | 8. Birth Place | |
|---|---|---|
| PII 1995 | PII    MEXICO | PII |

| 9. Sex | 10. OSC/WA Served |
|---|---|
| ☐ Male    ☒ Female | ☒ Yes    ☐ No   (Explain) |

| 11. File Number | 12. Bond    Date Posted |
|---|---|
| PII | $ *NONE* |

| 13. CINS | 14 Medical Alert    ☒ No    ☐ Yes   (Explain) |
|---|---|
| ☐ Yes   ☐ No | |

| 15. TRANSFER DATE | FROM | TO |
|---|---|---|
| A | | |
| B | | |
| C | | |

| 16. ADMITTED BY: | 19. RELEASED TO: ☐ V/R  ☐ Deport | 22. Rt. Index Print – In PII | 23. Rt. Index Print - Out |
|---|---|---|---|
| 17. SEARCHED IN BY: | 20. RELEASED BY: | | |
| 18. DATE ADMITTED: | 21. DATE RELEASED: | | |

24. Remarks: HOLD FOR REMOVAL PROCEEDINGS

FORM I-385 (08/01/07)                     ALIEN BOOKING RECORD
                UNITED STATES DEPARTMENT OF HOMELAND SECURITY

CAR 0332



Name:      RUEDA-VIDAL, CLAUDIA SARAHI
Alias(s):
Event #:   PII
A#:
DOB:       PII 1995
COB:       MEXICO
Disposition:   Warrant of Arrest/Notice to Appear

Name:      RUEDA-VIDAL, CLAUDIA SARAHI
Alias(s):
Event #:   PII
A#:        PII
DOB:       PII 995
COB:       MEXICO
Disposition:   Warrant of Arrest/Notice to Appear

Name:      RUEDA-VIDAL, CLAUDIA SARAHI
Alias(s):
Event #:   PII
A#:
DOB:       PII 1995
COB:       MEXICO
Disposition:   Warrant of Arrest/Notice to Appear

Name:      RUEDA-VIDAL, CLAUDIA SARAHI
Alias(s):
Event #:   PII
A#:        PII
DOB:       PII 1995
COB:       MEXICO
Disposition:   Warrant of Arrest/Notice to Appear

Name:      RUEDA-VIDAL, CLAUDIA SARAHI
Alias(s):
Event #:   PII
A#:        PII
DOB:       PII 1995
COB:       MEXICO
Disposition:   Warrant of Arrest/Notice to Appear

Name:      RUEDA-VIDAL, CLAUDIA SARAHI
Alias(s):
Event #:   PII
A#:        PII
DOB:       PII 1995
COB:       MEXICO
Disposition:   Warrant of Arrest/Notice to Appear

October 19, 2017

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92607-0590



**U.S. Citizenship and Immigration Services**

CLAUDIA SARAHI RUEDA VIDAL
PII
LOS ANGELES, CA 90063
USA



IOE    PII

A    PII

RE: CLAUDIA SARAHI RUEDA VIDAL
I-821D, Deferred Action for Childhood Arrivals

## DECISION

USCIS has evaluated your Form I-821D, Consideration of Deferred Action for Childhood Arrivals. Based on a review of your case, it appears that the following occurred:

You have not established that you warrant a favorable exercise of prosecutorial discretion.

Accordingly, USCIS has determined, in its unreviewable discretion, that you have not demonstrated that you warrant a favorable exercise of prosecutorial discretion and it will not defer action in your matter. Accordingly, your Form I-765, Application for Employment Authorization, has also been denied. Deferred action is a discretionary determination to defer removal action of an individual as an act of prosecutorial discretion. You may not file an appeal or motion to reopen/reconsider this decision.

Sincerely,

DEPARTMENT OF HOMELAND
SECURITY
APR 1 1 2018 9:30am
USCIS/SND RECORDS

*Kathy A. Baran*

Kathy A. Baran
Director
Officer: DU8090

Action Completed
Approved for Filing

DEC 1 9 2017
amm
OCC/SND

October 19, 2017

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
California Service Center
Laguna Niguel, CA 92607-0590



U.S. Citizenship
and Immigration
Services

MONIKA YVETTE LANGARICA
ABA IMM JUSTICE PROJECT
2727 CAMINO DEL RIO S STE 223
SAN DIEGO, CA 92108
USA



IOE PII

RE: CLAUDIA SARAHI RUEDA VIDAL
I-821D, Deferred Action for Childhood Arrivals

A PII

## DECISION

USCIS has evaluated your Form I-821D, Consideration of Deferred Action for Childhood Arrivals. Based on a review of your case, it appears that the following occurred:

You have not established that you warrant a favorable exercise of prosecutorial discretion.

Accordingly, USCIS has determined, in its unreviewable discretion, that you have not demonstrated that you warrant a favorable exercise of prosecutorial discretion and it will not defer action in your matter. Accordingly, your Form I-765, Application for Employment Authorization, has also been denied. Deferred action is a discretionary determination to defer removal action of an individual as an act of prosecutorial discretion. You may not file an appeal or motion to reopen/reconsider this decision.

Sincerely,

Kathy A. Baran

Kathy A. Baran
Director
Officer: DU8090

**Harlan, Daniel (CTR)**

| | |
|---|---|
| **From:** | CSC BCU DACA Terminations |
| **Sent:** | Friday, July 07, 2017 1:57 PM |
| **To:** | Harlan, Daniel (CTR) |
| **Cc:** | HOLMES, PII   CSC BCU DACA Terminations |
| **Subject:** | FW: A# PII - DACA applicant |

Good afternoon Daniel,

As you can see from the emails below, SBPA Holmes requested an expedite adjudication of this subject's pending DACA application to meet the proceedings date of November 8. USCIS guidance requires a review of the A-file for derogatory information before I can adjudicate the application. I already requested the file from your office through the CIS system, but I know from experience that counsel offices usually don't release A-files once a court date is set.

This is why I'm contacting you, the last person audited the file, to ask for the file. I will return it to your office immediately after I review it, not after the adjudication is complete. Please let me know if you can accommodate my request.

| History Inquiry For A PII | | | | | | |
|---|---|---|---|---|---|---|
| **File #** | **Seq** | **Transaction Date** | **Transaction** | **Office** | **Performed By** | **Detail** |
| A PII | 000 | 07/07/2017 04:28:41 PM | External File Request - WSC | SND | KHANH NGUYEN | File PII has been requested by Office WSC Section ZY Responsible Party 9999. |
| A PII | 000 | 06/27/2017 03:41:23 PM | Receive | SND | DANIEL HARLAN | File PII has been received into Section TA and Responsible Party 0000. |
| A PII | 000 | 06/24/2017 12:01:58 PM | Charge Out | SND | SAMUEL NADONGA | File PII has been charged out from Section DH and Responsible Party 0027. |

*Thank you,*

*Khanh (Connie) Nguyen*
*Immigration Services Officer*
*DHS-USCIS-CSC-Background Check Unit, W/S 12090-B, DU-8090*

**From:** CSC BCU DACA Terminations
**Sent:** Thursday, June 29, 2017 10:01 AM
**To:** HOLMES, PII    PII
**Cc:** CSC BCU DACA Terminations <    PII          >
**Subject:** RE: A# PII - DACA applicant

Good morning Agent Holmes,

You were correct that this isn't a case for termination, but please contact us at this mailbox in situations like this so we can expedite the adjudication to meet the court date.

CAR 0336

I had pulled the case, and I'm review... ...it. She has a biometrics appointment sch... .uled for July 11 and a<span>LEP</span> due
to the <span>LEP</span> your office put into the system.

I will update you when I can make the final adjudication decision on her case. Please contact me if you need anything
else.

*Thank you,*

*Khanh (Connie) Nguyen*
*Immigration Services Officer*
*DHS-USCIS-CSC-Background Check Unit, W/S 12090-B, DU-8090*

---

**From:** HOLMES, <span>PII</span>
**Sent:** Thursday, June 29, 2017 8:00 AM
**To:** CSC BCU DACA Terminations
**Subject:** A# <span>PII</span> - DACA applicant

Good afternoon,

I've sent e-mails to this e-mail address before in order to cancel an individual's DACA due to being placed into
proceedings and being an enforcement priority. The below individual has been placed into removal proceedings and
from what I understand has applied for DACA. She does not currently have DACA. I've attached a copy of the NTA that
was filed with the immigration court and her next court date is November 8, 2017. If I have sent this to the wrong place
as she does not currently have DACA to terminate, please let me know. I can also provide more information if needed.

RE: <span>PII</span>
Claudia RUEDA-Vidal



| Digitized Inquiry For A PII | | | | | |
|------|--------|------------------|-------------|---------|--------------|
| File# | Source | Associated File# | Create Date | Comment | Updated Date |
| IOE PII | ELIS | A PII | 6/23/2017 9:58 AM | File is viewable in ELIS | |

Thank you,

<span>PII</span> Holmes
Supervisory Border Patrol Agent
San Diego Sector Prosecutions

O: PII
C:

CAR 0337

**Department of Homeland Security**
**U.S. Immigration and Customs Enforcement (ICE)**

## Detainee Interview Release Form

Date: 05 / 23 / 2017

Detainee's name and A-number: RUEDA - Vidal, Claudia Sarahi   A#   PII

Name of facility where alien is detained: Otay Mesa Detention Center

Name of news media representative: [PII]

Name of media organization represented: Univision News

Address of media organization represented: _____ [PII]

I, the ICE detainee named above, do hereby freely give permission to the news media representative named above to interview me on or about (date) _____ and I do hereby authorize the news media represented by this person to use any information gathered about me during this interview for any legitimate purpose.

Detainee's signature: _____

Witness signature: _____   Title: Deportation Officer

I, the ICE detainee named above, do further freely give permission for the news media representative named above to make recordings of my voice during this interview and to take photographs of me (still or video) and I do hereby authorize the use of such photographs or recording by the news media represented by this person for any legitimate purpose.

Detainee's signature: _____

Witness signature: _____   Title: Deportation Officer.

I, the ICE detainee named above, refuse permission for the news media representative named above to interview me.

Detainee's signature: _____

Witness signature: _____ Title: _____

**CAR 0338**

**Department of Homeland Security**
**U.S. Immigration and Customs Enforcement (ICE)**

## Detainee Interview Release Form

Date: _05/23/2017_

Detainee's name and A-number: _RUEDA-Vidal, Claudia Sarahi_  A# [PII]

Name of facility where alien is detained: _Otay Mesa Detention Center_

Name of news media representative: _[PII]_

Name of media organization represented: _Univision News_

Address of media organization represented: _____ [PII]

    I, the ICE detainee named above, do hereby freely give permission to the news
media representative named above to interview me on or about (date) _____
and I do hereby authorize the news media represented by this person to use any information
gathered about me during this interview for any legitimate purpose. I further authorize the
Bureau of Immigration and Customs Enforcement (ICE), the Department of Homeland Security
and their designated representatives to release to the news media representative any
documents or information relating to allegations or comments made by me in this interview.

Detainee's signature: _____

Witness signature: _____  Title: _Detention Officer_

I, the ICE detainee named above, do further freely give permission for the news media
representative named above to make recordings of my voice during this interview and to take
photographs of me (still or video) and I do hereby authorize the use of such photographs or
recording by the news media represented by this person for any legitimate purpose.

Detainee's signature: _____

Witness signature: _____  Title: _Detention Officer_

I, the ICE detainee named above, refuse permission for the news media representative named
above to interview me.

Detainee's signature: _____

Witness signature: _____  B4B  Title: _____

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## PRIVACY WAIVER AUTHORIZING DISCLOSURE TO A THIRD PARTY

Use this form to authorize the U.S. Department of Homeland Security ("DHS") to disclose information and/or records about you to a third party. Taking this action is entirely voluntary; you are under no obligation to consent to the release of your information to any third party. **Authority:** Privacy Act of 1974 (5 U.S.C. § 552a); DHS Privacy Act Regulations (5 C.F.R. § 5.21(d)).

| STEP 1 | Provide information about yourself and identify the third party that you intend to receive your information and/or records (the "Recipient"). |
|---|---|

Your Full Name: RUEDA - Vidal, Claudia Sarahi

Your Alien Registration Number (if applicable): A [PII]

Your Current Address: 7488 Calzada De La Fuente San Diego, CA 92154

Date of Birth: [PII] 1995

Country of Birth: Mexico

Recipient's Name: [PII]

Recipient's Phone Number: [PII]

Recipient's Mailing Address (required if requesting disclosure by mail):

Recipient's Organization, if the waiver will apply to it (e.g. news media, congressional office, law firm): Univision News

| STEP 2 | Specify what information and/or records DHS is authorized to share with the Recipient. |
|---|---|

- [x] Identifying Data (Date of Birth, etc.)
- [ ] Family Data
- [x] Travel/Border Crossing
- [x] Immigration Case
- [x] Detention Information
- [ ] Medical Information
- [ ] Alien File (A-File)
- [ ] Criminal History
- [ ] Criminal Case

**AND/OR**

- [ ] The following information/records (describe): _____

**OR**

- [ ] ALL information and/or Records Requested by the Recipient

**For Aliens Only:** If you have applied for or received any of the immigration benefits below, you are legally entitled to confidentiality. (See reverse for more information.) If you want DHS to share information about these benefits with the Recipient, you must waive your confidentiality rights by checking the appropriate boxes below. Waiver of these rights is not required; however, if you do not waive these rights DHS may be unable to disclose to the Recipient some or all of the information you identified above.

**I waive my right to confidentiality and authorize disclosure to the Recipient regarding these immigration benefits:**

- [ ] Temporary Protected Status (TPS)
- [ ] T Visa (for trafficking victims)
- [ ] U Visa (for victims of certain crimes)
- [ ] Seasonal Agricultural Worker
- [ ] Battered Spouse/Child Seeking Hardship Waiver
- [ ] Violence Against Women Act (VAWA)
- [ ] Asylum (confidentiality applies even if petition is denied)

| STEP 3 | Sign the statement below authorizing DHS to disclose your information and/or records to the Recipient. |
|---|---|

I certify under penalty of perjury that the information above is accurate. I authorize DHS, its components, offices, employees, contractors, agents, and assignees, to disclose the information or records specified above to the Recipient. I understand this may include and is not limited to reports, evaluations, and notes of any kind, contained in any record keeping system maintained by or on behalf of DHS; that DHS retains the discretion to decide if particular records or information are within the scope of this Waiver; and that DHS has no control over how the Recipient will use or disseminate my information. I agree to release and hold harmless DHS, its components, offices, employees, contractors, agents, and assignees, from any and all claims of action or damages of any kind arising from, or in any way connected to, the release or use of any information or records pursuant to this Waiver.

Your Signature: x _____

Date: 5/23/17

Witness Signature: _____

Witness Name: Leene J. GARZA

*Privacy Waiver is valid for 90 days from date of signature

*Witness may not be the Recipient or employed by Recipient's employer

ICE Form 60-001 (06/10)

## Explanation of Immigrant Benefits

If you have applied for or received any of the immigration benefits below, you may be legally entitled to confidentiality regarding these benefits. An explanation of these benefits is provided below to help you identify whether you have applied for such benefits. If you have applied for or received these benefits and you want DHS to share information about these benefits with the Recipient, you must waive your confidentiality rights by checking the appropriate boxes in Step 2 of this form (reverse). You are not required to waive confidentiality regarding these benefits; however, if you do not waive these rights DHS may be unable to disclose to the Recipient some or all of the information you identified above.

Temporary Protected Status (TPS) - 8 U.S.C. § 1254a(c)(6). TPS is for foreign nationals currently residing in the U.S. whose homeland conditions are recognized by the U.S. government as being temporarily unsafe or overly dangerous to return to (e.g., war, earthquake, flood, drought, or other extraordinary and temporary conditions). ICE may disclose information related to TPS to a third party with the consent of the alien.

T Visas and U Visas - Public Law 106-386, Section 701(c)(1)(C). A T visa allows certain victims of human trafficking to remain in the United States for a period of time. A U visa allows certain victims of crimes to remain in the United States for a period of time. ICE may disclose information related to T and U visas to third parties with the consent of the alien.

Legalization Claims, including Seasonal Agricultural Worker (SAW) Claims - 8 U.S.C. § 1255a(c)(4) and (5) and 8 U.S.C. § 1160(b)(5) and (6). Individuals who have applied for legalization, including those individuals employed in agricultural work of a seasonal or temporary nature who have made SAW Claims, may permit ICE to disclose information related to their claim to a third party with the individual's consent.

Battered Spouse or Child Information - 8 U.S.C. § 1186a(c)(4)(C). This provision applies to a battered alien or child who has applied for a hardship waiver from removal under the INA. ICE may disclose information the alien provided to ICE in support his or her request for waiver to a third party with consent of the alien.

Information Relating to Violence Against Women Act (VAWA) Claimants - 8 U.S.C. § 1367(a)(2). This provision applies to a person who has filed a claim under the VAWA. ICE may disclose information related to a person's claim to a third party with the consent of the person.

Asylum Information - 8 C.F.R. § 208.6. This provision applies to individuals who have applied for asylum, and confidentiality regarding the asylum claim applies even if the claim is ultimately denied. ICE may disclose information related to an individual's asylum claim to a third party with the consent of the person.

## Revocation of Privacy Waiver

This Privacy Waiver is valid for 90 days from the date of signature unless you have otherwise specified on this form. You may revoke this Privacy Waiver at any time by contacting the ICE Privacy Office (202-732-3300 or ICEPrivacy@dhs.gov) or the relevant ICE office handing this matter or case. Certain information about you may be requested to confirm your identity and you may be asked to revoke the waiver in writing.

ICE Form 60-001 (06/10)

U.S. Department of Homeland Security    Subject PII    **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) First Middle | | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| RUEDA-VIDAL, CLAUDIA SARAHI | | | F | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number PII | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO | | CASE No. PII | 66 | 160 | PROTESTER |

| U.S. Address | Scars and Marks |
|---|---|
| IN DHS CUSTODY | SCAR STERNUM |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | |
|---|---|---|
| 12/23/2001, 1439, 0 mile(s) A of CAL, ADMITTED WITH BORDER CROSSING CARD | | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| NONE GIVEN MEXICO | L |

| Date of Birth PII 1995 Age: 22 | Date of Action 05/17/2017 | Location Code SDC/SCM | At/Near LOS ANGELES, CA | Date/Hour 05/18/2017 0740 |
|---|---|---|---|---|

| City, Province (State) and Country of Birth PII MEXICO | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By DANIEL BRIGHTMAN |
|---|---|---|---|

| NIV Issuing Post and NIV Number PII | Social Security Account Name | Status at Entry Border Crossing Card | Status When Found TRAVEL/SEEKIN G |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. OVER 1 YEAR |
|---|---|---|

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | See Narrative |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | CLAIMS NONE |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| See Narrative | See Narrative |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | R1B |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

PII      PII      PII

Left Index Print      Right Index Print

```
ARREST COORDINATES:
-------------------
Latitude:  34.03667
Longitude: -118.19035

CONSEQUENCE DELIVERY SYSTEM:
---------------------------
Classification: FIRA
```

5·18·17
DB   DB     DANIEL BRIGHTMAN
BORDER PATROL AGENT-I

| Alien has been advised of communication privileges | (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|---|

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| FILE | Officer: DANIEL BRIGHTMAN |
| SDC   **REMOVAL PROCEEDINGS** | on: May 17, 2017 at 0851 (time) |
| TO STATION   **8 USC 1229A** | Disposition: Warrant of Arrest/Notice to Appear |
| | Examining Officer: ANDREW K. BOLTON |

Form I-213 (Rev. 08/01/07) Y

CAR 0342

Reviewed by Prosecutions
Swings

U.S. Department of Homeland Security | Continuation Page for Form _____ **I213**

| Alien's Name<br>RUEDA-VIDAL, CLAUDIA SARAHI | File Number<br>A PII<br>Event No: PII | Date<br>05/17/2017 |

**FATHER NAME AND ADDRESS:**
------------------------
Nationality:MEXICO  PII

PII  MEXICO

**MOTHER NAME AND ADDRESS:**
------------------------
Nationality:MEXICO  PII

PII  MEXICO

**ASSISTING ASSETS:**
-----------------
None

**FUNDS IN POSSESSION:**
--------------------
United States Dollar .00  *Refused to sign*

**RECORDS CHECKED:**
----------------
PII

**NARRATIVE:**
----------
On April 18, 2017, agents assigned to Homeland Security Investigations (HSI) apprehended a
Red Ford Raptor (CA/██████) as it was heading southbound towards Mexico with approximately
$1,089,760.00. Inside the Raptor was ████ PII ████ and three minor children as
they were heading towards the Calexico, California Port of Entry.

On April 24, 2017, Border Patrol Agents assigned to the San Diego Sector Intelligence
Unit's (SIU) Predictive Intelligence Targeting Team (PITT) and agents assigned to the
California Multijurisdictional Methamphetamine Enforcement Team (CalMMET) interdicted a tan
Chevrolet Malibu (AZ/██████) and a white Toyota pickup truck (MX/██████) as the occupants
were involved in a cross border narcotics smuggling event, originating from the San Luis,
Arizona Port of Entry.

This interdiction, where 15 kilogram-sized packages of cocaine and approximately $630,000
in U.S. currency was seized, occurred at PII ████, in the Boyle Heights
neighborhood of Los Angeles, CA. ████ PII ████

| Signature<br>DANIEL BRIGHTMAN | Title<br>BORDER PATROL AGENT-I |

___2___ of ___4___ Pages

CAR 0343

**U.S. Department of Homeland Security**                    **Continuation Page for Form** _____ **I213**

| Alien's Name<br>RUEDA-VIDAL, CLAUDIA SARAHI | File Number<br>A███ PII ████<br>Event No:  ███ PII ███ | Date<br>05/17/2017 |

███ PII ███ and ███████ PII ████████ were arrested during this event.  During the
arrest, ████ PII ████ stated that he lived in ████████ PII █████████
Contraband currency was found at this apartment during a consent search.  ███ PII ███ stated that
she has been married to ████ PII ████ for approximately 26 years.

An investigation into the aforementioned cross border smuggling events has identified the
RUEDA Transnational Criminal Organization (TCO) as the criminal network responsible for
these.  Additionally, this investigation has identified associates, support personnel, and
beneficiaries of the RUEDA TCO criminal activities and proceeds.  On May 18, 2017, the San
Diego Sector Border Patrol conducted a targeted enforcement action in the vicinity of Los
Angeles, California to arrest those individuals associated with the RUEDA TCO that do not
presently have any immigration status allowing them to enter or remain in the United
States.

On May 18, 2017, Border Patrol Agents A. Bolton and D. Brightman traveled to Los Angeles,
California to search for specific targets associated to the RUEDA TCO.

At approximately 7:38 a.m. Agents Bolton and Brightman encountered Claudia Rueda outside of
████████ PII ████████ Los Angeles, California.  Agent Brightman identified himself as a
Border Patrol Agent and performed an immigration inspection.  Claudia identified herself as
Claudia Rueda; however, she refused to answer any other questions.  Claudia stated, "I
don't have to answer your questions."  Based on Agent Brightman's and Bolton's knowledge of
Claudia Rueda's immigration history, she was arrested for being illegally present in the
United States.

Agent Brightman placed Claudia Rueda under arrest at 7:40 a.m. for being illegally present
in the United States and transported her to Chula Vista Border Patrol Station for further
processing.

Claudia Rueda is associated to the RUEDA TCO by virtue of familial relations.

At the station, as a routine step in processing, Claudia Rueda's biographical and biometric
information were recorded and input into the Department of Homeland Security (DHS)
processing systems. These systems revealed following numbers associated with Claudia Rueda:

Name: Claudia Rueda-Vidal
DOB: ███ PII ███ 1995

A# ████ PII ████

Claudia Rueda has a prior criminal history for 409PC: Remain at the scene of a riot; 602K
PC: trespassing / injury to property; and 602.1 (B) PC: Obstruction.

Disposition:

Claudia Rueda entered the United States with a valid Border Crossing Card on 12/23/2001 at
the Calexico West Port of Entry.  She stated she has not returned and re-entered since that

| Signature<br>_DANIEL BRIGHTMAN_ | Title<br>BORDER PATROL AGENT-I |

CAR 0344

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**

**Continuation Page for Form** _____ **I213**

| Alien's Name<br>RUEDA-VIDAL, CLAUDIA SARAHI | File Number<br>PII<br>Event No: PII | Date<br>05/17/2017 |

date.  Her presence in the United States has been continuous since then.

Claudia Rueda was given a list of free legal services and was served the following DHS forms: I-862, I-200 and I-286.

Claudia Rueda refused to answer if she had fear of persecution of returning to Mexico.

Claudia Rueda was advised of her right to speak with the Mexican Consulate by Agent Brightman.  Agent Bolton witnessed this advisal.  Claudia Rueda stated she would like to contact the Mexican Consulate.  Claudia Rueda called and left a message and will be given another opportunity later to contact the consulate.  Claudia Rueda spoke with the Mexican Consulate 1:27 p.m.

Claudia Rueda was given an opportunity to speak with her attorney, Monika Langrica, who called the Chula Vista Border Station at 2:00 p.m. requesting to speak with her.

At 1:45 p.m., Claudia Rueda refused to signed any paperwork and to give a statement.  This was witnessed by Border Patrol Agent Brightman and Border Patrol Agent LEP

Claudia Rueda will be held in DHS custody pending removal proceedings.

| Signature<br>DANIEL BRIGHTMAN | Title<br>BORDER PATROL AGENT-I |

_____ 4 _____ of _____ 4 _____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

CAR 0345

# Department of Homeland Security

# FOR OFFICIAL USE ONLY

THE ATTACHED MATERIALS CONTAIN DEPARTMENT OF HOMELAND SECURITY
INFORMATION THAT IS "FOR OFFICIAL USE ONLY," OR OTHER TYPES OF
SENSITIVE BUT UNCLASSIFIED INFORMATION REQUIRING PROTECTION
AGAINST UNAUTHORIZED DISCLOSURE.  THE ATTACHED MATERIALS WILL BE
HANDLED AND SAFEGUARDED IN ACCORDANCE WITH DHS MANAGEMENT
DIRECTIVES GOVERNING PROTECTION AND DISSEMINATION OF SUCH
INFORMATION.

AT A MINIMUM, THE ATTACHED MATERIALS WILL BE DISSEMINATED ONLY ON A
"NEED-TO-KNOW" BASIS AND WHEN UNATTENDED, WILL BE STORED IN A
LOCKED CONTAINER OR AREA OFFERING SUFFICIENT PROTECTION AGAINST
THEFT, COMPROMISE, INADVERTENT ACCESS AND UNAUTHORIZED
DISCLOSURE.

CLARI 0046



## Notice of Entry of Appearance
## as Attorney or Accredited Representative

Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 03/31/2018

---

### Part 1. Information About Attorney or Accredited Representative

1. USCIS ELIS Account Number *(if any)*
   ▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

*Name and Address of Attorney or Accredited Representative*

| | | |
|---|---|---|
| 2.a. | Family Name *(Last Name)* | Langarica |
| 2.b. | Given Name *(First Name)* | Monika |
| 2.c. | Middle Name | Yvette |
| 3.a. | Street Number and Name | 2727 Camino del Rio S |

3.b. Apt. ☐  Ste. ☒  Flr. ☐  223

| | | |
|---|---|---|
| 3.c. | City or Town | San Diego |
| 3.d. | State | CA | 3.e. ZIP Code | 92108 |
| 3.f. | Province | |
| 3.g. | Postal Code | |
| 3.h. | Country | USA |

4. Daytime Telephone Number
   **PII**

5. Fax Number
   **PII**

6. E-Mail Address *(if any)*
   **PII**

7. Mobile Telephone Number *(if any)*

---

### Part 2. Notice of Appearance as Attorney or Accredited Representative

This appearance relates to immigration matters before *(Select only one box)*:

1.a. ☐ USCIS

1.b. List the form numbers

2.a. ☐ ICE

2.b. List the specific matter in which appearance is entered

3.a. ☒ CBP

3.b. List the specific matter in which appearance is entered
     All matters

I enter my appearance as attorney or accredited representative at the request of:

4. Select **only one** box:

   ☐ Applicant  ☐ Petitioner  ☐ Requestor
   ☒ Respondent (ICE, CBP)

*Information About Applicant, Petitioner, Requestor, or Respondent*

| | | |
|---|---|---|
| 5.a. | Family Name *(Last Name)* | RUEDA VIDAL |
| 5.b. | Given Name *(First Name)* | Claudia |
| 5.c. | Middle Name | Sarahi |

6. Name of Company or Organization *(if applicable)*

---



**CAR 0347** Page 1 of 4



nothing to really say
ATD

CAR 0348

## Part 2. Notice of Appearance as Attorney or Accredited Representative *(continued)*

### Information About Applicant, Petitioner, Requestor, or Respondent *(continued)*

7. USCIS ELIS Account Number *(if any)*

   ▶

8. ██████ PII ██████ -Number) or Receipt Number

9. Daytime Telephone Number

10. Mobile Telephone Number *(if any)*

11. E-Mail Address *(if any)*

### Mailing Address of Applicant, Petitioner, Requestor, or Respondent

NOTE: Provide the mailing address of the applicant, petitioner, requestor, or respondent. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application, petition, or request being filed with this Form G-28.

12.a. Street Number and Name   ██████ PII ██████

12.b. Apt. ☐  Ste. ☒  Flr. ☐  223

12.c. City or Town   San Diego

12.d. State  CA   12.e. ZIP Code  92108

12.f. Province

12.g. Postal Code

12.h. Country   USA

## Part 3. Eligibility Information for Attorney or Accredited Representative

Select all applicable items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. *(If you need additional space, use Part 6.)*

   Licensing Authority
   Supreme Court of California

1.b. Bar Number *(if applicable)*
   ██ PII ██

1.c. Name of Law Firm
   ABA Imm. Justice Project

1.d. I *(choose one)* ☒ am not ☐ am
   subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law. If you are subject to any orders, explain in the space below. *(If you need additional space, use Part 6.)*

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals, in accordance with 8 CFR 292.2. Provide the name of the organization and the expiration date of accreditation.

2.b. Name of Recognized Organization

2.c. Date accreditation expires
   *(mm/dd/yyyy)* ▶



Form G-28  05/05/16  Y

## Part 3. Eligibility Information for Attorney or Accredited Representative (continued)

3.  ☐ I am associated with

_____,

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative is at his or her request.

**NOTE:** If you select this item, also complete **Item Numbers 1.a. - 1.b. or Item Numbers 2.a. - 2.c. in Part 3.** (whichever is appropriate).

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record in accordance with the requirements in 8 CFR 292.1(a)(2)(iv).

4.b. Name of Law Student or Law Graduate

_____

## Part 4. Applicant, Petitioner, Requestor, or Respondent Consent to Representation, Contact Information, and Signature

### Consent to Representation and Release of Information

1.  I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and DHS policy, I also consent to the disclosure to the named attorney or accredited representative of any record pertaining to me that appears in any system of records of USCIS, ICE or CBP.

When you (the applicant, petitioner, requestor, or respondent) are represented, DHS will send notices to both you and your attorney or accredited representative either through mail or electronic delivery.

DHS will also send the Form I-94, Arrival Departure Record, to you **unless** you select **Item Number 2.a.** in **Part 4.** All secure identity documents and Travel Documents will be sent to you (the applicant, petitioner, requestor, or respondent) at your U.S. mailing address **unless** you ask us to send your secure identity documents to your attorney of record or accredited representative.

If you do not want to receive original notices or secure identity documents directly, but would rather have such notices and documents sent to your attorney of record or accredited representative, please select **all applicable** boxes below:

2.a. ☐ I request DHS send any notice (including Form I-94) on an application, petition, or request to the U.S. business address of my attorney of record or accredited representative as listed in this form. I understand that I may change this election at any future date through written notice to DHS.

2.b. ☐ I request that DHS send any secure identity document, such as a Permanent Resident Card, Employment Authorization Document, or Travel Document, that I am approved to receive and authorized to possess, to the U.S. business address of my attorney of record or accredited representative as listed in this form or to a designated military or diplomatic address for pickup in a foreign country (if permitted). I consent to having my secure identity document sent to my attorney of record or accredited representative's U.S. business address and understand that I may request, at any future date and through written notice to DHS, that DHS send any secure identity document to me directly.

3.a. Signature of Applicant, Petitioner, Requestor, or Respondent

➡ _____

3.b. Date of Signature  (mm/dd/yyyy) ▶ _____

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before the Department of Homeland Security. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1.  Signature of Attorney or Accredited Representative

_____ PII _____

2.  Signature of Law Student or Law Graduate

_____

3.  Date of Signature  (mm/dd/yyyy) ▶ | 05/18/2017 |

Form G-28   05/05/16   Y

CAR 0383   Page 3 of 4

## Part 6. Additional Information

Use the space provided below to provide additional information pertaining to **Part 3., Item Numbers 1.a. - 1.d.** or to provide your U.S. business address for purposes of receiving secure identity documents for your client (if your client has consented to your receipt of such documents under **Part 4.**)

CAR 0391

U.S. Department of Homeland Security    Subject ID **PII**     **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| RUEDA-VIDAL, CLAUDIA SARAHI | | | | F | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | | Height | Weight | Occupation |
|---|---|---|---|---|---|---|
| MEXICO | | CASE No. PII | | 66 | 160 | PROTESTER |

| U.S. Address | Scars and Marks |
|---|---|
| IN DHS CUSTODY | SCAR STERNUM |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| 12/23/2001, 1439, 0 mile(s) A of CAL, ADMITTED WITH BORDER CROSSING CARD | | PII | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| NONE GIVEN MEXICO | L |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| PII 1995    Age:22 | | 05/17/2017 | SDC/SCM | LOS ANGELES, CA | 05/18/2017 0740 |

| City, Province (State) and Country of Birth | | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| PII    MEXICO | AR ☒ | | DANIEL BRIGHTMAN |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| PII | | Border Crossing Card | TRAVEL/SEEKIN G |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | OVER 1 YEAR |

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | See Narrative |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | CLAIMS NONE |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| See Narrative | See Narrative |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | See Narrative | R1B |

| Name and Address of (Last)/Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #: **PII**

**PII**

Left Index Print

Right Index Print

ARREST COORDINATES:
-------------------
Latitude: 34.03667
Longitude: -118.19035

CONSEQUENCE DELIVERY SYSTEM:
----------------------------
Classification: FIRA

*5-18-17*
*DB*

*DB*
(Date/Initials)

DANIEL BRIGHTMAN
BORDER PATROL AGENT-I
(Signature and Title of Immigration Officer)

| Alien has been advised of communication privileges | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| Distribution: | Officer: DANIEL BRIGHTMAN |
| FILE   REMOVAL PROCEEDINGS | on: May 17, 2017 at 0851   ( time ) |
| SDC    8 USC 1229A | Disposition: Warrant of Arrest/Notice to Appear |
| TO STATION | Examining Officer: ANDREW K. BOLTON |

Form I-213 (Rev. 08/01/07) Y

Reviewed by Prosecutions Swings

**CAR 0352**

**U.S. Department of Homeland Security**  **Continuation Page for Form** ___I213___

| Alien's Name<br>RUEDA-VIDAL, CLAUDIA SARAHI | File Number<br>A PII<br>Event No: PII | Date<br>05/17/2017 |
|---|---|---|

**FATHER NAME AND ADDRESS:**
------------------------
Nationality:MEXICO PII

PII MEXICO

**MOTHER NAME AND ADDRESS:**
------------------------
Nationality:MEXICO PII

PII MEXICO

**ASSISTING ASSETS:**
-----------------
None

**FUNDS IN POSSESSION:**
--------------------  *Refused to sign*
United States Dollar .00

**RECORDS CHECKED:**
-----------------
LEP

**NARRATIVE:**
----------
On April 18, 2017, agents assigned to Homeland Security Investigations (HSI) apprehended a Red Ford Raptor (CA/ PII ) as it was heading southbound towards Mexico with approximately $1,089,760.00. Inside the Raptor was PII and three minor children as they were heading towards the Calexico, California Port of Entry.

On April 24, 2017, Border Patrol Agents assigned to the San Diego Sector Intelligence Unit's (SIU) Predictive Intelligence Targeting Team (PITT) and agents assigned to the California Multijurisdictional Methamphetamine Enforcement Team (CalMMET) interdicted a tan Chevrolet Malibu (AZ/ PII ) and a white Toyota pickup truck (MX/ PII ) as the occupants were involved in a cross border narcotics smuggling event, originating from the San Luis, Arizona Port of Entry.

This interdiction, where 15 kilogram-sized packages of cocaine and approximately $630,000 in U.S. currency was seized, occurred at PII in the Boyle Heights neighborhood of Los Angeles, CA. PII

| Signature<br>DANIEL BRIGHTMAN | Title<br>BORDER PATROL AGENT-I |
|---|---|

_2_ of _4_ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

CAR 0353

**U.S. Department of Homeland Security**       **Continuation Page for Form** _____ **I213**

| Alien's Name<br>RUEDA-VIDAL, CLAUDIA SARAHI | File Number<br>A ▊PII▊<br>Event No: ▊PII▊ | Date<br>05/17/2017 |
|---|---|---|

▊PII▊ and ▊PII▊ were arrested during this event. During the arrest, ▊PII▊ stated that he lived in ▊PII▊ Contraband currency was found at this apartment during a consent search. ▊PII▊ stated that she has been married to ▊PII▊ for approximately 26 years.

An investigation into the aforementioned cross border smuggling events has identified the RUEDA Transnational Criminal Organization (TCO) as the criminal network responsible for these. Additionally, this investigation has identified associates, support personnel, and beneficiaries of the RUEDA TCO criminal activities and proceeds. On May 18, 2017, the San Diego Sector Border Patrol conducted a targeted enforcement action in the vicinity of Los Angeles, California to arrest those individuals associated with the RUEDA TCO that do not presently have any immigration status allowing them to enter or remain in the United States.

On May 18, 2017, Border Patrol Agents A. Bolton and D. Brightman traveled to Los Angeles, California to search for specific targets associated to the RUEDA TCO.

At approximately 7:38 a.m. Agents Bolton and Brightman encountered Claudia Rueda outside of ▊PII▊, Los Angeles, California. Agent Brightman identified himself as a Border Patrol Agent and performed an immigration inspection. Claudia identified herself as Claudia Rueda; however, she refused to answer any other questions. Claudia stated, "I don't have to answer your questions." Based on Agent Brightman's and Bolton's knowledge of Claudia Rueda's immigration history, she was arrested for being illegally present in the United States.

Agent Brightman placed Claudia Rueda under arrest at 7:40 a.m. for being illegally present in the United States and transported her to Chula Vista Border Patrol Station for further processing.

Claudia Rueda is associated to the RUEDA TCO by virtue of familial relations.

At the station, as a routine step in processing, Claudia Rueda's biographical and biometric information were recorded and input into the Department of Homeland Security (DHS) processing systems. These systems revealed following numbers associated with Claudia Rueda:

Name: Claudia Rueda-Vidal<br>
DOB: ▊PII▊ 1995<br>
FINS# ▊PII▊<br>
FBI# ▊PII▊<br>
A# ▊PII▊

Claudia Rueda has a prior criminal history for 409PC: Remain at the scene of a riot; 602K PC: trespassing / injury to property; and 602.1 (B) PC: Obstruction.

Disposition:

Claudia Rueda entered the United States with a valid Border Crossing Card on 12/23/2001 at the Calexico West Port of Entry. She stated she has not returned and re-entered since that

| Signature<br>DANIEL BRIGHTMAN | Title<br>BORDER PATROL AGENT-I |
|---|---|

_____ 3 _ of _ 4 _____ Pages

CAR 0354

U.S. Department of Homeland Security

**Continuation Page for Form** _____ I213

| Alien's Name | File Number | Date |
|---|---|---|
| RUEDA-VIDAL, CLAUDIA SARAHI | A   PII<br>Event No:   PII | 05/17/2017 |

date.  Her presence in the United States has been continuous since then.

Claudia Rueda was given a list of free legal services and was served the following DHS forms: I-862, I-200 and I-286.

Claudia Rueda refused to answer if she had fear of persecution of returning to Mexico.

Claudia Rueda was advised of her right to speak with the Mexican Consulate by Agent Brightman.  Agent Bolton witnessed this advisal.  Claudia Rueda stated she would like to contact the Mexican Consulate.  Claudia Rueda called and left a message and will be given another opportunity later to contact the consulate.  Claudia Rueda spoke with the Mexican Consulate 1:27 p.m.

Claudia Rueda was given an opportunity to speak with her attorney, Monika Langrica, who called the Chula Vista Border Station at 2:00 p.m. requesting to speak with her.

At 1:45 p.m., Claudia Rueda refused to signed any paperwork and to give a statement.  This was witnessed by Border Patrol Agent Brightman and Border Patrol Agent LEP

Claudia Rueda will be held in DHS custody pending removal proceedings.

| Signature | Title |
|---|---|
| DANIEL BRIGHTMAN | BORDER PATROL AGENT-I |

_____ 4 _ of _ 4 _____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

CAR 0355



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

```
Place of Birth                           Ethnicity
CALIFORNIA                               Hispanic Or Latino

Employment
Occupation            UNEMPLOYED
Employer
Occupation            STUDENT
Employer


************************  CRIMINAL HISTORY  ************************

================================= Cycle 001 ==================================
Earliest Event Date   2012-09-06
------------------------------------------------------------------------------
Arrest Date           2012-09-06
Arrest Case Number    3292132-33307806
Arresting Agency      CA0194201 CAPDLA CENTRAL DIVISION
Arresting Agency      CA0194273 CAPDLA METRO JAIL
Subject's Name        RUEDA, CLAUDIA SARAH
Comment(s)            ARREST/DETAINED/CITED
Comment(s)            PHOTO AVAILABLE
Charge                1
            Statute   REMAIN AT SCENE OF RIOT/ETC (409 PC )
  State Offense Code   53024
          Severity    Misdemeanor
       Disposition    ( 2012-09-07; PROS PREFILING DEFERRAL)
================================= Cycle 002 ==================================
Earliest Event Date   2015-01-28
------------------------------------------------------------------------------
Arrest Date           2015-01-28
Arrest Case Number    4221108-33307806
Arresting Agency      CA0194273 CAPDLA METRO JAIL
Arresting Agency      CA0199990 CAHPCENTRAL LOS ANGELES
Subject's Name        RUEDA, CLAUDIA
Comment(s)            ARREST/DETAINED/CITED
Comment(s)            PHOTO AVAILABLE
Charge                1
            Statute   TRESPASS:INJURE PROPERTY (602(K) PC )
  State Offense Code   32095
          Severity    Misdemeanor
------------------------------------------------------------------------------
Court Disposition     (Cycle 002)
Court Case Number     LAC5CA1550401
Final Disposition Date 2016-07-12
Court Agency          CA019023J CASCLOS ANGELES METRO
Subject's Name        RUEDA, CLAUDIA SARAH
Charge                1
            Statute   TRSPS:OBSTRCT/ETC BUSNES:PUB AGNCY (602.1(B) PC
                      )
  State Offense Code   32080
          Severity    Unknown
       Disposition    (DISMISSED/FURTHERANCE OF JUSTICE)
Charge                2
  Charge Description   CHRG 41,18(D) MC
            Statute   SEE COMMENT FOR CHARGE ( )
  State Offense Code   66085
          Severity    Infraction
       Disposition    (CONVICTED-FINE)
  Court Comment        CONVICTION CERTIFIED BY SHERRI R
                      CARTER, EXECUTIVE OFFICER CLERK, CASCLOS ANGELES
                      METRO
  Court Comment        COURT ACTION
  Court Comment        FOR CERT INFO SEE AUTOMATED ARCHIVE SYS
------------------------------------------------------------------------------
Sentencing            (Cycle 002)
Sentence              FINE; FINE SS

**********************  NON CRIMINAL INFORMATION  **********************

************************  INDEX OF AGENCIES  ************************

Agency                CAPDLA CENTRAL DIVISION; CA0194201;
------------------------------------------------------------------------------
Agency                CAPDLA METRO JAIL; CA0194273;
------------------------------------------------------------------------------
Agency                CAHPCENTRAL LOS ANGELES; CA0199990;
------------------------------------------------------------------------------
```



## U.S. Customs and Border Protection
## U.S. Department of Homeland Security
## NNSV Query Result

05/19/2017 19:46 EDT                    Generated By: BILLY BRICKETT                    Page 1 of 4

| REQUEST | | | |
|---|---|---|---|
| **Request Message Detail** | | **Date and Time** | **Seq** |
| PII / PII .PUR/C.ATN/BRICKETT, BILLY H | | 05/19/2017 19:46:15 | PII |

| RESPONSE | | |
|---|---|---|
| **Source** | **Date and Time** | **Status** |
| III | 05/19/2017 19:46:16 | Acknowledged |

```
FL01NN28170760
CAICE02T0
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/PII    INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
FBI          - FBI/PII
CALIFORNIA   - STATE ID/PII
END
```

| RESPONSE | | |
|---|---|---|
| **Source** | **Date and Time** | **Status** |
| Nlets | 05/19/2017 19:46:18 | Acknowledged |

```
CR.CAIII0000
16:46 05/19/2017 46198
16:46 05/19/2017 39263 CAICE02T0
*PII
TXT
HDR/2L01NN28170760
ATN/BRICKETT, BILLY H
*********************** CRIMINAL HISTORY RECORD ************************

*************************** Introduction ****************************

This rap sheet was produced in response to the following request:

State Id Number        PII     ()
Purpose Code           C
Attention              BRICKETT, BILLY H

The information in this rap sheet is subject to the following caveats:

** PALM PRINT ON FILE AT DOJ FOR ADDITIONAL INFORMATION PLEASE E-MAIL
PALM.PRINT@DOJ.CA.GOV(CA; 2012-09-06)

RESTRICTED - DO NOT USE FOR EMPLOYMENT, LICENSING, PLACEMENT OR
CERTIFICATION PURPOSES(CA; 2017-05-19)


*************************** IDENTIFICATION ****************************

Subject Name(s)

RUEDA, CLAUDIA SARAH
RUEDA, CLAUDIA   (AKA)

Subject Description

FBI Number              State Id Number
PII                     PII


Sex                     Race
Female                  White

Height                  Weight         Date of Birth
5'06"                   160            1982  PII
                                       1995

Hair Color              Eye Color
Black                   Brown
```



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

05/19/2017 19:46 EDT                    Generated By: BILLY BRICKETT                    Page 4 of 4



```
Capture Date                 2017-05-18
(No Photo Image Transmitted )


************************** CRIMINAL HISTORY **************************

============================== Cycle 001 ==============================
Earliest Event Date     2017-05-18
----------------------------------------------------------------------
Arrest Date             2017-05-18
Arrest Case Number      CBCHU225051817130809
Arresting Agency        CACBP2900 CBP-OBP STATION SAN DIEGO
Subject's Name          RUEDA-VIDAL,CLAUDIA SARAHI
Charge                  1
        Charge Literal  ALIEN REMOVAL UNDER SECTION 212 AND 237
            Severity    Unknown
************************** INDEX OF AGENCIES **************************

Agency                  CBP-OBP STATION; PII
Agency Email Address
Address                 PII
                        PII


* * * END OF RECORD * * *
```

**For Official Use Only / Law Enforcement Sensitive**          **CAR 0358**



### U.S. Customs and Border Protection
### U.S. Department of Homeland Security
### NNSV Query Result

05/19/2017 19:46 EDT                    Generated By: BILLY BRICKETT                    Page 3 of 4

Agency                 CASCLOS ANGELES METRO; CA019023J;

* * * END OF RECORD * * *

---

**RESPONSE**

| Source | Date and Time | Status |
|---|---|---|
| Nlets | 05/19/2017 19:46:17 | Acknowledged |

```
CR.WVFBINF00
16:46 05/19/2017 42303
16:46 05/19/2017 39243 CAICE02T0
* PII
TXT
HDR/2L01 PII
ATN/BRICKETT, BILLY H
******************** CRIMINAL HISTORY RECORD **********************

************************** Introduction ***************************

This rap sheet was produced in response to the following request:

FBI Number              PII
Request Id              PII
Purpose Code            C
Attention               BRICKETT, BILLY H

The information in this rap sheet is subject to the following caveats:

This record is based only on the FBI number in your request-UCN:
PII      Because additions or deletions may be made at any time, a new
copy should be requested when needed for subsequent use.(US;
2017-05-19)

All arrest entries contained in this FBI record are based on
fingerprint comparisons and pertain to the same individual.(US;
2017-05-19)

The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested.(US;
2017-05-19)


************************** IDENTIFICATION ***************************

Subject Name(s)

RUEDA, CLAUDIA SARAH
RUEDA, CLAUDIA    (AKA)
RUEDA-VIDAL, CLAUDIA SARAHI   (AKA)

Subject Description

FBI Number              State Id Number
   PII                     PII       (CA)

Miscellaneous Numbers
   PII                                     AR

Sex                     Race
Female                  White

Height                  Weight          Date of Birth
5'00"                   110             1982 PII
                                        1995

Hair Color              Eye Color       Fingerprint Pattern
Black                   Brown           WULSRS (Other)

Place of Birth          Citizenship
California               United States
                        Mexico

Fingerprint Images

Photo Images
Photo Image Available
```

**For Official Use Only / Law Enforcement Sensitive**          CAR 0359



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### NNSV Query Result

05/19/2017 19:45 EDT                 Generated By: BILLY BRICKETT                 Page 1 of 1

| REQUEST | | | |
|---|---|---|---|
| Request Message Detail | | Date and Time | Seq |
| PII /RUEDA,CLAUDIA.DOB/1995 PII FBI/ PII .R AC/W.SEX/F.IND/Y | | 05/19/2017 19:44:54 | PII |



For Official Use Only / Law Enforcement Sensitive          CAR 0360

FBI Number: PII
Name: RUEDA, CLAUDIA
TID: CBCHU225051817130809
      FEDERAL BUREAU OF INVESTIGATION
      CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
        CLARKSBURG, WV  26306

CACBP2900
LEP



THE ENCLOSED RECORD, DATED 2017/05/18, WITH THE FBI NO. LEP      AND
NGI CONTROL NUMBER (NCN) LEP                   IS BEING PROVIDED AS THE
RESULT OF CRIMINAL RETAIN IDENT TEN-PRINT SUBMISSION.

A CRIMINAL HISTORY REQUEST NOTIFICATION(S) WAS SENT BY THE FBI
TO THE FOLLOWING ORGANIZATIONS, EXCEPT FOR THOSE INDICATING THAT THE
REFERENCED SUBJECT IS DECEASED.

CALIFORNIA    - STATE ID/CA   PII
FBI       - FBI   PII

SINCE THIS RESPONSE CONTAINS NATIONAL FINGERPRINT FILE (NFF) AND/OR III
PARTICIPANT STATE(S) REGULATED DATA, THE RESPONSE MAY NOT BE COMPLETE.
HOWEVER THE FBI MAINTAINED DATA FROM THE NON-RESPONDING III PARTICIPANT
STATE(S) IS INCLUDED IN THE RESPONSE.

        CACBP2900
        BROWN FIELD OBP STATION
        CBP-OBP STATION
        7560 BRITTANIA CT
        SAN DIEGO,CA 92154

    UNITED STATES DEPARTMENT OF JUSTICE
      FEDERAL BUREAU OF INVESTIGATION
  CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
       CLARKSBURG, WV  26306

**CAR 0361**

LEP

5/18/2017

CACBP2900                    

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                    - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                    FBI NO.      DATE REQUESTED
RUEDA,CLAUDIA SARAH          LEP          2017/05/18

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR
F   W    1982 PII 500   110    BRO   BLK

BIRTH PLACE
CALIFORNIA

PATTERN CLASS          CITIZENSHIP
      WU          MEXICO
                UNITED STATES


1-ARRESTED OR RECEIVED 2017/05/18
  AGENCY-CBP-OBP STATION SAN DIEGO (CACBP2900)
  AGENCY CASE-CBCHU225051817130809

  FINGERPRINT INFORMATION
   BSI/LEP
   PRINT DATE/2017/05/18

  PHOTO INFORMATION - 1 PHOTOS AVAILABLE
   BSI LEP
   POSE/ DESC/
   PHOTO DATE/2017/05/18

   NAME USED-RUEDA-VIDAL,CLAUDIA SARAHI
   CHARGE 1-ALIEN REMOVAL UNDER SECTION 212 AND 237

RECORD UPDATED 2017/05/18


ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

********************** CRIMINAL HISTORY RECORD ************************

**************************** Introduction ****************************

This rap sheet was produced in response to the following request:

State Id Number      PII       ()
Purpose Code        C
Attention        E2017138000000226309;T

The information in this rap sheet is subject to the following caveats:

** PALM PRINT ON FILE AT DOJ FOR ADDITIONAL INFORMATION PLEASE E-MAIL
PALM.PRINT@DOJ.CA.GOV(CA; 2012-09-06)

RESTRICTED - DO NOT USE FOR EMPLOYMENT, LICENSING, PLACEMENT OR

**CAR 0362**

CERTIFICATION PURPOSES(CA; 2017-05-18)

**************************** IDENTIFICATION ****************************

Subject Name(s)

RUEDA, CLAUDIA SARAH
RUEDA, CLAUDIA   (AKA)

Subject Description

FBI Number
PII

State Id Number
PII

Sex            Race
Female         White

Height         Weight         Date of Birth
5'06"          160            1982 PII
                              1995 PII

Hair Color     Eye Color
Black          Brown

Place of Birth            Ethnicity
CALIFORNIA                Hispanic Or Latino

Employment
Occupation     UNEMPLOYED
Employer
Occupation     STUDENT
Employer

************************** CRIMINAL HISTORY **************************

================================ Cycle 001 ================================
Earliest Event Date    2012-09-06
------------------------------------------------------------------------
Arrest Date        2012-09-06
Arrest Case Number    3292132-33307806
Arresting Agency      CA0194201 CAPDLA CENTRAL DIVISION
Arresting Agency      CA0194273 CAPDLA METRO JAIL
Subject's Name        RUEDA,CLAUDIA SARAH
Comment(s)            ARREST/DETAINED/CITED
Comment(s)            PHOTO AVAILABLE
Charge             1
        Statute  REMAIN AT SCENE OF RIOT/ETC (409 PC )
    State Offense Code  53024
        Severity  Misdemeanor
        Disposition  ( 2012-09-07; PROS PREFILING DEFERRAL)
================================ Cycle 002 ================================
Earliest Event Date    2015-01-28
------------------------------------------------------------------------
Arrest Date        2015-01-28
Arrest Case Number    4221108-33307806
Arresting Agency      CA0194273 CAPDLA METRO JAIL
Arresting Agency      CA0199990 CAHPCENTRAL LOS ANGELES
Subject's Name        RUEDA,CLAUDIA
Comment(s)            ARREST/DETAINED/CITED
Comment(s)            PHOTO AVAILABLE
Charge             1
        Statute  TRESPASS:INJURE PROPERTY (602(K) PC )
    State Offense Code  32095
        Severity  Misdemeanor

CAR 0363

---
Court Disposition       (Cycle 002)
Court Case Number       LAC5CA1550401
Final Disposition Date 2016-07-12
Court Agency            CA019023J CASCLOS ANGELES METRO
Subject's Name          RUEDA,CLAUDIA SARAH
Charge          1
       Statute  TRSPS:OBSTRCT/ETC BUSNES:PUB AGNCY (602.1(B) PC
       )
   State Offense Code  32080
       Severity  Unknown
       Disposition (DISMISSED/FURTHERANCE OF JUSTICE)
Charge          2
   Charge Description  CHRG 41,18(D) MC
       Statute  SEE COMMENT FOR CHARGE ( )
   State Offense Code  66085
       Severity  Infraction
   Disposition  (CONVICTED-FINE)
   Court Comment  CONVICTION CERTIFIED BY SHERRI R
       CARTER,EXECUTIVE OFFICER CLERK,CASCLOS ANGELES
       METRO
   Court Comment  COURT ACTION
   Court Comment  FOR CERT INFO SEE AUTOMATED ARCHIVE SYS

---
Sentencing       (Cycle 002)
Sentence         FINE; FINE SS

********************** NON CRIMINAL INFORMATION **********************

************************* INDEX OF AGENCIES **************************

Agency          CAPDLA CENTRAL DIVISION; CA0194201;

---
Agency          CAPDLA METRO JAIL; CA0194273;

---
Agency          CAHPCENTRAL LOS ANGELES; CA0199990;

---
Agency          CASCLOS ANGELES METRO; CA019023J;

* * * END OF RECORD * * *

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*       Federal Deoxyribonucleic Acid (DNA) Indicator       *
*
*       DNA Not in CODIS - Collect DNA               *
*                               *
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -2.2018:N

CAR 0364

LES

```
Message #:  66883118
From: SYSTEM @ CLETS  05.18.17 12:49:10
To  : BP6720 @ 301214365
* * * FOR USER g164 * * *
4UEE0945992.IH

RE: QHY.CACBP19S0.33047313.BP6720        DATE:20170518 TIME:12:49:09
RESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:BP6720 ADMIN OF JUSTICE

** PALM PRINTS AVAILABLE AT DOJ FOR PALM PRINTS CONTACT
PALM.PRINT@DOJ.CA.GOV
III CALIFORNIA ONLY SOURCE RECORD
CII/A33047313
DOB/1982 PII       SEX/F  RAC/HISPANIC
HGT/506  WGT/160  EYE/BRO  HAI/BLK  POB/CA
NAM/01 RUEDA,CLAUDIA SARAH
    02 RUEDA,CLAUDIA

FBI/  PII
DOB/1995 PII
MDS/CTZ-MX
OCC/STUDENT; UNEMPLOYED
* * * *

ARR/DET/CITE:        NAM:01  DOB:1982 PII
20120906  CAPD LA METRO JAIL

CNT:01    #3292132-33307806
  409 PC-REMAIN AT SCENE OF RIOT/ETC
20120907
 DISPO:PROS PREFILING DEFERRAL
   ARR BY:CAPD LA CENTRAL DIVISION
   COM: ADR-20120906 (725,BERNAL, ,S,LA,CA, ,)
   COM: PHOTO AVAILABLE
   COM: SCN-L66F2500036
   COM: DCN-P1422002041519002047
* * * *

ARR/DET/CITE:        NAM:02  DOB:1995 PII
20150128  CAPD LA METRO JAIL

CNT:01    #4221108-33307806
  602(K) PC-TRESPASS:INJURE PROPERTY
   ARR BY:CAHP CENTRAL LOS ANGELES
   COM: ADR-20150128 (1942,TRANSIENT, , ,LOS ANGELES,CA, ,)
   COM: PHOTO AVAILABLE
   COM: SCN-L66I0280032
- - - -
COURT:          NAM:01
20160712  CASC LOS ANGELES METRO

CNT:01    #LAC5CA1550401
  602.1(B) PC-TRSPS:OBSTRCT/ETC BUSNES:PUB AGNCY
 DISPO:DISMISSED/FURTHERANCE OF JUSTICE

CNT:02
  SEE COMMENT FOR CHARGE
*DISPO:CONVICTED
   CONV STATUS:INFRACTION
```

CAR 0365

```
       SEN: FINE,FINE SS
       COM: CHRG 41,18(D) MC


    DISPO:FOR CERT INFO SEE AUTOMATED ARCHIVE SYS
       COM: CONVICTION CERTIFIED BY SHERRI R  CARTER,EXECUTIVE
            OFFICER CLERK,CASCLOS ANGELES METRO
       COM: DCN-P1001002141619000371
         *    *    *    END OF MESSAGE    *    *    *
```

CAR 0366

```
Message #:  66883137
From: SYSTEM @ CLETS  05.18.17 12:50:39
To  : BP6720 @ 301214365
* * * FOR USER g164 * * *
4UEE094599A.I*

CR.CAIII0000
05/18/2017 12:50 34588
05/18/2017 12:50 38740 CACBP19S0
*UEE0VPVOT6
TXT
HDR/2L01ISDEQUEE0VPVOT6
ATN/BP6720 ADMIN OF JUSTICE
******************* CRIMINAL HISTORY RECORD **********************

************************** Introduction ***************************

This rap sheet was produced in response to the following request:

State Id Number       PII    ()
Purpose Code          C
Attention             BP6720 ADMIN OF JUSTICE

The information in this rap sheet is subject to the following caveats:

** PALM PRINT ON FILE AT DOJ FOR ADDITIONAL INFORMATION PLEASE
E-MAIL
PALM.PRINT@DOJ.CA.GOV (CA; 2012-09-06)
RESTRICTED - DO NOT USE FOR EMPLOYMENT, LICENSING, PLACEMENT OR
CERTIFICATION PURPOSES (CA; 2017-05-18)

************************** IDENTIFICATION **************************

Subject Name(s)

RUEDA, CLAUDIA SARAH
RUEDA, CLAUDIA   (AKA)

Subject Description

FBI Number            State Id Number
    PII                   PII

Sex                   Race
Female                White

Height                Weight           Date of Birth
5'06"                 160              1982 PII
                                       1995

Hair Color            Eye Color
Black                 Brown


Place of Birth                         Ethnicity
CALIFORNIA                             Hispanic Or Latino

Employment
Occupation            UNEMPLOYED
Employer
```

CAR 0367

```
Occupation              STUDENT
Employer


************************  CRIMINAL HISTORY  ************************

================================ Cycle 001 ================================
Earliest Event Date     2012-09-06
---------------------------------------------------------------
Arrest Date             2012-09-06
Arrest Case Number      3292132-33307806
Arresting Agency        CA0194201 CAPDLA CENTRAL DIVISION
Subject's Name          RUEDA,CLAUDIA SARAH
Comment(s)              ARREST/DETAINED/CITED
Comment(s)              PHOTO AVAILABLE
Charge                  1
            Statute     REMAIN AT SCENE OF RIOT/ETC (409 PC )
      State Offense Code 53024
            Severity    Misdemeanor
         Disposition    ( 2012-09-07; PROS PREFILING DEFERRAL)
================================ Cycle 002 ================================
Earliest Event Date     2015-01-28
---------------------------------------------------------------
Arrest Date             2015-01-28
Arrest Case Number      4221108-33307806
Arresting Agency        CA0194273 CAPDLA METRO JAIL
Subject's Name          RUEDA,CLAUDIA
Comment(s)              ARREST/DETAINED/CITED
Comment(s)              PHOTO AVAILABLE
Charge                  1
            Statute     TRESPASS:INJURE PROPERTY (602(K) PC )
      State Offense Code 32095
            Severity    Misdemeanor
---------------------------------------------------------------
Court Disposition       (Cycle 002)
Court Case Number       LAC5CA1550401
Final Disposition Date  2016-07-12
Court Agency            CA019023J CASCLOS ANGELES METRO
Subject's Name          RUEDA,CLAUDIA SARAH
Charge                  1
            Statute     TRSPS:OBSTRCT/ETC BUSNES:PUB AGNCY (602.1(B) PC
                        )
      State Offense Code 32080
            Severity    Unknown
         Disposition    (DISMISSED/FURTHERANCE OF JUSTICE)
Charge                  2
      Charge Description CHRG 41,18(D) MC
            Statute     SEE COMMENT FOR CHARGE ( )
      State Offense Code 66085
            Severity    Infraction
         Disposition    (CONVICTED-FINE)
      Court Comment     CONVICTION CERTIFIED BY SHERRI R
                        CARTER,EXECUTIVE OFFICER CLERK,CASCLOS ANGELES
                        METRO
      Court Comment     COURT ACTION
      Court Comment     FOR CERT INFO SEE AUTOMATED ARCHIVE SYS
---------------------------------------------------------------
Sentencing              (Cycle 002)
Sentence                FINE; FINE SS
```

CAR 0368

```
********************  NON CRIMINAL INFORMATION  *********************

************************  INDEX OF AGENCIES  ************************

Agency                  CAPDLA CENTRAL DIVISION; CA0194201;

--------------------------------------------------------------------
Agency                  CAPDLA METRO JAIL; CA0194273;

--------------------------------------------------------------------
Agency                  CAHPCENTRAL LOS ANGELES; CA0199990;

--------------------------------------------------------------------
Agency                  CASCLOS ANGELES METRO; CA019023J;


* * * END OF RECORD * * *
```

CAR 0369

## Person Crossing History

## Land Border Crossing

### Person Information

| Last Name | | First (Given) Name | |
|---|---|---|---|
| RUEDAVIDAL | | CLAUDIA | |
| Birth Date (Day/Mo/Yr) | Age | Gender | Race |
| ██ 1995 | 6 | | |
| Document Country | | Document Number | Document Type |
| UNITED STATES OF AMERICA | | ██ | VISA (V) |

### Location Information

| Crossing Date | Mode of Travel | Site | Port |
|---|---|---|---|
| 12/23/2001 05:39:45 PM | Pedestrian (P) | CALEXICO, WEST PORT OF ENTRY (L252) | CALEXICO, CA (2503) |

### Query Information 2:39 p

| Agency Queried | Agency Referred | Terminal Id | Inspector Id | TECS Query Result | Maximum TECS Result | Referred To |
|---|---|---|---|---|---|---|
| B | N | /Y01 | | NO-MATCH (N) | | |
| Remarks | | | | | | |



CAR 0370



**The United States Department of State - Bureau of Consular Affairs**

## NIV Applicant Detail

*Report by IVAN.HERNANDEZ on May , 19TH 2017 11:34 ET*

**Sensitive But Unclassified (SBU)** - *Information Protected under INA 222(f) and 9 FAM 40.4: This information "shall be considered confidential" per Section 222(f) of the Immigration and Nationality Act (INA) [8 U.S.C. Section 1202]. Access to and use of such information must be solely for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States under INA 222 (f) and 9 FAM 40.4. Do not access this information in anything other than an official capacity, and do not share it without the permission of the Department of State. If this record is for Visa Class LPR, the subject of the record is a lawful permanent resident of the U.S., and the personally identifiable information (PII) contained in the record is subject to the Privacy Act of 1974 and must be protected in accordance with those provisions.*
**This record cannot be transferred or reproduced in its entirety without the permission of the Department of State -- Bureau of Consular Affairs (Visa Services)**



Matches...

| | | |
|---|---|---|
| PII | **Issuing Post Name** | PII |
| | NOGALES (NGL) | |
| | **Surname** | |
| | RUEDA VIDAL | |
| | **Given Name** | |
| | CLAUDIA SARAHI | |
| | **Passport Number** | **Gender** |
| | PII | Female        PII 995 |
| | Regular | |
| | **Place of Birth** | |
| | PII | |
| | **10 Prints** | **Fingerprint 1** **Fingerprint 2** |
| | | Waived                    Waived |
| | **Waiver Ground:** | |

| **Class** | **Entries** | **Issue Date** | **Expiration Date** |
|---|---|---|---|
| BBBCC | M | | PII |

## Adjudication History

| **Adjud Date** | **Status** |
|---|---|
| 02-MAY-2001 | Issued |

## Foil History

| **Foil Number** | **Class** | **Printed** | **Foil Status** |
|---|---|---|---|
| PII | BBBCC | 07-MAY-2001 | Printed and passed QA |

## Namecheck(s)

| **Seq #** | **Status** | **Source** | **DNC/Class Hits** |
|---|---|---|---|

## <u>Application Data</u>

**Appointment Date:**                                    **Birth Place City:**
**Passport Number:**         PII                 **Passport Book Number:**
**Passport Issue Date:**                                 **Passport Expires:**
**Passport City:**                                       **Passport Country:**
**Address:**
**City:**
**Country:**                                             **Postal Code:**
**Barcode Number:**                                      **Visa Type:**          Regular
**National ID:**                                         **Occupation:**
**Employer:**
**Petitioner Name:**
**STC Name:**
**Telephone:**
**Contact Name:**
**Contact Phone(s):**
**Arrival Date:**                                        **Misc Data:**



*The United States Department of State - Bureau of Consular Affairs*

## NIV Applicant Detail

*Report by IVAN.HERNANDEZ on May , 19TH 2017 11:32 ET*

***Sensitive But Unclassified (SBU)** - Information Protected under INA 222(f) and 9 FAM 40.4: This information "shall be considered confidential" per Section 222(f) of the Immigration and Nationality Act (INA) [8 U.S.C. Section 1202]. Access to and use of such information must be solely for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States under INA 222 (f) and 9 FAM 40.4. Do not access this information in anything other than an official capacity, and do not share it without the permission of the Department of State. If this record is for Visa Class LPR, the subject of the record is a lawful permanent resident of the U.S., and the personally identifiable information (PII) contained in the record is subject to the Privacy Act of 1974 and must be protected in accordance with those provisions.*
***This record cannot be transferred or reproduced in its entirety without the permission of the Department of State -- Bureau of Consular Affairs (Visa Services)***

**Matches...**

| PII | **Issuing Post Name** | | | C N |
|---|---|---|---|---|
| | TIJUANA (TJN) | | | 2( |
| | **Surname** | | | |
| | RUEDA VIDAL | | | |
| | **Given Name** | | | |
| | CLAUDIA SARAHI | | | |
| | **Passport Number** | **Gender** | **Date of Birth** | N |
| | PII  Regular | Female | PII 995 | M |
| | **Place of Birth** | | | |
| | PII | | | |
| | **10 Prints** | **Fingerprint 1** Waived | **Fingerprint 2** Waived | D |
| | **Waiver Ground:** | | | |

| **Class** | **Entries** | **Issue Date** | **Expiration Date** | F( |
|---|---|---|---|---|
| BBBCC | M | | PII | |

## Adjudication History

| **Adjud Date** | **Status** | **Refusal** | **Section of Law** | O |
|---|---|---|---|---|
| 24-NOV-2000 | Refused | R | 214(B) | |

## Namecheck(s)

| **Seq #** | **Status** | **Source** | **DNC/Class Hits** | D W |
|---|---|---|---|---|
| | | | | N |

## Application Data

**Appointment Date:**

**Passport Number:**  PII

**Birth Place City:**

**Passport Book Number:**

NIV Applicant Detail

**Passport Issue Date:**                    **Passport Expires:**
**Passport City:**                          **Passport Country:**
**Address:**
**City:**
**Country:**                                **Postal Code:**
**Barcode Number:**                         **Visa Type:**              Regular
**National ID:**                            **Occupation:**
**Employer:**
**Petitioner Name:**
**STC Name:**
**Telephone:**
**Contact Name:**
**Contact Phone(s):**
**Arrival Date:**                           **Misc Data:**

CAR 0374
5/19/2017



CAR 0375

# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE

1110-0046

The FBI's acquisition, preservation, and exchange of identification information is generally authorized by 28 U.S.C. 534. This FD-249 is to be used for criminal justice purposes, such as incident to arrests and incarcerations. The Applicant form (FD-258) contains applicable Paperwork Reduction Act and Privacy Act notices and should be used for noncriminal justice purposes. "A Social Security Account Number (SSAN) is helpful to keep records accurate because other people may have the same name and birth date. Pursuant to the Federal Privacy Act of 1974 (5 USC 552a), any Federal, State, or local government agency which requests an individual to disclose his/her SSAN is responsible for informing the person whether disclosure is mandatory or voluntary, by what statutory or other authority the SSAN is solicited, and what uses will be made of it.." **FD-249 (Rev. 3-1-10)**

| JUVENILE FINGERPRINT | DATE OF ARREST | ORI | |
|---|---|---|---|
| SUBMISSION          YES ☐ | MM   DD   YY | CONTRIBUTOR | |
| TREAT AS ADULT      YES ☐ | | ADDRESS | |
| | | REPLY      YES ☐ DESIRED? | |
| SEND COPY TO: (ENTER ORI) | DATE OF OFFENSE   MM   DD   YY | PLACE OF BIRTH (STATE OR COUNTRY) | COUNTRY OF CITIZENSHIP |
| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS | | |

| | RESIDENCE/COMPLETE ADDRESS | CITY | STATE |
|---|---|---|---|
| OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER) | LOCAL IDENTIFICATION/REFERENCE | PHOTO AVAILABLE?          YES ☐ | |
| | | PALM PRINTS TAKEN?          YES ☐ | |

| EMPLOYER:   IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY. IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO. | OCCUPATION |
|---|---|
| CHARGE/CITATION 1. | DISPOSITION 1. |
| 2. | 2. |
| 3. | 3. |
| ADDITIONAL | ADDITIONAL |
| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |

**CAR 0376**

GPO U.S. GOVERNMENT PRINTING OFFICE: 11/21/2014 12:40:33

FINS #:1226184070                                                          Event No:SCM1705000037

| R-84<br>Revised<br>09-25-2007 | FEDERAL BUREAU OF INVESTIGATION<br>**FINAL DISPOSITION REPORT** | Leave Blank |
|---|---|---|

**Note:** This vital report must be prepared on each subject whose arrest fingerprints have been forwarded to the FBI Criminal Justice Information Services Division without final disposition noted. If no final disposition is available from arresting agency, complete left side and forward the form when case is referred to prosecutor and/or courts. Agency on notice as to final disposition should complete this form and submit to: **FBI, CJIS Division, Clarksburg, WV 26306.**

| | |
|---|---|
| FBI Number:<br>PII | \*\* Final Disposition Date: |
| Name on fingerprint card submitted to FBI:<br>\*\* Last        First        Middle<br>**RUEDA-VIDAL, CLAUDIA SARAHI** | (If convicted or subject pleaded guilty to lesser charge, include this modification with disposition.) |
| Date of Birth:  PII  1995        Sex:  **Female** | |
| Disposition Maintenance Indicator (DMI):<br>☐ Append   ☐ Add   ☐ Replace   ☐ Delete | |
| State Bureau No. (SID):<br>PII | Social Security No. (SOC): | \*\* Form Submitted by<br>ORI Number:  **ORI# CACBP2400** |
| Fingerprint Contributor/Arresting Agency ORI:<br>\*\*<br><br>**ORI# CACBP2400** | (Name, Title, Agency, City & State)<br>**DANIEL BRIGHTMAN**<br>**IMPERIAL BEACH, CA, BORDER PATROL STATION**<br>**SAN DIEGO CA** |
| Include **complete** name and location of agency:<br>**1802 SATURN BLVD**<br>**SAN DIEGO, CA, US, 92154** | _Daniel Brightman_<br>Signature          Date<br>**BORDER PATROL AGENT-I**<br>Title |
| Arrest No. (OCA):<br>PII | \*\* Date Arrested or Received:<br>**05/18/2017** | ☐ COURT ORDERED EXPUNGEMENT:<br>Certified or Authenticated Copy of Court Order Attached. |

\*\* Offenses Charged at Arrest:
**20170518        8 USC 1229a        ALIEN REMOVAL UNDER SECTION 212 AND 237**

| | | | |
|---|---|---|---|
| LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY |

CAR 0317

# R-84 INSTRUCTIONS

1. The purpose of this report is to record the initial data of a subject's arrest and secure the final disposition of the arrest at the earliest possible time. (INTERIM DISPOSITION INFORMATION, e.g RELEASED ON BOND, SHOULD NOT BE SUBMITTED). The SUBJECT'S NAME, CONTRIBUTOR AND ARREST NUMBER should be exactly the same as submitted at the time of arrest. The FBI number should be indicated, if known. Agency ultimately making final disposition will complete and mail form to: FBI Criminal Justice Information Services Division, Clarksburg, WV 26306.

2. The arresting agency should fill in all arrest data on left side of form as the contributor of the fingerprints. The arresting agency ORI should be placed in the appropriate block. If the arrest is disposed of by the arresting agency, as where the arrestee is released without charge, the arresting agency should fill in this final disposition and mail form to FBI Criminal Justice Information Services Division. Of course, if the final disposition is known when the arrest fingerprint card is submitted, it should be noted on the fingerprint card and this form is then unnecessary. In the event the case goes to the prosecutor, this form should be forwarded to the prosecutor with arrestee's case file.

3. The prosecutor should complete the form to show final disposition at the prosecution level if the matter is not being referred for court action and submit form directly to FBI Criminal Justice Information Services Division. If court action is required, the prosecutor should forward form with case file to court having jurisdiction.

4. The court should complete this form as to final court disposition such as when arrested person is acquitted, case is dismissed, conviction/sentence imposed or suspended, or person placed on probation.

5. When arrested person is convicted or pleads guilty to a lesser or different offense than when originally arrested, this information should be clearly indicated.

6. If subsequent action is taken to seal or expunge record, attach certified or authenticated copy of court order to this form.

7. It is vitally important for completion of subject's record in the FBI Criminal Justice Information Services Division files that Final Disposition Reports be submitted in every instance where fingerprints were previously forwarded without final disposition noted.

8. Submission of flat capture fingerprint impressions is optional.

9. Asterisks indicate mandatory fields.



**U.S. Department of Homeland Security**
**Bureau of Customs & Border Protection**

**REPORT OF INVESTIGATION**

| File Number: ██ | Title: Rueda Transnational Criminal Organization |
|---|---|

1 On April 24, 2017, San Diego Sector Intelligence Unit Border Patrol Agents –
2 Intelligence (BPA-I) started surveillance on two vehicles that were suspected of
3 smuggling illegal contraband, a tan Chevrolet Malibu (AZ ██ ) and a white Toyota
4 pickup truck (MX██ ). These vehicles entered the United States through the San
5 Luis, Arizona Port of Entry five minutes apart at approximately 4:20 and 4:25 a.m. The
6 tan Malibu entered first.
7
8 The BPA-Is maintained surveillance of the vehicles, until joined by Los Angeles County
9 Sheriffs' lead Task Force California Multijurisdictional Methamphetamine Enforcement
10 Team (CalMMET), who took over the primary surveillance. CalMMET Officers
11 followed the vehicles to the parking lot of "El Salsabor" restaurant located in the Boyle
12 Heights area of Los Angeles, CA. The original driver of the Malibu, later identified as
13 ██ went into the restaurant. The original driver of the Toyota pickup,
14 later identified as ██ , got into the Malibu and drove it to an apartment
15 complex located at ██ Los Angeles, CA, approximately 1.9 miles
16 away.
17
18 CalMMET Officers observed ██ drive the Malibu into the parking lot and two
19 heavyset, Hispanic males, later identified as ██ and ██ approach the
20 Malibu. CalMMET Officers observed ██ exit the vehicle and begin removing
21 something from the back seat area. CalMMET Officers approached the individuals and
22 observed packages consistent with the packaging of smuggled narcotics on the floor of
23 the Malibu.
24
25 CalMMET Officers arrested ██ , ██ , and ██
26 CalMMET Officers asked the three individuals whose apartment (Apt 1) it was, to which
27 ██ replied that it was his. CalMMET Officers asked for consent to search, to
28 which ██ gave consent stating, "I don't have anything in there, you can
29 look."
30
31 CalMMET Officers approached the front door to the apartment where a female, identified
32 as ██ , was sitting outside. CalMMET Officers asked ██
33 if apartment 1 was her home, to which she confirmed. CalMMET Officers asked if they
34 could search apartment 1, which ██ gave verbal consent and written consent on their
35 agency form. CalMMET Officers asked ██ what her relationship with ██
36 ██ was, to which she replied he was her husband. ██ mentioned that they have
37 been together for 26 years.
38
39 The search of the Malibu yielded 15 kilogram-sized packages of presumptive narcotics.
40 A Kia Sportage was also located in the parking lot, to which ██ claimed to not
41 own but was "watching for someone". ██ would not name that individual. A
42 search of the Sportage revealed 8 plastic-wrapped bundles of U.S. currency in the spare
43 tire and an ounce sized package of white crystals consistent with the appearance of
44 methamphetamine.

Investigator                Date: April 25, 2016
**EAS** ██

U.S. Department of Homeland Security
Bureau of Customs & Border Protection

REPORT OF INVESTIGATION

File Number:                    Title: Rueda Transnational Criminal Organization

1   During the search of apartment 1, where [PII]                and [PII]
2   [PII]    claimed ownership, were found 10 plastic-wrapped bundles of U.S. currency,
3   which were wrapped in the same manner as those found in the Sportage. The bundles
4   were found in the closet of the bedroom, which belonged to [PII]
5
6   Outside the apartment, a female identified as [PII]                who claimed to be a
7   cousin to [PII]        arrived and started to harass all the law enforcement officers on
8   the scene. [MENDOZA] claimed that they could not go into that house without a search
9   warrant, to which she was informed that the owners had provided verbal and written
10  consent. [PII]        stated that "These people don't know what's going on, whatever
11  you found in there is someone else's down south. BPA-I [LEP]        took that to mean
12  Mexico and told [PII]        that they agreed that that amount of currency probably did
13  not belong to the people living in the complex. [PII]        agreed. BPA-I Taban asked
14  [PII]    if she knew who the currency belonged to, to which [PII]        replied
15  "Trust me, I know a lot, but I'm not going to tell you."
16
17  BPA-I [LEP]        wrote down phone numbers, with consent, from the phones used in
18  the smuggling event. During the event, there were text messages from phone number
19  [PII]    with the name [PII]    . Research after the event, revealed that this phone
20  number belonged to [PII]                (DOB: [PII]/1968).  Research into
21  [PII]        revealed that [PII]        was illegally present in the United States and
22  residing at the address of [PII]        Los Angeles, CA. [PII]        was
23  arrested by Los Angeles Sheriff's Department on 2/18/2011 for disorderly conduct.
24  [PII]        was encountered, while in jail, by Enforcement Removal Operations
25  Officers (ERO), but was not processed for removal at that time due to Executive Branch
26  policies in place for priority enforcement.
27
28  Research into [PII]        (DOB: [PII] 1967) revealed that MENDOZA was in fact
29  a member of the RUEDA family. MENDOZA resides at [PII]        Los
30  Angeles, CA. This is the same address that [PII]
31  [PII]    brother, [PII]        (DOB: [PII] 1956) resides [PII]
32  Ave Los Angeles, CA. These residences are a duplex located in the Boyle Heights area of
33  Los Angeles, approximately 1 mile from [PII]
34
35  [PII]        was arrested in 1990 for the transportation of illegal aliens in El Centro, CA.
36  [PII]        crossed the United States/ Mexico International Border at the Calexico, CA
37  Port of Entry in a 2002 Nissan (CA [PII]        on 2/22/2016, which is registered to
38  [PII]            at [PII]
39
40  [PII]        is the daughter of [PII]        and [PII]
41  [PII]    who were residing at [PII]        Los Angeles, CA, the residence
42  where the arrests and seizure of $630, 000.00 U.S. Dollars and the 33 lbs of cocaine were
43  made. [PII]        was arrested 09/07/2012 for remaining at the scene of a riot and
44  was arrested on 01/28/2015 for PC 602(K) Trepass: Injure to Property. Claudia was

Investigator              Date: April 25, 2016
EAS [LEP]

CAR 0380

**U.S. Department of Homeland Security**
Bureau of Customs & Border Protection

**REPORT OF INVESTIGATION**

| File Number: <span style="color:red">PII</span> █████ | Title: Rueda Transnational Criminal Organization |
|---|---|



1  living at █ sleeping on the couch, and arrived on scene when Border
2  Patrol arrested her mother, father, and uncle.
3
4  Research after the event revealed that the white Toyota pickup (MX ████, which
5  was used as the scout vehicle during this event and driven by █ was registered
6  to █ at █
7  █ and █ (DOB: █
8  █ was arrested in Los Angeles on 05/27/1992 for possession/conspiracy to
9  distribute cocaine. █ is the brother of █ and █
10 █
11
12 Research after the event revealed that on April 18, 2017, one week prior to the arrests of
13 █ and his wife
14 █ (DOB: █ were arrested in Calexico, CA headed in a south direction
15 towards the United States/ Mexico International Border. █ was
16 attempting to drive a Ford Raptor truck south into Mexico.  A search of the vehicle
17 revealed 46 plastic-wrapped packages of U.S. currency and another bag of unknown
18 amount of U.S. currency.  A final total of U.S. currency in the █ possession was
19 $1,089,740.00.
20
21 Additional phone toll analysis from the event on April 24, 2017 event was associated to
22 █ Ariza (DOB: █. █, who was born in
23 Guatemala, was denied several non-immigrant visas, prior to being approved.
24 █ entered the United States on a non-immigrant visa on 11/09/2005 from
25 Guatemala to Houston, TX. █ A booked a flight from Los Angeles to
26 Guatemala for 06/27/2016. █ was supposed to travel with █
27 █ Research revealed that █ used a Guatemalan
28 passport to book the flight; however, no visa or other documents that would convey legal
29 status in the United States were found for █ did not
30 board the flight.
31
32 After the arrest of █ and █ a targeted
33 enforcement action was planned to target additional members of the Rueda Transitional
34 Criminal Organization (TCO) operating in the Boyle Heights area of Los Angeles Area.
35 On May 18, 2017, San Diego Border Patrol Sector Intelligence Unit Agents were
36 conducting surveillance on █ Los Angeles, CA to locate additional,
37 identified members of the Rueda TCO. Border Patrol Agents encountered residents of
38 other apartments at 725 S Bernal Ave who made statements to Agents that the occupants
39 of apartment 1 moved out after the RUEDA arrests.
40
41 On May 18, 2017, San Diego Border Patrol Sector Intelligence Unit Agents were
42 conducting surveillance on █ Los Angeles, CA. This was the residence
43 identified as where █ who was in contact with the smugglers
44 during the smuggling event on April 24, 2017, resided. █ was

Investigator █████          Date: April 25, 2016
**EAS** <span style="color:red">LEP</span> █████

<span style="color:red">CAR 0381</span>

**U.S. Department of Homeland Security**
Bureau of Customs & Border Protection

**REPORT OF INVESTIGATION**

| File Number: | Title: Rueda Transnational Criminal Organization |
| --- | --- |
| PII | |

1  observed exiting this address. Both times that Agents encountered Claudia RUEDA-

2  Vidal were locations related to the current LEP               gents arrested

3  Claudia RUEDA-Vidal for her violation of her non-immigrant status and for being a

4  beneficiary of the Rueda TCO.

5

6

7

Investigator
EAS

Date: April 25, 2016

Page 4 of 4

**CAR 0382**

**ALIEN NAME:**                    **A NUMBER:**              **CITIZENSHIP:**

## NTA CHECKLIST - EWI's

LEP

| | |
|---|---|
| **REVISED: January 30, 2012** | |
| AGENT INITIAL AND STAR# | SUPERVISOR INITIAL AND STAR# |

CAR 0383

# CCA CHECKLIST



PROS 03/01/2011

CAR 0384

## ORDER TO DETAIN OR RELEASE ALIENS

| TO:   Officer in Charge | | | | Name of Facility:     CCA | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Please detain or release the **DETAIN** following aliens as appropriate | | | | Nature of Proceedings:     REMOVAL | | | | | | |
| A Number & | | | | DETAINED | | | RELEASED | | | Days |
| Alien Name | DOB | Sex | Nationality | Date | Time | Init. | Date | | Init. | Detained |
| Claudia Sarahi Rueda Vidal PII 95 | | F | Mexican | | | | | | | |
| Subject ID: PII | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| Signature of Officer and Date | Signature of Officer Directing Action | Date S/16/17 |
|---|---|---|
| Title | Title   BORDER PATROL AGENT | Barracks |

Form I-203A (2-15-75)

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

CAR 0385

## ORDER TO DETAIN OR RELEASE ALIENS

| TO: | Officer in Charge | | | | Name of Facility: | | CCA | | | |
|-----|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|

Please detain or release the **DETAIN** following aliens as appropriate

Nature of Proceedings: **REMOVAL**

| A Number & Alien Name | DOB | Sex | Nationality | DETAINED | | | RELEASED | | | Days Detained |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| | | | | Date | Time | Init. | Date | | Init. | |
| Claudia Sarahi Rueda Vidal | PII 95 | F | Mexican | | | | | | | |
| Subject ID: PII | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| Signature of Officer and Date | | Signature of Officer Directing Action | Date 5/18/17 |
|-----|-----|-----|-----|
| Title | | Title   BORDER PATROL AGENT | Barracks |

Form I-203A (2-15-75)

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

CAR 0386

\* Non Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

## List of Pro Bono Legal Service Providers

Updated January 2017

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

### San Diego Immigration Court

**San Diego, California**

| | |
|---|---|
| **ABA Immigration Justice Project\*** <br><br> 2727 Camino del Rio South, Suite 223 <br> San Diego, CA 92108 <br> (619) 655-8817 <br> • Refer limited detained and non-detained cases <br> to Pro Bono Attorneys <br><br> • Offer legal orientations to individuals in removal <br> proceedings at the San Diego Immigration Court, <br> Wednesdays 8:30 am - 10:00 am (English and Espanol). <br> Call for more information. | **Casa Cornelia Law Center\*** <br><br> 2760 Fifth Avenue, Suite 200 <br> San Diego, CA 92103 <br> Tel: (619) 231-7788 <br> Fax: (619) 231-7784 <br><br> LawCenter@CasaCornelia.org <br> casacornelia.org <br> • Asylum, unaccompanied minors, victims of serious <br> crime |
| **Legal Aid Society of San Diego\*** <br> 110 South Euclid Ave. <br> San Diego, CA 92114 <br> 1-877 Legal Aid (877-534-2524), Toll Free <br> • No charge. <br> • Will not represent asylum cases. | **Ali Golchin, Esq.\*\*\*** <br><br><br> Golchin and Associates <br> 1251 Third Ave., Ste. 203 <br> Chula Vista, Ca 91911 <br> Tel: (619) 325-7555 <br> • Will not represent aliens in asylum cases. <br> • Representation limited to the San Diego district |
| **Mari Kleven, Esq.\*\*\*** <br><br> 964 Fifth Avenue, Suite 214 <br> San Diego, CA 92101 <br><br> marikleven@gmail.com <br> Tel: 619-752-4646 <br> Fax: 619-564-7717 | |

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, Office of Legal Access Programs maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on this list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.

CAR 0387

# List of Pro Bono Legal Service Providers

Updated January 2017

* Non Profit Organization
** Referral Service
*** Private Attorney

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Otay Mesa Immigration Court

**Otay Mesa Detention Center, San Diego, California**

| Casa Cornelia Law Center* | El Rescate* |
|---|---|
| 2760 Fifth Avenue, Suite 200<br>San Diego, CA 92103<br>Tel: (619) 231-7788<br>Fax: (619) 231-7784<br>LawCenter@CasaCornelia.org<br>casacornelia.org<br>• Asylum, victims of serious crime | 1501 West 8th St. Suite 100<br>Los Angeles, CA 90017<br>(213) 387-3284<br>• Bond hearings<br>• Removal proceedings<br>• ICE paroled request |

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, Office of Legal Access Programs maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on this list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.

CAR 0388

Form I-216
U.S DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION AND CUSTOMS ENFORCEMENT(Rev.3-1-03)

Sheet No. _____

## RECORD OF PERSON AND PROPERTY TRANSFERED

| Date of Transfer: | 05/18/17 | From: | **Barracks 5** | To: | | CCA | | | | |

| File No. | Name of Person | Nationality | DOB | Gender | STATUS | FINS | CRIMINAL | STATION | SUBJECT ID # |
|---|---|---|---|---|---|---|---|---|---|
| PII | Claudia Sarahi Rueda Vidal | Mexican | PII 995 | F | Rem Proc | PII | | Barracks 5 | PII |

1. Show whether deport, removal, VD, or Bond/OR
2. Show whether criminal, diseased, handicapped, or escape risk.
3. Show whether alien detained at Service expense immediately prior to transfer.
4. Show whether deportation is to be effected at Service or carrier expense.
5. Use a separate line for each person transferred, this form is to be executed in sufficient number of copies to allow each receiving officer to retain one copy for his personal expense voucher and two addl' copies for station of final delivery.

Received the above listed persons, property and baggage checks

Signature _____

Title _____

Place and date _____

CAR 0389

Form I-216
U.S DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION AND CUSTOMS ENFORCEMENT(Rev.3-1-03)

Case 2:18-cv-09276-DMG-PLA  Document 69-6  Filed 04/27/20  Page 60 of 79  Page ID
#:1962

Sheet No. _____

## RECORD OF PERSON AND PROPERTY TRANSFERRED

Date of Transfer: 05/18/17    From: **Barracks 5**    To: **CCA**

| File No. | Name of Person | Nationality | DOB | Gender | STATUS | FINS | CRIMINAL | STATION | SUBJECT ID # |
|----------|----------------|-------------|-----|--------|--------|------|----------|---------|--------------|
| PII | Claudia Sarahi Rueda Vidal | Mexican | PII 995 | F | Rem Proc | PII | | Barracks 5 | PII |

1. Show whether deport, removal, VD, or Bond/OR
2. Show whether criminal, diseased, handicapped, or escape risk.
3. Show whether alien detained at Service expense immediately prior to transfer.
4. Show whether deportation is to be effected at Service or carrier expense.
5. Use a separate line for each person transferred, this form is to be executed in sufficient number of copies to allow each receiving officer to retain one copy for his personal expense voucher and two addl' copies for station of final delivery.

Received the above listed persons, property and baggage checks

Signature_____

Title _____

Place and date_____

CAR 0390

Form I-216
U.S DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION AND CUSTOMS ENFORCEMENT(Rev.3-1-03)

Case 2:18-cv-09276-DMG-PLA   Document 69-6   Filed 04/27/20   Page 61 of 79   Page ID
#:1963

Sheet No. _____

## RECORD OF PERSON AND PROPERTY TRANSFERED

Date of Transfer: 05/18/17     From: **Barracks 5**     To: **CCA**

| File No. | Name of Person | Nationality | DOB | Gender | STATUS | FINS | CRIMINAL | STATION | SUBJECT ID # |
|---|---|---|---|---|---|---|---|---|---|
| PII | Claudia Sarahi Rueda Vidal | Mexican | PII 995 | F | Rem Proc | PII | | Barracks 5 | PII |

1. Show whether deport, removal, VD, or Bond/OR
2. Show whether criminal, diseased, handicapped, or escape risk.
3. Show whether alien detained at Service expense immediately prior to transfer.
4. Show whether deportation is to be effected at Service or carrier expense.
5. Use a separate line for each person transferred, this form is to be executed in sufficient number of copies to allow each receiving officer to retain one copy for his personal expense voucher and two addl' copies for station of final delivery.

Received the above listed persons, property and baggage checks

Signature_____

Title _____

Place and date_____

CAR 0391

IOE  / A ▮▮▮ PII ▮▮▮

**Question/Concern:**
Requestor lives at the stash house where CBP arrested her parents while in possession of cocaine and bulk cash.  Should she be granted DACA?

**Background:**
09/06/2012 – Juvenile charge for Remain at Scene of Riot/etc.
- 01/28/2015 – charged for Trespass, Injure Property.  The case appears to be dismissed.
- 04/24/2017 – Customs & Border Patrol (CBP) arrested the requestor's parents at ▮▮ PII ▮▮, Los Angeles, and seized $630,000 and 15lbs cocaine.  CBP investigation has determined that her parents head the Rueda Transnational Criminal Organization (TCO). The requestor arrived at the scene during the arrest.  She listed this address as her residence from 1/1/01-4/1/17 on her DACA request.
- 05/18/2017 – CBP went to her current residence to search for specific targets associated with the Rueda TCO.  She was arrested at the scene for immigration violation.
- 11/08/2017 – Removal proceedings hearing.

**Vetting:**



**Analysis:**
Although there is no evidence the requestor has ever been directly involved in her parents' TCO operation, she has lived with them into adulthood.  CBP encountered her at two different stash houses targeted in their investigation.  CBP classifies her as an associate to the Rueda TCO by virtue of familial relation in ▮▮ LEP ▮▮

Since the requestor has lived into adulthood at both addresses being targeted by the investigation, it is very likely that she is aware of her parents' criminal activities and is a beneficiary of the profits from their TCO.  As such, it appears that her case does not warrant prosecutorial discretion.

Please see attached documents.

**Approved Guidance:**
IOE ▮▮ PII ▮▮ / A ▮▮ PII ▮▮

Thank you for bringing this case to our attention.  After further review, SCOPS WATS concurs with CSCs recommendation to issue a discretionary denial.

EARM

Logged In: **PII**

| Person ID **PII** Sex F DOB **PII** /1995 Current Age: 22 COB: MEXIC COC: MEXIC |
|---|
| Subject ID **PII** Processing Disposition: Warrant of Arrest/Notice to Appear KCA Look-Up |
| Case # **PII** Case Category: [2A] Docket: SND - ND06 (625-749) Flores |
| Final Order of Removal: No    Time in Custody: N/A    Special Class: / |
| Final Order Date: N/A    Depart / Cleared Status: ACTIVE |
| Proceed With Removal: N/A |
| Days Final Order in Effect: N/A |

**Current / Active Alerts**

**Detention History**

5/19 - 6/9/17

## Rueda-Vidal, Claudia Sarahi     PII

## Encounter Details

### Encounters linked to Person ID: PII

| | Subject ID | A-Number | Last Name | First Name | COC | Priority | DOB | Encountered on | Case | Case Category |
|---|---|---|---|---|---|---|---|---|---|---|
| ⦿ | PII | PII | RUEDA-VIDAL | CLAUDIA SARAHI | MEXIC | | PII 1995 | 05/17/2017 | PII | 2A |

### Encounter Details All information below may only be edited in EAGLE

### Event / Incident Information

| Event Number: **PII** | Operation: N/A | Primary Agent: **DORIAN DIAZ** |
|---|---|---|
| Event Occurred On: **05/18/2017** | Site: **SCM** | Assigned On: **05/18/2017** |
| Event Type: **Administrative Non-Criminal Individual** | Landmark: **70 - LOS ANGELES, CO.** | Event Supervisor: N/A |
| | | Assigned On: |

### Subject Information

| FINS: **PII** | Priority: N/A | Role: I |
|---|---|---|
| A-Number: **PII** | Criminal Type: N/A | Role Comment: **ILLEGAL ALIEN** |
| Control Name: **RUEDA-VIDAL** | Agg Felon: **No Aggravated Felony Convictions** | Processing Disposition: **Warrant of Arrest/Notice to Appear** |
| First Name: **CLAUDIA SARAHI** | Primary Citizenship: **MEXICO** | |
| Middle Name: N/A | Hair: **BLK** | INS Status: **Deportable** |
| Maiden: N/A | Eyes: **BRO** | POE: **CALEXICO, CA** |
| Nickname: N/A | Complexion: **MED** | Entry Date: **12/23/2001** |
| Living?: **Y** | Race: **W** | Entry Class: **Border Crossing Card** |
| Sex: **F** | Origin: **H** | Apprehension Date: **2017-05-18 07:40:00.0** |
| Transgender: **N** | Date of Birth: **PII** /1995 | Site: **SDC** |
| Marital Status: **Single** | Age: **22** | Landmark: **SDCGEN - SAN DIEGO SECTOR GENERAL AREA, NON SPECIFIC** |
| SSN: N/A | Age at Encounter: **22** | Arrest At/Near: **LOS ANGELES, CA** |
| Juvenile Verified: N/A | Height: **66** | Juvenile Status: N/A |
| Occupation: **PROTESTER** | Weight: **160** | Accompanying Family Member Relation: N/A |
| | Speak/Understand English: N/A | Accompanying Family Member Subject ID: N/A |
| | Read/Write English: N/A | Consequence Delivery System Selection: **FIRA** |
| | Primary Language: **SPANISH** | |

### I-213 Narrative    Narrative 1 : Created Date: 05/17/2017 06:59 PM    On April 18, 2017, agents

assigned to Homeland Security Investigations (HSI) apprehended a Red Ford Raptor (CA **PII** ) as it was heading southbound towards Mexico with approximately $1,089,760.00. Inside the Raptor was **PII** , **PII** and three minor children as they were heading towards the Calexico, California Port of Entry.

On April 24, 2017, Border Patrol Agents assigned to the San Diego Sector Intelligence Unit's (SIU) Predictive Intelligence Targeting Team (PITT) and agents assigned to the California Multijurisdictional Methamphetamine Enforcement Team (CalMMET) interdicted a tan Chevrolet Malibu (AZ **PII** ) and a white Toyota pickup truck (MX **PII** ) as the occupants were involved in a cross border narcotics smuggling event, originating from the San Luis, Arizona Port of Entry.

This interdiction, where 15 kilogram-sized packages of cocaine and approximately $630,000 in U.S. currency was seized, occurred at **PII** ., in the Boyle Heights neighborhood of Los Angeles, CA. **PII**

**CAR 0393**

For Official Use Only - L.E.S.

(dad)
PII    PII    PII    and    (mom) PII !    were arrested during this event.
During the arrest, PII    stated that he lived in    PII    Contraband currency was
found at this apartment during a consent search. PII . stated that she has been married to    PII    for
approximately 26 years.

An investigation into the aforementioned cross border smuggling events has identified the RUEDA Transnational Criminal Organization (TCO) as the criminal network responsible for these. Additionally, this investigation has identified associates, support personnel, and beneficiaries of the RUEDA TCO criminal activities and proceeds. On May 18, 2017, the San Diego Sector Border Patrol conducted a targeted enforcement action in the vicinity of Los Angeles, California to arrest those individuals associated with the RUEDA TCO that do not presently have any immigration status allowing them to enter or remain in the United States.

On May 18, 2017, Border Patrol Agents A. Bolton and D. Brightman traveled to Los Angeles, California to search for specific targets associated to the RUEDA TCO.

At approximately 7:38 a.m. Agents Bolton and Brightman encountered Claudia Rueda outside of    PII
Avenue, Los Angeles, California. Agent Brightman identified himself as a Border Patrol Agent and performed an immigration inspection. Claudia identified herself as Claudia Rueda; however, she refused to answer any other questions. Claudia stated, "I don't have to answer your questions." Based on Agent Brightman's and Bolton's knowledge of Claudia Rueda's immigration history, she was arrested for being illegally present in the United States.

Agent Brightman placed Claudia Rueda under arrest at 7:40 a.m. for being illegally present in the United States and transported her to Chula Vista Border Patrol Station for further processing.

Claudia Rueda is associated to the RUEDA TCO by virtue of familial relations.

At the station, as a routine step in processing, Claudia Rueda's biographical and biometric information were recorded and input into the Department of Homeland Security (DHS) processing systems. These systems revealed following numbers associated with Claudia Rueda:

Name: Claudia Rueda-Vidal
DOB: PII /1995
FINS# PII
FBI# PII
A# PII

Claudia Rueda has a prior criminal history for 409PC: Remain at the scene of a riot; 602K PC: trespassing / injury to property; and 602.1 (B) PC: Obstruction.

Disposition:

Claudia Rueda entered the United States with a valid Border Crossing Card on 12/23/2001 at the Calexico West Port of Entry. She stated she has not returned and re-entered since that date. Her presence in the United States has been continuous since then.

Claudia Rueda was given a list of free legal services and was served the following DHS forms: I-862, I-200 and I-286.

Claudia Rueda refused to answer if she had fear of persecution of returning to Mexico.

Claudia Rueda was advised of her right to speak with the Mexican Consulate by Agent Brightman. Agent Bolton witnessed this advisal. Claudia Rueda stated she would like to contact the Mexican Consulate. Claudia Rueda called and left a message and will be given another opportunity later to contact the consulate. Claudia Rueda spoke with the Mexican Consulate 1:27 p.m.

Claudia Rueda was given an opportunity to speak with her attorney, Monika Langrica, who called the Chula Vista Border Station at 2:00 p.m. requesting to speak with her.

At 1:45 p.m., Claudia Rueda refused to signed any paperwork and to give a statement. This was witnessed by Border Patrol Agent Brightman and Border Patrol Agent LEP

Claudia Rueda will be held in DHS custody pending removal proceedings.

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) | Release
EARM 5 33

CAR 0394



**U.S. Department of Homeland Security**
Bureau of Customs & Border Protection

**REPORT OF INVESTIGATION**

| File Number: | Title: Rueda Transnational Criminal Organization |
|---|---|
| PII | |

1  On April 24, 2017, San Diego Sector Intelligence Unit Border Patrol Agents –
2  Intelligence (BPA-I) started surveillance on two vehicles that were suspected of
3  smuggling illegal contraband, a tan Chevrolet Malibu (AZ PII ) and a white Toyota
4  pickup truck (MX PII ). These vehicles entered the United States through the San
5  Luis, Arizona Port of Entry five minutes apart at approximately 4:20 and 4:25 a.m. The
6  tan Malibu entered first.
7
8  The BPA-Is maintained surveillance of the vehicles, until joined by Los Angeles County
9  Sheriffs' lead Task Force California Multijurisdictional Methamphetamine Enforcement
10  Team (CalMMET), who took over the primary surveillance.  CalMMET Officers
11  followed the vehicles to the parking lot of "El Salsabor" restaurant located in the Boyle
12  Heights area of Los Angeles, CA.  The original driver of the Malibu, later identified as
13  PII , went into the restaurant.  The original driver of the Toyota pickup,
14  later identified as PII , got into the Malibu and drove it to an apartment
15  complex located at PII  Los Angeles, CA, approximately 1.9 miles
16  away.
17
18  CalMMET Officers observed PII  drive the Malibu into the parking lot and two
19  heavyset, Hispanic males, later identified as PII  and PII , approach the
20  Malibu.  CalMMET Officers observed PII  exit the vehicle and begin removing
21  something from the back seat area.  CalMMET Officers approached the individuals and
22  observed packages consistent with the packaging of smuggled narcotics on the floor of
23  the Malibu.
24
25  CalMMET Officers arrested PII , and PII .
26  CalMMET Officers asked the three individuals whose apartment (Apt PII  it was, to which
27  PII  replied that it was his.  CalMMET Officers asked for consent to search, to
28  which PII  gave consent stating, "I don't have anything in there, you can
29  look."
30
31  CalMMET Officers approached the front door to the apartment where a female, identified
32  as PII , was sitting outside. CalMMET Officers asked PII
33  if apartment P  was her home, to which she confirmed. CalMMET Officers asked if they
34  could search apartment I , which I  gave verbal consent and written consent on their
35  agency form. CalMMET Officers asked PII  what her relationship with PII
36  PII  was, to which she replied he was her husband. PII  mentioned that they have
37  been together for 26 years.
38
39  The search of the Malibu yielded 15 kilogram-sized packages of presumptive narcotics.
40  A Kia Sportage was also located in the parking lot, to which PII  claimed to not
41  own but was "watching for someone".  PII  would not name that individual.  A
42  search of the Sportage revealed 8 plastic-wrapped bundles of U.S. currency in the spare
43  tire and an ounce sized package of white crystals consistent with the appearance of
44  methamphetamine.

Investigator                          Date: April 25, 2016
**EAS** LEP

<span style="color:red">**CAR 0395**</span>

**U.S. Department of Homeland Security**
Bureau of Customs & Border Protection                                    **REPORT OF INVESTIGATION**

| File Number: ▮ | Title: Rueda Transnational Criminal Organization |
|---|---|

1  During the search of apartment 1, where ▮ and ▮
2  ▮ claimed ownership, were found 10 plastic-wrapped bundles of U.S. currency,
3  which were wrapped in the same manner as those found in the Sportage. The bundles
4  were found in the closet of the bedroom, which belonged to ▮ .
5
6  ▮ (DOB: ▮ ) was present in the United States illegally. ▮
7  ▮ (DOB: ▮ ) was present in the United States illegally and had previous
8  criminal history of various grand theft charges. ▮ (DOB:
9  ▮ ) entered the United States on a non-immigrant tourist visa from Mexico in
10  2007. ▮ violated the terms of her visa and never left the United States.
11
12  Outside the apartment, a female identified as ▮ , who claimed to be a
13  cousin to ▮ arrived and started to harass all the law enforcement officers on
14  the scene. ▮ claimed that they could not go into that house without a search
15  warrant, to which she was informed that the owners had provided verbal and written
16  consent. ▮ stated that "These people don't know what's going on, whatever
17  you found in there is someone else's down south. BPA-I ▮ took it to mean
18  Mexico and told ▮ that they agreed that that amount of currency probably did
19  not belong to the people living in the complex. ▮ agreed. BPA-I Taban asked
20  ▮ if she knew who the currency belonged to, to which ▮ replied
21  "Trust me, I know a lot, but I'm not going to tell you."
22
23  BPA-I ▮ wrote down phone numbers, with consent, from the phones used in
24  the smuggling event.  During the event, there were text messages from phone number
25  ▮ with the name "▮ ".  Research after the event, revealed that this phone
26  number belonged to ▮ (DOB: ▮ ).  Research into
27  ▮ revealed that ▮ was illegally present in the United States and
28  residing at the address of ▮ Los Angeles, CA. ▮ was
29  arrested by Los Angeles Sheriff's Department on 2/18/2011 for disorderly conduct.
30  ▮ was encountered, while in jail, by Enforcement Removal Operations
31  Officers (ERO), but was not processed for removal at that time due to Executive Branch
32  policies in place for priority enforcement.
33
34  Research into ▮ (DOB: ▮ ) revealed that ▮ was in fact
35  a member of the ▮ family. ▮ resides at ▮ Los
36  Angeles, CA. This is the same address that ▮ , aka "▮ " resides.
37  ▮ 's brother, ▮ (DOB: ▮ ) resides ▮
38  Ave Los Angeles, CA. These residences are a duplex located in the Boyle Heights area of
39  Los Angeles, approximately 1 mile from ▮ .
40
41  ▮ was arrested in 1990 for the transportation of illegal aliens in El Centro, CA.
42  ▮ crossed the United States/ Mexico International Border at the Calexico, CA
43  Port of Entry in a 2002 Nissan (CA ▮ ) on 2/22/2016, which is registered to
44  Claudia RUEDA-Vidal at ▮ Apt ▮ Los Angeles, CA.

Investigator                          Date: April 25, 2016
**EAS** ▮

**U.S. Department of Homeland Security**
Bureau of Customs & Border Protection                                      **REPORT OF INVESTIGATION**

File Number: ███████████        Title: Rueda Transnational Criminal Organization

Claudia RUEDA-Vidal is the daughter of ████████ and ████████████-█████, who were residing at ███████████ Apt ██ Los Angeles, CA, the residence where the arrests and seizure of $630, 000.00 U.S. Dollars and the 33 lbs of cocaine were made. RUEDA-Vidal is a non-immigrant visa overstay who violated the terms of her tourist visa, therefore was out of status in the United States. RUEDA-Vidal was arrested 09/07/2012 for remaining at the scene of a riot and was arrested on 01/28/2015 for PC 602(K) Trespass: Injure to Property. Claudia was living at ████████████, sleeping on the couch, and arrived on scene when Border Patrol arrested her mother, father, and uncle. Claudia RUEDA-Vidal entered the United States on a non-immigrant tourist visa and violated those terms by remaining in the country past the terms of her entry.

Research after the event revealed that the white Toyota pickup (MX ████████), which was used as the scout vehicle during this event and driven by ████████, was registered to ████████████ at ████████████ Mexico. ████████████ (DOB: ████████, ████████) was arrested in Los Angeles on 05/27/1992 for possession/conspiracy to distribute cocaine. ████████████ is the brother of ████████ and ████████ ████████.

Research after the event revealed that on April 18, 2017, one week prior to the arrests of ████████████, ████████████ (DOB: 0████████) and his wife ████ ████████ (DOB: ████████) were arrested in Calexico, CA headed in a south direction towards the United States/ Mexico International Border. ████████████ was attempting to drive a Ford Raptor truck south into Mexico. A search of the vehicle revealed 46 plastic-wrapped packages of U.S. currency and another bag of unknown amount of U.S. currency. A final total of U.S. currency in the ████████ 's possession was $1,089,740.00.

████████████ was determined to be linked to additional bulk cash and narcotics seizures at the times of their respective arrests. ████████ was associated to ████████████, who was arrested in November 2013 with $814,595.00 U.S. currency southbound towards to Mexico near Calexico, CA. ████████ was associated to ████████████, who was arrested in November 2014 with 19.05 kgs cocaine, attempting to smuggle it through the San Luis, AZ Port of Entry. This is the predominant port of entry used by this family, due to their familial connections in ████████████, Mexico. ████████ was associated to ████████, who was arrested in May 2015 with 30.45 kgs of methamphetamine, attempting to smuggle it through the San Luis, AZ Port of Entry. Source information suggests that ████████ was a drug and money courier for ████████.

Additional phone toll analysis from the event on April 24, 2017 event was associated to ████████████ (DOB: ████████). ████████████, who was born in Guatemala, was denied several non-immigrant visas, prior to being approved.

Investigator                        Date: April 25, 2016
EAS LEP ████████████

CAR 0397

**U.S. Department of Homeland Security**
Bureau of Customs & Border Protection

**REPORT OF INVESTIGATION**

File Number:                    Title: Rueda Transnational Criminal Organization

1           entered the United States on a non-immigrant tourist visa on 11/09/2005
2  from Guatemala to Houston, TX.          booked a flight from Los Angeles to
3  Guatemala for 06/27/2016.          violated the terms of her non-immigrant visa
4  by remaining in the United States          was supposed to travel with
5           (DOB: 01/26/1986).  Research revealed that          used a
6  Guatemalan passport to book the flight; however, no visa or other documents that would
7  convey legal status in the United States were found for          .          and
8           did not board the flight.
9
10  After the arrest of          and          , a targeted
11  enforcement action was planned to target additional members of the Rueda Transitional
12  Criminal Organization (TCO) operating in the Boyle Heights area of Los Angeles Area.
13  Through research, it was discovered that several members of the family were in violation
14  of their non-immigrant tourist visas.
15
16  On May 18, 2017, San Diego Border Patrol Sector Intelligence Unit Agents were
17  conducting surveillance on          Los Angeles, CA to locate additional,
18  identified members of the Rueda TCO. Border Patrol Agents encountered residents of
19  other apartments at          who made statements to Agents that the occupants
20  of apartment moved out after the          arrests.
21
22  On May 18, 2017, San Diego Border Patrol Sector Intelligence Unit Agents were
23  conducting surveillance on          Los Angeles, CA. This was the residence
24  identified as where          , who was in contact with the smugglers
25  during the smuggling event on April 24, 2017, resided. Claudia RUEDA-Vidal was
26  observed exiting this address. Both times that Agents encountered Claudia RUEDA-
27  Vidal were locations related to the current narcotics investigation.  Agents arrested
28  Claudia RUEDA-Vidal for her violation of her non-immigrant status and for being a
29  beneficiary of the Rueda TCO.
30
31
32

Investigator                          Date: April 25, 2016
**EAS** LEP

**CAR 0398**

DACA FAQ's - NOID vs. Denial                                     Page 1 of 1

Case 2:18-cv-09276-DMG-PLA   Document 69-6   Filed 04/27/20   Page 69 of 79   Page ID
#:1971



Deferred Act on for Childhood Arrivals (DACA)
Program
▸ DACA FAQ's: NOID vs. Denial

This S te: Deferred Actic ▾    🔍    Advanced Search

**Enterprise Collaboration**
**E C N Network**

SCOPS ECN Site ▸ Headquarters ▸ Adjudications Division (AD) ▸ Deferred Action for Childhood Arrivals (DACA) Program

| | Close |

| Title | NOID vs. Denial |
| Question | |

Should centers deny a DACA request without first issuing an RFE or NOID?

| Answer | |

In general, SCOPS requires the Centers to issue either an RFE or NOID before denying a DACA request. An RFE is appropriate when the record lacks sufficient evidence to demonstrate that the requestor satisfies one or more of the guidelines, and a NOID is appropriate when the record contains evidence that the requestor clearly does not satisfy one or more of the guidelines (e.g., disqualifying action/event).

However, the Centers may deny a DACA request without first issuing an RFE or NOID when the record contains irrefutable evidence that the requestor:

- Is deceased.
- Was in immigration detention at the time of filing, remains in immigration detention as of the date the I-821D is adjudicated, and
        - ICE indicates that it does not intend to physically release the requestor within 30 days; or
        - ICE confirms the individual is an enforcement priority.
- At the time of filing, was under age 15 and was not in removal proceedings, did not have a final removal order, or did not have a voluntary departure order.
- Did not arrive in the United States before reaching his/her 16th birthday.
- Was age 31 or older on 6/15/2012.
- Was convicted of a felony that poses a threat to public safety, as described on pages 3 & 4 of the 11/7/2011 NTA Memorandum.
- Already received deferred action as a childhood arrival from USCIS or ICE.
- Acquired lawful immigration status after 6/15/2012 and is in a lawful immigration status as of the date the I-821D is adjudicated.
- Was a lawful permanent resident on 6/15/2012.
- Was under an order of voluntary departure or deportation, exclusion, or removal **and** was physically removed by ICE **or** voluntarily departed the U.S. while their Form I-821D was pending with USCIS **and such departure was witnessed by a DHS official.**
- USCIS records show that the requestor's previous DACA request (initial or renewal) was terminated on the basis of 1) issuance of an NTA; 2) travel outside of the U.S. without advance parole; 3) being an enforcement priority/public safety concern; or 4) fraud.

When the Centers deny a DACA request without issuing an RFE or NOID, they will include a brief executive summary of the decision in the A-file.

Please see the DACA SOP and Internal FAQs for additional information about handling procedures for these scenarios. If you believe that a straight denial is appropriate for a particular case that does not fall within one of the categories identified above, please send a Request for Adjudicative Guidance to the HQSCOPSDACA mailbox.

| Associated Form | |
| DACA Category | Decisions |
| Sub-Category | NOID Vs. Denial |
| Attachments | |

Created at 7/8/2015 3:14 PM by Roman-Riefkohl, Guillermo
Last modified at 9/2/2015 6:48 PM by Jung, Jin H

| | Close |

U.S. Citizenship and Immigration Services

**CAR 0399**

| | |
|---|---|
| **From:** | Nguyen, Van T |
| **To:** | Robinson, Brandon M |
| **Cc:** | Umoru, Victoria E; Garon, Michielle S |
| **Subject:** | RE: A# ██ PII ██ - DACA applicant |
| **Date:** | Wednesday, October 18, 2017 4:59:10 PM |
| **Attachments:** | image001.png |

Perfect!  Thank you so much for your response, Brandon.

*Van Nguyen*



*(Fax)*

---

**From:** Robinson, Brandon M
**Sent:** Wednesday, October 18, 2017 1:14 PM
**To:** Nguyen, Van T
**Cc:** Umoru, Victoria E; Garon, Michielle S
**Subject:** RE: A# ██ PII ██ - DACA applicant

Hi Van,

After further review, SCOPS WATS concurs with CSCs recommendation to issue a discretionary denial.  Please let us know if we can be of any further assistance.

Thanks,
Brandon

---

**From:** Nguyen, Van T
**Sent:** Wednesday, October 11, 2017 8:19 PM
**To:** Robinson, Brandon M
**Cc:** Umoru, Victoria E; Garon, Michielle S
**Subject:** RE: A# ██ PII ██ - DACA applicant

Thank you, Brandon.

The hearing is scheduled for November 8th.  I hope for a response before then.  In a meantime, I will advise CBP to wait.

Best regards,
*Van Nguyen*



*(Fax)*

---

**From:** Robinson, Brandon M
**Sent:** Wednesday, October 11, 2017 2:27 PM
**To:** Nguyen, Van T
**Cc:** Umoru, Victoria E; Garon, Michielle S

**Subject:** RE: A# <span style="background:black;color:white">PII</span> - DACA applicant

Hi Van,

I apologize for the delay.  We will take a look at this case and follow up as soon as guidance becomes available.

Thanks,
Brandon

**Brandon Robinson**
Adjudications Officer
Service Center Operations
U.S. Citizenship and Immigration Services
Department of Homeland Security
<span style="background:black;color:white">PII</span> (cell)
<span style="background:black;color:white">PII</span>

---

**From:** Nguyen, Van T
**Sent:** Tuesday, October 03, 2017 3:50 PM
**To:** Robinson, Brandon M; Umoru, Victoria E
**Subject:** FW: A# ████ - DACA applicant

Hi Brandon and Victoria:

Hope all is well with you both.  Would it be possible to expedite the review of the below mentioned RAG?  The requestor has an IJ hearing on November 8, and CBP is asking for the DACA status.

Thank you and best regards,

*Van Nguyen*
<span style="background:black;color:white">PII</span>
<span style="background:black;color:white">PII</span> *(Fax)*
<span style="background:black;color:white">PII</span>

---

**From:** Nguyen, Khanh K (Connie)
**Sent:** Tuesday, October 03, 2017 12:28 PM
**To:** Nguyen, Van T
**Subject:** FW: A# ████ - DACA applicant

Hi Van,

Is it possible for you to contact HQ to see if they can expedite on this RAG?  The IJ hearing is on November 8.  Looks like an SME picked it up on 8/22/17.



BCU.CSC-<span style="background:black;color:white">PII</span>-     BCU.CSC  IOE<span style="background:black;color:white">PII</span>/     Denial  8/22/2017  HQSCO

8/22/2017                          A ███ PII ███                                    SME

Thank you,
Connie

_____

**From:** HOLMES, ██PII██
**Sent:** Tuesday, October 03, 2017 10:34 AM
**To:** Nguyen, Khanh K (Connie)
**Subject:** RE: A# ███ PII ███ - DACA applicant

Good morning,

I am just following up on the below request to see if you have heard anything back from HQ.

Thank you,

██PII██  Holmes
Supervisory Border Patrol Agent
San Diego Sector Prosecutions
████████ PII ████████
O: ( ██████ PII ██████
C: ████ PII ████

_____

**From:** Nguyen, Khanh K (Connie)
**Sent:** Monday, August 21, 2017 10:22 AM
**To:** HOLMES, ██PII██ < ████████ PII ████████
**Subject:** RE: A# ███ PII ███ - DACA applicant

Good morning,

I will rewrite my analysis then.  It usually takes HQ about a month to get back to us.  If I don't hear from them by the end of September, I'll ask my supervisor to contact someone there to expedite the review.  Once I have their concurrence, I'll deny her DACA filing immediately on discretionary ground then email you the denial notice.  I'm sure we will get it done before the IJ hearing.

BTW, I already sent the A-file back to Daniel last week.  Thanks for your help with that.

Have a good day,

Connie

From: HOLMES, ███████
Sent: Monday, August 21, 2017 9:28 AM
To: Nguyen, Khanh K (Connie)
Subject: RE: A# ███████ - DACA applicant


Good morning,


The agents would prefer it not be FOIA-able as there is information contained in it that the individuals being investigated are not aware that we know.


Thank you,


██████ Holmes

Supervisory Border Patrol Agent

San Diego Sector Prosecutions

███████

| | |
|---|---|
| **From:** | King, Alexander R |
| **To:** | Robinson, Brandon M |
| **Cc:** | Umoru, Victoria E; Garon, Michielle S |
| **Subject:** | RE: A# ▮PII▮ - DACA applicant |
| **Date:** | Wednesday, October 18, 2017 3:45:52 PM |
| **Attachments:** | image001.png |

Hi Brandon,

I concur with the center recommendation to deny.

Thanks,
Alex

---

**From:** Robinson, Brandon M
**Sent:** Thursday, October 12, 2017 3:56 PM
**To:** King, Alexander R
**Cc:** Umoru, Victoria E; Garon, Michielle S
**Subject:** FW: ▮PII▮ - DACA applicant

Hi Alex,

CSC is requesting our review of BCU▮▮PII▮▮ as it appears the requestor has an upcoming court hearing on 11/10/17. The DACA team concurs with the center recommendation to issue a discretionary denial; however, we wanted to provide you with visibility on this case prior to submitting this guidance back to CSC. I've copied and pasted the RAG below for convenience.

**Question/Concern:**
Requestor lives at the stash house where CBP arrested her parents while in possession of cocaine and bulk cash. Should she be granted DACA?

**Background:**
- 09/06/2012 – Juvenile charge for Remain at Scene of Riot/etc.
- 01/28/2015 – charged for Trespass, Injure Property. The case appears to be dismissed.
- 04/24/2017 – Customs & Border Patrol (CBP) arrested the requestor's parents at ▮▮▮▮▮, Los Angeles, and seized $630,000 and 15lbs cocaine. CBP investigation has determined that her parents head the Rueda Transnational Criminal Organization (TCO). The requestor arrived at the scene during the arrest. She listed this address as her residence from 1/1/01-4/1/17 on her DACA request.
- 05/18/2017 – CBP went to her current residence to search for specific targets associated with the Rueda TCO. She was arrested at the scene for immigration violation.
- 11/08/2017 – Removal proceedings hearing.

**Analysis:**
Although there is no evidence the requestor has ever been directly involved in her parents' TCO operation, she has lived with them into adulthood. CBP encountered her at two different stash houses targeted in their investigation. CBP classifies her as an associate to the Rueda TCO by virtue of familial relation in ▮LES▮.

Since the requestor has lived into adulthood at both addresses being targeted by the investigation, it is very likely that she is aware of her parents' criminal activities and is a beneficiary of the profits from their TCO.  As such, it appears that her case does not warrant prosecutorial discretion.

Please see attached documents (link below of RAP sheet and  ).

http:/

Thanks,
Brandon

**Brandon Robinson**
Adjudications Officer
Service Center Operations
U.S. Citizenship and Immigration Services
Department of Homeland Security
PII    (cell)
PII

---

**From:** Nguyen, Van T
**Sent:** Wednesday, October 11, 2017 8:19 PM
**To:** Robinson, Brandon M
**Cc:** Umoru, Victoria E; Garon, Michielle S
**Subject:** RE: A#          - DACA applicant

Thank you, Brandon.
The hearing is scheduled for November 8th.  I hope for a response before then.  In a meantime, I will advise CBP to wait.

Best regards,



PII

PII    (Fax)

PII

---

**From:** Robinson, Brandon M
**Sent:** Wednesday, October 11, 2017 2:27 PM
**To:** Nguyen, Van T
**Cc:** Umoru, Victoria E; Garon, Michielle S
**Subject:** RE: A#   PII    - DACA applicant

Hi Van,

I apologize for the delay.  We will take a look at this case and follow up as soon as guidance becomes available.

Thanks,

Brandon

**Brandon Robinson**
Adjudications Officer
Service Center Operations
U.S. Citizenship and Immigration Services
Department of Homeland Security
▓ PII ▓ (cell)
▓ PII ▓

---

**From:** Nguyen, Van T
**Sent:** Tuesday, October 03, 2017 3:50 PM
**To:** Robinson, Brandon M; Umoru, Victoria E
**Subject:** FW: A# ▓▓▓ - DACA applicant

Hi Brandon and Victoria:

Hope all is well with you both.  Would it be possible to expedite the review of the below mentioned RAG?  The requestor has an IJ hearing on November 8, and CBP is asking for the DACA status.

Thank you and best regards,

*Van Nguyen*
▓ PII ▓
▓▓▓ *(Fax)*
▓ PII ▓

---

**From:** Nguyen, Khanh K (Connie)
**Sent:** Tuesday, October 03, 2017 12:28 PM
**To:** Nguyen, Van T
**Subject:** FW: A# ▓▓▓ - DACA applicant

Hi Van,

Is it possible for you to contact HQ to see if they can expedite on this RAG?  The IJ hearing is on November 8.  Looks like an SME picked it up on 8/22/17.



BCU ▓ PII ▓     BCU.CSC   IOE ▓ PII ▓ / A ▓ PII ▓     Denial   8/22/2017   HQSCO SME

Thank you,
Connie



**From:** HOLMES, PII ▓
**Sent:** Tuesday, October 03, 2017 10:34 AM
**To:** Nguyen, Khanh K (Connie)
**Subject:** RE: A# ▓ PII ▓ - DACA applicant

Good morning,

I am just following up on the below request to see if you have heard anything back from HQ.

Thank you,

<span style="color:red">PII</span> Holmes
Supervisory Border Patrol Agent
San Diego Sector Prosecutions
PII
O: PII
C: PII

---

**From:** Nguyen, Khanh K (Connie)
**Sent:** Monday, August 21, 2017 10:22 AM
**To:** HOLMES, PII                                    PII
**Subject:** RE: A#     PII        DACA applicant

Good morning,

I will rewrite my analysis then.  It usually takes HQ about a month to get back to us.  If I don't hear from them by the end of September, I'll ask my supervisor to contact someone there to expedite the review.  Once I have their concurrence, I'll deny her DACA filing immediately on discretionary ground then email you the denial notice.  I'm sure we will get it done before the IJ hearing.

BTW, I already sent the A-file back to Daniel last week.  Thanks for your help with that.

Have a good day,

Connie

From: HOLMES, PII
Sent: Monday, August 21, 2017 9:28 AM
To: Nguyen, Khanh K (Connie)
Subject: RE: A#     PII        - DACA applicant

Good morning,

The agents would prefer it not be FOIA-able as there is information contained in it that the individuals being investigated are not aware that we know.

<span style="color:red">CAR 0407</span>

Thank you,

 Holmes

Supervisory Border Patrol Agent

San Diego Sector Prosecutions

PII

CAR 0408

## DACA FAQ's

**Title**  Known or Suspected Drug Cartel Membership

**Question**

How should we handle DACA requests when there is a record that the requestor is a known or suspected drug cartel member?

**Answer**

The BCU DACA Team should handle any DACA requests when the record indicates that the requestor was, is or may be a member of a drug cartel. Supervisors must refer the following cases to HQSCOPS through the normal chain of command:

- All DACA requests filed by a known or suspected drug cartel member the Center seeks to approve; and
- Any novel, complex, or sensitive DACA requests filed by a known or suspected drug cartel member the Center seeks to deny.

Therefore, if there is reason to believe the DACA requestor is a known or suspected drug cartel member because the record (e.g., a ▮LEP▮ record, as shown in this ▮LEP▮ ) indicates that the DACA requestor is under investigation for, or has been arrested for (without disposition), or has been convicted of a crime involving activities that suggest the alien is a drug cartel member or a suspected drug cartel member, the DACA BCU Team should de-conflict further with the record owner. If it is determined that the alien is a drug cartel member or a suspected drug cartel member, then the BCU will deny the request as a matter of discretion using call up **DACA 511 – DISCRETIONARY** from the Appendix F and refer the case to ICE.

**Associated Form**

**DACA Category**  Guidelines

**Sub-Category**  Criminality Issues

Created at 4/16/2015 9:13 AM  by ☐ Roman-Riefkohl, Guillermo
Last modified at 6/5/2019 2:20 PM  by ☐ Smith, Alice J

Close

Version: 2019_09_10_09_14
ECN Governance | SharePoint Training
Terms of Use | Accessibility | USCIS Public Website

Web Support
888-220-5228 | Submit EZ ticket
USCIS ECN Feedback

CAR 0409

LEP