ARNOLD & PORTER KAYE SCHOLER LLP
John C. Ulin (SBN 165524)
john.ulin@arnoldporter.com
Oscar Ramallo (SBN 241487)
oscar.ramallo@arnoldporter.com
Vanessa Adriance (SBN 247464)
vanessa.adriance@arnoldporter.com

777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
T: (213) 243-4000
F: (213) 243-4199

*Attorneys for Plaintiff*
Claudia Sarahi Rueda Vidal

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SARAHI RUEDA VIDAL,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>Defendants. | No. 2:18-cv-09276-DMG (PLAx)<br><br>**PLAINTIFF CLAUDIA RUEDA'S SEPARATE STATEMENT OF DISPUTED FACTS IN OPPOSITION TO AGENCY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C<br>Hearing: June 12, 2020<br>Time: 2:00 p.m. |

US 167567697v1
US 167809416v1

| Defendants' Purportedly Undisputed Fact | Plaintiff's Disputed Facts and Supporting Evidence |
|---|---|
| 1.      Ms. Rueda was born in Mexico and brought to the United States at the age of six.<br><br>CAR 0092 (Declaration of Claudia Sarahi Rueda Vidal in support of DACA request, June 9, 2017) [Certified Administrative Record ("CAR") 92, 0079-80]; *id*. at 0325 (Notice to Appear, May 18, 2017). | Undisputed. |
| 2.      Ms. Rueda lived with, and was financially dependent on, her parents at the time of the raid on her home and her mother's arrest on April 24, 2017.<br><br>CAR 0079, 0092. | Disputed.<br><br>The cited evidence states Rueda's mother's wages supported her and that she paid for her education with the help of her mother.  The cited evidence does not state she was financially dependent on her father.<br><br>CAR 0079, 0092. |
| 3.      Ms. Rueda was detained by Border Patrol ("BP") officers on May 18, 2017.<br><br>CAR 0394 (RAG attachment - EARM report of Border Patrol Narrative). | Undisputed. |
| 4.      The BP agents issued Ms. Rueda a Notice to Appear ("NTA") on May 18, 2017, indicating the Department of Homeland Security's ("DHS") intention to begin removal proceedings.<br><br>CAR 325-26, *see supra*, Fact #2. | Undisputed. |
| 5.      Ms. Rueda was released from detention on June 9, 2017.<br><br>CAR 0079, *see supra*, Fact #1. | Undisputed. |

RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

US 167567697v1
US 167809416v1

| Defendants' Purportedly Undisputed Fact | Plaintiff's Disputed Facts and Supporting Evidence |
|---|---|
| 6.    Ms. Rueda filed a DACA request on June 19, 2017.<br><br>CAR 0021-108 (DACA Request). | Undisputed that Rueda filed a DACA request in June 2017.<br><br>The envelope is dated June 16, 2017. CAR 0108.<br><br>The date on the signature of the application is June 9, 2017.  CAR 0022. |
| 7.    In a sworn declaration in support of her DACA request, Ms. Rueda stated that she "learned my mom was being taken into immigration custody. . . . Immediately I contacted groups and lawyers and publicly started calling for Border Patrol to release my mom."<br><br>CAR 0079, *see supra*, Fact #1. | Undisputed. |
| 8.    Ms. Rueda also stated in her declaration: "In 2012 and in 2015, I was arrested for participating in civil disobediences in Los Angeles. They were both part of nonviolent peaceful protests. The cases against me were dismissed. In one of them, charges were not even filed."<br><br>CAR 0079, *see supra*, Fact #1; *see also id*. at 0107 (DACA Request) (restating the same), 0153 (Memorandum of the Immigration Judge, July 28, 2017), 179 (restating the same). | Undisputed. |

RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

US 167567697v1
US 167809416v1

| Defendants' Purportedly Undisputed Fact | Plaintiff's Disputed Facts and Supporting Evidence |
|---|---|
| 9.     Between June 29, 2017, and October 19, 2017, numerous email communications were exchanged between supervisory Border Patrol agents, the USCIS California Service Center ("CSC") Background Check Unit ("BCU")—responsible for adjudicating Ms. Rueda's DACA request, and USCIS HQ Service Center Operations ("SCOPS")—responsible for consultations with the BCU on certain DACA decisions.[1]<br><br>*See* CAR 0117-22, 0336-37, (email correspondence). | Undisputed. |
| 10.    The substance of these communications focus on Ms. Rueda's suspected affiliation with her parents' Transnational Criminal Organization ("TCO"), and there is no mention of protest activity.<br><br>CAR 0117-22, 0336-37, *see supra*, Fact #9. | Disputed.<br><br>The communications do not reference the alleged TCO.  CAR 0117-22, 0336-37.<br><br>Rather, in these communications, Border Patrol encourages rejection of Rueda's DACA during the same period of time that Rueda's protest against Defendants was widely publicized in the news media and social media.  Dkt. No. 67-4, Exs. 5-53; Dkt. No. 67-3, ¶ 14. |

---

[1] As in this case, "In instances where an individual is unable to establish he or she warrants a favorable exercise of prosecutorial discretion under this process, and no other checkbox applies except 'You have not established that you warrant a favorable exercise of prosecutorial discretion,' supervisors must refer the case to HQSCOPS through the normal chain of command." DACA SOP at 106.

3

US 167567697v1
US 167809416v1

| Defendants' Purportedly Undisputed Fact | Plaintiff's Disputed Facts and Supporting Evidence |
|---|---|
| 11.    On August 17, 2017, the BCU adjudicator submitted a Request for Adjudicative Guidance ("RAG") to SCOPS, explaining the facts of the TCO.<br><br>CAR 0123-24 (RAG, August 17, 2017). | Undisputed. |
| 12.    SCOPS concurred with the adjudicator that Ms. Rueda's DACA request warranted a discretionary denial based on her suspected affiliation with the TCO.<br><br>CAR 0392 (RAG with HQ Service Center Operations (SCOPS) response). | Disputed.<br><br>SCOPS stated that "there is no evidence the requestor has ever been directly involved in her parents' TCO operation."   CAR 0392.<br><br>SCOPS stated that "CBP classifies her as an associate to the Rueda TCO by virtue of familial relation in [redacted] …."  Thus, SOCPS restated that CBP deems Rueda an associate by virtue of familial relationship, not that an actual affiliation was suspected.  CAR 0392.<br><br>SCOPS stated the basis of the denial that Rueda was "likely … aware of her parents' criminal activities," not any affiliation with a TCO. CAR 0392. |
| 13.    The SCOPS analysis stated: "Although there is no evidence the requestor has ever been directly involved in her parents' TCO operation, she has lived with them into adulthood. CBP encountered her at two different stash houses targeted in their investigation. CBP classifies her as an associate to the Rueda TCO by virtue of familial relation in [redacted]."<br><br>CAR 0392, *see supra*, Fact #12. | Undisputed. |

RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

US 167567697v1<br>US 167809416v1

| Defendants' Purportedly Undisputed Fact | Plaintiff's Disputed Facts and Supporting Evidence |
|---|---|
| 14.     On October 4, 2017, the BCU adjudicator conducted a routine Deconfliction check as part of the background check process.<br><br>CAR 0125-27 (Deconfliction Report and fingerprint check information, October 4, 2017); *see* DACA SOP at 37. | Undisputed. |
| 15.     The Deconfliction report stated: "According to Dwain Holmes, Supervisory Border Patrol Agent of San Diego Sector Prosecution, the subject's parents head a Transnational Criminal Organization (TCO) smuggling narcotics across the border with Mexico."<br><br>CAR 0126, *see supra*, Fact #14. | Undisputed. |
| 16.     The report also stated that BP agents had arrested Ms. Rueda's parents at a home in Los Angeles, where they also seized $630,000 and 15 pounds of cocaine.[2]<br><br>CAR 0126, *see supra*, Fact #14. | Undisputed. |
| 17.     The Deconfliction report also noted that Ms. Rueda "arrived at the scene during the arrest" and that she had listed the address of that home as her residence from January 2, 2001 to April 1, 2017 on her DACA request.<br><br>CAR 0126, *see supra*, Fact #14. | Undisputed. |

---

[2] A Border Patrol Narrative report actually describes seizing "15 kilogram-sized packages" of cocaine, equivalent to approximately 33 pounds. *Id*. at 0393. A second Border Patrol Report of Investigation states "33 pounds of cocaine" were seized. *Id*. at 380.

5

US 167567697v1<br>US 167809416v1

| Defendants' Purportedly Undisputed Fact | Plaintiff's Disputed Facts and Supporting Evidence |
|---|---|
| 18.    Ms. Rueda's sworn statement stated she was still living at the address on the day of the raid, April 24, 2017.<br><br>CAR 0092, *see supra*, Fact #1; *see also id*. at 0181 (Respondent Rueda's Brief and Exhibit List in Support of Custody Redetermination, June 7, 2017) | Undisputed. |
| 19.    The Deconfliction report also stated that, on May 18, 2017, BP agents "traveled to Los Angeles, California to search for specific targets associated with the Rueda TCO" and encountered Ms. Rueda at a second house affiliated with the TCO.<br><br>CAR 0126, *see supra*, Fact #14. | Undisputed that the Deconfliction reports so states.<br><br>Disputed that Border Patrol agents went searching for specific targets associated with the Rueda TCO. Rather, Border Patrol Agents traveled to Los Angeles to the residence for the specific purpose of arresting Rueda for her undocumented status.  Dkt. No 67-3, ¶ 9 (three unmarked cars surrounded Rueda on all sides; asked Rueda her name; said "that's her"; an arrested no other individual); CAR 0398 (indicating Border Patrol surveilled Rueda's residence arrested her and no other person when she exited the house); CAR 0344 (the basis of Rueda's arrest was "for being illegally present in the united States"). |

RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

US 167567697v1
US 167809416v1

| Defendants' Purportedly Undisputed Fact | Plaintiff's Disputed Facts and Supporting Evidence |
|---|---|
| 20.     Lastly, the report stated that "Affiliation with drug trafficking organization is an EPS [Egregious Public Safety] concern under PM 602-0050 (11/07/2011) and will affect DACA eligibility."[3]  CAR 0126, *see supra*, Fact #14. | Undisputed that the report contains these words. Disputed that Rueda's DACA application was rejected because she was an Egregious Public Safety Concern. Defendants ultimately determined there was "no evidence" Rueda participated in any drug trafficking organization.  CAR 0123-24. Under the DACA SOP, a denial based on public safety concerns  would have contained the language, "you do not warrant a favorable exercise of prosecutorial discretion because of public safety concerns." Dkt. No. 67-4, at 28, 32. Rueda's DACA denial did not contain such language.  CAR 0109. |
| 21.     However, the report concluded that an EPS referral to ICE was not necessary since Ms. Rueda was already in removal proceedings. CAR 0126, *see supra*, Fact #14. | Undisputed. |
| 22.     USCIS denied Ms. Rueda's DACA request on October 19, 2017, stating "You have not established that you warrant a favorable exercise of prosecutorial discretion." CAR 0114-15, DACA Denial Notice, October 19, 2017. | Undisputed. |

[3] The DACA SOP provides guidance for handling EPS cases pursuant to the USCIS Memorandum: Revised Guidance for the Referral of Cases and Issuance of Notices to Appear (NTAs) in Cases Involving Inadmissible and Removable Aliens, ("2011 NTA Memo"), dated Nov. 7, 2011. *See* DACA SOP at 92-93 and Appendix B.

7

US 167567697v1
US 167809416v1

| Rueda's Additional Material Facts | |
|---|---|
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 23.     A DACA recipient is eligible for work authorization during the period of deferred action.<br><br>Claudia Rueda's Request For Judicial Notice In Support of Her Opposition to Plaintiffs' Motion for Summary Judgment ("RJN") at Ex. 1. | |
| 24.     A DACA recipient may apply for a Social Security Number.<br><br>RJN Ex. 2. | |
| 25.     A DACA recipient is also considered "lawfully present" for purposes of the inadmissibility bar in 8 U.S.C. § 1182(a)(9)(B)(i).<br><br>RJN Ex. 1. Q. 1 | |
| 26.     A person may be eligible for DACA "whether or not an individual is already in removal proceedings or subject to a final order of removal."<br><br>Dkt. No. 67-4, at 19. | |
| 27.     Under the DACA SOP, a person may be considered a threat to public safety "even where there is not a disposition of conviction."<br><br>RJN, Ex. 3, at 88. | |
| 28.     The first line of the resume Rueda submitted with her DACA application described her as a "Youth Organizer/Volunteer" who "helps undocumented youth  & families end criminalization of immigrants."<br><br>CAR 0053. | |

RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

US 167567697v1
US 167809416v1

| Rueda's Additional Material Facts | |
|---|---|
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 29.    Rueda submitted a letter with her DACA application from Councilmember Gil Cedillo in support of her DACA application that stated:<br><br>I am concerned by signs that suggest that [Rueda] was arrested either in retaliation for her outspoken advocacy, or as collateral to an investigation that does not implicate her.  Ms. Rueda was apparently stopped by officers in plainclothes who surrounded her car with three vehicles while she was moving a car to comply with the City's street cleaning obligations.  These kinds of immigration enforcement actions contribute to the climate of fear in Los Angeles …<br><br>CAR 0056 (emphasis added) | |
| 30.    County Supervisor Hilda Solis wrote in letter submitted with Rueda's DACA application that she was "very concerned by the appearance that immigration enforcement agencies may be targeting individuals who are involved in immigrant rights activism," such as Rueda.<br><br>CAR 0082. | |
| 31.    County Supervisor Sheila Kuehl wrote in a letter submitted with Rueda's DACA application that "it appears that Ms. Rueda may have been arrested following her outspoken advocacy," despite "no apparent justification for her being taken into custody and no supportable reason to target her specifically."<br><br>CAR 0094. | |

9

RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

| Rueda's Additional Material Facts | |
|---|---|
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 32.    Mayor Eric Garcetti wrote in a letter submitted with Rueda's DACA application that described Rueda "as a young leader and community organizer" whose arrest "appears to have been a targeted operation."<br><br>CAR 0081 | |
| 33.    Senator Kamala Harris and Representative Karen Bass both wrote letters of support of Rueda's DACA application that described her as an "advocate for her community."<br><br>CAR 0054-55 | |
| 34.    A letter in the administrative record from 84 faith leaders in support of Rueda's release from detention described Rueda as "an immigrant rights organizer"  and expressed "worr[y] that circumstances of Claudia's arrest suggest that she was targeted for arrest at least in part as a result of her dignified defense of her mother."<br><br>CAR 0217-18. | |
| 35.    The National Day Laborer Organizing Network wrote in a letter in the administrative record that ""members from throughout our network strongly supported Claudia in advocating for the release of her mother.  We enthusiastically supported the campaign to #Free Teresa, led by her daughter Claudia."" and that they believed that "the arrest of Claudia appears to have occurred in retaliation against the advocacy work she led on behalf of other mother."<br>CAR 0231. | |

RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

US 167567697v1
US 167809416v1

| Rueda's Additional Material Facts | |
|---|---|
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 36.     The American Friends Service Committee suggested in a letter in the administrative record that Rueda's case was an example of "children unjustly targeted because they have advocated for the release of their own parents." CAR 0233. | |
| 37.     Rueda's protest activity was reported in the press, including the Los Angeles times, over 50 times. Dkt. No. 67-4, Exs. 5-57. | |
| 38.     Many tweets during the viral #FreeClaudia campaign encouraged members of the public to call Defendants directly to complain about their treatment of Rueda. Dkt. No. 67-4, at 285-9. | |
| 39.     Border Patrol Agents arrested Rueda on May 18, 2017,  "for being illegally present in the United States." CAR 0344. | |
| 40.     As of 2015, DHS estimates there are over 12 million undocumented immigrants in the United States. RJN Ex.  4. | |

RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

US 167567697v1
US 167809416v1

| Rueda's Additional Material Facts | |
|---|---|
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 41.    Border Patrol Agent Holmes email to DACA Terminations states "I've sent e-mails to this e-mail address before in order to cancel an individual's DACA … I understand [Rueda] has applied for DACA.  She does not currently have DACA … .  If I have sent this to the wrong place as she does not currently have DACA to terminate, please let me know." CAR 0122. | |
| 42.    The DACA program's purpose is to protect "certain young people who were brought to this country as children and know only this country as home [because] these individuals lacked the intent to violate the law" when they were brough to this country. Request For Judicial Notice in Support of Rueda's Motion for Summary Judgment ("MSJ RJN"), Ex. 1 [DACA Memo], at p. 1. | |
| 43.    Among other benefits of the program, DACA recipients are permitted to remain in the United States for specific renewable periods of time and are eligible to receive employment authorization. *Id.*; 8 C.F.R. § 274a.12(c). | |

12

US 167567697v1
US 167809416v1

| Rueda's Additional Material Facts | |
|---|---|
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 44.     The DACA Memo that established the program set forth the following criteria for eligibility.  An applicant must show she (1) arrived in the United States before age 16; (2) has five years continuous residence in the United States; (3) meets certain educational or military service requirements; (4) has no significant criminal convictions  or "otherwise poses a threat to national security or public safety"; and (5) is younger than 30.<br><br>MSJ RJN Ex. 1 [DACA Memo], at p. 1 | |
| 45.     The DACA Memo directs that the Government "should" defer action "against individuals who meet the above criteria."<br><br>MSJ RJN Ex. 1 [DACA Memo] at pp. 2-3. | |
| 46.     The "USCIS has not been able to identify specific denial cases where an applicant appeared to satisfy the programmatic categorical criteria as outlined in the [DACA Memo], but still had his or her application denied based solely upon discretion."<br><br>MSJ RJN Ex. 3 [Rescission Memo], at 41 fn 1. | |
| 47.     DACA was established in 2012.<br><br>MSJ RJN Ex. 1 [DACA Memo]. | |

13
RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

| Rueda's Additional Material Facts | |
|---|---|
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 48.     In 2017, the Trump administration sought to rescind DACA, but that rescission was enjoined by several courts, including the Ninth Circuit.<br><br>*See Regents of the Univ. of California v. U.S. Dep't of Homeland Sec.*, 908 F.3d 476, 510 (9th Cir. 2018); MSJ RJN Ex. 3 [Rescission Memo]. | |
| 49.     In March 2017, after Daniela Vargas spoke in favor of DACA at a news conference,  it was reported she "was arrested in what Immigration and Customs Enforcement called a 'targeted immigration enforcement action.'"<br><br>MSJ RJN Ex. 59. | |
| 50.     In June 2017, two Migrant Justice activists were reportedly arrested by ICE officers after they participated in a demonstration on behalf of immigrant farmworkers.<br><br>MSJ RJN Ex. 62. | |
| 51.     In December 2017, after Baltazar Aburto Gutierrez was quoted in local newspapers about his girlfriend's deportation, an ICE officer reportedly arrested him and told him "My supervisor asked me to come find you because of what appeared in the newspaper."<br><br>MSJ RJN Ex. 63. | |

RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

US 167567697v1
US 167809416v1

| Rueda's Additional Material Facts | |
|---|---|
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 52.    In January 2018, Amer Othman Adi, began a well-publicized hunger strike while in ICE custody.  The House Judiciary Committee passed a private bill to allow him to remain in the country, but ICE officers reportedly deported him before the bill could become law.<br><br>MSJ RJN Ex. 66. | |
| 53.    Rueda was brought to this country from Mexico in 2001, when she was six years old.<br><br>Declaration of Claudia Rueda In Support of Her Motion for Summary Judgment ("Rueda Decl.") ¶ 2. | |
| 54.    Rueda came to the United States with her mother, Teresa Vidal Jaime.<br><br>Rueda Decl. ¶ 2. | |
| 55.    Rueda is a college graduate.<br><br>Rueda Decl. ¶ 4. | |
| 56.    Rueda worked with the Los Angeles Immigrant Youth Coalition and the California Immigrant Youth Justice Alliance.<br><br>Rueda Decl. ¶ 5. | |
| 57.    Rueda has conducted outreach and education programs for undocumented youth, including Know Your Rights workshops, and built relationships with Los Angeles area high schools.<br><br>Rueda Decl. ¶ 5. | |

15
RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

| Rueda's Additional Material Facts | |
|---|---|
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 58.     Prior to the events of this litigation, Rueda's only encounters with law enforcement consist of two arrests at peaceful protests.<br><br>Rueda Decl. ¶ 15. | |
| 59.     In April 2017, Rueda garnered media attention and the backing of community and political leaders in support of her successful campaign protesting the arrest and detention of her mother by Defendants' immigration officers.  After Rueda's mother was arrested on April 24, 2017, she led a rally to free her mother, set up a call line for people to contact ICE and CBP on her mother's behalf, spoke with the media in protest of her mother's arrest, and attended the Sherriff's Civilian Oversight Commission where she again publicly spoke out against her mother's arrest.<br><br>Rueda Decl. ¶¶ 6-7; RJN Ex. 5 - 11. | |
| 60.     Less than one week after Ms. Rueda's campaign helped secure her mother's release, Defendants' plainclothes officers surrounded and arrested Rueda in the early morning outside of her home.<br><br>Rueda Decl. ¶¶ 8-9 | |
| 61.     Defendants held her in detention from her family for approximately three weeks.<br><br>*Id.* ¶ 12. | |

16

RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

| Rueda's Additional Material Facts | |
|---|---|
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 62.    On May 18, 2017, the Los Angeles Times published an article about Rueda titled "Border Patrol detains 22-year-old Cal State L.A. student activist; her lawyer says it is retaliation," available at https://www.latimes.com/local/lanow/la-me-ln-immigration-activist-20170518-story.html RJN Ex. 12 | |
| 63.    While Rueda was detained, a "Free Claudia" photo went viral on the internet, and media outlets picked up and followed the story of Rueda's unjust detention. Rueda Decl,. ¶ 14; RJN Exs. 15- 21; 58. | |
| 64.    On June 9, 2017, an Immigration Judge—citing the high likelihood that Rueda's then-forthcoming DACA application would be granted and the lack of any evidence to justify her detention—released her without bond. CAR 0154-55, 0173. | |
| 65.    The Immigration Judge found she was not a flight risk or threat to public safety and described her as a person with "humility, respect, and passion," who is "inspiring … based on her pursuit of education, advocacy for gender and racial justice, and her ties to the community," and who is "not a danger to the community." The Immigration Judge described Rueda as a "prime candidate" for DACA whose application was "likely to succeed." CAR 141, 0154-55, 0165-70. | |

US 167567697v1
US 167809416v1

| Rueda's Additional Material Facts | |
|---|---|
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 66.     Rueda's bond determination application was supported by 45 letters from elected officials, local and national organizations, leaders and professors at Cal. State L.A., Roosevelt High School teachers, and other leaders and community members describing Rueda as a highly valued asset to the community.<br><br>CAR 0189-295. | |
| 67.     Eighty-seven immigrant, civil rights, faith based, and legal service providers signed a letter in support of Rueda and asking for her release.<br><br>CAR 0202-216 | |
| 68.     On June 6, 2017, 84 faith leaders wrote a letter urging Rueda's release.<br><br>CAR 0217-230 | |
| 69.     On May 22, 2017, Pablo Alvarado, the Executive Director of the National Day Laborer Organizing Network, wrote a letter in support of Rueda's release.<br><br>CAR0231-32 | |
| 70.     On May 23, 2017, Pedro Rios, the director of the US-Mexico Border Program, wrote a letter in support of Rueda's release, saying that she is "well-respected and highly regarded…with demonstrative good moral character and judgment."<br><br>CAR 0233 | |

18
RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

| Rueda's Additional Material Facts | |
|---|---|
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 71.   On May 21, 2017, Luis M. Borjon, coordinator of the Dreamers Resource Center, wrote a letter in support of Rueda's release, saying that her "ability to finish school and complete her dreams will only make all of us stronger" and describing Rueda as one of "our best and brightest."<br><br>CAR 0234 | |
| 72.   On May 2, 2017, Paulina Olvera, Organizer, Immigrant Youth Coalition, wrote a letter in support of Rueda's release.<br><br>CAR 0235 | |
| 73.   On May 21, 2017, Sandy Valenciano, statewide Coordinator Director, California Immigrant Youth Justice Alliance, wrote a letter in support of Rueda's release, calling Rueda "an important person not just in her Los Angeles community but throughout the state of California."<br><br>CAR0236 | |
| 74.   On May 5, 2017, the North Bay Immigrant Youth Union wrote a letter in support of Rueda's release, saying that Rueda is "a kind and selfless individual who constantly is considering the needs of her family, friends, and community."<br><br>CAR 0238 | |

RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

US 167567697v1
US 167809416v1

| Rueda's Additional Material Facts | |
|---|---|
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 75.    On May 21, 2017, Ericka Verba, Director of Latin American Studies at California State University, Los Angeles, wrote a letter in support of Rueda's release, stating that Rueda "is a constructive and caring person who strives to give back to her community" and "is a true representative of all that is good in her generation." <br><br>CAR0241 | |
| 76.    On May 5, 2017, Julie Cortez, an English teacher at Theodore Roosevelt High School, wrote a letter in support of Rueda's release, stating that Rueda is "a strong leader [and] also a strong individual." <br><br>CAR0249 | |
| 77.    On May 20, 2017, Alice Im, English Department Chairperson at Roosevelt High School, wrote a letter in support of Rueda's release, saying that Rueda is "the type of citizen that any nation would be blessed to have—kind, compassionate, intelligent, hardworking, persistent, and empowered." <br><br>CAR0250 | |
| 78.    On May 22, 2017, Jason Victor Yan, a teacher at Roosevelt High School, wrote a letter in support of Rueda's release. <br><br>CAR0251 | |

US 167567697v1
US 167809416v1

| Rueda's Additional Material Facts | |
|---|---|
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 79.     On May 20, 2017, Mariana E. Ramirez, History teacher & department chair at Roosevelt High School, wrote a letter in support of Rueda's release, stating that Rueda's "dedication to her community is exceptional."<br><br>CAR0253 | |
| 80.     On June 5, 2017, Aleida Perez, a math and Spanish teacher at Roosevelt High School, wrote a letter in support of Rueda's release.<br><br>CAR0254 | |
| 81.     On June 5, 2017, Lakhbir Bamotra, teacher of 12th grade English at Roosevelt High School, wrote a letter in support of Rueda's release, stating that Rueda is "a hardworking, community minded student."<br><br>CAR0255 | |
| 82.     On June 5, 2017, Joan Sullivan, CEO of Partnership for Los Angeles Schools, wrote a letter in support of Rueda's release, saying that Rueda has "outstanding character."<br><br>CAR0256 | |
| On June 5, 2017, Kent Wong, Vice President of the California Federation of Teachers, wrote a letter in support of Rueda's release, calling her "an incredible asset to our community."<br><br>CAR0257 | |

RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

US 167567697v1
US 167809416v1

| Rueda's Additional Material Facts | |
|---|---|
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 83.    Rueda filed her DACA application on June 16, 2017.<br><br>CAR0023 | |
| 84.    Rueda's DACA application contained letters of support from numerous community and political leaders, including federal and local lawmakers, university administrators, and professors<br><br>CAR 0054-60, 81-84, 93-95 | |
| 85.    On June 15, 2017, United States Senator Kamala Harris wrote a letter to the Director of U.S. Immigration and Customs Enforcement, Thomas Homan, in support of Rueda's DACA application.  Senator Harris stated that "Claudia embodies those fundamental ideals that define who we are as Americans," "is a treasured member of her community," and "exhibits tremendous character."<br><br>CAR 0054 | |
| 86.    On May 21, 2017, Dr. Ericka Verba, director of Latin American Studies at California State University, Los Angeles, wrote a letter in support of Rueda, "urg[ing] that she be allowed to remain in the United States so that she may continue her education," and explaining that Rueda is "exceptionally gifted and hard-working."<br><br>CAR 0057 | |

RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

US 167567697v1
US 167809416v1

| Rueda's Additional Material Facts | |
|---|---|
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 87.  On May 24, 2017, Untied States Representative Karen Bass wrote a letter in support of Rueda's DACA application, which described her as a "valuable member and leader in her community" who would have a "positive impact … if she were allowed to remain in the United States."<br><br>CAR 0055; CAR 0197 | |
| 88.  On May 24, 2017, Los Angeles City Council Member Gilbert A. Cedillo wrote a letter in support of Rueda's release from custody, which stated she "has demonstrated intelligence and heart that has been invaluable to her community" and "is deeply respected by her peers and the broader community."<br><br>CAR 0056; CAR 0200 | |
| 89.  On May 21, 20187, Dr. Alejandra Marchevsky, Associate Chair of the Department of Liberal Studies and Professor of women's, gender, and sexuality studies at California State University, Los Angeles, wrote a letter in support of Rueda's release, stating that she "exemplifies the qualities of character that we celebrate in our nation" and "embodies the best promise for our future."<br><br>CAR 0058; CAR0245 | |

23

US 167567697v1
US 167809416v1

| Rueda's Additional Material Facts | |
|---|---|
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 90. On May 21, 2017, Dr. Beth F. Baker, Professor of anthropology, California State University, Los Angeles, wrote a letter in support of Rueda in which she stated that Rueda is "a beloved member of our campus community" and "an upstanding citizen" who is "kind, hard-working, committed to helping others, and family and community oriented," and is "the very kind of person I want in the world where my children are growing up." CAR 59; CAR 247 | |
| 91. On May 23, 2017, Los Angeles Mayor Eric Garcetti wrote a letter in support of Rueda's DACA application, stating that Rueda is "just the sort of 'Dreamer' for whom Deferred Action for Childhood Arrivals (DACA) was created. Brought to our country as a young child, she has built a successful life here as a student leader and activist in Los Angeles." CAR 0081; CAR 0198 | |
| 92. On May 24, 2017, Untied States Representative Karen Bass wrote a letter in support of Rueda's DACA application, stating that Rueda "is a valuable member and leader in her community. She cares deeply about issues that affect her community and has worked tirelessly to make changes where she sees injustice." CAR 0055; CAR 0197 | |

US 167567697v1
US 167809416v1

| Rueda's Additional Material Facts | |
| --- | --- |
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 93.    On June 6, 2017, Los Angeles Supervisor Hilda L. Solis wrote a letter in support of Rueda's DACA application, stating that "I am very concerned by the appearance that immigration enforcement agencies may be targeting individuals who are involved in immigrant rights activism."  CAR 0082; CAR 0202 | |
| 94.    On May 23, 2017, William A. Covino, President of California State University, Los Angeles, wrote a letter in support of Rueda's DACA application.  CAR 83; 0239 | |
| 95.    On May 20, 2017, Enrique C. Ochoa, professor of Latin American studies and history at California State University, Los Angeles, wrote a letter in support of Rueda's DACA application, stating that Rueda is "a vital member of the Latin American Studies community here on campus."  CAR 0084; CAR243 | |
| 96.    On May 23, 2017, Los Angeles City Councilmember Jose Huizar wrote a letter in support of Rueda's release from custody.  CAR 0093; 0199 | |

25

RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

US 167567697v1
US 167809416v1

| Rueda's Additional Material Facts | |
|---|---|
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 97.    On May 24, 2017, Los Angeles Supervisor Sheila Kuehl wrote a letter in support of Reuda's request for prosecutorial discretion and release, stating that Rueda "is a dedicated advocate and has earned, through her words and her actions, genuine and profound respect from people all around the community." CAR 0094; CAR 0201 | |
| 98.    On May 23, 2017, Victor Narro, Project Director at University of California Los Angeles, wrote a letter in support of Rueda's DACA application, saying that Rueda is "an invaluable member of her communities." CAR0095; CAR 0258-59 | |
| 99.    On June 29, 2017 Border Patrol Agent Holmes sent an unsolicited email to the "DACA Terminations" email address at USCIS. CAR 0122. | |
| 100.    Agent Holmes sent follow up emails to his June 29, 2017 email, on October 3, 2017, October 11, 2017, and October 19, 2017. CAR 0117-22. | |
| 101.    USCIS issued a memorandum recommending denial of Rueda's DACA application. CAR 0123-24. | |

RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

US 167567697v1
US 167809416v1

| Rueda's Additional Material Facts | |
|---|---|
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 102.   The stated reason for the denial was that "[a]lthough there is no evidence that requestor has ever been directly involved in her parents' [alleged criminal] operation, she has lived with them into adulthood," and "CBP classifies her as an associate to the Rueda TCO by virtue of familial relation in [REDACTION]." <br><br> CAR 0123-24 | |
| 103.   When denying her DACA application, Defendants did not contend that Rueda herself posed a threat to national security or public safety. <br><br> CAR 0109, 0123-24. | |
| 104.   Under the DACA SOP, a denial based on public safety concerns would have contained the language "you do not warrant a favorable exercise of prosecutorial discretion because of public safety concerns." <br><br> RJN Ex. 2 [DACA SOP], at 105 & Appx. F. | |
| 105.   Rueda's denial did not contain language indicating that the denial was based on public safety concerns. <br><br> CAR 0109. | |
| 106.   The Government's stated reason for denying Rueda's DACA application is that the Government purports to believe her parents are part of a criminal organization. <br><br> CAR 0124 | |

RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

US 167567697v1
US 167809416v1

| Rueda's Additional Material Facts | |
| --- | --- |
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 107.   The Government denied her DACA application, on the stated reasoning that "[a]lthough there is no evidence the requestor has ever been directly involved in her parents' [alleged] TCO operation, she has lived with them into adulthood." CAR 0124. | |
| 108.   The Government "classifies [Rueda] as an associate" of criminal activity or an organization "by virtue of her familial relation" and denied her DACA application on that basis. *Id.*; *see also* Dkt. No. 48, at 22-23 (Defendants "submitted email correspondence showing that USCIS denied Plaintiff's DACA application **because of** Plaintiff's decision to live with her family.") | |
| 109.   The Government further stated that "Since the requestor has lived into adulthood at both addresses being targeted by the investigation, it is very likely that she is aware of her parents' criminal activities and is a beneficiary of the profits from their TCO." CAR0124. | |
| 110.   As of September 30, 2019, the Government approved 2,508,958 DACA applications after case review, denied 98,868, and 38,595 were still pending. RJN Ex. 4 [DACA Stats.], at p. 2. | |

RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

US 167567697v1
US 167809416v1

| Rueda's Additional Material Facts | |
|---|---|
| **Rueda's Additional Material Fact** | **Defendants' Response and Supporting Evidence.** |
| 111.   The administrative record does not contain any examples of individuals, other than Rueda, purportedly denied DACA because of the actions of their parents or their association with their parents.<br><br>CAR0001-0409. | |

RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

US 167567697v1
US 167809416v1

Dated:  May 15, 2020

Respectfully submitted,
ARNOLD & PORTER KAYE SCHOLER LLP

/s/ John C. Ulin
John C. Ulin
Oscar Ramallo
Vanessa Adriance

*Attorneys for Plaintiff*
Claudia Sarahi Rueda Vidal

RUEDA'S OPP. TO AGENCY DEFENDANTS' MSJ

US 167567697v1
US 167809416v1