UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 18-9276-DMG (PLAx)** | Date **June 19, 2020** |
| Title *Claudia Sarahi Rueda Vidal v. Homeland Security, et al.* | |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Oscar Ramallo | James J. Walker, USDOJ |
| John C. Ulin | Jeffrey S. Robins, USDOJ |

**Proceedings: PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [67]**

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [69]**

The cause is called and counsel state their appearance. The hearing is held via videoconference. The Court hears argument. Plaintiff shall file a supplemental brief re the impact on this case, if any, of the U.S. Supreme Court's recent decision in *DHS v. Regents of the UC, et al.*, by June 26, 2020 and the Government shall file its supplemental brief by July 3, 2020. The briefs shall not exceed five (5) pages. Thereafter, the motions shall stand submitted.

:57